UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 23-3661 CBM (ASx)                                         Date: August 7, 2023

Title    Local 272 Labor Management Pension Fund v. The Walt Disney Company, et al.

Present: The Honorable: CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Kevin Reddick | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Ryan Llorens
Kenneth Dolitsky

Attorneys Present for Defendants:
John Gildersleeve

**Proceedings:** Plaintiff's Motion For Appointment As Lead Plaintiff And Approval Of Lead Plaintiff's Selection Of Lead Counsel **[37]**

Case called.  Counsel state their appearances.  Plaintiff's motion is granted.

:03

**Initials of Preparer**   kr