# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND – RETIREMENT INCOME PLAN 1987, CENTRAL PENNSYLVANIA TEAMSTERS HEALTH AND WELFARE FUND AND JOHN P. TALBOT, on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>         v.<br><br>THE WALT DISNEY COMPANY, ROBERT IGER, ROBERT CHAPEK, CHRISTINE M. MCCARTHY AND KAREEM DANIEL<br><br>                              Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**ORDER TO ENLARGE PAGE LIMITS [61]**<br><br>Judge Consuelo B. Marshall |

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss brief(s) shall not exceed 40 total pages.

2. Plaintiffs' opposition to motion to dismiss brief(s) shall not exceed 40 total pages.

3. Defendants' reply brief(s) shall not exceed 18 total pages.

The Parties' stipulation is SO ORDERED.

DATED: NOVEMBER 22, 2023



HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE