ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      vs.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-03661-CBM (ASx)<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S REQUEST TO FILE CORRECTED CONSOLIDATED COMPLAINT |

4872-9407-9892.v1

Lead Plaintiff Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund (referred to herein as "Lead Plaintiff") respectfully requests permission to file a corrected version of the Consolidated Complaint for Violations of the Federal Securities Laws (ECF 60) ("Consolidated Complaint"), which makes minor revisions limited to the allegations contained in ¶¶82, 87, and 88 thereto.

Lead Plaintiff believes these proposed modifications do not necessitate a formal amendment. The limited changes involve minor corrections to two confidential witness accounts. The corrections do not materially impact Lead Plaintiff's allegations set forth in the Consolidated Complaint.

Defendants do not oppose Lead Plaintiff's request.

A proposed corrected copy of the Consolidated Complaint is attached herein as Exhibit A. A redline reflecting the corrections to ¶¶82, 87, and 88 is attached herein as Exhibit B.

DATED: December 8, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RYAN A. LLORENS
JESSICA T. SHINNEFIELD
JEFFREY J. STEIN
NICOLE Q. GILLILAND


                    s/ Jessica T. Shinnefield
                 JESSICA T. SHINNEFIELD

- 1 -

4872-9407-9892.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4872-9407-9892.v1