UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | Case No. 2:23-cv-03661-CBM (ASx) |
| Plaintiff, | CLASS ACTION |
| vs. | [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST TO FILE CORRECTED CONSOLIDATED COMPLAINT |
| THE WALT DISNEY COMPANY, et al., | |
| Defendants. | |

4868-4843-5348.v1

NOW THEREFORE, IT IS HEREBY ORDERED that Lead Plaintiff's request to file the corrected Consolidated Complaint, which was annexed to the request as Exhibit A, is granted. Lead Plaintiff is ordered to file the corrected Consolidated Complaint within five days of entry of this Order.

IT IS SO ORDERED.

DATED: _____    _____

THE HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

- 1 -

4868-4843-5348.v1