1  ROBBINS GELLER RUDMAN
    & DOWD LLP
2  DANIEL S. DROSMAN (200643)
3  RYAN A. LLORENS (225196)
   JESSICA T. SHINNEFIELD (234432)
4  JEFFREY J. STEIN (265268)
   NICOLE Q. GILLILAND (335132)
5  655 West Broadway, Suite 1900
6  San Diego, CA  92101
   Telephone:  619/231-1058
7  619/231-7423 (fax)
8  dand@rgrdlaw.com
   ryanl@rgrdlaw.com
9  jshinnefield@rgrdlaw.com
   jstein@rgrdlaw.com
10 ngilliland@rgrdlaw.com

11 Lead Counsel for Lead Plaintiff

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 LOCAL 272 LABOR-MANAGEMENT )  Case No. 2:23-cv-03661-CBM (ASx)
   PENSION FUND, CENTRAL          )
16 PENNSYLVANIA TEAMSTERS         )  CLASS ACTION
   PENSION FUND, CENTRAL          )
17 PENNSYLVANIA TEAMSTERS         )  CORRECTED CONSOLIDATED
   PENSION FUND – RETIREMENT      )  COMPLAINT FOR VIOLATIONS OF
18 INCOME PLAN 1987, CENTRAL      )  THE FEDERAL SECURITIES LAWS
   PENNSYLVANIA TEAMSTERS         )
19 HEALTH AND WELFARE FUND, and   )
   JOHN P. TALBOT, on Behalf of   )
20 Themselves and All Others Similarly )
   Situated,                      )
21                                )
                Plaintiffs,        )
22                                )
            vs.                    )
23                                )
   THE WALT DISNEY COMPANY,       )
24 ROBERT IGER, ROBERT CHAPEK,    )
   CHRISTINE M. McCARTHY, and     )
25 KAREEM DANIEL,                 )
                Defendants.        )  DEMAND FOR JURY TRIAL
26 _____)

27

28

# TABLE OF CONTENTS

**Page**

I. INTRODUCTION ........................................................................ 2

II. JURISDICTION AND VENUE ................................................. 6

III. PARTIES ..................................................................................... 7

 A. Plaintiffs ............................................................................ 7

 B. Defendants ......................................................................... 7

IV. CONFIDENTIAL WITNESS ("CW") ACCOUNTS AND OTHER
SOURCES ................................................................................. 10

 A. CW-1 ................................................................................ 10

 B. CW-2 ................................................................................ 18

 C. CW-3 ................................................................................ 21

 D. CW-4 ................................................................................ 22

 E. CW-5 ................................................................................ 24

 F. CW-6 ................................................................................ 26

 G. CW-7 ................................................................................ 26

 H. Media Sources .................................................................. 28

  1. *The Wall Street Journal* ...................................... 28

  2. CNBC ......................................................................... 29

  3. Other Media Sources ............................................. 30

V. BACKGROUND ....................................................................... 30

 A. History of The Walt Disney Company ............................. 30

 B. Iger's "Legendary" Run as Disney CEO ......................... 31

 C. The Rise of Streaming ...................................................... 33

 D. The Launch of Disney+ .................................................... 35

  1. Disney Launched Its Own Streaming Service .......... 35

  2. Disney+ Got off to an Impressive Start ................ 36

 E. Chapek Succeeded Iger as Disney's CEO ....................... 37

4889-9426-8565.v1

1

2                                                                                    **Page**

3
        F.    Iger Remained Actively Involved in Running the Company ............ 38

4
        G.    COVID Cast a Dark Shadow over the Magic Kingdom.................... 38

5
VI.    THE SCHEME AND FRAUDULENT COURSE OF CONDUCT ............ 40

6
        A.    Overview of the Scheme.................................................................... 40

7
        B.    Detailed Description of the Scheme's Nine Artifices........................ 52

8
              1.    Artifice 1: Executive Defendants Set Unattainable
9                         Targets at Investor Day.............................................................. 52

10
              2.    Artifice 2: Chapek and Daniel Created DMED to Gain
11                        Full Control of Disney+............................................................. 55

12            3.    Artifice 3: Chapek Used DMED to Steer Films to
                    Disney+ in Order to Boost Subscriber Growth at the
13                        Expense of Disney Profits ......................................................... 60

14            4.    Artifice 4: Disney Chased Subscriber Growth with
                    Massive and Unsustainable Content Spend.............................. 63

15            5.    Artifice 5: Disney Used Steep Discounts and Aggressive
16                        Promotions to Chase "Low Quality" Subscriber Growth ........ 68

17            6.    Artifice 6: Chapek, McCarthy, and Daniel Launched and
                    Operated Disney+ in Unprofitable International Markets........ 73

18            7.    Artifice 7: Chapek and McCarthy Assured Investors that
19                        Disney+ Growth Was on Track .................................................. 78

20            8.    Artifice 8: Chapek, McCarthy, and Daniel Used
                    Accounting Manipulations to Conceal Runaway Content
21                        Costs ......................................................................................... 81

22            9.    Artifice 9: Chapek and McCarthy Concealed Subscriber
                    Churn ........................................................................................ 87

23      C.    The Scheme Succeeded...................................................................... 90

24            1.    Investors Fully Expected Disney+ to Achieve Both
25                        Tremendous Growth and Profitability....................................... 90

26            2.    The Board Renewed Chapek's Contract ................................... 95

              3.    McCarthy's Stock Sales............................................................. 96
27
        D.    The Scheme Began to Unravel .......................................................... 97
28
4889-9426-8565.v1

1

2                                                                                    **Page**

3

4
VII.    IGER CAPITALIZED ON THE FRAUD BY SELLING OVER $375
        MILLION OF HIS DISNEY STOCK...................................................101

        A.    As Executive Chairman, Iger Kept a Heavy Hand on Operations
              Through December 2021 ..................................................101

        B.    While Privy to Material, Non-Public, Adverse Information, Iger
              Dumped over $375 Million of His Disney Stock on Unknowing
              Investors ...........................................................106

VIII.   MATERIALLY FALSE AND MISLEADING STATEMENTS AND
        OMISSIONS ...........................................................................108

        A.    Paid Subscribers and Subscriber Growth.............................108

        B.    Disney+ Content .............................................................116

        C.    DTC Operating Losses.....................................................123

        D.    International Growth .......................................................128

        E.    DMED Reorganization ....................................................131

        F.    Disney+ Churn ...............................................................134

        G.    Chapek's Contract Renewal..............................................137

        H.    Disney+ Profitability.......................................................142

IX.     ADDITIONAL SCIENTER ALLEGATIONS ..................................145

        A.    Internal Data Belied Defendants' Public Statements...........145

        B.    The Temporal Proximity Between Defendants' Misstatements
              and the Corrective Disclosures Supports Scienter...............151

        C.    Inappropriate Tone at the Top and Suspicious Management
              Style Support Scienter....................................................153

        D.    Chapek and Daniel's Terminations and McCarthy's Abrupt
              Resignation Support Scienter...........................................157

        E.    The Fraud Involved Disney's Core Operations, Which
              Defendants Repeatedly Discussed During the Class Period ...........159

        F.    Internal Warnings from Executives to Chapek Support Scienter
              for the November 8, 2022 Statements ...............................164

        G.    Extraordinary Pressure and Looming Contract Expiration
              Motivated Chapek ..........................................................165

- iii -

1

2                                                                              **Page**

3

4       H.      Chapek and McCarthy's Lucrative Compensation Structure
                Motivated Them to Commit Fraud ................................................... 166

5       I.      McCarthy's Insider Sales ................................................................ 170

6       J.      Corporate Scienter .......................................................................... 170

7  X.    LOSS CAUSATION ................................................................................. 171

8  XI.   APPLICABILITY OF THE PRESUMPTION OF RELIANCE AND
         THE FRAUD-ON-THE-MARKET DOCTRINE....................................... 175

9
   XII.  NO SAFE HARBOR................................................................................. 176

10
   XIII. CLASS ACTION ALLEGATIONS ........................................................... 177

11
   XIV. CLAIMS FOR RELIEF ............................................................................ 179

12
   PRAYER FOR RELIEF ..................................................................................... 184

13
   DEMAND FOR TRIAL BY JURY ................................................................... 185

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4889-9426-8565.v1

1.    This is a federal securities class action on behalf of all persons and entities that purchased or otherwise acquired The Walt Disney Company ("Disney" or the "Company") common stock between December 10, 2020 and May 10, 2023, inclusive (the "Class Period"), and were damaged thereby (the "Class"), against: (i) Disney; (ii) Chief Executive Officer ("CEO") Robert Iger ("Iger"); (iii) former CEO Robert Chapek ("Chapek"); (iv) former Chief Financial Officer ("CFO") Christine M. McCarthy ("McCarthy"); and (v) former Chairman of the Disney Media and Entertainment Distribution ("DMED") segment Kareem Daniel ("Daniel") (collectively "Defendants"), for violations of §§10(b), 20(a), and 20A of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§78j(b), 78t(a), and 78t-1, and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

2.    Lead Plaintiff funds Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund (the "Teamsters Funds"), Plaintiff Local 272 Labor-Management Pension Fund ("Local 272"), and Plaintiff John Patrick Talbot ("Talbot," and together with the Teamsters Funds and Local 272, "Plaintiffs"), on behalf of themselves and the Class, by and through their counsel Robbins Geller Rudman & Dowd LLP ("Counsel"), alleges the following based upon personal knowledge as to themselves and their own acts, and upon information and belief as to all other matters. Plaintiffs' information and belief are based on, among other things, the independent investigation of Counsel. This investigation includes, but is not limited to, a review and analysis of: (i) public filings by Disney with the U.S. Securities and Exchange Commission ("SEC"); (ii) transcripts of Disney senior management's conferences with investors and analysts; (iii) press releases disseminated by the Company; (iv) media reports concerning Disney, Disney executives, streaming, and other related matters; (v) analyst reports issued about Disney; (vi) interviews with former Disney executives and personnel;

(vii) investigative reports concerning Disney and its current and former executives
and personnel; and (viii) other public information and data regarding the Company.

## I. INTRODUCTION

3. Leading up to the Class Period, Bob Iger turned Disney into the world's
largest entertainment conglomerate. During his 15-year tenure as CEO, Iger
repeatedly executed transformational deals and strategies that delighted investors,
**quadrupling** the Company's stock price. *Bloomberg* described Iger's reign as "one
of the most celebrated tenures in corporate history."

4. In November 2019, Iger, looking to leave a final mark on the Company,
launched Disney+, a platform that emulated Netflix by allowing consumers to
"stream" Disney's vast content library over the internet. Iger touted Disney+ as "an
entirely new growth strategy" for Disney, targeting **60 to 90 million Disney+
subscribers** by the end of 2024. In February 2020, Iger decided to step back. While
still retaining his office at Disney's headquarters and assuming the title of Executive
Chairman, Iger appointed Bob Chapek as the new CEO. Chapek had little time to
celebrate his ascension to the coveted Disney throne. Less than a month into the job,
the COVID-19 pandemic struck the United States and decimated Disney's core
businesses – theme parks, cruise lines, and box office movies. As *The New York
Times* put it, Disney "was almost perfectly exposed to the pandemic." Chapek, who
had received an unusually short CEO contract, saw his chances of a contract renewal
dissolve away, as Disney's stock price tanked more than 40%, from $133 per share
on the day Chapek became Disney's CEO to a low of $79 per share less than one
month later. In the months that followed, it became apparent that Disney+ was the
only part of Disney's business positioned to thrive during the global shutdown. Wall
Street quickly took notice, and, despite the continued hardships the pandemic
wrought on the Company, Disney's stock price began to steadily climb in lock step
with Disney+ subscriber growth.

- 2 -

5.      Throughout his tumultuous first year as Disney's CEO, one thing had become crystal clear to Chapek: to keep the stock price up, get his contract renewed, and create his own Disney legacy, he needed Disney+ to keep growing.  Analysts agreed, acknowledging the obvious: "the more investors focus on streaming the better it is for the stock" and urging Chapek to "put his first stamp on DIS by doing exactly what long-term holders crave: pushing faster to streaming."  So Chapek doubled down and went "all-in" on Disney+.  With Daniel and McCarthy at his side, Chapek planned and executed a scheme to keep Wall Street's focus on Disney+ and keep Disney's stock price elevated.

6.      As the Class Period began, on December 10, 2020, Chapek, McCarthy, and Daniel embarked on their scheme by holding a half-day pep rally for analysts and investors called Investor Day.  There, they created an illusion of robust, sustainable, and profitable subscriber growth.  They told investors that Disney+ was going to grow larger than Netflix, ***quadrupling Disney+'s prior subscriber target to 230-260 million subscribers by 2024***.  Chapek, Daniel, and McCarthy's gambit was successful beyond imagination.  Investor euphoria followed Disney's Investor Day.  Disney's stock price exploded to a new high, rising 14% the next day and reaching new all-time highs within weeks.  Analysts were "blown away" by the impressive new subscriber targets and opined that "Disney is almost certain to be a clear winner in streaming along with Netflix."

7.      With Wall Street's attention now directly focused on Disney+, Defendants needed to convince investors that the subscriber and profitability targets were achievable each quarter.  To accomplish this phase of the scheme, Chapek, Daniel, and McCarthy (i) employed numerous unsustainable growth-at-any-cost artifices to achieve short-term quarterly subscriber growth; (ii) unequivocally reassured investors each quarter that the 230-260 million subscriber and profitability targets were squarely on track; and (iii) concealed the runaway costs and devastating financial effects resulting from the growth-at-any-cost scheme.  The subscriber

- 3 -

growth artifices included Chapek, Daniel, and McCarthy wresting absolute control over decision-making at Disney+ by reorganizing the entire Company and creating a single new unit, DMED, to oversee all of Disney's media and entertainment operations. Chapek, Daniel, and McCarthy then utilized DMED to "chase" subscriber growth with massive and unsustainable content spend, expansion into unprofitable international markets, and aggressive promotions aimed at "low quality" growth.

8.    At the same time that Chapek, Daniel, and McCarthy employed their scheme, they made materially false and misleading statements about Disney+. For example, a former Disney executive called the 230-260 million subscriber target "***batshit crazy***" and said that nobody s/he knew at Disney understood the basis for the numbers or was consulted before the target was released. In addition, Chapek told investors that "we're extraordinarily pleased by low churn" and "our churn has declined" when, in fact, high subscriber churn, the result of chasing of "low-quality" growth, was a constant problem, according a former senior executive at Disney. Disney also issued a false and misleading press release less than five months before Chapek was fired, claiming that the board of directors "unanimously" voted to extend Chapek's CEO contract, had "full confidence" in Chapek, believed he was "the right leader" at Disney and that Disney, and Disney+, were on a "successful path." In fact, none of this was true.

9.    Ultimately, Chapek, Daniel, and McCarthy's scheme produced the desired results, consistently convincing investors, quarter after quarter, that Disney+ was achieving sustainable subscriber growth that would lead to profitability in the near-term and was poised to hit or even exceed its outlandish targets and surpass Netflix. As Disney's stock price soared to a Class Period high of more than $200, analysts lauded the Company's performance, remarking that "the profitability timeline appears ***conservative*** in our view." The Board renewed Chapek's lucrative contract in June 2022 – and increased his annual equity award to $20 million –

- 4 -

expressly because of "Chapek's work navigating the Company through the unprecedented challenges of the pandemic and growing the Company's streaming business." Meanwhile, McCarthy also cashed in, selling **over $17 million** worth of stock during the Class Period alone.

10. Iger profited too, leveraging inside information to compile otherworldly wealth. As Executive Chairman, Iger still had clear visibility inside the organization, and participated in the December 10, 2020 call when Chapek promised 230-260 million subscribers by 2024 and touted the new DMED structure Chapek had put in place. Iger privately "questioned the eye-popping prediction," telling colleagues they "went too far," and viewed the DMED move as "mistake." But he did not share these doubts with investors on that call or at any subsequent time, as Chapek and McCarthy repeatedly affirmed the targets. Instead, he immediately got to work selling his Disney holdings. From January 2021 to June 2021, Iger uncharacteristically sold **half** of his Disney holdings for **over $375 million**. Many of these sales were contemporaneous with Plaintiffs' purchases.

11. Just five months after Disney extended Chapek's contract, the scheme came crashing down. Through a series of partial disclosures, investors began to learn that Disney+ was a very different business from the one they were sold. The 230-260 million subscriber target was a fiction. On November 8, 2022, Chapek led a disastrous conference call where he revealed that the unsustainable growth tactics and escalating costs had finally caught up with Disney. The streaming segment reported a quarterly operating loss of **$1.47 billion**. Shortly after the call, on November 20, 2022, Disney unceremoniously fired Chapek and immediately replaced him with Iger. Daniel was fired the next day, and McCarthy was gone a few months later.

12. Soon after Iger retook control, he worked to unwind nearly every aspect of Chapek's growth-at-any-cost scheme. Iger withdrew Chapek's subscriber target, vowing to **stop "chasing" subscribers and "to start chasing profitability**." Iger

announced Disney would cut aggressive promotion aimed at low quality growth and start focusing on "*grow[ing] quality subs*." Iger announced that Disney+ would abandon unprofitable international markets. Finally, Iger slashed Chapek's unsustainable annual content budget by billions, promising to undo Chapek's years of excess and start "spending less on what we make, and making less." He removed over fifty original Disney+ shows and films, the same content Chapek had once touted to investors, triggering billions of dollars of impairment losses. The necessary spending cuts have left Disney+ targeting modest, if any, subscriber growth going forward with no chance of ever reaching the Netflix-like proportions Chapek promised on the first day of the Class Period. An analyst, commenting on the demise of Disney+, stated: "'No other company we've covered has seen that kind of decline. *How did previous management not see this coming?*'"

13.   Unsurprisingly, the price of Disney's common stock plummeted from a Class Period high of more than $203 per share to close at $92.31 per share on the last day of the Class Period, representing a decline of 55%. While investors suffered billions of dollars in damages, Defendants' fraudulent conduct allowed them to pocket hundreds of millions of dollars.

## II.   JURISDICTION AND VENUE

14.   The claims asserted herein arise under §§10(b), 20(a), and 20A of the Exchange Act (15 U.S.C. §§78j(b), 78t(a), and 78t-1), and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

15.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and §27 of the Exchange Act (15 U.S.C. §78aa).

16.   Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b) because Disney's headquarters are currently located within this District and Defendants conducted substantial economic activity in the District. As such, substantial acts in furtherance of the alleged fraud have occurred in this District.

- 6 -

17.    In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## III.    PARTIES

### A.    Plaintiffs

18.    Lead Plaintiff Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund are multi-employer funds with over $2 billion in collective assets under management for the benefit of over 35,000 participants and their beneficiaries.    The Teamsters Funds, as set forth in the certifications filed herewith, acquired Disney securities at artificially inflated prices during the Class Period and were damaged thereby.

19.    Plaintiff Local 272 Labor-Management Pension Fund is a multi-employer pension fund that manages the retirement benefits of thousands of parking garage employees in New York City.    Local 272 has over $372 million in assets under management and, as set forth in the certification filed herewith, acquired Disney securities at artificially inflated prices during the Class Period and was damaged thereby.

20.    Plaintiff John Patrick Talbot individually and as co-Trustee of The Talbot Family Trust Dated June 11, 2014, as set forth in the certification filed herewith, acquired Disney securities at artificially inflated prices during the Class Period and was damaged thereby.

### B.    Defendants

21.    Defendant The Walt Disney Company is a Delaware corporation headquartered in Burbank, California.    The Company's common stock is listed on the New York Stock Exchange ("NYSE") under the ticker symbol "DIS."

- 7 -

22.    Defendant Robert Iger was Disney's CEO from March 2005 until February 2020.  Iger stepped down as Disney's CEO on February 25, 2020.  He then created a new position for himself, Executive Chairman of the Company, which he occupied until December 2021.  Iger also continued to serve on Disney's Board of Directors as its Chairman until December 2021.  In November 2022, Iger returned to his role as CEO when the Board of Directors fired his successor, Robert Chapek.

23.    Defendant Robert Chapek succeeded Iger as CEO in February 2020 and served in that role until Disney's Board of Directors fired him in November 2022. Before that time, Chapek had served in a variety of roles since joining the Company in 1993, including as Chairman of Disney Parks, Experiences and Products, Chairman of Walt Disney Parks and Resorts, President of Disney Consumer Products, and President of Distribution for Walt Disney Studios.  After becoming CEO, Chapek also became a Director of the Company and served on the Board's Executive Committee until he was fired.

24.    Defendant Christine M. McCarthy began serving as Disney's CFO in 2015, and stepped down from that role in June 2023.  Before becoming CFO, McCarthy served in various other roles at Disney, including Executive Vice President, Corporate Real Estate and Alliances and as Treasurer of the Company. Before joining the Company in 2000, she worked in the banking industry and held various positions at Imperial Bancorp and First Interstate Bancorp.

25.    Defendant Kareem Daniel was selected by Chapek to serve as Chairman of the newly created Disney Media and Entertainment Distribution segment in October 2020.  In that role, Daniel acted as Chapek's "right-hand man, and was in charge of Disney's streaming services and television networks, in addition to profit and loss management, and all distribution, operations, sales, and advertising for all Disney content."  Daniel began working at Disney full time in 2007 and held numerous positions, including Director of Corporate Strategy, Vice

4889-9426-8565.v1

President of Distribution Strategy at Walt Disney Studios, and Executive Vice President of Global Business Operations at Walt Disney Imagineering.

26. Iger, Chapek, McCarthy, and Daniel (collectively, the "Individual Defendants"), because of their positions within the Company, possessed the power and authority to control the contents of Disney's quarterly reports, shareholder letters, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. They were provided with copies of the Company's financial reports and press releases alleged herein to be misleading before or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. From the start of the Class Period through their respective resignations or terminations from Disney, the Individual Defendants, as senior executive officers of Disney and as further detailed herein, were privy to confidential and proprietary information concerning Disney. The Individual Defendants had access to non-public information about the Company's business prospects via access to internal corporate documents, conversations, and connections with other corporate officers and employees, attendance at management and/or Board meetings, and via reports and other information provided to them in connection therewith.

27. Chapek, McCarthy, and Daniel (collectively, the "Executive Defendants") knew of and/or participated in the fraudulent scheme alleged herein, knew and/or recklessly disregarded that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and knew and/or recklessly disregarded that the affirmative representations being made were then materially false and misleading.

28. Iger, as Executive Chairman and Chairman of the Board of Directors, was privy to confidential and proprietary information concerning Disney. Iger had access to material, non-public adverse information about the Company's business prospects via access to internal corporate documents, conversations, and connections

- 9 -

with other corporate officers and employees, attendance at management and/or Board meetings, and via reports and other information provided to him in connection therewith.

## IV.  CONFIDENTIAL WITNESS ("CW") ACCOUNTS AND OTHER SOURCES

29.  Several former Disney employees have provided information demonstrating that: (i) the Executive Defendants' Class Period statements were false and misleading; (ii) the Executive Defendants knew or recklessly disregarded the false or misleading nature of their statements; and (iii) the Executive Defendants engaged in a scheme to defraud investors.  The CWs include individuals formerly employed at Disney during the Class Period, whose accounts corroborate one another, other sources set forth herein and facts now admitted by Disney.  The CWs provided information on a confidential basis and are particularly described by job description and responsibility, and duration of employment, thereby providing sufficient detail to establish their reliability and personal knowledge.  As set forth below, the information provided by the CWs supports a strong inference that Executive Defendants Chapek, Daniel, and McCarthy acted with scienter.  In addition to the CW accounts, numerous media sources set forth below, and cited herein, reflect interviews, firsthand accounts, and other information provided by current and former Disney employees, executives, and other Disney insiders.  The information provided by these confidential sources to the media, and cited herein, is particular and not conclusory.  Further, each media source containing these witness accounts engaged in its own, independent factual investigation.  Finally, the accounts of the confidential sources and other information provided in the media articles, as cited herein, corroborate the accounts of the CWs and other facts alleged herein.

### A.  CW-1

30.  CW-1 started at Disney in 2019 and was employed as a senior executive at Disney Streaming until s/he left the Company in mid-2021.  According to CW-1,

- 10 -

s/he was under constant pressure to meet "unreasonable" targets.  CW-1 left Disney voluntarily because s/he was concerned that the way the Company was being run and the expenditure decisions executives were making were not sustainable for the business.  CW-1 ultimately left the Company because CW-1's physician advised her/him to leave after s/he developed health problems as a result of the stress.  When CW-1 left Disney, s/he "left a good-paying job with a good salary" and "left a lot of money on the table."

31.    As a senior executive at Disney, CW-1 attended regularly scheduled meetings with other Disney executives including defendant Daniel.  For example, CW-1 attended a monthly meeting with ten other people, including defendant Daniel and studio heads.  At these meetings, which were held over video, CW-1 learned from the studio heads about "changes to the content production slate," "progress with the content," whether new content was going to come on the service or not, "the status of existing content," and how much money the studio heads intended to spend on marketing the content under production.  In other words, each studio head informed CW-1 and Daniel "what new shows were being developed" and how much the studio planned to spend marketing the shows.  CW-1 also provided data to the studio heads, including information on "how the existing content was performing."  During the monthly meeting, CW-1 and Daniel looked at the "top five shows" for each studio and included, for each of the top five shows, the number of views and the number of new subscribers they brought to the service.  CW-1 said this data "gave the lay of the land for how the content was performing."  According to CW-1, agendas and presentation decks for these meetings were circulated before the calls.  While CW-1's team focused on data points and analysis, such as "viewer numbers for new shows," the studio heads provided a "grid of launch dates for new programming."  The grids showed the content and launch date, as well as provided a programming update.

4889-9426-8565.v1

32.     The source of the data provided on the monthly calls was an internal Company dashboard.  The data on the dashboard was pulled from Tableau and Workday.  Examples of data available at the monthly meetings included: (1) how many people viewed a new show; (2) how many people finished watching the show (known as the completion percentage); and (3) what percentage of viewers watched the show as their first program viewed on the service.  The first metric (how many people watched a show) indicated "how broadly appealing" the show was.  The second metric (how many people finished watching the show) demonstrated the show's "quality."  The third metric (the percentage of viewers who watched the show as their first program viewed on the service) exemplified how many viewers were brought to the service by that show.  "They would get credit for bringing on new subscribers," CW-1 explained about the last metric.

33.     In addition to the monthly meetings with studio heads, CW-1 also attended weekly meetings with defendant Daniel and others.  These weekly meetings involved Disney+ and Hulu.  At those meetings, CW-1 discussed "performance for that week" with Daniel, including content, "subscriber numbers, [and] what was working and what wasn't."  CW-1 attended both the monthly and weekly meetings until s/he left the Company in the spring of 2021.

34.     With respect to external reporting, part of CW-1's job was providing "specific reports and metrics" to Disney's corporate accounting organization.  That information was then "inserted into that quarter's 10Q."  Additionally, CW-1 helped "to write the script for earnings calls that pertained to the streaming business," including churn and subscriber additions.  "The script was then sent to the IR team," which then "massaged it" and made it appropriate for the earnings calls and sent it to defendant McCarthy.

35.     ***Disney+ Will Not Achieve Profitability as Planned***.  CW-1 was "heavily involved in providing the data and writing the script" for the Investor Day presentation in December 2020 in which defendants Chapek and McCarthy forecast

- 12 -

aggressive subscriber growth for Disney+.  According to CW-1, Chapek obtained the numbers in the Investor Day presentation from a five-year plan that was created "right before Investor Day."  The five-year plan projected with "specific dates when Hulu and Disney+ would be cash-flow-positive."  CW-1 said that the plan projected that Hulu would be cash-flow-positive by 2023, and Disney+ in 2024.  The plan also included the subscriber numbers required to become cash-flow-positive, CW-1 observed.  CW-1 recalled that content costs were also included in the five-year plan, including which number of shows would be included and taken off the service each year.

36.    CW-1 recalled making two presentations directly to defendant Chapek during CW-1's tenure at Disney.  One presentation CW-1 made to Chapek was the five-year plan.  CW-1 "walked him through the five-year plan financials before the big meeting" at Investor Day.

37.    CW-1 said that defendants McCarthy and Chapek were notified that the five-year plan showed by April 2021 that Disney+ would not be profitable until one year later than planned.  "Hulu would be profitable one year earlier and Disney+ one year later," CW-1 recalled telling executives.  CW-1 recalled that Chapek and McCarthy were "not happy about that."

38.    "***Wall Street Run[s] the Show***."  CW-1 said that, when Disney+ launched, Disney's strategy was essentially "buying subscribers."  As the pandemic set in, defendant Chapek's plan became to keep making streaming content, even at a high cost, to continue attracting more subscribers.  CW-1 attributed the pressure to pursue this strategy to Wall Street's initial focus on subscriber growth, but s/he blamed Disney's executive leadership for so dutifully following it.

39.    With respect to the definition of a paid subscriber, CW-1 explained that it was a "subscriber who has access to the service and is paying Disney indirectly or directly for the service."  CW-1 stated that Verizon customers "automatically became Disney+ members."

- 13 -

4889-9426-8565.v1

40.    Shortly before the Class Period, CW-1 came under pressure to "hit subscriber numbers and revenue targets."  According to CW-1, "[e]very day it was all hands on deck, discussing how will we meet the aggressive targets" handed down by defendants Chapek and Daniel.  CW-1 said that, during the pandemic, the streaming division was the only business within Disney that was bringing in revenue: "The entire focus was on streaming."

41.    The revenue targets were supposed to come to CW-1 once a year "during planning" for the following year.  However, "based on the performance [of the streaming business] during a quarter," the target numbers could suddenly change.  After, say, a Q1 earnings call, "a Wall Street analyst's forecast became the new target."  According to CW-1, "[t]he Company let Wall Street run the show for them."  CW-1 also contended with pressure to increase subscriber numbers via the production of more content.

42.    CW-1 elaborated: "We all listened to earnings calls," s/he said.  Then "teams sent communiques: 'here's the consensus from analysts: Disney+ should see this quarter-on-quarter subscriber growth.'  Our goal would [then] be that."  CW-1 said that if the internal Disney+ goals were lower than analysts' consensus, "we had to find ways to be in range."  After analysts publicized consensus estimates, CW-1 would hear from another executive that "they got a message about a new goal."  CW-1 "understood [that] the directive came from the top."  After CW-1 received the new target, s/he would "start analyzing what levers we could pull to get there – churn, partnerships, etc."

43.    "***Produce as Much Content as You Can***."  Every year, in July or August, CW-1 planned content expenditures for the following year.  After DMED was formed, this became more difficult.  "The studios would tell us how many comedies, how many unscripted shows, how many dramas they would be making."  Executives from 20th Century Fox and FX "decided how much to produce and what to produce.  They would tell us, 'we've got x content lined up for the year.'"  CW-1

- 14 -

recalled that FX Chairman Landgraf, "told us, 'this is what I'm making.' They dictated the entire thing to us." When CW-1, concerned about costs, tried pushing back by expressing his/her unease to his/her boss, s/he was overruled.

44.    CW-1 said that before DMED was formed, content planning and finance ran differently. Previously, the finance side could calculate how many shows and movies of a certain genre were needed. Then the finance executives would call the studio and say, "[w]e need five movies at this cost. And the studios would say, 'OK.'" After DMED was formed, expenditures on content production for streaming became a negotiation between Disney Streaming's finance team and the studios. "We would go back to the studios and ask them to cut costs, but the studios would say the costs are going up." According to CW-1, DMED gave the studios much more spending power. CW-1 said that it was because of the executive leadership of defendants Chapek and Daniel that the studios gained this power. CW-1 explained that the studios "didn't have P&L responsibility, only content to produce to get as many subscribers as possible." CW-1 observed that the studios "create[d] expensive content" to get subscribers while "losses were accumulating." Nonetheless, defendants "McCarthy and Chapek were always pushing" for subscriber growth.

45.    CW-1 explained that "spending hundreds of millions of dollars on a single show accumulates." CW-1 said that the "accounting treatment of content-cost recognition, in which costs are spread across the useful life of the content, means you don't see the immediate hit to P&L. The losses start accumulating." For example, according to CW-1, a show might cost $100 million to produce, and Disney would plan to stream it for four years. This would mean recognizing $25 million in costs per year for four years. According to CW-1, "It's OK if you have one piece of content. But if you have thousands of $25 million content, as your portfolio grows, your losses increase. And the subscription business doesn't cover the gap."

- 15 -

46.     Because of the way content-cost accounting works, CW-1 continued, Disney was left with few options to increase profitability: "once you decide to produce content, you don't have many options."  To write off a show, "you have to take it off the platform.  If you have it on the platform, you're getting the benefit of the content; you have to match revenues with expenses."  If a show was taken off the platform, the content would have to be declared an impaired asset, with "no value on the balance sheet."  In short, CW-1 said, "[t]hey just spent too much money making too much content."  CW-1 said that scheduled amortization of content costs "provided good visibility for costs upcoming."

47.     During meetings with another senior executive at Disney, when CW-1 balked at spending what the studios wanted, the other senior executive would say, "[l]et's add $100 million to the revenues plan to make that work."  That additional $100 million became the "revenue task," or the target amount of revenues the streaming business would need to generate to cover the new $100 million gap.  "We would need to find $100 million in revenues to offset the costs" of production, CW-1 explained.  According to CW-1, "[t]hey were always increasing the revenue target. We had to fill the gap."  CW-1 observed that "growing subscriptions meant increasing costs."

48.     CW-1 explained that s/he was able to "pull levers" to try to fill the gaps. One was "growth via direct to consumer," or subscription signups by customers themselves.  The other was through subscription bundles.  For example, there was a deal with Spotify and Hulu in which the bundle was promoted to Spotify customers. There was another such bundle promotion with Comcast.  CW-1 said that, "in some quarters, the deals helped us to get to our numbers."  However, there was usually "lead time of three to six months" to sign with the bundle partner.  Therefore, other senior executives "pushed them to get through the finish line so we could recognize the revenue."

49.     CW-1 recalled that Chapek had said he wanted to reach 100 million subscribers "by a specific date."  CW-1 added that Chapek had told the team that there was going to be an off-site with the Board, and Chapek wanted to be able to tell the Board that Disney+ had reached 100 million subscribers by the time of that meeting.  According to CW-1, "[h]e didn't want 99.9 . . . so we had to increase the marketing spend, fast-track partnerships in the works."  CW-1 recalled an executive reaching out to Disney's partners to make sure they signed deals quickly.

50.     Ultimately, CW-1, said, there was a directive by Chapek to the studios to "produce as much content as you can."  Chapek would say: "The game will be won by whoever has the most content," CW-1 recalled.  CW-1 said that the content that was produced for Disney+, however, was "not driving subscriber growth."  "We knew what kind of content we needed.  We needed unscripted reality content.  But Disney doesn't do that.  They did one-hour dramas and comedies.  But those didn't have the same effect" on subscriber growth.  "We gave money to the team to get cooking shows and comedies," according to CW-1.  CW-1 added, "Disney+ just had to take whatever they made and pay for it."

51.     While at Disney, CW-1 had suggested removing content from Disney+.  CW-1 added, "[i]t's a good practice.  You can remove them [from the platform] and license them to other organizations to generate revenue."  CW-1 believed that Disney was so concerned with analysts' view of its content library that it did not feel it could risk removing titles.  CW-1 said that optically, it would have looked bad to remove content, even though cost-wise it made sense.

52.     CW-1 recalled Chapek telling him/her, "I'm not asking for much.  Just higher subscriptions and revenues and fewer losses."  CW-1 added, "Something has to give.  You have to sacrifice something to get the subscription numbers."

53.     ***Churn*** "***Was the Most Important Thing***."  Subscriber churn – subscribers leaving Disney+ – was another constant problem, according to CW-1.

- 17 -

1   There was "four or five percent monthly churn" at Disney+, s/he said.  "We called

2   it the leaky bucket.  No matter how much water you put in, some leaks out."

3       54.    CW-1 said that s/he "tracked churn very closely.  It was the most

4   important thing.  It was a big topic, always, both at Hulu and Disney+."  Part of the

5   reason for the focus was that "churn was significantly higher at Disney+ than at

6   Hulu," CW-1 said.  CW-1 therefore "sliced and diced the data" to come to an

7   understanding of the factors at play.  CW-1's team looked at the churn numbers by

8   "cohorts via partnerships; age group; various Facebook social media campaigns."  It

9   was determined that the number of hours watched impacted the churn rate, CW-1

10  recalled.  If a viewer watched more than three hours per week, the propensity to

11  churn dropped significantly, s/he explained.  Therefore, Disney "targeted customers

12  who were watching less."

13      55.    The data for this churn analysis was provided by the Data Science team.

14  The team could "write scripts" to obtain data after CW-1 told them what s/he "was

15  looking for."  After the data was provided to CW-1, Chapek, McCarthy and others

16  in the C-suite "got presentations of versions of this data on an ongoing basis," CW-

17  1 recalled.  According to CW-1, settings where C-suite executives received this data

18  included "off-sites," where executives were presented with "slides on churn

19  reduction."  The executives also saw the information at staff meetings and board

20  meetings.  CW-1 recalled putting together presentations for Disney Streaming,

21  which s/he forwarded to the Corporate Development department.  Other executives

22  and the Corporate Development Department then simplified the information "to give

23  to Chapek," said CW-1.

24  **B.**    **CW-2**

25      56.    CW-2 was employed as an executive at Disney from before the Class

26  Period until mid-2022, as an executive in Global Product at Disney Streaming.  In

27  that role, CW-2 was in charge of implementing the global roadmap for Disney+; in

28  other words, "where and when to launch and what features" would be implemented

- 18 -

1    in the different markets where Disney+ was expanding internationally.  CW-2
2    oversaw Disney's "premier access" product and decided "how to build" the premier
3    access product.  CW-2 directed the project management team, which consisted of
4    "analysts, tech, program managers and pure production people."  CW-2 had weekly
5    meetings with the "entire executive team" at Disney Streaming.  CW-2 also met with
6    Chapek on two occasions, attended several meetings with Daniel and interacted with
7    McCarthy while at Disney.  At the onset of the pandemic, CW-2 said that "Disney+
8    became the workhorse of the company.  Everyone wanted to be involved."  At the
9    weekly meetings CW-2 attended, the topics were about "increasing subscriber
10   growth and slowing churn."

11          57.    CW-2 said that the market was evaluating Disney at the time purely
12   based on the number of Disney+ subscribers, "The [Disney] Parks were closed.
13   Disney+ was the only revenue engine."  According to CW-2, a way to increase
14   Disney+ subscriptions was through international expansion.  CW-2 said Disney+
15   had launched in unprofitable markets.  S/he added, "[w]e struggled to get content in
16   other regions, and with the regulatory bodies – especially in Europe – around privacy
17   regulations."  CW-2 added that "a launch in individual markets would create a short-
18   term bump" in new subscribers.

19          58.    CW-2 attended weekly meetings with senior leadership at Disney+ and
20   Disney Co.  CW-2 "brought things [to the meetings] that needed a decision on
21   product or engineering – a price increase, for example."  These meetings were held
22   to "knock down big issues," CW-2 added.  According to CW-2, subscriber growth
23   was always considered when making decisions.  CW-2 added that subscriber growth
24   was "all anyone was talking about."  CW-2 said that anything that s/he was
25   designing, launching, etc., "had to be that."  CW-2 recalled that, "at least once," s/he
26   suggested that Disney+ should consider profitability as well as subscriber numbers.

27          59.    CW-2 continued: "[G]rowth from a subscription perspective was all
28   anyone wanted to hear about."  CW-2 said that profitability was not a focus.

- 19 -

60.    CW-2 said that churn was discussed at these meetings. "Churn was a key area. When we evaluated a feature, we always considered how it would increase subscriber growth and how it would decrease churn." CW-2 said that churn was in the "back of our mind every decision that we were making." CW-2 observed that there was a "single-minded focus" on subscriber growth and reduction of churn. "We were not considering profitability when discussing features," CW-2 said. CW-2 also said there was "general dissension from Streaming, that we needed to increase quality and personalization to prevent churn." But the teams were ignored by Daniel, CW-2 said. CW-2 added that Chapek and Daniel were more concerned about quantity instead of quality.

61.    CW-2 had two meetings with Chapek. One meeting was during the pandemic, when Chapek was restructuring the organization to form DMED. The second meeting was about the new ad tier. At the first meeting, Chapek "gave an overview of the restructuring and how it would impact the Company." CW-2 said that nobody s/he spoke to at Disney+ understood the purpose of the DMED reorganization: "Most of us were scratching our heads." CW-2 said that the DMED reorganization was not favorably received internally: "I didn't talk to anyone who thought it was a good idea. The decision was made in a vacuum. It didn't help us in Streaming in any way."

62.    CW-2 also attended several meetings with Daniel. According to CW-2, Daniel "didn't understand technology; he didn't understand the [streaming] business." CW-2 said, "Daniel did exactly what he was told to do by Chapek." CW-2 added that Daniel was Chapek's "axe man."

63.    CW-2 said that the 230-260 million subscriber target publicly announced in December 2020 was outrageous. "I thought they were batshit crazy," CW-2 said in confidence to the subscriber members. CW-2 added, "If you send the numbers to the market, you would think Product Strategy would be engaged," but CW-2 emphasized that his/her group was never consulted. CW-2 said that everyone

4889-9426-8565.v1

s/he spoke to had no idea what the basis was for the publicly announced subscriber numbers: "We were all looking at each other on the [executive] level going did you provide the numbers?  No.  Did You?  No."

64.    According to CW-2, "Chapek and Kareem Daniel were very, very focused on what Netflix was doing.  That was their thing.  If Netflix did it, we should be doing it."  Before Chapek and Daniel "came around," CW-2 said, "I never thought of us [Disney+] as in competition with Netflix."  CW-2 said that Chapek and Daniel were "literally obsessed with the Netflix-Disney+ comparison."

65.    CW-2 said that s/he resigned because of his/her dissatisfaction with Chapek's management style and decision making.  "Chapek's decision-making wasn't strategic.  It was an iron fist, running into a brick wall."  With Chapek and Daniel, CW-2 said, it was "their way or the highway."  CW-2 continued, "Chapek didn't want to hear that his decisions were wrong, even if the adverse reasons were based on fact.  His management style was to disregard things he didn't want to hear."  CW-2 said it was a "toxic culture" and described Chapek's leadership as "a dictatorship."

66.    "At the end [of CW-2's tenure], it was very toxic.  We talk about it like it was getting out of an abusive relationship.  It was Chapek, Kareem Daniel, the pandemic, and all of the pressures falling on Disney+.  Post-pandemic, we thought things would get better, but they got worse.  You couldn't pay me to work for Disney."  CW-2 said.  CW-2 added: "I left a lot of stock on the table when I left.  I left a high paying job with a good bonus."

67.    CW-2 concluded, Chapek "took an amazing company with amazing people and threw it out the back door like garbage.  He and Kareem Daniel share the majority of the burden."

**C.    CW-3**

68.    CW-3 was employed by Disney as a senior manager overseeing strategic planning and growth strategy at Disney+ and ESPN from before the Class

- 21 -

Period until mid-2021.  While at Disney, CW-3 attended meetings to discuss "spending numbers" and international market expansion.

69.    CW-3 observed that Disney used content distribution to acquire and retain subscribers.  CW-3 cited content-distribution discussions s/he was part of: "'Do we put [content] in theatres or online?'  They fumbled around for the light switch in the early days."

70.    When it came to acquiring subscribers, CW-3 said, that was easier: expand internationally.  CW-3 said that India, for example, was a fruitful source of subscribers, but the revenue per subscriber in India was lower than in the United States.

71.    CW-3 said that Chapek's decision to form DMED "ruffled the feathers of the majority of the creative engine."  CW-3 said s/he could sense a lack of enthusiasm for the DMED restructuring when employees no longer had influence over distribution decisions.

**D.    CW-4**

72.    CW-4 was employed by Disney in data and analytics throughout the Class Period.  When DMED was formed in 2020, CW-4 worked as a senior manager in a group led by Daniel, where s/he analyzed and facilitated the presentation of data, for example in a dashboard or portal.

73.    In 2019, CW-4 worked with a team to create an "executive dashboard," as it was called internally.  The purpose of the executive dashboard was to deliver daily, updated subscriber numbers on Disney's streaming platform.  According to CW-4, "it was the first product that de-duped the number of subscribers across the [streaming] services."  CW-4 added, "[i]t was the first time all the numbers would be available for geography, product, daily-versus-forecast and budget."

74.    After the DMED restructuring, CW-4 then had to focus on DMED's priorities including paid subscriber numbers and other KPIs (short for Key Performance Indicators).  CW-4 said that the Key Performance Indicators were

- 22 -

Case 2:23-cv-03661-CBM-AS    Document 68    Filed 12/18/23    Page 28 of 201    Page ID
#:891

primarily paid subscribers: "The main metric that I was focused on was paid subscribers." The dashboard was "mostly reporting on cross-company organizations." The dashboard allowed a user to "look at it at a geographical level and a service level." CW-4 said that 90% of his/her efforts were spent on paid subscribers.

75. CW-4 said that creating the executive dashboard involved bringing together the following lines of business into one platform: ESPN+, Hotstar, Hulu, and Disney+, all into Disney Streaming.

76. In terms of the definition of a paid subscriber, CW-4 said, "there was an effort to bring minimum guaranteed subscribers into the reporting." CW-4 continued, Disney had "a contract with a partner, and the partner guaranteed the number of subscribers." However, "not every subscription was activated." CW-4 provided an example. "T-Mobile said they have one million customers eligible for the program, but not everyone signed up." The question was whether all the eligible customers would be counted as paid subscribers, according to CW-4. CW-4 said there was a decision that the full minimum guarantee would be counted as paid subscribers. CW-4 said the distinction was "entitled versus activated." A customer was "entitled" when they gained access to the Disney+ platform through a partnership but had not activated the Disney+ account. Thus, "entitleds counted as subs," according CW-4. CW-4 added that Verizon was a partner with entitled customers. According to CW-4, if a customer signed up for Verizon, regardless of whether that customer activated his or her Disney+ subscription, Disney+ would count that customer as a paid subscriber.

77. CW-4 understood that the executive dashboard was "for the C-levels at Disney." CW-4 was "told it was used for briefings" with those leaders. CW-4 said the numbers were also provided to "Chapek and the board." According to CW-4, Daniel's Chief of Staff accessed the executive dashboard; Daniel had his staff "feed him daily briefs" about the data shown on the executive dashboard.

- 23 -

78.     CW-4 estimated that in 2020 or early 2021, s/he was asked to build a data portal.  This was because "hundreds of reports were being used by all kinds of executives and employees.   The thought was that there could be one place, a "catalog," where employees could access various information according to their approved level of access.  CW-4 "defined the vision and requirements" for the data portal, but it was data analysts who "managed the reports in the portal."  Those analysts worked on data analysis that concerned "content, viewership, subscribers, churn, engagement and marketing.  Each [metric] was a team."  When CW-4's data portal was complete, s/he "taught [each team] how to put their content on the portal." CW-4 said that churn data was available on the portal.

79.     CW-4 discussed restrictions on access to internal data.  After DMED was created, "[CW-4's supervisor] decided to lock down access" to data.  CW-4 said that suddenly the content producers and people in research were "cut off" and lost their access to the "raw data."

80.     CW-4 explained that his/her job was very stressful because it involved "differing ways of defining success [and] moving goal posts."   CW-4 further expressed his/her difficulties working "in an unhealthy environment with unreasonable schedule demands [and] shifting goals."

**E.     CW-5**

81.     CW-5 was an advertising sales executive at Disney's DMED group from early 2021 through mid-2022.  Although CW-5 had worked for Hulu before coming to Disney, s/he began working with the advertising sales team at Disney on an unofficial basis in early 2020.  CW-5 recalled "weekly executive meetings" s/he attended for the advertising sales team at DMED "during COVID."  The meetings were attended by executives at the "SVP" level, CW-5 said.

82.     According to CW-5, when Disney+ launched, the Company planned to "follow the Netflix model" and charge for subscriptions, rather than selling advertising on the platform.  However, according to CW-5, "Disney+ was not seeing

the subscriber numbers that it wanted.  They were late to streaming."  The pandemic had brought a "massive bump" in subscriptions from COVID, but the launch occurred "at the end" of the industry's peak in streaming subscribers.  "They didn't see the subscriber numbers they expected.  They missed their estimate of how big Disney+ would be," CW-5 said.  CW-5 said that s/he learned this in "meetings," including a Disney meeting that took place with Hulu's advertising sales team in late 2020/early 2021.

83.    According to CW-5, Wall Street analysts were concerned with the numbers of subscribers "streamers" were attracting.  CW-5 noted that, at Disney, there were efforts to "juice subscription numbers and tell the market they're doing well.  But it's a 'fastfood' subscriber.  You get subscribers but then there's a fast drop-off."  Disney was using low subscription rates and other enticements to bring subscribers in, said CW-5.

84.    There was always pressure for Disney+ to perform "because of the other pieces of the business," CW-5 said.  For example, "Linear TV had been suffering a long time.  There was a [deterioration] of TV audiences," stated CW-5.

85.    CW-5 noted that to create Disney+, the Company had purchased a streaming platform rather than developing its own internally.  Disney had bought BAMTech, which was owned by Major League Baseball and then rebuilt it to stream Disney content in addition to sporting events.  CW-5 continued, the result was that Disney+ started out on a platform that used old streaming technology.

86.    CW-5 left Disney primarily because s/he was dissatisfied with the way Disney was being managed and "the culture."  According to CW-5, "Disney's executive and leadership team [was] one of the worst teams I ever worked for."  CW-5 stated: "It's bureaucratic and a really brutal place to work."  Moreover, CW-5 said that "Disney's leadership isn't trustworthy, and they didn't have a good sense of the business.  It didn't have an idea of how to manage a streaming business."  CW-5 continued, "[g]ood leaders acknowledge their blind spots.  Disney's leadership

- 25 -

1  didn't." CW-5 added, "[t]he people and culture" at Disney were "not conducive to
2  successful business."

3       **F.    CW-6**

4       87.    CW-6 was employed by Disney from before the Class Period until early
5  2021. Before the Class Period, CW-6 worked as a manager in International
6  Operations for the Disney Digital Network. During and before the Class Period,
7  CW-6 worked as a manager in Global Content Operations for Disney Streaming.
8  CW-6's duties and responsibilities in that position included overseeing the
9  localization of Disney content that was distributed or streamed overseas or in
10  languages other than English. CW-6 worked on Disney+ from its beginning.

11      88.    At the launch of Disney+, according to CW-6, "subscription numbers
12  and revenues exceeded investor expectations." However, CW-6 said that "there
13  should have been an expectation that customers wouldn't renew after 12 months."
14  Part of the original subscriber numbers included 10 million Verizon customers who
15  received Disney+ subscriptions with their unlimited plans. CW-6 noted that those
16  subscribers also left. CW-6 knew this because s/he attended meetings in which the
17  Verizon arrangement was discussed.

18      89.    International distribution was "a key part" of Disney's strategy to add
19  subscribers, CW-6 said. CW-6 continued, "We could add subscribers by adding
20  markets."

21      90.    "Data was held closely internally," CW-6 said. "There was no access
22  for the vast majority of teams to data on subscribers. Most of us only got information
23  from earnings reports."

24      **G.    CW-7**

25      91.    CW-7 was employed as an executive in Disney's Engagement and
26  Retention Analytics group throughout the Class Period. CW-7 was in charge of
27  helping to aggregate and refine data on the retention and engagement of Disney+
28  subscribers in the Disney Streaming business. CW-7 was also part of a team called

- 26 -

4889-9426-8565.v1

Data Governance.  This team established rules on who at the Company could have access to data on subscriptions, retention, churn, and engagement.  The Data Governance team also established a formal process for Company employees to gain access to the data, CW-7 said.  CW-7 added that there "was a lot of documentation" on the approvals sought and given for access to Disney Streaming viewer data.

92.    One of the purposes of the data restriction, according to CW-7, was to prevent data from being leaked to the public, including journalists.  CW-7 added, "Certain leaders wanted to keep data close to themselves.  Chapek was clear on who could see what."  The process for getting access to the data was "long and annoying," said CW-7.  CW-7 recalled that "from a process perspective, the marketing and product teams needed access to the data" for the work they were doing on Disney+.

93.    Nevertheless, CW-7 said that the "Disney side" – the non-streaming side of the business – "complained they didn't have access to data" about the streaming business.  The people on the non-streaming side of the business who were mostly "creatives, those who created content," complained about the difficulty in accessing data.  When a requester asked for access to data, the person had to attest to the purpose of asking for the data and promise not to disseminate it.

94.    CW-7 said that the head of Finance was more interested in seeing data to understand, "'Oh shit, how off are we?'"  According to CW-7, "The old finance regime was reorganized.  They came with ridiculous expectations.  It was not good."  CW-7 recalled providing data on engagement and churn to the head of Finance.  CW-7 and his/her team provided two different options of engagement data, one of which was based on historical information, and the Finance head "chose the more aggressive one every time."  CW-7 and his/her team were "under fire every time" they had to produce such information to the Finance head.  CW-7 recalled that the President of Disney+ once said incredulously after an earnings announcement, "Where did that forecast come from?"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## H.    Media Sources

### 1.    *The Wall Street Journal*

95.    In the months following Chapek's firing, *The Wall Street Journal* reporter Robbie Whelan closely investigated and reported on Disney's unraveling. His reporting includes the articles, "Walt Disney CFO, Others Brought Concerns to Board Over Bob Chapek"[1] from November 21, 2022 and "Bob Iger vs. Bob Chapek: Inside the Disney Coup"[2] from December 17, 2022 (together, the "*WSJ* articles"), as cited herein.    Relying on "firsthand accounts of current and former Disney executives," the *WSJ* articles chronicle Chapek's tumultuous accession to the position of CEO.    According to the *WSJ* articles, Chapek "faced one crisis after another" including "a previously unreported boardroom clash with his chief financial officer."    The *WSJ* articles describe the trajectory of Chapek's Disney+ plan, starting with Chapek's announcement that "he was raising the Disney+ targets that Mr. Iger set" all the way through his firing, when "McCarthy took matters into her own hands" and "told board members that she wasn't happy with the way Mr. Chapek had communicated with investors during the [November 8, 2022] conference call."    According to the *WSJ* articles, Disney's streaming division "has lost more than $8.5 billion since Disney+ was launched."    Following the November 2022 earnings call, one analyst was quoted in the December 17, 2022 *WSJ* article as stating, "'[r]arely have we ever been so incorrect in our forecasting of Disney profits.'"    Whelan writes, "[i]n a text exchange with Disney Chief Financial Officer Christine McCarthy, CNBC's Jim Cramer called the results 'devastating.'"    The accounts of the confidential sources, including current and former Disney employees, executives

---

[1]    https://www.wsj.com/articles/walt-disney-cfo-others-brought-concerns-to-board-over-bob-chapek-11669072222

[2]    https://www.wsj.com/articles/bob-iger-bob-chapek-disney-coup-11671236928

4889-9426-8565.v1

1  and other insiders, and other information provided in the *WSJ* articles, as cited

2  herein, corroborate the accounts of the CWs and other facts alleged herein.

3                    **2.    CNBC**

4          96.    Following Chapek's firing, CNBC reporter Alex Sherman investigated

5  and reported on the events surrounding Chapek's tenure as CEO and eventual firing.

6  His reporting includes the article, "Disney's Wildest Ride: Iger, Chapek, and the

7  Making of an Epic Succession Mess" published on September 6, 2023 as well as

8  interviews regarding the story, as cited herein.[3]  Sherman's reporting "is based on

9  conversations with more than two dozen people who worked closely with Iger and

10  Chapek between 2020 and 2022."   According to Sherman's article, "Chapek

11  confided to a friend that his tenure at Disney was 'about three years of hell'" largely

12  because he had Iger looming over his shoulder.  The article details the run-up to

13  Disney's fiscal fourth-quarter earnings report in 2022, including the Company's

14  September Board meeting in which "McCarthy told the board that Disney earnings

15  that quarter would fall dramatically short of Wall Street's consensus estimate."

16  Sherman writes, "McCarthy told colleagues she hoped her honesty with the board

17  would jar Chapek into realizing his rosy outlook of the business wasn't based in

18  reality."  Yet, "[i]n an executive session alone with the board, Chapek argued that if

19  anything was amiss, it was McCarthy's poor financial management."  The article

20  also describes the Company's October 2022 executive retreat in which "General

21  counsel Horacio Gutierrez told colleagues that people were entitled to their own

22  opinions but not their own facts."  After the November 2022 earnings call, according

23  to Sherman, several Board members were ready for Chapek to go: "in a highly

24  unusual move, board members also set up discussions with Disney division heads,

25  who rarely speak to directors outside formal meetings.  Schake, McCarthy,

26  Gutierrez, Walden, Bergman and D'Amaro all told either Arnold, Mark Parker or

27  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

28  [3]   https://www.cnbc.com/2023/09/06/disney-succession-mess-iger-chapek.html

the entire board that they no longer supported Chapek as CEO, according to people familiar with discussions." The accounts of the numerous confidential sources and other information provided in the CNBC article, as cited herein, corroborate the accounts of the CWs and other facts alleged herein.

### 3. Other Media Sources

97. In addition to *The Wall Street Journal* and CNBC, numerous additional media sources are cited herein. These sources include news organizations covering the financial and entertainment industries such as *Bloomberg*, *The Financial Times*, *Business Insider*, *The Los Angeles Times*, *The Hollywood Reporter*, *IndieWire*, *Variety*, and *Deadline*. As cited herein, these media sources reference dozens of interviews and firsthand accounts from Disney-affiliated sources including current and former Disney insiders, analysts, people close to the board, and Disney executives who asked not to be identified. The accounts of these confidential sources and other information provided in these media reports, as cited herein, corroborate the accounts of the CWs and other facts alleged herein.

## V. BACKGROUND

### A. History of The Walt Disney Company

98. Brothers Walt and Roy Disney founded The Walt Disney Company (originally known as Disney Brothers Cartoon Studio) in 1923. From the outset, the Company developed films centered around animated characters, including the now-iconic Mickey Mouse. From those humble beginnings, over the past century, Disney has become the world's largest entertainment group. In addition to media, the Company operates twelve theme parks worldwide (including Disneyland Resort in California, Disneyland Paris, and Shanghai Disney Resort), owns a fleet of international cruise ships, and utilizes its vast character index to create and license production of branded consumer products. Disney also operates theatrical, home entertainment, and music distribution services; stages and licenses live entertainment

4889-9426-8565.v1

1    events; and offers post-production services by Industrial Light & Magic and
2    Skywalker Sound.

3        99.    Media is one of Disney's primary focuses.  The Company produces
4    television programs through network giants ABC, Disney, ESPN, FX, Fox, and
5    National Geographic, and it creates films through a variety of studios, including Walt
6    Disney Pictures, 20th Century Studios, Marvel, Lucasfilm, Pixar, and Searchlight
7    Pictures.   Although Disney now offers direct-to-consumer ("DTC" or "Disney
8    Streaming") streaming services through Disney+, Disney+ Hotstar, ESPN+, Hulu,
9    and Star+, it traditionally sold and licensed film and television content to third-party
10   television and subscription video-on-demand ("SVOD") services.

11      **B.    Iger's "Legendary" Run as Disney CEO**

12       100.    Defendant Iger was Disney's CEO from 2005 through 2020, a tenure
13   that media outlets have described as "legendary," the "gold standard of legacy media
14   and entertainment CEOs," and "one of the most celebrated tenures in corporate
15   history."  While CEO, Iger transformed Disney into a media giant by overseeing the
16   acquisitions of Pixar, Marvel Entertainment, Lucasfilm, and 21st Century Fox.  He
17   also launched new cruise ships and opened a wildly successful theme park, Shanghai
18   Disney Resort.  Iger built a lasting reputation as a charismatic and charming deal-
19   maker, at ease with corporate executives, politicians, and celebrities alike.  Indeed,
20   he was described as a "Hollywood star in his own right," who was so popular he had
21   considered running for U.S. President.  By the time he stepped down as CEO in
22   February 2020, Disney's market value had grown over ***fourfold*** since he first
23   assumed the role in 2005.

24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18



Chart: Gabriel Cortes / CNBC
Source: Company reports, FactSet

19    101.    Iger's successes advanced Disney's already sterling reputation for
20 outperforming the market's expectations of the Company's stock price.  Throughout
21 the Company's history, investors had come to view Disney as a highly reliable
22 Company that delivered on its promises.  As *The Motley Fool* noted in its June 18,
23 2019 article entitled "12 Reasons to Buy Disney Stock and Never Sell," Disney has
24 a "[g]reat history of rewarding shareholders" and "[s]ince 1980, the company has
25 delivered a total return of more than 20,600%."  Iger capitalized on the Company's
26 past successes and reliability, along with his own celebrity and charisma, to garner
27 almost unfettered control over the immense entertainment company he had helped
28 build.  By 2019, in addition to being CEO, Iger was Chairman of Disney's Board of

- 32 -

Directors, and had personally selected every other member of the Board (many of whom were his personal friends), and therefore faced little resistance to his initiatives.

## C.    The Rise of Streaming

102.    When Iger first became CEO in 2005, consumers primarily accessed Disney media at home via the Disney Channel, which was broadcast through various cable television systems, such as Comcast or AT&T.  The Disney Channel and its various iterations broadcasted (and still broadcast) Disney content at specific times throughout the day.  But broadcast dynamics changed dramatically in 2007, when Netflix launched the first SVOD service, which allowed subscribers to instantaneously watch programs whenever they chose.  The heightened convenience of SVOD services attracted consumers and competitors alike, and Netflix was quickly joined in the space by Hulu (2007), Amazon Video (2008), and HBO GO (2010).  Despite the entrance of new competitors, Netflix maintained its dominance by leveraging its primacy, massive consumer base, and diverse array of content.  One detailed 2018 analysis determined that Netflix controlled 68% of consumer demand for streaming services.  Netflix also maintained an unrivaled track record of adding subscribers at an exponential rate, exceeding 200 million subscribers in 2020.

- 33 -



103.    During this same time period, advances in computer technology and heightened online activity led to the big data revolution, during which online-based companies started to track and record consumers' online activities. The data proved incredibly valuable, as it could be used to assess and analyze the tendencies and preferences of individual consumers, as well as any definable group of consumers. Companies use and analyze this data to their advantage in a variety of ways, including to better understand consumer preferences, enhance their own products, or sell targeted marketing. Emerging SVOD companies like Netflix quickly caught on to this trend and began collecting data about users' watching habits, which they then used to make decisions about content, personalize their service, and sell information to third parties for marketing purposes. In less than a decade, the traditional media landscape had experienced a seismic shift, leaving legacy media companies like Disney with the choice of either getting into the streaming game or risk being left standing on the sidelines.

- 34 -

**D.      The Launch of Disney+**

**1.      Disney Launched Its Own Streaming Service**

104.     Prior to 2017, Disney's media business heavily relied upon distributing Disney content through traditional cable television and, more recently, by licensing Disney content to SVOD companies such as Netflix.  By 2017, however, Iger had realized that Disney's traditional cable distribution and licensing approaches were outdated and had limited upside, as they left Disney without full access to big data and without control over how consumers interacted with the service or its content.

105.     Determined not to be left in the past, on August 8, 2017, Iger shocked Hollywood and Wall Street by announcing that Disney would not renew its licensing contract with Netflix and would instead launch its own streaming service – Disney+ – in 2019.  At the time, Iger described Disney's pivot toward direct-to-consumer services as "an entirely new growth strategy for the company, one that takes advantage of the incredible opportunity that changing technology provides us to leverage the strength of our great brands."  Iger knew that successfully launching the streaming platform was critical to the Company's future, as this new direct-to-consumer technology put Disney "on the precipice of trying to figure out how to go from being a legacy media company of yesteryear into a legacy media company of tomorrow."  The launch was also personally important to Iger, who *The New York Times* reported had "staked his legacy on the success of Disney Plus."  In short, Disney+ was "a make-or-break attempt by Mr. Iger to reposition Disney for growth – its traditional cable businesses are in decline – and compete with the tech giants that are aggressively moving into Hollywood."

106.     Leading up to the launch, Iger told investors that "[b]uilding our direct-to-consumer business remains one of our top priorities as a company."  McCarthy reiterated this point, telling investors: "Our direct-to-consumer strategy and the successful launch of Disney+ are top priorities for our company," and assuring them: "[w]e will be aggressive in our efforts" and "believe we can succeed."  With respect

- 35 -

1    to Disney+'s launch, Iger promised investors that Disney+ would have between 60
2    to 90 million subscribers worldwide by 2024.

3        107.  Disney launched "a synergy campaign of [a] magnitude that [was]
4    unprecedented in the history of The Walt Disney Company."  As *The New York*
5    *Times* described in October 2019, in the lead up to Disney+'s launch, every Disney-
6    affiliated entity was "blowing trumpets for Disney Plus as part of a kingdom-wide
7    advertising offensive," which included heavily promoting Disney+ on "corporate
8    sibling" television networks like ABC and ESPN, wrapping Disney World's theme
9    park buses and trams in Disney+ advertisements, providing "sneak-peek screenings"
10   of Disney+ shows onboard Disney cruise ships, hosting "pep rallies" at hundreds of
11   Disney's brick and mortar stores, displaying Disney+ advertisements "on the info-
12   channel in more than 22,000 Disney-owned hotel rooms," and pushing out
13   information about Disney+ "on almost all of the company's social media accounts,"
14   which have more than a billion combined followers.

15         **2.  Disney+ Got off to an Impressive Start**

16       108.  All of these efforts paid off on November 12, 2019, when the Company
17   officially launched Disney+.  According to the Company, 10 million subscribers
18   signed up for Disney+ on the first day the streaming was offered, and the Disney+
19   app was reportedly downloaded more than 3.2 million times.  This strong
20   performance out of the gate added $18 billion to Disney's market capitalization,
21   increased the Company's share price by 7.5%, and added the final polish to Iger's
22   already gleaming legacy.

23       109.  Analysts, who had projected that Disney+ would have anywhere
24   between 10 to 18 million subscribers in its first year, marveled at the size of
25   Disney+'s launch and highlighted the lightning speed at which Disney+ was
26   acquiring subscribers.  For example, a November 13, 2019 JP Morgan analyst report
27   entitled, "What Streams are Made of," acknowledged that Disney+'s acquisition of
28   10 million subscribers on the first day of its launch "surpassed our expectations,"

1    and predicted that "Disney's early success in transitioning its business to a digital

2    platform will likely award the stock a higher multiple as it increases conviction in

3    its longer-term success and path to profitability."

4    110.    By February 4, 2020, in the first fiscal quarter of its existence, Disney+

5    had amassed 26.5 million subscribers, poising the nascent streaming service to

6    comfortably meet Iger's initial target of 60 to 90 million subscribers by the end of

7    fiscal 2024.    Analysts were once again dazzled by Disney+'s subscriber numbers,

8    with UBS noting that Disney+ was "half way to the target in 3 months," Credit

9    Suisse describing Disney+'s performance as "quite impressive," and BMO

10   remarking that Disney+'s subscriber numbers "add[] up to more DTC value."    In

11   response to the Company's announcement of these Disney+ subscriber numbers,

12   Disney's stock price shot up by nearly seven dollars in a single day.

13   **E.    Chapek Succeeded Iger as Disney's CEO**

14   111.    On February 25, 2020, shortly after his successful launch of Disney+,

15   Iger shocked Hollywood and the Disney community by announcing that he was

16   stepping down as Disney's CEO.    Iger had served as CEO for the past 15 years and

17   had postponed his retirement four times since 2013.    In the months prior, in addition

18   to successfully launching Disney+, Iger published a best-selling autobiography, *The*

19   *Ride of a Lifetime* and was named 2019 "Businessperson of the Year" by *Time*.    On

20   the heels of those successes, Iger informed the market that it was finally the right

21   time to step away from his role as Disney's CEO.

22   112.    Iger also announced that Chapek would replace him as CEO, effective

23   immediately.    Iger reportedly hand-selected Chapek, who had worked under Iger for

24   more than a decade, for the job.    Chapek had served in a variety of roles since joining

25   Disney in 1993, most recently serving as Chairman of Disney's largest division,

26   Parks, Experiences and Products.    Despite his long tenure at Disney, Chapek was

27   nonetheless a surprising and somewhat perplexing choice to become only the

28   seventh man to lead Disney in the Company's 100-year history.    Since its launch a

- 37 -

few months earlier, Disney+ had taken center stage at the Company, yet Iger had tapped a first-time CEO with no experience in either streaming or content production.  Disney's Board gave Chapek an unusually short CEO contract, which would expire at the end of 2022.  This gave Chapek a very short window in which to prove to the Board and Wall Street that he was a worthy successor to the iconic Iger, and was up to the task of leading Disney toward a brighter financial future, driven by Disney+.

113.  Under his executive compensation agreement, Chapek would be evaluated – and compensated – not only based upon his personal performance, but also upon "the value of the Company's common stock."

## F.  Iger Remained Actively Involved in Running the Company

114.  While Iger publicly resigned from his longtime role as CEO in February 2020, internally, he appeared to have no interest in actually stepping away from the Company.  Iger and the Board of Directors had agreed upon a succession plan that appointed Iger as Executive Chairman, a self-created position that allowed Iger to "retain control of movie and TV content and operations."  Iger would remain in the role of Executive Chairman through the end of 2021 – "[a]cting almost as a shadow CEO" throughout the first 22 months of Chapek's tenure as CEO.  Per the succession plan, Chapek would become CEO, but he would continue to report to Iger.  This arrangement was viewed "by some insiders as a way for Iger to keep a heavy hand on operations," and it was reported that Iger had "pegged Chapek as someone who would accept his somewhat unusual succession plan, in which Chapek would serve both as CEO and CEO-in-training while Iger remained his boss."  Iger would also continue to rule over Disney's Board of Directors as their Chairman through December 2021.

## G.  COVID Cast a Dark Shadow over the Magic Kingdom

115.  The timing of Chapek taking over as Disney's CEO could not have been worse.  Less than a month into Chapek's new role, the COVID-19 pandemic struck

- 38 -

the United States with full force, requiring Disney to shutter its once bustling theme parks, resorts and cruise lines, halt production on its lucrative movie distribution channel, and virtually eliminate live sports, a key programming source for Disney's TV networks such as ESPN and ABC.  As *The New York Times* reported in April 2020, Disney "was almost perfectly exposed to the pandemic," as "[n]o big media company is more dependent on its customers' social and physical proximity than Disney, with its theme parks and cruise lines."  Consequently, "few [companies were] hit harder by the pandemic [than Disney]."

116.  For perspective, Disney's largest division and Chapek's area of expertise, Parks, Experiences and Products, had generated $26 billion in annual revenue in 2019.  In March 2020, those once lucrative revenue streams had, unthinkably, dried up almost entirely when Disney was forced to cease operations at its theme parks and cruise line, indefinitely.  Similarly, Disney's second largest division, Media Networks, had generated more than $24 billion in revenue in 2019, driven largely by the success of ESPN.  By March 2020, ESPN – previously described as "[t]he jewel" of Disney's Media Networks division – no longer had any live sports to broadcast, and instead had resorted to broadcasting "athletes playing video games."  The outlook for Company's third largest division, Studio Entertainment, which had generated $10 billion in revenue in 2019, was equally dismal, as it "had expected to bring in most of its revenue from movie openings in theaters, which [were] now closed."

117.  The economic repercussions from these pandemic-related closures were nothing short of catastrophic for Disney.  The first sign of serious distress came in March 2020, when Disney had to borrow $6 billion by selling debt securities.  But that loan was not enough to fill Disney's leaking financial bucket, which media analysts estimated was losing more than ***$30 million per day*** in April 2020.  These losses forced Disney to suspend payment of its semi-annual dividend in order to conserve cash beginning in May 2020.  And as the pandemic dragged on into the

- 39 -

second half of 2020 with no end in sight, the bleak financial news kept coming. Disney reported its first quarterly loss in 19 years in August 2020, and its first annual loss in more than 40 years in November 2020.

118.    The pandemic also spelled disaster for Chapek.  *The New York Times* reported that, though Chapek had been assured "that the extraordinary circumstances would be taken into consideration in the board's evaluation of Mr. Chapek's performance . . . in reality, two hard, unpredictable years will determine if he [could] hold the job."  Indeed, Disney's stock price had plummeted from $133 per share on the day Chapek became Disney's CEO to a low of $79 per share just three weeks later.  This meant that in order to earn the lucrative performance-based compensation delineated in his CEO contract, as well as to have any chance of the Board renewing his employment contract, Chapek needed to find a way to quickly dig Disney's stock price out of that hole.  A year that had started off so bright for Disney and Chapek with the dazzling first quarter debut of Disney+ had suddenly turned dark and gloomy, as the pandemic cast its long shadow over Disney's once magical kingdom.

## VI.    THE SCHEME AND FRAUDULENT COURSE OF CONDUCT

### A.    Overview of the Scheme

119.    Despite the severe financial hardships the pandemic wrought on Disney, the Company's stock price, ever since hitting a low of $79 per share on March 18, 2020, had continued to climb at a steady pace thereafter.  The one bright spot propelling the Company's stock price upward was Disney+.  The fledgling streaming service continued to transfix Wall Street – month after month – and Disney's stock price continued to climb, in lock step with Disney+'s subscriber growth.

120.    By August 4, 2020, the stock price had climbed to $115 per share, and as Disney+ quickly approached its one-year anniversary, pandemic-fueled subscriber growth continued to drive the stock price upward.  Chapek leaned in to Disney+'s momentum during the Company's Q3 2020 earnings call held on

- 40 -

August 4, 2020, reminding investors that, "[d]espite the ongoing challenges of the pandemic, we've continued to build the incredible success of Disney+ as we grow our global direct-to-consumer business."  That same day, Evercore acknowledged what had now been true for months: "the more investors focus on streaming the better it is for the stock."  BMO further drove this message home the following day, remarking: "CEO Chapek put his first stamp on DIS by doing exactly what long-term holders crave: pushing faster to streaming."  On August 5, 2020, the day after Disney's Q3 2020 earnings call, the Company's stock price rose again, this time by more than six dollars, from $115 per share on August 4, 2020 to $123 per share on August 5, 2020, edging closer to the $133 break-even price when Chapek took over.

121.   In his tumultuous first six months as Disney's CEO, one thing had become crystal clear to Chapek: to keep the stock price up, get his contract renewed, and create his own Disney legacy, he would need to hitch his fate to the brightest star in the Disney constellation, Disney+.  Chapek understood that even a year after its launch, Wall Street remained enamored with Disney+ and its alluring promise of accelerated growth.  Chapek knew that his fate at the Company depended – almost entirely – on Disney+.  But the tailwinds from the pandemic-fueled growth began to slacken, as viewers felt safer to leave their couches and turn off their TVs.  So, Chapek hatched a nine artifice scheme to keep Wall Street excited and engaged – and, in turn, keep Disney's stock price elevated.

122.   *First*, as described in further detail in ¶¶147-154 below, *Chapek, Daniel, and McCarthy launched the scheme by intentionally setting an unattainably high Disney+ subscriber target*.  On December 10, 2020 – the first day of the Class Period – Disney hosted Investor Day, a half-day, virtual pep rally devoted to touting Chapek's plan to accelerate Disney+'s growth and transition the nearly 100-year-old Walt Disney Company into a streaming giant.  Defendants wowed Wall Street by announcing that the Company was *quadrupling* the Disney+ subscriber targets that Iger had set just twelve months prior, when he launched the

- 41 -

platform.  The new target – ***230 to 260 million global subscribers*** – would propel Disney+ ahead of the undisputed leader of the streaming world, Netflix, which had recently surpassed 200 million subscribers.

123.    The Netflix-based target was not an accident.  According to CW-2, Chapek and Daniel were "literally obsessed with the Netflix-Disney+ comparison" and they knew a Netflix-like target would keep Wall Street's sole focus on Disney+ rather than the still struggling parts of the Company.  Throughout Investor Day 2020, Defendants delivered a clear and consistent message: with its legacy businesses still struggling due to the pandemic, and with the seismic shift from linear television to streaming, the Company was going "all-in" on Disney+.

124.    Analysts were "blown away" by the new subscriber target.  The announcement had the effect that Chapek intended, launching Disney's stock price to over $180 per share by the end of December 2020.  Of course, Chapek needed the stock price to remain elevated through at least mid-2022 when his CEO contract would be up for renewal.  Chapek knew that his bold 230 to 260 million subscriber target would create a floor under Disney's stock so long as he could convince investors that his plan to accelerate Disney+ subscriber growth was on track at each quarterly milepost when Disney reported its results.  So Chapek intentionally placed the subscriber target far enough out into the future, 2024, knowing that even modest subscriber gains each quarter would keep investors convinced that the target was attainable.  If investors ever had any doubt, Chapek and McCarthy assured them each and every quarter that the Company was on track to meet its subscriber target.

125.    ***Second***, as described in further detail in ¶¶155-163 below, ***Chapek reorganized the Company, creating DMED and appointing Daniel as President, to consolidate complete control over Disney+.***    Simultaneously with the announcement of the new astronomical subscriber targets, Chapek reorganized the entire Company, combining all content production, distribution, and finance units into a powerful new media division called DMED.  Chapek appointed Daniel to run

- 42 -

DMED despite the fact that Daniel "did not understand the [streaming] business" or "technology." Most importantly, Daniel was Chapek's "axeman" and "most trusted lieutenant," and "did exactly what he was told to do by Chapek." In furtherance of the scheme, the Executive Defendants utilized this new DMED structure to employ countless deceptive, unsustainable tactics to inflate subscriber growth, and keep investors convinced the Netflix-like 230-260 million target was on track at the expense of Disney+'s long term profitability and viability.

126.  To conceal that DMED was part of his scheme, Chapek hid his true motives behind creating DMED from investors, describing the overhaul as a rational move to streamline distribution decisions and to better monetize Disney's content to maximize profitability. In reality, the corporate reorganization was focused solely on chasing Disney+ subscriber growth by wresting control of Disney content distribution away from Disney studio executives and into the hands of Daniel.

127.  To conceal the true purpose of DMED, Chapek assured investors that he had received "100% buy-in" regarding the new structure from executives across the Company. In reality, yet unbeknownst to investors, "the DMED reorganization was not favorably received internally." As CW-2, an executive at Disney during the Class Period, recalled: "I didn't talk to anyone who thought it was a good idea. The decision was made in a vacuum." As Iger would later admit when he resumed the role of CEO, Chapek's DMED reorganization "*created a huge divide*" within the company, and "*it was very, very apparent . . . that [the reorg] was a mistake*."

128.  ***Third***, as described in further detail in ¶¶164-168 below, in order to chase subscriber growth, ***Chapek and Daniel utilized DMED to steer feature films to Disney+, bypassing the lucrative theatrical release and pay-per-view windows***. Unbeknownst to investors, these decisions were made solely to boost subscriber growth and were at the detriment to overall Company profitability. In certain instances, Chapek and Daniel used their complete control over content distribution to override studio executives and send Pixar's big-budget animated films directly to

- 43 -

Disney+ rather than the traditional distribution window for those films – movie theaters (this practice continued after the pandemic dictated the necessity of such moves).[4]  In other instances where films were initially launched in theaters, Chapek and Daniel ensured that they did not remain there long.  Chapek and Daniel used their DMED control to shorten the "theatrical window" to 45 days rather than the customary 90 days.  And in nearly all instances, Chapek and Daniel completely bypassed the lucrative home video pay-per-view window to get films to Disney+ quicker.

129.    To further conceal this artifice, Chapek and Daniel frequently described the direct-to-Disney+ decisions in glowing terms, calling them highly successful, citing to the positive impact on subscriber growth, but never detailed the lost revenue from theatrical releases.  In reality, and unbeknownst to investors, Disney suffered serious financial ramifications from bypassing or significantly shortening the theatrical release windows for what had historically been can't-miss blockbusters for Disney.  Even Pixar's Chief Creative Officer, Pete Docter, has since conceded that, in order to chase subscribers, Disney was too eager to send films directly to streaming.  Docter confirmed that this short-term growth tactic has had long-lasting, deleterious effects on Disney's once lucrative movie business and that Chapek's and Daniel's short-sighted distribution decisions during the Class Period are to blame.  Likewise, CW-3 observed that Disney used content distribution to acquire and retain subscribers.

130.    Iger agreed recently, saying "[t]here were three Pixar releases in a row that went direct to streaming. . . . *I think that . . . may have created an expectation in the audience that they're going to eventually be on streaming and probably quickly*, and there wasn't an urgency [to see the movies in the theater]."  Likewise,

---

[4]  Pixar Animation Studios specializes in producing feature-length, computer-animated films, such as *Toy Story*, and has been owned by Disney since 2006.

Disney has admitted that: "*[W]e were so aggressive at supporting the streaming business*.  In some cases, *we made a lot of films just for streaming*.  In some cases, we made films with *shorter exhibition windows*.  In almost all cases, we made films that *no longer had the sell-through window* in it, which home video at one point, as we called it, *was extremely lucrative for our company*."

131.    *Fourth*, as described in further detail in ¶¶169-180 below, *Chapek and Daniel embarked on a massive and unsustainable content spending spree in an attempt to "buy[] subscribers*."  In furtherance of his scheme, Chapek spent tens of billions of dollars on new Disney+ content to attract and retain subscribers.  After taking full control of content distribution with the DMED reorganization, Chapek and Daniel set out "*to flood the so-called digital shelves with as much content as possible to achieve . . . as much sub growth as possible*."  Indeed, CW-1 recalled a directive by Chapek to the studios to "produce as much content as you can."  Chapek and Daniel ramped up Disney's streaming content budget to $33 billion for FY 2021, of which more than $16 billion was earmarked for Disney+ content.  By comparison, the much larger Netflix, with a subscriber base twice the size of Disney+ at the time, spent just $17 billion on streaming content in FY 2021.  Put simply, as summarized by CW-1: "They just spent too much money making too much content."

132.    To mask the impact of the runaway content spend, the Executive Defendants employed Disney's cost accounting model to delay the recognition of content expenses, which were amortized or spread out over several years.  Meanwhile, the Executive Defendants hid from investors the impending avalanche of delayed content costs that the Executive Defendants had full visibility into at all times.[5]  Chapek further diverted investors' attention from the devastating financial impacts of the content spend by constantly touting the positive aspects of his

---

[5]   The Executive Defendants further concealed content costs using accounting manipulations as described in ¶¶214-223.

1   spending spree – namely, the steady stream or "cadence" of new Disney+ content

2   being added to the platform each quarter.  Chapek made it his mantra to investors –

3   new and original content would undoubtedly equate to more and more subscriber

4   growth.

5        133.   In reality, and unbeknownst to investors, as CW-1 recalled, the content

6   that was produced for Disney+ was "not driving subscriber growth."  Disney would

7   later admit as much, acknowledging to the market that contrary to Chapek's Class

8   Period fanfare, "***we made a lot of content that is not necessarily driving sub***

9   ***growth***."  Disney would also eventually admit that the excess spending they had

10   masked for so long had finally caught up to them, triggering a massive $1.5 billion

11   loss in Q4 2022.

12        134.   After taking over, Iger would eventually come clean to investors: the

13   Executive Defendants had been "chasing [subscribers] with . . . aggressive spend on

14   content."  Iger worked to unwind Chapek's and Daniel's years of excess spending,

15   affirming: "[I]t's critical we rationalize the volume of content we're creating and

16   what we're spending to produce our content . . . going forward, we intend to produce

17   lower volumes of content."  Disney+ would be "[s]pending less on what we make,

18   and making less."  Indeed, starting in May 2023, Disney removed over 50 of the

19   same shows and films that Chapek had touted to investors just quarters earlier,

20   contributing significantly to the $2.4 billion in impairment charges Disney recorded

21   in 2023.

22        135.   ***Fifth***, as described in further detail in ¶¶181-190 below, ***Chapek***

23   ***ramped up the use of steep discounts and promotions to chase "low quality"***

24   ***subscriber growth***.  In furtherance of the Executive Defendants' scheme to chase

25   unsustainable subscription growth regardless of cost or profitability, Chapek and

26   Daniel initiated a series of costly promotions that handed consumers heavily

27   discounted subscriptions.  As the Class Period progressed and Disney's ability to

28   sell full-price subscriptions diminished, the Company increasingly turned toward

- 46 -

these promotions to maintain the auspices of robust subscription growth.  Disney most commonly offered discounts through third party partnerships, where another company would offer a Disney+ subscription as an incentive to use its products or services, and then pay Disney a small portion of the total subscription cost.  CW-1 confirmed that, during the Class Period, Disney ramped up promotional activity in order to "*fill the gap*" *to* "*hit subscriber numbers and revenue targets*."

136.   To conceal this part of the scheme, Chapek assured investors that, with respect to discounted partnerships, "we're very selective.  We've got guidelines in terms of what percentage of our overall constituency we want to come from a third-party so that we can get the – extract the benefits of those type relationships."  In reality, however, Disney's quest for subscriber growth caused it to quickly move away from this selective, conservative approach to third party partnerships.  For example, in December 2021, Disney gifted all of its Hulu+ Live TV ("Hulu Live") subscribers with a Disney+ subscription for no consideration, and then counted all 4.3 million of them as Disney+ subscribers in order to report robust growth.  Iger later admitted "in our zeal to go after subscribers, I think we might have gotten a bit too aggressive in terms of our promotion."  Iger also acknowledged that the "promotion to chase subs that we've been fairly aggressive at globally wasn't absolutely necessary."  Iger acknowledged Disney had chased low quality subscriber growth and assured investors that, moving forward, Disney would "grow quality subs that are loyal and where we actually have the ability to continue to price effectively to those subs."

137.   *Sixth*, as described in further detail in ¶¶191-203 below, *Chapek launched Disney+ in unprofitable international markets to chase subscriber growth*.  From November 2019 through 2020, Disney+ launched in over 50 countries and territories, which fueled rapid subscriber growth.  Indeed, by the first quarter of 2021, *88%* of Disney+'s new subscribers came from international markets, and Disney+'s international rollout was on track to be complete by the end of 2021.  But

- 47 -

as the international rollout wound down in 2021, Disney+ subscriber growth began to slow.  Pressed for new subscribers, and in furtherance of their scheme, the Executive Defendants decided at the end of 2021 to **double** Disney+'s international presence, even though it had already launched in its most lucrative markets.  These additional market launches occurred in mid-2022 and included dozens of countries, including markets where the average revenue per user ("ARPU"), was lower, broadband access was limited, and many of Disney's programs were censored or even banned – which, unbeknownst to investors, limited any potential to operate profitably in these markets.

138.    Initially, this part of the scheme worked.  Disney+ launched in dozens of countries and territories during mid-2022, and the new wave of international launches reignited Disney+ subscriber growth.  By the third quarter of 2022, **99.3%** of Disney+'s new subscribers came from international markets.  Chapek and McCarthy lauded the renewed subscriber growth but concealed that the steep costs required to launch and operate in many of the international markets exceeded the revenue that Disney+ could generate in those markets.  For example, production of original non-English local content tailored to each unique market, along with local licensing costs, made many of these international markets cost prohibitive.  As Iger belatedly admitted, "[*w*]*e launched Disney+ in many, many markets around the world, including many very low ARPU markets* . . . we spend a lot of money on marketing in those markets and we spend money on local content" " and contrary to Chapek's assertions, "there are some [existing] markets that we may not have a service at all. . . .  Basically, what I'm saying is not all markets are created equal."

139.    **Seventh**, as described in further detail in ¶¶204-213 below, **Chapek falsely assured investors his Disney+ growth plan was on track**.  With analysts' and investors' attention directly on Disney+, the Executive Defendants needed to convince investors that the impressive growth targets were achievable.  To succeed at this part of the scheme, the Executive Defendants needed to not only generate

- 48 -

1    some subscriber growth, even if modest, each quarter by utilizing the artifices and
2    unsustainable growth tactics described herein, but also to reassure investors each
3    quarter that the growth story, and subscriber and profitability targets, were squarely
4    on track.

5         140.    The scheme overwhelmingly succeeded.  In combination with reporting
6    quarterly subscriber growth, the Executive Defendants constantly reassured
7    investors each quarter through Q4 2022 by unequivocally reaffirming the 230-260
8    million subscriber target and stating that the growth plan and subscriber target was
9    "on track."  For example, in 2021, Chapek and McCarthy said, "we feel really great
10   about our sub trajectory" and "we also remain confident in our expectation that
11   Disney+ will achieve profitability in fiscal 2024."  In 2022, with their fraudulent
12   artifices in full swing but Disney+ generating only modestly incremental growth,
13   Chapek and McCarthy refused to waiver on their assurances.  They said Disney was
14   "well suited to achieve the subscriber guidance as well as the profitability guidance."
15   Even on November 8, 2022, days before his firing, Chapek claimed "we still expect
16   Disney+ to achieve profitability in fiscal 2024."  The assurances had their intended
17   effect, mollifying investors.

18        141.    **Eighth**, as described in further detail in ¶¶214-223 below, **Chapek,**
19   **Daniel, and McCarthy employed accounting manipulations to conceal runaway**
20   **Disney+ content costs**.  In furtherance of their scheme, and unbeknownst to
21   investors, the Executive Defendants artificially shifted costs between divisions (*e.g.*,
22   Disney+, linear television channels, etc.) to mask the costs and hide the operating
23   losses for Disney+.  For example, Chapek and Daniel briefly debuted Disney+
24   content on Disney's legacy distribution channels (linear TV networks) before
25   making the shows available on Disney+.  This allowed Disney to artificially shift
26   content and marketing costs for that content to the linear network division and off of
27   the Streaming balance sheet.  According to *The Wall Street Journal*, "Ms. McCarthy
28   was concerned about this [cost shifting] strategy."

- 49 -

142.    Separately, as part of the DMED reorganization, the Executive Defendants significantly altered the way the Company calculated and reported its content costs in order to further mask the costs and hide the operating losses of Disney+.   Prior to the DMED reorganization, Disney film and television studios produced content and then sold it to Disney+ at fair market value, which included a profit mark-up.   After consolidating the studios under DMED, the inter-segment content sales were eliminated altogether.   As a result, Disney+ would pay only actual production costs for content rather than full market value.   This simple accounting change automatically lowered Disney+'s reported content costs and boosted profitability, particularly in comparison to the prior year, when the Company used a fair market valuation.   The illusory jump toward profitability delighted investors and analysts throughout 2021.   As a case in point, in the first quarter after the reorganization, analysts expected Disney Streaming to report $1.2 billion in operating losses, but the Company reported a loss of just $466 million.   The Executive Defendants glossed over the impact of the accounting change, attributing a portion of the better-than-expected results to Disney+.   In subsequent quarters, the Executive Defendants failed to mention the accounting change at all, and analysts attributed the improved results entirely to Disney Streaming's improved performance.

143.    ***Ninth***, as described in further detail in ¶¶224-228 below, ***the Executive Defendants concealed Disney+'s problem with churn*** (*i.e.*, subscriber cancellations).   Chapek's scheme to inflate subscriber growth with promotions and one-off content came at a high cost: these efforts garnered lower quality subscribers, meaning those who were more likely to cancel their subscriptions when the promotion ended or the content became stale.   Throughout the Class Period, Chapek denied any ill-effects related to churn, falsely claiming "our churn has declined" and "we're extraordinarily pleased with the low churn that we see."

144.   In reality, and unbeknownst to investors, high churn was a central concern among Disney executives from the start of the Class Period.  CW-1 recalled that the Executive Defendants closely watched churn, and churn was a constant problem.  CW-1 and other Disney Streaming executives referred to Disney+ as "the leaky bucket" because "[n]o matter how much water you put in, some leaks out."  As the Class Period progressed, churn actually *increased* from these already concerning levels, climbing 30% year-over-year from Q2 2021 to Q2 2022, according to *The Wall Street Journal*.  Iger later admitted that Disney needed to move away from hoarding low-quality subscribers and instead seek out "loyal" subscribers Disney could "price effectively."

145.   By the time the artifices were exposed and the scheme began to unravel in late 2022, Chapek and McCarthy had cashed in – with Chapek securing a $20 million contract extension and McCarthy unloading over $17 million in Disney stock.

146.   The artifices eventually collapsed under the pressure of cascading losses that the Executive Defendants could no longer hide.  Chapek and Daniel were unceremoniously fired, and Iger retook a company in financial shambles.  Soon after Iger retook control, he vowed to stop chasing subscribers, to spend less on unprofitable promotion, and to abandon unprofitable international markets.  Iger slashed Chapek's annual content budget by over $6 billion, promising to undo Chapek's years of excess and start "spending less on what we make, and making less."  He removed over fifty original shows and films, the same content Chapek had once touted to investors, contributing significantly to the $2.4 billion in impairment charges Disney recorded in 2023.  By the end of the Class Period, Iger's remaining outlook for the platform – a much smaller offering that featured high-value content, targeted modest subscriber growth, and limited global markets – was a humble remnant of the blockbuster Chapek had touted on the first day of the Class Period.

4889-9426-8565.v1

Unsurprisingly, Disney's stock price collapsed alongside Chapek's Disney+ growth scheme, falling over 50% from its Class Period high.



**B.    Detailed Description of the Scheme's Nine Artifices**

**1.    Artifice 1: Executive Defendants Set Unattainable Targets at Investor Day**

147.    By December 2020, Disney had somehow navigated the pandemic and witnessed its stock price actually ***increase*** despite being one of the most susceptible and hard-hit companies in the world.  Though COVID continued to shutter Disney's theme parks, hotels, cruises, and the movie theaters it relied on, Disney's stock price, ever since hitting a low of $79 per share on March 18, 2020, increased by a steady margin as 2020 progressed.  As CW-2 recalled, the market was evaluating Disney at the time purely based on the number of Disney+ subscribers: "The [Disney] Parks were closed.   Disney+ was the only revenue engine."   CW-1 had the same recollection, explaining that during the pandemic, the streaming division was the

only business within Disney that was bringing in revenue: "The entire focus was on streaming."

148.  Indeed, the one bright spot driving the Company's stock price upward, despite all odds, was the market's perception that Disney+ was a smashing success. The fledgling streaming service's subscriber growth continued to impress the market month after month, with analysts observing in May 2020 that Disney+ was "the reason to hold shares" in the Company.  Evercore reported: "[T]he more investors focus on streaming the better it is for the stock."  The message was obvious – Wall Street had turned its full attention to the seemingly limitless growth from Disney's new streaming model.

149.  In the first year following Disney+'s launch, the meteoric subscriber growth was driven by one-off tailwinds, such as Disney's massive and unprecedented pre-launch advertising campaign, and captive households starved for content to consume during the pandemic lockdown.  Chapek, whose compensation and contract renewal were tied directly to Disney's stock price, knew he needed to stoke the market's fervor by setting into motion a scheme to maintain, at any cost, the illusion of meteoric, sustainable and profitable Disney+ subscriber growth.

150.  The scheme's intended deception began on the first day of the Class Period at Disney's 2020 Investor Day.  To launch the scheme, Chapek swung for the fences.  During the presentation on December 10, 2020, Chapek lauded Disney+'s successes.  Chapek told the market that "Disney+ has exceeded our wildest expectations with 86.8 million subscribers as of December 2, [2020]."  Daniel also spoke, boasting to investors about all the new content they would be adding to Disney+, including: "roughly 10 Marvel series; 10 Star Wars series; 15 Disney live-action, Disney Animation, and Pixar series."  Iger spoke about the focus on new content, telling investors that "the single most effective way to grow our subscriber base is with great content," and reassuring investors that "*the emphasis will always be on quality, not volume*."  But it was McCarthy who delivered the truly

- 53 -

blockbuster news, wowing Wall Street by announcing that the Company was *quadrupling* Disney+ subscriber targets that Iger had set just twelve months prior – increasing Iger's target of 60 to 90 million Disney+ subscribers by 2024 to "***between 230 million and 260 million total paid Disney+ subscribers***" in the same timeframe. The fact that the new target would give Disney+ a larger subscriber base than streaming giant Netflix was not an accident. According to CW-2, "Chapek and Kareem Daniel were very, very focused on what Netflix was doing," and were "literally obsessed with the Netflix-Disney comparison." The Executive Defendants knew that a Netflix-like target would keep Wall Street's sole focus on Disney+ rather than the still struggling parts of the Company. Chapek added: "we're incredibly confident that we will achieve the long-term guidance that Christine outlined," and emphasized the importance of what they had just announced, declaring that it "will fundamentally transform The Walt Disney Company."

151. Just as the Executive Defendants had intended, analysts were ecstatic about the promises of rapid and profitable Disney+ growth, commenting that they were "blown away" by the new guidance. For example, Barclays crowed: "DTC guidance blows past consensus expectations"; Wolfe Research proclaimed: "Expectations Blown Away"; Morgan Stanley cheered: "To Infinity & Beyond"; and an RBC Capital Market Report analyst figuratively burst into song: "Disney, Disney, Disney, Can't You See? Sometimes Your Words Just Hypnotize Me." Some analysts even predicted that Disney+ would surpass Netflix as the most widely adopted paid streaming service in the world. Chapek's meteoric subscriber growth guidance had its intended effect, launching Disney's stock price to an all-time high of over $180 per share by the end of December 2020.

152. Chapek intentionally chose a far-off deadline for achieving the new subscriber targets – 2024 – to ensure he had sufficient time to implement his scheme and give it time to pay off. In the meantime, Chapek knew that his bold 230 to 260 million subscriber target would create a floor under Disney's stock, so long as he

- 54 -

4889-9426-8565.v1

1    could convince investors that Disney+'s subscriber growth remained on track at each

2    quarterly milepost.

3        153.    While the market fell for Chapek's artifice, insiders within the

4    Company were befuddled by the publicly announced subscriber targets.    For

5    example, CW-2 was an executive in Global Product at Disney Streaming when

6    McCarthy announced the new subscriber targets, and recalled thinking that was

7    "batshit crazy." S/he recalled that everyone s/he spoke to had no idea what the basis

8    was for the publicly announced subscriber numbers: "We were all looking at each

9    other on the [executive] level going did you provide the numbers?  No.  Did You?

10   No." CW-2 added: "if you send the numbers to the market, you would think Product

11   Strategy would be engaged," but CW-2 emphasized that his/her group was never

12   consulted.

13       154.    Even "Iger thought Mr. Chapek's projections went too far" when

14   Chapek raised Disney+ subscriber targets in December 2020, as *The Wall Street*

15   *Journal* reported.  In a separate article, *The Wall Street Journal* also reported that

16   "[p]rivately, Mr. Iger questioned the eye-popping prediction" of 230-260 million

17   Disney+ subscribers.

18           **2.    Artifice 2: Chapek and Daniel Created DMED to**
             **Gain Full Control of Disney+**
19

20       155.    After announcing sky-high subscriber guidance to launch the scheme,

21   Chapek knew he needed to maintain the impression that Disney+ was on track to

22   meet that guidance.  The crucial first step was wresting absolute control over

23   Disney+, including key decision-making authority over content budgets, content

24   distribution, marketing, pricing, and international markets.  To accomplish this,

25   Chapek completely reorganized the entire Company and created a single unit,

26   DMED, to oversee all of Disney's media and entertainment operations.  The

27   controversial reorganization represented a dramatic departure from Disney's

28

- 55 -

historical reporting structure, which had ceded key content decision-making power to Disney's studio executives and content producers.

156. Before the reorganization, the Company was separated into four reporting segments: (1) Media Networks, which included Disney's television production and distribution; (2) Parks, Experiences and Products, which included Disney theme parks, cruise lines and merchandise; (3) Studio Entertainment, which included movie production and distribution; and (4) Direct-to-Consumer & International, which included Disney+, ESPN+, and Hulu. Chapek reorganized the Company into just two reporting segments: (1) Disney Media and Entertainment Distribution (DMED); and (2) Disney Parks, Experiences and Products ("DPEP"). DMED became responsible for the monetization of all Disney content globally and oversaw the operations of the Company's streaming services. With this new structure, Chapek removed budgetary and distribution control from the heads of Disney's content groups, and placed control in the hands of DMED's new Chairman, Daniel, who reported directly to Chapek.

157. To further consolidate his control, Chapek appointed Daniel to run the new DMED unit. Daniel was Chapek's "most trusted lieutenant." The two executives had worked together for a number of years and were friends outside of the office. Chapek had hired Daniel as an intern when Daniel was still completing his MBA at Stanford, and the duo continued to work together thereafter when Chapek was the head of the Parks, Experiences and Products division and Daniel headed the Imagineering program. With Chapek's blessing, Daniel now oversaw the profit and loss management, distribution, operations, sales, advertising, data, and technology functions for all of the Company's content worldwide. As the media reported, with his appointment as Chairman of DMED, Daniel was "given arguably the greatest power vested in one executive in Hollywood – the final say on how viewers experience Disney movies and TV shows, whether that's in theaters, on Disney+, Hulu, Disney networks, or some combination of the above."

4889-9426-8565.v1

158.    To instill investor confidence in the new structure, when Disney announced Daniel as the new Chairman of DMED, Chapek lauded Daniel as "an exceptionally talented, innovative and forward-looking leader, with a strong track record for developing and implementing successful global content distribution and commercialization strategies."   Chapek further remarked: "As we now look to rapidly grow our direct-to-consumer business, a key focus will be delivering and monetizing our great content in the most optimal way possible, and I can think of no one better suited to lead this effort than Kareem."   However, contrary to Chapek's claims, Daniel was inexperienced and ill-equipped to run one of the biggest entertainment companies in the world.  CW-2, who directly interacted with Daniel when he ran DMED, recalled that Daniel "didn't understand technology; he didn't understand the [streaming] business."  Insiders within the Company were "stunned" when Daniel was appointed, noting that he had only been in his most recent role, President of Consumer Products, for six months.[6]   Unbeknownst to investors, Chapek had selected Daniel because of his loyalty and willingness to carry out Chapek's scheme, and not based on his skill set.  Indeed, as CW-2 explained: "Daniel did exactly what he was told to do by Chapek."

159.    Chapek instilled further investor confidence, and concealed the internal controversy surrounding his radical DMED reorganization.  Chapek boasted: "I'm 100% confident that this is going to play out exactly as we had intended.  It's going extremely well.  And despite the disruption in everyone's roles, I think we have 100% buy-in.   I think we have 100% buy-in because we have clarity on accountability, which everyone really likes, and we separate out roles to what people tend to do best."

---

[6]    https://www.nytimes.com/2022/06/27/business/media/kareem-daniel-disney.html

- 57 -

160.    Contrary to Chapek's assertions, and unbeknownst to investors, the DMED reorganization was met with significant backlash from key managers and executives inside Disney, including Iger.  As Disney has now admitted, during the Class Period, Chapek's reorganization "***created a huge divide*** between the creative side of the company, the content engines, movies and television and the monetization, distribution side of the company."  Iger himself believed "***it was very, very apparent . . . that [the reorganization] was a mistake***" and that the reorganization was ***not "healthy for this company***."  According to *The Wall Street Journal*, "***Mr. Iger had long expressed displeasure with the organizational structure Mr. Chapek put in place*** to handle content distribution" and "told people close to him that he didn't think the new regime made sense . . . according to people familiar with the matter."[7]  Likewise, another media report, citing a Disney insider, noted that "everyone knew DMED as a source of tension, with 'so much angst' that never got resolved."[8]

161.    CW accounts support the fact that DMED was widely unpopular amongst Disney employees.  For example, CW-2 recalled that the DMED reorganization was not favorably received internally.  CW-2, an executive in Disney+ Streaming during the Class Period, recalled that nobody s/he spoke to at Disney+ understood the purpose of the DMED reorganization, remarking: "[m]ost of us were scratching our heads."  CW-2 also said: "I didn't talk to anyone who thought it was a good idea," further noting that the "decision was made in a vacuum."  Ultimately, CW-2 resigned due to the "toxic culture" at DMED, which was run like a "dictatorship."  Likewise, CW-3, who also worked at Disney+ when the DMED reorganization occurred, said that Chapek's decision to form DMED "ruffled the

---

[7]    https://www.wsj.com/articles/walt-disney-cfo-others-brought-concerns-to-board-over-bob-chapek-11669072222

[8]    https://www.indiewire.com/features/general/disney-bob-iger-analysis-1234784730/

1    feathers of the majority of the creative engine."   S/he could sense a lack of
2    enthusiasm for the DMED restructuring when employees no longer had influence
3    over distribution decisions.

4          162.   Finally, in furtherance of the scheme, Chapek concealed his true motive
5    behind the DMED reorganization to investors.  Chapek described to investors that
6    the move was designed to help Disney make better platform distribution decisions
7    with consumer preference in mind, and to better monetize Disney's original content
8    to maximize profitability.   In reality, the reorganization was focused solely on
9    driving Disney+ subscriber growth at any cost by (i) stripping Disney studio
10   executives of the authority to decide how best to distribute their television shows
11   and feature films, including whether the content should debut on a streaming service
12   or a "legacy" platform, such as television or theaters and (ii) utilizing his full control
13   over distribution to divert a massive volume of new and exclusive content to
14   Disney+ to drive subscriber growth, bypassing lucrative theater windows (*see*
15   ¶¶164-168.[9]

16         163.   Chapek himself later admitted his true intentions, stating he felt he "***had***
17   ***to make that move***," [*i.e.*, creating DMED] to grow Disney+.  Chapek claimed, "[i]f
18   I left it to the individual creative groups in the company, everything would [still] be
19   going to the legacy platforms. . . .  How do you grow [streaming] if everything goes
20   to the legacy platforms?"  Unbeknownst to investors, DMED was simply part of
21   Chapek's growth-at-any-cost scheme and Chapek's and Daniel's distribution
22   decisions came at the expense of overall Company profitability.  Immediately after
23   Chapek and Daniel were fired in November 2022, Disney restored decision-making
24   authority to the studio executives, acknowledging that a "direct link between content
25   decisions and financial performance" was critical to "***improv[ing] the economics of***

26

27   _____
     [9]  The DMED reorganization also allowed Chapek to hide escalating Disney+
28   content costs using accounting manipulations.  *See* ¶¶214-223.

1  *[the] streaming business*."   Disney has also since admitted that, contrary to the

2  DMED structure in which Chapek and Daniel held sole decision-making power, "*the*

3  *same people that are responsible for making the content are responsible for*

4  *monetizing* it."

5          **3.    Artifice 3: Chapek Used DMED to Steer Films to**
              **Disney+ in Order to Boost Subscriber Growth at the**
6              **Expense of Disney Profits**

7          164.   In furtherance of their scheme to chase subscriber growth, Chapek and

8  Daniel utilized their near-total control of the powerful new DMED division to divert

9  massive amounts of new and exclusive content to Disney+ solely to boost subscriber

10 growth, even when those distribution decisions were at the detriment to overall

11 Company profits.  This included sending Pixar's big budget animated films directly

12 to Disney+ rather than the traditional distribution window for those films – movie

13 theaters – long after the pandemic dictated such moves.  In instances where films

14 were launched in theaters, Chapek and Daniel employed other tactics to expedite the

15 release of the films on Disney+, such as shortening the theatrical window to 45 days

16 rather than the customary 90 days, and completely bypassing the lucrative home

17 video pay-per-view window.

18         165.   Chapek and Daniel touted these decisions as highly successful, citing

19 to subscriber growth.  For example, in March 2021, Daniel stated: "Disney Plus

20 subscribers around the world enthusiastically embraced Pixar's Academy Award-

21 winning 'Soul' and the critically-acclaimed 'Luca' when they premiered exclusively

22 on the [Disney+] service, and we look forward to bringing them Pixar's next

23 incredible feature film 'Turning Red.'"  At a May 2021 investor conference, Chapek

24 stated: "taking a wonderful family film like Luca in the middle of summer and

25 putting that direct on the [Disney+] service will have sort of similar impact like we

26 saw when we did Soul back at the holiday time, and that was a huge boost to

27 Disney+."   Later, on the Q1 2022 earnings call, Chapek stated, "[t]his quarter,

28

- 60 -

1    audiences proved us right as Encanto became a phenomenon within days of its

2    arrival on Disney+."

3        166.    However, unbeknownst to investors, Chapek overstated the purported

4    benefits of launching Pixar films exclusively on Disney+, and the downsides of

5    bypassing or significantly shortening the theatrical release of what had historically

6    been can't-miss blockbusters for Disney.  Chapek and Daniel concealed that their

7    short-sighted decisions were designed to inflate subscriber growth, without regard

8    for Disney's profits.  According to *The New York Times*, Pixar Chief Creative

9    Officer Pete Docter has argued that Disney, in the hopes of growing subscriber

10   numbers, was too eager to send films directly to streaming.[10]  Docter has confirmed

11   that this short-term growth tactic has had long lasting effects on Disney's once

12   lucrative movie business.  Docter described that Chapek's and Daniel's DMED

13   distribution decisions during the Class Period, and not simply the pandemic itself,

14   are to blame for the change in consumers viewing habits and unwillingness to go to

15   the theaters to view Pixar's new blockbuster movies: "There has been an overall shift

16   in viewing habits as a result of the pandemic, but ***it's also specific to Disney+***,"

17   Docter said.  "We've told people, 'Hey, all of this is going to be available to you on

18   Disney+!'"   Likewise, CW-3 observed that Disney used content distribution to

19   acquire and retain subscribers.  According to another report, citing a Disney insider,

20   "for nearly three years, all Disney creators turned over their work to something

21   called DMED, aka Disney Media & Entertainment Distribution, a division led by

22   Chapek's, No. 2, Kareem Daniel.  DMED, not the creative divisions, would then

23   make the call on whether a film would get a theatrical release or go to streaming,

24   and how much marketing it received.  That's why Pixar's *Luca* and *Turning Red*

25

26

27   [10]  https://www.nytimes.com/2023/10/03/business/media/elemental-pixar-box-
     office.html
28

- 61 -

1  skipped theaters.  One Disney insider [stated] that everyone knew DMED as a source
2  of tension, with 'so much angst' that never got resolved."[11]

3      167.  The devastating and long-lasting effects described by Docter have
4  gutted Disney's once-lucrative feature movie business, as exemplified by the fate of
5  Pixar.  Prior to Chapek and Daniel taking over the content distribution, Pixar's *Toy*
6  *Story 4*, released during 2019, was the third-highest-grossing movie of all-time
7  domestically for Disney with $434 million in box office revenue.  The next three
8  Pixar releases, *Soul*, *Luca*, and *Turning Red*, all bypassed the theaters and were
9  released direct-to-streaming.  As a result, consumers expect to be able to stream
10  Pixar movies shortly after release, and therefore wait for them to come out on
11  streaming platforms rather than going to the theaters.  The last three Pixar movies
12  released in theaters – *Onwards*, *Lightyear*, and *Elemental* – have combined for just
13  $293 million in box office revenue.  *Elemental*, in particular, generated just $29.6
14  million in domestic ticket sales in June 2023 – the worst opening in Pixar history.

15      168.  Iger has admitted that he believes a big reason why recent Pixar movies
16  have struggled to draw attention at movie theaters is because direct-to-streaming
17  releases sapped the urgency of many viewers to go to the theaters: "There were three
18  Pixar releases in a row that went direct to streaming. . . .  ***I think that may have***
19  ***created an expectation in the audience that they're going to eventually be on***
20  ***streaming and probably quickly***, and there wasn't an urgency [to see the movies in
21  the theaters]."  Disney has admitted that "***it's already clear to us that the exclusivity***"
22  tactic that Chapek and Daniel "***thought would be so valuable in growing subs . . .***
23  ***wasn't as valuable as we thought***."  Disney has also acknowledged, "the best way
24  to monetize [content] is to make use of all platforms, streaming and traditional."
25  Likewise, Disney has conceded that the "***greater use of legacy distribution***

---

[11]  https://www.indiewire.com/features/general/disney-bob-iger-analysis-1234784730/

- 62 -

4889-9426-8565.v1

*opportunities*," rather than streaming alone, would lead to increased revenue and allow the Company to "***more effectively amortize content investment***."  Finally, Disney has admitted that "***we were so aggressive at supporting the streaming business***. . . .  In some cases, ***we made a lot of films just for streaming***.  In some cases, we made films with ***shorter exhibition windows***.  In almost all cases, we made films that ***no longer had the sell-through window*** in it, which home video at one point, as we called it, ***was extremely lucrative for our company***."

### 4.    Artifice 4: Disney Chased Subscriber Growth with Massive and Unsustainable Content Spend

169.    Essential to the growth-at-any-cost scheme was spending tens of billions of dollars on new Disney+ content to attract and retain subscribers.  Utilizing his new DMED structure, which was firmly under his and Daniel's control, Chapek set out "***to flood the so-called digital shelves with as much content as possible to achieve . . . as much sub growth as possible***."[12]  According to CW-1, there was a directive by Chapek to the studios to "produce as much content as you can."  Chapek would say: "the game will be won by whoever has the most content."  CW-1 labeled Disney's strategy as essentially "buying subscribers" in order to match Wall Street's new relentless focus on streaming subscriber growth.  Likewise, CW-2 recalled that "growth from a subscription perspective was all anyone wanted to hear about," and that subscriber growth was always considered when making decisions.

170.    After taking full control of content distribution with the DMED reorganization, Chapek and Daniel immediately ramped up Disney's streaming content budget to $33 billion for 2021, of which more than $16 billion was earmarked for Disney+ content.  By comparison, the much larger Netflix, with a subscriber base twice the size of Disney+, spent just $17 billion on streaming content in 2021.

---

[12]   Disney Q2 2023 earnings call May 10, 2023.

- 63 -

4889-9426-8565.v1

171.   Chapek constantly touted the positive aspects of his spending spree – the steady stream of new Disney+ content – while concealing the devastating near-term financial consequences.  Indeed, it became Chapek's mantra to investors and analysts on quarterly earnings calls: new and original Disney+ content was synonymous with the subscriber growth Wall Street craved.

172.   Chapek emphasized the "cadence" of new shows launching on Disney+.  For example, at the May 24, 2021 JP Morgan Global Technology, Media and Communications Conference, Chapek told an analyst, "Our goal is something new every week for our guests, . . . a new movie or a series, . . . add every week."  Likewise, at a Q4 2021 investor conference, Chapek touted a "surge of new content" with more than 340 local original titles in various stages of development and production across its direct-to-consumer (DTC) platforms.  Chapek said: "In total, we are nearly doubling the amount of original content from our marquee brands, Disney, Marvel, Pixar, Star Wars and National Geographic, coming to Disney+ in FY '22."

173.   Chapek convinced analysts and investors that the never-ending content stream would inevitably result in more and more subscribers.  In reality, much of the new content was necessary to mask the number of subscribers lost through inevitable churn.  Chapek would later admit, just prior to being fired, "when you have a streaming service that has the risk of churn, you need to constantly refresh your services with new content."  Disney would also later admit that, contrary to Chapek's Class Period fanfare, "*we made a lot of content that is not necessarily driving sub growth*."   Making things worse, Chapek was reluctant to write off these underperforming shows and films, meaning Disney was stuck recording billions of dollars of costs on content that was contributing little to subscriber targets.  This short-sighted business decision stemmed from Chapek's fear that Disney+ was being measured on the volume of content it offered and any reduction in content on the platform would undermine the growth story he had authored.  Indeed, immediately

- 64 -

after he was fired, Disney cut over 50 of the same shows and films that Chapek had touted just quarters earlier, contributing significantly to the $2.4 billion in impairment charges Disney recorded in 2023.

174.   Chapek's bold DMED reorganization, and placing it under Daniel's total control, was catered perfectly to the content spending scheme.  According to *The Wall Street Journal*, "Mr. Daniel control[led] the purse strings for spending on content."[13]  According to CW-1, after Chapek formed DMED, spending on content creation ramped up.  CW-1 stated that the creation of DMED, under the executive leadership of Chapek and Daniel, resulted in much more spending power from the studios.   Meanwhile, according to CW-1, the studios "didn't have P&L responsibility" and were only tasked with producing more content "to get as many subscribers as possible."  According to CW-1, "McCarthy and Chapek were always pushing for [subscriber growth]."  But according to CW-1, in reality, the content that was produced for Disney+ was "not driving subscriber growth."   Nonetheless, according to CW-1, "Disney+ just had to take whatever [the studios] made and pay for it."

175.   The nature of Disney's content cost accounting model was also perfectly suited for this part of Chapek's scheme.  The content accounting allowed Disney to spread out billions of dollars of production costs for new shows and films as reported expenses over many quarters.   This allowed Chapek to delay the recognition of costs associated with the exact content titles he was touting each quarter.   According to CW-1, the fact that Disney could amortize the cost of producing new streaming content across several years might have seemed beneficial in the beginning.  But, as CW-1 explained: "spending hundreds of millions of dollars on a single show accumulates."   S/he further explained that the "accounting

---

[13]  "Disney Fires Top TV Executive Peter Rice as Board Backs CEO Chapek"; *The Wall Street Journal*; June 9, 2022.

treatment of content-cost recognition, in which costs are spread across the useful life of the content, means you don't see the immediate hit to P&L. The losses start accumulating."  In short, as CW-1 said: "They just spent too much money making too much content."

176.  Of course, even with clever accounting, the costs did not stay hidden forever.  As depicted in the chart below, during the Class Period, Disney+ quarterly content costs rose from $500 million per quarter in Q1 2021 to $1.7 billion per quarter in Q1 2023, a more than 325% increase.  The scheme had resulted in Disney+ content costs becoming a runaway train.



177.  The Executive Defendants concealed the impact of the runaway content costs from investors for as long as they could, pushing costs into the future under Disney's cost accounting model.  Internally, the Executive Defendants were fully aware of the precipitous climb in content costs and Disney+ operating losses barreling towards them.  CW-1 described that Disney's content cost accounting model "provided good visibility for costs upcoming."  In other words, the Executive Defendants could see the avalanche of costs on the horizon, but pushed forward with

- 66 -

1  massive content spend anyway, prioritizing near-term subscriber growth above all
2  else.

3        178.   On certain occasions, Chapek and McCarthy acknowledged that
4  content costs were expected to increase over the following quarter(s).  In doing so,
5  not only did they admit they had good visibility into future content costs, but they
6  also glossed over the details of and always put a positive spin on the ever-increasing
7  content costs, falsely implying that more content costs would inevitably equal more
8  and more subscribers.

9        179.   In reality, Chapek and McCarthy had lost control of the runaway
10  content expenses that were far outpacing subscribers.  While quarterly content costs
11  soared 325%, as depicted in the chart above, Disney+ core subscribers rose just 58%
12  over the same timeframe.  As Chapek himself would later admit on his way out the
13  door, spiraling content costs were "com[ing] through the [flood]gate and . . . hitting
14  us all at once" and needed to be "normalized very, very quickly."

15        180.   Unfortunately for Disney investors who had relied on Chapek's growth
16  story, it was too late to "normalize" costs.  The required fix for the growth-at-any-
17  cost scheme was much more severe.  Immediately after Chapek was fired, Disney
18  worked to quickly undo the excess content bubble.  Iger cut the total Disney
19  Streaming budget by $6 billion from Chapek's more than $33 billion per year target
20  in FY 2022 to just $27 billion in FY 2023.  The vast majority of these cuts were to
21  Disney+ content budget, which was slashed by billions of dollars, or more than 35%
22  from the levels Chapek had set.  Iger came clean to investors: under Chapek,
23  Disney+ had been "*chasing (subscribers) with . . . aggressive spend on content*."
24  Iger acknowledged "*it's critical we rationalize the volume of content we're creating*
25  *and what we're spending to produce our content* . . . going forward, *we intend to*
26  *produce lower volumes of content*."  Disney+ would be "spending less on what we
27  make, and making less."  Meanwhile, Disney removed over fifty of the same shows
28  and films that Chapek had touted to investors just quarters earlier.  The $2+ billion

4889-9426-8565.v1

1  impairment charge to write off the shows was necessary to halt the amortization of

2  content costs from reaching Disney's bottom line.    Finally, Disney would

3  significantly cut back on expensive local programming in unprofitable international

4  markets including exiting some of the worst performing markets altogether.  Iger

5  acknowledged "there are some markets that we will invest less in local programming

6  but still maintain the service.  There are some markets that we may not have a service

7  at all."

8        **5.    Artifice 5: Disney Used Steep Discounts and Aggressive Promotions to Chase "Low Quality" Subscriber Growth**

9

10       181.    As part of Chapek's, Daniel's, and McCarthy's effort to drive Disney+

11  subscription growth regardless of profitability, Disney instituted a series of

12  promotions that handed consumers heavily discounted subscriptions.  As the Class

13  Period progressed and Disney's ability to sell full-price subscriptions diminished,

14  the Company increasingly turned toward these promotions to maintain the auspices

15  of robust subscription growth.  Disney most commonly offered discounts through

16  third party partnerships, where another company would offer a Disney+ subscription

17  as an incentive to use its products or services, and then pay Disney a small portion

18  of the total subscription cost.    For that reason, the promotional subscriptions

19  provided much less revenue to Disney on a per-subscription basis than traditional

20  subscriptions.    Moreover, customers who subscribed via promotion were

21  substantially less likely to stay subscribers when the promotion ended and the price

22  increased, which amplified "churn," or the rate of cancellations.  Disney felt the

23  increased churn from a promotion most profoundly after the deal ended and the

24  promotional period for the last batch of subscribers expired.  This spike in churn

25  occurs because the cancelations are not being replaced with new promotional

26  subscriptions.  For example if a 6-months-free promotion ends on December 31, then

27  the churn will be felt most strongly starting on May 31 of the following year.

28

182.   CW-1 explained that, during the Class Period, Disney ramped up promotional activity in order to "fill the gap" left by unreasonable targets.  Shortly after CW-1 took over as a Disney Streaming executive in the fourth quarter of 2020, s/he quickly came under pressure to "hit subscriber numbers and revenue targets." CW-1 further explained that, to boost subscription growth, Disney counted promotional subscriptions the same way as full-price subscriptions.  CW-1 said Disney defined a "paid subscriber" as any "subscriber who has access to the service and is paying Disney indirectly or directly for the service."  As an example of an indirect subscriber, CW-1 noted the partnership Disney had with Verizon that provided a free Disney+ subscription to Verizon customers.  The free subscription still counted as a "paid subscriber" because the deal entailed Verizon paying Disney "a fee for the subscriber."  CW-4 corroborated this account.  According to CW-4, Disney made the decision that everyone *entitled* to a subscription through a partnership would be counted as a "paid subscriber" even if they never actually subscribed.  S/he confirmed when asked "if you signed up for Verizon regardless of whether you activated your Disney+ subscription, would you be counted as a paid subscriber?"

183.   The Executive Defendants launched and sustained Disney+ partnerships with increasing frequency throughout Chapek's tenure, as set forth below.

184.   *Verizon*.  As discussed, Disney partnered with Verizon to automatically provide one year of *free* Disney+ with certain Verizon wireless plans.  The promotion immediately drove subscription growth, with *over 20%* of Disney's subscribers coming via the Verizon subscription over the course of the first two months.  But the growth came at a high cost, including through dramatically reduced revenues per subscriber.  Verizon paid Disney an undisclosed nominal amount for each subscription, but as CEO of Verizon Consumer Group Ronan Dunne made

4889-9426-8565.v1

clear, "while I won't go into the details of any of my commercial arrangements, you can be sure I'm not paying retail for my Disney+."

185.    Importantly, the Verizon promotion impacted Disney's revenues for years down the line.  Even after the one-year promotional period ended, Disney still did not receive full revenue if a Verizon customer decided to keep the service.  This is because Verizon – not Disney – would bill these subscribers for Disney+ on their wireless bill, taking a cut of the revenue before sending the remainder to Disney.  Moreover, as Verizon CEO Hans Vestberg later explained, the original contract dictated that Disney would pay Verizon a "bounty" for any Disney+ customers who decided to convert to full-price subscribers after the free year expired, further increasing costs for Disney.  Despite the lack of upfront cost to the consumer and the substantially diminished revenue for Disney from these Verizon-based subscriptions, Disney still accounted for each subscription as a full "paid subscription."  CW-1 explained, and CW-4 confirmed, that Disney would count a Verizon subscription, *even though Verizon customers "automatically became Disney+ members."*  Accordingly, although revenues were limited and the benefits temporary, the promotion proved extremely successful in driving subscription growth in the near term.

186.    The terms of the Verizon deal dictated that, toward the end of 2020, the free year-long subscriptions would come to an end, and Verizon customers would be forced to either cancel their Disney+ subscriptions or pay full price.  CW-6 worked on the Verizon deal and explained "there should have been an expectation that customers wouldn't renew after 12 months."  In order to limit churn from a substantial portion of their subscriber base, Disney extended and even enhanced the partnership.  On August 17, 2020, Verizon and Disney announced that an even better deal would be available to customers new to Verizon or who enhanced their plans.  The Disney+-only promotion was expanded to include a free subscription to the entire Disney Bundle (Disney+, Hulu, and ESPN+) and that the subscription would

- 70 -

extend **indefinitely, without the one-year cutoff**.  CEO of Verizon Consumer Group

Ronan Dunne conceded that Verizon and Disney decided to offer the enhanced plan

in an effort to retain consumers who were "starting to roll off" the free 12 months of

Disney+.  Ultimately, in an effort to delay the impending churn, Disney repeatedly

extended the Verizon offer throughout the Class Period.  It did not pull back on the

deal until May 16, 2023, when Verizon announced that Disney+ would no longer be

automatically included for free, but rather customers could opt in to pay a slightly

discounted rate of $10/month for the Disney bundle.

187.  **Amazon Music**.  On June 28, 2021, Disney announced another

promotion that handed out Disney+ for no cost to the consumer.  This time, Disney

partnered with Amazon Music, a streaming service competitive with Spotify.  The

deal enabled new Amazon Music customers to receive a free 6-month subscription

to Disney+ (existing customers got a 3-month subscription).  Although Disney again

withheld the economics of the deal, the revenue they received from these

subscriptions was severely diminished.  Indeed, at the time, the Amazon Music

subscription itself was the same price as a normal Disney+ subscription,

$7.99/month.  The deal continued until the end of 2021, causing the elevated churn

from the end of the deal to begin in the middle of 2022.

188.  **Hulu+ Live TV**.  Hulu+ Live TV is a premium version of Disney's Hulu

streaming service that also includes live television, including live sports, on

traditional channels.  Up until December 2021, Disney sold Hulu+ Live TV and

Disney+ as separate products.  However, in December 2021 just before the end of

Q1 2022, Disney provided a **free** subscription to every one of the 4.3 million

domestic Hulu+ Live TV subscribers.  Crucially, since this promotion came from

inside Disney, it did not receive any outside revenue as consideration for the

promotional subscriptions.  Nevertheless, Disney automatically counted every one

of these subscribers twice – once as a Hulu+ Live TV subscriber and once as a

Disney+ subscriber.  The timing of the promotion explains the devious motivation.

- 71 -

The 4.3 million extra Disney+ subscribers the deal provided comprise the vast majority of 6.6 million in year-over-year domestic growth the Company reported for Disney+ in its Q1 2022 earnings call.  Without this promotion, Disney would have had to report paltry growth of just 2.3 subscriptions in a full year.

189.  ***American Express***.  On or about April 6, 2022, Disney provided consumers with another avenue through which to obtain a free subscription.  American Express added Disney+ and the Disney Bundle to its list of streaming services for which cardholders would receive a full refund for subscriptions up to $20/month.  American Express customers lauded the addition, and Disney+ quickly became the headline service of that particular benefit.  The list prior to Disney's addition included a short and "disappointing" list of lower-tier streaming services, comprised of *The Wall Street Journal*, *Peacock*, *Sirius XM*, and *The New York Times*.  As with its prior wholesale arrangements with Verizon and Amazon Music, Disney accepted a much lower per-subscription rate, but never disclosed the precise amount it received.

190.  The Executive Defendants kept investors in the dark about the impact the promotions had on the revenue Disney received and the overall financial condition of the Company.  Chapek assured investors that "we're very selective. We've got guidelines in terms of what percentage of our overall constituency we want to come from a third-party so that we can get the – extract the benefits of those type relationships."  In reality, however, Disney's quest for subscriber growth caused it to quickly move away from this selective, conservative approach to third party partnerships.  Nearly a year later, on February 8, 2023, Iger admitted "in our zeal to go after subscribers, I think we might have gotten a bit too aggressive in terms of our promotion," and conceded that "the promotion to chase subs that we've been fairly aggressive at globally wasn't absolutely necessary."  Iger acknowledged Disney had chased low quality subscriber growth and assured investors that, moving forward, Disney would "grow quality subs that are loyal and where we actually have

- 72 -

the ability to continue to price effectively to those subs." Before this admission, Disney's opacity about its deeply discounted promotional subscriber growth allowed the Company to misleadingly convey steady, on-target subscription growth to the market, without disclosing the concurrent deterioration in the quality and sustainability of that growth.

### 6. Artifice 6: Chapek, McCarthy, and Daniel Launched and Operated Disney+ in Unprofitable International Markets

191. In 2021, as subscriber growth slowed and Disney became increasingly desperate for additional subscribers, Chapek, Daniel, and McCarthy drove additional subscriptions by implementing a second round of international market launches, even though Disney+ had already launched in the vast majority of its major markets. As the Executive Defendants knew, this second round of launches would occur in lower-ARPU countries, where broadband access was limited, Disney's presence was muted, and several of Disney's programs were censored or banned. Chapek, Daniel, and McCarthy also decided to drastically increase production of international content to drive subscribers in existing international markets. Unbeknownst to investors, the additional subscribers the Executive Defendants generated through this plan came without regard to – and at the expense of – profitability.

192. Disney+'s international rollout was initially planned to be complete by the end of 2021. Accordingly, in 2019 and 2020, Disney+ launched in over 50 countries. *See* App'x B. This first round of international launches included nine of the top ten global economies and the vast majority of Disney's key markets, including Canada, Australia, Germany, the United Kingdom, France, and Italy. This first round of launches was also responsible for the vast majority of Disney+'s subscriber growth throughout 2020 and into early-2021:

- 73 -

| Fiscal Quarter | Total New Subscribers | New International Subscribers (Including Hotstar) | New Domestic Subscribers (U.S. and Canada) | Percentage of New Subscribers from International Markets |
|---|---|---|---|---|
| 2Q20 | 7 million | 3.6 million | 3.4 million | *51%* |
| 3Q20 | 24 million | 21.1 million | 2.9 million | *88%* |
| 4Q20 | 16.2 million | 13.7 million | 2.5 million | *84%* |
| 1Q21 | 21.2 million | 18.8 million | 2.5 million | *88%* |

193.   But as Disney+'s international launches slowed throughout 2021 (*see* App'x C), so did its once-rapid subscriber growth.   Desperate for additional subscribers, Chapek, Daniel, and McCarthy returned to one lever that had reliably driven subscribers from the start: international expansion.   As CW-6 detailed, "international expansion was 'a key part' of Disney's strategy to add subscribers." S/he expanded, "[w]e could get subscribers by adding markets."   CW-2 similarly stated, "the only way to increase subscriptions was via international expansion" and "a launch in individual markets would create a short-term bump" in new subscribers.

194.   Accordingly, even though Disney+ had already launched in the vast majority of its major markets, Chapek, Daniel, and McCarthy decided to *double* the number of countries and territories in which Disney+ operated by the end of 2023." Chapek announced the new plan during the Company's November 10, 2021 earnings call:

> We are expanding our global reach by introducing Disney+ in additional markets around the world.   The service is now available throughout Japan, and we're thrilled to be launching it this Friday on Disney+ Day in South Korea and Taiwan, and in Hong Kong on November 16.   *In just 2 short years, we are now in over 60 countries* and more than 20 languages.   And *next year, we plan to bring Disney+ to consumers in 50-plus additional countries*, including in Central Eastern Europe, the Middle East and South Africa.   *Our goal is to more*

- 74 -

1     ***than double the number of countries we are currently in to over 160***

2     ***by fiscal year '23***."

3     195.   On the same call, the Company revealed that it was increasing

4 investment into local and regional content for its international markets, and it was

5 developing ***over 340 local*** programs to drive international subscriptions:

6     We recognize that the single, most effective way to grow our

7     streaming platforms worldwide is with great content, and we are

8     singularly focused on making new high-quality entertainment including

9     local and regional content that we believe will resonate with audiences.

10     ***Of note, we have 340-plus local original titles in various stages of***

11     ***development and production for our DTC platforms over the next few***

12     ***years***. As you know, we announced at our last Investor Day that we

13     expect our total content expense to be between $8 billion and $9 billion

14     in fiscal 2024, and ***we will now be increasing that investment further***

15     ***with the primary driver being more local and regional content***.

16     196.   After setting the stage for additional international expansion in 2022,

17 the Executive Defendants moved at a frenetic pace. First, on January 19, 2022,

18 Disney issued a press release announcing that it had "Create[d an] International

19 Content Group To Expand Pipeline Of Local Content And Continue To Grow Its

20 Global Direct-To-Consumer Business." According to the release, Disney had named

21 Rebecca Campbell as the Chairman of International Content and Operations. In her

22 new role, she would be "responsible for expanding the international content creation

23 pipeline, amplifying the Company's localized content strategy." She would report

24 directly to Chapek.

25     197.   Then, on January 26, 2022, the Executive Defendants announced the

26 countries and launch dates for most of the countries in Disney+'s second round of

27 international launches. The launches began in May of 2022 and ended in June of

28 2022. *See* App'x D. Because Disney+ had already launched in nearly all of its major

markets, many of the countries launched in 2022 were smaller, where Disney had a limited presence, and broadband access was not as widespread. This limited the total addressable market ("TAM"), lowered ARPU, and increased marketing costs. Many of the countries also censored and even banned some of Disney's content. For example, in June 2022, Disney launched in the Middle East, where "Lightyear" and "Baymax" were banned due to LGBTQIA+ content. Some of the countries and territories included in the second round of launches were Algeria, Bahrain, Libya, Malta, Åland Islands, and Gibraltar.

198.   The scheme worked – at first. For the first three quarters of 2022 – and through Chapek's contract renewal in June 2022 – Disney reported Disney+ subscriber growth that met or exceeded Wall Street's expectations. Notably, most of the quarterly subscriber growth occurred in international markets, and in the third fiscal quarter of 2022, **99.3%** of subscriber growth came from international markets:

| Fiscal Quarter | Total New Subscribers | New International Subscribers (Including Hotstar) | New Domestic Subscribers (U.S. and Canada) | Percentage of New Subscribers from International Markets |
|---|---|---|---|---|
| 1Q22 | 11.8 million | 7.7 million | 4.1 million | *65%* |
| 2Q22 | 7.8 million | 6.3 million | 1.5 million | *80%* |
| 3Q22 | *14.4 million* | *14.3 million* | *.1 million* | *99.3%* |

199.   Analysts were encouraged by the renewed growth and expected that international expansion would continue to drive additional subscribers. As RBC analysts noted, "53 new market launches should support sub[scriber] growth." Wells Fargo analysts similarly commented, "DIS+ future takes shape, and it looks brighter."

200.   But there was one problem: the cost to launch and operate Disney+ in many of its international markets exceeded the revenue generated in those markets. As mentioned above, the costs required to launch and operate in international

- 76 -

markets were steep.  First, Disney spent prolifically to make and acquire local content tailored to the international markets in which it was launching.  While some of the local content was made or acquired to satisfy local tastes, Disney also had to fulfill local content quotas – mandates that required Disney to make or spend a certain amount.  Disney also spent a significant amount marketing Disney+ and its content in international markets.  Marketing costs were even higher in countries with lower broadband access that did not already have an affinity for Disney specifically or streaming generally.

201.  The Executive Defendants downplayed their prolific spending and focused instead on the subscribers generated by the additional market launches.  For example, Chapek stated at the Company's Q2 22 earnings call, "we are equally enthusiastic about our growth potential in international markets.  We currently have over 500 local original titles in various stages of development and production. . . . We believe these premium local originals, along with branded content with broad international appeal, will attract new subscribers and drive engagement."  And as McCarthy stated at the Company's Q3 22 earnings call, "Strong Disney+ core net subscriber additions of 6 million reflect growth in existing markets as well as launches in over 50 new markets during the quarter."

202.  Unknown to investors, the Executive Defendants' prolific spending to chase subscribers in international markets came at the expense of Disney+'s profitability.  As CW-2 stated, Disney+ had launched in unprofitable markets.  And as Iger belatedly revealed after he retook control of the Company:

> [W]e launched Disney+ in many, many markets around the world, including many very low ARPU markets . . . **we spend a lot of money on marketing in those markets and we spend money on local content**. So as we rationalize this business and we **head in the direction of profitability**, clearly, we're looking at opportunities to reduce expenses in those **markets where the revenue potential just isn't there**.

- 77 -

203.   The quarter following Chapek's termination, the Company announced that it planned to "***reassess all markets we have launched*** in and also determine the ***right balance between global and local content***."  And immediately after the Class Period ended, in response to an analyst question about whether "it [is] essential that you reshape that international strategy in any way to meet your long-term profitability objectives," Iger admitted:

> We actually have been looking at multiple markets around the world with an eye toward prioritizing those that are going to help us turn this business into a profitable business.  ***What that basically means is there are some markets that we will invest less in local programming but still maintain the service.  There are some markets that we may not have a service at all.***  Basically, what I'm saying is not all markets are created equal.   And in terms of our march to profitability, one of the ways we believe we're going to do that is by ***creating priorities internationally***.

### 7.    Artifice 7: Chapek and McCarthy Assured Investors that Disney+ Growth Was on Track

204.   As discussed herein, from the time Disney+ launched, Wall Street was hyper-focused on Disney+'s subscriber growth.  According to CW-1, there was pressure from Wall Street to increase subscriber numbers, and "[t]he Company let Wall Street run the show for them."  One way in which Chapek and McCarthy dealt with this subscriber pressure from Wall Street was by insisting that Disney+'s modest quarterly subscriber growth demonstrated it was on track to achieve its lofty subscription and profitability goals.  Often times, the Disney+ subscription and profitability assurances came in moments of doubt, such as when subscriber growth hit a valley, and analysts wanted assurance that Disney still planned to hit the target.  Despite having opportunities throughout the Class Period to soften their positions on Disney+ subscriber growth and profitability, Chapek and McCarthy did not hesitate

1  to continue the scheme by informing analysts and investors that Disney+ was on
2  track.

3      205.   On May 13, 2021, during the Company's Q2 2021 earnings call with
4  analysts, Chapek reminded investors that "***[w]e are on track*** to achieve our guidance
5  of 230 million to 260 million subscribers by the end of fiscal 2024." McCarthy did
6  the same: "***we remain right on track*** to reach our fiscal 2024 guidance of 230 million
7  to 260 million subs, powered by the addition of 30 million paid Disney+ subs in the
8  first half of the year."

9      206.   Chapek did the same during the August 12, 2021 Q3 2021 earnings call
10  with analysts. Chapek stated, "[i]n terms of the health of Disney+, we feel really
11  great about our sub trajectory." Even when there was low subscriber growth, Chapek
12  confirmed that "[i]n terms of the net add question and how that's going to improve,
13  first half versus second half. ***Again, we feel really great about our sub trajectory***."

14      207.   After a quarter where Disney+ failed to meet analyst expectations
15  concerning subscriber growth, during the November 10, 2021 Q4 2021 earnings call,
16  Chapek and McCarthy assured investors that the subscriber and profitability targets
17  would be met. Chapek said "we're confident ***we are on the right trajectory*** to
18  achieve the guidance that we provided at last year's Investor Day, reaching between
19  230 million and 260 million paid Disney+ subscribers globally by the end of fiscal
20  year 2024, and with Disney+ achieving profitability that same year." And McCarthy
21  followed Chapek's lead: "we are well positioned to achieve the subscriber target of
22  230 million to 260 million by fiscal 2024 that we laid out at last year's Investor Day.
23  And we also remain confident in our expectation that Disney+ will achieve
24  profitability in fiscal 2024."

25      208.   Chapek and McCarthy refused to waiver on their assurances. On
26  February 8, 2022, an analyst questioned the achievability of the subscriber targets if
27  Disney+ lost its rights to broadcast cricket in India, a massive driver of subscriptions
28  in an enormous market. Chapek remained steadfast in his assurances:

- 79 -

4889-9426-8565.v1

If you look at India, we're certainly going to try to extend our rights on the IPL.  ***But we're very confident that even if we were not to go ahead and win that auction that we would still be able to achieve our 230 million to 260 million***.  So it's an important component for us around the world.  Obviously, really important in India, but not critical to us achieving the 230 million to 260 million number that we've guided to.

209.   The artificial assurances in furtherance of the scheme continued throughout 2022.  Chapek and McCarthy promised analysts Disney+ was on track, even as the fraud garnered only modest subscriber growth and Company crumbled from the inside out.  On March 7, 2022, McCarthy stated that Disney was "well suited to achieve the subscriber guidance as well as the profitability guidance."  On May 11, 2022, Chapek said: "***[W]e're very confident that going forward we're going to hit both of those sub guidance and profitability guidance*** by bringing in the cost at a reasonable level relative to their ability to attract and retain our subs."  On August 10, 2022, McCarthy maintained she was "***confident that Disney+ will achieve profitability in fiscal 2024***."

210.   Even up until November 8, 2022, just twelve days before Chapek was fired, he continued to assure investors.  During the Q4 2022 earnings call that day, Chapek stated that Disney was particularly pleased with Disney+ subscription growth and that "***we still expect Disney+ to achieve profitability in fiscal 2024***."

211.   The assurances that Disney+ remained on track worked, as analysts repeated to investors Chapek's and McCarthy's false assurances at the end of quarters where the Disney+ financial metrics were lower than expected.  For instance, after Chapek's and McCarthy's May 13, 2021 assurances, the Guggenheim analyst report included the following: "[m]anagement anticipates net adds to slow in the back half of the year due to the suspension of the IPL tournament in India and the company delaying the launch of Star+ in Latin America to F4Q (August 31) to

4889-9426-8565.v1

take advantage of a strong sports calendar, ***but reiterated that the company remains on track to reach 230mm-260mm subscribers by FY24***." The JP Morgan report similarly stated, "[h]owever, ***management reiterated they remain on track to reach 230-260m subscribers by the end of F24***."

212. And after the lower than expected Q4 2021 results, analysts reiterated Chapek's and McCarthy's assurance that Disney+ subscriber growth and profitability remained on track. Following the November 10, 2021 earnings call, the Cowen analyst report stated, "Disney+ sub growth is expected to remain soft in H1:F22, but management reiterated confidence in the company's FY24 sub and profit targets." The November 11, 2021 Credit Suisse report was similar: "Beyond mgmt indicating they are on the right trajectory to reach between 230m and 260m paid Disney+ subs globally by the end of FY24, they also reaffirmed Disney+ achieving profitability in FY24 despite exceeding guidance of $8B-$9B in FY24 content amortization laid out at the last Investor Day . . . ."

213. Chapek's and McCarthy's constant assurances throughout the Class Period that Disney+ would be profitable and have at least 230 million paid subscribers by fiscal 2024, proved to be a valuable artifice in their scheme. The assurances gained the trust of analysts and investors and kept Disney's stock price inflated.

**8.    Artifice 8: Chapek, McCarthy, and Daniel Used Accounting Manipulations to Conceal Runaway Content Costs**

214. In addition to chasing subscriber growth at any cost, the Executive Defendants' scheme also included engaging in artifices to conceal the massive costs, namely content costs, and operating losses associated with their growth scheme. During the Class Period, the Executive Defendants utilized the DMED reorganization to mask content costs with at least two types of accounting manipulations, as described below.

- 81 -

### a. The Executive Defendants Utilized DMED to Artificially Lower Disney+ Content Costs

215.  By the start of the Class Period, the Executive Defendants' massive content spend to chase new Disney+ subscribers was triggering significant losses in the streaming division which were getting harder to justify to investors. Indeed, Disney's DTC business was on track to report a $1.2 billion operating loss in the first quarter of FY 2021, which could have led to investors questioning the sustainability and viability of Chapek's Disney+ growth plan. Chapek knew he needed to reset the bar on the escalating costs and the DMED reorganization was the perfect tool to significantly alter the way the Company calculated and reported its content costs.

216.  As part of the reorganization, Chapek, Daniel, and McCarthy eliminated the separate film and general entertainment studio divisions and consolidated them into the new DMED division. Previously, the film and general entertainment studio divisions produced content and then sold the content to a separate Disney+ streaming division at fair market value, which included actual production costs plus a customary industry profit markup. The studio divisions recognized the revenue, including profit markup, on their books while Disney+ recognized the full costs they paid, including the profit markup, on their books. By consolidating the studios under DMED, the Executive Defendants eliminated the intersegment studio sales altogether. This allowed Disney+ to record its content costs at the much lower actual production cost rather than the higher fair market value it had used under the pre-DMED business structure. The change significantly lowered Disney+'s reported content costs and significantly boosted Disney+'s profitability metrics. For example, the chart below demonstrates the significant, and undisclosed, impact the reporting change had on Disney+ content costs and DTC operating losses:

- 82 -

|  | Pre-DMED reporting change | Post-DMED reporting change | % difference |
|---|---|---|---|
| Q1 2021 DTC Operating Loss | ($1.162 billion)[14] | ~$466 million[15] | ~60% |
| FY 2020 Disney+ content costs | ~ $2 billion[16] | $1.352 billion[17] | ~32% |

217.   For each quarter in FY 2021, Disney's year-over-year comparisons in DTC operating losses and content costs were materially impacted by this reporting change, amounting to an apples-to-oranges comparison of content costs, which were significantly higher under the prior reporting structure than under the DMED structure.  The Executive Defendants concealed the impact of this accounting change from investors.

218.   In Q1 2021, the first quarter the DMED reporting change took effect, the impact amounted to several hundred million dollars in content costs, as compared to the prior business model.  McCarthy only partially acknowledged the significant impact of the accounting change on the Q1 2021 earnings call, but left her explanation intentionally vague.  McCarthy highlighted an "improvement in direct-to-consumer operating results of nearly $650 million versus the prior year" which

[14]   On the Q4 2020 call, prior to the reporting change, McCarthy stated: "[W]e expect the Q1 [2021] operating results of our DTC businesses to decline by approximately $100 million relative to the prior year quarter."  The Q1 2020 DTC operating loss was $1.062 billion.  Thus, the expected DTC operating loss for Q1 2021 was $1.162 billion.

[15]   Rather than the expected $1.162 billion loss under the pre-DMED structure, Disney reported a loss of just $466 million under the new reporting structure, Disney noted: "[T]he majority of the variance relates the elimination of intersegment pricing markups under our new financial reporting structure."

[16]   At the December 10, 2020 Investor Day, prior to the reporting change, McCarthy stated: "[O]n the content amortization, the original guidance that we gave at the original Investor Day was $2 billion.  And that is consistent with what actually occurred in fiscal '20."

[17]   In February 2022, Disney broke out historical Disney+ content costs for the first time.  FY 2020 content costs under the new reporting structure totaled $1.352 billion.

1    she first attributed to "improved results at all 3 of our streaming services [including

2    Disney+]." McCarthy then stated "while some of the outperformance reflects better-

3    than-expected results from Hulu and Disney+, the majority of the variance relates to

4    the elimination of intersegment pricing markups under our new financial reporting

5    structure." However, McCarthy intentionally did not disclose any further details or

6    break out the exact financial impact of the DMED reporting change on the DTC

7    year-over-year comparison, nor did she break out the impact of the reporting change

8    on the operating results or content costs at the Disney+ level (as opposed to the

9    broader DTC segment level). In Disney's Form 10-Q, the Company removed any

10    reference to the reporting change, despite the fact that it was by far the biggest driver

11    of the improved results:

12        The operating loss from Direct-to-Consumer decreased $644 million,

13        to $466 million from $1,110 million, **due to improved results** at Hulu,

14        and to a lesser extent, at **Disney+** and ESPN+.

15        219.    The Executive Defendants' ploy worked. Analysts were misled by

16    McCarthy's explanation and were left blown away by the purported improvement in

17    DTC results, which were driven by lower Disney+ content costs:[18]

18        •    Credit Suisse: "direct-to-consumer losses were well ahead [of our

19            expectations], supporting our view that profitability could come a year

20            earlier than the FY24 guide"

21        •    UBS: "DTC cut its losses by more than half . . ."

22        •    BofA: "DTC segment OI of -$466mn, which significantly

23            outperformed our expectations"

24

25

---

26    [18]    Most analysts did not mention the reporting change. Certain analysts commented on McCarthy's vague reference to the accounting change on the earnings call, noting

27    "the accounting mechanics here are a bit opaque" and that the "new segment reporting limits comparability."

28

- 84 -

220.    After partially acknowledging the significant impact of the change on the Q1 2021 earnings call, the Executive Defendants omitted any reference to it going forward, despite the fact it continued to materially impact year-over comparison in DTC results for the remainder of FY 2021.  For example on the Q2 2021 call, McCarthy attributed better than expected DTC operating results to "lower content . . . expense at . . . Disney+."  On the same call, an analyst asked: "you guys have consistently beat us on [Operating Income] profits or lack of losses, I'd say, on DTC.  Which of the platforms is providing the biggest surprise?"  McCarthy knew the accounting change was the biggest driver of the improved operating results, but instead responded: "look, the biggest drivers for direct-to-consumer were coming out of Hulu and Disney+."  Then, in the Form 10-Q for Q2 2021, the Executive Defendants misleadingly omitted the impact of the reporting change, stating:

> The operating loss [for the six months ended April 3, 2021] from Direct-to-Consumer decreased $1,159 million, to $756 million from $1,915 million, ***due to improved results at Hulu, and to a lesser extent, ESPN+ and Disney+***.

221.    In addition to impacting DTC segment level results, the reporting change also materially distorted the operating results of Disney+ and materially impacted comparisons with pre-Class Period Disney+ content costs.  When Disney later broke out historical Disney+ content costs for the first time in February 2022, the material impact of the change became apparent.  For example, at the December 2020 Investor Day, McCarthy represented that Disney+ content expenses totaled approximately $2 billion in FY 2020.[19]  Under the new model, and concealed from investors until February 2022, Disney+ content costs were adjusted downward to just $1.35B for FY 2020.  Thus, the accounting change shaved off $650 million, over 30%, from Disney+ content costs.  This undisclosed reset on costs continued to

---

[19]    December 10, 2020 Investor Day.

materially impact Disney+ year-over-year comparisons provided to investors.  For example, the Executive Defendants reported in FY 2021, Disney+ content costs of $2.9 billion, roughly 45% higher than the $2 billion figure the Executive Defendants had previously reported for FY 2020 at Investor Day.  However, that was an apples-to-oranges comparison.  When adjusting for the accounting change, the actual spike in content costs was over 115% during FY 2021 (FY 2021 reported content cost of $2.9 billion vs FY 2020 content cost adjusted for the new accounting model of $1.35B).

**b.  The Executive Defendants Utilized DMED to Artificially Shift Disney+ Costs to Other Divisions**

222.  The DMED reorganization also allowed Chapek and Daniel to artificially shift content and marketing costs from Disney+ to other divisions.  Under the DMED structure, Chapek and Daniel had full control over when and where new shows and films launched on Disney's various platforms (Disney+, theaters, linear TV networks, etc.).  As part of their scheme to conceal Disney+ content costs, and unbeknownst to investors, Chapek and Daniel would briefly debut certain content intended for Disney+ on Disney's legacy distribution channels, namely Disney's linear cable television networks, before making the shows available on Disney+ shortly thereafter.[20]  This sequence allowed the Executive Defendants to artificially shift significant content and marketing costs from the Disney+ division to a separate linear network division, thus lowering the Disney+ costs reported to investors on quarterly earnings calls.

223.  Chapek's and Daniel's actions were a blatant manipulation of Disney's internal cost accounting policies, which dictated that "the initial costs of marketing

---

[20]  Under Disney's internal cost accounting model, the content costs and marketing costs associated with a show or film were attributed to Disney's various platforms (streaming, linear cable television, etc.) based on when and where the content titles were launched.

campaigns are generally recognized in the DMED business/distribution platform of initial exploitation, and allocation of programming and production costs is driven by distribution of the relevant content across windows." According to *The Wall Street Journal*, Chapek's and Daniel's strategy to shield losses in Disney's streaming division weighed on McCarthy: "'Cute,' she said disparagingly of the move during a conference call with colleagues." The report also described that "Ms. McCarthy was concerned about this [cost shifting] strategy." All of this window dressing went undisclosed to investors. Instead, Chapek falsely represented that in deciding how to "most effectively distribute our programming . . . our goal is always to serve consumers in the best way possible." Daniel added: "as Bob mentioned, consumer behavior really does drive our decision-making."

### 9.    Artifice 9: Chapek and McCarthy Concealed Subscriber Churn

224.   Chapek's and Daniel's singular focus on driving subscriber growth at any cost led Disney to recruit subscribers with promotions or expensive one-off pieces of content. The rate of subscribers who canceled Disney+ (referred to internally as "churn") is a very important metric for a streaming company because a high churn indicates that users do not value the service at full value in perpetuity, which negatively implicates downstream subscriber growth and profitability. At Disney, the churn rate increased as Disney+ subscribers' promotions ended or they completed watching the limited content they subscribed to see. As CW-5 explained, Disney tried to "juice subscription numbers and tell the market they're doing well," but this created "a 'fastfood' subscriber. You get subscribers but then there's a fast drop-off." As the Class Period progressed, Disney+'s churn rate grew to highly concerning levels, but Chapek, Daniel, and McCarthy knowingly withheld that information from investors in furtherance of their scheme.

225.   Chapek, Daniel, and McCarthy all closely monitored subscriber churn. CW-1 revealed that Disney regarded churn as "the most important thing" and

therefore "tracked churn very closely." CW-1 reported that s/he and his/her team grew particularly concerned about Disney+ churn because it "was significantly higher at Disney+ than at Hulu." Therefore, the streaming team "sliced and diced" Disney+ churn data to thoroughly analyze churn. Specifically, CW-1 analyzed churn for various cohorts of subscribers (such as "partnerships, age group, various Facebook social media campaigns") to determine which cohorts experienced the most churn. CW-1 recalled identifying one cohort of readily identifiable subscribers for which churn was particularly high: people who watched less than three hours of content per week. CW-1 also revealed that Chapek, McCarthy, and other Disney executives "got presentations of versions of this data on an ongoing basis," including at regular staff and Board meetings. CW-1 specifically recalled that Chapek, McCarthy, and other Disney executives received churn data and information at "off-site" meetings, where they saw presentations with "slides on churn reduction." CW-1 him/herself put together one such presentation, which s/he forwarded to Disney's Corporate Development Team for presentation to Chapek.

226. Chapek, Daniel, and McCarthy watched as churn at Disney+ rose to alarming levels. CW-1 reported there was "four or five percent monthly churn" at Disney+, and it got so bad that "[w]e called it the leaky bucket. No matter how much water you put in, some leaks out." The situation only grew worse during the latter part of the Class Period. Data from a third party media analytics firm confirms CW-1's account and demonstrates that Disney+'s monthly churn rate increased from 3.75% to 4.25% between 2021 and 2022. To provide context, in 2021, Disney+'s monthly churn rate was 88% higher than Netflix's 2.0% churn rate.

4889-9426-8565.v1

1
2
3
4
5
6
7
8
9
10



11    *The Wall Street Journal* confirmed the worsening trend, noting the U.S. churn rate

12    for Disney+ increased almost 30% in Q2 2022 as compared to the prior year.[21]

13        227.    Despite intimate knowledge of the increasingly concerning Disney+

14    churn rate, Chapek and McCarthy never disclosed the rate or their concerns to

15    investors.  Instead, they provided false and misleading assurances throughout the

16    Class Period.  On February 11, 2021, McCarthy claimed: "[s]o in regard to the

17    specific churn related to the anniversary of the Verizon launch promotion from last

18    November 2020, we're really happy with the conversion numbers that we have seen

19    there."  On August 12, 2021, Chapek assured investors that "***our churn is low***" and

20    also said "***[w]e're really pleased with churn***. . . .  ***And what you're seeing is that***

21    ***our churn has declined***."   On May 5, 2022, Chapek reiterated that "***we're***

22    ***extraordinarily pleased with the low churn that we see, particularly given the***

23    ***bundle***."

24        228.    Iger would later admit that the growth-at-any-cost approach resulted in

25    low-quality subscribers that would eventually cancel their Disney+ subscriptions

26

27    [21]   https://www.wsj.com/articles/disney-price-increase-shows-limits-of-subscriber-

28    growth-push-11660256118

4889-9426-8565.v1

rather than pay full price.  On February 8, 2023, he admitted "in our zeal to go after subscribers, I think we might have gotten a bit too aggressive in terms of our promotion."  He assured investors that, unlike during Chapek's tenure, moving forward Disney would "grow quality subs that are loyal and where we actually have the ability to continue to price effectively to those subs."  Iger's seminal focus on "loyal" subscribers Disney could "price effectively" highlights the lack of loyalty and price tolerance of low quality subscribers amassed by the prior regime.

### C. The Scheme Succeeded

#### 1. Investors Fully Expected Disney+ to Achieve Both Tremendous Growth and Profitability

229.   The scheme succeeded in keeping Disney's stock price inflated during the Class Period as the result of: (i) setting sky-high subscriber guidance to focus Wall Street's complete attention on Disney+, rather than the Company's many struggling and impaired businesses, and (ii) convincing analysts and investors that the subscriber and profitability targets were attainable and fully on-track each quarter.

##### a. The Executive Defendants Set Netflix-like Subscriber Guidance to Focus Wall Street on Disney+

230.   The scheme's intended deception began on the first day of the Class Period, at Investor Day 2020.  Nine months into the pandemic, Disney had finally found a way to shed the albatross around its neck – its many struggling and impaired businesses such as theme parks, cruises, box office movies, and cable television.  Disney succeeded in focusing all of Wall Street's attention on Disney+.  As Disney+ analysts acknowledged: "the more investors focus on streaming the better it is for the stock."  According to CW-2, Disney executives at the time also acknowledged that "Disney+ was the only revenue engine" and "growth from a subscription perspective was all anyone wanted to hear about."  Indeed, Disney+ had pushed Disney's stock price to its highest point in the Company's history.  The Executive

Defendants decided to double down or, better yet, quadruple down.  At Investor Day on December 10, 2020, Disney *quadrupled* its subscriber target to 230 to 260 million subscribers, a number that would give Disney+ a larger subscriber base than Netflix. The Netflix-like target was no accident – it focused Wall Street on Disney+ as the growth engine of the Company.  Just as the Executive Defendants had intended, analysts were "blown away" by the "massive" new target of "230-260M subs with profitability."  Analysts were ready to put Disney+ on par with Netflix: "***We believe Disney is almost certain to be a clear winner in streaming along with Netflix* . . . .**"

### b. The Executive Defendants Convinced Investors that Subscriber Growth Was on Track

231.   With analysts' and investors' attention now directly on Disney+, the Executive Defendants now needed to convince investors that the impressive growth targets were achievable.  To succeed at this part of the scheme, they needed to: (i) generate some subscriber growth, even if modest, each quarter by utilizing the artifices and short-sighted growth tactics described herein; (ii) reassure investors each quarter that Disney's growth story and subscriber and profitability targets were squarely on track; and (iii) conceal the negative impacts of the scheme for as long as possible, including: high subscriber churn, runaway content costs, underperforming Disney+ content that needed to be written off, and mounting losses.

232.   Chapek's, Daniel's, and McCarthy's scheme overwhelmingly succeeded in all three areas.  First, they used the artifices and short-sighted growth tactics to generate modest subscriber growth each quarter.  Knowing that a quarter of no growth, or declining subscribers, would disrupt the scheme, they used the artifices to "close gaps" and generate enough subscriber growth to convince investors that Disney was on track to hit the 230 to 260 subscriber million target.  As shown in the chart below, Disney reported at least some level of subscriber growth in every quarter through Q4 2022.

233.   Second, in combination with quarterly subscriber growth, the Executive Defendants constantly reassured investors each quarter through Q4 2022 by unequivocally reaffirming the 230-260 million subscriber target and explicitly stating that the growth plan and subscriber target was "on track."[22]

234.   Finally, the Executive Defendants successfully covered up the negative impacts of the scheme that would have revealed that Disney was not really on track to reach its subscriber and profitability targets.  This included concealing high subscriber churn, runaway content costs, underperforming Disney+ content that needed to be written off, unprofitable international markets that Disney would need to exit entirely and mounting losses that would force Disney to upend the entire Disney+ model.

235.   Conspicuously, when Chapek and Daniel were fired, subscriber growth came to a screeching halt as Iger unwound the scheme, as shown in the chart below.

---

[22]   Disney reaffirmed the 230-260 million target each quarter through Q3 2022, at which point the target was adjusted to 215-245 million to account for the loss of cricket licensing rights in its India market.  At that time, Disney reaffirmed the original subscriber targets in all markets other than India (*i.e.*, its "core Disney+" subscribers).  The 230-260 million subscriber target, used herein, refers to the original subscriber target provided at Disney's December 10, 2020 Investor Day and incorporates the one-time adjustment in August 2022.  Other than the limited purpose adjustment in August 2022, Disney maintained its original subscriber target through Q1 2023, at which point it was formally withdrawn.



*Reported Disney+ Subscriber Growth During the Class Period*

236.    Analysts and investors fully bought into the growth story.  The scheme worked so well, in fact, that many analysts expected that Disney+ would reach its targets even earlier than Chapek indicated.  For example, on February 12, 2021, a Credit Suisse analyst wrote: "profitability could come a year *earlier* than the FY24 guide."   And on April 22, 2021, a JP Morgan analyst remarked: "we believe subscribers will rapidly ramp and its DTC services should reach profitability by

- 93 -

F2023." Another analyst noted: "the profitability time line *appears conservative* in our view as we model Disney+ breakeven at F23 vs. guidance of F24."

237. Even after the initial burst of subscriber growth slowed slightly in May 2021, investors remained confident in Disney+'s subscriber and profitability targets based on Chapek's and McCarthy's constant assurances. On May 14, 2021, a Wells Fargo analyst noted that "*we're not worried*" about a "slowdown in Disney's DTC ramp" after "FY24 Disney+ *subscriber guidance of 230-260mm was reiterated*" by management. And after November 10, 2021, when Disney reported relatively low Disney+ subscriber growth, investors still accepted Chapek's and McCarthy's reassurances that additional content spend would lead to a reacceleration in subscriber growth and profitability. On November 11, 2021, a Rosenblatt Securities analyst said: "[W]ith an increased content budget, *we remain confident Disney+ will comfortably achieve 230-260M subscriber target and profitability in FY'24*."

238. In reality, Disney+ was never on track to reach the unattainable 230 to 260 million subscriber target and surpass Netflix, and certainly could not reach the subscriber target without resorting to extreme growth-at-any-cost tactics that made profitability impossible. After Chapek was fired, Iger completely tore down the high-growth Disney+ business Chapek had touted throughout the Class Period.[23] What is left is a far smaller platform with only modest subscriber growth expected quarter-to-quarter, a slimmed down content slate with titles routinely being removed, a platform available in far fewer global markets, and one that does not purport to rival Netflix. It is now clear that Chapek's version of Disney+, with as many as 260 million subscribers and profitability, was a charade. For more than eight quarters

---

[23] Disney formally withdrew its 200 million+ subscriber target in Q1 2023, noting: "we will no longer be providing long-term subscriber guidance in order to move beyond an emphasis on short-term quarterly metrics." *Bloomberg* has recently reported that "Walt Disney Co. expects to *fall tens of millions of subscribers short of its last publicly stated 2024 target* for the Disney+ streaming service, according to people familiar with the matter."

4889-9426-8565.v1

during the Class Period, the Executive Defendants' scheme succeeded in keeping Chapek's charade going and deceiving investors.

### 2.     The Board Renewed Chapek's Contract

239.     Chapek's motivation to engage in the fraudulent scheme was to secure renewal of his unusually short contract while obtaining the maximum bonus possible.

240.     Disney's Compensation Committee ("the Committee") made it clear from the beginning that Chapek would be evaluated – and compensated – based on his personal performance and the performance of the Company overall.  Indeed, according to the Company's 2021 proxy statement, 90% of Chapek's compensation would derive from performance-based pay.  Each year during the Class Period, Chapek was eligible for an annual incentive bonus of not less than 300% of his annual base salary.  However, "[d]epending on performance, the actual amount payable as an annual bonus to Mr. Chapek may be less than, greater than or equal to the stated target bonus (and could be zero)."  Chapek was also eligible to receive an annual equity award with a target accounting value of $15 million.  Like the annual incentive bonus, "[t]he actual benefits conveyed to [Chapek] in respect of any such awards may be less than, greater than or equal to the target award value, as such benefits will be dependent on a series of performance and other factors, such as the value of the Company's common stock."

241.     The Committee established financial and strategic goals to evaluate executive and company performance at the beginning of each fiscal year; and at the end of the year, the Committee would measure performance against those objectives. Throughout the Class Period, the Committee identified the growth of DTC as a "key strategic goal."  Chapek took the Committee's goal and ran with it, endeavoring to increase Disney+ subscriptions at a shocking rate in order to secure contract renewal and achieve the maximum bonus possible.  Unsurprisingly, in its 2020 end-of-year review, the Committee praised Chapek's zeal to grow the streaming platform.  The

- 95 -

Committee also characterized the international expansion of DTC services as one of Chapek's "key performance highlights." As a result of this performance, Chapek received an equity award for fiscal 2020 valued at $9,502,990.

242.   Knowing that his subscriber growth agenda was catching the Board's attention, Chapek continued to drive the scheme forward. When it came time to evaluate annual executive performance for 2021, the Committee commended Chapek's efforts to grow DTC just as it had done in the previous year. In its annual report, the Committee highlighted Chapek's role in successfully increasing subscribers to Disney+, Hulu, and ESPN+, while launching Disney+ in 35 new countries. Chapek received a bonus in the amount of $14,330,000. His equity award for the same year was valued at $13,965,478.

243.   Despite his significant bonus in fiscal 2021, Chapek was still waiting for the Board to renew his contract, which would expire in only a few months. With the clock ticking, Chapek charged full steam ahead on his growth-at-any-cost model heading into 2022. Then, finally, the Board renewed Chapek's contract in June 2022. According to the Company's 2023 proxy statement, "the Board agreed to extend Mr. Chapek's employment agreement based on Mr. Chapek's work navigating the Company through the unprecedented challenges of the pandemic and growing the Company's streaming business." Under his amended employment agreement, the target accounting value of Chapek's annual equity award increased from $15 million to $20 million and his contract was extended by three years.

### 3.   McCarthy's Stock Sales

244.   While the scheme inflated Disney's stock to record highs, McCarthy capitalized by selling over 122,014 of her Disney shares during the Class Period for insider trading proceeds of ***$17,101,573*** and profits of ***$11,809,441***. As discussed further below (¶¶380-381), McCarthy's sales were out of line with her prior trading practices, and they disposed of a large portion of her total Disney holdings.

**D.    The Scheme Began to Unravel**

245.    As Disney's fiscal fourth quarter of 2022 neared its close, the mounting losses from Chapek's growth-at-any-cost scheme were having a devastating financial impact on the Company.  McCarthy, realizing that the scheme was about to come crashing down, attempted to save her own skin by raising the alarm to Disney's Board of Directors and blaming Chapek and Daniel for the disaster.

246.    In late September 2022, Chapek and McCarthy gave their executive presentation to Disney's Board of Directors previewing the Company's forthcoming fourth quarter 2022 results.  As was their practice, Chapek and McCarthy had prepared for the Board presentation for weeks, and rehearsed what they would say *ad naseam*.  But at the Board meeting, McCarthy shocked Chapek by veering widely off script.  According to people familiar with what was said at the meeting, McCarthy "bluntly told the board the quarter's financials were on pace to be very bad."  McCarthy "told the Board that Disney's earnings that quarter would fall dramatically short of Wall Street's consensus estimate of 55 cents per share."  McCarthy relayed that the miss would be the largest relative to Wall Street's consensus estimates in a decade.  McCarthy blamed the miss on the Company's continued focus on subscriber growth over profitability and criticized the DMED restructuring.  According to CNBC, "McCarthy told colleagues she hoped her honesty with the board would jar Chapek into realizing his rosy outlook of the business ***wasn't based in reality***."

247.    Chapek was blindsided by McCarthy's comments, as she had not told him she would be sharing these "blunt assessments" of the business with the Board.  Alarmed Board members immediately began to pepper Chapek with questions about how this could happen, asking pointed questions about "forecasting techniques and how division heads shared financial information."  Chapek "struggled to answer," and was unwilling to admit that "the results were as dire as McCarthy was painting them to be."  Chapek claimed that Daniel had told him "we're killing it."  But when

- 97 -

Chapek later met with the Board one-on-one during the executive session of the Board meeting, he blamed McCarthy, telling them that "*if* anything was amiss," it was due to "McCarthy's poor financial management." He explained that since the division CFOs reported to her, McCarthy had either concealed the bad numbers from him or "hadn't grasped how bad numbers would be." McCarthy disputed this claim, telling colleagues that DMED, headed by Daniel, "was supplying her with unreliable information" and was "constantly changing its forecast."

248.    After the Board meeting, and in the lead up to the November 8, 2022 earnings call, the Company held its annual management retreat in Orlando. During the retreat, Disney's General Counsel, Horacio Gutierrez, "invited, half-forced" McCarthy, Daniel, members of the DMED finance team, and other executives to meet "to figure out a strategy" regarding the fact that Disney was about to announce a massive and totally unexpected $1.5 billion loss to investors. According to CNBC, "Gutierrez told colleagues that people were entitled to their own opinions but not their own facts." Chapek only attended a few minutes of the first of these strategy meetings, increasing the frustration of McCarthy and other executives, including Disney's head of communications, Kristina Schake, and head of investor relations, Alexia Quadrani, who warned Chapek that the market's "reaction to the quarter could be devastating."

249.    On the morning of the earnings call, Disney executives met at the Company's New York office, and once again "the finance team advised Chapek to deliver a sober message acknowledging that the streaming division's net operating losses were more than double that of the same period the previous year." But Chapek ignored their advice, refusing to frankly address the results on the earnings call. Instead, Chapek falsely reassured investors that despite the massive loss, "*we still expect Disney+ to achieve profitability in fiscal 2024*" and added: "Disney+ is well situated to leverage our position for long-term profitability and success."

250.    Despite Chapek's reassurances, the next day Disney shares plummeted 13.2%, one of the largest one-day drops in Company history.  The staggering $1.5 billion loss blindsided analysts and investors who had fully bought into the Executive Defendants' growth story and constant reassurances that Disney was "on track."  Evidencing how misled analysts were heading into the call, analysts from MoffettNathanson had expected the Company to forecast 34% growth in one significant income measure.  Instead, Disney projected it would be in the high single digits.  "*Rarely have we ever been so incorrect in our forecasting of Disney profits*,' the analysts said."[24]  In a text exchange with McCarthy, CNBC's Jim Cramer called the results "devastating."

251.    This was the end for Chapek.  According to a report from *The Wall Street Journal*, citing people close to the matter, "McCarthy told board members that she wasn't happy with the way Mr. Chapek had communicated with investors during the conference call."  Then, according to CNBC, "in a highly unusual move, board members also set up discussions with Disney division heads, who rarely speak to directors outside formal meetings.  Schake, McCarthy, Gutierrez, Walden, Bergman and D'Amaro all told either Arnold, Mark Parker or the entire board that they no longer supported Chapek as CEO, according to people familiar with discussions."  Soon after, Disney's Board decided that Chapek had to go, and reached out to Iger about returning.  On November 20, 2022, Disney's Board shocked Wall Street by firing Chapek and replacing him as CEO with Iger.

252.    The scheme continued to unravel over the next several months, as Iger began taking drastic measures in order to stop the bleeding and ensure Disney+'s survival.  To start, he immediately fired Daniel and began reorganizing the Company's media entertainment division, which included dissolving DMED.  Iger also candidly admitted that Disney had to reverse Chapek's course by no longer

---

[24]  https://www.wsj.com/articles/bob-iger-bob-chapek-disney-coup-11671236928

"chasing subscribers."  Iger also began to unwind Chapek's years of unsustainable spending on content by taking the unprecedented step of removing underperforming content from the platform.  In order to do so, Disney was forced to write-off the content, contributing significantly to the $2.4 billion in impairment charges Disney recorded in 2023.  The magnitude of the content purge was staggering.  Out of 275 Disney+ original film and series titles, Disney has removed at least 55 of these films and series – amounting to 20% or 1 in 5 original titles.  *See* App'x A.  Many of the now removed shows are the same shows Chapek and Disney touted during the Class Period to drive subsequent growth.  For example, after advertising that "fans are in for a big treat," and reportedly spending $105.9 million on production, Disney pulled *Willow* off of Disney+ in May 2023 after only one eight-episode season.  Similarly, Disney promoted its film *Artemis Fowl* by encouraging fans to "[p]repare to embark on a thrilling journey," and assuring them that "with this talented cast and crew, we know we can expect the best!"  Despite its enthusiastic publicity for the movie and a $125 million budget, Disney also removed *Artemis Fowl* from Disney+ in May 2023.  Two months later, Disney removed its original film *Crater* from Disney+ – which reportedly cost $53.6 million to produce – only seven weeks after it aired.  Dozens of Disney's original shows and films met the same unceremonious fate as Iger had no choice but to write-off billions of dollars' worth of shows and films to stop the runaway content costs Chapek and Daniel had left behind.

253.   By the end of the Class Period in May 2023, Disney+ was merely a shell of the limitless, prestige platform investors had been promised just two years prior at the start of the scheme.  To salvage any chance of ever breaking even on profitability, the Company has had to unwind Chapek's scheme in almost every aspect.  For example, Disney was forced to initiate numerous price hikes, lower promotion and marketing budgets, and engage in content purges, which have left the Company targeting modest, if any, subscriber growth on a quarterly basis with no chance of Disney+'s subscriber base ever reaching Netflix-like proportions.

- 100 -

Meanwhile, Disney+ has been forced to consider withdrawing from many of the unprofitable foreign markets that once fueled its subscriber growth. Finally – far from Chapek's Class Period "content is king" mantra – Disney+ has been forced to remove billions of dollars' worth of the shows and films Chapek had once touted, and is now targeting a vastly reduced, lower budget, lower volume content slate going forward. The unsustainable growth-at-any-cost scheme, inevitably, has proven very costly to investors, while Chapek, Daniel, and McCarthy walked away with their millions in compensation and stock sale proceeds still in their pockets. By the end of the Class Period, Disney's stock price had declined by over $100 per share, or 55%, from its Class Period high, and has still not recovered.

## VII.  IGER CAPITALIZED ON THE FRAUD BY SELLING OVER $375 MILLION OF HIS DISNEY STOCK

### A.  As Executive Chairman, Iger Kept a Heavy Hand on Operations Through December 2021

254. Although Chapek became CEO in February 2020, Iger never really stepped down. In fact, he stepped up. When Disney announced Chapek as its new CEO, it simultaneously announced Iger was being elevated to "Executive Chairman," a role he would hold through December 2021. As Executive Chairman, Iger occupied a unique role that many industry insiders observed allowed him to "keep a heavy hand on operations" and act "*almost as a shadow CEO*." For example, Iger continued to lead Disney's Board of Directors, which both allowed him to retain firm control of the Board's decision-making and granted him access to inside Company information. Iger also retained significant control over the Company's operations, including "control of movie and TV content" and "the company's creative endeavors." As Executive Chairman, Iger was also Chapek's boss, and Chapek was required to report directly to Iger through December 2021.

255. Throughout his tenure as Executive Chairman, Iger exercised significant control and consistently criticized Chapek's decision-making. As the *Los Angeles Times* reported:

4889-9426-8565.v1

For 22 months, Walt Disney Co. has been run by "the two Bobs" . . . Disney established an *unusual power-sharing arrangement* to allow Iger to stay on as the company's creative leader during the transition as Chapek, 61, eased into the job. The two men navigated the terrain in a way that some observers compared to a *three-legged race*.

256.  *The Wall Street Journal* similarly reported:

Mr. Iger loomed large over Mr. Chapek's short tenure as CEO, even after he left the company altogether at the end of last year, up until he returned in full fashion . . . as CEO again. Over the past two years he has made it known to friends and colleagues that he *disapproved of changes Mr. Chapek was making*, setting off a whisper campaign across Hollywood that never quite allowed Mr. Chapek to escape his predecessor's shadow.

257.  Iger's unwillingness to cede power to Chapek became clear almost immediately after he became Executive Chairman. When Iger first announced his new role to employees at Disney's Burbank studio lot, he referred to himself as "Big Bob" and Chapek as "Little Bob" – "a light reminder to employees about who was still the boss." Company employees also revealed to CNBC that, even after Chapek became CEO, Iger still worked full-time in his larger office, while Chapek occupied a smaller office down the hall. And when COVID hit in early-2020, Iger used it to further insert himself into the Company's operations. As *The New York Times* reported in April 2020, "after a few weeks of letting Mr. Chapek take charge" Iger "had *effectively returned to running the company*." Iger confirmed this report, stating: "'A crisis of this magnitude, and its impact on Disney, would necessarily result in my actively helping Bob [Chapek] and the company contend with it, particularly since I ran the company for 15 years!'" According to *The Wall Street Journal*, this "infuriated" Chapek, who complained "to deputies he was being

- 102 -

1    *undermined from the minute he was promoted*," and fumed that Iger "was
2    *interfering in day-to-day matters that were supposed to be the CEO's domain*."

3        258.  Iger's involvement in Company operations was clear throughout 2020
4    and 2021.  According to *The Wall Street Journal*, Iger "called strategy meetings with
5    Mr. Chapek's underlings without inviting the new CEO.  Mr. Chapek told friends
6    that Mr. Iger's attitude seemed to be 'they work for me, not you.'"  In addition, at
7    the end of a Board meeting in June 2020, Directors asked "Iger – but not Chapek –
8    to stay on the call for a customary 'executive session.'"  And in December 2020,
9    even though Chapek had been CEO for nine months, Iger attended and spoke at the
10    2020 Investor Day where Chapek and McCarthy announced the increased Disney+
11    subscriber targets.  As late as August 12, 2021, Chapek reaffirmed Iger's
12    involvement in forming the Company's "current approach to distributing our
13    feature-length films."

14        259.  In addition to his involvement in day-to-day operations, Iger
15    consistently criticized Chapek's decisions and leadership.  Among Iger's many
16    criticisms were Disney+ subscriber guidance and the DMED reorganization.  As *The*
17    *Wall Street Journal* reported, when Chapek raised Disney+ subscriber targets in
18    December 2020, "Iger thought Mr. Chapek's *projections went too far*, according to
19    people familiar with Mr. Iger's thinking."  In a separate article, *The Wall Street*
20    *Journal* also reported that "[p]rivately, Mr. Iger *questioned the eye-popping*
21    *prediction*" of 230-260 million Disney+ subscribers.  Iger also privately criticized
22    the DMED reorganization.  According to *The Wall Street Journal*, "Mr. Iger had
23    long expressed displeasure with the organizational structure Mr. Chapek put in place
24    to handle content distribution" and "told people close to him that he didn't think the
25    new regime made sense . . . adding that it took away freedom from the creative side
26    of the business."  According to Company insiders, Chapek had a series of meetings
27    with Iger about the restructuring, and "Iger didn't try to stop Chapek's plan, but he
28    also didn't give it his full endorsement. . . ."  CNBC similarly reported that

"executives who had lost power under the new structure were frantically complaining to Iger, who told them *he didn't agree with the reorganization* . . . ."

260.    Around the same time, from late-2020 and into 2021, McCarthy warned Chapek that "Iger's criticism was reaching an increasingly wide audience." Indeed, Iger "provided an ear for unhappy Disney executives, some of whom he had mentored" and "*appeared to be able to second-guess the new CEO every move*."

261.    When Iger returned as CEO in 2023, he confirmed that he was aware of Disney's deteriorating condition even after he left the Company. During a February 2023 interview with CNBC, when asked whether Disney's condition was worse than expected when he returned, Iger responded: "I was aware of some of the issues that the company was dealing with. . . . I would say it was as expected. . . . I was close enough in terms of my . . . observer status being out to have a sense of what was going on. . . . *There were no surprises*."

262.    In the months following his return, Iger belatedly revealed material, adverse information that he knew but failed to disclose about the scheme during the Class Period, including:

- *Regarding DMED*. Iger admitted during a February 2023 CNBC interview that "it was very, very apparent . . . that [the DMED reorganization] was a mistake" and that the reorganization was not "healthy for this company."

- *Regarding Bypassing Theaters to Put Content Directly on Disney+*. Iger admitted at a March 9, 2023 industry conference, "it's already clear to us that the exclusivity" tactic that Chapek and Daniel "thought would be so valuable in growing subs . . . wasn't as valuable as we thought." At the same conference, he stated, "[W]e were so aggressive at supporting the streaming business. . . . In some cases, we made a lot of films just for streaming. In some cases, we made films with shorter exhibition windows. In almost all cases, we made films that no longer

had the sell-through window in it, which home video at one point, as we called it, was extremely lucrative for our company." Iger expanded at the Company's 1Q 2023 earnings call, "greater use of legacy distribution opportunities," rather than streaming alone, would lead to increased revenue and allow the Company to "more effectively amortize content investment."

- ***Regarding Content Spend***.    Iger admitted at the Company's November 28, 2022 town-hall meeting that Disney+ had been "chasing (subscribers) with . . . aggressive spend on content."  Iger also stated at the Company's 2Q 2023 earnings call, "it's critical we rationalize the volume of content we're creating and what we're spending to produce our content" and "going forward, we intend to produce lower volumes of content."  Disney+ would be "spending less on what we make, and making less."  Iger also admitted that "we made a lot of content that is not necessarily driving sub growth."

- ***Regarding Promotions***.  At the Company's 1Q 2023 earnings call, Iger admitted "in our zeal to go after subscribers, I think we might have gotten a bit too aggressive in terms of our promotion," and conceded that "the promotion to chase subs that we've been fairly aggressive at globally wasn't absolutely necessary."  Iger acknowledged Disney had chased low quality subscriber growth and assured investors that, moving forward, Disney would "grow quality subs that are loyal and where we actually have the ability to continue to price effectively to those subs."

- ***Regarding International Expansion***.   At the Company's 1Q 2023 earnings call, Iger admitted Disney intended to "***reassess all markets we have launched*** in and also determine the ***right balance between global and local content***."  At the Company's 2Q 2023 earnings call,

- 105 -

Iger reiterated, "[W]e launched Disney+ in many, many markets around the world, including many very low ARPU markets . . . we spend a lot of money on marketing in those markets and we spend money on local content. ***So as we rationalize this business and we head in the direction of profitability***, clearly, we're looking at opportunities to reduce expenses in those markets where the revenue potential just isn't there." Further, at the Company's 3Q 2023 earnings call, Iger stated, "And we actually have been looking at multiple markets around the world with an eye toward prioritizing those that are going to help us turn this business into a profitable business. What that basically means is there are some markets that we will invest less in local programming but still maintain the service. ***There are some markets that we may not have a service at all. Basically, what I'm saying is not all markets are created equal***."

**B.    While Privy to Material, Non-Public, Adverse Information, Iger Dumped over $375 Million of His Disney Stock on Unknowing Investors**

263.    From January 2021 to June 2021 – while the scheme inflated Disney's stock price to record highs – Iger sold roughly ***half*** of his Disney holdings for an incredible ***$375,829,120*** in insider trading proceeds and ***$312,299,199*** in insider trading profits:

| Transaction Date | Shares Sold | Share Price | Proceeds |
|---|---|---|---|
| 01/20/2021 | 72,440 | $177.20 | $12,836,368 |
| 01/20/2021 | 145,109 | $176.40 | $25,597,228 |
| 01/20/2021 | 260,454 | $175.30 | $45,657,586 |
| 01/21/2021 | 1,300 | $175.00 | $227,500 |
| 01/22/2021 | 15,640 | $175.01 | $2,737,156 |
| 02/02/2021 | 55,979 | $175.24 | $9,809,760 |
| 02/02/2021 | 181,157 | $176.28 | $31,934,356 |
| 02/08/2021 | 220,000 | $190.12 | $41,826,400 |
| 02/23/2021 | 220,000 | $195.39 | $42,985,800 |
| 02/24/2021 | 196,158 | $200.14 | $39,259,062 |

| Transaction Date | Shares Sold | Share Price | Proceeds |
|---|---|---|---|
| 03/08/2021 | 49,392 | $200.37 | $9,896,675 |
| 03/08/2021 | 71,554 | $201.13 | $14,391,656 |
| 06/01/2021 | 13,266 | $179.76 | $2,384,696 |
| 06/01/2021 | 537,304 | $179.20 | $96,284,877 |

264. Iger's insider selling was unusual and suspicious in both timing and amount. First, in the entire **two years** leading up to the Class Period, Iger sold **none** of his Disney stock. But immediately after the scheme began inflating Disney's stock, Iger suddenly began selling off over $375 million of his Disney stock, as shown in the chart below. Notably, Iger began his selling spree almost immediately after Chapek and McCarthy announced new Disney+ targets that Iger knew "went too far" and shortly after the DMED reorganization, which he knew was a "mistake." Tellingly, shortly before the truth began to emerge, Iger's trading halted, as shown in the chart below:



4889-9426-8565.v1

265.   Iger's most suspicious trade came on June 1, 2021, when he sold nearly ***$100 million*** of his Disney stock in a ***single day***.  This sale came shortly after the five-year plan showed that Disney+ would not reach profitability until one year later than originally projected.  After capitalizing on the scheme, Iger left the Company, commissioned a second superyacht (larger than the one he already owned), and bought a private jet.

## VIII.  MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS

266.   During the Class Period, the Defendants made numerous false and misleading statements, omitted material facts necessary to make their statements not misleading, or failed to disclose adverse facts, related to: (a) Disney+ paid subscribers and subscriber growth; (b) Disney+ content; (c) Disney's DTC operating losses; (d) Disney+ international growth; (e) Disney's DMED reorganization; (f) Disney+ subscriber churn; (g) Chapek's contract renewal; and (h) Disney+ profitability.

### A.    Paid Subscribers and Subscriber Growth

267.   During Disney's December 10, 2020 Investor Day, McCarthy assured investors that ***Disney "will continue to be transparent with all of you about our direct-to-consumer business***.  And we will continue providing the key metrics that help you best understand our progress."  McCarthy stated that as of December 2, 2020, Disney had 86.8 million paid Disney+ subscribers.

268.   On February 11, 2021, Disney released its Fiscal Q1 2021 Form 10-Q and McCarthy and Chapek participated in an earnings call with analysts.  During the call, McCarthy informed investors that there were 94.9 million paid Disney+ subscribers at the end of Q1, adding that Disney "***saw strong additions to our subscriber base*** from our November launch in Latin America."  Chapek stated that "Disney+ has exceeded even our highest expectations in just over a year since its launch, with 94.9 million subscribers as of the end of the first fiscal quarter."

4889-9426-8565.v1

Disney's Fiscal Q1 2021 Form 10-Q stated that there were 94.9 million Disney+ paid subscribers as of the end of Fiscal Q1 2021.

269.   On May 13, 2021, Disney released its Fiscal Q2 2021 Form 10-Q and McCarthy and Chapek participated in an earnings call with analysts.  During the call Chapek stated that Disney+ had "amassed nearly 104 million paid subscribers as of the end of the second fiscal quarter."  McCarthy repeated the 104 million paid subscribers metric and added context, stating: "we had almost 104 million Disney+ paid subscribers at the end of the second quarter.  At our annual meeting, we announced we have reached 100 million global paid subscribers.  We reached that milestone in early March, so we added subs at a faster pace in the last month of the second quarter than we did in the first 2 months."  Disney's Fiscal Q2 2021 Form 10-Q also stated that there were 103.6 million paid subscribers as of the end of Fiscal Q2 2021.

270.   On August 12, 2021, Disney released its Fiscal Q3 2021 Form 10-Q and McCarthy and Chapek participated in an earnings call with analysts.  During the conference call, Chapek reported that "Disney+ . . . performed incredibly well with 116 million" subscribers.  McCarthy stated: "As Bob mentioned earlier, we ended the third quarter with 116 million global paid subscribers to Disney+, up from approximately 104 million in the second quarter."  McCarthy added that "***subscriber growth was also solid at our core Disney+ markets***, excluding Disney+ Hotstar, with total quarter-over-quarter net adds in those markets consistent with net adds from Q2."  Disney's Fiscal Q3 2021 Form 10-Q also reported that there were 116 million paid Disney+ subscribers as of Fiscal Q3 2021.

271.   On November 10, 2021, Disney released its Fiscal 2021 year end 10-K and Chapek and McCarthy participated in an earnings call with analysts.  During the call, Chapek informed investors that "we are pleased with the success of our portfolio streaming services, Disney+, ESPN+ and Hulu continued to ***perform incredibly well with 118.1 million***, 17.1 million and 43.8 million subscribers,

respectively, for a total of 179 million subscriptions. ***To put this growth in perspective, in the past fiscal year alone, we have grown the total number of subscriptions across our DTC portfolio by 48% and Disney+ subs, in particular, by 60%***.” During the same call, McCarthy stated: “we ended the fourth quarter and the fiscal year with over 118 million global paid Disney+ subscribers reflecting over 2 million net additions from Q3, in line with the subscriber guidance we gave in September.” Disney’s Year End Fiscal 2021 Form 10-K also reported that there were 118 million paid Disney+ subscribers as of Fiscal Year End 2021.

272. On February 9, 2022, Disney released its Fiscal Q1 2022 10-Q and Chapek and McCarthy participated in an earnings call with analysts. During the call, Chapek reported that “11.8 million Disney+ subscribers” were added in Q1 2022. McCarthy likewise stated, “[w]e ended the quarter with nearly 130 million global paid Disney+ subscribers, reflecting over 11 million net additions from Q4.” She also stated that “***[o]verall, we are pleased with Disney+ subscriber growth in the quarter and are looking forward to new market launches and a strong content slate later this year***.” Disney’s Fiscal Q1 2022 Form 10-Q also reported that there were 129.8 million paid Disney+ subscribers as of Fiscal Q1 2022.

273. On May 11, 2022, Disney released its Fiscal Q2 2022 10-Q, and McCarthy and Chapek participated on an earnings call with analysts. During the call, Chapek informed investors that Disney ended the quarter with an additional “7.9 million Disney+ subscribers, keeping us on track to reach 230 million to 260 million Disney+ subscribers by fiscal ’24. ***The growth of the platform since its launch reinforces its unique nature***.” On the same call, McCarthy stated: “[w]e ended the quarter with nearly 138 million global paid Disney+ subscribers, reflecting close to 8 million net additions from Q1.” Disney’s Fiscal Q2 2022 10-Q also reported that there were 137.7 million paid Disney+ subscribers as of Fiscal Q2 2022.

4889-9426-8565.v1

274.   On August 10, 2022, Disney released its Fiscal Q3 2022 10-Q and McCarthy and Chapek participated in an earnings call with analysts.  During the call, Chapek told investors that Disney had "***significant subscriber growth at our streaming services*** which added . . . 14.4 million Disney+ subscribers."  McCarthy stated: "At Disney+, we crossed the 150 million subscriber milestone and ended the third quarter with more than 152 million global paid subscribers, a net addition of more than 14 million subs versus Q2.  Strong Disney+ core net subscriber additions 6 million ***reflect growth in existing markets as well as launches in over 50 new markets during the quarter***, and we currently expect Disney+ core net additions in the fourth quarter to accelerate modestly versus Q3 and particularly in the domestic market."  Disney's Fiscal Q3 2022 Form 10-Q also reported that there were 152.1 million paid Disney+ subscribers as of Fiscal Q3 2022.

275.   On November 8, 2022, Disney released its Fiscal Year End 2022 10-K and Chapek and McCarthy participated on an earnings call with analysts.  During the call, Chapek stated: "[w]e are particularly pleased with growth in the fourth quarter, which saw the addition of . . . 12 million Disney+ subscriptions . . . .  ***It has taken just 3 short years for Disney+ to transform from a nascent business to an industry leader***."   McCarthy added: "Disney+ added over 12 million global subscribers . . . .  Core Disney+ added over 9 million subs in Q4 as expected versus the 6 million net adds we saw in the third quarter, ***reflecting the success of Disney+ Day and our Tempo content releases in addition to continued growth from third quarter market launches***."  Disney's Fiscal Year End 2022 Form 10-K also reported that there were 164.2 million paid Disney+ subscribers as of Fiscal Year End 2022.

276.   The statements in ¶¶267-275 above concerning Disney+ paid subscriber metrics and positive statements concerning quarterly subscriber growth were false and misleading for a number of reasons, including:

(a)    Chapek and McCarthy concealed from investors that the subscriber growth was the result of unsustainable growth tactics that targeted low-

- 111 -

quality subscribers who were more likely to churn (that is, leave the Disney+ platform). Disney used this low-quality subscriber growth to convince Wall Street that Disney+ was on track to hit the 230-260 million subscriber target. As CW-1 stated: "The Company let Wall Street run the show." As such, CW-1 was under pressure to "hit subscriber numbers and revenue targets" and recalled that "[e]veryday it was all hands on deck, discussing how will we meet the aggressive targets" handed down by Chapek and Daniel. And these targets could change "based on the performance [of the streaming business] during a quarter." According to CW-1, "[w]e all listened to earnings calls," then "teams sent communiques: 'here's the consensus from analysts: Disney+ should see this quarter-to-quarter subscriber growth.' Our goal would [then] be that." And if the internal goal was lower than analysts' consensus, CW-1 said: then "we had to find ways to be in range." After CW-1 received the new target, s/he would "start analyzing what levers we could pull to get there – churn, partnerships, etc."

(b)     Despite McCarthy's assurance that Disney would be "transparent" and continue to provide investors with "key metrics that help [investors] best understand our progress," Disney concealed key churn metrics. The undisclosed churn metrics would have informed investors that the subscriber growth was unsustainable, temporary, and low quality. According to CW-1, Disney+ churn was tracked "very closely," was "a big topic, always, both at Hulu and Disney+," and "the most important thing." Churn was a constant problem at Disney, where they referred to it as "the leaky bucket" because "[n]o matter how much you water you put in, some leaks out."

(c)     Although Disney referred to every subscriber as a "paid subscriber," an increasing number of those subscribers received the service for free or never actually subscribed. The term "paid subscriber" was therefore misleading. These subscribers were low quality because they were unlikely to ever pay full price for the service, and were much more likely to churn, so counting them as full "paid

- 112 -

subscribers" was misleading.  CW-4 stated that, for its partnership promotions, Disney+ negotiated a number of minimum guaranteed subscribers with the partner. CW-4 said: "there was an effort to bring minimum guaranteed subscribers in the reporting," such that the full minimum guarantee would be counted as paid subscribers.  CW-4 explained that Disney differentiated between people "entitled" to a subscription versus those who actually "activated" their subscription.  CW-4 said that Disney made the decision to count the "entitled" people, as well as the "activated" people, as "paid subscribers."  CW-1 corroborates CW-4's account. According to CW-1, Verizon customers who received Disney+ promotions "automatically became Disney+ members."  CW-1 also stated that in order to meet Wall Street's consensus quarter-on-quarter subscriber growth, Disney would pull different levers, such as utilizing partnerships.  CW-5 likewise stated that Disney made efforts to "juice subscription numbers and tell the market they're doing well. But it's a 'fastfood' subscriber.  You get subscribers but then there's a fast drop-off." CW-6 confirmed that the Verizon deal inflated Disney+ subscriptions with customers that would likely churn.  CW-6 said that "there should have been an expectation that customers wouldn't renew after 12 months."  S/he knew this because s/he worked with Verizon on the arrangement.

(d)     The Company ultimately acknowledged that, during the Class Period, it chased subscriber growth through aggressive promotions.  For example, Iger stated that "in our zeal to go after subscribers, I think we might have gotten a bit too aggressive in terms of our promotion."  Iger also admitted that the "promotion to chase subs that we've been fairly aggressive at globally wasn't absolutely necessary."  Disney further concealed that aggressive promotions resulted in low-quality subscribers that would eventually cancel their Disney+ subscriptions rather than pay full price.  Iger has promised investors that, moving forward, Disney will "grow quality subs that are loyal and where we actually have the ability to price effectively to those subs."

- 113 -

(e)    Disney launched Disney+ in unprofitable, international markets solely to generate subscriber growth.  Many of these international markets were characterized by highly discounted subscription fees and exorbitant costs to provide local content and operate the platform.  CW-2 confirmed that Disney "struggled to get content in other regions and with the regulatory bodies – especially in Europe – around privacy regulations."  S/he also acknowledged that "a launch in individual markets would create a short-term bump" in new subscribers.  Iger has admitted that during the Class Period "[w]e launched Disney+ in many markets around the world, including many very low ARPU markets. . . . we spend a lot of money on marketing in those markets and we spend money on local content."  Iger further admitted that Disney needed to withdraw from these unprofitable markets, stating: "[s]o as we rationalize this business and we head in the direction of profitability, clearly, we're looking at opportunities to reduce expenses in those markets where the revenue potential just isn't there."

(f)    The Company ultimately acknowledged that, during the Class Period, Disney was "chasing [subscribers] with . . . aggressive spend on content" to the detriment of profitability.  After the DMED reorganization, Chapek set out "to flood the so-called digital shelves with as much content as possible to achieve . . . as much sub growth as possible."  Unbeknownst to investors, Chapek's incessant content spend – exceeding $30 billion per year – ultimately led to runaway content costs and massive operating losses.  CW-1 confirmed that Chapek directed the studios to "produce as much content as you can."  Chapek would say: "The game will be won by whoever has the most content," CW-1 recalled.  When CW-1 balked at the amounts the studios spent to make the content, another senior executive would say: "Let's add $100 million to the revenues plan to make that work.  We would need to find $100 million in revenues to offset the costs" of production.  Iger later acknowledged that "it's critical we rationalize the volume of content we're creating and what we're spending to produce our content."

- 114 -

1          (g)    Contrary to Chapek's and McCarthy's assertions that Disney's
2   new content would generate significant subscriber growth, Disney produced content
3   irrespective of whether it would drive subscribers.  CW-1 confirmed that Chapek
4   was more concerned about quantity over quality with respect to content.  CW-1
5   stated that the content being produced was "not driving subscriber growth."  As s/he
6   stated: "[W]e knew what kind of content we needed.  We needed unscripted reality
7   content.  But Disney doesn't do that.  They did one-hour dramas and comedies.  But
8   those didn't have the same effect" on subscriber growth.  CW-1 provided data to the
9   studio heads that "gave the lay of the land for how the content was performing."  The
10  data indicated how appealing the show was, the show's quality, and how many
11  viewers were brought to the service by a show.  But Defendants ignored the data to
12  focus on cost effective shows.  Instead, at Chapek's directive, they focused on
13  chasing subscriber growth by "produc[ing] as much content as you can."  Iger later
14  admitted that Disney's expensive content did not fuel subscriber growth during the
15  Class Period: "we made a lot of content that is not necessarily driving sub growth."
16  The Defendants also restricted access to the inculpatory data.  CW-6 confirmed that
17  "Data was held closely internally" and "[t]here was no access for the vast majority
18  of teams to data on subscribers.  Most of us only got information from earnings
19  report."  CW-7 confirmed that the process for obtaining access to data was "long and
20  annoying."  S/he said that the "Disney side" – the non-streaming side of the business
21  – "complained they didn't have access to data" concerning the streaming business.
22  Those on the non-streaming side of the business, who were mostly "creatives, those
23  who created content," complained about the difficulty in accessing data.

24          (h)    During the timeframe in which the statements referenced in
25  ¶¶267-269 were made, Iger sold Disney common stock, as detailed in ¶¶263-265.
26  Each time Iger sold Disney common stock, Iger violated his duty to abstain from
27  insider selling or disclose the adverse, material non-public information set forth in
28  ¶¶276(a)-(g).

(i)    McCarthy sold Disney common stock, as detailed in ¶¶380-381. Each time McCarthy sold Disney common stock, McCarthy violated her duty to abstain from insider selling or disclose the adverse, material non-public information set forth in ¶¶276(a)-(g).

**B.    Disney+ Content**

277.    Daniel, who had recently become Chairman and DMED, participated in the December 10, 2020 Investor Day, and told investors:

> And as Bob mentioned, consumer behavior really does drive our decision-making.  While we have always valued the data gained through our numerous consumer touch points, the rapid growth of our portfolio of D2C services provides us with an even greater opportunity to understand their preferences.  And we are using these insights to help determine how to optimally engage with our audiences.  In fact, ***our team uses all of the information available to us when determining how best to allocate our creative content budgets across all platforms, with the goal to maximize both audience engagement and commercial impact***.

278.    On March 1, 2021, during the Morgan Stanley Technology, Media and Telecom Conference, Chapek stated: "[T]he ***actual content that's pouring out and the amount of content that's pouring out, we think that we're tremendously positioned for the future for . . . DTC services***," which was predominantly Disney+.

279.    On May 13, 2021, during Disney's Fiscal Q2 2021 earnings call, an analyst asked Chapek what was driving Disney+ subscriber growth.  In part, Chapek responded that content was responsible for subscriber growth and engagement. Chapek stated:

> First of all is our content slate.  ***As you know, we're spending a lot of money across our variety of franchises in order to create the content that's going to keep consumers coming back and keep not***

1    *only our sub number growing but also our engagement growing*

2    *across all of our platforms*.  So the first one is content slate.

3    280.    On   June   14,   2021,   during   the   Credit   Suisse   Communications

4    Conference, Chapek stated: "*[W]e really tailor our content in terms of the number*

5    *of active hours that are needed to maintain healthy engagement*."

6    281.    On August 12, 2021, during Disney's Fiscal Q3 2021 earnings call,

7    Chapek told investors that Disney's "*robust pipeline of content continues to fuel*

8    *growth*, and we have an incredible lineup of new programming for Disney+."

9    282.    On September 21, 2021, during the Goldman Sachs Communacopia

10   Conference, Chapek continued to insist that the abundance of Disney+ content was

11   going to drive subscriber growth:

12   *So really constant pulse of new product to make everyone happy to*

13   *increase subs, but also minimize churn at the same time*.

14   *        *        *

15   As you know, last December, when we had our Investor Day 2.0,

16   we announced a pretty big amplification of our content.  And right now,

17   our   focus   is   making   all   the   things   that   we   said   we   would   make.

18   *Ramping up our production, but most importantly, not just making*

19   *more stuff, but making great stuff*.  And that's the thing that pleases

20   me   the   most   out   of   everything   that   came   out   of   Disney+   Day   is   the

21   quality and the resonance of everything across all of our different brand

22   platforms, how great it is.  So for us, it's now about executing what the

23   plan was as opposed to going out and buying more or even amping up

24   our production again.  But what we have done since then has taken even

25   our   Fox   Studios   and   really   amplified   what   they're   making   for   our

26   services.  And then you've got the local productions that I mentioned

27   across   the   world.    *So we've got plenty of product in the pipeline*

28

- 117 -

*coming.  And I think that's going to be enough to fuel that growth again, that we're confident about delivering in the long term*.

283.   On November 10, 2021, McCarthy confirmed that by fiscal 2024, Disney+ would reach the 230 million to 260 million subscriber mark and become profitable due to its content:

*As Bob mentioned, we are increasing our overall long-term content expense for Disney+, and we believe we are well positioned to achieve the subscriber target of 230 million to 260 million by fiscal 2024 that we laid out at last year's Investor Day.  And we also remain confident in our expectation that Disney+ will achieve profitability in fiscal 2024*.

284.   During the same November 10, 2021 conference call, Chapek said:

Michael, your first question was about sort of the kink of the supply chain, if you will, of new content coming into the service and its impact on our net sub adds.  As you can probably suspect in a world to direct to consumer, we have a lot of information, a lot of data.  And we have a pretty good idea of what the marginal impact of a particular title might be to our service.  *And we always say that library titles tend to increase engagement and minimize churn, but new titles, new content, whether they're movies or series, actually add new subs.  And that is actually the reason why we're pretty confident that the increase in content flow towards the second half of fiscal '22 will actually lead to the types of results that we're anticipating*.

285.   Disney's Q1 2022 earnings conference call was held on February 9, 2022, during which Chapek said:

One of the goals was to go ahead and ensure that we had a new title every week, and we've achieved that.  But by '23, we want to get to a steady state, which is even higher than we have right now.  And I think

- 118 -

4889-9426-8565.v1

1  that will give us the impetus to increase that price/value relationship
2  even higher and then have the flexibility if we were to so choose to then
3  look at price increases on our service.  *But it's all about content,*
4  *content, content.  And we are bullish about our future content going*
5  *forward, not only in terms of quality, but also in terms of quantity.*
6  *And that's really what's driving our bullishness for what we might*
7  *see as the pricing power that we would have going forward.*

8      286.   On May 11, 2022, Disney hosted its Q2 2022 earnings call.  During the
9  call, Chapek said the following about Disney+ projections and content:

10     *So as you know, we're very carefully watching our content*
11  *growth – content cost growth.*  And we reaffirmed, as you heard earlier,
12  our targets, our guidance on both subs and on profitability.  *So we think*
13  *they move together.  It's obviously a balancing act, but we believe that*
14  *great content is going to drive our subs, and those subs then in scale*
15  *will drive our profitability.   So we don't see them as necessarily*
16  *counter*.  We see them as sort of consistent with the overall approach
17  that we've laid out.

18     *We're extremely happy with the content that we've got both*
19  *across the general entertainment option, which frankly is – you heard*
20  *that 50% of our subs are families without kids*.  And so at the same
21  time, that relative content expenditure is a little cheaper than our typical
22  franchise expenditure on a per-program basis.  So even though we're
23  adding a lot of content both in local, international markets and as well
24  in the general entertainment area, it doesn't come at the per-title level,
25  if you will, that we've been seeing sort of to date on our general
26  franchise films.

27     That said, we're balancing all 3.  *And we're very confident that*
28  *going forward, we're going to hit both of those sub guidance and*

4889-9426-8565.v1

*profitability guidance by bringing in the cost at a reasonable level relative to their ability to attract and retain our subs.*

\*    \*    \*

So as we sort of take each of these elements, when we get a new piece of content, we'll look at first view, we'll look at engagement, we'll look at the amount of time they spend on it.  And we can model. We can do a lot of modeling.  *And that modeling suggests that in addition to things like local market content, new content coming online, both in terms of general entertainment and from franchises as well as new markets being added that, that Disney+ guidance is going to be very achievable for us both in terms of the sub adds and in terms of the operating performance.*

287.    The statements in ¶¶277-286 above concerning Disney+ content were false and misleading for a number of reasons, including:

(a)    Contrary to the Defendants' statements, Disney was not producing content based on consumer preference, internal engagement data, or any actual measure of growth.  Rather, Chapek instructed the studios to "make as much content as you can" and the content that was produced for Disney+ was "not driving subscriber growth."  CW-1 confirmed that Chapek was more concerned about quantity over quality with respect to content.  CW-1 stated that the content being produced was "not driving subscriber growth."  As s/he stated: "we knew what kind of content we needed.  We needed unscripted reality content.  But Disney doesn't do that.  They did one-hour dramas and comedies.  But those didn't have the same effect" on subscriber growth.  CW-1 provided data to the studio heads that "gave the lay of the land for how the content was performing."  The data indicated how appealing the show was, the show's quality, and how many viewers were brought to the service by a show.  But Defendants ignored the data to focus on cost effective shows.  Instead, at Chapek's directive, they focused on chasing subscriber growth

1  by "produc[ing] as much content as you can."  Iger later admitted that Disney's

2  expensive content did not fuel subscriber growth during the Class Period: "we made

3  a lot of content that is not necessarily driving sub growth."  Defendants also

4  restricted access to the inculpatory data.  CW-6 confirmed that "Data was held

5  closely internally," and "[t]here was no access for the vast majority of teams to data

6  on subscribers.  Most of us only got information from earnings report."  CW-7

7  confirmed that the process for getting access to data was "long and annoying."  S/he

8  said that the "Disney side" – the non-streaming side of the business – "complained

9  they didn't have access to data" about the streaming business.  The people on the

10  non-streaming side of the business who were mostly "creatives, those who created

11  content," complained about the difficulty in accessing data.

12        (b)     The Company ultimately acknowledged that, during the Class

13  Period, Disney was "chasing [subscribers] with . . . aggressive spend on content" to

14  the detriment of profitability.  After the DMED reorganization, Chapek set out "to

15  flood the so-called digital shelves with as much content as possible to achieve . . . as

16  much sub growth as possible."  Unbeknownst to investors, Chapek's incessant

17  content spend – exceeding $30 billion per year – ultimately led to runaway content

18  costs and massive operating losses.  CW-1 confirmed that Chapek directed the

19  studios to "produce as much content as you can."  Chapek would say: "The game

20  will be won by whoever has the most content," CW-1 recalled.  When CW-1 balked

21  at spending what the studios requested to make the content, another senior executive

22  would say, "Let's add $100 million to the revenues plan to make that work.  We

23  would need to find $100 million in revenues to offset the costs" of production.  CW-

24  1 explained, "they just spent too much money making too much content."  Iger later

25  acknowledged that "it's critical we rationalize the volume of content we're creating

26  and what we're spending to produce our content."  Iger also vowed to "reduce costs,

27  both in content and of course, infrastructure."  Iger also slashed the content budget

28  by more than 35% and stated that Disney "intend[ed] to produce lower volumes of

1  content."  And as a final admission of the amount of excess Disney+ content, the

2  Company announced: "we will be removing certain content from our streaming

3  platforms and currently expect to take an impairment charge of approximately $1.5

4  billion to $1.8 billion."

5          (c)    Chapek concealed that the Company artificially shifted costs

6  between divisions to mask the growth in Disney+ content costs and DTC operating

7  losses.    Defendants purposefully debuted certain content intended for Disney+

8  initially on Disney's legacy distribution channels (linear TV networks) before

9  making the shows available on Disney+ shortly thereafter.  This timing difference

10  allowed Defendants to artificially shift content and marketing costs from the

11  Disney+ and DTC businesses to the linear network division.  According to *The Wall*

12  *Street Journal*, Chapek's and Daniel's strategy to shield losses in Disney's streaming

13  division weighed on McCarthy: "'Cute,' she said disparagingly of the move during

14  a conference call with colleagues."  Another article in *The Wall Street Journal*

15  reported: "Ms. McCarthy was concerned about this [cost shifting] strategy."

16          (d)    Disney delayed recognition of costs for new shows and films by

17  spreading out production costs over multiple quarters.    The Defendants paid

18  production costs upfront, but amortized them over several quarters.  Therefore, they

19  had full visibility into the amounts and increasing accumulation of future content

20  costs before they were reported to investors.  CW-1 confirmed that the Defendants

21  used Disney's cost-accounting model to delay the recognition of content costs.  CW-

22  1 explained that "accounting treatment of content-cost recognition, in which costs

23  are spread across the useful life of the content, means you don't see the immediate

24  hit to the P&L.  The losses start accumulating."  According to CW-1, "[i]t's OK if

25  you have one piece of content.  But if you have thousands of $25 million content, as

26  your portfolio grows, your losses increase."  Chapek himself later admitted on his

27  way out the door that during his tenure, content costs were "com[ing] through the

28

[flood]gate and . . . hitting us all at once" and needed to be "normalized very, very quickly."

(e)     Disney failed to remove underperforming shows and films from the Disney+ platform, meaning Disney was stuck recording billions of dollars of costs on content that was not delivering subscribers.  CW-1 explained that Disney had to write off a show and declare it an impaired asset in order "to take it off the platform."  CW-1 explained that removing underperforming shows is "a good practice.  You can remove them [from the platform] and license them to other organizations to generate revenue."  CW-1 said Disney refused to remove shows during the Class Period because, optically, it would have looked bad to remove content, even though cost-wise it made sense.  Tellingly, after Chapek was fired, Disney cut over 50 of the same shows and films that Chapek had touted just quarters earlier.

(f)     During the timeframe the statements referenced in ¶¶277-279 were made, Iger sold Disney common stock, as detailed in ¶¶267-269.  Each time Iger sold Disney common stock, Iger violated his duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶¶287(a)-(e).

(g)     McCarthy sold Disney common stock, as detailed in ¶¶380-381. Each time McCarthy sold Disney common stock, McCarthy violated her duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶¶287(a)-(e).

## C.     DTC Operating Losses

288.   On February 11, 2021, Disney reported its Q1 2021 financial results and held an earnings call with analysts.  During the call, McCarthy stated:

Moving on to direct-to-consumer.  ***Improved results at all 3 of our streaming services drove an improvement in direct-to-consumer operating results of nearly $650 million versus the prior year***.  Last quarter, we guided to direct-to-consumer operating income declining

- 123 -

by $100 million versus the prior year under our former segment structure. ***Our reported results are $750 million higher than that guidance***.

289.    McCarthy then qualified her response by saying: "[w]hile some of the outperformance reflects better-than-expected results from Hulu and Disney+, the majority of the variance relates to the elimination of intersegment pricing markups under our new financial reporting structure."  McCarthy declined to provide any further details on the impact of the reporting change.

290.    Disney's Fiscal Q1 2021 Form 10-Q stated: "The operating loss from Direct-to-Consumer decreased $644 million, to $466 million from $1,110 million, due to improved results at Hulu, and to a lesser extent, at Disney+ and ESPN+."

291.    On May 13, 2021, Disney reported its Q2 2021 financials and held an earnings call with analysts.  During the call, McCarthy stated: "direct-to-consumer operating income improving modestly versus the prior year.  Actual [direct-to-consumer operating] results came in significantly better versus the prior year due to Hulu advertising sales upside, lower content and marketing expense at Hulu and Disney+, and better-than-expected ESPN+ pay-per-view results."  On the same call, an analyst asked McCarthy: "you guys have consistently beat us on [Operating Income] profits or lack of losses, I'd say, on DTC.  Which of the platforms is providing the biggest surprise?"  McCarthy omitted any reference to the reporting change and instead responded: "***[L]ook, the biggest drivers for direct-to-consumer were coming out of Hulu and Disney+***."

292.    Disney's Fiscal Q2 2021 Form 10-Q stated: "The operating loss [for the six months ended April 3, 2021] from Direct-to-Consumer decreased $1,159 million, to $756 million from $1,915 million, due to improved results at Hulu, and to a lesser extent, ESPN+ and Disney+."

293.    Disney's Fiscal Q3 2021 Form 10-Q stated: "The operating loss [for the nine months ended July 3, 2021] Direct-to-Consumer decreased $1,490 million, to

- 124 -

$1,049 million from $2,539 million, due to improved results at Hulu and to a lesser extent, ESPN+."

294.   Disney's Fiscal 2021 10-K stated: "Operating loss from Direct-to-Consumer decreased $1,234 million, to $1,679 million from $2,913 million due to improved results at Hulu and, to a lesser extent, ESPN+, partially offset by a higher loss at Disney+."

295.   The statements in ¶¶288-294 above concerning DTC operating losses were false and misleading for a number of reasons, including:

(a)     Unbeknownst to investors, Defendants artificially shifted costs between divisions to mask the growth in Disney+ content costs and DTC operating losses.  Defendants, led by Chapek and Daniel, would purposefully debut certain content intended for Disney+ initially on Disney's legacy distribution channels (linear cable television networks) before making the shows available on Disney+ shortly thereafter.  This timing difference allowed Defendants to artificially shift content and marketing costs from the Disney+ and DTC businesses to the linear network division.  According to *The Wall Street Journal*, Chapek and Daniel's strategy to shield losses in Disney's streaming division weighed on McCarthy: "'Cute,' she said disparagingly of the move during a conference call with colleagues."  Another article in *The Wall Street Journal* reported: "Ms. McCarthy was concerned about this [cost shifting] strategy."

(b)     Unbeknownst to investors, Defendants utilized the DMED reorganization to reset the cost basis of Disney+ content and mask the growth in Disney+ content costs and DTC operating losses.  As part of the reorganization, Defendants eliminated the separate film and general entertainment studio divisions and consolidated them into the new DMED division.  Previously, the separate film and general entertainment studio divisions produced content and then sold the content to a separate Disney+ streaming division at fair market value.  The studio divisions would then recognize the revenue, including the profit markup, on their

- 125 -

books while Disney+ would recognize the full costs they paid for the content, including the profit markup, on their books (which then flowed through to DTC segment level operating results).  By consolidating the studios under DMED, Defendants eliminated the intersegment studio content sales altogether.  This allowed Disney+ to record its content purchases at the much lower actual production cost rather than the higher fair market value, which significantly boosted Disney+ and DTC profitability metrics.  For example, as shown in the chart below, in Q1 2021, the first quarter the DMED reporting change took effect, the impact amounted to several hundred million dollars in DTC operating losses.  Rather than the $1.2 billion DTC operating loss Disney was expected to report in Q1 2021, the Company reported a loss of just $466 million.

| | Pre-DMED reporting change | Post- DMED reporting change | % difference |
|---|---|---|---|
| Q1 2021 DTC Operating Loss | ($1.162 billion)[25] | ~$466 million[26] | ~60% |

(c)    For each quarter in FY 2021, the reporting change materially impacted Disney's year-over-year comparisons of DTC operating losses.  The result was an apples-to-oranges comparison of content costs which, were significantly higher under the prior reporting structure than under the DMED structure.  Defendants concealed the impact of this accounting change from investors.  For example:

---

[25]  On the Q4 2020 call, prior to the reporting change, McCarthy stated: "we expect the Q1[2021] operating results of our DTC businesses to decline by approximately $100 million relative to the prior year quarter."  The Q1 2020 DTC operating loss was $1.062 billion.  Thus, the expected DTC operating loss for Q1 2021 was $1.162 billion.

[26]  Rather than the expected $1.162 billion loss under the pre-DMED structure, Disney reported a loss of just $466 million under the new reporting structure, Disney noted: "the majority of the variance relates the elimination of intersegment pricing markups under our new financial reporting structure."

- In Q1 2021, McCarthy misleadingly omitted the full impact of the DMED reporting change. McCarthy partially acknowledged the significant impact of the accounting change on the Q1 2021 earnings call, but left her explanation intentionally vague. She omitted the exact financial impact of the DMED reporting change on the DTC year-over-year comparison and explicitly referenced "improved results at all 3 of our streaming services" (including Disney+) as a driver of the improved results, despite the fact that the improved results at Disney+ were the direct result of the reporting change. Analysts were misled by McCarthy's explanation and were therefore surprised by the purported improvement in DTC results.[27]

- In Disney's Form 10-Q for Q1 2021, Chapek and McCarthy removed any reference to the DMED reporting change, despite the fact that it was by far the biggest driver of the improved results.

- In Q2 2021, McCarthy's response to an analyst question misleadingly omitted the impact of the reporting change (¶291), despite the fact she knew the reporting change was the biggest driver of the improved DTC operating results being referenced by the analyst.

- In Disney's Forms 10-Q for Q2 2021 and Q3 2021 and Form 10-K for FY 2021, Chapek and McCarthy omitted any reference to the DMED reporting change, despite the fact that it was a significant driver of the improved results.

---

[27] Most analysts did not mention the reporting change at all. Certain analysts commented on McCarthy's vague reference to the accounting change on the earnings call, noting "the accounting mechanics here are a bit opaque" and that the "new segment reporting limits comparability." Meanwhile, almost every analyst commented on the better-than-expected DTC results. For example, analysts noted: "direct-to-consumer losses were well ahead [of our expectations], supporting our view that profitability could come a year earlier than the FY24 guide"; "DTC cut its losses by more than half"; "DTC segment OI of -$466mn, which significantly outperformed our expectations."

(d)     During the timeframe the statements referenced in ¶¶288-292 were made, Iger sold Disney common stock, as detailed in ¶¶267-269.  Each time Iger sold Disney common stock, Iger violated his duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶¶295(a)-(c).

(e)     McCarthy sold Disney common stock, as detailed in ¶¶380-381. Each time McCarthy sold Disney common stock, McCarthy violated her duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶¶295(a)-(c).

**D.     International Growth**

296.   On August 12, 2021, during Disney's fiscal Q3 2021 earnings call, Chapek said:

> So our retention is very healthy across the globe.  We're really, really pleased with that.  And I think, again, it really goes back to the price value that we're offering our guests.  When you take out Luca, Loki, Falcon and the Winter Soldier, there's something essentially new each week.  ***You blend that together with a tremendous local investment that we're making in our international territories and it's really a price value proposition that is really great***.  So the fact that our churn is so low, our engagement is so high, our retention is so high amongst the local quarters where we're taking price increases, I think, says everything about it.

297.   On November 10, 2021, during Disney's fiscal year end 2021 earnings call, Chapek stated the following about international growth:

> We are expanding our global reach by introducing Disney+ in additional markets around the world.  The service is now available throughout Japan, and we're thrilled to be launching it this Friday on Disney+ Day in South Korea and Taiwan, and in Hong Kong on November 16.  In just 2 short years, we are now in over 60 countries

- 128 -

and more than 20 languages.  ***And next year, we plan to bring Disney+ to consumers in 50-plus additional countries, including in Central Eastern Europe, the Middle East and South Africa.  Our goal is to more than double the number of countries we are currently in to over 160 by fiscal year '23***.

298.    On the same call, Chapek stated:

[I]n terms of getting the growth rate back up to where it's been historically, is really going to come in the third and the fourth quarters.  ***The third quarter will be powered not necessarily by the content, but by the number of adds that we have in terms of markets.  Our number of markets that we're going to add will essentially double to more than 160 by FY '23, and that will propel us in the third quarter.  And the fourth quarter will be more of a function of that***.

299.    During the Company's Fiscal Q1 2022 earnings call, Chapek continued to cite international market launches as a driver of subscriber growth, and touted local content as a driver of international subscriptions:

***The other thing, though, to your question directly on international that's going to drive the international business is the predominance of local content that we are developing in order to appeal to the unique taste of each of those international markets***.  And I'll point out to the 340 productions that we referenced on the last call that we're developing.  And by the way, we just created a new organization within our company to shepherd the development of that content so that we can maximize the chance that we get some global hits, if you will, out of some of that local content.  ***And so we're bullish on the future of Disney+, both domestically and internationally, driven by not only additional prevalence of titles within our major franchises, but also***

- 129 -

1      *general entertainment and specifically in the international territories*

2      *local content*.

3      300.    Chapek continued the narrative during the Company's Fiscal Q2 2022

4    earnings call:

5            Beyond targeting specific demos, ***we are equally enthusiastic***

6      ***about our growth potential in international markets***.  We currently

7      have over 500 local original titles in various stages of development and

8      production.  180 of those titles are slated to premiere this fiscal year,

9      increasing to over 300 international originals per year in steady state.

10      ***We believe these premium local originals, along with branded content***

11      ***with broad international appeal, will attract new subscribers and***

12      ***drive engagement***.

13      301.    On August 10, 2022, during the Q3 2022 earnings call, McCarthy

14    attributed subscriber growth to the launch of an additional 50 international markets:

15    "strong Disney+ core net subscriber additions of 6 million ***reflect growth in existing***

16    ***markets as well as launches in over 50 new markets during the quarter***."

17      302.    The statements in ¶¶296-301 above concerning Disney+ international

18    growth were false and misleading for a number of reasons, including: Chapek's and

19    McCarthy's statements in the second half of 2021 that Disney+'s expansion into

20    over 50 new territories was going to propel subscription growth concealed that

21    Disney+'s paid subscriber growth had stalled, and that further international

22    subscriber growth was not a "really great" "price value proposition," but rather, was

23    an unprofitable endeavor to grow subscribers at all costs.    Many of these

24    international markets were characterized by highly discounted subscription fees and

25    exorbitant costs to provide and promote local content and operate the Disney+

26    platform.  CW-2 confirmed that Disney "struggled to get content in other regions

27    and with the regulatory bodies – especially in Europe – around privacy regulations."

28    S/he also acknowledged that "a launch in individual markets would create a short-

- 130 -

term bump" in new subscribers.  Disney's admissions at the end of the Class Period concede that the second phase of international markets were not rationally aimed at achieving profitability.  Iger admitted that during the Class Period, "[w]e launched Disney+ in many markets around the world, including many very low ARPU markets. . . . we spend a lot of money on marketing in those markets and we spend money on local content."  Contrary to Defendants' Class Period statements that Disney+ was tracking toward profitability in 2024, Iger later admitted that Disney needed to withdraw from unprofitable international markets: "[s]o as we rationalize this business and we ***head in the direction of profitability***, clearly, we're looking at opportunities to reduce expenses in those markets where the revenue potential just isn't there."  Iger conceded that a number of international markets were hindering profitability, stating that "not all markets are created equal.  And in terms of our march to profitability, one of the ways we believe we're going to do that is by creating priorities internationally."

303.   McCarthy sold Disney common stock, as detailed in ¶¶380-381.  Each time McCarthy sold Disney common stock, McCarthy violated her duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶302.

### E.    DMED Reorganization

304.   Chapek participated in the March 1, 2021 Morgan Stanley Technology, Media and Telecom Conference.  Chapek said:

> Obviously, way before the rest of the world knew what we were going to do from an organizational standpoint, I began a socialization process of the idea.  And these very same people that you've talked about I socialized this idea sort of expressing the benefit of this.  ***And I'll tell you, we've had very strong buy-in.  People like the idea of clear accountability***.  They like the ability to be nimble, to be able to pivot and to respond in a way that the consumer is going.  ***And it***

- 131 -

1  *requires a very collaborative environment, which I'm pleased to say*
2  *we're seeing*.  But at very clear swim lanes.  And certainly, it's changed,
3  and change can be disruptive, but I have to say all the folks that you
4  mentioned have been spectacular in terms of their flexibility and their
5  willingness to be elastic and understand the bigger organizational
6  benefits.  And as a result, we're seeing the advantages in this dynamic
7  fast-moving world that we're competing in.

8  305.  Disney's Annual Shareholder Meeting was held on March 9, 2021.
9  During the meeting, Chapek made further misleading statements concerning the
10  reasoning behind the reorganization.  Chapek stated: "We reorganized our media
11  and entertainment business, separating content creation from distribution *to align*
12  *accountabilities in order to better support our DTC growth strategy and increase*
13  *shareholder value*."

14  306.  During the June 14, 2023 Credit Suisse Communications Conference,
15  the moderator asked Chapek if there were "any bumps in the road implementing
16  th[e] new structure and all the new reporting lines on the content side of the house?"
17  Chapek replied:

18  Despite how profound that change was for us relative to how we
19  operate and particularly how the industry operated, *it's really gotten*
20  *very strong buy-in by our execs*.  Obviously, a lot of socialization and
21  collaboration went into that before we did that.  But, I think, everyone
22  appreciates the clarity and accountability and the fact that as we now
23  double down on our content investment going forward as we announced
24  in our December investor conference, everyone appreciates the fact that
25  they've got more time to do what they do best, given this increase in
26  output that we have.  *We're ramping up in scale in this – ramping up*
27  *scale in this new content, and it really enables on the other end, on*
28  *the distribution end for, let's call it, an objective assessment for what's*

- 132 -

4889-9426-8565.v1

1      *right for distribution for our company from an enterprise level given*
2      *those changing consumer preferences over time*.

3      307. The statements in ¶¶304-306 above concerning the DMED
4 reorganization were false and misleading for a number of reasons, including:
5 contrary to the assertion that the DMED reorganization was actually designed to
6 "align accountabilities" and enabled an objective assessment of what was right for
7 distribution, the reorganization was actually designed to shift power to Chapek and
8 Daniel. Using this power, they inflated subscriptions at the expense of profitability
9 when they (i) pushed content directly to Disney+ irrespective of greater revenue
10 opportunities elsewhere, (ii) hid the costs associated with running the Disney+ and
11 DTC business, and (iii) spent tremendous amounts on content in order to drive
12 subscriber numbers, and then amortized those costs without regard for downstream
13 profitability. CW-1's account of the DMED reorganization supports Plaintiffs'
14 allegations. According to CW-1, Chapek gave the studios a directive to "produce as
15 much content as you can." CW-1 also explained that the studios where not restricted
16 by cost: "[w]e would go back to the studios and tell them to cut costs, but the studios
17 would say the costs are going up." CW-1 explained that the studios "didn't have
18 P&L responsibility, only content to produce to get as many subscribers as possible."
19 Thus, the studios "create[ed] expensive content" and "losses were accumulating."
20 Former employees also explained that, contrary to Defendants' statements, the
21 DMED restructure did not have "very strong buy-in" internally. CW-2 said that the
22 DMED reorganization was not favorably received internally," and that "[m]ost of us
23 were scratching our heads" about the purpose of the reorganization. S/he added: "I
24 didn't talk to anyone who thought it was a good idea. The decision was made in a
25 vacuum. It didn't help us in Streaming in any way." Likewise, according to CW-3,
26 Chapek's decision to form DMED "ruffled the feathers of the majority of the creative
27 engine," and s/he could sense a lack of enthusiasm for the DMED restructuring when
28 employees no longer had influence over distribution decisions. Iger has since

- 133 -

admitted that the reorganization "created a huge divide between the creative side of the company, the content engines, movies and television and the monetization, distribution side of the company."

(a)    During the timeframe the statements referenced in ¶304 were made, Iger sold Disney common stock, as detailed in ¶¶267-269.  Each time Iger sold Disney common stock, Iger violated his duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶307.  McCarthy sold Disney common stock, as detailed in ¶¶380-381.  Each time McCarthy sold Disney common stock, McCarthy violated her duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶307.

### F.    Disney+ Churn

308.    On February 11, 2021, during Disney's Q1 2021 earnings call, McCarthy stated: "[s]o in regard to the specific churn related to the anniversary of the Verizon launch promotion from last November 2020, we're really happy with the conversion numbers that we have seen there going from the promotion to become paid subscribers."

309.    On June 14, 2021, at the Credit Suisse Communications Conference, Chapek misleadingly stated that the Disney+ price increase was having no effect on churn:

> In terms of, I guess, an objective way to look at the price value relationship, the growth rate that we've experienced on Disney+ sort of stands out as the headline there.  But you're right, we did launch at a very attractive price value opening point.  And the first price point – or our first price increase that you mentioned in the first 16 months happened recently, and *we've seen no significantly higher churn as a result of that*.

310.    Two months later, during Disney's August 12, 2021 Q3 2021 earnings call, Chapek stated:

4889-9426-8565.v1

*We're really pleased with churn*. We've taken some price increases over the past few quarters. *And what you're seeing is that our churn has declined. . . . So the fact that our churn is low*, our engagement is so high, *our retention is so high* amongst the local quarters where we're taking price increases, I think, says everything about it."

311.  On May 5, 2022, during the Q2 2022 earnings call, Chapek stated that Disney executives look at "the amount of time spent, the engagement scores *and then, of course, the churn*, information." And he went on to state, "*we've said this before in past earnings calls, but we're extraordinarily pleased with the low churn that we see, particularly given the bundle*. The bundle is really efficient in terms of churn. And that gives us a lot of bullishness when it comes to the idea of bigger offerings from Disney."

312.  The statements in ¶¶308-311 above concerning Disney+ churn rates were false and misleading for a number of reasons, including:

(a)  Defendants were not "extraordinarily pleased with the low churn rate," but rather, extraordinarily concerned about churn, a metric they watched closely. According to CW-1, churn was "tracked very closely" – "it was the most important thing"; "it was a big topic, always." CW-1 also reported that Chapek, McCarthy and others in the C-suite "got presentations of versions of this data on an ongoing basis." CW-2 corroborated the fact that Disney+ closely tracked churn. CW-2 attended weekly meetings with senior leadership at Disney+ and Disney, during which Disney+ churn was discussed. According to CW-2, "[c]hurn was a key area. When we evaluated a feature, we always considered how it would increase subscriber growth and how it would decrease churn." CW-2 said that churn was in the "back of our mind every decision that we were making." Defendants grew increasingly concerned about churn throughout the Class Period. CW-1 stated that "churn was significantly higher at Disney+ than at Hulu," so Disney "sliced and diced" the data to determine why churn was so high at Disney+. According to CW-

- 135 -

1, churn was a "constant problem" and Disney's data showed that Disney+ had a "four or five percent monthly churn" rate.  Describing churn's impact on subscriber growth, CW-1 stated churn was called "the leaky bucket" because "[n]o matter how much water you put in, some leaks out."  CW-2 explained that there was "general dissension from Streaming, that we needed to increase quality and personalization to prevent churn."  Additional evidence confirms the problem of increasing churn.  As shown in the chart below, Disney+'s monthly churn rate increased from 3.75% to 4.25% between 2021 and 2022.  To provide context, in 2021, the Disney+ monthly churn rate was 88% higher than Netflix's 2.0% churn rate.  *The Wall Street Journal* confirmed the worsening trend, noting the U.S. churn rate for Disney+ increased almost 30% in Q2 2022 as compared to the prior year.[28]



      (b)    Disney+'s churn problem stemmed from the fact it employed unsustainable growth tactics to boost subscriber growth, resulting in an increase in low-quality users who were more likely to churn off the Disney+ platform.  For example, Disney frequently boosted subscribers through highly-discounted (or free) promotions, including arrangements with Verizon, American Express, Amazon

---

[28] https://www.wsj.com/articles/disney-price-increase-shows-limits-of-subscriber-growth-push-11660256118

Music, T-Mobile, and Hulu+ Live TV.  These promotional subscribers were far more likely to leave the Disney+ streaming platform after the promotion ended rather than pay full price.  Despite McCarthy's assurance that Disney would be "transparent" and continue to provide investors with "key metrics that help [investors] best understand our progress," Disney concealed key churn data from investors.  The Company ultimately acknowledged it chased subscriber growth through aggressive promotion that had resulted in low-quality subscribers.  For example, Iger stated that "in our zeal to go after subscribers, I think we might have gotten a bit too aggressive in terms of our promotion."  Iger also admitted that the "promotion to chase subs that we've been fairly aggressive at globally wasn't absolutely necessary."  Iger promised investors that, moving forward, Disney would "grow quality subs that are loyal and where we actually have the ability to price effectively to those subs."

313.  During the timeframe the statements referenced in ¶308 were made, Iger sold Disney common stock, as detailed in ¶¶267-269.  Each time Iger sold Disney common stock, Iger violated his duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶312.  McCarthy sold Disney common stock, as detailed in ¶¶380-381.  Each time McCarthy sold Disney common stock, McCarthy violated her duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶312.

### G.    Chapek's Contract Renewal

314.  By the middle of 2022, Chapek's unusually short CEO contract was set to expire in almost six months and Disney still had not offered him a renewal.  On June 28, 2022, Disney finally renewed Chapek's contract and made false and misleading statements concerning the Company's confidence in him and the purported success of his Disney+ growth plan.  Disney filed a Form 8-K including a press release announcing the contract renewal that stated: "***THE WALT DISNEY COMPANY BOARD OF DIRECTORS UNANIMOUSLY VOTES TO EXTEND***

*BOB CHAPEK'S CONTRACT AS CEO FOR THREE YEARS*."[29]   In the press release, Disney's Board Chairman, Susan Arnold was quoted: "Disney was dealt a tough hand by the pandemic, yet with Bob at the helm, *our businesses – from parks to streaming – not only weathered the storm, but emerged in a position of strength*."  Arnold also stated: "In this important time of growth and transformation, the Board is committed to keeping Disney on the successful path it is on today, and Bob's leadership is key to achieving that goal.  *Bob is the right leader at the right time for The Walt Disney Company, and the Board has full confidence in him and his leadership team*."

315.   The statements above were false and misleading because, at the time the Board renewed his contract, (i) the Board did not have "full confidence in Chapek"; and (ii) the Board's decision was fraught with dissention, which rendered its "unanimous" statement misleading; (iii) Disney did not believe Chapek was "the right leader. . . for the Company"; and (iv) Disney, and Disney+ in particular, was not "on a successful path" and Disney's "streaming [business]" was not "in a position of strength."

(a)     In reality, the Board did not have "full confidence in him." According to a media report citing to a senior Disney insider: "Arnold [the Chairman of Disney's Board] was keenly aware things weren't going well under Chapek, the senior Disney insider said, adding that creative and business executives had been reaching out to the chair and other board members over the past few months to share their concerns."  Tellingly, Disney has since admitted that the decision to renew Chapek's contract was tentative at best.  Disney's 2023 proxy statement states: "In June 2022, the Board agreed to extend Mr. Chapek's employment agreement. . . .

---

[29]   The 8-K was signed by Jolene E. Negre, Associate General Counsel and Assistant Secretary.  The press release included quotes from Bob Chapek and Susan Arnold, Chairman of the Board, and listed the following "contacts": Kristina Schake, Global Communications, and Liz Jaeger, Corporate Communications.

1    ***The Board continued to spend significant time discussing the leadership of the***
2    ***Company in the months that followed*** and determined that Mr. Chapek was no
3    longer the right person to serve in the CEO role."    The Board's continued
4    deliberations are direct evidence that the Board did not have "full confidence in"
5    Chapek at the time of his renewal.  The timing of the renewal and disagreement over
6    the terms of Chapek's new contract also support the fact that several members of the
7    Disney Board did not have full confidence in Chapek.  According to *The Hollywood*
8    *Reporter*, "when the board discussed Chapek's contract at the end of that month,
9    some wanted to extend it for only two years.  But Arnold argued that would undercut
10   Chapek too severely.  A seeming compromise was reached: the Board extended
11   Chapek's contract three years, but backdated it, leaving a bit more than two years on
12   his deal.  With regard to the timing of the renewal, the same report stated: "top
13   industry executives rolled their eyes.  'You let the CEO get within a year of his
14   contract being up,' one industry power player said at the time.  'That by itself is a
15   statement of non-support.  A vote of confidence is nonsense.'"[30]    Finally, the
16   proximity of Chapek's termination, less than five months later, is further evidence
17   the Board did not have "full confidence in him" on June 28, 2022.

18              (b)    The Board's decision was fraught with dissention, rendering
19   misleading its statement that the vote was "unanimous."  In fact, *The Wall Street*
20   *Journal* later reported, "[t]wo directors, Mr. Parker and Mary Barra, General Motors
21   Co. CEO, had been reluctant to go along.  Others persuaded them that support of the
22   full board would boost Mr. Chapek's confidence and shore up his performance."
23   The fact the Board continued to have "significant" deliberations regarding his
24   leadership immediately after the contract renewal was announced, as described in
25   (a) above, is further evidence that the Board's decision was not "unanimous."

26

27   [30]  Inside the Disney Board's Decision to Swap Bobs; *The Hollywood Reporter*,
28   Nov. 21, 2022.

Finally, a November 21, 2022 article from *The Hollywood Reporter* provides further evidence that the Board's June decision was not unanimous: "sources with ties to the company say discontent among some board members had been building to the point that ***there was discussion about replacing Chapek as far back as the directors' late June meeting in Florida***. ***At that time, sources say, some on the board wanted to replace Chapek and appoint one of their own***."[31]

        (c)    Disney employees and executives did not believe Chapek was "the right leader . . . for the Company" in June 2022. As described at ¶¶340-350, Chapek had created a toxic environment at Disney. According to a media report citing a "senior Disney insider," by the time Chapek was fired in November 2022, "a group of top Disney creative and business leaders had told the board over the past few months that they were considering leaving the company if Chapek . . . remained in the role." The same report quoted a partner at LightShed Partners questioning the move: "I can't explain what the board did in June . . . but the management team and the creatives did not like Chapek nor the management structure he imposed."[32] According to *The Financial Times*, "the covert campaign to overthrow Chapek, which ***began in the summer***, came after the outgoing chief ***executive lost the confidence of some members of his top team***. . . .' A lot of people were approaching the board, Iger loyalists who felt marginalized,' said one person with knowledge of the talks."[33] Chapek was fired on November 20, 2022, less than five months after the Board had expressed confidence in him. And according to *Fortune*, "almost immediately after Disney renewed the contract of embattled CEO Bob Chapek in

---

[31] Inside the Disney Board's Decision to Swap Bobs; *The Hollywood Reporter*, Nov. 21, 2022.

[32] https://www.businessinsider.com/inside-return-disney-ceo-bob-iger-ouster-chapek-executive-complaints-2022-11

[33] Walt Disney executives staged revolt against ousted chief Bob Chapek, *The Financial Times*, Nov. 21, 2022.

4889-9426-8565.v1

June, a mutiny began . . . senior figures with the company's top brass including finance chief Christine McCarthy started to warn boardroom directors over the summer that the entertainment giant was heading in the wrong direction and campaigned for him to go."  Plaintiffs' own investigation has confirmed this negative sentiment.  According to CW-2, "Chapek's decision-making was not strategic.  It was an iron fist, running into a brick wall."  CW-2 recalled that "Chapek didn't want to hear that his decisions were wrong, even if the adverse reasons were based on fact.  His management style was to disregard things he didn't want to hear." CW-5 agreed that Disney's management during the Class Period was problematic. CW-5 left Disney primarily because s/he was dissatisfied with the way Disney was being managed and "the culture."  CW-5 described "Disney's executive and leadership team" as "one of the worst teams I ever worked for."  Meanwhile, by mid-2022, it was clear that Iger, who remained in close contact with Disney Board member and executives, viewed naming Chapek as his successor one of his "worst business decisions."[34]  Iger viewed Chapek as "arrogant and uninterested in other people's opinions."  Chapek was fired less than five months after the Board described him as "the right leader" for the Company.

> (d)    Disney, and Disney+ in particular, was not "on a successful path" in June 2022.  Likewise, Disney's "streaming [business]" was not "in a position of strength."  Unbeknownst to investors, Disney+ was facing stalled subscriber growth, elevated churn, runway content costs and was generating hundreds of millions of dollars in operating losses.  Within a few short months of the Board's statement, Disney would report a $1.5 billion streaming loss that blindsided investors, Iger would be forced to tear down the Disney+ business, Disney would pull its 200 million subscriber target, and the Company would write-off billions of dollars of

---

[34] https://nypost.com/2022/07/15/ex-disney-ceo-bob-iger-regrets-tapping-bob-chapek-as-ceo-report/

1  content from Disney+.  This resulted in Chapek being fired on November 20, 2022,
2  less than five months after the Board had expressed that Disney, and implicitly
3  Disney+, "was on a successful path" and "in a position of strength."

4      **H.    Disney+ Profitability**

5      316.   On November 8, 2022, Disney reported its Q4 2022 financials and held
6  an earnings call with analysts.  During the call, despite skepticism from analysts,
7  Chapek stated that Disney was particularly pleased with Disney+ subscription
8  growth and was "***well situated to leverage our position for long-term profitability***
9  ***and success***."   Chapek then stated: "***[W]e still expect Disney+ to achieve***
10 ***profitability in fiscal 2024***."

11     317.  Chapek's November 8, 2022 statements assuring investors that
12 Disney+ remained well situated to achieve profitability in fiscal 2024 in ¶316 above
13 were false and misleading for a number of reasons, including:

14         (a)    The focus for Disney+ was exclusively on subscriber growth.
15 Under the current approach, which involved: (i) massive content spend, (ii)
16 unchecked expansion into unprofitable markets, and (iii) revenues hampered by
17 increasing promotions and discounts, Disney+ would never achieve profitability by
18 the target date.   Indeed, upon Iger's reinstatement as CEO, he announced an
19 immediate cut to the Disney+ content budget and a $1.5 billion to $1.8 billion
20 impairment charge.

21         (b)    Leading up to the call, Chapek had been repeatedly advised about
22 the true state of the business and directed to level with investors.   Indeed, as
23 described below, Chapek was warned at a September 2022 Board meeting, at an
24 October 2022 executive retreat, and at a meeting the day of the November 2022
25 earnings call:

26         (i)    In late September 2022, Chapek and McCarthy gave their
27 executive presentation to Disney's Board of Directors previewing the Company's
28 forthcoming fourth quarter 2022 results.   As was their practice, Chapek and

- 142 -

4889-9426-8565.v1

1   McCarthy had prepared for the Board presentation for weeks, and rehearsed what
2   they would say *ad naseam*.  But at the Board meeting, McCarthy shocked Chapek
3   by veering widely off script.  According to people familiar with what was said at the
4   meeting, McCarthy "bluntly told the board the quarter's financials were on pace to
5   be very bad."  McCarthy "told the Board that Disney's earnings that quarter would
6   fall dramatically short of Wall Street's consensus estimate of 55 cents per share."
7   McCarthy relayed that the miss would be the largest relative to Wall Street's
8   consensus estimates in a decade.  McCarthy blamed the miss on the Company's
9   continued focus on subscriber growth over profitability and criticized Chapek's
10  DMED restructuring.  Chapek was blindsided by McCarthy's comments, as she had
11  not told him she would be sharing these "blunt assessments" of the business with the
12  Board.   Alarmed Board members immediately began to pepper Chapek with
13  questions about how this could happen, asking pointed questions about "forecasting
14  techniques and how division heads shared financial information," which Chapek
15  "struggled to answer."  Chapek was unwilling to admit that "the results were as dire
16  as McCarthy was painting them to be."   According to CNBC, "McCarthy told
17  colleagues she hoped her honesty with the board would jar Chapek into realizing his
18  rosy outlook of the business wasn't based in reality."

19          (ii)    In October 2022, the Company held its annual
20  management retreat in Orlando.  During the retreat, Disney's General Counsel,
21  Horacio Gutierrez, "invited, half-forced" McCarthy, Daniel, members of the DMED
22  finance team, and other executives to meet "to figure out a strategy" regarding the
23  fact that Disney was about to announce a massive and totally unexpected $1.5 billion
24  loss to investors.  According to CNBC, "Gutierrez told colleagues that people were
25  entitled to their own opinions but not their own facts."  Chapek only attended a few
26  minutes of the first of these strategy meetings, increasing the frustration of McCarthy
27  and other executives, including Disney's head of communications, Kristina Schake,

28

- 143 -

and head of investor relations, Alexia Quadrani, who warned Chapek that the market's "reaction to the quarter could be devastating."

(iii)    On the morning of the November 2022 earnings call, Disney executives met at the Company's New York office, and once again, "the finance team advised Chapek to deliver a sober message acknowledging that the streaming division's net operating losses were more than double that of the same period the previous year."

(c)    According to a report from *The Wall Street Journal*, citing people close to the matter, "McCarthy told board members that she wasn't happy with the way Mr. Chapek had communicated with investors during the conference call." Then, according to CNBC, "in a highly unusual move, board members also set up discussions with Disney division heads, who rarely speak to directors outside formal meetings. Schake, McCarthy, Gutierrez, Walden, Bergman and D'Amaro all told either Arnold, Mark Parker or the entire board that they no longer supported Chapek as CEO, according to people familiar with discussions." Less than two weeks after making the statements, Chapek was fired.

(d)    After Chapek's firing, Iger replaced Chapek and announced a laundry list of changes Disney+ needed in order to be profitable. Iger's remaining outlook for the platform – a much smaller offering, targeting modest if any subscriber growth, available in fewer global markets, and featuring a restrained content slate – was a shell of the blockbuster Chapek had touted on the first day of the Class Period. Iger addressed Chapek's international growth plan: "We launched Disney+ in many markets around the world, including many very low ARPU markets. . . . we spend a lot of money on marketing in those markets and we spend money on local content." Contrary to Chapek's statement two weeks earlier that Disney+ was tracking to profitability, Iger admitted that Disney needed to withdraw from unprofitable markets: "So as we rationalize this business and we **head in the direction of profitability**, clearly, we're looking at opportunities to reduce expenses

- 144 -

in those markets where the revenue potential just isn't there." Iger also addressed the content spend: "it's critical we rationalize the volume of content we're creating and what we're spending to produce our content." Iger acknowledged: "We're going to reduce costs, both in content and of course, infrastructure." Iger also slashed the content budget by more than 35% and stated Disney "intend[ed] to produce lower volumes of content." Finally, the Company announced: "[W]e will be removing certain content from our streaming platforms and currently expect to take an impairment charge of approximately $1.5 billion to $1.8 billion."

(e)    McCarthy sold Disney common stock, as detailed in ¶¶380-381. Each time McCarthy sold Disney common stock, McCarthy violated her duty to abstain from insider selling or disclose the adverse, material, non-public information set forth in ¶316.

## IX.    ADDITIONAL SCIENTER ALLEGATIONS

### A.    Internal Data Belied Defendants' Public Statements

318.    As one of the world's largest media companies with sophisticated data analytics tools, Disney had access to key data points like profitability, user engagement, and churn. Indeed, Defendants often boasted about Disney's unique "access to an incredible number of touch points across [the Company]" and the "insights gained from this wealth of data." Multiple confidential witnesses also detailed the extensive data that Disney tracked and analyzed, including data on profitability, content costs, and churn. As Defendants knew or recklessly disregarded, this "wealth of data" contradicted Chapek's, McCarthy's, and Daniel's Class Period misstatements (discussed above, §VIII), which strongly supports scienter.

319.    ***Profitability***.    First, Disney closely tracked Disney+'s path to profitability. As CW-1 explained, the profitability target announced at the December 2020 Investor Day was obtained from the "five-year plan," which projected with "specific dates when Hulu and Disney+ would be cash-flow-

positive." CW-1 said the plan projected that Hulu would be cash-flow-positive by 2023, and Disney+ in 2024. The plan also included the subscriber numbers required to become cash-flow-positive. According to CW-1, the five-year plan included content costs, including which number of shows would be included and taken off the service each year. Before the December 2020 Investor Day, CW-1 presented the five-year plan to Chapek and "walked him through the five-year plan financials before the big meeting."

320. CW-1 revealed the five-year plan showed by April 2021 that Disney+ would not hit profitability until *one year later than planned*. CW-1 also revealed that ***Chapek and McCarthy were notified*** that the five-year plan showed by April 2021 Disney+ would not hit profitability until one year later than planned. "Hulu would be profitable one year earlier and Disney+ one year later," CW-1 recalled telling executives. CW-1 stated that Chapek and McCarthy were "not happy about that."

321. ***Content Performance***. Second, Disney tracked and analyzed extensive data that showed how its content was performing, including which content was driving subscribers. As Defendants stated during the Class Period:

> As you can probably suspect in a world to direct to consumer, we have a lot of information, a lot of data. ***And we have a pretty good idea of what the marginal impact of a particular title might be to our service***. And we always say that library titles tend to increase engagement and minimize churn, but new titles, new content, whether they're movies or series, actually add new subs.

Chapek, Q4 2021 earnings call.

> Okay. In terms of our confidence in Disney+ guidance, as you probably know, ***we have a tremendous amount of data that we get on our DCC*** (sic) [DTC] platforms, things like the first view, what's the

4889-9426-8565.v1

1   first view that somebody watches when they first come on to our
2   platform, *which is a pretty good proxy for maybe why they signed up*.
3   Chapek, Q2 2022 earnings call.

4       322.   CW-1 described the data Disney used to monitor content performance.
5   As CW-1 recalled, the data was maintained within Disney on Tableau and Workday,
6   and s/he used the data to track three main metrics.  First, the data showed how many
7   people viewed a given program, which indicated how broadly appealing the program
8   was.  Second, the data showed how many people finished a given program, which
9   indicated the program's quality.  Third, the data showed how many viewers of a
10  given program watched the program as their first program on Disney+.  This third
11  metric was used to determine how many new subscribers the program attracted.

12      323.   CW-1 recalled presenting these three metrics at monthly meetings that
13  were attended by CW-1, Daniel, Warbrooke, Disney's "content investment planning
14  director," the "studio heads," and others.  At the meetings, CW-1 presented data on
15  "how the existing content was performing."  His presentations included the three
16  metrics discussed above: content quality, how broadly appealing content was, and
17  how many new subscribers the content was driving.  The presentations also included
18  data on the "top five shows," which included the views and new subscribers
19  generated by the top five shows.  CW-1 stated that the data s/he presented at the
20  monthly meetings "gave the lay of the land for how the content was performing."
21  Also at the meetings, the studio heads discussed changes to the content production
22  slate, progress with content, whether new content was going to be put on the service,
23  the status of existing content, and how much money the studios intended to spend
24  on marketing the content under production.

25      324.   CW-1 attended weekly, virtual meetings with Daniel and other Disney
26  executives.  At those meetings, CW-1 discussed "performance for that week" with
27  Daniel, including content, "subscriber numbers, what was working and what
28  wasn't."  Contrary to Defendants' public statements, Disney's internal data showed

- 147 -

that the Company was producing lower quality content that was ***not*** driving subscribers. As Iger belatedly admitted, the data showed that Disney "***made a lot of content that [was] not necessarily driving sub growth***." Iger also belatedly discussed the need for Disney to allocate marketing money toward higher quality content and "away from ***programming that was not driving any subs at all***." Further, after the Class Period, Disney removed over 50 shows and films that Chapek had touted to investors just quarters earlier, contributing significantly to the $2.4 billion in impairment charges Disney recorded in 2023.

325. CW-1 confirmed that the content produced for Disney+ was "not driving subscriber growth." S/he stated: "We knew what kind of content we needed. We needed unscripted reality content. But Disney doesn't do that. They did one-hour dramas and comedies. But those didn't have the same effect" on subscriber growth. CW-1 added, "Disney+ just had to take whatever [content was] made and pay for it."

326. ***Subscriber Numbers***. Third, Disney closely tracked Disney+ subscriber numbers. As CW-4 recalled, in 2019 Disney began creating an "executive dashboard," as it was called internally. The purpose of the executive dashboard was to deliver daily, updated subscriber numbers on Disney's streaming platform. According to CW-4, "it was the first product that de-duped the number of subscribers across the [streaming] services." CW-4 added, "[i]t was the first time all the numbers would be available for geography, product, daily-versus-forecast and budget." After the DMED restructuring, CW-4 then focused on DMED's priorities, including paid subscriber numbers and other key performance indicators. CW-4 said that the key performance indicators were primarily paid subscribers: "The main metric that I was focused on was paid subscribers." The dashboard allowed a user to "look at it at a geographical level and a service level." CW-4 said that 90% of her/his efforts were spent on paid subscribers.

327.    CW-4 understood that the executive dashboard was "for the C-levels at Disney."  CW-4 was "told it was used for briefings" with those leaders.  CW-4 said the numbers were also provided to "Chapek and the board."  According to CW-4, Daniel's Chief of Staff accessed the executive dashboard.  Daniel had his staff "feed him daily briefs" about the data shown on the executive dashboard.

328.    CW-4 estimated that in 2020 or early 2021, s/he was asked to build a data portal.  This was because "hundreds of reports were being used by all kinds of executives and employees.  The thought was that there could be one place, a "catalog," where employees could access various information according to their approved level of access.  CW-4 "defined the vision and requirements" for the data portal, but it was data analysts who "managed the reports in the portal."  Those analysts worked on data analysis that concerned "content, viewership, subscribers, churn, engagement and marketing.  Each [metric] was a team."  When CW-4's data portal was complete, s/he "taught [each team] how to put their content on the portal."  CW-4 said that churn data was available on the portal.

329.    ***Content Costs***.    Fourth, Disney closely tracked content costs.  As Chapek stated at the Company's Q2 2022 earnings call, "***we're very carefully watching our content growth – content cost growth***."  Disney was able to track content costs into the future because, under its accounting structure, Disney amortized its content costs, which means that content costs for a particular program were spread out over many quarters.  This allowed Chapek, Daniel, and McCarthy to delay the recognition of costs associated with content that the Company created each quarter.    As CW-1 explained, "accounting treatment of content-cost recognition, in which costs are spread across the useful life of the content, means you don't see the immediate hit to P&L.  The losses start accumulating."  For example, according to CW-1, a show might cost $100 million to produce and Disney would plan to stream it for four years.  This would mean recognizing $25 million in costs per year for four years.  According to CW-1, "[i]t's OK if you have one piece

- 149 -

4889-9426-8565.v1

of content.  But if you have thousands of $25 million content, as your portfolio grows, your losses increase.  And the subscription business doesn't cover the gap."  CW-1 confirmed that the scheduled amortization of content costs "***provided good visibility for costs upcoming***."

330.  Because Disney "carefully watch[ed]" its content growth and had "good visibility" into upcoming costs, Defendants knew or recklessly disregarded that Disney+ losses were rapidly accumulating and inhibiting Disney+'s profitability.  Disney has since admitted that, in order to re-direct Disney+ back toward profitability, "it's critical we rationalize the volume of content we're creating and what we're spending to produce our content . . . going forward, we intend to produce lower volumes of content."  After the Class Period, the Company also removed over 50 programs from Disney+.  The $2+ billion impairment charge to write-off the shows was necessary to halt the amortization of content costs from reaching Disney's bottom line.

331.  ***Churn***.  Finally, Disney closely tracked and analyzed data related to churn (the number of subscribers that cancel their subscriptions or let them lapse).  As Chapek stated during the Class Period, "***we have a tremendous amount of data that we get on our DCC*** (sic) [DTC] platforms . . . .  There's also the amount of time spent, the engagement scores and then, ***of course, the churn, information***."

332.  CW-1 stated that s/he and Disney "***tracked churn very closely***.  It was the ***most important thing***.  It was a big topic, always, both at Hulu and Disney+."  Because churn was significantly higher at Disney+ than Hulu, CW-1 "sliced and diced" the data to determine why churn was so high at Disney+.  CW-1's team thoroughly analyzed churn, including by dividing Disney subscribers into different cohorts to determine which cohorts experienced more churn.  The different cohorts included: (1) subscribers that Disney gained through partnerships; (2) subscribers in different age groups; and (3) subscribers that joined through various Facebook and social media campaigns.  CW-1 recalled that the data for her/his analyses was

- 150 -

provided by Disney's data science team, which could "write scripts" to collect data after CW-1 told them what s/he was looking for.

333.    CW-1 also revealed that the data showed churn was a "***constant problem***" for Disney+.  CW-1 recalled that Disney+ suffered from a 4%-5% churn rate, and churn so affected Disney+ that "***[w]e called it the leaky bucket.  No matter how much water you put in, some leaks out***."  The high churn rate was caused in part by Disney's focus on driving subscribers at any cost.  As discussed above, Disney attracted subscribers by offering promotions or creating expensive, one-off content.  But subscribers generated through promotions and new content often churned off the platform after their promotion expired or after they viewed the new content.

334.    CW-1 further stated that Chapek, McCarthy, and others in the C-suite "***got presentations of versions of this data on an ongoing basis***."  For example, Chapek, McCarthy, and others were provided data on churn at "off-site" meetings, where they were presented with "slides on churn reduction."  Disney executives were also presented with churn data at staff and Board meetings.  CW-1 recalled that s/he put together a presentation on churn, which s/he forwarded to Disney's Corporate Development Team.  The Corporate Development Team then repurposed the presentation to present it to Chapek.  Similarly, CW-2 attended weekly meetings with the "entire executive team."  CW-2 recalled the topics for the meetings included "increasing subscriber growth and slowing churn."

**B.    The Temporal Proximity Between Defendants' Misstatements and the Corrective Disclosures Supports Scienter**

335.    As late as August 10, 2022, Disney assured investors that Disney+ would achieve profitability and reach over 200 million subscribers by 2024. Remarkably, less than three months later (November 8, 2022), the Company shocked investors by reporting a massive quarter-end ***$1.47 billion loss*** in its streaming division.  The dramatic streaming loss was far greater than Disney had indicated or

market analysts had expected.  For context, Disney reported DTC losses of $630 million for the same quarter in the prior year.  The losses were so severe that analysts at MoffettNathanson commented: "***Rarely have we ever been so incorrect in our forecasting of Disney profits***."

336.    Despite the massive streaming loss, Chapek and McCarthy continued to insist on November 8, 2022 that their Disney+ subscriber and profitability targets were achievable.  ***Weeks later***, Disney fired Chapek and Daniel, reinstated Iger, and unwound DMED.  The Company also disclosed that it would be required to completely upend Chapek's growth-at-any-cost model in order to re-direct Disney+ back towards profitability.  As Iger stated at a November 28, 2022 town hall meeting: "Instead of chasing subscri[bers] . . . ***we have to start chasing profitability***."  In the following quarters, Disney "***reset the whole business*** around economics designed to deliver significant, sustained profitability."  For example, in February 2023, Disney announced a ***$5.5 billion*** cost-cutting initiative designed to put Disney+ back on the path to profitability.  And in the following quarters, the Company stressed that any chance for Disney+ to achieve profitability by 2024 hinged on "our ability to quickly execute on cost rationalization while preserving revenue [and macroeconomic conditions]."  In its most recent effort to right-size costs, Disney announced a $1.5 billion impairment related to a removal of over 50 programs from Disney+.

337.    At the same time, the Company abandoned its subscriber targets and began reporting negative subscriber growth.  In Q1 2023 – the quarter immediately after the massive DTC loss was revealed – Disney announced that that it would no longer be providing long-term subscriber guidance.  It also reported that Disney+ had, for the first time, ***lost subscribers***.  In Q2 2023, Disney+ lost another 4 million subscribers, and in Q3 2023, Disney+ lost another ***11.7 million*** subscribers.  By the end of Q3 2023, Disney+ had only 146.1 million subscribers.  According to a recent *Bloomberg* article, Disney "expects to fall ***tens of millions of subscribers short*** of

its last publicly stated 2024 target [of 215-245 million subscribers] for the Disney+ streaming service."

338.    The dramatic streaming losses, subscriber miss, firing of top executives, and decision to scrap Chapek's growth-at-any-cost model occurred just months after Defendants reiterated their subscriber and profitability targets.  Thus, Defendants knew or recklessly disregarded that their subscriber and profitability targets were unachievable when Chapek and McCarthy spoke in August and November 2022.  As a MoffettNathanson analyst has since commented, "'No other company we've covered has seen that kind of decline.  ***How did previous management not see this coming?***'"

339.    Further, the temporal proximity between the Board's June 28, 2022 statements regarding Chapek's contract renewal and its November 2022 decision to fire Chapek supports scienter for the June 28, 2022 statements.  On June 28, 2022, the Board announced that it had "***unanimously***" voted to extend Chapek's contract for another three years, and it stated "Bob is the right leader at the right time for The Walt Disney Company, and the Board has ***full confidence*** in him and his leadership team."   Only five months later, the Board reversed course and decided to fire Chapek.  Given the short time between when the Board renewed Chapek's contract and when it fired him, it is highly unlikely that the Board had "full confidence" in Chapek when it decided to renew his contract.

**C.    Inappropriate Tone at the Top and Suspicious Management Style Support Scienter**

340.    During the Class Period, Defendants: (1) created a "toxic corporate" culture where employees felt extreme pressure to achieve "aggressive" and "unreasonable" streaming goals; (2) severely restricted access to information regarding Disney+; and (3) disregarded input from senior Disney executives.  This inappropriate tone and suspicious management style strongly support scienter.

- 153 -

341.  **First**, multiple former Disney employees recalled that Disney's corporate culture was "toxic," and they felt extreme pressure to achieve unreasonable streaming goals.  For example, CW-1 stated that s/he was under constant pressure to meet "unreasonable" streaming targets.  S/he recalled that, shortly before the Class Period began, s/he came under intense pressure to "hit subscriber numbers and revenue targets."  According to CW-1, "*[e]very day it was all hands on deck, discussing how will we meet the aggressive targets*" handed down by defendants Chapek and Daniel.  The pressure and toxic working environment were so extreme that CW-1's physician advised her/him to leave the Company after s/he developed health problems as a result of the stress.

342.  CW-2 also recalled that Chapek's and Daniel's leadership created a "*toxic culture*" at Disney that led her/him and other colleagues to leave the Company.  According to CW-2, the "*pressure was extraordinary*" at the Company, and leaving felt like "getting out of a toxic relationship."  CW-2 reiterated that Chapek and Daniel created the toxic culture and noted that the culture "changed palpably" when Iger stepped down.  S/he expanded, "Chapek's decision-making wasn't strategic.  It was an iron fist, running into a brick wall."  She also described Daniel as Chapek's "axe man" and said "Daniel did exactly what he was told to do by Chapek."  CW-2 concluded, Chapek "took an amazing company with amazing people and *threw it out the back door like garbage*.  He and Kareem Daniel share the majority of the burden."  "You couldn't pay me to work for Disney," CW-2 said.  S/he added, "I left a lot of stock on the table when I left.  I left a high paying job with a good bonus."

343.  Like CW-1 and CW-2, CW-5 left Disney because the "people and culture" at Disney were "not conducive to successful business."  According to CW-5, "Disney's leadership *isn't trustworthy*, and they didn't have a good sense of the business.  It didn't have an idea of how to manage a streaming business."  CW-5 expanded, "Good leaders acknowledge their blind spots.  Disney's leadership

- 154 -

didn't." CW-5 concluded that Disney was a "really brutal place to work" and stated that its "executive leadership team is *one of the worst teams I ever worked for*."

344. Disney insiders have shared similar accounts and sentiments with the media. According to a media report citing to a "senior Disney insider," by the time Chapek was fired in November 2022 "a group of top Disney creative and business leaders had told the board over the past few months that *they were considering leaving the company if Chapek. . . . remained in the role*." *The Wall Street Journal* also reported in November 2022 that "Disney executives and investors had been complaining for months to the prior CEO, Robert Iger, about the direction of the company under Mr. Chapek, according to people familiar with the matter. Mr. Iger advised some of these executives to take their concerns to the company's board." Further, a partner at the research firm LightShed Partners told the media that the "management team and the creatives did not like Chapek nor the management structure he imposed."

345. *Second,* Chapek and other Disney executives severely restricted access to information regarding Disney+. As CW-2 stated, top executives "*closely guarded*" specific data and numbers concerning subscriber growth and churn reduction. CW-6 revealed similar information. According to CW-6, "[d]ata was held closely internally," and "there was *no access for the vast majority of teams to data on subscribers*. Most of us only got information from earnings reports."

346. CW-7, a senior data analytics executive, further detailed how Disney restricted access to key company information. CW-7 was part of Disney's Data Governance Team, which established rules governing which Company employees would be allowed to access data on subscriptions, retention, churn, and engagement. CW-7 stated that there "was a lot of documentation" on the approvals sought and given for access to Disney Streaming viewer data. For example, when an employee requested access to data, they had to attest to the purpose of the data and promise not to disseminate it. According to CW-7, information about Disney streaming was

siloed in part to prevent data from being leaked to the public, including journalists. CW-7 also stated the access was restricted because "*[c]ertain leaders wanted to keep data close to themselves. Chapek was clear on who could see what*." CW-7 recalled that access to key information and data was so restricted at the Company that, at one point, "there was a big campaign to share the data to make it findable."

347. CW-4 shared similar information. According to CW-4, once DMED was created, her/his supervisor "decided to *lock down access*" to data. CW-4 said that suddenly the content producers and people in research were "*cut off*" and lost their access to the "raw data."

348. *Finally*, Chapek failed to heed the internal warnings from executives regarding Disney's financial condition and instead referred to them as "mean girls" and "Eeyores." According to CW-2, Chapek did not want to hear that his decisions were wrong, even if adverse positions were based in fact. CW-2 expanded that Chapek's and Daniel's management style involved disregarding information they did not want to hear. It was "*their way or the highway*" and their leadership was a "*dictatorship*."

349. Similarly, CW-2 stated that key executives were not consulted in connection with the Disney+ subscriber target announced at the December 2020 Investor Day. As s/he recalled, when the new targets were announced, s/he thought they were "batshit crazy." CW-2 said that if Disney was going to provide those numbers to the market, key executives should have been consulted about the veracity of the subscriber numbers. After speaking to her/his colleagues at Disney+, CW-2 realized that they were not. CW-2 also recalled that s/he and other executives looked at each other after the announcement and asked who had provided the numbers; none of them had. "*I've never worked in a company where corporate financial entities didn't solicit input from the other departments*" before releasing them publicly, CW-2 said. CW-7 made a similar observation. The President of Disney+ once said

- 156 -

4889-9426-8565.v1

incredulously to CW-7 after an earnings announcement, "*[w]here did that forecast come from?*"

350. Further, CW-2 recalled that there was "general dissension from Streaming, that we needed to increase quality and personalization to prevent churn." But the teams were *ignored by Daniel*, CW-2 said.  CW-2 added that Chapek and Daniel were more concerned about quantity instead of quality.  Regarding DMED, CW-2 stated "I didn't talk to anyone who thought it was a good idea. *The decision was made in a vacuum*.  It didn't help us in Streaming in any way."

**D.    Chapek and Daniel's Terminations and McCarthy's Abrupt Resignation Support Scienter**

351. On November 20, 2022, Chapek was fired days after the fraud was partially revealed and shortly after his contract was renewed.  Within days, Daniel and Arthur Bochner (VP of Strategic Communications) were terminated.  And within months, McCarthy abruptly resigned.  This quick succession of executive departures as the fraud was revealed strongly suggests scienter.

352. As discussed above, Chapek's June 2022 contract renewal was anything but certain.  Nonetheless, on June 28, 2022, the Board announced that it had unanimously decided to renew Chapek's contract for another *three years*, and it publicly praised Chapek's success navigating the Company through the pandemic.

353. Despite the purported vote of confidence, the Board suddenly reversed course and fired Chapek on November 21, 2022 – only months after it had renewed his contract and days after the Company's disappointing Q4 2022 results partially revealed the fraud.  The news came as a shock to analysts and the Disney community.  As analysts at Macquarie Research stated: "Disney's surprising Sunday evening announcement that it is replacing CEO Bob Chapek with predecessor Bob Iger in our view raises numerous questions as to *what's going on behind the scenes* and what Iger can do better."  Analysts at Morningstar characterized the news as a "Sunday Night Stunner" and analysts at Rosenblatt Securities noted that "[t]here's

4889-9426-8565.v1

no way to avoid the obvious speculation that Disney's Sept. quarter – which featured higher DTC streaming losses than our and Street models – was a final straw.  Yet the suddenness is breath-taking."

354.    Chapek's sudden departure was also spurred by internal complaints from company executives, including McCarthy.  According to *The Wall Street Journal*, after the Company's Q4 2022 earnings call, McCarthy "told board members that she wasn't happy with the way Mr. Chapek had communicated with investors during the conference call."

355.    Then, on November 21, 2022 – only one day after Disney fired Chapek – it also fired Daniel.  After Daniel was fired, the *Los Angeles Times* reported that "'Kareem's crime was that he was close to Chapek and that he helped design and led an organizational construct that was hated by the creatives.'"

356.    Around the same time, Arthur Bochner, who was another "key lieutenant" of Chapek, was fired.  Bochner had been at Disney for nine years.  He served as Chapek's chief of staff from March 2020 to August 2022.  He then became VP of Strategic Communications.  According to *Variety*, "Bochner was behind Chapek's remarks on Disney Q3 earnings call."

357.    Finally, on June 15, 2023 – shortly after the fraud was fully revealed and the Class Period ended – the Company abruptly announced that McCarthy was resigning.  Her surprise departure came after 23 years of service and at the worst time for Disney: the Company was in the midst of a major strategy pivot, restructuring, layoffs, and a search for another CEO to succeed Iger.  As Wells Fargo analysts noted, "DIS's surprise CFO transition adds another wrinkle to an already complex story."  *The Wall Street Journal* reported: "The abrupt exit of McCarthy surprised some colleagues and associates."

4889-9426-8565.v1

**E.     The Fraud Involved Disney's Core Operations, Which Defendants Repeatedly Discussed During the Class Period**

358.     Because the fraud involved Disney+, which was crucial to the Company's Class Period operations, a strong inference arises that Defendants were aware of and participated in it.  Leading up to the Class Period, as COVID-19 ravaged Disney's operations and stock price, Disney+ quickly took center stage as Disney's top priority and key growth driver.  Indeed, Disney+ became so important to the Company that Defendants reorganized Disney's entire business structure to elevate streaming, and they hosted Investor Day 2020 that was dedicated entirely to Disney+ and streaming.  Defendants repeatedly emphasized leading up to and throughout the Class Period that its DTC streaming business, which consisted primarily of Disney+, was Disney's top priority:

- "[O]ur company's *top priority* and our *key to our growth* is our direct-to-consumer business.  And I'm pleased to say that the response to Disney+, in particular, has exceeded even our highest expectations."

Chapek, May 5, 2020 earnings call.

- "Given that *our DTC business is key to the future growth of our company*, we've restructured our media and entertainment businesses.  By separating content creation from distribution, we've been able to streamline our processes and better align the organization towards these important strategic objectives as we accelerate our pivot to a *DTC-first business model*."

Chapek, Q4 2020 earnings call.

- "[W]e are more committed than ever to investing in our businesses, in particular our DTC strategy, which we see as *the key driver of significant long-term value* for our company."

Chapek, Q4 2020 earnings call.

- "And needless to say, Disney+ has exceeded our wildest expectations with 86.8 million subscribers as of December 2. That's quite an achievement. This success has bolstered our confidence in our continued acceleration towards a ***DTC-first business model***."

Chapek, December 2020 Investor Day.

- "[O]ur recent strategic reorganization has enabled us to accelerate the company's pivot towards a ***DTC first business model*** and further grow our streaming services."

Chapek, Q1 2021 earnings call.

- "We're proud of all that we've accomplished, especially as it relates to ***our top priority, our DTC business*** . . . ."

Chapek, Q1 2021 earnings call.

- "The incredible success of Disney+ in just its first year prompted us to ***accelerate our pivot to a DTC-first business model***. We reorganized our media and entertainment businesses, separating content creation from distribution to align accountabilities in order to better support our DTC growth strategy and increase shareholder value."

Chapek, 2021 Annual Shareholder Meeting.

- "Another standout this quarter were our streaming services."

Chapek, Q2 2022 conference call.

359. Moreover, Chapek and McCarthy repeatedly discussed and held themselves out as knowledgeable about the two key measures of Disney+ success: subscriber growth and path to profitability. Indeed, Chapek and McCarthy provided updates and fielded analyst questions on Disney+'s subscriber numbers and path to profitability on ***every*** earnings call during the Class Period. For example, McCarthy frequently discussed changes in Disney+'s path to profitability and answered analyst questions about reasons for the changes in profitability targets. And when questioned about whether Disney's profitability target was achievable, McCarthy

spoke fluently about the many metrics involved in tracking and reaching profitability:

- "We're also going to have some other cost drivers that we just have to factor into our timing for profitability, and that includes marketing technology, customer service and just other expenses of running a new business.  So we're sticking to that 2024 – fiscal 2024 profitability."

McCarthy, Q1 2021 conference call.

- "[W]e are reaffirming our guidance that Disney+ will achieve profitability by the end of fiscal 2024. . . .  I have mentioned before, our expectations are built on certain assumptions around subscriber additions based on the availability and attractiveness of our future content, churn expectations, the financial impact of the Disney+ ad tier and price increases, our ability to quickly execute on cost rationalization while preserving revenue and macroeconomic conditions, all of which [is based] on **extensive internal analysis** as well as recent experience."

McCarthy, Q3 2023 conference call.

360.    Chapek and McCarthy also consistently displayed their knowledge of the intricacies and importance of Disney+ subscriber growth, which centered on the artifices discussed above (¶¶147-228):

- "In the near term, we expect subscriber growth to come primarily from outside the U.S. with the next meaningful phase of domestic subscriber growth likely to coincide with the release later this calendar year of highly anticipated original content, including Episodic Series from Marvel and Season 2 of The Mandalorian."

McCarthy, Q1 2020 conference call.

- 161 -

4889-9426-8565.v1

- "But we are also – given the value of growing our sub base, we are continuing to invest in high-quality content.  We believe that content is the single biggest driver to not only acquiring subs, but retaining them."

McCarthy, Q1 2021 earnings call.

- "[I]n terms of the drivers, for sub growth going forward, we really see 4 different elements.  First of all is our content slate.  As you know, we're spending a lot of money across our variety of franchises in order to create the content that's going to keep consumers coming back . . . .  The second one is our general entertainment international growth driven by our Star brand, and we think that's going to continue to fuel growth for our international territories as well as Disney+.  The third one is continued market expansion in markets where Disney+ has not yet been launched. . . .  But one thing that continues to impress us is the opportunity to have the bundle in the U.S. be even larger."

Chapek, Q2 2021 earnings call.

- "And so we're bullish on the future of Disney+, both domestically and internationally, driven by not only additional prevalence of titles within our major franchises, but also general entertainment and specifically in the international territories local content."

Chapek, Q1 2022 earnings call.

361.    Company insiders confirmed that Disney+, subscriber numbers, and profitability were the Company's prime focus leading up to and throughout the Class Period.  As CW-1 stated, "*[t]he entire focus was on streaming*" because during the pandemic, the streaming division was the only business within Disney that was bringing in revenue.  According to CW-1, "*[e]very day it was all hands on deck*, discussing **how will we meet the aggressive targets**" handed down by Defendants Chapek and Daniel.  CW-1 also discussed the importance of churn reduction, stating

s/he "tracked churn very closely.  It was *the most important thing.  It was a big topic, always*, both at Hulu and Disney+."

362.  CW-2 similarly recalled that, beginning during COVID, "Disney+ became the *workhorse of the company*.  Everyone wanted to be involved."  S/he also recalled weekly meetings with the entire executive team, where they discussed "increasing subscriber growth and slowing churn."  According to CW-2, "[c]hurn was a key area.  When we evaluated a feature, we always considered how it would increase subscriber growth and how it would decrease churn."  CW-2 said that churn was in the "*back of our mind every decision that we were making*."  CW-2 observed that there was a "*single-minded focus*" on subscriber growth and reduction of churn.  S/he further recalled that the market was evaluating Disney at the time purely based of the number of Disney+ subscribers, and s/he stated "growth from a subscription perspective was *all anyone wanted to hear about*."  According to CW-2, subscriber growth was always considered when making decisions.  CW-2 added that subscriber growth was "*all anyone was talking about*."  CW-2 said that anything that s/he was designing, launching, etc., "had to be that."  CW-2 also detailed the importance of international expansion: "The [Disney] Parks were closed.  Disney+ was the only revenue engine.  The market was evaluating Disney by subscribers only, and the *only way to increase subscriptions was via international expansion*."

363.  Analyst commentary demonstrates that investors were also primarily focused on Disney+, subscriber targets, and profitability.  For example, after the reorganization, Barclays analysts noted, "New structure *elevates streaming to the company's core*" and RBC analysts observed, "Disney's DTC assets have become *the most important part of the narrative*."  Throughout the Class Period, analysts recognized Disney+ as the main driver of Disney's stock price.  As JP Morgan analysts stated in April 2021, "successful DTC business will likely remain the *main driver of future stock performance*."  In August 2021, Credit Suisse analysts wrote, "The key debates for Disney remain the Company's ability to drive Disney+

- 163 -

4889-9426-8565.v1

penetrations in its core markets beyond early adopters/Disney fans while driving ARPUs to levels that reflect the value of its content." And in May 2022, Guggenheim analysts wrote, "Key areas of focus include subscriber and financial results/outlooks for the company's direct-to-consumer services following last quarter's resurgence."

**F.    Internal Warnings from Executives to Chapek Support Scienter for the November 8, 2022 Statements**

364.    Before Chapek made the alleged false and misleading statements on November 8, 2022 affirming Disney would achieve profitability, numerous colleagues told him to be upfront with investors about the deteriorating Disney+ streaming business. In late September 2022, with the Q4 2022 earnings call on the horizon, Chapek and McCarthy prepared the Board on what to expect for the upcoming quarter. With Chapek looking on, McCarthy abruptly went off the script the two executives had prepared, and bluntly told the Board the quarter's financials were "on pace to be very bad" and that because of overspending on Disney+, "[t]he quarter would be the company's biggest miss relative to Wall Street consensus estimates in a decade." When colleagues asked McCarthy why she diverted from the planned presentation, McCarthy reported that "she hoped her honesty with the board would jar Chapek into realizing his rosy outlook of the business wasn't based in reality."

365.    Weeks later, but still before the November 8, 2022 conference call, Disney held a management retreat in Orlando. While there, Chief Communications Officer Kristina Schake and Head of Investor Relations Alexia Quadrani reportedly warned Chapek that investors would be upset about the Company's financial performance that quarter, which would be "devastating" to the Company. On the day of the earnings call, executives again met with Chapek, this time at Disney's office in New York. The finance team again advised Chapek of the magnitude of the call and implored him to deliver a sober message acknowledging that the

- 164 -

1  streaming division's net operating losses were more than double that of the same
2  period the previous year.

3         366.   Despite the repeated efforts of his colleagues, Chapek refused to heed
4  any of these warnings.   Instead of publicly acknowledging the true financial
5  condition relayed to him by McCarthy, Schake, and Quadrani, Chapek ignored their
6  input and began referring to them as "'the mean girls'" and "'Eeyores,'" the gloomy
7  and pessimistic donkey from Disney's Winnie the Pooh.

8         367.   Both Chapek and McCarthy attended the November 8, 2022 earnings
9  call.   Against the advice of his colleagues, Chapek refused to strike an apologetic
10 note and reaffirmed profitability guidance for the following year.   After the call,
11 McCarthy was reportedly "appalled" and told board members that she was not happy
12 with the way Chapek had communicated with investors.   Despite her concerns,
13 McCarthy sat complacently as she listened to Chapek's misstatements.   In other
14 words, on this call in particular, Chapek and McCarthy knowingly or recklessly
15 withheld information they knew investors would care deeply about.

16 **G.     Extraordinary Pressure and Looming Contract Expiration**
          **Motivated Chapek**
17
18        368.   Chapek became Disney's CEO in February 2020.   A month later, the
19 pandemic hit, causing Disney's operations to come to a screeching halt and Disney's
20 stock price to tumble.   As discussed above, COVID had an outsized impact on
21 Disney, which relied heavily on theme parks, cruise lines, movie theaters, and sports
22 broadcasting.   In just a few short weeks, Chapek was placed in control of one of the
23 largest and most powerful companies in the world that faced an existential crisis.
24 Worse, Chapek's predecessor – the beloved Bob Iger, who had run the Company for
25 15 years – hung around, questioning Chapek's decisions and undermining his every
26 move.   For example, according to *The Wall Street Journal*, Iger "expressed
27 displeasure with the organizational structure Mr. Chapek put in place to handle
28 content distribution [DMED]."   Chapek felt that "Iger never really left Walt Disney"

- 165 -

1    and "complained to deputies he had been undermined from the start."  Even after
2    Iger left the Company in 2021, he "made it known to friends and colleagues that he
3    disapproved of changes Mr. Chapek was making, setting off a whisper campaign
4    across Hollywood that never quite allowed Mr. Chapek to escape his predecessor's
5    shadow."

6         369.   Adding to the pressure was Chapek's looming and uncertain contract
7    renewal, which only became more unlikely as time went on.  As discussed above,
8    the Board had granted Chapek an unusually short contract, which was up for renewal
9    only two short years after Chapek initially became CEO.  And, though the Board
10   stated "that the extraordinary circumstances would be taken into consideration in the
11   board's evaluation of Mr. Chapek's performance . . . *in reality, two hard,*
12   *unpredictable years will determine if he can hold the job*."

13        370.   Chapek's looming contract expiration date not only risked his job and
14   reputation; it also risked millions of dollars that he would be awarded with an
15   additional contract.  As Chapek knew, if the Board awarded him an additional
16   contract, even if it fired him shortly after, he would nevertheless be able to collect
17   millions of dollars on the new contract.  Indeed, Chapek received a $30 million
18   contract extension and he was fired months after his contract renewal, he walked
19   away with *$20 million* in severance pay (on top of the roughly $24 million Disney
20   had already paid him in 2022).

21        371.   It was accordingly clear that Chapek's job, reputation, and lucrative
22   compensation were on the line, and the mounting pressure motivated Chapek to do
23   all that he could – and more – to beat the pressure and keep his job.

24        **H.    Chapek and McCarthy's Lucrative Compensation
              Structure Motivated Them to Commit Fraud**
25

26        372.   Chapek and McCarthy were highly motivated to increase Disney+
27   subscriber numbers because their compensation largely depended on it.  During the
28   Class Period, executive compensation at the Company hinged on individual

                              - 166 -

performance and the performance of the Company overall.   Annual executive compensation was comprised of three components: (i) a guaranteed annual base salary; (ii) eligibility for an annual incentive award ("cash bonus"); and (iii) eligibility for annual equity incentive awards (a combination of stock option awards ("Options"), performance-based restricted stock unit awards ("PBUs"), and time-based restricted stock unit awards ("RSUs") (together, "equity awards").



373.   From 2020 to 2022, 90% of Chapek's target compensation was variable, or at risk, based on Company and stock price performance.  The variable portion of Chapek's 2021 and 2022 target compensation consisted of 30% cash bonus and 60% equity awards.  The only fixed portion of Chapek's compensation was his base salary, which constituted merely 10% of his earnings.

374.   Likewise, McCarthy's compensation was heavily dependent on Disney's stock price and the success of Disney's streaming business.  Her 2021 target compensation consisted of 16% fixed base salary, 27% cash bonus, and 57% equity awards.  In 2022, McCarthy's target compensation consisted of 15% fixed base salary, 25% cash bonus, and 60% equity awards.



375.  Chapek and McCarthy's cash bonus was explicitly based in part on the growth of Disney's streaming service.  In fact, this component was identified as a "key strategic goal[]."  Indeed, each year during the Class Period, Disney's Compensation Committee confirmed that it awarded cash bonuses based in part on the success of DTC and Disney+.  In 2020, the Committee noted that Chapek "worked to quickly program new offerings on our DTC [including Disney+] and linear channels."  It also highlighted Chapek's role in launching Disney+ in several key markets.  Similarly, the Comp. Committee noted that McCarthy "delivered service excellence across all segments and lines of business, including supporting the historic launch of Disney+."  In 2021, the Committee praised the Company for developing new content, achieving "tremendous subscription growth across all of our DTC platforms (Disney+, Hulu and ESPN+)," and launching Disney+ in 35 new countries.  Importantly, the Committee attributed the expansion of Disney+ to Chapek, calling it one of his "key performance highlights."  Similarly, the Committee recognized McCarthy's role in designing and executing an Investor Day 2020, which highlighted Disney+.  In 2022, the Committee noted that the Company "[s]uccessfully increased subscribers at Disney+ (+39%), Hulu (+8%) and ESPN+

4889-9426-8565.v1

(+42%) during fiscal 2022, while launching DTC platforms [including Disney+] in several key international markets, including 154 different countries and territories." It also identified "accelerating our DTC initiatives" as one of the "strategic objectives of the Company," and recognized that McCarthy "managed the Company's liquidity and credit ratings through the pandemic and DTC investments" as one of her key "Performance Highlights."

376. For fiscal 2020, Chapek received $9,502,990 in equity awards and stood to gain 300% of his base salary as a cash bonus. McCarthy received $8,478,884 in equity awards and stood to gain 200% of her base salary as a cash bonus.

377. For fiscal 2021, Chapek received $13,965,478 in equity awards and $14,330,000 as a cash bonus. McCarthy received $11,922,870 in equity awards and $7,680,000 as a cash bonus.

378. For fiscal 2022, Chapek received $14,560,852 in equity awards and $6,750,000 as a cash bonus. McCarthy received $12,310,836 in equity awards and $5,820,000 as a cash bonus.

379. Accordingly, the Company's executive compensation structure incentivized Chapek and McCarthy to chase subscribers at any cost. From fiscal 2020 through fiscal 2022, Chapek received total compensation in excess of $70 million while McCarthy reaped over $52 million, as described in the Company's 2023 Proxy Statement as seen in the chart below:

| NAME AND PRINCIPAL POSITION | FISCAL YEAR | SALARY | BONUS | STOCK AWARDS[1] | OPTION AWARDS | NON-EQUITY INCENTIVE PLAN COMPENSATION | CHANGE IN PENSION VALUE AND NON-QUALIFIED DEFERRED COMPENSATION EARNINGS | ALL OTHER COMPENSATION | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| ROBERT A. CHAPEK Chief Executive Officer[2] | 2022 | $2,500,000 | $ — | $10,810,832 | $3,750,020 | $ 6,750,000 | $ — | $ 372,151 | $24,183,003 |
| | 2021 | 2,500,000 | — | 10,215,466 | 3,750,012 | 14,330,000 | 1,358,505 | 310,310 | 32,464,293 |
| | 2020 | 1,814,608 | — | 6,129,442 | 3,373,548 | — | 2,705,712 | 140,626 | 14,163,936 |
| CHRISTINE M. MCCARTHY Senior Executive Vice President and Chief Financial Officer | 2022 | 1,980,000 | — | 8,935,794 | 3,375,042 | 5,820,000 | — | 124,833 | 20,235,669 |
| | 2021 | 1,903,754 | — | 6,922,854 | 5,000,015 | 7,680,000 | 103,152 | 119,440 | 21,729,215 |
| | 2020 | 1,661,815 | — | 4,712,459 | 3,766,425 | — | 761,321 | 94,985 | 10,997,005 |

- 169 -

## I.    McCarthy's Insider Sales

380.    McCarthy's compensation also allowed her to capitalize on the fraud by selling over ***122,014*** of her Disney shares during the Class Period for insider trading proceeds of ***$17,101,573*** and profits of ***$11,809,441***:

| Transaction Date | Shares Sold | Share Price | Proceeds |
|---|---|---|---|
| 01/15/2021 | 4,139 | $173.00 | $716,047 |
| 01/20/2021 | 5,000 | $177.24 | $886,200 |
| 01/25/2021 | 25,000 | $172.00 | $4,300,000 |
| 01/12/2022 | 10,000 | $158.60 | $1,586,000 |
| 01/13/2022 | 10,000 | $158.00 | $1,580,000 |
| 01/14/2022 | 10,000 | $152.06 | $1,520,600 |
| 01/18/2022 | 15,342 | $151.54 | $2,324,927 |
| 01/12/2023 | 42,533 | $98.46 | $4,187,799 |

381.    McCarthy's trades were unusual and suspicious in both timing and amount.  One month after the Class Period began – after selling ***none*** or her Disney stock for over a year – McCarthy started selling roughly $5 million of her Disney stock per year.  In the two years before the Class Period, McCarthy sold only $5.7 million of her Disney stock; accordingly, her Class Period sales of over $17 million were ***300% higher*** than her pre-Class Period sales during the same amount of time. Notably, McCarthy had been a staunch advocate for Disney executives holding large portions of Disney stock, but as soon as the scheme began (and before the truth was fully revealed) McCarthy accelerated her selling and significantly reduced her total Disney holdings.

## J.    Corporate Scienter

382.    The allegations above also establish a strong inference that Disney as an entity acted with corporate scienter throughout the Class Period, as the Individual Defendants, Disney's officers, management, and agents, had actual knowledge of the misrepresentations and omissions of material facts set forth herein (for which they had a duty to disclose), or acted with reckless disregard for the truth because they failed to ascertain and to disclose such facts, even though such facts were

- 170 -

1  available to them.  Such material misrepresentations and/or omissions were made

2  knowingly or recklessly, and without a reasonable basis, for the purpose and effect

3  of concealing the fraudulent scheme from the investing public.  By concealing these

4  material facts from investors, Disney maintained and/or increased its artificially

5  inflated common stock prices throughout the Class Period.

6  **X.  LOSS CAUSATION**

7  383.   The market for Disney common stock was open, well-developed, and

8  efficient at all relevant times.  Throughout the Class Period, Disney common stock

9  traded at artificially inflated prices as a direct result of Defendants' scheme and their

10  materially misleading statements and omissions of material fact, which were widely

11  disseminated to the securities market, investment analysts, and the investing public.

12  Plaintiffs and other Class members purchased or otherwise acquired Disney common

13  stock relying upon the integrity of the market price for Disney common stock and

14  market information relating to Disney and Disney+.

15  384.   Defendants' misrepresentations and fraudulent conduct became

16  apparent to the market through three separate disclosures.  In each instance, the price

17  of Disney's common stock immediately declined as the artificial inflation was

18  removed from the market price of the securities, causing substantial damage to

19  Plaintiffs and the Class.

20  385.   After the market closed on November 10, 2021, Disney reported its

21  earnings for its fourth quarter and fiscal year ended October 2, 2021.  Disney

22  disclosed a slowdown in Disney+ subscriber growth that missed Wall Street's

23  expectations by a significant margin.   The Company added just 2.1 million

24  subscribers during the quarter – the smallest quarterly gain since the service's launch

25  two years prior – reaching just 118.1 million subscribers, 1.5 million short of

26  consensus estimates of 119.6 million subscribers, as compiled by *Bloomberg*.  The

27  Company also disclosed that losses would continue to mount over the next several

28

- 171 -

1    months, with McCarthy disclosing "we now expect that Disney+ will reach its peak

2    year of losses in fiscal 2022 instead of fiscal 2021."

3        386.   In response to this news, the price of Disney common stock closed

4    down $12.34 per share, or 7.1%, on November 11, 2021 on abnormally high volume

5    of over 62 million shares traded.  In stark contrast, on the same date the S&P 500

6    Index *increased* 0.1% and an index of Disney's peers *increased* by 0.4%.[35]

7        387.   Despite these disclosures, the price of Disney common stock remained

8    artificially inflated because Defendants continued to make materially false and

9    misleading statements undermining the depth of the Company's financial problems.

10   On the Company's earnings call after the market closed on November 10, 2021,

11   Defendant Chapek doubled-down on the Company's prior forecast, which he knew

12   was unattainable, stating "we're confident we are on the right trajectory to achieve

13   the guidance that we provided at last year's Investors Day, reaching between 230

14   million and 260 million paid Disney+ subscribers globally by the end of fiscal year

15   2024, and with Disney+ achieving profitability that same year."

16       388.   Defendant McCarthy also reiterated the Company's prior subscriber

17   growth and profitability forecast, stating in pertinent part as follows:

18           As Bob mentioned, we are increasing our overall long-term

19           content expense for Disney+, and . . . we are well positioned to achieve

20           the subscriber target of 230 million to 260 million by fiscal 2024 that

21           we laid out at last year's Investor Day.  And we also remain confident

22           in our expectation that Disney+ will achieve profitability in fiscal 2024.

23       389.   Analysts took the bait, with a Morgan Stanley analyst saying "[w]e

24   continue to believe its [subscriber] guidance is achievable" even though "it will cost

---

25

26   [35]  The peer index is an equal-weighted index of the "Media Industry Peers" listed
     in DIS proxy statements for fiscal 2019 through fiscal 2022, which include:
27   Alphabet, Amazon, Apple, AT&T, Comcast, Discovery/Warner Bros. Discovery,
     Meta Platforms (Facebook), Netflix, and Paramount Global (and predecessors
28   CBS/Viacom).

1     more . . . to get there."   And a Rosenblatt Securities analyst said "we remain

2     confident Disney+ will comfortably achieve the 230-260M subscriber target and

3     profitability in FY'24."

4     390.   Defendants shocked investors on November 8, 2022, when Disney

5     issued an after-market press release reporting the Company's devastating financial

6     results for its fourth quarter and fiscal year ended October 1, 2022.   Due to the

7     unmitigated Disney+ content costs, the DTC streaming segment reported a

8     monumental quarter-end operating loss of $1.47 billion, more than **twice** the $630

9     million in losses it reported in the same quarter the year prior.   Investors finally

10     began to understand the devastating downstream effects of the Executive

11     Defendants' scheme to push Disney+ subscriber growth at all costs.

12     391.   In response to this news, the price of Disney common stock collapsed

13     $13.15 per share, or 13.2%, in a single day on November 9, 2022 on abnormally

14     high volume of over 62 million shares traded.   By contrast, on the same date, the

15     S&P 500 Index and an index of Disney's peers each declined by just 2.1%.

16     392.   Investment analysts expressed concern about the Company's current

17     financial condition and its ability to deliver on the promise that Disney+ could

18     simultaneously deliver massive growth and profitability.   For example, a Barclays

19     analyst said "we believe Disney may face a choice between its subscriber growth

20     guidance and its streaming breakeven guidance as we believe it may be tough to

21     meet both."

22     393.   Defendants immediately worked to assuage investors' concerns.   On

23     the November 8, 2022 earnings call, Chapek reassured investors that despite the

24     massive loss, "***we still expect Disney+ to achieve profitability in fiscal 2024***" and

25     added "Disney+ is well situated to leverage our position for long-term profitability

26     and success."   These reassurances kept the price of Disney common stock inflated.

27     394.   Then, on May 10, 2023, the Company reported its Q2 2023 financial

28     results and held an earnings call with analysts.   Iger, who had returned as CEO after

- 173 -

4889-9426-8565.v1

Chapek was fired, leveled with investors and acknowledged that Disney would be forced to radically alter the Disney+ business model, shifting its focus away from subscription growth in order to "rationalize this business" and "head in the direction of profitability." Iger labeled it "a significant transformation to strategically realign Disney for sustained growth and success."[36] Investors learned that the Company, and Disney+, "was in worse shape than Iger realized" when he had taken over as CEO in November.[37] Iger specifically disclosed that, in order to actually achieve profitability, ***Disney needed to completely change course and unwind nearly every aspect of Chapek's growth-at-any-cost plan***. Iger announced significant cuts to content ("it's critical we rationalize the volume of content we're creating and what we're spending to produce our content") and admitted "we made a lot of content that is not necessarily driving sub growth."[38] Iger also cited the need to "recalibrat[e] our investments internationally" by exiting markets that lacked "profitability potential." McCarthy added even more grim news, stating "we are in the process of reviewing the content on our DTC services to align with the strategic changes . . . you've heard Bob discuss. As a result, ***we will be removing certain content from our streaming platforms and currently expect to take an impairment charge of approximately $1.5 million to $1.8 billion***. And going forward, we intend to produce lower volumes of content in alignment with this strategic shift." McCarthy also announced that DTC streaming losses were expected to increase in the following quarter.

395. In response to this news, the price of Disney common stock declined $8.83 per share, or 8.7%, in a single day on May 11, 2023 on abnormally high

---

[36] Q2 2023 Earnings Call.

[37] Has Bob Iger Lost the Magic? bloomberg.com/news/features/2023-10-10/has-bob-iger-lost-the-magic-inside-disney-ceo-s-billion-dollar-crisis

[38] Q2 2023 Earnings Call.

4889-9426-8565.v1

volume of over 57 million shares traded.  By contrast, on the same day, the S&P 500 decrease only 0.1%, and an index of Disney's peers increased by 0.3%.

396.   Analysts connected the stock price decline to the abrupt change in messaging, and the lowered expectation for subscription growth.  A Barclays analyst labeled the call as a "reset" and wrote "Growth narrative heavy on cost cuts and light on a revenue may not justify current valuation," and noted that the necessary cost-cutting could "result in the Disney+ subscriber base not increasing much from present levels."  An analyst from TD Cowen put it more directly: "We are lowering our estimates driven mainly by DTC sub losses."   A UBS analyst noted "management provided more detail on the strategy to rationalize the DTC business" and a JP Morgan analyst cited to the outlook for "Lower DTC Subs Long-Term."

397.   In sum, each of the three corrective disclosures listed above served to remove the artificial inflation from the price of Disney's common stock, and were direct and foreseeable consequences of the disclosure of the relevant truth concealed by Defendants.

## XI.    APPLICABILITY OF THE PRESUMPTION OF RELIANCE AND THE FRAUD-ON-THE-MARKET DOCTRINE

398.   Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Disney's stock traded in an efficient market, was liquid and traded with moderate to heavy volume during the Class Period;

- the Company's stock was traded on the NYSE and was covered by multiple analysts; and

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's stock; and

- 175 -

4889-9426-8565.v1

1    • Plaintiffs and members of the Class purchased, acquired and/or sold
2    Disney stock between the time the Defendants failed to disclose or
3    misrepresented material facts and the time the true facts were disclosed,
4    without knowledge of the omitted or misrepresented facts.

5    399. Based upon the foregoing, Plaintiffs and the members of the Class are
6    entitled to a presumption of reliance upon the integrity of the market.

7    400. Alternatively, Plaintiffs and the members of the Class are entitled to the
8    presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens*
9    *v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information
10   in their Class Period statements in violation of a duty to disclose such information,
11   as detailed above.

12   **XII.   NO SAFE HARBOR**

13   401. The statutory safe harbor and/or bespeaks caution doctrine applicable
14   to forward-looking statements under certain circumstances do not apply to any of
15   the false and misleading statements pleaded in this Complaint.

16   402. The statements complained of herein were not forward-looking.
17   Rather, they were historical statements or statements of purportedly current facts and
18   conditions at the time the statements were made. To the extent that any of the false
19   and misleading statements alleged herein can be construed as forward-looking, those
20   statements were not accompanied by meaningful cautionary language identifying
21   important facts that could cause actual results to differ materially from those in the
22   statements. As set forth above in detail, then-existing facts contradicted Defendants'
23   statements regarding, among other things, paid subscribers; DTC content growth;
24   international growth; the DMED reorganization; churn; the Board's confidence in
25   Chapek; and the profitability and subscriber guidance provided to investors. Given
26   the then-existing facts contradicting Defendants' statements, any generalized risk
27   disclosures made by Disney were not sufficient to insulate Defendants from liability
28   for their materially false and misleading statements.

- 176 -

4889-9426-8565.v1

1    403.   To the extent that the statutory safe harbor does apply to any forward-
2    looking statements pleaded herein, Defendants are liable for those materially false
3    and misleading forward-looking statements because at the time each of those
4    statements was made, the particular speaker knew that the particular forward-
5    looking statement was false or misleading, and/or the false and misleading forward-
6    looking statement was authorized and/or approved by an executive officer of Disney
7    who knew that the statement was false or misleading when made.

8    **XIII.  CLASS ACTION ALLEGATIONS**

9    404.   Plaintiffs bring this action as a class action pursuant to Federal Rule of
10    Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who
11    purchased or otherwise acquired Disney stock during the Class Period and were
12    damaged upon the revelation of the alleged corrective disclosures.  Excluded from
13    the Class are Defendants herein and their immediate families, legal representatives,
14    heirs, successors, and assigns; the officers and directors of the Company, at all
15    relevant times, and members of their immediate families, legal representatives, heirs,
16    successors, and assigns; and any entity in which Defendants have or had a
17    controlling interest.

18    405.   The members of the Class are so numerous that joinder of all members
19    is impracticable.  Throughout the Class Period, Disney's stock was actively traded
20    on the NYSE in an efficient market.  While the exact number of Class members is
21    unknown to Plaintiffs at this time and can be ascertained only through appropriate
22    discovery, Plaintiffs believe that there are hundreds or thousands of members in the
23    proposed Class.  Record owners and other members of the Class may be identified
24    from records maintained by Disney or its transfer agent and may be notified of the
25    pendency of this action by mail, using the form of notice similar to that customarily
26    used in securities class actions.

27
28

406.   Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

407.   Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation.  Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

408.   Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Disney, Chapek, and McCarthy to the investing public during the Class Period misrepresented material facts about the business, operations and management of Disney;

- whether Chapek and McCarthy caused Disney to issue false and misleading financial statements during the Class Period;

- whether Disney, Chapek, and McCarthy acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the price of Disney stock during the Class Period was artificially inflated because of Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

409.   A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Further, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it

- 178 -

impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## XIV.  CLAIMS FOR RELIEF

**COUNT I**
**For Violations of §10(b) of the Exchange Act and**
**Rule 10b-5(a)-(c) Promulgated Thereunder**
**Against All Defendants**

410.   Plaintiffs repeat and allege each and every allegation set forth above as if fully set forth herein.

411.   This Count is based upon §10(b) of the Exchange Act, 15 U.S.C. §78j(b), and SEC Rule 10b-5 promulgated thereunder.

412.   During the Class Period, defendants engaged in a scheme and wrongful course of conduct pursuant to which they knowingly or recklessly engaged in acts, transactions, practices, and a course of business which operated as a fraud and deceit upon Plaintiffs and the other members of the Class; made various untrue statements of material fact and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and/or employed a scheme to defraud in connection with the purchase and sale of Disney common stock.  The scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Disney common stock; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire Disney common stock at artificially inflated prices.  In furtherance of this unlawful scheme and course of conduct, Defendants took the actions set forth herein.

413.   Pursuant to the above wrongful course of conduct, each of the Defendants participated directly or indirectly in: (a) the scheme; and/or (b) statements or omissions, including those in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases, and other documents

- 179 -

described above, such as statements made to securities analysts and the media that were designed to influence the market for Disney common stock. Such reports, filings, releases, and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Disney's finances and business prospects.

414. By virtue of their ownership and/or positions at Disney, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions were committed willfully or with reckless disregard for the truth.

415. Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As senior managers and/or directors of Disney, the Individual Defendants had knowledge of the details of Disney's internal affairs.

416. The Defendants are directly and indirectly liable for the wrongs complained of herein. Because of their positions of control and authority, Defendants were able to and did, directly or indirectly, control the content of the statements of Disney. As officers and/or directors of a publicly held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Disney's businesses, operations, future financial condition, and future prospects. As a result of Defendants' misconduct, the market price of Disney's common stock was artificially inflated throughout the Class Period. Unaware of the adverse facts concerning Disney's business and financial condition which were concealed by Defendants, Plaintiffs and the other members of the Class purchased or otherwise acquired Disney common stock at artificially

4889-9426-8565.v1

1   inflated prices and in doing so relied upon the price of the securities, the integrity of

2   the market for the securities, and/or upon statements disseminated by Defendants,

3   and were damaged thereby.

4       417.   During the Class Period, Disney common stock was traded on an active

5   and efficient market.  Plaintiffs and the other members of the Class, relying on the

6   materially false and misleading statements described herein, which Defendants

7   made, issued, or caused to be disseminated, or relying upon the integrity of the

8   market, purchased or otherwise acquired Disney common stock at prices artificially

9   inflated by Defendants' wrongful conduct.  Had Plaintiffs and the other members of

10   the Class known the truth, they would not have purchased or otherwise acquired said

11   Disney common stock, or would not have purchased or otherwise acquired it at the

12   inflated prices paid.  At the time of the purchases and/or acquisitions by Plaintiffs

13   and the Class, the true value of Disney common stock was substantially lower than

14   the prices paid by members of the Class.  The market price of Disney common stock

15   declined upon public disclosure of the facts alleged herein to the injury of Plaintiffs

16   and Class members.

17       418.   By reason of the conduct alleged herein, Defendants knowingly or

18   recklessly, directly or indirectly, have violated §10(b) of the Exchange Act and Rule

19   10b-5 promulgated thereunder.

20       419.   As a direct and proximate result of Defendants' wrongful conduct,

21   Plaintiffs and the other members of the Class suffered damages in connection with

22   their respective purchases, acquisitions and/or sales of Disney common stock during

23   the Class Period, as the truth about Disney's operations and prospects began to be

24   disclosed to the investing public.

25   **COUNT II**
**For Violations of §20A of the Exchange Act**

26   **Against Iger and McCarthy**

27       420.   Count II is brought pursuant to §20A of the Exchange Act against Iger

28   and McCarthy, on behalf of Plaintiffs and Class Members who were damaged by

- 181 -

Iger's and McCarthy's insider trading.  Plaintiffs repeat and reallege the allegations in ¶¶1-409 as if fully set forth here.

421.   During the Class Period, defendant Iger sold over $375 million of his Disney stock to unknowing investors.   As detailed above (¶¶254-265), Iger possessed material, nonpublic information when he sold his stock, and he took advantage of his possession of material nonpublic information regarding Disney to obtain hundreds of millions of dollars of insider trading profits during the Class Period.

422.   During the Class Period, McCarthy sold over $17 million of her stock to unknowing investors.   As demonstrated above, McCarthy possessed material, nonpublic information when she sold her stock, and she took advantage of her possession of material, nonpublic information regarding Disney to obtain millions of dollars in insider trading profits during the Class Period.

423.   Plaintiffs – unaware of the fraud – made the following purchases contemporaneously with Iger's and McCarthy's sales:

| IGER'S SALES | | | PLAINTIFFS' CONTEMPORANEOUS PURCHASES | | |
|---|---|---|---|---|---|
| Date | Shares Sold | Price | Date (Fund) | Shares Purchased | Price |
| 01/20/2021 | 72,440 | $177.20 | 01/27/2021 (Local 272) | 2,700 | $163.54 |
| 01/20/2021 | 145,109 | $177.20 | | | |
| 01/20/2021 | 260,454 | $175.30 | 01/28/2021 (Local 272) | 1,500 | $171.74 |
| 01/21/2021 | 1,300 | $175.00 | | | |
| 01/22/2021 | 15,640 | $175.01 | 01/29/2021 (Local 272) | 1,300 | $166.43 |
| 02/02/2021 | 55,979 | $175.24 | 02/03/2021 (Local 272) | 2,600 | $177.88 |
| 02/02/2021 | 181,157 | $176.28 | | | |
| 02/08/2021 | 220,000 | $190.12 | 02/09/2021 (Local 272) | 2,100 | $188.47 |

| McCARTHY'S SALES | | | PLAINTIFFS' CONTEMPORANEOUS PURCHASES | | |
| --- | --- | --- | --- | --- | --- |
| Date | Amount | Price | Date | Amount | Price |
| 01/20/2021 | 5,000 | $177.24 | 01/27/2021 (Local 272) | 2,700 | $163.54 |
| 01/25/2021 | 25,000 | $172.00 | 01/28/2021 (Local 272) | 1,500 | $171.74 |
| | | | 01/29/2021 (Local 272) | 1,300 | $166.64 |

424.   As Disney's Executive Chairman, Iger owed a duty to Disney and its shareholders to maintain the material, nonpublic information in confidence and not trade on the basis of it.  McCarthy, as Disney's CFO, also owed a duty to Disney and its shareholders to maintain the material, nonpublic information in confidence and not trade on the basis of it.

425.   Plaintiffs and members of the Class who purchased shares of Disney's common stock contemporaneously with Iger's and McCarthy's sales suffered damages because: (1) in reliance on the integrity of the market, they paid artificially inflated prices as a result of the violations of §§10(b) and 20(a) of the Exchange Act as alleged herein; and (2) they would not have purchased the securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially inflated by the false and misleading statements and concealment alleged herein.

### COUNT III
### For Violations of §20(a) of the Exchange Act
### Against All Defendants

426.   Plaintiffs repeat and reallege each and every allegation set forth in ¶¶1-409 above.

427.   During the Class Period, Defendants participated in and oversaw the operation and management of Disney, and conducted and participated, directly and indirectly, in the conduct of Disney's business affairs.

428.   As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information

- 183 -

1  with respect to Disney's financial condition and results of operations, and to correct

2  promptly any public statements issued by Disney which had become materially false

3  or misleading.

4      429.  Each of the Defendants, therefore, acted as a controlling person of

5  Disney.  By reason of their senior management positions and/or being directors, each

6  of the Individual Defendants had the power to direct the actions of, and exercised

7  the same to cause, Disney to engage in the unlawful acts and conduct complained of

8  herein.  Each of the Defendants exercised control over Disney's operations and

9  possessed the power to control the specific activities which comprise the primary

10  violations about which Plaintiffs and the other members of the Class complain.

11  Throughout the Class Period, Defendants exercised their power and authority to

12  cause Disney to engage in the wrongful acts complained of herein.  Defendants,

13  therefore, were "controlling persons" of Disney within the meaning of §20(a) of the

14  Exchange Act.

15      430.  Disney had the power to control and influence the Individual

16  Defendants, and other Company executives through its power to hire, fire, supervise,

17  and otherwise control the actions of its employees and their salaries, bonuses,

18  incentive compensation, and other employment considerations.  By virtue of the

19  foregoing, Disney had the power to influence and control, and did influence and

20  control, directly or indirectly, the decision-making of the Individual Defendants,

21  including the content of their public statements.

22      431.  By reason of the above conduct, Defendants are liable pursuant to

23  §20(a) of the Exchange Act for the violations committed by Disney.

24                          **PRAYER FOR RELIEF**

25      WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

26      A.    Determining that this action is a proper class action, certifying Plaintiffs

27  as class representatives under Rule 23 of the Federal Rules of Civil Procedure and

28  Plaintiffs' Counsel as Class Counsel;

4889-9426-8565.v1

1    B.    Requiring Defendants to pay damages sustained by Plaintiffs and the

2 Class by reason of the acts and transactions alleged herein;

3    C.    Awarding Plaintiffs and the other members of the Class prejudgment

4 and post judgment interest, as well as their reasonable attorneys' fees, expert fees

5 and other costs; and

6    D.    Awarding such other and further relief as this Court may deem just and

7 proper.

8                        **DEMAND FOR TRIAL BY JURY**

9    Plaintiffs hereby demand a trial by jury.

10 DATED:  December 18, 2023          ROBBINS GELLER RUDMAN

11                                       & DOWD LLP
                                      DANIEL S. DROSMAN

12                                    RYAN A. LLORENS
                                      JESSICA T. SHINNEFIELD

13                                    JEFFREY J. STEIN
                                      NICOLE Q. GILLILAND

14

15

16                                       s/ Daniel S. Drosman

17                                       DANIEL S. DROSMAN

18                                    655 West Broadway, Suite 1900
                                      San Diego, CA  92101

19                                    Telephone:  619/231-1058

20                                    619/231-7423 (fax)
                                      dand@rgrdlaw.com

21                                    ryanl@rgrdlaw.com

22                                    jshinnefield@rgrdlaw.com
                                      jstein@rgrdlaw.com

23                                    ngilliland@rgrdlaw.com

24                                    Lead Counsel for Lead Plaintiff

25

26

27

28

4889-9426-8565.v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PITTA LLP
VINCENT F. PITTA
MARCELLE J. HENRY
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890
212/652-3891 (fax)
vpitta@pittalaw.com
mhenry@pittalaw.com

Attorneys for Plaintiff Local 272 Labor-Management Pension Fund

4889-9426-8565.v1

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Allison v. Oak Street Health, Inc.*, No. 1:22-cv-00149 (N.D. Ill.)
*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 1:22-cv-11220 (D. Mass.)
*Vazquez v. Masimo Corporation*, No. 3:23-cv-01546 (S.D. Cal.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **2nd** day of _November_ , 2023.

Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987

By: _____

Joseph J. Samolewicz, Administrator

DISNEY

SCHEDULE A

SECURITIES TRANSACTIONS

Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/07/2021 | 10,858 | $184.58 |
| 06/23/2021 | 3,192 | $174.99 |
| 08/19/2021 | 5,086 | $173.57 |
| 10/27/2021 | 879 | $170.32 |
| 12/03/2021 | 7,014 | $145.28 |
| 05/02/2022 | 994 | $112.14 |
| 05/18/2022 | 1,264 | $104.58 |
| 10/24/2022 | 24 | $102.14 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/10/2021 | 1,641 | $153.33 |
| 01/13/2022 | 630 | $156.69 |
| 06/06/2022 | 716 | $108.37 |
| 06/14/2022 | 2,460 | $94.09 |
| 12/05/2022 | 939 | $98.60 |
| 01/11/2023 | 860 | $95.77 |
| 04/04/2023 | 365 | $99.86 |

Prices listed are rounded to two decimal places.

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Allison v. Oak Street Health, Inc.*, No. 1:22-cv-00149 (N.D. Ill.)
*City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems Inc.*, No. 1:22-cv-11220 (D. Mass.)
*Vazquez v. Masimo Corporation*, No. 3:23-cv-01546 (S.D. Cal.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of November, 2023.

Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan

By: _____
Joseph J. Samolewicz, Administrator

DISNEY

## SCHEDULE A

### SECURITIES TRANSACTIONS

Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/07/2021 | 13,572 | $184.58 |
| 06/23/2021 | 3,990 | $174.99 |
| 10/27/2021 | 866 | $170.32 |
| 12/03/2021 | 6,464 | $145.28 |
| 03/28/2022 | 15,595 | $137.85 |
| 05/18/2022 | 6,103 | $104.58 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/14/2022 | 5,681 | $131.23 |
| 06/14/2022 | 4,836 | $94.09 |
| 10/24/2022 | 128 | $102.08 |
| 04/20/2023 | 564 | $98.16 |

Prices listed are rounded to two decimal places.

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Central Pennsylvania Teamsters Health and Welfare Fund ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _2nd_ day of _November_ , 2023.

Central Pennsylvania Teamsters Health and Welfare Fund

By: _____
Joseph J. Samolewicz, Administrator

DISNEY

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/07/2021 | 868 | $184.58 |
| 06/23/2021 | 256 | $174.99 |
| 10/27/2021 | 19 | $170.32 |
| 12/03/2021 | 450 | $145.28 |
| 03/28/2022 | 1,317 | $137.85 |
| 05/18/2022 | 439 | $104.58 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/14/2022 | 407 | $131.23 |
| 06/14/2022 | 288 | $94.09 |
| 10/24/2022 | 9 | $102.08 |

Prices listed are rounded to two decimal places.

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Local 272 Labor-Management Pension Fund ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31ˢᵗ day of OCTOBER , 2023.

Local 272 Labor-Management Pension Fund

By: _____

Marc A. Goodman, Administrator

DISNEY

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/27/2021 | 2,700 | $163.54 |
| 01/28/2021 | 1,500 | $171.74 |
| 01/29/2021 | 1,300 | $166.43 |
| 02/03/2021 | 2,600 | $177.88 |
| 02/09/2021 | 2,100 | $188.47 |
| 01/06/2022 | 1,600 | $157.42 |
| 08/15/2022 | 3,700 | $124.31 |
| 11/04/2022 | 2,000 | $100.65 |
| 02/09/2023 | 8,100 | $113.90 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/14/2021 | 2,900 | $172.27 |
| 07/29/2021 | 100 | $180.48 |
| 09/24/2021 | 100 | $175.55 |
| 12/17/2021 | 1,900 | $149.07 |
| 04/21/2022 | 100 | $121.62 |
| 06/10/2022 | 100 | $100.15 |
| 07/13/2022 | 500 | $92.81 |
| 11/10/2022 | 4,600 | $89.53 |
| 11/11/2022 | 2,300 | $93.14 |
| 12/23/2022 | 500 | $86.66 |
| 12/27/2022 | 1,000 | $87.45 |
| 12/30/2022 | 1,000 | $85.72 |
| 03/23/2023 | 100 | $95.30 |

Prices listed are rounded to two decimal places.

*Opening position of 6,300 shares.

## CERTIFICATION OF NAMED PLAINTIFF
## <u>PURSUANT TO FEDERAL SECURITIES LAWS</u>

John P. Talbot, as Trustee of The Talbot Family Trust Dated June 11, 2014 ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>1</u> day of November, 2023.

> DocuSigned by:
>
> *John P. Talbot*
>
> 401B92FF82E3462...
>
> John P. Talbot, as Trustee of The Talbot
> Family Trust Dated June 11, 2014

DISNEY

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 3/8/2021[A] | 1,000 | $190.00 |
| 3/29/2021[A] | 1,000 | $190.00 |
| 4/12/2021[A] | 2,000 | $187.50 |
| 7/12/2021[A] | 1,000 | $177.50 |
| 4/11/2022[A] | 1,000 | $135.00 |
| 4/25/2022[A] | 1,000 | $123.00 |
| 02/07/2023 | 100 | $109.57 |
| 2/13/2023[A] | 2,000 | $113.00 |
| 3/13/2023[A] | 4,000 | $98.00 |

| Date<br>Disposed | Amount of<br>Shares Disposed | Price |
|---|---|---|
| 12/28/2021 | 5,000 | $154.45 |

Assigned Options[A]

Prices listed are rounded to two decimal places.