# APPENDIX A

**Disney+ Original Titles Removed from the Platform in 2023**[39]

| No. | Title |
|---|---|
| 1 | The Big Shot |
| 2 | Turner & Hooch |
| 3 | The Mysterious Benedict Society |
| 4 | The Mighty Ducks: Game Changers |
| 5 | Willow |
| 6 | Willow: Behind the Magic |
| 7 | Diary of a Future President |
| 8 | Just Beyond |
| 9 | The World According to Jeff Goldblum |
| 10 | Marvel's Hero Project |
| 11 | The Right Stuff |
| 12 | The Real Right Stuff |
| 13 | Cheaper by the Dozen |
| 14 | The One and Only Ivan |
| 15 | Stargirl |
| 16 | Hollywood Stargirl |
| 17 | Flora & Ulysses |
| 18 | Encore! |
| 19 | Black Beauty |
| 20 | Clouds |
| 21 | America the Beautiful |
| 22 | Better Nate Than Ever |
| 23 | Weird But True! |
| 24 | Timmy Failure |
| 25 | Be Our Chef |
| 26 | Earth to Ned |
| 27 | Foodtastic |
| 28 | Stuntman |
| 29 | Disney Fairy Tale Weddings |
| 30 | Wolfgang |
| 31 | It's a Dog's Life with Bill Farmer |
| 32 | The Big Fib |
| 33 | Rogue Trip |

---

[39] These titles are among Disney's list of 275 total original series and movies that have been launched on Disney+. *See* https://ondisneyplus.disney.com/all-disney-plus-original-series

| No. | Title |
|---|---|
| 34 | More Than Robots |
| 35 | Shop Class |
| 36 | Pick of the Litter |
| 37 | Own the Room |
| 38 | Among the Stars |
| 39 | Family Reboot |
| 40 | Pentatonix: Around the World for the Holidays |
| 41 | Beyond Infinity: Buzz and the Journey to Lightyear |
| 42 | Chasing Waves |
| 43 | The Chorus: Success, Here I Go! |
| 44 | The Hip Hop Nutcracker! |
| 45 | It's All Right! |
| 46 | Low Tone Club |
| 47 | Magic Camp |
| 48 | Marvel 616 |
| 49 | Marvel's Hero Project |
| 50 | On Pointe |
| 51 | Prop Culture |
| 52 | Super/Natural |
| 53 | Crater |
| 54 | Best in Snow |
| 55 | The Quest |

**Additional Disney+ Titles Removed from the Platform in 2023**[40]

| No. | Title |
|---|---|
| 1 | Artemis Fowl |
| 2 | Alaska Daily |
| 3 | The Company You Keep |
| 4 | Runaway |
| 5 | New Year's Eve |
| 6 | The Nightingale of Bursa |
| 7 | My Apologies |
| 8 | The Princess |
| 9 | Magic Chef |
| 10 | Gina Yei |
| 11 | Harmonious Live! |

---

[40] These titles were available on the Disney+ platform, but are not listed among Disney's list of original Disney+ series and movie titles on the Company's website.

| No. | Title |
|---|---|
| 12 | A Very Boy Band Holiday |
| 13 | Brain Games |
| 14 | Brain Games: On the Road |
| 15 | Breaking Bobby Bones |
| 16 | DisneyNature Penguins Life On the Edge |
| 17 | DisneyNature In the Footsteps of the Elephant |
| 18 | DisneyNature Diving With Dolphins |
| 19 | DisneyNature Bear Witness |
| 20 | Disney's Magic Bake-Off |
| 21 | Marvel's Runaways |
| 22 | Queen Family Sing-Along |
| 23 | Race to the Center of the Earth |
| 24 | The Chicken Squad |
| 25 | The Magic Maker |
| 26 | Ultra Violet and Black Scorpion |
| 27 | World of Flavor with Big Moe Cason |

**Sources:**

https://deadline.com/2023/05/disney-remove-series-streaming-disney-plus-hulu-big-shot-willow-y-dollface-turner-hooch-pistol-1235372512/

https://www.cabletv.com/news/disney-plus-removing-original-content

https://whatsondisneyplus.com/more-disney-originals-removed-globally-including-crater-more-than-robots/

4889-9426-8565.v1