# APPENDIX B

## Disney+ 2019 and 2020 International Launches

| LAUNCH DATE | COUNTRY/TERRITORY |
|---|---|
| November 12, 2019 | United States<br>Canada<br>Netherlands |
| November 19, 2019 | Australia<br>New Zealand<br>Puerto Rico |
| March 24, 2020 | Austria<br>Germany<br>Italy<br>Ireland<br>Spain<br>Switzerland<br>United Kingdom |
| April 2, 2020 | Isle of Man<br>Channel Islands |
| April 3, 2020 | India |
| April 7, 2020 | France |
| April 30, 2020 | French Guiana<br>French West Indies<br>Monaco<br>New Caledonia<br>Wallis and Futuna |
| June 11, 2020 | Japan (soft launch) |
| September 5, 2020 | Indonesia |
| September 15, 2020 | Portugal<br>Norway<br>Denmark<br>Sweden<br>Finland<br>Iceland<br>Belgium<br>Luxembourg |
| October 2, 2020 | Mauritis<br>Mayotte<br>Reunion |
| November 17, 2020 | Brazil<br>Mexico<br>Argentina |

- 2 -

| LAUNCH DATE | COUNTRY/TERRITORY |
|---|---|
|  | Chile |
|  | Bolivia |
|  | Colombia |
|  | Costa Rica |
|  | Dominican Republic |
|  | Ecuador |
|  | El Salvador |
|  | Guatemala |
|  | Honduras |
|  | Nicaragua |
|  | Panama |
|  | Paraguay |
|  | Peru |
|  | Uruguay |
|  | Venezuela |
|  | Caribbean |
|  | Bermuda |

4889-9426-8565.v1