## APPENDIX C

## Disney+ 2021 International Launches

| LAUNCH DATE | COUNTRY/TERRITORY |
|---|---|
| February 23, 2021 | Singapore |
| June 1, 2021 | Malaysia – Hotstar |
| June 30, 2021 | Thailand – Hotstar |
| October 27, 2021 | Japan (full launch) |
| November 12, 2021 | South Korea |
|  | Taiwan |
| November 16, 2021 | Hong Kong |