# APPENDIX D

## Disney+ 2022 International Launches

| LAUNCH DATE | COUNTRY/TERRITORY |
|---|---|
| May 18, 2022 | South Africa |
| June 8, 2022 | Algeria<br>Bahrain<br>Egypt<br>Iraq<br>Jordan<br>Kuwait<br>Lebanon<br>Libya<br>Morocco<br>Oman<br>Palestine Territories<br>Qatar<br>Saudi Arabia<br>Tunisia<br>United Arab Emirates<br>Yemen |
| June 14, 2022 | Albania<br>Andorra<br>Bosnia and Herzegovina<br>Bulgaria<br>Croatia<br>Czech Republic<br>Estonia<br>Greece<br>Hungary<br>Kosovo<br>Latvia<br>Liechtenstein<br>Lithuania<br>Malta<br>Montenegro<br>North Macedonia<br>Poland<br>Romania<br>San Marino<br>Serbia<br>Slovakia |

| LAUNCH DATE | COUNTRY/TERRITORY |
|---|---|
|  | Slovenia |
|  | Turkey |
|  | Vatican City |
|  |  |
|  | Faroe Islands |
|  | French Polynesia |
|  | French Southern Territories |
|  | St. Pierre and Miquelon |
|  | Åland Islands |
|  | Sint Maarten |
|  | Svalbard & Jan Mayen |
|  | British Indian Ocean Territory |
|  | Gibraltar |
|  | Pitcairn Islands |
|  | St Helena |
| June 16, 2022 | Israel |