**CRAVATH, SWAINE & MOORE LLP**
J. Wesley Earnhardt (*pro hac vice*)
Helam Gebremariam (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
wearnhardt@cravath.com
hgebremariam@cravath.com

Attorneys for Defendants

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND – RETIREMENT INCOME PLAN 1987, CENTRAL PENNSYLVANIA TEAMSTERS HEALTH AND WELFARE FUND, and JOHN P. TALBOT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, ROBERT IGER, ROBERT CHAPEK, CHRISTINE M. McCARTHY, and KAREEM DANIEL,<br><br>Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>Filed Concurrently:<br><br>- Memorandum of Points & Authorities<br>- Request for Judicial Notice<br>- Declaration of Lauren Barnett<br>- [Proposed] Order<br><br>Date: March 26, 2024<br>Time: 10:00 am<br>Ctrm: 8D<br>Judge: Hon. Consuelo B. Marshall |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 26, 2024 at 10:00 a.m., in Courtroom 8D of the United States District Court, Central District of California, 350 West First Street, Los Angeles, California 90012, or as soon thereafter as counsel may be heard before the Honorable Consuelo B. Marshall, Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel will and hereby do move to dismiss with prejudice each and every cause of action asserted against them in the Consolidated Complaint.

This Motion is made pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. It is based upon the Memorandum of Points and Authorities; the Request for Judicial Notice, and to Consider Incorporated Documents, in Support of Motion to Dismiss the Consolidated Complaint; the Declaration of Lauren Barnett and its exhibits; the pleadings, records, and memoranda on file and to be filed in this action; and such additional authority and argument as may be presented in Reply or at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 13, 2023.

| | |
|---|---|
| Dated: December 21, 2023 | Respectfully submitted, |
| | By: /s/ *John W. Spiegel* |
| | **CRAVATH, SWAINE & MOORE LLP** |
| | J. Wesley Earnhardt (*pro hac vice*) |
| | Helam Gebremariam (*pro hac vice*) |
| | Worldwide Plaza |
| | 825 Eighth Avenue |
| | New York, NY 10019 |
| | Telephone: (212) 474-1000 |
| | Facsimile: (212) 474-3700 |
| | wearnhardt@cravath.com |
| | hgebremariam@cravath.com |
| | |
| | **MUNGER, TOLLES & OLSON LLP** |
| | John W. Spiegel (Bar No. 78935) |
| | John M. Gildersleeve (Bar No. 284618) |
| | 350 South Grand Avenue, Fiftieth Floor |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| | john.spiegel@mto.com |
| | john.gildersleeve@mto.com |
| | |
| | *Counsel for Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel* |

2
NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT