# EXHIBIT A

***Local 272 Labor-Management Pension Fund, et al. v. The Walt Disney Company, et al.***
Case No. 2:23-cv-03661-CBM (ASx)
**Materially False and Misleading Statements Chart**

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | *Paid Subscribers and Subscriber Growth* (¶¶267-276) | | |
| 1 | ¶267 | December 10, 2020: Investor Day | Disney; McCarthy | Disney ***"will continue to be transparent with all of you about our direct-to-consumer business.*** And we will continue providing the key metrics that help you best understand our progress." McCarthy stated that as of December 2, 2020, Disney had 86.8 million paid Disney+ subscribers. |
| 2 | ¶268 | February 11, 2021: Q1 2021 Earnings Call | Disney; McCarthy | During the call, McCarthy informed investors that there were 94.9 million paid Disney+ subscribers at the end of Q1, adding that Disney "***saw strong additions to our subscriber base*** from our November launch in Latin America." |
| 3 | ¶268 | February 11, 2021: Q1 2021 Earnings Call | Disney; Chapek | Chapek stated that "Disney+ has exceeded even our highest expectations in just over a year since its launch, with 94.9 million subscribers as of the end of the first fiscal quarter." |
| 4 | ¶268 | Q1 2021 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q1 2021 Form 10-Q stated that there were 94.9 million Disney+ paid subscribers as of the end of Fiscal Q1 2021. |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| 5 | ¶269 | May 13, 2021: Q2 2021 Earnings Call | Disney; Chapek | During the call Chapek stated that Disney+ had "amassed nearly 104 million paid subscribers as of the end of the second fiscal quarter." |
| 6 | ¶269 | May 13, 2021: Q2 2021 Earnings Call | Disney; McCarthy | McCarthy repeated the 104 million paid subscribers metric and added context, stating: "we had almost 104 million Disney+ paid subscribers at the end of the second quarter.  At our annual meeting, we announced we have reached 100 million global paid subscribers. We reached that milestone in early March, so we added subs at a faster pace in the last month of the second quarter than we did in the first 2 months." |
| 7 | ¶269 | Q2 2021 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q2 2021 Form 10-Q also stated that there were 103.6 million paid subscribers as of the end of Fiscal Q2 2021. |
| 8 | ¶270 | August 12, 2021: Q3 2021 Earnings Call | Disney; Chapek | During the conference call, Chapek reported that "Disney+ . . . performed incredibly well with 116 million" subscribers. |
| 9 | ¶270 | August 12, 2021: Q3 2021 Earnings Call | Disney; McCarthy | McCarthy stated: "As Bob mentioned earlier, we ended the third quarter with 116 million global paid subscribers to Disney+, up from approximately 104 million in the second quarter."  McCarthy added that "***subscriber growth was also solid at our core Disney+ markets***, excluding Disney+ Hotstar, with total quarter- |

2

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | over-quarter net adds in those markets consistent with net adds from Q2." |
| 10 | ¶270 | Q3 2021 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q3 2021 Form 10-Q also reported that there were 116 million paid Disney+ subscribers as of Fiscal Q3 2021. |
| 11 | ¶271 | November 10, 2021: Q4 2021 Earnings Call | Disney; Chapek | During the call, Chapek informed investors that "we are pleased with the success of our portfolio streaming services, Disney+, ESPN+ and Hulu continued to *perform incredibly well with 118.1 million*, 17.1 million and 43.8 million subscribers, respectively, for a total of 179 million subscriptions. *To put this growth in perspective, in the past fiscal year alone, we have grown the total number of subscriptions across our DTC portfolio by 48% and Disney+ subs, in particular, by 60%*." |
| 12 | ¶271 | November 10, 2021: Q4 2021 Earnings Call | Disney; McCarthy | During the same call, McCarthy stated: "we ended the fourth quarter and the fiscal year with over 118 million global paid Disney+ subscribers reflecting over 2 million net additions from Q3, in line with the subscriber guidance we gave in September." |

