1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12   LOCAL 272 LABOR-MANAGEMENT )   Case No. 2:23-cv-03661-CBM (ASx)
     PENSION FUND, on Behalf of Itself )
13   and All Others Similarly Situated, )   CLASS ACTION
                                        )
14                        Plaintiff,    )   ORDER REGARDING AMENDED
                                        )   INDICES ACCOMPANYING
15            vs.                       )   DEFENDANTS' MOTION TO
                                        )   DISMISS  [75]
16   THE WALT DISNEY COMPANY, et        )
     al.,                               )
17                                      )
                          Defendants.   )
18   _____   )

19

20

21

22

23

24

25

26

27

28

1        Upon the Joint Stipulation Regarding Amended Indices Accompanying

2   Defendants' Motion to Dismiss submitted by defendants The Walt Disney Company,

3   Robert Iger, Robert Chapek, Christine M. McCarthy, and Kareem Daniel

4   (collectively, "Defendants"), and Lead Plaintiff funds Central Pennsylvania Teamsters

5   Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income

6   Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and

7   plaintiffs Local 272 Labor-Management Pension Fund and John P. Talbot

8   (collectively, "Plaintiffs") and good cause appearing,

9        IT IS HEREBY ORDERED:

10        1.    Defendants shall file a Notice of Withdrawal of Index A and Index B

11   (ECF 69-2 and 69-3) within seven days of this Order;

12        2.    Defendants shall file the amended Index A and Index B within seven

13   days of this Order; and

14        3.    The Court shall promptly strike the original Index A and Index B (ECF

15   69-2 and 69-3) from the record.

16

17   DATED: FEBRUARY 5, 2024   _____

18                          HONORABLE CONSUELO B. MARSHALL
                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28