1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  DANIEL S. DROSMAN (200643)
3  RYAN A. LLORENS (225196)
   JESSICA T. SHINNEFIELD (234432)
4  JEFFREY J. STEIN (265268)
5  NICOLE Q. GILLILAND (335132)
   JESSICA E. ROBERTSON (352207)
6  655 West Broadway, Suite 1900
7  San Diego, CA  92101
   Telephone:  619/231-1058
8  619/231-7423 (fax)
9  dand@rgrdlaw.com
   ryanl@rgrdlaw.com
10  jshinnefield@rgrdlaw.com
11  jstein@rgrdlaw.com
    ngilliland@rgrdlaw.com
12  jrobertson@rgrdlaw.com
13
    Lead Counsel for Lead Plaintiff
14

15

16                UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                     WESTERN DIVISION

19  LOCAL 272 LABOR-MANAGEMENT )  Case No. 2:23-cv-03661-CBM (ASx)
    PENSION FUND, on Behalf of Itself )
20  and All Others Similarly Situated, )  CLASS ACTION
                                       )
21                       Plaintiff,    )  NOTICE OF RECENT AUTHORITY
                                       )
22         vs.                         )
                                       )
23  THE WALT DISNEY COMPANY, et        )
    al.,                               )
24                                     )
                         Defendants.   )
25  _____)

26

27

28

1        Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central

2    Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central

3    Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-

4    Management Pension Fund, and John Patrick Talbot (collectively, "Plaintiffs")

5    respectfully submit this Notice of Recent Authority to bring to the Court's attention an

6    opinion in *York Cnty. on behalf of Cnty. of York Ret. Fund v. HP Inc.*, No. 20-cv-

7    07835-JSW (N.D. Cal.), denying in part defendants' motion to dismiss. A copy of the

8    decision is attached as Exhibit A.

9        In *HP*, Judge White upheld the plaintiffs' "scheme liability" claim and applied

10   the standard for pleading scheme liability articulated in *In re Galena Biopharma, Inc.*

11   *Sec. Litig.*, 117 F. Supp. 3d 1145, 1193 (D. Or. 2015), which is the same standard

12   cited in Plaintiffs' Opposition to Defendants' Consolidated Motion to Dismiss

13   Consolidated Complaint (ECF 80) ("Opposition"). *Compare* Exhibit A at 19-20, *with*

14   Opposition at 4.

15       Judge White's analysis of "meaningfully cautionary language" is also relevant

16   to arguments Plaintiffs make in the Opposition. *Compare* Exhibit A at 25-27, *with*

17   Opposition at 25-26. His loss causation analysis is also relevant to the Opposition's

18   loss causation arguments. *Compare* Exhibit A at 33-34, *with* Opposition at 36, 38.

19   DATED: March 28, 2024          ROBBINS GELLER RUDMAN

20                                   & DOWD LLP

                          DANIEL S. DROSMAN

21                             RYAN A. LLORENS

22                             JESSICA T. SHINNEFIELD

                          JEFFREY J. STEIN

23                             NICOLE Q. GILLILAND

24                             JESSICA E. ROBERTSON

25

26                                 s/ Daniel S. Drosman

                            DANIEL S. DROSMAN

27

28

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -