**CRAVATH, SWAINE & MOORE LLP**
J. Wesley Earnhardt (*pro hac vice*)
Helam Gebremariam (*pro hac vice*)
Lauren Rosenberg (*pro hac vice*)
2 Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
wearnhardt@cravath.com
hgebremariam@cravath.com
lrosenberg@cravath.com

Attorneys for Defendants

*(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND – RETIREMENT INCOME PLAN 1987, CENTRAL PENNSYLVANIA TEAMSTERS HEALTH AND WELFARE FUND AND JOHN P. TALBOT, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, ROBERT IGER, ROBERT CHAPEK, CHRISTINE M. MCCARTHY AND KAREEM DANIEL, <br><br> Defendants. | Case No. 2:23-cv-03661 <br><br> **OPPOSITION TO MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Date:   June 11, 2024 <br> Time:   10:00 a.m. <br> Ctrm:   8D <br><br> Judge Consuelo B. Marshall |

Case No. 2:23-cv-03661

On April 18, 2024, Defendants filed a 10-line Notice of Supplemental Authority, alerting this Court to a recent decision of the United States Supreme Court, *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, 601 U.S. 257 (2024).  (ECF 92.)  Despite having filed a longer notice of decision on March 28, 2024 (ECF 91), Plaintiffs move to strike Defendants' notice as "contain[ing] improper argument" and identifying authority that is not "relevant".  (ECF 93.)  Plaintiffs' motion should be denied.

*First*, Defendants' notice contains no argument.  It identifies new authority and its holdings with no analysis.  The Court considers notices that follow just this format.  *See Bazarganfard v. Club 360 LLC*, 344 F.R.D. 411, 416 n.1 (C.D. Cal. 2023) (similar notice, ECF 112); *Kaweah Delta Health Care Dist. v. Becerra*, 2022 WL 18278175, at *1 n.1 (C.D. Cal. Dec. 22, 2022) (similar notice, ECF 47).  Unlike the stricken notices Plaintiffs cite, Defendants' notice did not "**argu[e]** decisions rendered by other courts . . . without the Court's permission".  *Newton v. Bank of Am.*, 2015 WL 10435907, at *8 n.11 (C.D. Cal. May 12, 2015) (emphasis added).

The stricken notices cited by Plaintiffs also confirm that *Plaintiff's* argumentative notice (ECF 91) was improper.  Fairness demands that Plaintiffs not be permitted to both file a notice containing argument and (wrongly) move to strike Defendants' notice on that basis.  *See Kamakahi v. Am. Soc'y for Reprod. Med.*, 2014 WL 7183629, at *3 (N.D. Cal. Dec. 15, 2014) ("fairness" was "[t]he strongest consideration against granting [] motion to strike" where plaintiffs did the thing of which they complained).

*Second*, Plaintiffs' suggestion that disputed relevance is a basis to strike is wrong and they cite no support for it.  Whether new Supreme Court authority is relevant is properly decided by this Court in the context of the pending motion to dismiss.

*Finally*, Plaintiffs' failure to meet and confer before filing the motion to strike, in violation of Local Rule 7-3, is a further basis for denial.  *Conan Props. Int'l LLC v. ARH Studios, Inc.*, 2018 WL 1942705, at *1 (C.D. Cal. Feb. 26, 2018) (denying motion for failure to comply with Local Rule 7-3).

Dated:  May 20, 2024

*/s/ John W. Spiegel*
**CRAVATH, SWAINE & MOORE LLP**
J. Wesley Earnhardt (*pro hac vice*)
Helam Gebremariam (*pro hac vice*)
Lauren Rosenberg (*pro hac vice*)
2 Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
wearnhardt@cravath.com
hgebremariam@cravath.com
lrosenberg@cravath.com


**MUNGER, TOLLES & OLSON LLP**
John W. Spiegel (Bar No. 78935)
John M. Gildersleeve (Bar No. 284618)
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
john.spiegel@mto.com
john.gildersleeve@mto.com

*Counsel for Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel*