ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>                  Defendants. | Case No. 2:23-cv-03661-CBM (ASx)<br><br>CLASS ACTION<br><br>PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF 92)<br><br>DATE:     June 11, 2024<br>TIME:     10:00 a.m.<br>CTRM:   8D<br>JUDGE:  Hon. Consuelo B. Marshall |

4873-9348-9089.v1

Plaintiffs submit the following reply in support of their Motion to Strike Defendants' Notice of Supplemental Authority (the "Motion to Strike") (ECF 93).

Defendants are incorrect that their Notice of Supplemental Authority ("Notice") (ECF 92) contains no argument.[1]  By selectively quoting from *Macquarie Infrastructure Corp. v. Moab Partner, L.P.*, 601 U.S. 257 (2024) to emphasize certain points to this Court while omitting others, Defendants presented improper argument, in violation of ¶7 of the Court's Standing Order.  Further, Defendants make no effort to refute Plaintiffs' contention that the Notice inaccurately describes the Court's ruling in *Macquarie*.  Instead, Defendants seek to divert the Court's attention to the Notice of Recent Authority (ECF 91) Plaintiffs properly filed ***two months ago***.  In stark contrast to Defendants' selective quotations, however, Plaintiffs simply cited the sections of *York Cnty. on behalf of the Cnty. of York Ret. Fund v. HP Inc.*, No. 20-cv-07835-JSW (N.D. Cal.) relevant to Plaintiffs' Opposition to Defendants' Consolidated Motion to Dismiss (ECF 80).  Unlike Defendants, Plaintiffs did not characterize – or mischaracterize – the Court's ruling.  Moreover, the fact that Defendants failed to raise any issues with Plaintiffs' Notice until now indicates that their criticisms are merely retaliatory rather than meritorious.[2]  Finally, Defendants' contention that the parties failed to meet and confer is undercut by the fact that the parties recently conferred about the merits of the Motion to Strike; nonetheless, Defendants refused to withdraw their Notice.

---

[1]    Defendants' cases are inapposite. *Bazarganfard v. Club 360 LLC*, 344 F.R.D. 411 (C.D. Cal. 2023) (Notice of Supplemental Authority was unopposed and did not quote noticed opinion); *Kaweah Delta Health Care Dist. v. Becerra*, 2022 WL 18278175 (C.D. Cal. Dec. 22, 2022) (Notice of Supplemental Authority did not quote noticed opinion).

[2]    Defendants' reliance on *Kamakahi v. Am. Soc'y for Reprod. Med.*, 2014 WL 7183629, at *3 (N.D. Cal. Dec. 15, 2014) is likewise misplaced.  There, the plaintiffs filed a motion to strike the defendants' motion to exclude an expert's opinions for being untimely.  The court declined to strike the defendants' motion, however, because any such prejudice that would result from the defendants' untimely motion was cured by the court's continuance of the hearing.

- 1 -

4873-9348-9089.v1

In sum, Plaintiffs respectfully request the Court strike Defendants' Notice and decline to consider it in ruling on Defendants' Motion to Dismiss (ECF 69-1).

DATED:  May 24, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RYAN A. LLORENS
JESSICA T. SHINNEFIELD
JEFFREY J. STEIN
NICOLE Q. GILLILAND
JESSICA E. ROBERTSON


                    s/ Daniel S. Drosman
                  DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4873-9348-9089.v1