UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 23-3661-CBM(ASx)** | Date | SEPTEMBER 27, 2027 |
|---|---|---|---|
| Title | Local 272 Labor-Management Pension Fund v. The Walt Disney Company et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicole Gilliland | John W. Spiegel |
| Daniel S. Drosman | Wes Earnhardt |
| Jessica Robertson | Ming-Toy A. Taylor |
| Jessica T. Shinnefield | |

**Proceedings:** HEARING RE DEFENDANT'S MOTION TO DISMISS CONSOLIDATED COMPLAINT [69]; PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY [93]

The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case.

Following discussions with the parties, the Court advises counsel that the motions are taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                             **1: 03**