UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-03661-CBM-AS | Date | February 19, 2025 |
| Title | Local 272 Labor-Management Pension Fund v. The Walt Disney Company et al | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

NONE PRESENT  NONE PRESENT

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFFS' MOTION TO STRIKE NOTICE OF SUPPLEMENTAL AUTHORITY**

The matter before the Court is Plaintiffs' Motion to Strike Defendants' Notice of Supplemental Authority (Dkt. No. 93). The Court finds that Defendants' Notice merely informed the Court of the decision in *Macquarie Infrastructure Corp. v. Moab Partners, L. P.*, 601 U.S. 257 (2024) and did not offer any argument. Therefore, Plaintiffs' Motion to Strike is **DENIED**.

**IT IS SO ORDERED.**