JONATHAN D. POLKES *(admitted pro hac vice)*
jonathan.polkes@whitecase.com
STACY NETTLETON *(admitted pro hac vice)*
stacy.nettleton@whitecase.com
ADAM B. BANKS *(admitted pro hac vice)*
adam.banks@whitecase.com
SUSAN L. GRACE *(admitted pro hac vice)*
susan.grace@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200

JOHN W. SPIEGEL (SB 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SB 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Attorneys for Defendants
The Walt Disney Company, Robert Iger,
Robert Chapek, Christine M. McCarthy
and Kareem Daniel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Filed Concurrently:<br><br>- Memorandum of Points and Authorities<br>- Request for Judicial Notice and Consideration of Incorporated Documents<br>- Declaration of John M. Gildersleeve<br>- [Proposed] Order<br><br>Date:    April 29, 2025<br>Time:    10:00 AM<br>Ctrm:    8D<br>Judge:   Hon. Consuelo B. Marshall |

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 29, 2025 at 10:00 AM, in Courtroom 8D of the United States District Court, Central District of California, 350 West First Street, Los Angeles, California 90012, or as soon thereafter as counsel may be heard before the Honorable Consuelo B. Marshall, Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel will and hereby do move for judgment on the pleadings as to each and every cause of action asserted against them in the Consolidated Complaint.

This Motion is made pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. It is based upon the Memorandum of Points and Authorities; the Request for Judicial Notice and Consideration of Incorporated Documents; the Declaration of John M. Gildersleeve and its exhibits; the pleadings, records, and memoranda on file and to be filed in this action; and such additional authority and argument as may be presented in Reply or at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 6, 2025.

Dated: March 28, 2025

Respectfully submitted,

WHITE & CASE LLP
MUNGER, TOLLES & OLSON LLP

By: _____/s/ John W. Spiegel_____
JOHN W. SPIEGEL

Attorneys for Defendants
The Walt Disney Company, Robert Iger,
Robert Chapek, Christine M. McCarthy
and Kareem Daniel

-1-
NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS