JONATHAN D. POLKES (admitted *pro hac vice*)
jonathan.polkes@whitecase.com
STACY NETTLETON (admitted *pro hac vice*)
stacy.nettleton@whitecase.com
ADAM B. BANKS (admitted *pro hac vice*)
adam.banks@whitecase.com
SUSAN L. GRACE (admitted *pro hac vice*)
susan.grace@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200

JOHN W. SPIEGEL (SB 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SB 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Attorneys for Defendants
The Walt Disney Company, Robert Iger,
Robert Chapek, Christine M. McCarthy
and Kareem Daniel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, *et al.*,<br><br>                              Plaintiffs,<br><br>          v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>                              Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**DECLARATION OF JOHN M. GILDERSLEEVE**<br><br>Filed Concurrently:<br><br>- Notice of Motion and Motion for Judgment on the Pleadings<br>- Memorandum of Points and Authorities<br>- Request for Judicial Notice and Consideration of Incorporated Documents<br>- [Proposed] Order<br><br>Date:    April 29, 2025<br>Time:    10:00 A.M.<br>Ctrm:    8D<br>Judge:   Hon. Consuelo B. Marshall |

DECLARATION OF JOHN M. GILDERSLEEVE

## DECLARATION OF JOHN M. GILDERSLEEVE

I, John M. Gildersleeve, declare:

1. I am counsel for Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel. I make this declaration in support of these Defendants' Motion for Judgment on the Pleadings; Memorandum of Points and Authorities; and the Request for Judicial Notice and Consideration of Incorporated Documents.

2. Attached as **Exhibit 1** is a true and correct copy of The Walt Disney Company's 2019 Form 10-K, filed with the SEC, dated November 20, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of The Walt Disney Company's Q1 FY20 Form 10-Q, filed with the SEC, dated February 4, 2020.

4. Attached as **Exhibit 3** is a true and correct copy of The Walt Disney Company's Q2 FY20 Form 10-Q, filed with the SEC, dated May 5, 2020.

5. Attached as **Exhibit 4** a true and correct copy of The Walt Disney Company's Q3 FY20 Form 10-Q, filed with the SEC, dated August 4, 2020.

6. Attached as **Exhibit 5** is a true and correct copy of The Walt Disney Company's 2020 Form 10-K, filed with the SEC, dated November 25, 2020.

7. Attached as **Exhibit 6** is a true and correct copy of The Walt Disney Company's Q1 FY21 Form 10-Q, filed with the SEC, dated February 11, 2021.

8. Attached as **Exhibit 7** is a true and correct copy of The Walt Disney Company's Q2 FY21 Form 10-Q, filed with the SEC, dated May 13, 2021.

9. Attached as **Exhibit 8** is a true and correct copy of The Walt Disney Company's Q3 FY21 Form 10-Q, filed with the SEC, dated August 12, 2021.

10. Attached as **Exhibit 9** is a true and correct copy of The Walt Disney Company's 2021 10-K, filed with the SEC, dated November 24, 2021.

11. Attached as **Exhibit 10** is a true and correct copy of The Walt Disney Company's Q1 FY22 Form 10-Q, filed with the SEC, dated February 9, 2022.

-1-

DECLARATION OF JOHN M. GILDERSLEEVE

12. Attached as **Exhibit 11** is a true and correct copy of The Walt Disney Company's Q3 FY22 Form 10-Q, filed with the SEC, dated May 11, 2022.

13. Attached as **Exhibit 12** is a true and correct copy of The Walt Disney Company's Q3 FY22 Form 10-Q, filed with the SEC, dated August 10, 2022.

14. Attached as **Exhibit 13** is a true and correct copy of The Walt Disney Company's 2022 Form 10-K, filed with the SEC, dated November 29, 2022.

15. Attached as **Exhibit 14** is a true and correct copy of The Walt Disney Company's Q1 FY23 Form 10-Q, filed with the SEC, dated February 8, 2023.