4877-6802-1154.v1

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| 13 | ¶271 | Fiscal 2021 Form 10-K | Disney; Chapek; McCarthy; Iger | Disney's Year End Fiscal 2021 Form 10-K also reported that there were 118 million paid Disney+ subscribers as of Fiscal Year End 2021. |
| 14 | ¶272 | February 9, 2022: Q1 2022 Earnings Call | Disney; Chapek | During the call, Chapek reported that "11.8 million Disney+ subscribers" were added in Q1 2022. |
| 15 | ¶272 | February 9, 2022: Q1 2022 Earnings Call | Disney; McCarthy | McCarthy likewise stated, "[w]e ended the quarter with nearly 130 million global paid Disney+ subscribers, reflecting over 11 million net additions from Q4." She also stated that "*[o]verall, we are pleased with Disney+ subscriber growth in the quarter and are looking forward to new market launches and a strong content slate later this year*." |
| 16 | ¶272 | Q1 2022 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q1 2022 Form 10-Q also reported that there were 129.8 million paid Disney+ subscribers as of Fiscal Q1 2022. |
| 17 | ¶273 | May 11, 2022: Q2 2022 Earnings Call | Disney; Chapek | During the call, Chapek informed investors that Disney ended the quarter with an additional "7.9 million Disney+ subscribers, keeping us on track to reach 230 million to 260 million Disney+ subscribers by fiscal |

4877-6802-1154.v1

Exhibit A
Page 47

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | '24.  ***The growth of the platform since its launch reinforces its unique nature***." |
| 18 | ¶273 | May 11, 2022: Q2 2022 Earnings Call | Disney; McCarthy | On the same call, McCarthy stated: "[w]e ended the quarter with nearly 138 million global paid Disney+ subscribers, reflecting close to 8 million net additions from Q1." |
| 19 | ¶273 | Q2 2022 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q2 2022 10-Q also reported that there were 137.7 million paid Disney+ subscribers as of Fiscal Q2 2022. |
| 20 | ¶274 | August 10, 2022: Q3 2022 Earnings Call | Disney; Chapek | During the call, Chapek told investors that Disney had "***significant subscriber growth at our streaming services*** which added . . . 14.4 million Disney+ subscribers." |
| 21 | ¶274 | August 10, 2022: Q3 2022 Earnings Call | Disney; McCarthy | McCarthy stated: "At Disney+, we crossed the 150 million subscriber milestone and ended the third quarter with more than 152 million global paid subscribers, a net addition of more than 14 million subs versus Q2.  Strong Disney+ core net subscriber additions 6 million ***reflect growth in existing markets as well as launches in over 50 new markets during the quarter***, and we currently expect Disney+ core net additions in the fourth quarter to accelerate modestly versus Q3 and particularly in the domestic market." |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| 22 | ¶274 | Q3 2022 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q3 2022 Form 10-Q also reported that there were 152.1 million paid Disney+ subscribers as of Fiscal Q3 2022. |
| 23 | ¶275 | November 8, 2022: Q4 2022 Earnings Call | Disney; Chapek | During the call, Chapek stated: "[w]e are particularly pleased with growth in the fourth quarter, which saw the addition of . . . 12 million Disney+ subscriptions . . . . *It has taken just 3 short years for Disney+ to transform from a nascent business to an industry leader*." |
| 24 | ¶275 | November 8, 2022: Q4 2022 Earnings Call | Disney; McCarthy | McCarthy added: "Disney+ added over 12 million global subscribers . . . . Core Disney+ added over 9 million subs in Q4 as expected versus the 6 million net adds we saw in the third quarter, *reflecting the success of Disney+ Day and our Tempo content releases in addition to continued growth from third quarter market launches*." |
| 25 | ¶275 | Fiscal 2022 Form 10-K | Disney; Iger; McCarthy | Disney's Fiscal Year End 2022 Form 10-K also reported that there were 164.2 million paid Disney+ subscribers as of Fiscal Year End 2022. |