16. Attached as **Exhibit 15** is a true and correct copy of The Walt Disney Company's Q2 FY23 Form 10-Q, filed with the SEC, dated May 10, 2023.

17. Attached as **Exhibit 16** is a true and correct copy of The Walt Disney Company's Q1 FY20 Earnings Conference Call Transcript, published by The Walt Disney Company, dated February 4, 2020, available at https://thewaltdisneycompany.com/investor-relations/.

18. Attached as **Exhibit 17** is a true and correct copy of The Walt Disney Company's Investor Day Transcript, published by The Walt Disney Company, dated December 10, 2020, available at https://thewaltdisneycompany.com/investor-relations/.

19. Attached as **Exhibit 18** is a true and correct copy of The Walt Disney Company's Q2 FY21 Earnings Conference Call Transcript, published by The Walt Disney Company, dated May 13, 2021, available at https://thewaltdisneycompany.com/investor-relations/.

20. Attached as **Exhibit 19** is a true and correct copy of the JP Morgan Global Technology, Media and Communications Conference Transcript, published by The Walt Disney Company, dated May 24, 2021, available at https://thewaltdisneycompany.com/investor-relations.

21. Attached as **Exhibit 20** is a true and correct copy of The Walt Disney Company's Goldman Sachs Communacopia Conference Transcript, published by

DECLARATION OF JOHN M. GILDERSLEEVE

The Walt Disney Company, dated September 21, 2021, available at https://thewaltdisneycompany.com/investor-relations/.

22. Attached as **Exhibit 21** is a true and correct copy of The Walt Disney Company's Q4 FY21 Earnings Conference Call Transcript, published by The Walt Disney Company, dated November 10, 2021, available at https://thewaltdisneycompany.com/investor-relations/.

23. Attached as **Exhibit 22** is a true and correct copy of The Walt Disney Company's Q1 FY22 Earnings Conference Call Transcript, published by The Walt Disney Company, dated February 9, 2022, available at https://thewaltdisneycompany.com/investor-relations/.

24. Attached as **Exhibit 23** is a true and correct copy of The Walt Disney Company's Morgan Stanley Technology, Media and Telecom Conference Transcript, published by The Walt Disney Company, dated March 7, 2022, available at https://thewaltdisneycompany.com/investor-relations/.

25. Attached as **Exhibit 24** is a true and correct copy of The Walt Disney Company's Q2 FY22 Earnings Conference Call Transcript, published by The Walt Disney Company, dated May 11, 2022, available at https://thewaltdisneycompany.com/investor-relations/.

26. Attached as **Exhibit 25** is a true and correct copy of The Walt Disney Company's Q3 FY22 Earnings Conference Call Transcript, published by The Walt Disney Company, dated August 11, 2022, available at https://thewaltdisneycompany.com/investor-relations/.

27. Attached as **Exhibit 26** is a true and correct copy of The Walt Disney Company's Q4 FY22 Earnings Conference Call Transcript, published by The Walt Disney Company, dated November 8, 2022, available at https://thewaltdisneycompany.com/investor-relations/.

DECLARATION OF JOHN M. GILDERSLEEVE

28.     Attached as **Exhibit 27** is a true and correct copy of The Walt Disney Company's Q3 FY24 Earnings Report, dated August 7, 2024, available at https://thewaltdisneycompany.com/investor-relations/.

29.     Attached as **Exhibit 28** is a true and correct copy of The Walt Disney Company's Q1 FY21 Form 8-K, filed with the SEC, dated February 1, 2021.

30.     Attached as **Exhibit 29** is a true and correct copy of The Walt Disney Company's Q4 FY22 Form 8-K, filed with the SEC, dated November 8, 2022.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on March 28, 2025, in Los Angeles, California.

_____

John M. Gildersleeve

DECLARATION OF JOHN M. GILDERSLEEVE