4877-6802-1154.v1

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | *Disney+ Content* (¶¶277-287) | | |
| 26 | ¶277 | December 10, 2020: Investor Day | Disney; Daniel | "And as Bob mentioned, consumer behavior really does drive our decision-making.  While we have always valued the data gained through our numerous consumer touch points, the rapid growth of our portfolio of D2C services provides us with an even greater opportunity to understand their preferences.  And we are using these insights to help determine how to optimally engage with our audiences.  In fact, ***our team uses all of the information available to us when determining how best to allocate our creative content budgets across all platforms, with the goal to maximize both audience engagement and commercial impact***." |
| 27 | ¶278 | March 1, 2021: Morgan Stanley Technology, Media and Telecom Conference | Disney; Chapek | On March 1, 2021, during the Morgan Stanley Technology, Media and Telecom Conference, Chapek stated: "[T]he ***actual content that's pouring out and the amount of content that's pouring out, we think that we're tremendously positioned for the future for . . . DTC services***," which was predominantly Disney+. |
| 28 | ¶279 | May 13, 2021: Q2 2021 Earnings Call | Disney; Chapek | "First of all is our content slate.  ***As you know, we're spending a lot of money across our variety of franchises in order to create the content that's going*** |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | *to keep consumers coming back and keep not only our sub number growing but also our engagement growing across all of our platforms.* So the first one is content slate." |
| 29 | ¶280 | June 14, 2021: Credit Suisse Communications Conference | Disney; Chapek | On June 14, 2021, during the Credit Suisse Communications Conference, Chapek stated: "*[W]e really tailor our content in terms of the number of active hours that are needed to maintain healthy engagement.*" |
| 30 | ¶281 | August 12, 2021: Q3 2021 Earnings Call | Disney; Chapek | On August 12, 2021, during Disney's Fiscal Q3 2021 earnings call, Chapek told investors that Disney's "***robust pipeline of content continues to fuel growth***, and we have an incredible lineup of new programming for Disney+." |
| 31 | ¶282 | September 21, 2021: Goldman Sachs Communacopia Conference | Disney; Chapek | "*So really constant pulse of new product to make everyone happy to increase subs, but also minimize churn at the same time.*<br><br>* * *<br><br>As you know, last December, when we had our Investor Day 2.0, we announced a pretty big amplification of our content.  And right now, our focus is making all the things that we said we would make.  *Ramping up our production, but most importantly,* |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | *not just making more stuff, but making great stuff.* And that's the thing that pleases me the most out of everything that came out of Disney+ Day is the quality and the resonance of everything across all of our different brand platforms, how great it is.  So for us, it's now about executing what the plan was as opposed to going out and buying more or even amping up our production again.  But what we have done since then has taken even our Fox Studios and really amplified what they're making for our services.  And then you've got the local productions that I mentioned across the world.  *So we've got plenty of product in the pipeline coming.  And I think that's going to be enough to fuel that growth again, that we're confident about delivering in the long term.*" |
| 32 | ¶283 | November 10, 2021: Q4 2021 Earnings Call | Disney; McCarthy | "*As Bob mentioned, we are increasing our overall long-term content expense for Disney+, and we believe we are well positioned to achieve the subscriber target of 230 million to 260 million by fiscal 2024 that we laid out at last year's Investor Day.  And we also remain confident in our expectation that Disney+ will achieve profitability in fiscal 2024.*" |

9

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| 33 | ¶284 | November 10, 2021: Q4 2021 Earnings Call | Disney; Chapek | "Michael, your first question was about sort of the kink of the supply chain, if you will, of new content coming into the service and its impact on our net sub adds.  As you can probably suspect in a world to direct to consumer, we have a lot of information, a lot of data.  And we have a pretty good idea of what the marginal impact of a particular title might be to our service.  ***And we always say that library titles tend to increase engagement and minimize churn, but new titles, new content, whether they're movies or series, actually add new subs.  And that is actually the reason why we're pretty confident that the increase in content flow towards the second half of fiscal '22 will actually lead to the types of results that we're anticipating.***" |
| 34 | ¶285 | February 9, 2022: Q1 2022 Earnings Call | Disney; Chapek | "One of the goals was to go ahead and ensure that we had a new title every week, and we've achieved that.  But by '23, we want to get to a steady state, which is even higher than we have right now.  And I think that will give us the impetus to increase that price/value relationship even higher and then have the flexibility if we were to so choose to then look at price increases on our service.  ***But it's all about content, content, content.  And we are bullish about our future content going forward, not only in terms of quality, but also in terms of quantity.  And that's really what's driving*** |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | *our bullishness for what we might see as the pricing power that we would have going forward.*" |
| 35 | ¶286 | May 11, 2022: Q2 2022 Earnings Call | Disney; Chapek | "*So as you know, we're very carefully watching our content growth – content cost growth.*  And we reaffirmed, as you heard earlier, our targets, our guidance on both subs and on profitability.  *So we think they move together.  It's obviously a balancing act, but we believe that great content is going to drive our subs, and those subs then in scale will drive our profitability.  So we don't see them as necessarily counter*.  We see them as sort of consistent with the overall approach that we've laid out. <br><br> *We're extremely happy with the content that we've got both across the general entertainment option, which frankly is – you heard that 50% of our subs are families without kids*.  And so at the same time, that relative content expenditure is a little cheaper than our typical franchise expenditure on a per-program basis. So even though we're adding a lot of content both in local, international markets and as well in the general entertainment area, it doesn't come at the per-title level, if you will, that we've been seeing sort of to date on our general franchise films. |

11

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | That said, we're balancing all 3. ***And we're very confident that going forward, we're going to hit both of those sub guidance and profitability guidance by bringing in the cost at a reasonable level relative to their ability to attract and retain our subs***.<br><br>So as we sort of take each of these elements, when we get a new piece of content, we'll look at first view, we'll look at engagement, we'll look at the amount of time they spend on it. And we can model. We can do a lot of modeling. ***And that modeling suggests that in addition to things like local market content, new content coming online, both in terms of general entertainment and from franchises as well as new markets being added that, that Disney+ guidance is going to be very achievable for us both in terms of the sub adds and in terms of the operating performance***." |
| | | *DTC Operating Losses (¶¶288-295)* | | |
| 36 | ¶288 | February 11, 2021; Q1 2021 Earnings Call | Disney; McCarthy | "Moving on to direct-to-consumer. ***Improved results at all 3 of our streaming services drove an improvement in direct-to-consumer operating results of nearly $650 million versus the prior year***. Last quarter, we guided to direct-to-consumer operating income declining by $100 million versus the prior year |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | under our former segment structure. **Our reported results are $750 million higher than that guidance.**" |
| 37 | ¶289 | February 11, 2021: Q1 2021 Earnings Call | Disney; McCarthy | McCarthy then qualified her response by saying: "[w]hile some of the outperformance reflects better-than-expected results from Hulu and Disney+, the majority of the variance relates to the elimination of intersegment pricing markups under our new financial reporting structure." |
| 38 | ¶290 | Q1 2021 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q1 2021 Form 10-Q stated: "The operating loss from Direct-to-Consumer decreased $644 million, to $466 million from $1,110 million, due to improved results at Hulu, and to a lesser extent, at Disney+ and ESPN+." |
| 39 | ¶291 | May 13, 2021: Q2 2021 Earnings Call | Disney; McCarthy | During the call, McCarthy stated: "direct-to-consumer operating income improving modestly versus the prior year.  Actual [direct-to-consumer operating] results came in significantly better versus the prior year due to Hulu advertising sales upside, lower content and marketing expense at Hulu and Disney+, and better-than-expected ESPN+ pay-per-view results."  On the same call, an analyst asked McCarthy: "you guys have consistently beat us on [Operating Income] profits or lack of losses, I'd say, on DTC.  Which of the platforms is providing the biggest surprise?" |

13

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | McCarthy omitted any reference to the reporting change and instead responded: "*[L]ook, the biggest drivers for direct-to-consumer were coming out of Hulu and Disney+*." |
| 40 | ¶292 | Q2 2021 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q2 2021 Form 10-Q stated: "The operating loss [for the six months ended April 3, 2021] from Direct-to-Consumer decreased $1,159 million, to $756 million from $1,915 million, due to improved results at Hulu, and to a lesser extent, ESPN+ and Disney+." |
| 41 | ¶293 | Q3 2021 Form 10-Q | Disney; Chapek; McCarthy | Disney's Fiscal Q3 2021 Form 10-Q stated: "The operating loss [for the nine months ended July 3, 2021] Direct-to-Consumer decreased $1,490 million, to $1,049 million from $2,539 million, due to improved results at Hulu and to a lesser extent, ESPN+." |
| 42 | ¶294 | Fiscal 2021 Form 10-K | Disney; Chapek; McCarthy; Iger | Disney's Fiscal 2021 10-K stated: "Operating loss from Direct-to- Consumer decreased $1,234 million, to $1,679 million from $2,913 million due to improved results at Hulu and, to a lesser extent, ESPN+, partially offset by a higher loss at Disney+." |

14

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | *International Growth* (¶¶296-303) | | |
| 43 | ¶296 | August 12, 2021: Q3 2021 Earnings Call | Disney; Chapek | "So our retention is very healthy across the globe. We're really, really pleased with that.  And I think, again, it really goes back to the price value that we're offering our guests.  When you take out Luca, Loki, Falcon and the Winter Soldier, there's something essentially new each week.  ***You blend that together with a tremendous local investment that we're making in our international territories and it's really a price value proposition that is really great***.  So the fact that our churn is so low, our engagement is so high, our retention is so high amongst the local quarters where we're taking price increases, I think, says everything about it." |
| 44 | ¶297 | November 10, 2021: Q4 2021 Earnings Call | Disney; Chapek | "We are expanding our global reach by introducing Disney+ in additional markets around the world.  The service is now available throughout Japan, and we're thrilled to be launching it this Friday on Disney+ Day in South Korea and Taiwan, and in Hong Kong on November 16.  In just 2 short years, we are now in over 60 countries and more than 20 languages.  ***And next year, we plan to bring Disney+ to consumers in 50-plus additional countries, including in Central Eastern Europe, the Middle East and South Africa.*** |

15

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | *Our goal is to more than double the number of countries we are currently in to over 160 by fiscal year '23*." |
| 45 | ¶298 | November 10, 2021: Q4 2021 Earnings Call | Disney; Chapek | "[I]n terms of getting the growth rate back up to where it's been historically, is really going to come in the third and the fourth quarters. *The third quarter will be powered not necessarily by the content, but by the number of adds that we have in terms of markets. Our number of markets that we're going to add will essentially double to more than 160 by FY '23, and that will propel us in the third quarter. And the fourth quarter will be more of a function of that*." |
| 46 | ¶299 | February 9, 2022: Q1 2022 Earnings Call | Disney; Chapek | "*The other thing, though, to your question directly on international that's going to drive the international business is the predominance of local content that we are developing in order to appeal to the unique taste of each of those international markets*. And I'll point out to the 340 productions that we referenced on the last call that we're developing. And by the way, we just created a new organization within our company to shepherd the development of that content so that we can maximize the chance that we get some global hits, if you will, out of some of that local content. *And so we're bullish on the future of Disney+, both domestically and internationally, driven by not only* |

16

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | *additional prevalence of titles within our major franchises, but also general entertainment and specifically in the international territories local content.*" |
| 47 | ¶300 | May 11, 2022: Q2 2022 Earnings Call | Disney; Chapek | "Beyond targeting specific demos, *we are equally enthusiastic about our growth potential in international markets*. We currently have over 500 local original titles in various stages of development and production. 180 of those titles are slated to premiere this fiscal year, increasing to over 300 international originals per year in steady state. *We believe these premium local originals, along with branded content with broad international appeal, will attract new subscribers and drive engagement*." |
| 48 | ¶301 | August 10, 2022: Q3 2022 Earnings Call | Disney; McCarthy | On August 10, 2022, during the Q3 2022 earnings call, McCarthy attributed subscriber growth to the launch of an additional 50 international markets: "strong Disney+ core net subscriber additions of 6 million *reflect growth in existing markets as well as launches in over 50 new markets during the quarter*." |

17

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | *DMED Reorganization* (¶¶304-307) | |
| 49 | ¶304 | March 1, 2021: Morgan Stanley Technology, Media and Telecom Conference | Disney; Chapek | "Obviously, way before the rest of the world knew what we were going to do from an organizational standpoint, I began a socialization process of the idea. And these very same people that you've talked about I socialized this idea sort of expressing the benefit of this. ***And I'll tell you, we've had very strong buy-in. People like the idea of clear accountability***. They like the ability to be nimble, to be able to pivot and to respond in a way that the consumer is going. ***And it requires a very collaborative environment, which I'm pleased to say we're seeing***. But at very clear swim lanes. And certainly, it's changed, and change can be disruptive, but I have to say all the folks that you mentioned have been spectacular in terms of their flexibility and their willingness to be elastic and understand the bigger organizational benefits. And as a result, we're seeing the advantages in this dynamic fast-moving world that we're competing in." |
| 50 | ¶305 | March 9, 2021: Disney Annual Shareholder Meeting | Disney; Chapek | Chapek stated: "We reorganized our media and entertainment business, separating content creation from distribution ***to align accountabilities in order to*** |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | *better support our DTC growth strategy and increase shareholder value.*" |
| 51 | ¶306 | June 14, 2021: Credit Suisse Communications Conference | Disney; Chapek | During the June 14, 202[1] Credit Suisse Communications Conference, the moderator asked Chapek if there were "any bumps in the road implementing th[e] new structure and all the new reporting lines on the content side of the house?" Chapek replied: "Despite how profound that change was for us relative to how we operate and particularly how the industry operated, *it's really gotten very strong buy-in by our execs.* Obviously, a lot of socialization and collaboration went into that before we did that. But, I think, everyone appreciates the clarity and accountability and the fact that as we now double down on our content investment going forward as we announced in our December investor conference, everyone appreciates the fact that they've got more time to do what they do best, given this increase in output that we have. *We're ramping up in scale in this – ramping up scale in this new content, and it really enables on the other end, on the distribution end for, let's call it, an objective assessment for what's right for distribution for our company from an enterprise level given those changing consumer preferences over time.*" |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| *Disney+ Churn* (¶¶308-313) | | | | |
| 52 | ¶308 | February 11, 2021: Q1 2021 Earnings Call | Disney; McCarthy | On February 11, 2021, during Disney's Q1 2021 earnings call, McCarthy stated: "[s]o in regard to the specific churn related to the anniversary of the Verizon launch promotion from last November 2020, we're really happy with the conversion numbers that we have seen there going from the promotion to become paid subscribers." |
| 53 | ¶309 | June 14, 2021: Credit Suisse Communications Conference | Disney; Chapek | "In terms of, I guess, an objective way to look at the price value relationship, the growth rate that we've experienced on Disney+ sort of stands out as the headline there. But you're right, we did launch at a very attractive price value opening point. And the first price point – or our first price increase that you mentioned in the first 16 months happened recently, and ***we've seen no significantly higher churn as a result of that***." |
| 54 | ¶310 | August 12, 2021: Q3 2021 Earnings Call | Disney; Chapek | "***We're really pleased with churn***. We've taken some price increases over the past few quarters. ***And what you're seeing is that our churn has declined. . . . So the fact that our churn is low***, our engagement is so high, ***our retention is so high*** amongst the local |

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | quarters where we're taking price increases, I think, says everything about it." |
| 55 | ¶311 | May 5, 2022: Q2 2022 Earnings Call | Disney; Chapek | On May 5, 2022, during the Q2 2022 earnings call, Chapek stated that Disney executives look at "the amount of time spent, the engagement scores ***and then, of course, the churn***, information." And he went on to state, "***we've said this before in past earnings calls, but we're extraordinarily pleased with the low churn that we see, particularly given the bundle***. The bundle is really efficient in terms of churn. And that gives us a lot of bullishness when it comes to the idea of bigger offerings from Disney." |
| | | | *Chapek's Contract Renewal (¶¶314-315)* | |
| 56 | ¶314 | June 28, 2022: Form 8-K Press Release | Disney | "***THE WALT DISNEY COMPANY BOARD OF DIRECTORS UNANIMOUSLY VOTES TO EXTEND BOB CHAPEK'S CONTRACT AS CEO FOR THREE YEARS***." |
| 57 | ¶314 | June 28, 2022: Form 8-K Press Release | Disney | In the press release, Disney's Board Chairman, Susan Arnold was quoted: "Disney was dealt a tough hand by the pandemic, yet with Bob at the helm, ***our businesses – from parks to streaming – not only weathered the storm, but emerged in a position of strength***." Arnold also stated: "In this important time of growth and |

4877-6802-1154.v1

| # | Citation in Complaint | Statement Date | Speaker(s) | Statement |
|---|---|---|---|---|
| | | | | transformation, the Board is committed to keeping Disney on the successful path it is on today, and Bob's leadership is key to achieving that goal.  ***Bob is the right leader at the right time for The Walt Disney Company, and the Board has full confidence in him and his leadership team***." |
| | | *Disney+ Profitability* (¶¶316-317) | | |
| 58 | ¶316 | November 8, 2022: Q4 2022 Earnings Call | Disney; Chapek | During the call, despite skepticism from analysts, Chapek stated that Disney was particularly pleased with Disney+ subscription growth and was "***well situated to leverage our position for long-term profitability and success***."  Chapek then stated: "***[W]e still expect Disney+ to achieve profitability in fiscal 2024***." |