# Exhibit 15

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 10-Q

☒    QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended April 1, 2023

or

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____.

Commission File Number 001-38842

The Walt Disney Company

| **Delaware** | | **83-0940635** |
|---|---|---|
| State or Other Jurisdiction of Incorporation or Organization | | I.R.S. Employer Identification |

**500 South Buena Vista Street**
**Burbank, California 91521**
Address of Principal Executive Offices and Zip Code

**(818) 560-1000**
Registrant's Telephone Number, Including Area Code

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.01 par value | DIS | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | | ☐ |
| | | Emerging growth company | | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

There were 1,827,304,988 shares of common stock outstanding as of May 3, 2023.

**Ex. 15**
**Page 1659**

**Cautionary Note on Forward-Looking Statements**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements generally relate to future events or our future financial or operating performance and may include statements concerning, among other things, financial results, business plans (including statements regarding new services and products and future expenditures, costs and investments), future liabilities, impairments and amortization, competition, and the impact of COVID-19 on our businesses and results of operations. In some cases, you can identify forward-looking statements because they contain words such as "may," "will," "would," "should," "expects," "plans," "could," "intends," "target," "projects," "believes," "estimates," "anticipates," "potential," "continue" or "assumption" or the negative of these words or other similar terms or expressions that concern our expectations, strategy, plans or intentions. These statements reflect our current views with respect to future events and are based on assumptions as of the date of this report. These statements are subject to known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from expectations or results projected or implied by forward-looking statements.

Such differences may result from actions taken by the Company, including restructuring or strategic initiatives (including capital investments, asset acquisitions or dispositions, new or expanded business lines or cessation of certain operations), our execution of our business plans (including the content we create and IP we invest in, our pricing decisions, our cost structure and our management and other personnel decisions) or other business decisions, as well as from developments beyond the Company's control, including:

- further deterioration in domestic and global economic conditions;
- deterioration in or pressures from competitive conditions, including competition to create or acquire content and competition for talent;
- consumer preferences and acceptance of our content, offerings, pricing model and price increases and the market for advertising sales on our direct-to-consumer services and linear networks;
- health concerns and their impact on our businesses and productions;
- international, political or military developments;
- regulatory and legal developments;
- technological developments;
- labor markets and activities, including work stoppages;
- adverse weather conditions or natural disasters; and
- availability of content.

Such developments may further affect entertainment, travel and leisure businesses generally and may, among other things, affect (or further affect, as applicable):

- our operations, business plans or profitability;
- demand for our products and services;
- the performance of the Company's content;
- our ability to create or obtain desirable content at or under the value we assign the content;
- the advertising market for programming;
- income tax expense; and
- performance of some or all Company businesses either directly or through their impact on those who distribute our products.

Additional factors include those described in our 2022 Annual Report on Form 10-K, including under the captions "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations," and "Business," in our subsequent quarterly reports on Form 10-Q, including under the captions "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations," and in our subsequent filings with the Securities and Exchange Commission.

A forward-looking statement is neither a prediction nor a guarantee of future events or circumstances. You should not place undue reliance on the forward-looking statements. Unless required by federal securities laws, we assume no obligation to update any of these forward-looking statements, or to update the reasons actual results could differ materially from those anticipated, to reflect circumstances or events that occur after the statements are made.

**Ex. 15**
**Page 1660**

**PART I. FINANCIAL INFORMATION**

**Item 1: Financial Statements**

**THE WALT DISNEY COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
**(unaudited; in millions, except per share data)**

| | Quarter Ended | | | | Six Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | April 1, 2023 | | April 2, 2022 | | April 1, 2023 | | April 2, 2022 | |
| Revenues: | | | | | | | | |
| Services | $ | 19,586 | $ | 17,212 | $ | 40,583 | $ | 36,754 |
| Products | | 2,229 | | 2,037 | | 4,744 | | 4,314 |
| Total revenues | | 21,815 | | 19,249 | | 45,327 | | 41,068 |
| Costs and expenses: | | | | | | | | |
| Cost of services (exclusive of depreciation and amortization) | | (13,160) | | (11,330) | | (27,941) | | (24,491) |
| Cost of products (exclusive of depreciation and amortization) | | (1,456) | | (1,264) | | (3,061) | | (2,670) |
| Selling, general, administrative and other | | (3,614) | | (3,768) | | (7,441) | | (7,555) |
| Depreciation and amortization | | (1,310) | | (1,287) | | (2,616) | | (2,556) |
| Total costs and expenses | | (19,540) | | (17,649) | | (41,059) | | (37,272) |
| Restructuring and impairment charges | | (152) | | (195) | | (221) | | (195) |
| Other income (expense), net | | 149 | | (158) | | 107 | | (594) |
| Interest expense, net | | (322) | | (355) | | (622) | | (666) |
| Equity in the income of investees | | 173 | | 210 | | 364 | | 449 |
| Income from continuing operations before income taxes | | 2,123 | | 1,102 | | 3,896 | | 2,790 |
| Income taxes on continuing operations | | (635) | | (505) | | (1,047) | | (993) |
| Net income from continuing operations | | 1,488 | | 597 | | 2,849 | | 1,797 |
| Loss from discontinued operations, net of income tax benefit of $0, $0, $0 and $14, respectively | | — | | — | | — | | (48) |
| Net income | | 1,488 | | 597 | | 2,849 | | 1,749 |
| Net income from continuing operations attributable to noncontrolling interests | | (217) | | (127) | | (299) | | (175) |
| Net income attributable to Disney | $ | 1,271 | $ | 470 | $ | 2,550 | $ | 1,574 |
| | | | | | | | | |
| Earnings (loss) per share attributable to Disney[1]: | | | | | | | | |
| Diluted | | | | | | | | |
| Continuing operations | $ | 0.69 | $ | 0 26 | $ | 1.39 | $ | 0 89 |
| Discontinued operations | | — | | — | | — | | (0 03) |
| | $ | 0.69 | $ | 0 26 | $ | 1.39 | $ | 0 86 |
| Basic | | | | | | | | |
| Continuing operations | $ | 0.70 | $ | 0 26 | $ | 1.40 | $ | 0 89 |
| Discontinued operations | | — | | — | | — | | (0 03) |
| | $ | 0.70 | $ | 0 26 | $ | 1.40 | $ | 0 86 |
| | | | | | | | | |
| Weighted average number of common and common equivalent shares outstanding: | | | | | | | | |
| Diluted | | 1,831 | | 1,828 | | 1,829 | | 1,828 |
| Basic | | 1,828 | | 1,822 | | 1,827 | | 1,820 |

[1]     Total may not equal the sum of the column due to rounding

*See Notes to Condensed Consolidated Financial Statements*

3

**Ex. 15**
**Page 1661**

**THE WALT DISNEY COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(unaudited; in millions)**

| | Quarter Ended | | | | Six Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **April 1, 2023** | | April 2, 2022 | | **April 1, 2023** | | April 2, 2022 | |
| Net income | $ | **1,488** | $ | 597 | $ | **2,849** | $ | 1,749 |
| Other comprehensive income (loss), net of tax: | | | | | | | | |
| Market value adjustments for hedges | | **(82)** | | 28 | | **(624)** | | 78 |
| Pension and postretirement medical plan adjustments | | **56** | | 119 | | **57** | | 274 |
| Foreign currency translation and other | | **115** | | (191) | | **342** | | (213) |
| Other comprehensive income (loss) | | **89** | | (44) | | **(225)** | | 139 |
| Comprehensive income | | **1,577** | | 553 | | **2,624** | | 1,888 |
| Net income from continuing operations attributable to noncontrolling interests | | **(217)** | | (127) | | **(299)** | | (175) |
| Other comprehensive loss attributable to noncontrolling interests | | **—** | | 8 | | **(45)** | | (11) |
| Comprehensive income attributable to Disney | $ | **1,360** | $ | 434 | $ | **2,280** | $ | 1,702 |

*See Notes to Condensed Consolidated Financial Statements*

4

**THE WALT DISNEY COMPANY**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(unaudited; in millions, except per share data)**

| | April 1, 2023 | October 1, 2022 |
|---|---|---|
| *ASSETS* | | |
| Current assets | | |
| Cash and cash equivalents | $ 10,399 | $ 11,615 |
| Receivables, net | 12,770 | 12,652 |
| Inventories | 1,848 | 1,742 |
| Content advances | 1,872 | 1,890 |
| Other current assets | 1,374 | 1,199 |
| Total current assets | 28,263 | 29,098 |
| Produced and licensed content costs | 36,949 | 35,777 |
| Investments | 3,387 | 3,218 |
| Parks, resorts and other property | | |
| Attractions, buildings and equipment | 69,695 | 66,998 |
| Accumulated depreciation | (41,452) | (39,356) |
| | 28,243 | 27,642 |
| Projects in progress | 5,175 | 4,814 |
| Land | 1,161 | 1,140 |
| | 34,579 | 33,596 |
| Intangible assets, net | 13,887 | 14,837 |
| Goodwill | 77,878 | 77,897 |
| Other assets | 9,915 | 9,208 |
| Total assets | $ 204,858 | $ 203,631 |
| *LIABILITIES AND EQUITY* | | |
| Current liabilities | | |
| Accounts payable and other accrued liabilities | $ 18,591 | $ 20,213 |
| Current portion of borrowings | 3,452 | 3,070 |
| Deferred revenue and other | 6,013 | 5,790 |
| Total current liabilities | 28,056 | 29,073 |
| Borrowings | 45,066 | 45,299 |
| Deferred income taxes | 8,134 | 8,363 |
| Other long-term liabilities | 13,232 | 12,518 |
| Commitments and contingencies (Note 13) | | |
| Redeemable noncontrolling interests | 8,814 | 9,499 |
| Equity | | |
| Preferred stock | — | — |
| Common stock, $0 01 par value, Authorized – 4 6 billion shares, Issued – 1 8 billion shares | 56,919 | 56,398 |
| Retained earnings | 46,236 | 43,636 |
| Accumulated other comprehensive loss | (4,389) | (4,119) |
| Treasury stock, at cost, 19 million shares | (907) | (907) |
| Total Disney Shareholders' equity | 97,859 | 95,008 |
| Noncontrolling interests | 3,697 | 3,871 |
| Total equity | 101,556 | 98,879 |
| Total liabilities and equity | $ 204,858 | $ 203,631 |

*See Notes to Condensed Consolidated Financial Statements*

5

**Ex. 15**
**Page 1663**

**THE WALT DISNEY COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(unaudited; in millions)**

| | Six Months Ended | |
| --- | --- | --- |
| | April 1, 2023 | April 2, 2022 |
| *OPERATING ACTIVITIES* | | |
| Net income from continuing operations | $ 2,849 | $ 1,797 |
| Depreciation and amortization | 2,616 | 2,556 |
| Net (gain)/loss on investments and disposition of businesses | (88) | 632 |
| Deferred income taxes | (46) | 983 |
| Equity in the income of investees | (364) | (449) |
| Cash distributions received from equity investees | 363 | 406 |
| Net change in produced and licensed content costs and advances | (824) | (2,279) |
| Equity-based compensation | 570 | 450 |
| Pension and postretirement medical benefit cost amortization | 2 | 310 |
| Other, net | (234) | 264 |
| Changes in operating assets and liabilities: | | |
| Receivables | (413) | (342) |
| Inventories | (107) | (97) |
| Other assets | (345) | (676) |
| Accounts payable and other liabilities | (2,133) | (1,349) |
| Income taxes | 416 | (650) |
| Cash provided by operations - continuing operations | 2,262 | 1,556 |
| | | |
| *INVESTING ACTIVITIES* | | |
| Investments in parks, resorts and other property | (2,430) | (2,060) |
| Other, net | (111) | 36 |
| Cash used in investing activities - continuing operations | (2,541) | (2,024) |
| | | |
| *FINANCING ACTIVITIES* | | |
| Commercial paper borrowings (payments), net | 714 | (130) |
| Borrowings | 70 | 70 |
| Reduction of borrowings | (1,000) | (1,400) |
| Sale of noncontrolling interest | 178 | — |
| Acquisition of redeemable noncontrolling interest | (900) | — |
| Other, net | (188) | (637) |
| Cash used in financing activities - continuing operations | (1,126) | (2,097) |
| | | |
| *CASH FLOWS FROM DISCONTINUED OPERATIONS* | | |
| Cash provided by operations - discontinued operations | — | 8 |
| Cash used in financing activities - discontinued operations | — | (12) |
| Cash used in discontinued operations | — | (4) |
| | | |
| Impact of exchange rates on cash, cash equivalents and restricted cash | 197 | (116) |
| | | |
| Change in cash, cash equivalents and restricted cash | (1,208) | (2,685) |
| Cash, cash equivalents and restricted cash, beginning of period | 11,661 | 16,003 |
| Cash, cash equivalents and restricted cash, end of period | $ 10,453 | $ 13,318 |

*See Notes to Condensed Consolidated Financial Statements*

6

**Ex. 15**
**Page 1664**

**THE WALT DISNEY COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF EQUITY**
**(unaudited; in millions)**

| | | | | Quarter Ended | | | | |
| | | | | Equity Attributable to Disney | | | | |
| | Shares | Common Stock | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Treasury Stock | Total Disney Equity | Non-controlling Interests[1] | Total Equity |
|---|---|---|---|---|---|---|---|---|
| Balance at December 31, 2022 | 1,826 | $ 56,579 | $ 44,955 | $ (4,478) | $ (907) | $ 96,149 | $ 3,986 | $ 100,135 |
| Comprehensive income (loss) | — | — | 1,271 | 89 | — | 1,360 | 147 | 1,507 |
| Equity compensation activity | 1 | 345 | — | — | — | 345 | — | 345 |
| Contributions | — | — | — | — | — | — | 9 | 9 |
| Distributions and other | — | (5) | 10 | — | — | 5 | (445) | (440) |
| **Balance at April 1, 2023** | **1,827** | **$ 56,919** | **$ 46,236** | **$ (4,389)** | **$ (907)** | **$ 97,859** | **$ 3,697** | **$ 101,556** |
| | | | | | | | | |
| Balance at January 1, 2022 | 1,821 | $ 55,500 | $ 41,547 | $ (6,276) | $ (907) | $ 89,864 | $ 4,446 | $ 94,310 |
| Comprehensive income (loss) | — | — | 470 | (36) | — | 434 | 49 | 483 |
| Equity compensation activity | 1 | 327 | — | — | — | 327 | — | 327 |
| Distributions and other | — | (4) | 15 | — | — | 11 | (472) | (461) |
| Balance at April 2, 2022 | 1,822 | $ 55,823 | $ 42,032 | $ (6,312) | $ (907) | $ 90,636 | $ 4,023 | $ 94,659 |

[1] Excludes redeemable noncontrolling interests.

*See Notes to Condensed Consolidated Financial Statements*

7

**THE WALT DISNEY COMPANY**
**CONDENSED CONSOLIDATED STATEMENTS OF EQUITY**
**(unaudited; in millions)**

| | Six Months Ended | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Equity Attributable to Disney | | | | | | | | | | | | | | | | |
| | Shares | | Common Stock | | Retained Earnings | | Accumulated Other Comprehensive Income (Loss) | | Treasury Stock | | Total Disney Equity | | Non-controlling Interests[1] | | Total Equity | |
| Balance at October 1, 2022 | 1,824 | $ | 56,398 | $ | 43,636 | $ | (4,119) | $ | (907) | $ | 95,008 | $ | 3,871 | $ | 98,879 |
| Comprehensive income (loss) | — | | — | | 2,550 | | (270) | | — | | 2,280 | | 131 | | 2,411 |
| Equity compensation activity | 3 | | 525 | | — | | — | | — | | 525 | | — | | 525 |
| Contributions | — | | — | | — | | — | | — | | — | | 187 | | 187 |
| Distributions and other | — | | (4) | | 50 | | — | | — | | 46 | | (492) | | (446) |
| **Balance at April 1, 2023** | **1,827** | **$** | **56,919** | **$** | **46,236** | **$** | **(4,389)** | **$** | **(907)** | **$** | **97,859** | **$** | **3,697** | **$** | **101,556** |
| | | | | | | | | | | | | | | | |
| Balance at October 2, 2021 | 1,818 | $ | 55,471 | $ | 40,429 | $ | (6,440) | $ | (907) | $ | 88,553 | $ | 4,458 | $ | 93,011 |
| Comprehensive income | — | | — | | 1,574 | | 128 | | — | | 1,702 | | 45 | | 1,747 |
| Equity compensation activity | 4 | | 356 | | — | | — | | — | | 356 | | — | | 356 |
| Contributions | — | | — | | — | | — | | — | | — | | 29 | | 29 |
| Distributions and other | — | | (4) | | 29 | | — | | — | | 25 | | (509) | | (484) |
| Balance at April 2, 2022 | 1,822 | $ | 55,823 | $ | 42,032 | $ | (6,312) | $ | (907) | $ | 90,636 | $ | 4,023 | $ | 94,659 |

[1] Excludes redeemable noncontrolling interests.

*See Notes to Condensed Consolidated Financial Statements*

8

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

# 1. *Principles of Consolidation*

These Condensed Consolidated Financial Statements have been prepared in accordance with accounting principles generally accepted in the United States of America (GAAP) for interim financial information and the instructions to Rule 10-01 of Regulation S-X. Accordingly, they do not include all of the information and footnotes required by GAAP for complete financial statements. We believe that we have included all normal recurring adjustments necessary for a fair statement of the results for the interim period. Operating results for the six months ended April 1, 2023 are not necessarily indicative of the results that may be expected for the year ending September 30, 2023.

The terms "Company," "Disney," "we," "us," and "our" are used in this report to refer collectively to the parent company, The Walt Disney Company, as well as the subsidiaries through which its various businesses are actually conducted.

These financial statements should be read in conjunction with the Company's 2022 Annual Report on Form 10-K.

*Variable Interest Entities*

The Company enters into relationships with or makes investments in other entities that may be variable interest entities (VIE). A VIE is consolidated in the financial statements if the Company has the power to direct activities that most significantly impact the economic performance of the VIE and has the obligation to absorb losses or the right to receive benefits from the VIE that could potentially be significant (as defined by ASC 810-10-25-38) to the VIE. Hong Kong Disneyland Resort and Shanghai Disney Resort (together the Asia Theme Parks) are VIEs in which the Company has less than 50% equity ownership. Company subsidiaries (the Management Companies) have management agreements with the Asia Theme Parks, which provide the Management Companies, subject to certain protective rights of joint venture partners, with the ability to direct the day-to-day operating activities and the development of business strategies that we believe most significantly impact the economic performance of the Asia Theme Parks. In addition, the Management Companies receive management fees under these arrangements that we believe could be significant to the Asia Theme Parks. Therefore, the Company has consolidated the Asia Theme Parks in its financial statements.

*Redeemable Noncontrolling Interests*

The Company consolidates the results of Hulu LLC (Hulu), a direct-to-consumer (DTC) streaming service provider, which is owned 67% by the Company and 33% by NBC Universal (NBCU). In May 2019, the Company entered into a put/call agreement with NBCU that provided the Company with full operational control of Hulu. Under the agreement, beginning in January 2024, NBCU has the option to require the Company to purchase NBCU's interest in Hulu and the Company has the option to require NBCU to sell its interest in Hulu to the Company, in either case at a redemption value based on NBCU's equity ownership percentage of the greater of Hulu's then equity fair value or a guaranteed floor value of $27.5 billion.

NBCU's interest will generally not be allocated its portion of Hulu's losses, if any, as the redeemable noncontrolling interest is required to be carried at a minimum value. The minimum value is equal to the fair value as of the May 2019 agreement date accreted to the January 2024 estimated redemption value. At April 1, 2023, NBCU's interest in Hulu is recorded in the Company's financial statements at $8.8 billion, which is reported as "Redeemable noncontrolling interest" in the Condensed Consolidated Balance Sheets.

We are accreting NBCU's interest in Hulu to its guaranteed floor value. In determining the redemption value, our estimate of Hulu's equity fair value in January 2024 requires management to make significant judgments. If our estimate of the future fair value of Hulu's equity increased above the guaranteed floor value, we would change our rate of accretion, which would generally increase the amount recorded in "Net income from continuing operations attributable to noncontrolling interests" and thus reduce "Net income attributable to Disney" in the Condensed Consolidated Statements of Income.

At October 1, 2022, Major League Baseball (MLB) held a 15% redeemable noncontrolling interest in BAMTech LLC (BAMTech), which was recorded in the Company's financial statements at $828 million. In November 2022, the Company purchased MLB's redeemable noncontrolling interest for $900 million, resulting in $72 million recorded as an increase in "Net income from continuing operations attributable to noncontrolling interests" in the Condensed Consolidated Statements of Income.

**Ex. 15**
**Page 1667**

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

*Use of Estimates*

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported in the financial statements and footnotes thereto. Actual results may differ from those estimates.

*Reclassifications*

Certain reclassifications have been made in the fiscal 2022 financial statements and notes to conform to the fiscal 2023 presentation.

## 2.  *Segment Information*

The Company's operations are conducted in the Disney Media and Entertainment Distribution (DMED) and Disney Parks, Experiences and Products (DPEP) segments. Our operating segments report separate financial information, which is evaluated regularly by the Chief Executive Officer to allocate resources and assess performance

Segment operating results reflect earnings before corporate and unallocated shared expenses, restructuring and impairment charges, net other income/expense, net interest expense, income taxes and noncontrolling interests  Segment operating income includes equity in the income of investees and excludes impairments of certain equity investments and acquisition accounting amortization of TFCF Corporation (TFCF) and Hulu assets (i.e. intangible assets and the fair value step-up for film and television costs) recognized in connection with the TFCF acquisition in fiscal 2019 (TFCF and Hulu acquisition amortization). Corporate and unallocated shared expenses principally consist of corporate functions, executive management and certain unallocated administrative support functions.

Segment operating results include allocations of certain costs, including information technology, pension, legal and other shared services costs, which are allocated based on metrics designed to correlate with consumption.

Segment revenues and segment operating income are as follows:

| | Quarter Ended | | | Six Months Ended | | |
|---|---|---|---|---|---|---|
| | April 1, 2023 | | April 2, 2022 | April 1, 2023 | | April 2, 2022 |
| **Revenues:** | | | | | | |
| Disney Media and Entertainment Distribution | $ | 14,039 | $ 13,620 | $ | 28,815 | $ 28,205 |
| Disney Parks, Experiences and Products | | 7,776 | 6,652 | | 16,512 | 13,886 |
| Total segment revenues | $ | 21,815 | $ 20,272 | $ | 45,327 | $ 42,091 |
| **Segment operating income:** | | | | | | |
| Disney Media and Entertainment Distribution | $ | 1,119 | $ 1,944 | $ | 1,109 | $ 2,752 |
| Disney Parks, Experiences and Products | | 2,166 | 1,755 | | 5,219 | 4,205 |
| Total segment operating income[(1)] | $ | 3,285 | $ 3,699 | $ | 6,328 | $ 6,957 |

[(1)] Equity in the income of investees is included in segment operating income as follows:

| | Quarter Ended | | | Six Months Ended | | |
|---|---|---|---|---|---|---|
| | April 1, 2023 | | April 2, 2022 | April 1, 2023 | | April 2, 2022 |
| Disney Media and Entertainment Distribution | $ | 176 | $ 218 | $ | 372 | $ 463 |
| Disney Parks, Experiences and Products | | — | (5) | | (2) | (8) |
| Equity in the income of investees included in segment operating income | | 176 | 213 | | 370 | 455 |
| Amortization of TFCF intangible assets related to equity investees | | (3) | (3) | | (6) | (6) |
| Equity in the income of investees, net | $ | 173 | $ 210 | $ | 364 | $ 449 |

10

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

A reconciliation of segment revenues to total revenues is as follows:

| | Quarter Ended | | | Six Months Ended | | |
| --- | --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | April 1, 2023 | | April 2, 2022 |
| Segment revenues | $ | 21,815 | $ 20,272 | $ | 45,327 | $ 42,091 |
| Content License Early Termination[1] | | — | (1,023) | | — | (1,023) |
| Total revenues | $ | 21,815 | $ 19,249 | $ | 45,327 | $ 41,068 |

[1] In February 2022, the Company early terminated certain license agreements with a customer for film and television content, which was delivered in previous years, in order for the Company to use the content primarily on our DTC services (Content License Early Termination)  Because the content is functional intellectual property (IP), we had recognized substantially all of the consideration to be paid by the customer under the licenses as revenue in prior years when the content was made available under the agreements. Consequently, we recorded the amounts to terminate the licenses agreements, net of remaining amounts of deferred revenue, as a reduction of revenue.

A reconciliation of segment operating income to income from continuing operations before income taxes is as follows:

| | Quarter Ended | | | Six Months Ended | | |
| --- | --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | April 1, 2023 | | April 2, 2022 |
| Segment operating income | $ | 3,285 | $ 3,699 | $ | 6,328 | $ 6,957 |
| Content License Early Termination | | — | (1,023) | | — | (1,023) |
| Corporate and unallocated shared expenses | | (279) | (272) | | (559) | (500) |
| Restructuring and impairment charges | | (152) | (195) | | (221) | (195) |
| Other income (expense), net[1] | | 149 | (158) | | 107 | (594) |
| Interest expense, net | | (322) | (355) | | (622) | (666) |
| TFCF and Hulu acquisition amortization[2] | | (558) | (594) | | (1,137) | (1,189) |
| Income from continuing operations before income taxes | $ | 2,123 | $ 1,102 | $ | 3,896 | $ 2,790 |

[1] See Note 4 for a discussion of amounts in other income (expense), net.

[2] TFCF and Hulu acquisition amortization is as follows:

| | Quarter Ended | | | Six Months Ended | | |
| --- | --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | April 1, 2023 | | April 2, 2022 |
| Amortization of intangible assets | $ | 408 | $ 435 | $ | 825 | $ 870 |
| Step-up of film and television costs | | 147 | 156 | | 306 | 313 |
| Intangibles related to TFCF equity investees | | 3 | 3 | | 6 | 6 |
| | $ | 558 | $ 594 | $ | 1,137 | $ 1,189 |

*Goodwill*

The changes in the carrying amount of goodwill are as follows:

| | DMED | | DPEP | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| Balance at October 1, 2022 | $ | 72,347 | $ 5,550 | $ | 77,897 | |
| Currency translation adjustments and other, net | | (19) | — | | (19) | |
| Balance at April 1, 2023 | $ | 72,328 | $ 5,550 | $ | 77,878 | |

11

**Ex. 15**
**Page 1669**

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

## 3. *Revenues*

The following table presents our revenues by segment and major source:

| | Quarter Ended April 1, 2023 | | | Quarter Ended April 2, 2022 | | | |
| | DMED | DPEP | Total | DMED | DPEP | Content License Early Termination | Total |
|---|---|---|---|---|---|---|---|
| Affiliate fees | $ 4,394 | $ — | $ 4,394 | $ 4,602 | $ — | $ — | $ 4,602 |
| Subscription fees | 4,605 | — | 4,605 | 3,887 | — | — | 3,887 |
| Advertising | 2,563 | 1 | 2,564 | 3,023 | 1 | — | 3,024 |
| Theme park admissions | — | 2,428 | 2,428 | — | 1,973 | — | 1,973 |
| Resort and vacations | — | 1,949 | 1,949 | — | 1,451 | — | 1,451 |
| Retail and wholesale sales of merchandise, food and beverage | — | 2,142 | 2,142 | — | 1,816 | — | 1,816 |
| Merchandise licensing | — | 772 | 772 | — | 893 | — | 893 |
| TV/SVOD distribution licensing | 1,033 | — | 1,033 | 1,124 | — | (1,023) | 101 |
| Theatrical distribution licensing | 767 | — | 767 | 224 | — | — | 224 |
| Home entertainment | 148 | — | 148 | 230 | — | — | 230 |
| Other | 529 | 484 | 1,013 | 530 | 518 | — | 1,048 |
| | $ 14,039 | $ 7,776 | $ 21,815 | $ 13,620 | $ 6,652 | $ (1,023) | $ 19,249 |

| | Six Months Ended April 1, 2023 | | | Six Months Ended April 2, 2022 | | | |
| | DMED | DPEP | Total | DMED | DPEP | Content License Early Termination | Total |
|---|---|---|---|---|---|---|---|
| Affiliate fees | $ 8,636 | $ — | $ 8,636 | $ 8,973 | $ — | $ — | $ 8,973 |
| Subscription fees | 8,845 | — | 8,845 | 7,485 | — | — | 7,485 |
| Advertising | 6,005 | 2 | 6,007 | 6,891 | 2 | — | 6,893 |
| Theme park admissions | — | 5,069 | 5,069 | — | 4,125 | — | 4,125 |
| Resort and vacations | — | 3,929 | 3,929 | — | 2,896 | — | 2,896 |
| Retail and wholesale sales of merchandise, food and beverage | — | 4,524 | 4,524 | — | 3,905 | — | 3,905 |
| Merchandise licensing | — | 1,915 | 1,915 | — | 2,012 | — | 2,012 |
| TV/SVOD distribution licensing | 2,012 | — | 2,012 | 2,520 | — | (1,023) | 1,497 |
| Theatrical distribution licensing | 1,907 | — | 1,907 | 753 | — | — | 753 |
| Home entertainment | 283 | — | 283 | 524 | — | — | 524 |
| Other | 1,127 | 1,073 | 2,200 | 1,059 | 946 | — | 2,005 |
| | $ 28,815 | $ 16,512 | $ 45,327 | $ 28,205 | $ 13,886 | $ (1,023) | $ 41,068 |

12

**Ex. 15**
**Page 1670**

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

The following table presents our revenues by segment and primary geographical markets:

| | Quarter Ended April 1, 2023 | | | Quarter Ended April 2, 2022 | | |
|---|---|---|---|---|---|---|
| | DMED | DPEP | Total | DMED | DPEP | Total |
| Americas | $ 11,525 | $ 6,105 | $ 17,630 | $ 11,191 | $ 5,559 | $ 16,750 |
| Europe | 1,447 | 744 | 2,191 | 1,343 | 627 | 1,970 |
| Asia Pacific | 1,067 | 927 | 1,994 | 1,086 | 466 | 1,552 |
| Total revenues | $ 14,039 | $ 7,776 | $ 21,815 | $ 13,620 | $ 6,652 | $ 20,272 |
| Content License Early Termination | | | | | | (1,023) |
| | | | | | | $ 19,249 |

| | Six Months Ended April 1, 2023 | | | Six Months Ended April 2, 2022 | | |
|---|---|---|---|---|---|---|
| | DMED | DPEP | Total | DMED | DPEP | Total |
| Americas | $ 23,543 | $ 13,058 | $ 36,601 | $ 23,021 | $ 11,270 | $ 34,291 |
| Europe | 3,021 | 1,810 | 4,831 | 2,881 | 1,492 | 4,373 |
| Asia Pacific | 2,251 | 1,644 | 3,895 | 2,303 | 1,124 | 3,427 |
| Total revenues | $ 28,815 | $ 16,512 | $ 45,327 | $ 28,205 | $ 13,886 | $ 42,091 |
| Content License Early Termination | | | | | | (1,023) |
| | | | | | | $ 41,068 |

Revenues recognized in the current and prior-year periods from performance obligations satisfied (or partially satisfied) in previous reporting periods primarily relate to revenues earned on TV/SVOD licenses for titles made available to the licensee in previous reporting periods. For the quarter ended April 1, 2023, $0.7 billion was recognized related to performance obligations satisfied as of December 31, 2022. For the six months ended April 1, 2023, $0.5 billion was recognized related to performance obligations satisfied as of October 1, 2022. For the quarter ended April 2, 2022, $0.4 billion was recognized related to performance obligations satisfied as of January 1, 2022. For the six months ended April 2, 2022, $0.7 billion was recognized related to performance obligations satisfied as of October 2, 2021.

As of April 1, 2023, revenue for unsatisfied performance obligations expected to be recognized in the future is $16 billion, primarily for content and other IP to be made available in the future under existing agreements with merchandise and co-branding licensees and sponsors, television station affiliates, DTC wholesalers, sports sublicensees, and advertisers. Of this amount, we expect to recognize approximately $3 billion in the remainder of fiscal 2023, $5 billion in fiscal 2024, $4 billion in fiscal 2025 and $4 billion thereafter. These amounts include only fixed consideration or minimum guarantees and do not include amounts related to (i) contracts with an original expected term of one year or less (such as most advertising contracts) or (ii) licenses of IP that are solely based on the sales of the licensee.

When the timing of the Company's revenue recognition is different from the timing of customer payments, the Company recognizes either a contract asset (customer payment is subsequent to revenue recognition and subject to the Company satisfying additional performance obligations) or deferred revenue (customer payment precedes the Company satisfying the performance obligations). Consideration due under contracts with payment in arrears is recognized as accounts receivable. Deferred revenues are recognized as (or when) the Company performs under the contract. The Company's contract assets and activity for the current and prior-year periods were not material.

Accounts receivable and deferred revenues from contracts with customers are as follows:

| | April 1, 2023 | October 1, 2022 |
|---|---|---|
| Accounts receivable | | |
| Current | $ 11,189 | $ 10,886 |
| Non-current | 1,153 | 1,226 |
| Allowance for credit losses | (164) | (179) |
| Deferred revenues | | |
| Current | 5,750 | 5,531 |
| Non-current | 870 | 927 |

For the quarter and six months ended April 1, 2023, the Company recognized revenue of $0.9 billion and $4.3 billion, respectively, that was included in the October 1, 2022 deferred revenue balance. For the quarter and six months ended April 2, 2022, the Company recognized revenue of $0.9 billion and $2.8 billion, respectively, that was included in the October 2, 2021

**Ex. 15**
**Page 1671**

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

deferred revenue balance. Amounts deferred generally relate to theme park admissions and vacation packages, DTC subscriptions and advances related to merchandise and TV/SVOD licenses.

We evaluate our allowance for credit losses and estimate collectability of current and non-current accounts receivable based on historical bad debt experience, our assessment of the financial condition of individual companies with which we do business, current market conditions, and reasonable and supportable forecasts of future economic conditions. In times of economic turmoil, our estimates and judgments with respect to the collectability of our receivables are subject to greater uncertainty than in more stable periods.

The Company has accounts receivable with original maturities greater than one year related to the sale of film and television program rights (TV/SVOD licensing) and vacation club properties. These receivables are discounted to present value at contract inception and the related revenues are recognized at the discounted amount. The balance of TV/SVOD licensing receivables recorded in other non-current assets was $0.5 billion at April 1, 2023 and $0.6 billion at October 1, 2022. The balance of vacation club receivables recorded in other non-current assets was $0.6 billion at both April 1, 2023 and October 1, 2022. The allowance for credit losses and activity for the period ended April 1, 2023 was not material.

## 4.  *Other Income (Expense), net*

Other income (expense), net is as follows:

| | Quarter Ended | | | | Six Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | | April 1, 2023 | | April 2, 2022 | |
| DraftKings gain (loss) | $ | 149 | $ | (158) | $ | 79 | $ | (590) |
| Other, net | | — | | — | | 28 | | (4) |
| Other income (expense), net | $ | 149 | $ | (158) | $ | 107 | $ | (594) |

For the quarter and six months ended April 1, 2023, the Company recognized a non-cash gain of $149 million and $79 million, respectively, to adjust its investment in DraftKings, Inc. (DraftKings) to fair value (DraftKings gain (loss)). For the prior-year quarter and six months ended April 2, 2022, the Company recognized a DraftKings loss of $158 million and $590 million, respectively.

## 5.  *Cash, Cash Equivalents, Restricted Cash and Borrowings*

*Cash, Cash Equivalents and Restricted Cash*

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the Condensed Consolidated Balance Sheets to the total of the amounts reported in the Condensed Consolidated Statements of Cash Flows.

| | April 1, 2023 | | October 1, 2022 | |
| --- | --- | --- | --- | --- |
| Cash and cash equivalents | $ | 10,399 | $ | 11,615 |
| Restricted cash included in: | | | | |
| Other current assets | | 3 | | 3 |
| Other assets | | 51 | | 43 |
| Total cash, cash equivalents and restricted cash in the statement of cash flows | $ | 10,453 | $ | 11,661 |

14

THE WALT DISNEY COMPANY
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

*Borrowings*

During the six months ended April 1, 2023, the Company's borrowing activity was as follows:

| | October 1, 2022 | Borrowings | Payments | Other Activity | April 1, 2023 |
|---|---|---|---|---|---|
| Commercial paper with original maturities less than three months | $ 50 | $ 958 | $ — | $ 2 | $ **1,010** |
| Commercial paper with original maturities greater than three months | 1,612 | 2,022 | (2,266) | 9 | **1,377** |
| U.S. dollar denominated notes | 45,091 | — | (1,000) | (69) | **44,022** |
| Asia Theme Parks borrowings | 1,425 | 70 | — | 79 | **1,574** |
| Foreign currency denominated debt and other[1] | 191 | — | — | 344 | **535** |
| | $ 48,369 | $ 3,050 | $ (3,266) | $ 365 | $ **48,518** |

[1]  The other activity is primarily due to market value adjustments for debt with qualifying hedges.

At April 1, 2023, the Company's bank facilities, which are with a syndicate of lenders and support our commercial paper borrowings, were as follows:

| | Committed Capacity | Capacity Used | Unused Capacity |
|---|---|---|---|
| Facility expiring March 2024 | $ 5,250 | $ — | $ 5,250 |
| Facility expiring March 2025 | 3,000 | — | 3,000 |
| Facility expiring March 2027 | 4,000 | — | 4,000 |
| Total | $ 12,250 | $ — | $ 12,250 |

The Company had a $5.25 billion bank facility that was scheduled to expire in March 2023. This facility was refinanced with a new $5.25 billion bank facility maturing in March 2024. All three of the bank facilities allow for borrowings at SOFR-based rates, and at other variable rates for non-U.S. dollar denominated borrowings, plus a fixed spread that varies with the Company's debt ratings assigned by Moody's Investors Service and Standard and Poor's ranging from 0.655% to 1.225%. The bank facilities contain only one financial covenant relating to interest coverage of three times earnings before interest, taxes, depreciation and amortization, including both intangible amortization and amortization of our film and television production and programming costs. On April 1, 2023, the Company met this covenant by a significant margin. The bank facilities specifically exclude certain entities, including the Asia Theme Parks, from any representations, covenants or events of default. The Company also has the ability to issue up to $500 million of letters of credit under the facility expiring in March 2027, which if utilized, reduces available borrowings under this facility. As of April 1, 2023, the Company has $1.9 billion of outstanding letters of credit, of which none were issued under this facility.

*Cruise Ship Credit Facilities*

The Company has credit facilities to finance a significant portion of the contract price of two new cruise ships, which are scheduled to be delivered in fiscal 2025 and fiscal 2026. Under the facilities, $1.1 billion is available beginning in August 2023 and $1.1 billion is available beginning in August 2024. Each tranche of financing may be utilized within a period of 18 months from the initial availability date. If utilized, the interest rates will be fixed at 3.80% and 3.74%, respectively, and the loan and interest will be payable semi-annually over a 12-year period from the borrowing date. Early repayment is permitted subject to cancellation fees.

15

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

*Interest expense, net*

Interest expense (net of amounts capitalized), interest and investment income, and net periodic pension and postretirement benefit costs (other than service costs) (see Note 9) are reported net in the Condensed Consolidated Statements of Income and consist of the following:

| | Quarter Ended | | | | Six Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | April 1, 2023 | | April 2, 2022 | | April 1, 2023 | | April 2, 2022 | |
| Interest expense | $ | (504) | $ | (374) | $ | (969) | $ | (735) |
| Interest and investment income | | 98 | | 3 | | 177 | | 37 |
| Net periodic pension and postretirement benefit costs (other than service costs) | | 84 | | 16 | | 170 | | 32 |
| Interest expense, net | $ | (322) | $ | (355) | $ | (622) | $ | (666) |

Interest and investment income includes gains and losses on certain publicly traded and non-public investments, investment impairments and interest earned on cash and cash equivalents and certain receivables.

## 6. *International Theme Parks*

The Company has a 48% ownership interest in the operations of Hong Kong Disneyland Resort and a 43% ownership interest in the operations of Shanghai Disney Resort. The Asia Theme Parks together with Disneyland Paris are collectively referred to as the International Theme Parks.

The following table summarizes the carrying amounts of the Asia Theme Parks' assets and liabilities included in the Company's Condensed Consolidated Balance Sheets:

| | April 1, 2023 | | October 1, 2022 | |
|---|---|---|---|---|
| Cash and cash equivalents | $ | 387 | $ | 280 |
| Other current assets | | 195 | | 137 |
| Total current assets | | 582 | | 417 |
| Parks, resorts and other property | | 6,419 | | 6,356 |
| Other assets | | 196 | | 161 |
| Total assets | $ | 7,197 | $ | 6,934 |
| | | | | |
| Current liabilities | $ | 450 | $ | 468 |
| Long-term borrowings | | 1,574 | | 1,426 |
| Other long-term liabilities | | 459 | | 395 |
| Total liabilities | $ | 2,483 | $ | 2,289 |

The following table summarizes the International Theme Parks' revenues and costs and expenses included in the Company's Condensed Consolidated Statements of Income for the six months ended April 1, 2023:

| | | |
|---|---|---|
| Revenues | $ | 2,091 |
| Costs and expenses | | (1,995) |
| Equity in the loss of investees | | (2) |

Asia Theme Parks' royalty and management fees of $83 million for the six months ended April 1, 2023 are eliminated in consolidation, but are considered in calculating earnings attributable to noncontrolling interests.

International Theme Parks' cash flows included in the Company's Condensed Consolidated Statements of Cash Flows for the six months ended April 1, 2023 were $509 million provided by operating activities, $483 million used in investing activities and $78 million provided by financing activities.

16

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

*Hong Kong Disneyland Resort*

The Government of the Hong Kong Special Administrative Region (HKSAR) and the Company have a 52% and a 48% equity interest in Hong Kong Disneyland Resort, respectively.

The Company and HKSAR have provided loans to Hong Kong Disneyland Resort with outstanding balances of $157 million and $105 million, respectively. The interest rate on both loans is three month HIBOR plus 2%, and the maturity date is September 2025. The Company's loan is eliminated in consolidation.

The Company has provided Hong Kong Disneyland Resort with a revolving credit facility of HK $2.7 billion ($344 million), which bears interest at a rate of three month HIBOR plus 1.25% and matures in December 2028. The outstanding balance under the line of credit at April 1, 2023 was $230 million. The Company's line of credit is eliminated in consolidation.

*Shanghai Disney Resort*

Shanghai Shendi (Group) Co., Ltd (Shendi) and the Company have 57% and 43% equity interests in Shanghai Disney Resort, respectively. A management company, in which the Company has a 70% interest and Shendi a 30% interest, operates Shanghai Disney Resort.

The Company has provided Shanghai Disney Resort with loans totaling $945 million, bearing interest at rates up to 8% and maturing in 2036, with early repayment permitted. The Company has also provided Shanghai Disney Resort with a 1.9 billion yuan (approximately $0.3 billion) line of credit bearing interest at 8%. As of April 1, 2023, the total amount outstanding under the line of credit was 1.2 billion yuan (approximately $180 million). These balances are eliminated in consolidation.

Shendi has provided Shanghai Disney Resort with loans totaling 8.5 billion yuan (approximately $1.2 billion), bearing interest at rates up to 8% and maturing in 2036, with early repayment permitted. Shendi has also provided Shanghai Disney Resort with a 2.6 billion yuan (approximately $0.4 billion) line of credit bearing interest at 8%. As of April 1, 2023 the total amount outstanding under the line of credit was 1.6 billion yuan (approximately $238 million).

## 7. *Produced and Acquired/Licensed Content Costs and Advances*

The Company classifies its capitalized produced and acquired/licensed content costs as long-term assets and classifies advances for live programming rights made prior to the live event as short-term assets. For purposes of amortization and impairment, the capitalized content costs are classified based on their predominant monetization strategy as follows:

- Individual - lifetime value is predominantly derived from third-party revenues that are directly attributable to the specific film or television title (e.g. theatrical revenues or sales to third-party television programmers)
- Group - lifetime value is predominantly derived from third-party revenues that are attributable only to a bundle of titles (e.g. subscription revenue for a DTC service or affiliate fees for a cable television network)

Total capitalized produced and licensed content by predominant monetization strategy is as follows:

|  | As of April 1, 2023 | | | As of October 1, 2022 | | |
|---|---|---|---|---|---|---|
|  | Predominantly Monetized Individually | Predominantly Monetized as a Group | **Total** | Predominantly Monetized Individually | Predominantly Monetized as a Group | Total |
| Produced content |  |  |  |  |  |  |
| Released, less amortization | $ 4,996 | $ 14,005 | $ **19,001** | $ 4,639 | $ 12,688 | $ 17,327 |
| Completed, not released | 130 | 1,540 | **1,670** | 214 | 2,019 | 2,233 |
| In-process | 3,992 | 7,793 | **11,785** | 5,041 | 6,793 | 11,834 |
| In development or pre-production | 343 | 251 | **594** | 372 | 254 | 626 |
|  | $ 9,461 | $ 23,589 | **33,050** | $ 10,266 | $ 21,754 | 32,020 |
| Licensed content - Television programming rights and advances |  |  | **5,771** |  |  | 5,647 |
| Total produced and licensed content |  |  | $ **38,821** |  |  | $ 37,667 |
|  |  |  |  |  |  |  |
| Current portion |  |  | $ **1,872** |  |  | $ 1,890 |
| Non-current portion |  |  | $ **36,949** |  |  | $ 35,777 |

17

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

Amortization of produced and licensed content is as follows:

| | Quarter Ended | | | | Six Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | | April 1, 2023 | | April 2, 2022 | |
| Produced content | | | | | | | | |
| Predominantly monetized individually | $ | 1,006 | $ | 838 | $ | 2,163 | $ | 1,871 |
| Predominantly monetized as a group | | 1,952 | | 1,503 | | 4,112 | | 3,121 |
| | | 2,958 | | 2,341 | | 6,275 | | 4,992 |
| Licensed programming rights and advances | | 3,196 | | 2,839 | | 7,735 | | 7,650 |
| Total produced and licensed content costs[1] | $ | 6,154 | $ | 5,180 | $ | 14,010 | $ | 12,642 |

[1] Primarily included in "Costs of services" in the Condensed Consolidated Statements of Income.

## 8. *Income Taxes*

*Unrecognized Tax Benefits*

During the six months ended April 1, 2023, the Company increased its gross unrecognized tax benefits (before interest and penalties) by $0.2 billion to $2.7 billion. In the next twelve months, it is reasonably possible that our unrecognized tax benefits could change due to resolutions of open tax matters, which would reduce our unrecognized tax benefits by $0.1 billion.

*California Disaster Relief*

Pursuant to relief provided to certain taxpayers by the Internal Revenue Service and California State Board of Equalization as a result of winter storms in California, the Company is permitted to defer payment of fiscal 2023 federal and California state tax payments until October 16, 2023.

## 9. *Pension and Other Benefit Programs*

The components of net periodic benefit cost (income) are as follows:

| | Pension Plans | | | | | | | | Postretirement Medical Plans | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Quarter Ended | | | | Six Months Ended | | | | Quarter Ended | | | | Six Months Ended | | | |
| | April 1, 2023 | | April 2, 2022 | | April 1, 2023 | | April 2, 2022 | | April 1, 2023 | | April 2, 2022 | | April 1, 2023 | | April 2, 2022 | |
| Service costs | $ | 63 | $ | 102 | $ | 128 | $ | 202 | $ | 2 | $ | 3 | $ | 3 | $ | 5 |
| Other costs (benefits): | | | | | | | | | | | | | | | | |
| Interest costs | | 195 | | 126 | | 391 | | 250 | | 21 | | 13 | | 41 | | 26 |
| Expected return on plan assets | | (287) | | (294) | | (575) | | (587) | | (15) | | (14) | | (30) | | (29) |
| Amortization of previously deferred service costs | | 3 | | 1 | | 5 | | 2 | | — | | — | | — | | — |
| Recognized net actuarial loss | | 4 | | 145 | | 9 | | 292 | | (5) | | 7 | | (11) | | 14 |
| Total other costs (benefits) | | (85) | | (22) | | (170) | | (43) | | 1 | | 6 | | — | | 11 |
| Net periodic benefit cost (income) | $ | (22) | $ | 80 | $ | (42) | $ | 159 | $ | 3 | $ | 9 | $ | 3 | $ | 16 |

During the six months ended April 1, 2023, the Company did not make any material contributions to its pension and postretirement medical plans and does not currently expect to make any material contributions for the remainder of fiscal 2023. Final minimum funding requirements for fiscal 2023 will be determined based on a January 1, 2023 funding actuarial valuation, which is expected to be received in the fourth quarter of fiscal 2023.

18

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

**10.** *Earnings Per Share*

Diluted earnings per share amounts are based upon the weighted average number of common and common equivalent shares outstanding during the period and are calculated using the treasury stock method for equity-based compensation awards (Awards). A reconciliation of the weighted average number of common and common equivalent shares outstanding and the number of Awards excluded from the diluted earnings per share calculation, as they were anti-dilutive, are as follows:

|  | Quarter Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 |
| Shares (in millions): |  |  |  |  |
| Weighted average number of common and common equivalent shares outstanding (basic) | 1,828 | 1,822 | 1,827 | 1,820 |
| Weighted average dilutive impact of Awards | 3 | 6 | 2 | 8 |
| Weighted average number of common and common equivalent shares outstanding (diluted) | 1,831 | 1,828 | 1,829 | 1,828 |
| Awards excluded from diluted earnings per share | 25 | 9 | 25 | 6 |

19

**Ex. 15**
**Page 1677**

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

## 11. *Equity*

The following tables summarize the changes in each component of accumulated other comprehensive income (loss) (AOCI) including our proportional share of equity method investee amounts:

| AOCI, before tax | Market Value Adjustments for Hedges | | Unrecognized Pension and Postretirement Medical Expense | | Foreign Currency Translation and Other | | AOCI | |
|---|---|---|---|---|---|---|---|---|
| **Second quarter of fiscal 2023** | | | | | | | | |
| Balance at December 31, 2022 | $ | 111 | $ | (3,769) | $ | (1,826) | $ | (5,484) |
| Quarter Ended April 1, 2023: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | 7 | | 71 | | 125 | | 203 |
| Reclassifications of realized net (gains) losses to net income | | (116) | | 1 | | — | | (115) |
| **Balance at April 1, 2023** | $ | **2** | $ | **(3,697)** | $ | **(1,701)** | $ | **(5,396)** |
| | | | | | | | | |
| **Second quarter of fiscal 2022** | | | | | | | | |
| Balance at January 1, 2022 | $ | (83) | $ | (6,823) | $ | (1,084) | $ | (7,990) |
| Quarter Ended April 2, 2022: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | 53 | | — | | (196) | | (143) |
| Reclassifications of realized net (gains) losses to net income | | (21) | | 155 | | — | | 134 |
| Balance at April 2, 2022 | $ | (51) | $ | (6,668) | $ | (1,280) | $ | (7,999) |
| | | | | | | | | |
| **Six months ended fiscal 2023** | | | | | | | | |
| Balance at October 1, 2022 | $ | 804 | $ | (3,770) | $ | (2,014) | $ | (4,980) |
| Six Months Ended April 1, 2023: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | (468) | | 71 | | 271 | | (126) |
| Reclassifications of realized net (gains) losses to net income | | (334) | | 2 | | 42 | | (290) |
| **Balance at April 1, 2023** | $ | **2** | $ | **(3,697)** | $ | **(1,701)** | $ | **(5,396)** |
| | | | | | | | | |
| **Six months ended fiscal 2022** | | | | | | | | |
| Balance at October 2, 2021 | $ | (152) | $ | (7,025) | $ | (1,047) | $ | (8,224) |
| Six Months Ended April 2, 2022: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | 140 | | 47 | | (233) | | (46) |
| Reclassifications of realized net (gains) losses to net income | | (39) | | 310 | | — | | 271 |
| Balance at April 2, 2022 | $ | (51) | $ | (6,668) | $ | (1,280) | $ | (7,999) |

**Ex. 15**
**Page 1678**

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

| Tax on AOCI | Market Value Adjustments for Hedges | | Unrecognized Pension and Postretirement Medical Expense | | Foreign Currency Translation and Other | | AOCI | |
|---|---|---|---|---|---|---|---|---|
| ***Second quarter of fiscal 2023*** | | | | | | | | |
| Balance at December 31, 2022 | $ | (28) | $ | 901 | $ | 133 | $ | 1,006 |
| Quarter Ended April 1, 2023: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | — | | (16) | | (10) | | (26) |
| Reclassifications of realized net (gains) losses to net income | | 27 | | — | | — | | 27 |
| **Balance at April 1, 2023** | **$** | **(1)** | **$** | **885** | **$** | **123** | **$** | **1,007** |
| | | | | | | | | |
| ***Second quarter of fiscal 2022*** | | | | | | | | |
| Balance at January 1, 2022 | $ | 23 | $ | 1,606 | $ | 85 | $ | 1,714 |
| Quarter Ended April 2, 2022: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | (9) | | — | | 13 | | 4 |
| Reclassifications of realized net (gains) losses to net income | | 5 | | (36) | | — | | (31) |
| Balance at April 2, 2022 | $ | 19 | $ | 1,570 | $ | 98 | $ | 1,687 |
| | | | | | | | | |
| ***Six months ended fiscal 2023*** | | | | | | | | |
| Balance at October 1, 2022 | $ | (179) | $ | 901 | $ | 139 | $ | 861 |
| Six Months Ended April 1, 2023: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | 100 | | (16) | | (2) | | 82 |
| Reclassifications of realized net (gains) losses to net income | | 78 | | — | | (14) | | 64 |
| **Balance at April 1, 2023** | **$** | **(1)** | **$** | **885** | **$** | **123** | **$** | **1,007** |
| | | | | | | | | |
| ***Six months ended fiscal 2022*** | | | | | | | | |
| Balance at October 2, 2021 | $ | 42 | $ | 1,653 | $ | 89 | $ | 1,784 |
| Six Months Ended April 2, 2022: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | (32) | | (11) | | 9 | | (34) |
| Reclassifications of realized net (gains) losses to net income | | 9 | | (72) | | — | | (63) |
| Balance at April 2, 2022 | $ | 19 | $ | 1,570 | $ | 98 | $ | 1,687 |

21

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

| AOCI, after tax | Market Value Adjustments for Hedges | | Unrecognized Pension and Postretirement Medical Expense | | Foreign Currency Translation and Other | | AOCI | |
|---|---|---|---|---|---|---|---|---|
| ***Second quarter of fiscal 2023*** | | | | | | | | |
| Balance at December 31, 2022 | $ | 83 | $ | (2,868) | $ | (1,693) | $ | (4,478) |
| Quarter Ended April 1, 2023: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | 7 | | 55 | | 115 | | 177 |
| Reclassifications of realized net (gains) losses to net income | | (89) | | 1 | | — | | (88) |
| **Balance at April 1, 2023** | **$** | **1** | **$** | **(2,812)** | **$** | **(1,578)** | **$** | **(4,389)** |
| | | | | | | | | |
| ***Second quarter of fiscal 2022*** | | | | | | | | |
| Balance at January 1, 2022 | $ | (60) | $ | (5,217) | $ | (999) | $ | (6,276) |
| Quarter Ended April 2, 2022: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | 44 | | — | | (183) | | (139) |
| Reclassifications of realized net (gains) losses to net income | | (16) | | 119 | | — | | 103 |
| Balance at April 2, 2022 | $ | (32) | $ | (5,098) | $ | (1,182) | $ | (6,312) |
| | | | | | | | | |
| ***Six months ended fiscal 2023*** | | | | | | | | |
| Balance at October 1, 2022 | $ | 625 | $ | (2,869) | $ | (1,875) | $ | (4,119) |
| Six Months Ended April 1, 2023: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | (368) | | 55 | | 269 | | (44) |
| Reclassifications of realized net (gains) losses to net income | | (256) | | 2 | | 28 | | (226) |
| **Balance at April 1, 2023** | **$** | **1** | **$** | **(2,812)** | **$** | **(1,578)** | **$** | **(4,389)** |
| | | | | | | | | |
| ***Six months ended fiscal 2022*** | | | | | | | | |
| Balance at October 2, 2021 | $ | (110) | $ | (5,372) | $ | (958) | $ | (6,440) |
| Six Months Ended April 2, 2022: | | | | | | | | |
| Unrealized gains (losses) arising during the period | | 108 | | 36 | | (224) | | (80) |
| Reclassifications of realized net (gains) losses to net income | | (30) | | 238 | | — | | 208 |
| Balance at April 2, 2022 | $ | (32) | $ | (5,098) | $ | (1,182) | $ | (6,312) |

22

**THE WALT DISNEY COMPANY**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

(unaudited; tabular dollars in millions, except for per share data)

Details about AOCI components reclassified to net income are as follows:

| Gain (loss) in net income: | Affected line item in the Condensed Consolidated Statements of Operations: | Quarter Ended | | Six Months Ended | |
|---|---|---|---|---|---|
| | | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 |
| Market value adjustments, primarily cash flow hedges | Primarily revenue | $ 116 | $ 21 | $ 334 | $ 39 |
| Estimated tax | Income taxes | (27) | (5) | (78) | (9) |
| | | 89 | 16 | 256 | 30 |
| Pension and postretirement medical expense | Interest expense, net | (1) | (155) | (2) | (310) |
| Estimated tax | Income taxes | — | 36 | — | 72 |
| | | (1) | (119) | (2) | (238) |
| Foreign currency translation and other | Restructuring and impairment charges | — | — | (42) | — |
| Estimated tax | Income taxes | — | — | 14 | — |
| | | — | — | (28) | — |
| Total reclassifications for the period | | $ 88 | $ (103) | $ 226 | $ (208) |

## 12. *Equity-Based Compensation*

Compensation expense related to stock options and restricted stock units (RSUs) is as follows:

| | Quarter Ended | | Six Months Ended | |
|---|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 |
| Stock options | $ 20 | $ 21 | $ 39 | $ 45 |
| RSUs | 280 | 233 | 531 | 405 |
| Total equity-based compensation expense[1] | $ 300 | $ 254 | $ 570 | $ 450 |
| Equity-based compensation expense capitalized during the period | $ 37 | $ 40 | $ 73 | $ 70 |

[1] Equity-based compensation expense is net of capitalized equity-based compensation and estimated forfeitures and excludes amortization of previously capitalized equity-based compensation costs.

Unrecognized compensation cost related to unvested stock options and RSUs was $96 million and $1.9 billion, respectively, as of April 1, 2023.

During the six months ended April 1, 2023 and April 2, 2022, the weighted average grant date fair values for options granted were $34.72 and $47.39, respectively, and for RSUs were $92.07 and $148.75, respectively.

During the six months ended April 1, 2023, the Company made equity compensation grants consisting of 1.6 million stock options and 9.7 million RSUs.

## 13. *Commitments and Contingencies*

*Legal Matters*

The Company, together with, in some instances, certain of its directors and officers, is a defendant in various legal actions involving copyright, breach of contract and various other claims incident to the conduct of its businesses. Management does not believe that the Company has incurred a probable material loss by reason of any of those actions.

23

THE WALT DISNEY COMPANY
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

## 14. *Fair Value Measurements*

Fair value is defined as the amount that would be received for selling an asset or paid to transfer a liability in an orderly transaction between market participants and is generally classified in one of the following categories:

Level 1 - Quoted prices for identical instruments in active markets

Level 2 - Quoted prices for similar instruments in active markets; quoted prices for identical or similar instruments in markets that are not active; and model-derived valuations in which all significant inputs and significant value drivers are observable in active markets

Level 3 - Valuations derived from valuation techniques in which one or more significant inputs or significant value drivers are unobservable

The Company's assets and liabilities measured at fair value are summarized in the following tables by fair value measurement Level:

| | Fair Value Measurement at April 1, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Assets | | | | |
| Investments | $ 393 | $ — | $ — | $ 393 |
| Derivatives | | | | |
| Foreign exchange | — | 1,074 | — | 1,074 |
| Other | — | 22 | — | 22 |
| Liabilities | | | | |
| Derivatives | | | | |
| Interest rate | — | (1,523) | — | (1,523) |
| Foreign exchange | — | (807) | — | (807) |
| Other | — | (6) | — | (6) |
| Other | — | (448) | — | (448) |
| Total recorded at fair value | $ 393 | $ (1,688) | $ — | $ (1,295) |
| Fair value of borrowings | $ — | $ 44,506 | $ 1,663 | $ 46,169 |

| | Fair Value Measurement at October 1, 2022 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Assets | | | | |
| Investments | $ 308 | $ — | $ — | $ 308 |
| Derivatives | | | | |
| Interest rate | — | 1 | — | 1 |
| Foreign exchange | — | 2,223 | — | 2,223 |
| Other | — | 10 | — | 10 |
| Liabilities | | | | |
| Derivatives | | | | |
| Interest rate | — | (1,783) | — | (1,783) |
| Foreign exchange | — | (1,239) | — | (1,239) |
| Other | — | (31) | — | (31) |
| Other | — | (354) | — | (354) |
| Total recorded at fair value | $ 308 | $ (1,173) | $ — | $ (865) |
| Fair value of borrowings | $ — | $ 42,509 | $ 1,510 | $ 44,019 |

The fair values of Level 2 derivatives are primarily determined by internal discounted cash flow models that use observable inputs such as interest rates, yield curves and foreign currency exchange rates. Counterparty credit risk, which is

24

**THE WALT DISNEY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

mitigated by master netting agreements and collateral posting arrangements with certain counterparties, had an impact on derivative fair value estimates that was not material.

Level 2 other liabilities are primarily arrangements that are valued based on the fair value of underlying investments, which are generally measured using Level 1 and Level 2 fair value techniques.

Level 2 borrowings, which include commercial paper, U.S. dollar denominated notes and certain foreign currency denominated borrowings, are valued based on quoted prices for similar instruments in active markets or identical instruments in markets that are not active.

Level 3 borrowings include the Asia Theme Park borrowings, which are valued based on the current borrowing cost and credit risk of the Asia Theme Parks as well as prevailing market interest rates.

The Company's financial instruments also include cash, cash equivalents, receivables and accounts payable. The carrying values of these financial instruments approximate the fair values.

## 15. *Derivative Instruments*

The Company manages its exposure to various risks relating to its ongoing business operations according to a risk management policy. The primary risks managed with derivative instruments are interest rate risk and foreign exchange risk.

The Company's derivative positions measured at fair value are summarized in the following tables:

| | As of April 1, 2023 | | | |
|---|---|---|---|---|
| | Current Assets | Other Assets | Other Current Liabilities | Other Long-Term Liabilities |
| Derivatives designated as hedges | | | | |
| Foreign exchange | $ 518 | $ 326 | $ (229) | $ (90) |
| Interest rate | — | — | (1,523) | — |
| Other | 3 | 1 | (5) | (1) |
| Derivatives not designated as hedges | | | | |
| Foreign exchange | 226 | 4 | (424) | (64) |
| Other | 18 | — | — | — |
| Gross fair value of derivatives | 765 | 331 | (2,181) | (155) |
| Counterparty netting | (630) | (221) | 760 | 91 |
| Cash collateral (received) paid | (55) | (5) | 1,382 | 51 |
| Net derivative positions | $ 80 | $ 105 | $ (39) | $ (13) |

| | As of October 1, 2022 | | | |
|---|---|---|---|---|
| | Current Assets | Other Assets | Other Current Liabilities | Other Long-Term Liabilities |
| Derivatives designated as hedges | | | | |
| Foreign exchange | $ 864 | $ 786 | $ (228) | $ (350) |
| Interest rate | — | 1 | (1,783) | — |
| Other | 10 | — | (4) | — |
| Derivatives not designated as hedges | | | | |
| Foreign exchange | 336 | 247 | (374) | (287) |
| Other | — | — | (27) | — |
| Gross fair value of derivatives | 1,210 | 1,034 | (2,416) | (637) |
| Counterparty netting | (831) | (715) | 1,070 | 476 |
| Cash collateral (received) paid | (341) | (151) | 1,282 | 96 |
| Net derivative positions | $ 38 | $ 168 | $ (64) | $ (65) |

**Ex. 15**
**Page 1683**

THE WALT DISNEY COMPANY
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

*Interest Rate Risk Management*

The Company is exposed to the impact of interest rate changes primarily through its borrowing activities. The Company's objective is to mitigate the impact of interest rate changes on earnings and cash flows and on the market value of its borrowings. In accordance with its policy, the Company targets its fixed-rate debt as a percentage of its net debt between a minimum and maximum percentage. The Company primarily uses pay-floating and pay-fixed interest rate swaps to facilitate its interest rate risk management activities.

The Company designates pay-floating interest rate swaps as fair value hedges of fixed-rate borrowings effectively converting fixed-rate borrowings to variable-rate borrowings. The total notional amount of the Company's pay-floating interest rate swaps at April 1, 2023 and October 1, 2022, was $13.5 billion and $14.5 billion, respectively.

The following table summarizes fair value hedge adjustments to hedged borrowings:

| | Carrying Amount of Hedged Borrowings | | Fair Value Adjustments Included in Hedged Borrowings | |
| --- | --- | --- | --- | --- |
| | April 1, 2023 | October 1, 2022 | April 1, 2023 | October 1, 2022 |
| Borrowings: | | | | |
| Current | $ — | $ 997 | $ — | $ (3) |
| Long-term | 12,708 | 12,358 | (1,431) | (1,733) |
| | $ 12,708 | $ 13,355 | $ (1,431) | $ (1,736) |

The following amounts are included in "Interest expense, net" in the Condensed Consolidated Statements of Income:

| | Quarter Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 |
| Gain (loss) on: | | | | |
| Pay-floating swaps | $ 235 | $ (741) | $ 306 | $ (919) |
| Borrowings hedged with pay-floating swaps | (235) | 741 | (306) | 919 |
| Benefit (expense) associated with interest accruals on pay-floating swaps | (125) | 33 | (220) | 70 |

The Company may designate pay-fixed interest rate swaps as cash flow hedges of interest payments on floating-rate borrowings. Pay-fixed interest rate swaps effectively convert floating-rate borrowings to fixed-rate borrowings. The unrealized gains or losses from these cash flow hedges are deferred in AOCI and recognized in interest expense as the interest payments occur. The Company did not have pay-fixed interest rate swaps that were designated as cash flow hedges of interest payments at April 1, 2023 or at October 1, 2022, and gains and losses related to pay fixed interest rate swaps recognized in earnings for the quarters and six-month periods ended April 1, 2023 and April 2, 2022 were not material.

*Foreign Exchange Risk Management*

The Company transacts business globally and is subject to risks associated with changing foreign currency exchange rates. The Company's objective is to reduce earnings and cash flow fluctuations associated with foreign currency exchange rate changes, enabling management to focus on core business issues and challenges.

The Company enters into option and forward contracts that change in value as foreign currency exchange rates change to protect the value of its existing foreign currency assets, liabilities, firm commitments and forecasted but not firmly committed foreign currency transactions. In accordance with policy, the Company hedges its forecasted foreign currency transactions for periods generally not to exceed four years within an established minimum and maximum range of annual exposure. The gains and losses on these contracts offset changes in the U.S. dollar equivalent value of the related forecasted transaction, asset, liability or firm commitment. The principal currencies hedged are the euro, Japanese yen, British pound, Chinese yuan and Canadian dollar. Cross-currency swaps are used to effectively convert foreign currency denominated borrowings into U.S. dollar denominated borrowings.

26

# THE WALT DISNEY COMPANY
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(unaudited; tabular dollars in millions, except for per share data)

The Company designates foreign exchange forward and option contracts as cash flow hedges of firmly committed and forecasted foreign currency transactions. As of April 1, 2023 and October 1, 2022, the notional amounts of the Company's net foreign exchange cash flow hedges were $8.4 billion and $7.4 billion, respectively. Mark-to-market gains and losses on these contracts are deferred in AOCI and are recognized in earnings when the hedged transactions occur, offsetting changes in the value of the foreign currency transactions. Net deferred gains recorded in AOCI for contracts that will mature in the next twelve months total $244 million. The following table summarizes the effect of foreign exchange cash flow hedges on AOCI:

|  | Quarter Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 |
| Gain (loss) recognized in Other Comprehensive Income | $ 15 | $ 42 | $ (487) | $ 121 |
| Gain (loss) reclassified from AOCI into the Statements of Operations[1] | 116 | 13 | 338 | 26 |

[1] Primarily recorded in revenue.

The Company designates cross currency swaps as fair value hedges of foreign currency denominated borrowings. The impact from the change in foreign currency on both the cross currency swap and borrowing is recorded to "Interest expense, net." The impact from interest rate changes is recorded in AOCI and is amortized over the life of the cross currency swap. As of April 1, 2023 and October 1, 2022, the total notional amounts of the Company's designated cross currency swaps were Canadian $1.3 billion ($1.0 billion) and Canadian $1.3 billion ($0.9 billion), respectively. The related gains or losses recognized in earnings were not material for the quarters and six-month periods ended April 1, 2023 and April 2, 2022.

Foreign exchange risk management contracts with respect to foreign currency denominated assets and liabilities are not designated as hedges and do not qualify for hedge accounting. The net notional amounts of these foreign exchange contracts at April 1, 2023 and October 1, 2022 were $4.3 billion and $3.8 billion, respectively. The following table summarizes the net foreign exchange gains or losses recognized on foreign currency denominated assets and liabilities and the net foreign exchange gains or losses on the foreign exchange contracts we entered into to mitigate our exposure with respect to foreign currency denominated assets and liabilities by the corresponding line item in which they are recorded in the Condensed Consolidated Statements of Income:

| Quarter Ended: | Costs and Expenses | | Interest expense, net | | Income Tax Expense | |
|---|---|---|---|---|---|---|
|  | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 |
| Net gains (losses) on foreign currency denominated assets and liabilities | $ 15 | $ (82) | $ (2) | $ (13) | $ (21) | $ 37 |
| Net gains (losses) on foreign exchange risk management contracts not designated as hedges | (47) | 37 | 1 | 10 | 17 | (35) |
| Net gains (losses) | $ (32) | $ (45) | $ (1) | $ (3) | $ (4) | $ 2 |
| **Six Months Ended:** | | | | | | |
| Net gains (losses) on foreign currency denominated assets and liabilities | $ 160 | $ (145) | $ (20) | $ (12) | $ (109) | $ 45 |
| Net gains (losses) on foreign exchange risk management contracts not designated as hedges | (260) | 70 | 19 | 10 | 87 | (43) |
| Net gains (losses) | $ (100) | $ (75) | $ (1) | $ (2) | $ (22) | $ 2 |

*Commodity Price Risk Management*

The Company is subject to the volatility of commodities prices and the Company designates certain commodity forward contracts as cash flow hedges of forecasted commodity purchases. Mark-to-market gains and losses on these contracts are deferred in AOCI and are recognized in earnings when the hedged transactions occur, offsetting changes in the value of commodity purchases. The notional amount of these commodities contracts at April 1, 2023 and October 1, 2022 and related gains or losses recognized in earnings for the quarters and six-month periods ended April 1, 2023 and April 2, 2022 were not material.

27

THE WALT DISNEY COMPANY
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited; tabular dollars in millions, except for per share data)

*Risk Management – Other Derivatives Not Designated as Hedges*

The Company enters into certain other risk management contracts that are not designated as hedges and do not qualify for hedge accounting. These contracts, which include certain total return swap contracts, are intended to offset economic exposures of the Company and are carried at market value with any changes in value recorded in earnings. The notional amounts of these contracts at both April 1, 2023 and October 1, 2022 were $0.4 billion. The related gains or losses recognized in earnings were not material for the quarters and six-month periods ended April 1, 2023 and April 2, 2022.

*Contingent Features and Cash Collateral*

The Company has master netting arrangements by counterparty with respect to certain derivative financial instrument contracts. The Company may be required to post collateral in the event that a net liability position with a counterparty exceeds limits defined by contract and that vary with the Company's credit rating. In addition, these contracts may require a counterparty to post collateral to the Company in the event that a net receivable position with a counterparty exceeds limits defined by contract and that vary with the counterparty's credit rating. If the Company's or the counterparty's credit ratings were to fall below investment grade, such counterparties or the Company would also have the right to terminate our derivative contracts, which could lead to a net payment to or from the Company for the aggregate net value by counterparty of our derivative contracts. The aggregate fair values of derivative instruments with credit-risk-related contingent features in a net liability position by counterparty were $1.5 billion at both April 1, 2023 and October 1, 2022.

## 16. *Restructuring and Impairment Charges*

The quarter ended April 1, 2023 included charges of $152 million primarily for severance costs. The six months ended April 1, 2023 included charges of $221 million primarily for severance costs and costs related to exiting our businesses in Russia. The quarter and six months ended April 2, 2022 included charges of $195 million due to the impairment of an intangible asset related to the Disney Channel in Russia. These charges are recorded in "Restructuring and impairment charges" in the Condensed Consolidated Statements of Income.

## 17. *New Accounting Pronouncements*

**Accounting Pronouncements Not Yet Adopted**

*Disclosures by Business Entities about Government Assistance*

In November 2021, the FASB issued guidance requiring annual disclosures about transactions with a government that are accounted for by analogizing to a grant or contribution accounting model, including: the nature of the transactions, the accounting for the transactions, and the effect of the transactions on the financial statements. The guidance is effective for annual periods beginning with the Company's 2023 fiscal year. While the guidance will not have an effect on the Company's Consolidated Statements of Operations or Consolidated Balance Sheets upon adoption in the fourth quarter of fiscal 2023, the Company may need to provide disclosures related to content production incentives, which are the most significant type of government assistance we receive.

28

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Item 2: Management's Discussion and Analysis of Financial Condition and Results of Operations**

**SIGNIFICANT DEVELOPMENTS**

*Leadership Change and Restructuring*

On November 20, 2022, Robert A. Iger returned to the Company as Chief Executive Officer ("CEO") and Director. Mr. Iger previously spent more than four decades at the Company, including 15 years as CEO. Mr. Iger agreed to serve as CEO through the end of calendar 2024, with a mandate from the Company's Board of Directors "to set the strategic direction for renewed growth and to work closely with the Board in developing a successor to lead the Company at the completion of his term."

Mr. Iger formed a committee to advise him on a new organizational structure and operational changes within the Company to address the Board's goals. In February 2023, the Company announced that it will be reorganized into three business segments: Disney Entertainment, ESPN and Disney Parks, Experiences and Products. We anticipate reporting under the new structure by the end of the fiscal year, at which time we will have implemented changes to our financial processes to reflect the reorganization. The new organizational structure and operational changes have resulted in restructuring and impairment charges and may result in additional charges.

The Company is also in the process of reviewing content, primarily on our DTC services, for alignment with a strategic change in our approach to content curation and, as a result, will remove certain content from our platforms. We currently expect to take an impairment charge of approximately $1.5 billion to $1.8 billion, which will largely be recognized in the third quarter of fiscal 2023 as we complete the review and remove the content. The Company does not expect any material cash expenditures in connection with this content impairment charge.

**ORGANIZATION OF INFORMATION**

Management's Discussion and Analysis provides a narrative of the Company's financial performance and condition that should be read in conjunction with the accompanying financial statements. It includes the following sections:

- Consolidated Results
- Current Quarter Results Compared to Prior-Year Quarter
- Current Six-Month Period Results Compared to Prior-Year Six-Month Period
- Seasonality
- Business Segment Results
- Corporate and Unallocated Shared Expenses
- Financial Condition
- Supplemental Guarantor Financial Information
- Commitments and Contingencies
- Other Matters
- Market Risk

29

**Ex. 15
Page 1687**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

## CONSOLIDATED RESULTS

| (in millions, except per share data) | Quarter Ended | | % Change Better (Worse) | Six Months Ended | | % Change Better (Worse) |
| --- | --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | April 2, 2022 | | April 1, 2023 | April 2, 2022 | |
| Revenues: | | | | | | |
| Services | $ 19,586 | $ 17,212 | 14 % | $ 40,583 | $ 36,754 | 10 % |
| Products | 2,229 | 2,037 | 9 % | 4,744 | 4,314 | 10 % |
| Total revenues | 21,815 | 19,249 | 13 % | 45,327 | 41,068 | 10 % |
| Costs and expenses: | | | | | | |
| Cost of services (exclusive of depreciation and amortization) | (13,160) | (11,330) | (16) % | (27,941) | (24,491) | (14) % |
| Cost of products (exclusive of depreciation and amortization) | (1,456) | (1,264) | (15) % | (3,061) | (2,670) | (15) % |
| Selling, general, administrative and other | (3,614) | (3,768) | 4 % | (7,441) | (7,555) | 2 % |
| Depreciation and amortization | (1,310) | (1,287) | (2) % | (2,616) | (2,556) | (2) % |
| Total costs and expenses | (19,540) | (17,649) | (11) % | (41,059) | (37,272) | (10) % |
| Restructuring and impairment charges | (152) | (195) | 22 % | (221) | (195) | (13) % |
| Other income (expense), net | 149 | (158) | nm | 107 | (594) | nm |
| Interest expense, net | (322) | (355) | 9 % | (622) | (666) | 7 % |
| Equity in the income of investees | 173 | 210 | (18) % | 364 | 449 | (19) % |
| Income from continuing operations before income taxes | 2,123 | 1,102 | 93 % | 3,896 | 2,790 | 40 % |
| Income taxes on continuing operations | (635) | (505) | (26) % | (1,047) | (993) | (5) % |
| Net income from continuing operations | 1,488 | 597 | >100 % | 2,849 | 1,797 | 59 % |
| Loss from discontinued operations, net of income tax benefit of $0, $0, $0 and $14, respectively | — | — | nm | — | (48) | — % |
| Net income | 1,488 | 597 | >100 % | 2,849 | 1,749 | 63 % |
| Net income from continuing operations attributable to noncontrolling interests | (217) | (127) | (71) % | (299) | (175) | (71) % |
| Net income attributable to Disney | $ 1,271 | $ 470 | >100 % | $ 2,550 | $ 1,574 | 62 % |
| Diluted earnings per share from continuing operations attributable to Disney | $ 0.69 | $ 0.26 | >100 % | $ 1.39 | $ 0.89 | 56 % |

## CURRENT QUARTER RESULTS COMPARED TO PRIOR-YEAR QUARTER

Revenues for the quarter increased 13%, or $2.6 billion, to $21.8 billion; net income attributable to Disney increased to $1.3 billion from $0.5 billion; and diluted earnings per share from continuing operations attributable to Disney (EPS) increased to $0.69 from $0.26 in the prior-year quarter. The EPS increase resulted from the comparison to a revenue reduction for the Content License Early Termination in the prior-year quarter, growth in operating income at DPEP, and an investment gain in the current quarter compared to an investment loss in the prior-year quarter. These increases were partially offset by a decrease in operating income at DMED.

**Revenues**

Service revenues for the quarter increased 14%, or $2.4 billion, to $19.6 billion resulting from the comparison to the revenue reduction for the Content License Early Termination in the prior-year quarter, growth at our theme parks and resorts, higher DTC subscription revenue and an increase in theatrical distribution revenue. The increase at theme parks and resorts was due to higher volumes and guest spending growth. The increase in DTC subscription revenue was due to subscriber growth and higher rates. These increases were partially offset by lower advertising revenue and, to a lesser extent, lower TV/SVOD distribution and affiliate revenue. Service revenues reflected an approximate 2 percentage point decrease due to an unfavorable movement of the U.S. dollar against major currencies including the impact of our hedging program (Foreign Exchange Impact).

Product revenues for the quarter increased 9%, or $0.2 billion, to $2.2 billion due to higher sales volumes of merchandise, food and beverage at our theme parks and resorts, partially offset by lower home entertainment sales volumes. Product revenues reflected an approximate 2 percentage point decrease due to an unfavorable Foreign Exchange Impact.

**Ex. 15**
**Page 1688**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

## Costs and expenses

Cost of services for the quarter increased 16%, or $1.8 billion, to $13.2 billion due to higher programming and production costs and, to a lesser extent, increased volumes at our theme parks and resorts and higher technical support costs at Direct-to-Consumer. The increase in programming and production costs was due to higher costs at Direct-to-Consumer, increased sports programming costs at Linear Networks and increased production cost amortization resulting from higher theatrical revenue. Costs of services reflected an approximate 1 percentage point decrease due to a favorable Foreign Exchange Impact.

Cost of products for the quarter increased 15%, or $0.2 billion, to $1.5 billion due to higher sales volumes of merchandise, food and beverage at our theme parks and resorts, partially offset by a decrease in home entertainment sales volumes. Costs of products reflected an approximate 1 percentage point decrease due to a favorable Foreign Exchange Impact.

Selling, general, administrative and other costs decreased 4% to $3.6 billion reflecting an approximate 3 percentage point decrease due to a favorable Foreign Exchange Impact.

Depreciation and amortization increased 2% to $1.3 billion due to higher depreciation at our domestic theme parks and resorts.

## Restructuring and impairment charges

In the current quarter, the Company recorded charges of $152 million primarily for severance.

In the prior-year quarter, the Company recorded charges of $195 million due to the impairment of an intangible asset related to the Disney Channel in Russia.

## Other income (expense), net

In the current quarter, the Company recorded a DraftKings gain of $149 million. In the prior-year quarter, the Company recorded a DraftKings loss of $158 million.

## Interest expense, net

Interest expense, net is as follows:

|  | Quarter Ended | | |
| (in millions) | April 1, 2023 | April 2, 2022 | % Change Better (Worse) |
|---|---|---|---|
| Interest expense | $ (504) | $ (374) | (35) % |
| Interest income, investment income and other | 182 | 19 | >100 % |
| Interest expense, net | $ (322) | $ (355) | 9 % |

The increase in interest expense was due to higher average rates, partially offset by lower average debt balances.

The increase in interest income, investment income and other resulted from a favorable comparison of pension and postretirement benefit costs, other than service cost, higher interest income on cash balances, and investment gains in the current quarter compared to investment losses in the prior-year quarter.

## Equity in the Income of Investees

Income from equity investees decreased $37 million, to $173 million from $210 million, primarily due to lower income from A+E Television Networks.

## Effective Income Tax Rate

|  | Quarter Ended | |
| | April 1, 2023 | April 2, 2022 |
|---|---|---|
| Income from continuing operations before income taxes | $ 2,123 | $ 1,102 |
| Income tax on continuing operations | 635 | 505 |
| Effective income tax rate - continuing operations | 29.9% | 45.8% |

The decrease in the effective income tax rate was driven by the comparison to an unfavorable impact in the prior-year quarter from new tax regulations that limit our ability to utilize certain foreign tax credits.

**Ex. 15**
**Page 1689**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

**Noncontrolling Interests**

| (in millions) | Quarter Ended | | % Change Better (Worse) |
|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | |
| Net income from continuing operations attributable to noncontrolling interests | $ (217) | $ (127) | (71) % |

The increase in net income from continuing operations attributable to noncontrolling interests was due to improved results at Shanghai Disney Resort and lower losses at Hong Kong Disneyland Resort and at our DTC sports business, partially offset by lower results at ESPN.

Net income attributable to noncontrolling interests is determined on income after royalties and management fees, financing costs and income taxes, as applicable.

**Certain Items Impacting Results in the Quarter**

Results for the quarter ended April 1, 2023 were impacted by the following:

- TFCF and Hulu acquisition amortization of $558 million
- Restructuring and impairment charges of $152 million
- Other income of $149 million due to the DraftKings gain

Results for the quarter ended April 2, 2022 were impacted by the following:

- A $1.0 billion reduction in revenue for the Content Licence Early Termination
- TFCF and Hulu acquisition amortization of $594 million
- Impairment charges of $195 million
- Other expense of $158 million due to the DraftKings loss

A summary of the impact of these items on EPS is as follows:

| (in millions, except per share data) | Pre-Tax Income (Loss) | Tax Benefit (Expense)[1] | After-Tax Income (Loss) | EPS Favorable (Adverse)[2] |
|---|---|---|---|---|
| Quarter Ended April 1, 2023: | | | | |
| TFCF and Hulu acquisition amortization | $ (558) | $ 130 | $ (428) | $ (0.23) |
| Restructuring and impairment charges | (152) | 35 | (117) | (0.06) |
| Other income (expense), net | 149 | (35) | 114 | 0.06 |
| Total | $ (561) | $ 130 | $ (431) | $ (0.23) |
| | | | | |
| Quarter Ended April 2, 2022: | | | | |
| Content License Early Termination | $ (1,023) | $ 238 | $ (785) | $ (0.43) |
| TFCF and Hulu acquisition amortization | (594) | 138 | (456) | (0.24) |
| Restructuring and impairment charges | (195) | 45 | (150) | (0.08) |
| Other income (expense), net | (158) | 37 | (121) | (0.07) |
| Total | $ (1,970) | $ 458 | $ (1,512) | $ (0.82) |

[1] Tax benefit (expense) amounts are determined using the tax rate applicable to the individual item.

[2] EPS is net of noncontrolling interest share, where applicable. Total may not equal the sum of the column due to rounding.

**CURRENT SIX-MONTH PERIOD RESULTS COMPARED TO PRIOR-YEAR SIX-MONTH PERIOD**

Revenues for the current period increased $4.3 billion, to $45.3 billion; net income attributable to Disney increased $1.0 billion, to $2.6 billion; and EPS increased to $1.39 from $0.89 in the prior-year period. The EPS increase resulted from the comparison to a revenue reduction for the Content License Early Termination in the prior-year period, growth in operating income at DPEP, and an investment gain in the current period compared to an investment loss in the prior-year period. These increases were partially offset by a decrease in operating income at DMED.

32

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

### Revenues

Service revenues for the current period increased 10%, or $3.8 billion, to $40.6 billion, due to increased revenues at our theme parks and resorts, higher DTC subscription revenue, theatrical distribution revenue growth and the comparison to the revenue reduction for the Content License Early Termination in the prior-year period. These increases were partially offset by lower advertising revenue and TV/SVOD distribution and, to a lesser extent, affiliate revenue. The increase at theme parks and resorts was due to higher volumes and guest spending growth. The increase in DTC subscription revenue was due to subscriber growth and higher rates. Service revenues reflected an approximate 2 percentage point decrease due to an unfavorable Foreign Exchange Impact.

Product revenues for the current period increased 10%, or $0.4 billion, to $4.7 billion, due to higher sales volumes of merchandise, food and beverage at our theme parks and resorts, partially offset by lower home entertainment sales volumes. Product revenues reflected an approximate 2 percentage point decrease due to an unfavorable Foreign Exchange Impact.

### Costs and expenses

Cost of services for the current period increased 14%, or $3.5 billion, to $27.9 billion, due to higher programming and production costs and, to a lesser extent, increased volumes at our theme parks and resorts and higher technical support costs at Direct-to-Consumer. The increase in programming and production costs was due to higher costs at Direct-to-Consumer and increased production cost amortization resulting from higher theatrical revenue. Costs of services reflected an approximate 1 percentage point decrease due to a favorable Foreign Exchange Impact.

Cost of products for the current period increased 15%, or $0.4 billion, to $3.1 billion, due to higher sales volumes of merchandise, food and beverage at our theme parks and resorts, partially offset by a decrease in home entertainment volumes. Costs of products reflected an approximate 1 percentage point decrease due to a favorable Foreign Exchange Impact.

Selling, general, administrative and other costs for the current period decreased 2%, or $0.1 billion, to $7.4 billion reflecting an approximate 1 percentage point decrease due to a favorable Foreign Exchange Impact.

Depreciation and amortization increased 2% to 2.6 billion due to higher depreciation at our domestic theme parks and resorts.

### Restructuring and impairment charges

In the current period, the Company recorded charges of $221 million primarily for severance and costs related to exiting our businesses in Russia. In the prior-year period, the Company recorded charges of $195 million due to the impairment of an intangible asset related to the Disney Channel in Russia.

### Other income (expense), net

Other income in the current period includes a DraftKings gain of $79 million and a $28 million gain on the sale of a business. Other expense in the prior-year period included a DraftKings loss of $590 million.

### Interest expense, net

Interest expense, net is as follows:

| (in millions) | Six Months Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | April 1, 2023 | | April 2, 2022 | | |
| Interest expense | $ | (969) | $ | (735) | (32) % |
| Interest income, investment income and other | | 347 | | 69 | >100 % |
| Interest expense, net | $ | (622) | $ | (666) | 7 % |

The increase in interest expense was due to higher average rates, partially offset by lower average debt balances.

The increase in interest income, investment income and other resulted from a favorable comparison of pension and postretirement benefit costs, other than service cost and higher interest income on cash balances.

### Equity in the Income of Investees

Income from equity investees decreased $85 million, to $364 million from $449 million, due to lower income from A+E Television Networks.

33

**Ex. 15
Page 1691**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

**Effective Income Tax Rate**

|  | Six Months Ended | |
|---|---|---|
|  | April 1, 2023 | April 2, 2022 |
| Income from continuing operations before income taxes | $ 3,896 | $ 2,790 |
| Income tax on continuing operations | 1,047 | 993 |
| Effective income tax rate - continuing operations | 26.9% | 35.6% |

The decrease in the effective income tax rate was driven by the comparison to unfavorable items in the prior-year period for adjustments related to prior years and for new tax regulations that limit our ability to utilize certain foreign tax credits. These impacts were partially offset by the tax effect of employee share-based awards, which had an unfavorable impact in the current period and a favorable impact in the prior-year period.

**Noncontrolling Interests**

|  | Six Months Ended | | |
|---|---|---|---|
| (in millions) | April 1, 2023 | April 2, 2022 | % Change Better (Worse) |
| Net income from continuing operations attributable to noncontrolling interests | $ (299) | $ (175) | (71) % |

The increase in net income from continuing operations attributable to noncontrolling interests was due to the purchase of Major League Baseball's 15% interest in BAMTech LLC, improved results at Shanghai Disney Resort and lower losses at Hong Kong Disneyland Resort and at our DTC sports business, partially offset by lower results at ESPN.

**Certain Items Impacting Results in the Six-Month Period**

Results for the six months ended April 1, 2023 were impacted by the following:

- TFCF and Hulu acquisition amortization of $1,137 million
- Restructuring and impairment charges of $221 million
- Other income of $107 million due to the DraftKings gain of $79 million and a gain on the sale of a business of $28 million

Results for the six months ended April 2, 2022 were impacted by the following:

- A $1.0 billion reduction in revenue for the Content License Early Termination
- TFCF and Hulu acquisition amortization of $1,189 million
- Impairment charges of $195 million
- Other expense of $594 million due to the DraftKings loss

34

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

A summary of the impact of these items on EPS is as follows:

| (in millions, except per share data) | Pre-Tax Income (Loss) | | Tax Benefit (Expense)[1] | | After-Tax Income (Loss) | | EPS Favorable (Adverse)[2] | |
|---|---|---|---|---|---|---|---|---|
| **Six Months Ended April 1, 2023:** | | | | | | | | |
| TFCF and Hulu acquisition amortization | $ | (1,137) | $ | 264 | $ | (873) | $ | (0.47) |
| Restructuring and impairment charges | | (221) | | 43 | | (178) | | (0.10) |
| Other income (expense), net | | 107 | | (18) | | 89 | | 0.05 |
| Total | $ | (1,251) | $ | 289 | $ | (962) | $ | (0.52) |
| **Six Months Ended April 2, 2022:** | | | | | | | | |
| TFCF and Hulu acquisition amortization | $ | (1,189) | $ | 277 | $ | (912) | $ | (0.49) |
| Content License Early Termination | | (1,023) | | 238 | | (785) | | (0.43) |
| Other income (expense), net | | (594) | | 138 | | (456) | | (0.25) |
| Restructuring and impairment charges | | (195) | | 45 | | (150) | | (0.08) |
| Total | $ | (3,001) | $ | 698 | $ | (2,303) | $ | (1.25) |

[1] Tax benefit (expense) amounts are determined using the tax rate applicable to the individual item.

[2] EPS is net of noncontrolling interest share, where applicable. Total may not equal the sum of the column due to rounding.

**SEASONALITY**

The Company's businesses are subject to the effects of seasonality. Consequently, the operating results for the six months ended April 1, 2023 for each business segment, and for the Company as a whole, are not necessarily indicative of results to be expected for the full year.

DMED revenues are subject to seasonal advertising patterns, changes in viewership and subscriber levels, timing and performance of film releases in the theatrical and home entertainment markets, timing of and demand for film and television programs, and the availability of and demand for sports programming. In general, domestic advertising revenues are typically somewhat higher during the fall and somewhat lower during the summer months. In addition, advertising revenues generated from sports programming are impacted by the timing of sports seasons and events, which varies throughout the year or may take place periodically (e.g. biannually, quadrennially). Affiliate revenues vary with the subscriber trends of multi-channel video programming distributors (i.e. cable, satellite telecommunications and digital over-the-top service providers). Theatrical release dates are determined by several factors, including competition and the timing of vacation and holiday periods.

DPEP revenues fluctuate with changes in theme park attendance and resort occupancy resulting from the seasonal nature of vacation travel and leisure activities, which generally results in higher revenues during the Company's first and fourth fiscal quarters. Peak attendance and resort occupancy generally occur during the summer months when school vacations occur and during early winter and spring holiday periods. Consumer products revenue fluctuates with consumer purchasing behavior, which generally results in higher revenues during the Company's first fiscal quarter due to the winter holiday season and in the fourth quarter due to back-to-school. In addition, licensing revenues fluctuate with the timing and performance of our film and television content.

35

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

## BUSINESS SEGMENT RESULTS

The Company evaluates the performance of its operating businesses based on segment revenue and segment operating income.

The following table presents revenues from our operating segments and other components of revenues:

| (in millions) | Quarter Ended | | % Change Better (Worse) | Six Months Ended | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | | April 1, 2023 | April 2, 2022 | |
| Disney Media and Entertainment Distribution | $ 14,039 | $ 13,620 | 3 % | $ 28,815 | $ 28,205 | 2 % |
| Disney Parks, Experiences and Products | 7,776 | 6,652 | 17 % | 16,512 | 13,886 | 19 % |
| Content License Early Termination | — | (1,023) | 100 % | — | (1,023) | 100 % |
| Revenues | $ 21,815 | $ 19,249 | 13 % | $ 45,327 | $ 41,068 | 10 % |

The following table presents income from our operating segments and other components of income from continuing operations before income taxes:

| (in millions) | Quarter Ended | | % Change Better (Worse) | Six Months Ended | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | | April 1, 2023 | April 2, 2022 | |
| Disney Media and Entertainment Distribution operating income | $ 1,119 | $ 1,944 | (42) % | $ 1,109 | $ 2,752 | (60) % |
| Disney Parks, Experiences and Products operating income | 2,166 | 1,755 | 23 % | 5,219 | 4,205 | 24 % |
| Content License Early Termination | — | (1,023) | 100 % | — | (1,023) | 100 % |
| Corporate and unallocated shared expenses | (279) | (272) | (3) % | (559) | (500) | (12) % |
| Restructuring and impairment charges | (152) | (195) | 22 % | (221) | (195) | (13) % |
| Other expense, net | 149 | (158) | nm | 107 | (594) | nm |
| Interest expense, net | (322) | (355) | 9 % | (622) | (666) | 7 % |
| TFCF and Hulu acquisition amortization | (558) | (594) | 6 % | (1,137) | (1,189) | 4 % |
| Income from continuing operations before income taxes | $ 2,123 | $ 1,102 | 93 % | $ 3,896 | $ 2,790 | 40 % |

36

**Ex. 15
Page 1694**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

Depreciation expense is as follows:

| (in millions) | Quarter Ended | | % Change Better (Worse) | Six Months Ended | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | | April 1, 2023 | April 2, 2022 | |
| Disney Media and Entertainment Distribution | $ 169 | $ 169 | — % | $ 333 | $ 322 | (3) % |
| Disney Parks, Experiences and Products | | | | | | |
| Domestic | 455 | 404 | (13) % | 907 | 802 | (13) % |
| International | 169 | 167 | (1) % | 333 | 335 | 1 % |
| Total Disney Parks, Experiences and Products | 624 | 571 | (9) % | 1,240 | 1,137 | (9) % |
| Corporate | 52 | 46 | (13) % | 100 | 94 | (6) % |
| Total depreciation expense | $ 845 | $ 786 | (8) % | $ 1,673 | $ 1,553 | (8) % |

Amortization of intangible assets is as follows:

| (in millions) | Quarter Ended | | % Change Better (Worse) | Six Months Ended | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | | April 1, 2023 | April 2, 2022 | |
| Disney Media and Entertainment Distribution | $ 30 | $ 39 | 23 % | $ 64 | $ 79 | 19 % |
| Disney Parks, Experiences and Products | 27 | 27 | — % | 54 | 54 | — % |
| TFCF and Hulu intangible assets | 408 | 435 | 6 % | 825 | 870 | 5 % |
| Total amortization of intangible assets | $ 465 | $ 501 | 7 % | $ 943 | $ 1,003 | 6 % |

**BUSINESS SEGMENT RESULTS - Current Quarter Results Compared to Prior-Year Quarter**

**Disney Media and Entertainment Distribution**

Revenue and operating results for the DMED segment are as follows:

| (in millions) | Quarter Ended | | % Change Better (Worse) |
|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | |
| *Revenues:* | | | |
| Linear Networks | $ 6,625 | $ 7,116 | (7) % |
| Direct-to-Consumer | 5,514 | 4,903 | 12 % |
| Content Sales/Licensing and Other | 2,197 | 1,866 | 18 % |
| Elimination of Intrasegment Revenue[1] | (297) | (265) | (12) % |
| | $ 14,039 | $ 13,620 | 3 % |
| *Segment operating income (loss):* | | | |
| Linear Networks | $ 1,828 | $ 2,815 | (35) % |
| Direct-to-Consumer | (659) | (887) | 26 % |
| Content Sales/Licensing and Other | (50) | 16 | nm |
| | $ 1,119 | $ 1,944 | (42) % |

[1] Reflects fees received by the Linear Networks from other DMED businesses for the right to air our Linear Networks and related services.

**Ex. 15
Page 1695**

MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)

## Linear Networks

Operating results for Linear Networks are as follows:

| (in millions) | Quarter Ended | | | | % Change Better (Worse) |
| --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | | |
| **Revenues** | | | | | |
| Affiliate fees | $ | 4,691 | $ | 4,867 | (4) % |
| Advertising | | 1,768 | | 2,083 | (15) % |
| Other | | 166 | | 166 | — % |
| Total revenues | | 6,625 | | 7,116 | (7) % |
| Operating expenses | | (3,999) | | (3,584) | (12) % |
| Selling, general, administrative and other | | (945) | | (902) | (5) % |
| Depreciation and amortization | | (28) | | (36) | 22 % |
| Equity in the income of investees | | 175 | | 221 | (21) % |
| Operating Income | $ | 1,828 | $ | 2,815 | (35) % |

### Revenues

Affiliate revenue is as follows:

| (in millions) | Quarter Ended | | | | % Change Better (Worse) |
| --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | | |
| Domestic Channels | $ | 4,044 | $ | 4,123 | (2) % |
| International Channels | | 647 | | 744 | (13) % |
| | $ | 4,691 | $ | 4,867 | (4) % |

The decrease in affiliate revenue at the Domestic Channels was due to a decrease of 6% from fewer subscribers, partially offset by an increase of 3% from higher contractual rates. Contractual rate growth was negatively impacted by the timing of revenue recognition from non-owned TV stations in the prior-year quarter.

The decrease in affiliate revenue at the International Channels was due to decreases of 10% from an unfavorable Foreign Exchange Impact and 6% from fewer subscribers related to channel closures in Latin America and Europe. These decreases were partially offset by an increase of 5% from higher contractual rates.

Advertising revenue is as follows:

| (in millions) | Quarter Ended | | | | % Change Better (Worse) |
| --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | | |
| Cable | $ | 813 | $ | 833 | (2) % |
| Broadcasting | | 657 | | 796 | (17) % |
| Domestic Channels | | 1,470 | | 1,629 | (10) % |
| International Channels | | 298 | | 454 | (34) % |
| | $ | 1,768 | $ | 2,083 | (15) % |

Lower advertising revenue at Cable resulted from a decrease of 6% from fewer impressions due to lower average viewership at our non-sports channels, partially offset by an increase of 3% from a benefit from the timing of College Football Playoff (CFP) games relative to our fiscal periods. The current quarter included three CFP games compared to one game in the prior-year quarter.

Lower Broadcasting advertising revenue was due to decreases of 10% from fewer impressions at ABC, 4% from lower rates at the owned television stations and 2% from lower rates at ABC. Fewer impressions at ABC reflected lower average viewership and, to a lesser extent, fewer units delivered.

Ex. 15
Page 1696

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

The decline in International Channels advertising revenue was due to decreases of 18% from fewer impressions, 9% from lower rates and 7% from an unfavorable Foreign Exchange Impact. Lower impressions were attributable to decreases in average viewership at our sports and non-sports channels. The decrease at our sports channels was primarily due to cricket programming, which reflected airing fewer Indian Premier League (IPL) matches in the current quarter compared to the prior-year quarter as the 2023 IPL season started approximately one week later than the 2022 season. This decrease was partially offset by airing more Board of Control for Cricket in India (BCCI) matches in the current quarter compared to the prior-year quarter.

### Costs and Expenses

Operating expenses primarily consist of programming and production costs, which are as follows:

| (in millions) | Quarter Ended | | | % Change Better (Worse) |
| --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | |
| Cable | $ | (2,178) | $ (1,774) | (23) % |
| Broadcasting | | (766) | (738) | (4) % |
| Domestic Channels | | (2,944) | (2,512) | (17) % |
| International Channels | | (639) | (694) | 8 % |
| | $ | (3,583) | $ (3,206) | (12) % |

Programming and production costs at Cable increased due to higher CFP and NFL programming costs and, to a lesser extent, contractual rate increases for NBA programming and an increase in sports production costs. The increase in costs for CFP programming was due to the timing of games. Higher NFL rights costs were due to the timing of costs under our new agreement compared to the prior NFL agreement.

The increase in programming and production costs at Broadcasting was due to a higher average cost mix of programming aired in the current quarter and the timing of the Citrus Bowl college football game. The current quarter included more hours of scripted series and fewer hours of reality programming. The Citrus Bowl aired in the current quarter compared to the first quarter of the prior year.

Programming and production costs at the International Channels decreased due to a favorable Foreign Exchange Impact, partially offset by costs for new soccer rights.

Selling, general administrative and other costs increased $43 million, to $945 million from $902 million, driven by higher overhead costs and an increase in marketing spend, partially offset by a favorable Foreign Exchange Impact.

Depreciation and amortization decreased $8 million, to $28 million from $36 million, driven by technology assets that were fully depreciated.

### Equity in the Income of Investees

Income from equity investees decreased $46 million, to $175 million from $221 million, primarily due to lower income from A+E Television Networks attributable to a decrease in advertising revenue and higher programming costs.

### Operating Income from Linear Networks

Operating income from Linear Networks decreased $987 million, to $1,828 million from $2,815 million, due to decreases at Cable, Broadcasting, the International Channels and, to a lesser extent, lower income from our equity investees.

**Ex. 15**
**Page 1697**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

The following table provides supplemental revenue and operating income detail for Linear Networks:

| (in millions) | | Quarter Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | | |
| *Supplemental revenue detail* | | | | | | |
| Domestic Channels | $ | 5,573 | $ | 5,826 | | (4) % |
| International Channels | | 1,052 | | 1,290 | | (18) % |
| | $ | 6,625 | $ | 7,116 | | (7) % |
| *Supplemental operating income detail* | | | | | | |
| Domestic Channels | $ | 1,568 | $ | 2,349 | | (33) % |
| International Channels | | 85 | | 245 | | (65) % |
| Equity in the income of investees | | 175 | | 221 | | (21) % |
| | $ | 1,828 | $ | 2,815 | | (35) % |

**Direct-to-Consumer**

Operating results for Direct-to-Consumer are as follows:

| (in millions) | | Quarter Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | | |
| Revenues | | | | | | |
| Subscription fees | $ | 4,605 | $ | 3,887 | | 18 % |
| Advertising | | 750 | | 891 | | (16) % |
| TV/SVOD distribution and other | | 159 | | 125 | | 27 % |
| Total revenues | | 5,514 | | 4,903 | | 12 % |
| Operating expenses | | (5,056) | | (4,402) | | (15) % |
| Selling, general, administrative and other | | (1,029) | | (1,290) | | 20 % |
| Depreciation and amortization | | (88) | | (98) | | 10 % |
| Operating Loss | $ | (659) | $ | (887) | | 26 % |

*Revenues*

Growth in subscription fees reflected increases of 13% from higher subscribers and 8% from higher rates, partially offset by a decrease of 2% from an unfavorable Foreign Exchange Impact. The increase in subscribers was due to growth at Disney+ and, to a lesser extent, at Hulu and ESPN+. Higher rates were attributable to increases in retail pricing at Hulu, Disney+ and, to a lesser extent, at ESPN+.

Lower advertising revenue reflected a decrease of 16% from fewer impressions due to a decrease at Hulu. The decrease was partially offset by an increase of 3% from higher rates at Hulu.

The increase in TV/SVOD distribution and other revenue was driven by an increase in Ultimate Fighting Championship (UFC) pay-per-view fees due to airing four events in the current quarter compared to three events in the prior-year quarter.

Ex. 15
Page 1698

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

The following tables present additional information about our Disney+, ESPN+ and Hulu DTC product offerings[1].

Paid subscribers[2] at:

| (in millions) | April 1, 2023 | December 31, 2022 | April 2, 2022 | % Change Better (Worse) Apr. 1, 2023 vs. Dec. 31, 2022 | % Change Better (Worse) Apr. 1, 2023 vs. Apr. 2, 2022 |
|---|---|---|---|---|---|
| Disney+ | | | | | |
| Domestic (U.S. and Canada) | 46.3 | 46.6 | 44.4 | (1) % | 4 % |
| International (excluding Disney+ Hotstar)[3] | 58.6 | 57.7 | 43.2 | 2 % | 36 % |
| Disney+ Core[4] | 104.9 | 104.3 | 87.6 | 1 % | 20 % |
| Disney+ Hotstar | 52.9 | 57.5 | 50.1 | (8) % | 6 % |
| Total Disney+[4] | 157.8 | 161.8 | 137.7 | (2) % | 15 % |
| | | | | | |
| ESPN+ | 25.3 | 24.9 | 22.3 | 2 % | 13 % |
| | | | | | |
| Hulu | | | | | |
| SVOD Only | 43.7 | 43.5 | 41.4 | — % | 6 % |
| Live TV + SVOD | 4.4 | 4.5 | 4.1 | (2) % | 7 % |
| Total Hulu[4] | 48.2 | 48.0 | 45.6 | — % | 6 % |

Average Monthly Revenue Per Paid Subscriber[5]:

| | Quarter Ended April 1, 2023 | Quarter Ended December 31, 2022 | Quarter Ended April 2, 2022 | % Change Better (Worse) Apr. 1, 2023 vs. Dec. 31, 2022 | % Change Better (Worse) Apr. 1, 2023 vs. Apr. 2, 2022 |
|---|---|---|---|---|---|
| Disney+ | | | | | |
| Domestic (U.S. and Canada) | $ 7.14 | $ 5.95 | $ 6.32 | 20 % | 13 % |
| International (excluding Disney+ Hotstar)[3] | 5.93 | 5.62 | 6.35 | 6 % | (7) % |
| Disney+ Core | 6.47 | 5.77 | 6.33 | 12 % | 2 % |
| Disney+ Hotstar | 0.59 | 0.74 | 0.76 | (20) % | (22) % |
| Global Disney+ | 4.44 | 3.93 | 4.35 | 13 % | 2 % |
| ESPN+ | 5.64 | 5.53 | 4.73 | 2 % | 19 % |
| Hulu | | | | | |
| SVOD Only | 11.73 | 12.46 | 12.77 | (6) % | (8) % |
| Live TV + SVOD | 92.32 | 87.90 | 88.77 | 5 % | 4 % |

[1] In the U.S., Disney+, ESPN+ and Hulu SVOD Only are each offered as a standalone service or together as part of various multi-product offerings. Hulu Live TV + SVOD includes Disney+ and ESPN+. Disney+ is available in more than 150 countries and territories outside the U.S. and Canada. In India and certain other Southeast Asian countries, the service is branded Disney+ Hotstar. In certain Latin American countries, we offer Disney+ as well as Star+, a general entertainment SVOD service, which is available on a standalone basis or together with Disney+ (Combo+). Depending on the market, our services can be purchased on our websites or through third-party platforms/apps or are available via wholesale arrangements.

[2] Reflects subscribers for which we recognized subscription revenue. Subscribers cease to be a paid subscriber as of their effective cancellation date or as a result of a failed payment method. Subscribers to multi-product offerings in the U.S. are counted as a paid subscriber for each service included in the multi-product offering and subscribers to Hulu Live TV + SVOD are counted as one paid subscriber for each of the Hulu Live TV + SVOD, Disney+ and ESPN+ services. In Latin America, if a subscriber has either the standalone Disney+ or Star+ service or subscribes to Combo+, the subscriber is counted as one Disney+ paid subscriber. Subscribers include those who receive a service through wholesale arrangements including those for which we receive a fee for the distribution of the service to each subscriber

41

Ex. 15
Page 1699

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

of an existing content distribution tier. When we aggregate the total number of paid subscribers across our DTC streaming services, we refer to them as paid subscriptions.

Supplemental information about paid subscribers:

| (in millions) | April 1, 2023 | December 31, 2022 | April 2, 2022 |
|---|---|---|---|
| Domestic (U.S. and Canada) standalone | 57.0 | 58.5 | 61.6 |
| Domestic (U.S.and Canada) multi-product[a] | 21.4 | 20.8 | 17.0 |
| | 78.4 | 79.3 | 78.6 |
| International standalone | 102.5 | 107.0 | 89.3 |
| International multi-product[b] | 9.0 | 8.1 | 4.0 |
| | 111.5 | 115.2 | 93.3 |
| Total[4] | 189.9 | 194.4 | 171.9 |

[a] At April 1, 2023, there were 20.0 million and 1.4 million subscribers to three-service and two-service multi-product offerings, respectively. At December 31, 2022, there were 19.6 million and 1.2 million subscribers to three-service and two-service multi-product offerings, respectively. At April 2, 2022, there were 16.8 million and 0.2 million subscribers to three-service and two-service multi-product offerings, respectively.

[b] Consists of subscribers to Combo+.

[3] Includes the Disney+ service outside the U.S. and Canada and the Star+ service in Latin America.

[4] Total may not equal the sum of the column due to rounding.

[5] Average monthly revenue per paid subscriber is calculated based on the average of the monthly average paid subscribers for each month in the period. The monthly average paid subscribers is calculated as the sum of the beginning of the month and end of the month paid subscriber count, divided by two. Disney+ average monthly revenue per paid subscriber is calculated using a daily average of paid subscribers for the period. Revenue includes subscription fees, advertising (excluding revenue earned from selling advertising spots to other Company businesses) and premium and feature add-on revenue but excludes Premier Access and Pay-Per-View revenue. The average revenue per paid subscriber is net of discounts on offerings that carry more than one service. Revenue is allocated to each service based on the relative retail price of each service on a standalone basis. Hulu Live TV + SVOD revenue is allocated to the SVOD services based on the wholesale price of the Hulu SVOD Only, Disney+ and ESPN+ multi-product offering. In general, wholesale arrangements have a lower average monthly revenue per paid subscriber than subscribers that we acquire directly or through third-party platforms.

*Average Monthly Revenue Per Paid Subscriber - Second Quarter of Fiscal 2023 Comparison to First Quarter of Fiscal 2023*

Domestic Disney+ average monthly revenue per paid subscriber increased from $5.95 to $7.14 due to an increase in average retail pricing.

International Disney+ (excluding Disney+ Hotstar) average monthly revenue per paid subscriber increased from $5.62 to $5.93 due to a favorable Foreign Exchange Impact, a lower mix of wholesale subscribers and an increase in wholesale pricing.

Disney+ Hotstar average monthly revenue per paid subscriber decreased from $0.74 to $0.59 due to lower per-subscriber advertising revenue.

ESPN+ average monthly revenue per paid subscriber increased from $5.53 to $5.64 driven by higher per-subscriber advertising revenue, partially offset by a higher mix of subscribers to multi-product offerings.

Hulu SVOD Only average monthly revenue per paid subscriber decreased from $12.46 to $11.73 due to lower per-subscriber advertising revenue and a higher mix of subscribers to multi-product offerings, partially offset by an increase in average retail pricing.

Hulu Live TV + SVOD average monthly revenue per paid subscriber increased from $87.90 to $92.32 primarily due to an increase in average retail pricing, partially offset by lower per-subscriber advertising revenue.

Ex. 15
Page 1700

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

*Average Monthly Revenue Per Paid Subscriber - Second Quarter of Fiscal 2023 Comparison to Second Quarter of Fiscal 2022*

Domestic Disney+ average monthly revenue per paid subscriber increased from $6.32 to $7.14 due to an increase in average retail pricing, partially offset by a higher mix of subscribers to multi-product offerings.

International Disney+ (excluding Disney+ Hotstar) average monthly revenue per paid subscriber decreased from $6.35 to $5.93 due to a higher mix of subscribers from lower-priced markets and an unfavorable Foreign Exchange Impact, partially offset by a lower mix of wholesale subscribers and an increase in average retail pricing.

Disney+ Hotstar average monthly revenue per paid subscriber decreased from $0.76 to $0.59 due to lower per-subscriber advertising revenue.

ESPN+ average monthly revenue per paid subscriber increased from $4.73 to $5.64 due to an increase in retail pricing, partially offset by a higher mix of subscribers to multi-product offerings.

Hulu SVOD Only average monthly revenue per paid subscriber decreased from $12.77 to $11.73 due to lower per-subscriber advertising revenue and a higher mix of subscribers to multi-product offerings, partially offset by an increase in average retail pricing.

Hulu Live TV + SVOD average monthly revenue per paid subscriber increased from $88.77 to $92.32 due to an increase in average retail pricing, partially offset by lower per-subscriber advertising revenue, a higher mix of subscribers to multi-product offerings and lower per-subscriber premium and feature add-on revenue.

*Costs and Expenses*

Operating expenses are as follows:

| (in millions) | Quarter Ended | | | % Change Better (Worse) |
| --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | |
| Programming and production costs | | | | |
| Disney+ | $ | (1,567) | $ (1,196) | (31) % |
| Hulu | | (2,128) | (1,913) | (11) % |
| ESPN+ and other | | (450) | (454) | 1 % |
| Total programming and production costs | | (4,145) | (3,563) | (16) % |
| Other operating expense | | (911) | (839) | (9) % |
| | $ | (5,056) | $ (4,402) | (15) % |

The increase in programming and production costs at Disney+ was due to more content provided on the service.

Higher programming and production costs at Hulu were attributable to more content provided on the service and increased subscriber-based fees for programming the Live TV service, which resulted from rate increases and an increase in the number of subscribers. These increases were partially offset by a lower average cost mix of SVOD content.

Programming and production costs at ESPN+ and other were comparable to the prior-year quarter as fewer docuseries and lower costs for soccer and NHL programming were offset by higher costs for UFC programming primarily due to an additional event in the current quarter compared to the prior-year quarter. A greater percentage of soccer and NHL games were aired or simulcast at Linear Networks in the current quarter compared to the prior-year quarter.

Other operating expenses increased due to higher technology and distribution costs at Disney+.

Selling, general, administrative and other costs decreased $261 million, to $1,029 million from $1,290 million, resulting from lower marketing costs at Disney+ and, to a lesser extent, Hulu.

*Operating Loss from Direct-to-Consumer*

The operating loss from Direct-to-Consumer decreased $228 million, to $659 million from $887 million, due to improved results at Disney+ and ESPN+, partially offset by lower operating income at Hulu.

Ex. 15
Page 1701

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

**Content Sales/Licensing and Other**

Operating results for Content Sales/Licensing and Other are as follows:

| (in millions) | Quarter Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | |
| Revenues | | | | | |
| TV/SVOD distribution | $ | 845 | $ | 977 | (14) % |
| Theatrical distribution | | 767 | | 224 | >100 % |
| Home entertainment | | 148 | | 230 | (36) % |
| Other | | 437 | | 435 | — % |
| Total revenues | | 2,197 | | 1,866 | 18 % |
| Operating expenses | | (1,605) | | (1,232) | (30) % |
| Selling, general, administrative and other | | (560) | | (541) | (4) % |
| Depreciation and amortization | | (83) | | (74) | (12) % |
| Equity in the income (loss) of investees | | 1 | | (3) | nm |
| Operating Income (Loss) | $ | (50) | $ | 16 | nm |

*Revenues*

The decrease in TV/SVOD distribution revenue was primarily due to lower sales of theatrical film content due to a decrease in sales volume including the impact of the shift from licensing content to third parties to distributing it on our DTC services.

The increase in theatrical distribution revenue was due to the continued performance of *Avatar: The Way of Water,* which was released in the first quarter of the current year, and the release of *Ant-Man and the Wasp: Quantumania* in the current quarter compared to *Death on the Nile* and the co-produced title *Spider-Man: No Way Home* in the prior-year quarter.

The decrease in home entertainment revenue was primarily due to lower unit sales of new release titles and, to a lesser extent, catalog titles. Lower unit sales of new release titles were driven by the performance of *Strange World* in the current quarter compared to *Encanto* in the prior-year quarter.

*Costs and Expenses*

Operating expenses are as follows:

| (in millions) | Quarter Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | |
| Programming and production costs | $ | (1,268) | $ | (909) | (39) % |
| Cost of goods sold and distribution costs | | (337) | | (323) | (4) % |
| | $ | (1,605) | $ | (1,232) | (30) % |

The increase in programming and production costs was due to higher production cost amortization driven by the increase in theatrical revenue, partially offset by decreases due to lower home entertainment and TV/SVOD distribution revenue.

The increase in cost of goods sold and distribution costs was primarily due to increased theatrical distribution costs, partially offset by lower home entertainment volumes.

Selling, general, administrative and other costs increased $19 million, to $560 million from $541 million, due to higher theatrical marketing costs attributable to spending on *Ant-Man and the Wasp: Quantumania* in the current quarter compared to spending on *Death on the Nile* in the prior-year quarter.

Depreciation and amortization increased $9 million, to $83 million from $74 million, primarily due to increased investment in technology assets.

*Operating Income (Loss) from Content Sales/Licensing and Other*

Operating results from Content Sales/Licensing and Other decreased from income of $16 million to a loss of $50 million, due to lower TV/SVOD distribution results, partially offset by improved theatrical distribution results.

44

Ex. 15
Page 1702

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

*Items Excluded from Segment Operating Income Related to Disney Media and Entertainment Distribution*

The following table presents supplemental information for items related to the DMED segment that are excluded from segment operating income:

| (in millions) | Quarter Ended | | % Change Better (Worse) |
|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | |
| Content License Early Termination | $ — | $ (1,023) | 100 % |
| TFCF and Hulu acquisition amortization[1] | (556) | (592) | 6 % |
| Restructuring and impairment charges[2] | (122) | (195) | 37 % |

[1] In the current quarter, amortization of intangible assets was $406 million and amortization of step-up on film and television costs was $147 million. In the prior-year quarter, amortization of intangible assets was $433 million and amortization of step-up on film and television costs was $156 million.

[2] Charges for the current period were primarily for severance. Charges for the prior-year quarter were due to the impairment of an intangible asset related to the Disney Channel in Russia.

**Disney Parks, Experiences and Products**

Operating results for the DPEP segment are as follows:

| (in millions) | Quarter Ended | | % Change Better (Worse) |
|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | |
| Revenues | | | |
| Theme park admissions | $ 2,428 | $ 1,973 | 23 % |
| Parks & Experiences merchandise, food and beverage | 1,903 | 1,515 | 26 % |
| Resorts and vacations | 1,949 | 1,451 | 34 % |
| Merchandise licensing and retail | 1,011 | 1,164 | (13) % |
| Parks licensing and other | 485 | 549 | (12) % |
| Total revenues | 7,776 | 6,652 | 17 % |
| Operating expenses | (4,106) | (3,485) | (18) % |
| Selling, general, administrative and other | (853) | (809) | (5) % |
| Depreciation and amortization | (651) | (598) | (9) % |
| Equity in the loss of investees | — | (5) | 100 % |
| Operating Income | $ 2,166 | $ 1,755 | 23 % |

*Revenues*

Higher theme park admissions revenue was due to increases of 17% from attendance growth and 8% from higher average per capita ticket revenue.

Parks & Experiences merchandise, food and beverage revenue growth reflected increases of 17% from higher volumes and 6% from higher average guest spending.

Higher resorts and vacations revenue was due to increases of 22% from additional passenger cruise days and 6% from higher occupied hotel room nights.

Merchandise licensing and retail revenue was lower due to decreases of 9% from merchandise licensing and 3% from retail. The decrease in merchandise licensing was primarily attributable to a decrease in sales of merchandise based on Spider-Man, Star Wars, Frozen and Avengers. Lower retail revenue was primarily due to a decrease at our publishing business.

The decrease in parks licensing and other revenue was due to lower real estate sales, partially offset by higher royalties from Tokyo Disney Resort and an increase in sponsorship revenue.

Ex. 15
Page 1703

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

In addition to revenue, costs and operating income, management uses the following key metrics to analyze trends and evaluate the overall performance of our theme parks and resorts, and we believe these metrics are useful to investors in analyzing the business:

| | Domestic | | International[1] | | Total | |
| | Quarter Ended | | Quarter Ended | | Quarter Ended | |
| | Apr 1, 2023 | Apr 2, 2022 | Apr 1, 2023 | Apr 2, 2022 | Apr 1, 2023 | Apr 2, 2022 |
|---|---|---|---|---|---|---|
| **Parks** | | | | | | |
| Increase (decrease) | | | | | | |
| Attendance[2] | 7 % | >100 % | >100 % | 78 % | 27 % | >100 % |
| Per Capita Guest Spending[3] | 2 % | 20 % | 20 % | 28 % | (1) % | 26 % |
| **Hotels** | | | | | | |
| Occupancy[4] | 89 % | 84 % | 72 % | 46 % | 85 % | 75 % |
| Available Hotel Room Nights (in thousands)[5] | 2,518 | 2,521 | 787 | 787 | 3,305 | 3,308 |
| Change in Per Room Guest Spending[6] | — % | 30 % | 25 % | (20) % | 1 % | 23 % |

[1] Per capita guest spending growth rate and per room guest spending growth rate exclude the impact of changes in foreign exchange rates.

[2] Attendance is used to analyze volume trends at our theme parks and is based on the number of unique daily entries, i.e. a person visiting multiple theme parks in a single day is counted only once. Our attendance count includes complimentary entries but excludes entries by children under the age of three.

[3] Per capita guest spending is used to analyze guest spending trends and is defined as total revenue from ticket sales and sales of food, beverage and merchandise in our theme parks, divided by total theme park attendance.

[4] Occupancy is used to analyze the usage of available capacity at hotels and is defined as the number of room nights occupied by guests as a percentage of available hotel room nights.

[5] Available hotel room nights is defined as the total number of room nights that are available at our hotels and at Disney Vacation Club (DVC) properties located at our theme parks and resorts that are not utilized by DVC members. Available hotel room nights include rooms temporarily taken out of service.

[6] Per room guest spending is used to analyze guest spending at our hotels and is defined as total revenue from room rentals and sales of food, beverage and merchandise at our hotels, divided by total occupied hotel room nights.

*Costs and Expenses*

Operating expenses are as follows:

| | Quarter Ended | | % Change Better (Worse) |
| (in millions) | April 1, 2023 | April 2, 2022 | |
|---|---|---|---|
| Operating labor | $ (1,826) | $ (1,610) | (13) % |
| Cost of goods sold and distribution costs | (767) | (642) | (19) % |
| Infrastructure costs | (750) | (651) | (15) % |
| Other operating expense | (763) | (582) | (31) % |
| | $ (4,106) | $ (3,485) | (18) % |

The increase in operating labor was attributable to inflation, increased costs for new guest offerings and higher volumes. Higher cost of goods sold and distribution costs were due to volume growth. The increase in infrastructure costs consisted of higher operations support costs and increased technology spending. Other operating expense increased primarily due to higher volumes, inflation and increased costs for new guest offerings.

Selling, general, administrative and other costs increased $44 million, to $853 million from $809 million, driven by higher marketing spend.

Depreciation and amortization increased $53 million, to $651 million from $598 million, due to higher depreciation at our domestic parks and experiences.

Ex. 15
Page 1704

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

*Segment Operating Income*

Segment operating income increased from $1.8 billion to $2.2 billion due to growth at our international parks and resorts and, to a lesser extent, our domestic parks and experiences, partially offset by a decrease at our consumer products business.

The following table presents supplemental revenue and operating income detail for the DPEP segment:

| (in millions) | Quarter Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | April 1, 2023 | | April 2, 2022 | | |
| *Supplemental revenue detail* | | | | | |
| Parks & Experiences | | | | | |
| Domestic | $ | 5,572 | $ | 4,898 | 14 % |
| International | | 1,184 | | 574 | >100 % |
| Consumer Products | | 1,020 | | 1,180 | (14) % |
| | $ | 7,776 | $ | 6,652 | 17 % |
| *Supplemental operating income detail* | | | | | |
| Parks & Experiences | | | | | |
| Domestic | $ | 1,519 | $ | 1,385 | 10 % |
| International | | 156 | | (268) | nm |
| Consumer Products | | 491 | | 638 | (23) % |
| | $ | 2,166 | $ | 1,755 | 23 % |

**Ex. 15
Page 1705**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

**BUSINESS SEGMENT RESULTS – Current Period Six-Month Results Compared to the Prior-Year Six-Month Period**

**Disney Media and Entertainment Distribution**

Revenue and operating results for the DMED segment are as follows:

| (in millions) | | Six Months Ended | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | |
| *Revenues:* | | | | | |
| Linear Networks | $ | 13,918 | $ | 14,822 | (6) % |
| Direct-to-Consumer | | 10,821 | | 9,593 | 13 % |
| Content Sales/Licensing and Other | | 4,657 | | 4,299 | 8 % |
| Elimination of Intrasegment Revenue[1] | | (581) | | (509) | (14) % |
| | $ | 28,815 | $ | 28,205 | 2 % |
| *Segment operating income (loss):* | | | | | |
| Linear Networks | $ | 3,083 | $ | 4,314 | (29) % |
| Direct-to-Consumer | | (1,712) | | (1,480) | (16) % |
| Content Sales/Licensing and Other | | (262) | | (82) | >(100) % |
| | $ | 1,109 | $ | 2,752 | (60) % |

[1] Reflects fees received by the Linear Networks from other DMED businesses for the right to air our Linear Networks and related services.

**Linear Networks**

Operating results for Linear Networks are as follows:

| (in millions) | | Six Months Ended | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | |
| Revenues | | | | | |
| Affiliate fees | $ | 9,217 | $ | 9,482 | (3) % |
| Advertising | | 4,266 | | 4,922 | (13) % |
| Other | | 435 | | 418 | 4 % |
| Total revenues | | 13,918 | | 14,822 | (6) % |
| Operating expenses | | (9,408) | | (9,240) | (2) % |
| Selling, general, administrative and other | | (1,748) | | (1,657) | (5) % |
| Depreciation and amortization | | (50) | | (74) | 32 % |
| Equity in the income of investees | | 371 | | 463 | (20) % |
| Operating Income | $ | 3,083 | $ | 4,314 | (29) % |

*Revenues*

Affiliate revenue is as follows:

| (in millions) | | Six Months Ended | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | |
| Domestic Channels | $ | 7,929 | $ | 7,985 | (1) % |
| International Channels | | 1,288 | | 1,497 | (14) % |
| | $ | 9,217 | $ | 9,482 | (3) % |

48

**Ex. 15**
**Page 1706**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

Affiliate revenue at the Domestic Channels was comparable to the prior-year period as a decrease of 6% from fewer subscribers was largely offset by an increase of 5% from higher contractual rates.

The decrease in affiliate revenue at the International Channels was due to decreases of 9% from an unfavorable Foreign Exchange Impact and 7% from fewer subscribers, primarily due to channel closures. These decreases were partially offset by an increase of 3% from higher contractual rates.

Advertising revenue is as follows:

| (in millions) | | Six Months Ended | | | % Change Better (Worse) |
| | | April 1, 2023 | | April 2, 2022 | |
|---|---|---|---|---|---|
| Cable | $ | 2,018 | $ | 2,126 | (5) % |
| Broadcasting | | 1,539 | | 1,696 | (9) % |
| Domestic Channels | | 3,557 | | 3,822 | (7) % |
| International Channels | | 709 | | 1,100 | (36) % |
| | $ | 4,266 | $ | 4,922 | (13) % |

Lower advertising revenue at Cable reflected decreases of 3% from lower rates and 1% from fewer impressions.

The decrease in Broadcasting advertising revenue was due to decreases of 10% from fewer impressions at ABC and 1% from lower rates at ABC, partially offset by an increase of 2% from the owned television stations. The decrease in ABC impressions was attributable to lower average viewership. The increase at the owned television stations was due to higher rates resulting from an increase in political advertising.

The decrease in International Channels advertising revenue was due to decreases of 16% from fewer impressions attributable to lower average viewership, 11% from lower rates and 8% from an unfavorable Foreign Exchange Impact. The decrease in average viewership reflected the timing of IPL matches. Three IPL matches aired in the current period compared to 23 matches in the prior-year period as matches from the 2021 season shifted into fiscal 2022 due to COVID-19, and the 2023 IPL season started approximately one week later than the 2022 season.

Other revenue increased $17 million, to $435 million from $418 million, due to higher sub-licensing fees from International Cricket Council (ICC) T20 World Cup matches in the current period compared to the prior-year period.

*Costs and Expenses*

Operating expenses primarily consist of programming and production costs, which are as follows:

| (in millions) | | Six Months Ended | | | % Change Better (Worse) |
| | | April 1, 2023 | | April 2, 2022 | |
|---|---|---|---|---|---|
| Cable | $ | (5,587) | $ | (5,357) | (4) % |
| Broadcasting | | (1,579) | | (1,538) | (3) % |
| Domestic Channels | | (7,166) | | (6,895) | (4) % |
| International Channels | | (1,420) | | (1,588) | 11 % |
| | $ | (8,586) | $ | (8,483) | (1) % |

The increase in programming and production costs at Cable was due to contractual rate increases for CFP, NBA and NFL programming, an increase in sports production costs and higher costs for NHL and MLB programming. These increases were partially offset by lower non-sports programming costs due to a lower cost mix of programming at FX Channels. Higher sports production costs were primarily due to increased talent costs and programming additions in the current period. The increase in NHL rights costs was due to more games aired in the current period. Higher MLB programming costs in the current period were a result of fewer games aired in the prior-year period, as the start of the 2022 season was delayed.

The increase in programming and production costs at Broadcasting was due to higher development costs and an increase in costs for sports programming at ABC.

The decrease in programming and production costs at the International Channels was due to a favorable Foreign Exchange Impact and lower sports programming costs. The decrease in sports programming costs was due to lower costs for IPL matches in the current period compared to the prior-year period, partially offset by an increase in sports production costs and costs for new soccer rights.

49

Ex. 15
Page 1707

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

Selling, general administrative and other costs increased $91 million, to $1,748 million from $1,657 million, driven by higher overhead costs, partially offset by a gain on the sale of an interest in our X Games business and a favorable Foreign Exchange Impact.

Depreciation and amortization decreased $24 million, to $50 million from $74 million, driven by technology assets that were fully depreciated.

### Equity in the Income of Investees

Income from equity investees decreased $92 million, to $371 million from $463 million, due to lower income from A+E Television Networks attributable to a decrease in advertising revenue and higher programming costs.

### Operating Income from Linear Networks

Operating income from Linear Networks decreased $1,231 million, to $3,083 million from $4,314 million, due to decreases at Cable, the International Channels, Broadcasting, and to a lesser extent, lower income from our equity investees.

The following table provides supplemental revenue and operating income detail for Linear Networks:

| (in millions) | Six Months Ended | | | | % Change Better (Worse) |
| --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | | |
| *Supplemental revenue detail* | | | | | |
| Domestic Channels | $ | 11,639 | $ | 11,978 | (3) % |
| International Channels | | 2,279 | | 2,844 | (20) % |
| | $ | 13,918 | $ | 14,822 | (6) % |
| *Supplemental operating income detail* | | | | | |
| Domestic Channels | $ | 2,496 | $ | 3,237 | (23) % |
| International Channels | | 216 | | 614 | (65) % |
| Equity in the income of investees | | 371 | | 463 | (20) % |
| | $ | 3,083 | $ | 4,314 | (29) % |

**Direct-to-Consumer**

Operating results for Direct-to-Consumer are as follows:

| (in millions) | Six Months Ended | | | | % Change Better (Worse) |
| --- | --- | --- | --- | --- | --- |
| | April 1, 2023 | | April 2, 2022 | | |
| Revenues | | | | | |
| Subscription fees | $ | 8,845 | $ | 7,485 | 18 % |
| Advertising | | 1,647 | | 1,871 | (12) % |
| TV/SVOD distribution and other | | 329 | | 237 | 39 % |
| Total revenues | | 10,821 | | 9,593 | 13 % |
| Operating expenses | | (10,164) | | (8,324) | (22) % |
| Selling, general, administrative and other | | (2,185) | | (2,565) | 15 % |
| Depreciation and amortization | | (184) | | (184) | — % |
| Operating Loss | $ | (1,712) | $ | (1,480) | (16) % |

### Revenues

The increase in subscription fees reflected increases of 15% from higher subscribers due to growth at Disney+ and, to a lesser extent, Hulu and ESPN+, and 6% from higher rates due to increases in retail pricing at Hulu, ESPN+ and Disney+, partially offset by a decrease of 3% from an unfavorable Foreign Exchange Impact.

Lower advertising revenue reflected a decrease of 13% from fewer impressions due to a decrease at Hulu, partially offset by an increase of 4% from higher rates due to an increase at Hulu.

The increase in TV/SVOD distribution and other revenue was due to a favorable Foreign Exchange Impact and an increase in UFC pay-per-view fees. The increase in UFC pay-per-view fees reflected the impact of airing seven events in the

Ex. 15
Page 1708

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

current period compared to five events in the prior-year period and higher pricing, partially offset by lower average buys per event.

The following table presents Average Monthly Revenue Per Paid Subscriber:

| | Six Months Ended | | % Change Better (Worse) |
| | April 1, 2023 | April 2, 2022 | |
|---|---|---|---|
| Disney+ | | | |
| Domestic (U.S. and Canada) | $ 6.56 | $ 6.49 | 1 % |
| International (excluding Disney+ Hotstar) | 5.78 | 6.17 | (6) % |
| Disney+ (excluding Disney+ Hotstar) | 6.13 | 6.33 | (3) % |
| Disney+ Hotstar | 0.67 | 0.89 | (25) % |
| Global Disney+ | 4.19 | 4.38 | (4) % |
| ESPN+ | 5.58 | 4.92 | 13 % |
| Hulu | | | |
| SVOD Only | 12.10 | 12.87 | (6) % |
| Live TV + SVOD | 90.11 | 87.89 | 3 % |

Domestic Disney+ average monthly revenue per paid subscriber increased from $6.49 to $6.56 due to an increase in average retail pricing, partially offset by a higher mix of subscribers to multi-product offerings.

International Disney+ (excluding Disney+ Hotstar) average monthly revenue per paid subscriber decreased from $6.17 to $5.78 due to an unfavorable Foreign Exchange Impact and a higher mix of subscribers from lower-priced markets, partially offset by a lower mix of wholesale subscribers and an increase in average retail pricing.

Disney+ Hotstar average monthly revenue per paid subscriber decreased from $0.89 to $0.67 due to lower per-subscriber advertising revenue.

ESPN+ average monthly revenue per paid subscriber increased from $4.92 to $5.58 due to an increase in retail pricing, partially offset by a higher mix of subscribers to multi-product offerings.

Hulu SVOD Only average monthly revenue per paid subscriber decreased from $12.87 to $12.10 due to lower per-subscriber advertising revenue and a higher mix of subscribers to multi-product offerings, partially offset by an increase in average retail pricing.

Hulu Live TV + SVOD average monthly revenue per paid subscriber increased from $87.89 to $90.11 due to an increase in average retail pricing, partially offset by a higher mix of subscribers to multi-product offerings and, to a lesser extent, lower per-subscriber premium and feature add-on revenue and a decrease in per-subscriber advertising revenue.

*Costs and Expenses*

Operating expenses are as follows:

| (in millions) | Six Months Ended | | % Change Better (Worse) |
| | April 1, 2023 | April 2, 2022 | |
|---|---|---|---|
| Programming and production costs | | | |
| Disney+ | $ (3,248) | $ (2,116) | (53) % |
| Hulu | (4,234) | (3,745) | (13) % |
| ESPN+ and other | (845) | (881) | 4 % |
| Total programming and production costs | (8,327) | (6,742) | (24) % |
| Other operating expense | (1,837) | (1,582) | (16) % |
| | $ (10,164) | $ (8,324) | (22) % |

The increase in programming and production costs at Disney+ was primarily due to more content provided on the service.

51

**Ex. 15
Page 1709**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

Higher programming and production costs at Hulu were attributable to more content provided on the service and increased subscriber-based fees for programming the Live TV service, which resulted from rate increases and an increase in the number of subscribers.

The decrease in programming and production costs at ESPN+ and other was due to fewer docuseries and lower costs for soccer and NHL programming, partially offset by higher rights costs for UFC programming. The decreases in soccer and NHL programming reflected the impact from a greater percentage of games aired or simulcast at Linear Networks in the current period compared to the prior-year period. Higher costs for UFC programming rights were attributable to two additional events and an increase in contractual rates.

Other operating expenses increased due to higher technology and distribution costs at Disney+.

Selling, general, administrative and other costs decreased $380 million, to $2,185 million from $2,565 million, due to lower marketing costs at Disney+.

*Operating Loss from Direct-to-Consumer*

The operating loss from Direct-to-Consumer increased $232 million, to $1,712 million from $1,480 million, due to lower operating income at Hulu and a higher loss at Disney+, partially offset by improved results at ESPN+.

**Content Sales/Licensing and Other**

Operating results for Content Sales/Licensing and Other are as follows:

| (in millions) | Six Months Ended | | % Change Better (Worse) |
|---|---|---|---|
| | April 1, 2023 | April 2, 2022 | |
| **Revenues** | | | |
| TV/SVOD distribution | $ 1,607 | $ 2,172 | (26) % |
| Theatrical distribution | 1,907 | 753 | >100 % |
| Home entertainment | 283 | 524 | (46) % |
| Other | 860 | 850 | 1 % |
| Total revenues | 4,657 | 4,299 | 8 % |
| Operating expenses | (3,460) | (2,857) | (21) % |
| Selling, general, administrative and other | (1,297) | (1,381) | 6 % |
| Depreciation and amortization | (163) | (143) | (14) % |
| Equity in the income loss of investees | 1 | — | nm |
| Operating Loss | $ (262) | $ (82) | >(100) % |

*Revenues*

The decrease in TV/SVOD distribution revenue was due to lower sales of both theatrical film and episodic television content. The decrease in theatrical film content was due to lower sales volume including the impact of the shift from licensing content to third parties to distributing it on our DTC services. The decrease in sales of episodic television content was due to non-returning series, which were sold in the prior-year period.

The increase in theatrical distribution revenue was due to the release of *Avatar: The Way of Water*, *Black Panther: Wakanda Forever* and *Ant-Man and the Wasp: Quantumania* in the current period compared to *Eternals*, the co-produced title *Spider-Man: No Way Home* and *Encanto* in the prior-year period. Other titles released in the current period included *The Menu* and *Strange World*, while other titles released in the prior-year period included *Death on the Nile*, *The King's Man*, *West Side Story* and *Ron's Gone Wrong*.

The decrease in home entertainment revenue was primarily due to lower unit sales of new release and catalog titles.

52

**Ex. 15**
**Page 1710**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

*Costs and Expenses*

Operating expenses are as follows:

| (in millions) | | Six Months Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | | |
| Programming and production costs | $ | (2,754) | $ | (2,169) | | (27) % |
| Cost of goods sold and distribution costs | | (706) | | (688) | | (3) % |
| | $ | (3,460) | $ | (2,857) | | (21) % |

The increase in programming and production costs was due to higher production cost amortization attributable to the increase in theatrical revenue, partially offset by decreases due to lower TV/SVOD and home entertainment distribution revenues.

Higher cost of goods sold and distribution costs were attributable to increased theatrical distribution costs, partially offset by lower home entertainment volumes.

Selling, general, administrative and other costs decreased $84 million, to $1,297 million from $1,381 million, due to lower theatrical marketing costs as fewer titles were released in the current period compared to the prior-year period.

Depreciation and amortization increased $20 million, to $163 million from $143 million, driven by increased investment in technology assets.

*Operating Loss from Content Sales/Licensing and Other*

The operating loss from Content Sales/Licensing and Other increased $180 million, to $262 million from $82 million, primarily due to lower TV/SVOD and home entertainment distribution results, partially offset by improved theatrical distribution results.

*Items Excluded from Segment Operating Income Related to Disney Media and Entertainment Distribution*

The following table presents supplemental information for items related to the DMED segment that are excluded from segment operating income:

| (in millions) | | Six Months Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | | |
| TFCF and Hulu acquisition amortization[1] | $ | (1,133) | $ | (1,185) | | 4 % |
| Content License Early Termination | | — | | (1,023) | | 100 % |
| Restructuring and impairment charges[2] | | (191) | | (195) | | 2 % |
| Gain on sale of a business | | 28 | | — | | nm |

[1] In the current period, amortization of intangible assets was $821 million and amortization of step-up on film and television costs was $306 million. In the prior-year period, amortization of intangible assets was $866 million and amortization of step-up on film and television costs was $313 million.

[2] Charges for the current period were primarily for severance and exiting our businesses in Russia. Charges for the prior-year period were due to the impairment of an intangible asset related to the Disney Channel in Russia.

Ex. 15
Page 1711

MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)

**Disney Parks, Experiences and Products**

Operating results for the DPEP segment are as follows:

| (in millions) | | Six Months Ended | | | | % Change Better (Worse) |
|---|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | | |
| Revenues | | | | | | |
| Theme park admissions | $ | 5,069 | $ | 4,125 | | 23 % |
| Parks & Experiences merchandise, food and beverage | | 3,883 | | 3,141 | | 24 % |
| Resorts and vacations | | 3,929 | | 2,896 | | 36 % |
| Merchandise licensing and retail | | 2,557 | | 2,727 | | (6) % |
| Parks licensing and other | | 1,074 | | 997 | | 8 % |
| Total revenues | | 16,512 | | 13,886 | | 19 % |
| Operating expenses | | (8,245) | | (6,936) | | (19) % |
| Selling, general, administrative and other | | (1,752) | | (1,546) | | (13) % |
| Depreciation and amortization | | (1,294) | | (1,191) | | (9) % |
| Equity in the loss of investees | | (2) | | (8) | | 75 % |
| Operating Income | $ | 5,219 | $ | 4,205 | | 24 % |

*Revenues*

The increase in theme park admissions revenue was due to increases of 14% from attendance growth and 10% from higher average per capita ticket revenue.

Parks & Experiences merchandise, food and beverage revenue growth reflected increases of 16% from higher volumes and 5% from higher average guest spending.

Higher resorts and vacations revenue was attributable to increases of 20% from additional passenger cruise days and 8% from higher occupied hotel room nights.

The decrease in merchandise licensing and retail revenue was due to decreases of 2% from retail, 2% from merchandise licensing and 1% from an unfavorable Foreign Exchange Impact. Lower retail revenue was due to a decrease in sales at our publishing business and lower online sales. The decrease in merchandise licensing revenue was due to lower sales of merchandise based on Star Wars and Frozen.

The increase in parks licensing and other revenue was driven by increases in royalties from Tokyo Disney Resort and co-branding and sponsorship revenues, partially offset by lower real estate sales.

In addition to revenue, costs and operating income, management uses the following key metrics to analyze trends and evaluate the overall performance of our theme parks and resorts, and we believe these metrics are useful to investors in analyzing the business:

| | Domestic | | International | | Total | |
|---|---|---|---|---|---|---|
| | Six Months Ended | | Six Months Ended | | Six Months Ended | |
| | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 | April 1, 2023 | April 2, 2022 |
| Parks | | | | | | |
| Increase (decrease) | | | | | | |
| Attendance | 9 % | >100 % | 52 % | >100 % | 19 % | >100 % |
| Per Capita Guest Spending | 6 % | 25 % | 21 % | 19 % | 4 % | 29 % |
| Hotels | | | | | | |
| Occupancy | 89 % | 78 % | 70 % | 49 % | 84 % | 71 % |
| Available Hotel Room Nights (in thousands) | 5,038 | 5,062 | 1,587 | 1,587 | 6,625 | 6,649 |
| Change in Per Room Guest Spending | 1 % | 31 % | 16 % | (10) % | 2 % | 24 % |

54

**Ex. 15**
**Page 1712**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

*Costs and Expenses*

Operating expenses are as follows:

| (in millions) | | Six Months Ended | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | |
| Operating labor | $ | (3,615) | $ | (3,125) | (16) % |
| Cost of goods sold and distribution costs | | (1,679) | | (1,440) | (17) % |
| Infrastructure costs | | (1,472) | | (1,227) | (20) % |
| Other operating expense | | (1,479) | | (1,144) | (29) % |
| | $ | (8,245) | $ | (6,936) | (19) % |

The increase in operating labor was attributable to higher volumes, inflation and increased costs for new guest offerings. Cost of goods sold and distribution costs increased due to higher volumes, while the increase in infrastructure costs was primarily attributable to higher operations support costs and increased technology spending. Other operating expense increased primarily due to volume growth, inflation, higher operations support costs and increased costs for new guest offerings, partially offset by a favorable Foreign Exchange Impact.

Selling, general, administrative and other costs increased $206 million, to $1,752 million from $1,546 million, driven by a loss on the disposal of our ownership interest in Villages Nature and higher marketing spend.

Depreciation and amortization increased $103 million, to $1,294 million from $1,191 million, due to higher depreciation at our domestic theme parks and resorts.

*Segment Operating Income*

Segment operating income increased from $4.2 billion to $5.2 billion due to growth at our domestic and international parks and experiences, partially offset by a decrease at our consumer products business.

The following table presents supplemental revenue and operating income (loss) detail for the DPEP segment:

| (in millions) | | Six Months Ended | | | % Change Better (Worse) |
|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | |
| *Supplemental revenue detail* | | | | | |
| Parks & Experiences | | | | | |
| Domestic | $ | 11,644 | $ | 9,698 | 20 % |
| International | | 2,278 | | 1,435 | 59 % |
| Consumer Products | | 2,590 | | 2,753 | (6) % |
| | $ | 16,512 | $ | 13,886 | 19 % |
| *Supplemental operating income (loss) detail* | | | | | |
| Parks & Experiences | | | | | |
| Domestic | $ | 3,632 | $ | 2,940 | 24 % |
| International | | 235 | | (247) | nm |
| Consumer Products | | 1,352 | | 1,512 | (11) % |
| | $ | 5,219 | $ | 4,205 | 24 % |

**CORPORATE AND UNALLOCATED SHARED EXPENSES**

| (in millions) | | Quarter Ended | | | % Change Better (Worse) | | Six Months Ended | | | % Change Better (Worse) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | April 1, 2023 | | April 2, 2022 | | | April 1, 2023 | | April 2, 2022 | |
| Corporate and unallocated shared expenses | $ | (279) | $ | (272) | (3) % | $ | (559) | $ | (500) | (12) % |

Corporate and unallocated shared expenses for the current period increased $59 million, from $500 million to $559 million, primarily due to marketing spend on the *Disney100* celebration and increases in technology costs and rent expense.

Ex. 15
Page 1713

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

## FINANCIAL CONDITION

The change in cash and cash equivalents is as follows:

| (in millions) | Six Months Ended | | % Change Better (Worse) |
| --- | --- | --- | --- |
| | April 1, 2023 | April 2, 2022 | |
| Cash provided by operations - continuing operations | $ 2,262 | $ 1,556 | 45 % |
| Cash used in investing activities - continuing operations | (2,541) | (2,024) | (26) % |
| Cash used in financing activities - continuing operations | (1,126) | (2,097) | 46 % |
| Cash used in discontinued operations | — | (4) | 100 % |
| Impact of exchange rates on cash, cash equivalents and restricted cash | 197 | (116) | nm |
| Change in cash, cash equivalents and restricted cash | $ (1,208) | $ (2,685) | 55 % |

### Operating Activities

Cash provided by operations increased $706 million to $2,262 million for the current period compared to $1,556 million in the prior-year period. The increase was due to higher operating cash flow at DMED and DPEP resulting from higher operating cash receipts driven by higher revenue, partially offset by higher operating cash disbursements due to higher operating expenses.

### *Produced and licensed programming costs*

The DMED segment incurs costs to produce and license feature film and television content. Film and television production costs include all internally produced content such as live-action and animated feature films, television series, television specials and theatrical stage plays. Programming costs include film or television content rights licensed from third parties for use on the Company's Linear Networks and DTC services. Programming assets are generally recorded when the programming becomes available to us with a corresponding increase in programming liabilities.

The Company's film and television production and programming activity for the six months ended April 1, 2023 and April 2, 2022 are as follows:

| (in millions) | Six Months Ended | |
| --- | --- | --- |
| | April 1, 2023 | April 2, 2022 |
| Beginning balances: | | |
| Produced and licensed programming assets | $ 37,667 | $ 31,732 |
| Programming liabilities | (3,940) | (4,113) |
| | 33,727 | 27,619 |
| Spending: | | |
| Programming licenses and rights | 7,498 | 7,335 |
| Produced film and television content | 7,336 | 7,586 |
| | 14,834 | 14,921 |
| Amortization: | | |
| Programming licenses and rights | (7,735) | (7,650) |
| Produced film and television content | (6,275) | (4,992) |
| | (14,010) | (12,642) |
| Change in produced and licensed content costs | 824 | 2,279 |
| Other non-cash activity | 12 | 215 |
| Ending balances: | | |
| Produced and licensed programming assets | 38,821 | 34,145 |
| Programming liabilities | (4,258) | (4,032) |
| | $ 34,563 | $ 30,113 |

The Company currently expects its fiscal 2023 spend on produced and licensed content, including sports rights, to be roughly comparable with fiscal 2022 spend of $30 billion.

56

Ex. 15
Page 1714

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

## Investing Activities

Investing activities consist principally of investments in parks, resorts and other property and acquisition and divestiture activity. The Company's investments in parks, resorts and other property for the six months ended April 1, 2023 and April 2, 2022 are as follows:

| (in millions) | April 1, 2023 | April 2, 2022 |
|---|---|---|
| Disney Media and Entertainment Distribution | $ 548 | $ 334 |
| Disney Parks, Experiences and Products | | |
|     Domestic | 1,024 | 1,047 |
|     International | 410 | 391 |
|       Total Disney Parks, Experiences and Products | 1,434 | 1,438 |
| Corporate | 448 | 288 |
| | $ 2,430 | $ 2,060 |

Capital expenditures at the DMED segment primarily reflect investments in technology and in facilities and equipment for expanding and upgrading broadcast centers, production facilities and television station facilities. The increase in the current period compared to the prior-year period was driven by higher technology spending to support our streaming services.

Capital expenditures at the DPEP segment are principally for theme park and resort expansion, new attractions, cruise ships, capital improvements and technology.

Capital expenditures at Corporate primarily reflect investments in corporate facilities, technology and equipment. The increase in the current period compared to the prior-year period was due to higher spending on facilities.

The Company currently expects its fiscal 2023 capital expenditures to be approximately $5.6 billion. Fiscal 2022 spend was $5 billion. The expected increase in capital expenditures is due to higher spending at DMED and on Corporate facilities, partially offset by lower spending at DPEP.

## Financing Activities

Cash used in financing activities was $1.1 billion in the current six months compared to $2.1 billion in the prior-year six months. Cash used in financing activities in the current six months was due to the purchase of a redeemable non-controlling interest and a reduction in borrowings, partially offset by the sale of a non-controlling interest. Cash used in financing activities in the prior-year six months was due to a reduction in net borrowings.

See Note 5 to the Condensed Consolidated Financial Statements for a summary of the Company's borrowing activities during the six months ended April 1, 2023 and information regarding the Company's bank facilities. The Company may use operating cash flows, commercial paper borrowings up to the amount of its unused $12.25 billion bank facilities and incremental term debt issuances to retire or refinance other borrowings before or as they come due.

The Company's operating cash flow and access to the capital markets can be impacted by factors outside of its control. We believe that the Company's financial condition is strong and that its cash balances, other liquid assets, operating cash flows, access to debt and equity capital markets and borrowing capacity under current bank facilities, taken together, provide adequate resources to fund ongoing operating requirements, contractual obligations, upcoming debt maturities as well as future capital expenditures related to the expansion of existing businesses and development of new projects. In addition, the Company could undertake other measures to ensure sufficient liquidity, such as continuing to not declare dividends; raising financing; suspending or reducing capital spending; reducing film and television content investments; or implementing furloughs or reductions in force.

The Company's borrowing costs can also be impacted by short- and long-term debt ratings assigned by nationally recognized rating agencies, which are based, in significant part, on the Company's performance as measured by certain credit metrics such as leverage and interest coverage ratios. As of April 1, 2023, Moody's Investors Service's long- and short-term debt ratings for the Company were A2 and P-1 (Stable), respectively, Standard and Poor's long- and short-term debt ratings for the Company were BBB+ and A-2 (Positive), respectively, and Fitch's long- and short-term debt ratings for the Company were A- and F2 (Stable), respectively. The Company's bank facilities contain only one financial covenant relating to interest coverage of three times earnings before interest, taxes, depreciation and amortization, including both intangible amortization and amortization of our film and television production and programming costs. On April 1, 2023, the Company met this covenant by a significant margin. The Company's bank facilities also specifically exclude certain entities, including the Asia Theme Parks, from any representations, covenants or events of default.

Ex. 15
Page 1715

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

## SUPPLEMENTAL GUARANTOR FINANCIAL INFORMATION

On March 20, 2019 as part of the acquisition of TFCF, The Walt Disney Company ("TWDC") became the ultimate parent of TWDC Enterprises 18 Corp. (formerly known as The Walt Disney Company) ("Legacy Disney"). Legacy Disney and TWDC are collectively referred to as "Obligor Group", and individually, as a "Guarantor". Concurrent with the close of the TFCF acquisition, $16.8 billion of TFCF's assumed public debt (which then constituted 96% of such debt) was exchanged for senior notes of TWDC (the "exchange notes") issued pursuant to an exemption from registration under the Securities Act of 1933, as amended (the "Securities Act"), pursuant to an Indenture, dated as of March 20, 2019, between TWDC, Legacy Disney, as guarantor, and Citibank, N.A., as trustee (the "TWDC Indenture") and guaranteed by Legacy Disney. On November 26, 2019, $14.0 billion of the outstanding exchange notes were exchanged for new senior notes of TWDC registered under the Securities Act, issued pursuant to the TWDC Indenture and guaranteed by Legacy Disney. In addition, contemporaneously with the closing of the March 20, 2019 exchange offer, TWDC entered into a guarantee of the registered debt securities issued by Legacy Disney under the Indenture dated as of September 24, 2001 between Legacy Disney and Wells Fargo Bank, National Association, as trustee (the "2001 Trustee") (as amended by the first supplemental indenture among Legacy Disney, as issuer, TWDC, as guarantor, and the 2001 Trustee, as trustee).

Other subsidiaries of the Company do not guarantee the registered debt securities of either TWDC or Legacy Disney (such subsidiaries are referred to as the "non-Guarantors"). The par value and carrying value of total outstanding and guaranteed registered debt securities of the Obligor Group at April 1, 2023 was as follows:

| (in millions) | TWDC | | Legacy Disney | |
| --- | --- | --- | --- | --- |
| | Par Value | Carrying Value | Par Value | Carrying Value |
| Registered debt with unconditional guarantee | $ 35,363 | $ 35,944 | $ 8,125 | $ 7,921 |

The guarantees by TWDC and Legacy Disney are full and unconditional and cover all payment obligations arising under the guaranteed registered debt securities. The guarantees may be released and discharged upon (i) as a general matter, the indebtedness for borrowed money of the consolidated subsidiaries of TWDC in aggregate constituting no more than 10% of all consolidated indebtedness for borrowed money of TWDC and its subsidiaries (subject to certain exclusions), (ii) upon the sale, transfer or disposition of all or substantially all of the equity interests or all or substantially all, or substantially as an entirety, the assets of Legacy Disney to a third party, and (iii) other customary events constituting a discharge of a guarantor's obligations. In addition, in the case of Legacy Disney's guarantee of registered debt securities issued by TWDC, Legacy Disney may be released and discharged from its guarantee at any time Legacy Disney is not a borrower, issuer or guarantor under certain material bank facilities or any debt securities.

Operations are conducted almost entirely through the Company's subsidiaries. Accordingly, the Obligor Group's cash flow and ability to service its debt, including the public debt, are dependent upon the earnings of the Company's subsidiaries and the distribution of those earnings to the Obligor Group, whether by dividends, loans or otherwise. Holders of the guaranteed registered debt securities have a direct claim only against the Obligor Group.

Ex. 15
Page 1716

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

Set forth below is summarized financial information for the Obligor Group on a combined basis after elimination of (i) intercompany transactions and balances between TWDC and Legacy Disney and (ii) equity in the earnings from and investments in any subsidiary that is a non-Guarantor. This summarized financial information has been prepared and presented pursuant to the Securities and Exchange Commission Regulation S-X Rule 13-01, "Financial Disclosures about Guarantors and Issuers of Guaranteed Securities" and is not intended to present the financial position or results of operations of the Obligor Group in accordance with GAAP.

| Results of operations (in millions) | Six Months Ended April 1, 2023 |
|---|---|
| Revenues | $ — |
| Costs and expenses | — |
| Net income (loss) from continuing operations | (841) |
| Net income (loss) | (841) |
| Net income (loss) attributable to TWDC shareholders | (841) |

| Balance Sheet (in millions) | April 1, 2023 | October 1, 2022 |
|---|---|---|
| Current assets | $ 3,610 | $ 5,665 |
| Noncurrent assets | 2,078 | 1,948 |
| Current liabilities | 3,933 | 3,741 |
| Noncurrent liabilities (excluding intercompany to non-Guarantors) | 45,982 | 46,218 |
| Intercompany payables to non-Guarantors | 147,989 | 148,958 |

## COMMITMENTS AND CONTINGENCIES

### Legal Matters

As disclosed in Note 13 to the Condensed Consolidated Financial Statements, the Company has exposure for certain legal matters.

### Guarantees

See Note 14 to the Consolidated Financial Statements in the 2022 Annual Report on Form 10-K.

### Tax Matters

As disclosed in Note 9 to the Consolidated Financial Statements in the 2022 Annual Report on Form 10-K, the Company has exposure for certain tax matters.

### Contractual Commitments

See Note 14 to the Consolidated Financial Statements in the 2022 Annual Report on Form 10-K.

## OTHER MATTERS

### Accounting Policies and Estimates

We believe that the application of the following accounting policies, which are important to our financial position and results of operations, require significant judgments and estimates on the part of management. For a summary of our significant accounting policies, including the accounting policies discussed below, see Note 2 to the Consolidated Financial Statements in the 2022 Annual Report on Form 10-K.

### Produced and Acquired/Licensed Content Costs

We amortize and test for impairment of capitalized film and television production costs based on whether the content is predominantly monetized individually or as a group. See Note 7 to the Condensed Consolidated Financial Statements for further discussion.

Production costs that are classified as individual are amortized based upon the ratio of the current period's revenues to the estimated remaining total revenues (Ultimate Revenues).

With respect to produced films intended for theatrical release, the most sensitive factor affecting our estimate of Ultimate Revenues is theatrical performance. Revenues derived from other markets subsequent to the theatrical release are generally highly correlated with theatrical performance. Theatrical performance varies primarily based upon the public interest and demand for a particular film, the popularity of competing films at the time of release and the level of marketing effort. Upon a film's release and determination of the theatrical performance, the Company's estimates of revenues from succeeding windows

Ex. 15
Page 1717

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

and markets, which may include imputed license fees for content that is used on our DTC streaming services, are revised based on historical relationships and an analysis of current market trends.

With respect to capitalized television production costs that are classified as individual, the most sensitive factor affecting estimates of Ultimate Revenues is program ratings of the content on our licensees' platforms. Program ratings, which are an indication of market acceptance, directly affect the program's ability to generate advertising and subscriber revenues and are correlated with the license fees we can charge for the content in subsequent windows and for subsequent seasons.

Ultimate Revenues are reassessed each reporting period and the impact of any changes on amortization of production cost is accounted for as if the change occurred at the beginning of the current fiscal year. If our estimate of Ultimate Revenues decreases, amortization of costs may be accelerated or result in an impairment. Conversely, if our estimate of Ultimate Revenues increases, cost amortization may be slowed.

Production costs classified as individual are tested for impairment at the individual title level by comparing that title's unamortized costs to the present value of discounted cash flows directly attributable to the title. To the extent the title's unamortized costs exceed the present value of discounted cash flows, an impairment charge is recorded for the excess.

Produced content costs that are part of a group and acquired/licensed content costs are amortized based on projected usage, typically resulting in an accelerated or straight-line amortization pattern. The determination of projected usage requires judgment and is reviewed on a regular basis for changes. Adjustments to projected usage are applied prospectively in the period of the change. The most sensitive factors affecting projected usage are historical and estimated viewing patterns. If projected usage changes we may need to accelerate or slow the recognition of amortization expense.

Cost of content that is predominantly monetized as a group is tested for impairment by comparing the present value of the discounted cash flows of the group to the aggregate unamortized costs of the group. The group is established by identifying the lowest level for which cash flows are independent of the cash flows of other produced and licensed content. If the unamortized costs exceed the present value of discounted cash flows, an impairment charge is recorded for the excess and allocated to individual titles based on the relative carrying value of each title in the group. If there are no plans to continue to use an individual film or television program that is part of a group, the unamortized cost of the individual title is written down to its estimated fair value. Licensed content is included as part of the group within which it is monetized for purposes of impairment testing.

The amortization of multi-year sports rights is based on projections of revenues for each season relative to projections of total revenues over the contract period (estimated relative value). Projected revenues include advertising revenue and an allocation of affiliate revenue. If the annual contractual payments related to each season approximate each season's estimated relative value, we expense the related contractual payments during the applicable season. If estimated relative values by year were to change significantly, amortization of our sports rights costs may be accelerated or slowed.

*Revenue Recognition*

The Company has revenue recognition policies for its various operating segments that are appropriate to the circumstances of each business. Refer to Note 2 to the Consolidated Financial Statements in the 2022 Annual Report on Form 10-K for our revenue recognition policies.

*Pension and Postretirement Medical Plan Actuarial Assumptions*

The Company's pension and postretirement medical benefit obligations and related costs are calculated using a number of actuarial assumptions. Two critical assumptions, the discount rate and the expected return on plan assets, are important elements of expense and/or liability measurement, which we evaluate annually. See Note 10 to the Consolidated Financial Statements in the 2022 Annual Report on Form 10-K for estimated impacts of changes in these assumptions. Other assumptions include the healthcare cost trend rate and employee demographic factors such as retirement patterns, mortality, turnover and rate of compensation increase.

The discount rate enables us to state expected future cash payments for benefits as a present value on the measurement date. A lower discount rate increases the present value of benefit obligations and increases pension and postretirement medical expense. The guideline for setting this rate is a high-quality long-term corporate bond rate. The Company's discount rate was determined by considering yield curves constructed of a large population of high-quality corporate bonds and reflects the matching of the plans' liability cash flows to the yield curves.

To determine the expected long-term rate of return on the plan assets, we consider the current and expected asset allocation, as well as historical and expected returns on each plan asset class. A lower expected rate of return on plan assets will increase pension and postretirement medical expense.

Ex. 15
Page 1718

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

*Goodwill, Other Intangible Assets, Long-Lived Assets and Investments*

The Company is required to test goodwill and other indefinite-lived intangible assets for impairment on an annual basis and if current events or circumstances require, on an interim basis. The Company performs its annual test of goodwill and indefinite-lived intangible assets for impairment in its fiscal fourth quarter.

Goodwill is allocated to various reporting units, which are an operating segment or one level below the operating segment. To test goodwill for impairment, the Company first performs a qualitative assessment to determine if it is more likely than not that the carrying amount of a reporting unit exceeds its fair value. If it is, a quantitative assessment is required. Alternatively, the Company may bypass the qualitative assessment and perform a quantitative impairment test.

The qualitative assessment requires the consideration of factors such as recent market transactions, macroeconomic conditions, and changes in projected future cash flows of the reporting unit.

The quantitative assessment compares the fair value of each goodwill reporting unit to its carrying amount, and to the extent the carrying amount exceeds the fair value, an impairment of goodwill is recognized for the excess up to the amount of goodwill allocated to the reporting unit.

The impairment test for goodwill requires judgment related to the identification of reporting units, the assignment of assets and liabilities to reporting units including goodwill, and the determination of fair value of the reporting units. To determine the fair value of our reporting units, we apply what we believe to be the most appropriate valuation methodology for each of our reporting units. We generally use a present value technique (discounted cash flows) corroborated by market multiples when available and as appropriate. The discounted cash flow analyses are sensitive to our estimates of future revenue growth and margins for these businesses as well as the discount rates used to calculate the present value of future cash flows. In times of adverse economic conditions in the global economy, the Company's long-term cash flow projections are subject to a greater degree of uncertainty than usual. We believe our estimates are consistent with how a marketplace participant would value our reporting units. If we had established different reporting units or utilized different valuation methodologies or assumptions, the impairment test results could differ, and we could be required to record impairment charges.

To test its other indefinite-lived intangible assets for impairment, the Company first performs a qualitative assessment to determine if it is more likely than not that the carrying amount of each of its indefinite-lived intangible assets exceeds its fair value. If it is, a quantitative assessment is required. Alternatively, the Company may bypass the qualitative assessment and perform a quantitative impairment test.

The qualitative assessment requires the consideration of factors such as recent market transactions, macroeconomic conditions, and changes in projected future cash flows.

The quantitative assessment compares the fair value of an indefinite-lived intangible asset to its carrying amount. If the carrying amount of an indefinite-lived intangible asset exceeds its fair value, an impairment loss is recognized for the excess. Fair values of indefinite-lived intangible assets are determined based on discounted cash flows or appraised values, as appropriate.

The Company tests long-lived assets, including amortizable intangible assets, for impairment whenever events or changes in circumstances (triggering events) indicate that the carrying amount may not be recoverable. Once a triggering event has occurred, the impairment test employed is based on whether the Company's intent is to hold the asset for continued use or to hold the asset for sale. The impairment test for assets held for use requires a comparison of the estimated undiscounted future cash flows expected to be generated over the useful life of the significant assets of an asset group to the carrying amount of the asset group. An asset group is generally established by identifying the lowest level of cash flows generated by a group of assets that are largely independent of the cash flows of other assets and could include assets used across multiple businesses. If the carrying amount of an asset group exceeds the estimated undiscounted future cash flows, an impairment would be measured as the difference between the fair value of the asset group and the carrying amount of the asset group. For assets held for sale, to the extent the carrying amount is greater than the asset's fair value less costs to sell, an impairment loss is recognized for the difference. Determining whether a long-lived asset is impaired requires various estimates and assumptions, including whether a triggering event has occurred, the identification of asset groups, estimates of future cash flows and the discount rate used to determine fair values.

The Company has investments in equity securities. For equity securities that do not have a readily determinable fair value, we consider forecasted financial performance of the investee companies, as well as volatility inherent in the external markets for these investments. If these forecasts are not met, impairment charges may be recorded.

*Allowance for Credit Losses*

We evaluate our allowance for credit losses and estimate collectability of accounts receivable based on historical bad debt experience, our assessment of the financial condition of individual companies with which we do business, current market conditions, and reasonable and supportable forecasts of future economic conditions. In times of economic turmoil, including

61

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF**
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

COVID-19, our estimates and judgments with respect to the collectability of our receivables are subject to greater uncertainty than in more stable periods. If our estimate of uncollectible accounts is too low, costs and expenses may increase in future periods, and if it is too high, costs and expenses may decrease in future periods. See Note 3 to the Condensed Consolidated Financial Statements for additional discussion.

*Contingencies and Litigation*

We are currently involved in certain legal proceedings and, as required, have accrued estimates of the probable and estimable losses for the resolution of these proceedings. These estimates are based upon an analysis of potential results, assuming a combination of litigation and settlement strategies and have been developed in consultation with outside counsel as appropriate. From time to time, we are also involved in other contingent matters for which we accrue estimates for a probable and estimable loss. It is possible, however, that future results of operations for any particular quarterly or annual period could be materially affected by changes in our assumptions or the effectiveness of our strategies related to legal proceedings or our assumptions regarding other contingent matters. See Note 13 to the Condensed Consolidated Financial Statements for more detailed information on litigation exposure.

*Income Tax*

As a matter of course, the Company is regularly audited by federal, state and foreign tax authorities. From time to time, these audits result in proposed assessments. Our determinations regarding the recognition of income tax benefits are made in consultation with outside tax and legal counsel, where appropriate, and are based upon the technical merits of our tax positions in consideration of applicable tax statutes and related interpretations and precedents and upon the expected outcome of proceedings (or negotiations) with taxing and legal authorities. The tax benefits ultimately realized by the Company may differ from those recognized in our future financial statements based on a number of factors, including the Company's decision to settle rather than litigate a matter, relevant legal precedent related to similar matters and the Company's success in supporting its filing positions with taxing authorities.

**New Accounting Pronouncements**

See Note 17 to the Condensed Consolidated Financial Statements for information regarding new accounting pronouncements.

**MARKET RISK**

The Company is exposed to the impact of interest rate changes, foreign currency fluctuations, commodity fluctuations and changes in the market values of its investments.

**Policies and Procedures**

In the normal course of business, we employ established policies and procedures to manage the Company's exposure to changes in interest rates, foreign currencies and commodities using a variety of financial instruments.

Our objectives in managing exposure to interest rate changes are to limit the impact of interest rate volatility on earnings and cash flows and to lower overall borrowing costs. To achieve these objectives, we primarily use interest rate swaps to manage net exposure to interest rate changes related to the Company's portfolio of borrowings. By policy, the Company targets fixed-rate debt as a percentage of its net debt between minimum and maximum percentages.

Our objective in managing exposure to foreign currency fluctuations is to reduce volatility of earnings and cash flow in order to allow management to focus on core business issues and challenges. Accordingly, the Company enters into various contracts that change in value as foreign exchange rates change to protect the U.S. dollar equivalent value of its existing foreign currency assets, liabilities, commitments and forecasted foreign currency revenues and expenses. The Company utilizes option strategies and forward contracts that provide for the purchase or sale of foreign currencies to hedge probable, but not firmly committed, transactions. The Company also uses forward and option contracts to hedge foreign currency assets and liabilities. The principal foreign currencies hedged are the euro, Japanese yen, British pound, Chinese yuan and Canadian dollar. Cross-currency swaps are used to effectively convert foreign currency denominated borrowings to U.S. dollar denominated borrowings. By policy, the Company maintains hedge coverage between minimum and maximum percentages of its forecasted foreign exchange exposures generally for periods not to exceed four years. The gains and losses on these contracts are intended to offset changes in the U.S. dollar equivalent value of the related exposures. The economic or political conditions in a country have reduced and in the future could reduce our ability to hedge exposure to currency fluctuations in the country or our ability to repatriate revenue from the country.

Our objectives in managing exposure to commodity fluctuations are to use commodity derivatives to reduce volatility of earnings and cash flows arising from commodity price changes. The amounts hedged using commodity swap contracts are based on forecasted levels of consumption of certain commodities, such as fuel oil and gasoline.

Ex. 15
Page 1720

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF
FINANCIAL CONDITION AND RESULTS OF OPERATIONS — (continued)**

Our objectives in managing exposures to market-based fluctuations in certain retirement liabilities are to use total return swap contracts to reduce the volatility of earnings arising from changes in these retirement liabilities. The amounts hedged using total return swap contracts are based on estimated liability balances.

It is the Company's policy to enter into foreign currency and interest rate derivative transactions and other financial instruments only to the extent considered necessary to meet its objectives as stated above. The Company does not enter into these transactions or any other hedging transactions for speculative purposes.

<div align="center">63</div>

**Ex. 15
Page 1721**

**Item 3. Quantitative and Qualitative Disclosures about Market Risk.**

See Item 2, Management's Discussion and Analysis of Financial Condition and Results of Operations, and Note 15 to the Condensed Consolidated Financial Statements.

**Item 4. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures** – We have established disclosure controls and procedures to ensure that the information required to be disclosed by the Company in the reports that it files or submits under the Securities Exchange Act of 1934 is recorded, processed, summarized and reported within the time periods specified in SEC rules and forms and that such information is accumulated and made known to the officers who certify the Company's financial reports and to other members of senior management and the Board of Directors as appropriate to allow timely decisions regarding required disclosure.

Based on their evaluation as of April 1, 2023, the principal executive officer and principal financial officer of the Company have concluded that the Company's disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934) are effective.

**Changes in Internal Controls** – There have been no changes in our internal control over financial reporting during the second quarter of fiscal 2023 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Ex. 15**
**Page 1722**

## PART II. OTHER INFORMATION

### ITEM 1. Legal Proceedings

As disclosed in Note 13 to the Condensed Consolidated Financial Statements, the Company is engaged in certain legal matters, and the disclosure set forth in Note 13 relating to certain legal matters is incorporated herein by reference.

### ITEM 1A. Risk Factors

For an enterprise as large and complex as the Company, a wide range of factors could materially affect future developments and performance. In addition to the factors affecting specific business operations identified in connection with the description of these operations and the financial results of these operations elsewhere in our filings with the SEC, the most significant factors affecting our business include the factors discussed in our 2022 Annual Report on Form 10-K under the Item 1A, "Risk Factors" and the following additional factors:

### BUSINESS, ECONOMIC, MARKET and OPERATING CONDITION RISKS

**Changes in technology, in consumer consumption patterns and in how entertainment products are created may affect demand for our entertainment products, the revenue we can generate from these products or the cost of producing or distributing products.**

The media entertainment and internet businesses in which we participate increasingly depend on our ability to successfully adapt to new technologies, including shifting patterns of content consumption and how entertainment products are generated. New technologies affect the demand for our products, the manner in which our products are distributed to consumers, ways we charge for and receive revenue for our entertainment products and the stability of those revenue streams, the sources and nature of competing content offerings, the time and manner in which consumers acquire and view some of our entertainment products and the options available to advertisers for reaching their desired audiences. These developments have impacted the business model for certain traditional forms of distribution, as evidenced by the industry-wide decline in ratings for broadcast television, the reduction in demand for home entertainment sales of theatrical content, the development of alternative distribution channels for broadcast and cable programming and declines in subscriber levels for traditional cable channels, including for a number of our networks. In addition, theater-going to watch movies currently is, and may continue to be, below pre-COVID-19 levels. Declines in linear viewership have resulted in decreased advertising revenue. Rules governing new technological developments, such as developments in generative AI, remain unsettled, and these developments may affect aspects of our existing business model, including revenue streams for the use of our IP and how we create our entertainment products. In order to respond to the impact of new technologies on our businesses, we regularly consider, and from time to time implement, changes to our business models, most recently by developing, investing in and acquiring DTC products, initiating plans to again reorganize our media and entertainment businesses to advance our DTC strategies, and developing new media offerings. There can be no assurance that our DTC offerings, new media offerings and other efforts will successfully respond to technological changes. In addition, declines in certain traditional forms of distribution may increase the cost of content allocable to our DTC offerings, negatively impacting the profitability of our DTC offerings. We expect to forgo revenue from traditional sources, particularly as we expand our DTC offerings. To date we have experienced significant losses in our DTC businesses. There can be no assurance that the DTC model and other business models we may develop will ultimately be profitable or as profitable as our existing or historic business models.

**The success of our businesses is highly dependent on the existence and maintenance of intellectual property rights in the entertainment products and services we create.**

The value to us of our IP is dependent on the scope and duration of our rights as defined by applicable laws in the U.S. and abroad and the manner in which those laws are construed. If those laws are drafted or interpreted in ways that limit the extent or duration of our rights, or if existing laws are changed, our ability to generate revenue from our IP may decrease, or the cost of obtaining and maintaining rights may increase. The terms of some copyrights for IP related to some of our products and services have expired and other copyrights will expire in the future. For example, in the United States and countries that look to the United States copyright term when shorter than their own, the copyright term for early works such as the short film Steamboat Willie (1928), and the specific early versions of characters depicted in those works, expires at the end of the 95th calendar year after the date the copyright was originally secured in the United States. As copyrights expire, we expect that revenues generated from such IP will be negatively impacted to some extent.

The unauthorized use of our IP may increase the cost of protecting rights in our IP or reduce our revenues. The convergence of computing, communication and entertainment devices, increased broadband internet speed and penetration, increased availability and speed of mobile data transmission and increasingly sophisticated attempts to obtain unauthorized access to data systems have made the unauthorized digital copying and distribution of our films, television productions and other creative works easier and faster and protection and enforcement of IP rights more challenging. The unauthorized distribution and access to entertainment content generally continues to be a significant challenge for IP rights holders.

65

Inadequate laws or weak enforcement mechanisms to protect entertainment industry IP in one country can adversely affect the results of the Company's operations worldwide, despite the Company's efforts to protect its IP rights. COVID-19 and distribution innovation in response to COVID-19 has increased opportunities to access content in unauthorized ways. Additionally, negative economic conditions coupled with a shift in government priorities could lead to less enforcement. These developments require us to devote substantial resources to protecting our IP against unlicensed use and present the risk of increased losses of revenue as a result of unlicensed distribution of our content and other commercial misuses of our IP. The legal landscape for some new technologies, including some generative AI, remains uncertain, and development of the law in this area could impact our ability to protect against infringing uses.

With respect to IP developed by the Company and rights acquired by the Company from others, the Company is subject to the risk of challenges to our copyright, trademark and patent rights by third parties. In addition, the availability of copyright protection and other legal protections for IP generated by certain new technologies, such as generative AI, is uncertain. Successful challenges to our rights in IP may result in increased costs for obtaining rights or the loss of the opportunity to earn revenue from or utilize the IP that is the subject of challenged rights. From time to time, the Company has been notified that it may be infringing certain IP rights of third parties. Technological changes in industries in which the Company operates and extensive patent coverage in those areas may increase the risk of such claims being brought and prevailing.

**Regulations applicable to our businesses may impair the profitability of our businesses.**

Each of our businesses, including our broadcast networks and television stations, is subject to a variety of U.S. and international regulations. Some of these regulations include:

- U.S. FCC regulation of our television and radio networks, our national programming networks and our owned television stations. See our 2022 Annual Report on Form 10-K under Item 1 — Business — Disney Media and Entertainment Distribution, Federal Regulation.
- Federal, state and foreign privacy and data protection laws and regulations.
- Regulation of the safety and supply chain of consumer products and theme park operations, including potential regulation regarding the sourcing, importation and the sale of goods.
- Environmental protection regulations.
- U.S. and international anti-corruption laws, sanction programs, trade restrictions and anti-money laundering laws.
- Restrictions on the manner in which content is currently licensed and distributed, ownership restrictions or film or television content requirements, investment obligations or quotas.
- Domestic and international labor laws, tax laws or currency controls.

New laws and regulations, as well as changes in any of these current laws and regulations or regulator activities in any of these areas, or others, may require us to spend additional amounts to comply with the regulations, or may restrict our ability to offer products and services in ways that are profitable, and create an increasingly unpredictable regulatory landscape. In addition, ongoing and future developments in international political, trade and security policy may lead to new regulations limiting international trade and investment and disrupting our operations outside the U.S., including our international theme parks and resorts operations in France, mainland China and Hong Kong. For example, in 2019 India implemented regulation and tariffs impacting certain bundling of channels; in 2022 the U.S. and other countries implemented a series of sanctions against Russia in response to events in Russia and Ukraine; U.S. agencies have enhanced trade restrictions, and legislation is currently under consideration that would prohibit importation of goods from certain regions; U.S. state governments have become more active in passing legislation targeted at specific sectors and companies; and in many countries/regions around the world (including but not limited to the EU) regulators are requiring us to broadcast on our linear (or display on our DTC streaming services) programming produced in specific countries as well as invest specified amounts of our revenues in local content productions. In Florida, steps directed at the Company (including the passage of legislation) have been taken and future actions have been threatened, which collectively could negatively impact (and may have already impacted) our ability to execute on our business strategy, our costs and the profitability of our operations in Florida.

Public health and other regional, national, state and local regulations and policies impacted most of our businesses as a result of COVID-19. Government requirements may continue to be extended or be reinstated and new government requirements may be imposed to address COVID-19 or future health outbreaks or pandemics.

**A variety of uncontrollable events may disrupt our businesses, reduce demand for or consumption of our products and services, impair our ability to provide our products and services or increase the cost or reduce the profitability of providing our products and services.**

The operation and profitability of our businesses and demand for and consumption of our products and services, particularly our parks and experiences businesses, are highly dependent on the general environment for travel and tourism. In

66

addition, we have extensive international operations, including our international theme parks and resorts, which are dependent on domestic and international regulations consistent with trade and investment in those regions. The operation of our businesses and the environment for travel and tourism, as well as demand for and consumption of our other entertainment products, can be significantly adversely affected in the U.S., globally or in specific regions as a result of a variety of factors beyond our control, including: health concerns (including as it has been by COVID-19 and could be by future health outbreaks and pandemics); adverse weather conditions arising from short-term weather patterns or long-term climate change, catastrophic events or natural disasters (such as excessive heat or rain, hurricanes, typhoons, floods, droughts, tsunamis and earthquakes); international, political or military developments, including trade and other international disputes and social unrest; a decline in economic activity; and terrorist attacks. These events and others, such as fluctuations in travel and energy costs and computer virus attacks, intrusions or other widespread computing or telecommunications failures, may also damage our ability to provide our products and services or to obtain insurance coverage with respect to some of these events. An incident that affected our property directly would have a direct impact on our ability to provide goods and services and could have an extended effect of discouraging consumers from attending our facilities. Moreover, the costs of protecting against such incidents, including the costs of protecting against the spread of COVID-19, reduces the profitability of our operations.

For example, hurricanes, including Hurricane Ian in late September 2022, which caused Walt Disney World Resort parks in Florida to close for two days, have impacted the profitability of Walt Disney World Resort and may do so in the future. The Company has paused certain operations in certain regions, including in response to sanctions, trade restrictions and related developments and the profitability of certain operations has been impacted as a result of events in the corresponding regions.

In addition, we derive affiliate fees and royalties from the distribution of our programming, sales of our licensed goods and services by third parties, and the management of businesses operated under brands licensed from the Company, and we are therefore dependent on the successes of those third parties for that portion of our revenue. Third-party suppliers also provide products and services essential to the operation of a number of our businesses. A wide variety of factors could influence the success of those third parties and if negative factors significantly impacted a sufficient number of those third parties or materially impacted a supplier of a significant product or service, the profitability of one or more of our businesses could be adversely affected. In specific geographic markets, we have experienced delayed and/or partial payments from certain affiliate partners due to liquidity issues.

We obtain insurance against the risk of losses relating to some of these events, generally including certain physical damage to our property and resulting business interruption, certain injuries occurring on our property and some liabilities for alleged breach of legal responsibilities. When insurance is obtained it is subject to deductibles, exclusions, terms, conditions and limits of liability. The types and levels of coverage we obtain vary from time to time depending on our view of the likelihood of specific types and levels of loss in relation to the cost of obtaining coverage for such types and levels of loss and we may experience material losses not covered by our insurance. For example, many losses related to impacts of COVID-19 have not been covered by insurance.

**Environmental, social and governance matters and any related reporting obligations may impact our businesses.**

U.S. and international regulators, investors and other stakeholders are increasingly focused on environmental, social and governance matters. For example, new domestic and international laws and regulations relating to environmental, social and governance matters, including environmental sustainability and climate change, human capital management and cybersecurity, are under consideration or being adopted, which may include specific, target-driven disclosure requirements or obligations. Our response will require additional investments and implementation of new practices and reporting processes, all entailing additional compliance risk. In addition, we have announced a number of related initiatives and goals, which will require ongoing investment, and there is no assurance that we will achieve any of these goals or that our initiatives will achieve their intended outcomes. Consumers', government and other stakeholders' perceptions of our efforts to achieve these goals often differ widely and present risks to our reputation and brands. In addition, our ability to implement some initiatives or achieve some goals is dependent on external factors. For example, our ability to meet certain environmental sustainability goals or initiatives may depend in part on third-party collaboration, mitigation innovations and/or the availability of economically feasible solutions at scale.

**Labor disputes may disrupt our operations and adversely affect the profitability of one or more of our businesses.**

A significant number of employees in various parts of our businesses, including employees of our theme parks, and writers, directors, actors, and production personnel for our productions are covered by collective bargaining agreements. In addition, some of our employees outside the U.S. are represented by works councils, trade unions or other employee associations. Further, the employees of licensees who manufacture and retailers who sell our licensed consumer products, and employees of providers of programming content (such as sports leagues) may be covered by labor agreements with their employers. From time to time, collective bargaining agreements and other labor agreements expire, requiring renegotiation of their terms. In general, labor disputes and work stoppages involving our employees; persons employed on our productions; or

Ex. 15
Page 1725

the employees of our licensees or retailers who sell our licensed consumer products or providers of programming content may disrupt our operations and reduce our revenues. For example, on May 2, 2023, members of the Writers Guild of America commenced a work stoppage. If this or another work stoppage by unions involved in production is prolonged, we may be unable to produce, distribute or license programming and theatrical releases, which could result in reduced revenue and have an adverse effect on our profitability. Resolution of disputes or negotiation of new agreements, including rate increases and other changes to employee benefits, has in the past increased our costs and may increase our costs in the future.

68

Ex. 15
Page 1726

**ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds**

(a) The following table provides information about Company purchases of equity securities that are registered by the Company pursuant to Section 12 of the Exchange Act during the quarter ended April 1, 2023:

| Period | Total Number of Shares Purchased[1] | Weighted Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs[2] |
|---|---|---|---|---|
| January 1, 2023 - January 31, 2023 | 34,406 | $ 98.24 | — | na |
| February 1, 2023 - February 28, 2023 | 24,514 | 104.44 | — | na |
| March 1, 2023 - April 1, 2023 | 25,070 | 95.11 | — | na |
| Total | 83,990 | 99.11 | — | na |

[1]    83,990 shares were purchased on the open market to provide shares to participants in the Walt Disney Investment Plan. These purchases were not made pursuant to a publicly announced repurchase plan or program.

[2]    Not applicable as the Company no longer has a stock repurchase plan or program.

69

**Ex. 15**
**Page 1727**

## ITEM 6. Exhibits

### INDEX OF EXHIBITS

| Number and Description of Exhibit<br>(Numbers Coincide with Item 601 of Regulation S-K) | Document Incorporated by Reference from a Previous Filing or Filed Herewith, as Indicated below |
|---|---|
| 10.1   Employment Agreement dated as of March 10, 2023, by and between the Company and Sonia L. Coleman † | Filed herewith |
| 10.2   Amendment dated April 21, 2023 to the Employment Agreement dated December 21, 2021, between Disney Corporate Services Co., LLC and Horacio E. Gutierrez and to the Indemnification Agreement dated December 21, 2021, between the Company and Horacio E. Gutierrez † | Filed herewith |
| 10.3   364-Day Credit Agreement dated as of March 3, 2023, among The Walt Disney Company, TWDC Enterprises 18 Corp., the lenders party thereto, and Citibank, N.A., as designated agent | Exhibit 10.1 to the Current Report on Form 8-K of the Company filed March 7, 2023 |
| 22   List of Guarantor Subsidiaries | Filed herewith |
| 31(a)   Rule 13a-14(a) Certification of Chief Executive Officer of the Company in accordance with Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith |
| 31(b)   Rule 13a-14(a) Certification of Chief Financial Officer of the Company in accordance with Section 302 of the Sarbanes-Oxley Act of 2002 | Filed herewith |
| 32(a)   Section 1350 Certification of Chief Executive Officer of the Company in accordance with Section 906 of the Sarbanes-Oxley Act of 2002* | Furnished |
| 32(b)   Section 1350 Certification of Chief Financial Officer of the Company in accordance with Section 906 of the Sarbanes-Oxley Act of 2002* | Furnished |
| 101   The following materials from the Company's Quarterly Report on Form 10-Q for the quarter ended April 1, 2023 formatted in Inline Extensible Business Reporting Language (iXBRL): (i) the Condensed Consolidated Statements of Income, (ii) the Condensed Consolidated Statements of Comprehensive Income, (iii) the Condensed Consolidated Balance Sheets, (iv) the Condensed Consolidated Statements of Cash Flows, (v) the Condensed Consolidated Statements of Equity and (vi) related notes | Filed herewith |
| 104   Cover Page Interactive Data File (embedded within the Inline XBRL document) | Filed herewith |

\*   This certification is deemed not filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended or the Exchange Act.

†   Management Contract or compensatory plan or arrangement.

70

Ex. 15
Page 1728

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

THE WALT DISNEY COMPANY
(Registrant)

By:  /s/ CHRISTINE M. MCCARTHY
Christine M. McCarthy,
Senior Executive Vice President and Chief Financial Officer

May 10, 2023
Burbank, California

71

**Exhibit 10.1**

## EMPLOYMENT AGREEMENT

EMPLOYMENT AGREEMENT, dated as of April 8, 2023, by and between The Walt Disney Company, a Delaware corporation (the "*Company*"), and Sonia L. Coleman ("*Executive*").

## WITNESSETH:

WHEREAS, the Company and Executive wish to enter into an agreement (this "*Agreement*") to provide for Executive's service to the Company;

NOW, THEREFORE, in consideration of the mutual covenants herein contained, the Company and Executive hereby agree as follows:

1.    Employment. Upon the terms and subject to the conditions of this Agreement, the Company hereby employs Executive, and Executive hereby accepts employment by the Company, for the period commencing as of April 8, 2023 (the "*Commencement Date*") and ending on April 7, 2026 (or such earlier date as shall be determined pursuant to Paragraph 5). The period during which Executive is employed pursuant to this Agreement shall be referred to as the "*Employment Period*."

2.    Position and Duties. During the Employment Period, Executive shall serve as Senior Executive Vice President and Chief Human Resources Officer of the Company and in such other positions with the Company and its subsidiaries consistent with Executive's position as Senior Executive Vice President and Chief Human Resources Officer, as the Company reasonably may assign. Executive's upward reporting structure will be consistent with the upward reporting structure of comparable senior executives. During the Employment Period, Executive shall devote all Executive's business time on a full-time and exclusive basis to the services required hereunder, and shall perform such services in a manner consonant with the duties of Executive's position. Executive shall be subject to the terms and conditions of any applicable policy of the Company (including, without limitation, "The Walt Disney Company and Affiliated Companies Standards of Business Conduct" booklet and the Employee Policy Manual), as reasonably made available and as interpreted from time to time by the Company, provided that, subject to the provisions of Paragraph 7 and the Employee Policy Manual, nothing herein shall preclude Executive from (i) engaging in charitable activities and community affairs, and (ii) managing Executive's personal investments, so long as the activities listed in subclauses (i)-(ii) do not materially interfere, individually or in the aggregate, with the proper performance of Executive's duties and responsibilities hereunder.

3.    <u>Compensation</u>.

(a)    <u>Base Salary</u>. Commencing April 8, 2023, Executive shall receive an annual base salary of $750,000. Subsequent salary amounts shall be determined by the Company in its sole discretion; <u>provided</u>, <u>however</u>, that none of such subsequent annualized salaries shall be less than $750,000. Notwithstanding any other provision of this Agreement or any other Company document reflecting Executive's Base Salary (as defined below), the Company may reduce Executive's Base Salary by any amount up to 50% of Executive's then-current Base Salary for any period of time up to a consecutive or cumulative maximum period of six months if during such applicable period Disney has instituted a Disney-wide salary reduction program broadly applicable to employees at a comparable level to Executive

The amount of annual base salary payable under this Paragraph 3(a) shall be reduced, however, to the extent Executive elects in accordance with Section 409A of the Internal Revenue Code of 1986, as amended (the "***Code***"), and the regulations and interpretations thereunder ("***Section 409A***"), to defer such salary under the terms of any deferred compensation or savings plan or arrangement maintained or established by or on behalf of the Company or any of its subsidiaries. Executive's annual base salary payable hereunder, without reduction for any amounts deferred as described above, is referred to herein as the "***Base Salary***." The Company shall pay Executive the portion of Base Salary not deferred at the election of Executive in accordance with its generally applicable policies for comparable senior executives (currently paid on a weekly basis), but not less frequently than in equal monthly installments.

(b)    <u>Annual Incentive Bonus</u>. Executive shall be given the opportunity to earn an annual discretionary incentive bonus in accordance with the annual bonus plan generally applicable to the most senior executives of the Company, as the same may be in effect from time to time (the "***Annual Plan***"). Executive's target annual incentive bonus opportunity under the Annual Plan during each full fiscal year during the term hereof shall be one hundred fifty percent (150%) of Executive's Base Salary in effect at the end of such fiscal year. The actual amount payable to Executive as an annual bonus under the Annual Plan shall be dependent upon the achievement of performance objectives established in accordance with the Annual Plan by the Board of Directors of the Company or the committee of the Board of Directors of the Company responsible for administering such Annual Plan (the "***Compensation Committee***"), which, as to Company performance objectives, shall be substantially the same as the objectives established under the Annual Plan for other senior executive officers of the Company, though individual performance criteria may differ to reflect differences in responsibilities. The preceding sentence shall not limit any power or discretion of the Board of Directors of Company or the Compensation Committee in the

2

**Ex. 15**
**Page 1731**

administration of the Annual Plan. Any bonus payable pursuant to this Paragraph 3(b) shall be paid at the same time as annual bonuses are generally payable to the most senior executives of Company in accordance with the provisions of the Annual Plan, subject to Executive's continued employment with Company through the date on which such bonuses are paid. If Executive's employment continues until and ends upon the Scheduled Expiration Date, the Chief Executive Officer of the Company will, in his discretion, recommend to the Compensation Committee an annual cash bonus for the fiscal year in which the termination occurs in consideration of Executive's contributions during such fiscal year. Such bonus shall be payable at the same time annual cash bonuses are paid to senior management and shall be based on actual achievement of performance targets, evaluated as if Executive had remained employed through the end of the applicable performance period.

(c)     Eligibility for Equity Awards. Subject to the terms of this Agreement, Executive shall be entitled to participate in any stock option, restricted stock unit, performance share, performance unit or other equity-based long-term incentive compensation plan, program or arrangement generally made available to the most senior executives of Company, on substantially the same terms and conditions as generally apply to such other such executives, except that the size of the awards made to Executive shall reflect Executive's position with the Company and the Compensation Committee's evaluation of Executive's performance and competitive compensation practices. For each full fiscal year during the term hereof, Executive shall receive an annual award with a target accounting award value (which value shall be as determined in accordance with the policies and practices generally applicable to the most senior executives of Company) of three hundred fifty percent (350%) of Executive's Base Salary as expected to be in effect at the end of such fiscal year; it being understood that the form of the award shall be determined by the Compensation Committee and such form shall be subject to the terms of the applicable plan or plans of the Company. The preceding sentence shall not limit any power or discretion of the Board of Directors of Company or the Committee in the administration of any such long-term incentive plan, it being understood, specifically, that the Compensation Committee may adjust (i.e. reduce or increase) the target award value of any award made in respect of any fiscal year based on its evaluation of Executive's performance and/or any economic, financial and/or market conditions affecting the Company. The actual benefits conveyed to Executive in respect of any such awards may be less than, greater than or equal to the targeted award value, as such benefits will be dependent on a series of performance and other factors, such as the value of Company's common stock and satisfaction of any applicable vesting requirements and performance conditions.

(d)     Promotion Equity-Based Award. In connection with the commencement of Executive's services hereunder, the Company shall

3

recommend to the Compensation Committee of the board of directors of Company that Executive receive a one-time award of long-term incentive stock units with a target award value of $836,000, as determined by Company in accordance with its policies and practices generally, it being understood that the form of the award shall be determined by the Compensation Committee, and such form shall be subject to the terms of the applicable plan or plans of Company (the "*Award*"). The actual benefits conveyed to Executive in respect of such Award may be less than, greater than, or equal to the targeted award value, as such benefits will be dependent on the value of Disney's common stock, on the satisfaction of applicable vesting requirements, and, with respect to performance-based restricted stock units, to Disney's exercise of discretion in determining the extent of Executive's overall performance and contributions to Company's business, in each case as set forth in the award agreement specific to this Award. Such long-term incentive stock units shall be scheduled to vest at the rate of one-third (1/3) per year on each of the first through third anniversaries of the grant date, except as to any portion of the award that is provided in performance-based stock units, which portion will cliff vest on the third anniversary of the grant date, in all cases subject to Executive's continued employment by Company and to the other provisions of the applicable stock incentive plan.

4.      Benefits, Perquisites and Expenses.

(a)      Benefits. During the Employment Period, Executive shall be eligible to participate in (i) each welfare benefit plan sponsored or maintained from time to time by the Company and made available generally to its executive officers, including, without limitation, each such group life, hospitalization, medical, dental, health, accident or disability insurance, vacation or similar plan or program, whether now existing or established hereafter, and (ii) each pension, profit sharing, retirement, deferred compensation or savings plan sponsored or maintained by the Company for its executive officers, whether now existing or established hereafter, in accordance with the generally applicable provisions thereof.

(b)      Perquisites. During the Employment Period, Executive shall be entitled to receive such perquisites as are generally provided to other executive officers of the Company in accordance with the then current policies and practices of the Company.

(c)      Business Expenses. The Company shall pay or reimburse Executive for all reasonable expenses incurred or paid by Executive during the Employment Period in the performance of Executive's duties hereunder, upon presentation of expense statements or vouchers and such other information as the Company may reasonably require and in accordance with the generally applicable

4

policies and procedures of the Company for its executive officers as in effect from time to time.

(d)    Indemnification. The Company shall cause Disney to provide Executive with an indemnification agreement substantially in the form attached hereto as Exhibit A (the "*Indemnification Agreement*"), which agreement shall be signed and delivered to Executive upon execution of this Agreement by the parties hereto.

5.    Termination of Employment.

(a)    Early Termination of the Employment Period. Notwithstanding Paragraph 1, the Employment Period shall end upon the earliest to occur, if any, of (i) Executive's death, (ii) a Termination due to Disability, (iii) a Termination for Cause, (iv) the Termination Date specified in connection with any exercise by the Company of its Termination Right or (v) a Termination for Good Reason. If the Employment Period terminates as of a date specified under this Paragraph 5, Executive shall be deemed to have automatically resigned, effective immediately upon termination, from any and all positions Executive holds with the Company and any of its subsidiaries and affiliates, with no further action required by Executive or the Company or any of its subsidiaries and affiliates.

(b)    Benefits Payable Upon Termination.

(i)    In the event of Executive's death during the Employment Period or a Termination due to Disability, Executive or Executive's beneficiaries or legal representatives shall be provided the Unconditional Entitlements, including, but not limited to, any such Unconditional Entitlements that are or become payable under any Company plan, policy, practice or program or any contract or agreement with the Company by reason of Executive's death or Termination due to Disability. Unless and until a Termination due to Disability, during any period during which Executive is unable to perform the services required hereunder for medical or health-related reasons, Executive's Base Salary shall be payable to Executive and for any such period of approved leave, Executive shall remain an employee of the Company for purposes of stock option and restricted stock unit awards, annual incentive bonus compensation pursuant to Paragraph 3(b) hereof, and equity awards pursuant to Paragraph 3(c) hereof.

(ii)    In the event of Executive's Termination for Cause, Executive shall be provided the Unconditional Entitlements, except that Executive will not be paid the bonus referred to in Paragraph 5(c)(ii) below.

5

(iii)　　In the event of a Termination for Good Reason or the exercise by the Company of its Termination Right, Executive shall be provided the Unconditional Entitlements. In addition, the Company shall provide Executive the Conditional Benefits, subject to (A) Executive's execution of the Release, (B) Executive having not revoked such Release within the seven-day revocation period permitted following delivery of such Release and (C) Executive's execution of the Consulting Agreement, it being understood, for the avoidance of doubt, that any failure by Executive to execute either the Consulting Agreement or the Release or both of them shall not be deemed to be a breach hereof. For Executive to become entitled to the Conditional Benefits, Executive must deliver both (i) the executed Release and (ii) the executed Consulting Agreement to the Company by no later than twenty-two (22) days following the Termination Date.

(c)　　Unconditional Entitlements. For purposes of this Agreement, the "*Unconditional Entitlements*" to which Executive may become entitled under Paragraph 5(b) are as follows:

(i)　　Earned Salary. Any Base Salary earned, but unpaid, including without limitation accrued but unused and unpaid vacation, for services rendered to the Company on or prior to the date on which the Employment Period ends pursuant to Paragraph 5(a) (but excluding any salary and interest accrued thereon payment of which has been deferred, which shall be paid as provided under the applicable plan) shall be paid within 30 days following the termination of Executive's employment hereunder (or such date or earlier dates upon which payment of any part or whole of the foregoing is required under applicable law).

(ii)　　Prior Year Bonus. If Executive's employment terminates after the end of a fiscal year but before the annual incentive compensation payable for services rendered in that prior fiscal year has been paid, the annual incentive compensation that would have been payable to Executive for such completed fiscal year in accordance with Paragraph 3(b) shall be paid within 30 days following the termination of Executive's employment hereunder (or such date or earlier dates upon which payment of any part or whole of the foregoing is required under applicable law) or, if any part thereof constitutes a bonus which is subject to or conditioned upon any performance conditions, within thirty (30) days following the determination that such conditions have been met, provided that in all events the bonus shall be paid no later than 120 days following Executive's termination of employment.

(iii)　　Benefits. All benefits payable to Executive under any employee benefit plans (including, without limitation any pension plans or

6

Ex. 15
Page 1735

401(k) plans) of the Company or any of its subsidiaries applicable to Executive at the time of termination of Executive's employment with the Company and all amounts and benefits (other than the Conditional Benefits) which are vested or which Executive is otherwise entitled to receive under the terms of or in accordance with any plan, policy, practice or program of, or any contract or agreement with, the Company or any of its subsidiaries, at or subsequent to the date of Executive's termination without regard to the performance by Executive of further services or the resolution of a contingency, shall be paid or provided in accordance with and subject to the terms and provisions of such plans, it being understood that all such benefits shall be determined on the basis of the actual date of termination of Executive's employment with the Company. Notwithstanding the immediately preceding sentence, Executive shall not be entitled to any benefits under any severance plan or policy of the Company or any of its subsidiaries.

(iv)    Indemnities. Any right which Executive may have to claim a defense and/or indemnity for liabilities to or claims asserted by third parties in connection with Executive's activities as an officer, director or employee of the Company or any of its subsidiaries pursuant to the terms of the Indemnification Agreement referenced in Paragraph 4(d) shall be unaffected by Executive's termination of employment and shall remain in effect in accordance with its terms.

(v)    Medical Coverage. Executive shall be entitled to such continuation of health care coverage as is required under, and in accordance with, applicable law or otherwise provided in accordance with the Company's policies. Executive shall be notified in writing pursuant to this Paragraph 5(c)(v) of Executive's rights to continue such coverage after the termination of Executive's employment, provided that Executive timely complies with the conditions to continue such coverage that are applicable at law or pursuant to Company's policies and procedures to a termination of employment at that time. Executive understands and acknowledges that Executive is responsible to make all payments required for any such continued health care coverage that Executive may choose to receive.

(vi)    Business Expenses. Executive shall be entitled to reimbursement, in accordance with the Company's policies regarding expense reimbursement as in effect from time to time, for all business expenses incurred by Executive prior to the termination of employment.

(vii)    Stock Options/RSUs. Except to the extent additional rights are provided upon Executive's qualifying to receive the Conditional

7

Benefits, Executive's rights with respect to any stock options and/or restricted stock units granted to Executive by the Company shall be governed by the terms and provisions of the plans (including plan rules) and award agreements pursuant to which such stock options and restricted stock units were awarded, as in effect at the date Executive's employment terminates.

(d)    Conditional Benefits. For purposes of this Agreement, the "*Conditional Benefits*" to which Executive may become entitled, provided Executive complies with the terms and conditions hereof (including the applicable agreements attached hereto), are as follows:

(i)    Remaining Salary. As further noted in paragraph 2 of the Consulting Agreement, the Company shall pay Executive a lump sum amount equal to the Consulting Amount as compensation for consulting services under the Consulting Agreement. If the Scheduled Expiration Date is later than the end of the Consulting Agreement Period, the Company shall also pay Executive the Severance Amount. The Consulting Amount and the Severance Amount shall be paid on the date that is six months and one day after the Termination Date (or upon Executive's death, if earlier).

(ii)    Stock Options. The Continuing Stock Options shall become exercisable in accordance with the applicable Original Stock Option Award Documents, on the same basis as such options would have become vested and exercisable if Executive had remained employed under this Agreement through the Scheduled Expiration Date. Once exercisable, all Continuing Stock Options shall remain exercisable until the Stock Option Termination Date. All of Executive's Remaining Stock Options that were vested and exercisable at the Termination Date shall remain exercisable until the Stock Option Termination Date. Notwithstanding any other term or provision hereof, any of Executive's stock options which are not vested at the Termination Date, and which are not Continuing Stock Options, shall automatically terminate upon the Termination Date. Except as otherwise expressly provided herein, all of the Remaining Stock Options shall continue to be subject to the Original Stock Option Award Documents. Notwithstanding the foregoing, in the event of Executive's death prior to the Scheduled Expiration Date, all Continuing Stock Options shall vest on the date of Executive's death and all Remaining Stock Options shall be exercisable for the period following Executive's death determined under such Original Stock Option Award Documents on the same basis as though Executive was employed on the date of Executive's death and regardless of when the Stock Option Termination Date would otherwise have occurred. However, any provisions in the

8

Original Stock Option Award Documents relating to disability or change in control of the Company after the Termination Date shall not be operative with respect to any Remaining Stock Options.

(iii)     RSUs. The Continuing Stock Units shall continue to vest in accordance with the terms of the Original RSU Award Documents, on the same basis as such stock units would have become vested if Executive had remained employed under this Agreement through the Scheduled Expiration Date. Except as otherwise expressly provided herein, all such Continuing Stock Units shall be subject to, and administered in accordance with, the Original RSU Award Documents. Any of Executive's restricted stock unit awards that have not become vested on or before the Termination Date, and that are outstanding at the Termination Date, but which are not Continuing Stock Units, shall automatically terminate on the Termination Date. Notwithstanding any term or provision of the Original RSU Award Documents:

(A)     any provisions in such Original RSU Award Documents relating to disability shall not be applicable to any such Continuing Stock Units after the Termination Date; and

(B)     in the event of Executive's death after the Termination Date but prior to the Scheduled Expiration Date, the terms and provisions of the Original RSU Award Documents shall be interpreted and applied in the same manner with respect to such Continuing Stock Units as if Executive were an active employee on the date of Executive's death.

(C)     to the extent that, under the Company's compensation practices and policies, any tranche of Continuing Stock Units is subject to the achievement of performance conditions which were imposed solely because Executive was an executive officer of the Company who could have been a covered employee within the meaning of Section 162(m) at the time payment in respect of such award was expected to be made (the "*Applicable 162(m) Criteria*") and such Applicable 162(m) Criteria relate, in whole or in part, to any performance period continuing after the end of the Company's fiscal year in which the Termination Date occurs, such Applicable 162(m) Criteria shall be waived as of the Termination Date with respect to such tranche of the Continuing Stock Units; provided, however, that this Paragraph 5(d)(iii)(C) shall not be applicable if and to the extent, in the reasonable opinion of tax counsel to the Company, the presence of such provision would cause any stock units intended to be qualified as other performance based

9

compensation within the meaning of Section 162(m) of the Code to fail to be so qualified at any time prior to Executive's Termination Date.

(iv)     Pro-Rated Current Year Bonus. The Company shall pay Executive a pro rata annual bonus for the fiscal year in which the Termination Date occurs, determined on the basis of an assumed full year target bonus determined pursuant to Section 3(b) and the number of days in the applicable fiscal year occurring on or before the Termination Date. Such pro-rata current year bonus payable pursuant to the foregoing shall be paid no later than the later of (i) two and a half months after the end of Executive's tax year in which the Termination Date occurs and (ii) two and a half months after the end of the Company's tax year in which the Termination Date occurs.

(v)     Additional Distribution Rules in Respect of Conditional Benefits. The following additional rules shall apply with respect to distribution of the payments and benefits, if any, to be provided to Executive under Paragraph 5(d)(i), (iii) and (iv):

(A)     It is intended that each installment of the payments and benefits provided under Paragraphs 5(d)(i), (iii) and (iv) shall be treated as a separate "payment" for purposes of Section 409A. Neither the Company nor Executive shall have the right to accelerate or defer the delivery of any such payments or benefits except to the extent specifically permitted or required by Section 409A;

(B)     Distribution in respect of any tranche of Continuing Stock Units to which Paragraph 5(d)(iii) (C) applies shall be made within 90 days following the later of the date that (i) the service conditions that had originally been specified for such tranche of Continuing Stock Units under the applicable Original RSU Award Documents would otherwise have been satisfied (had Executive continued to be employed) and (ii) the last performance measurement period applicable in respect of such tranche of Continuing Stock Units under the applicable Original RSU Award Documents would otherwise have expired;

(C)     Each installment of the payments and benefits due under Paragraph 5(d)(i) and (iii) that would, absent this subsection, be paid within the six-month period following Executive's "separation from service" (within the meaning of Section 409A of the Code and as provided in Paragraph 5(g) hereof) from the Company shall not be paid until the date that is six months and one day after such separation from service (or, if earlier, Executive's

10

Ex. 15
Page 1739

death), with any such installments that are required to be delayed being accumulated during the six-month period and paid in a lump sum on the date that is six months and one day following Executive's separation from service; provided, however, that the preceding provisions of this sentence shall not apply to any installment of payments and benefits if and to the maximum extent that such installment is deemed to be paid under a separation pay plan that does not provide for a deferral of compensation by reason of the application of Treasury Regulation 1.409A-1(b)(9)(iii) (relating to separation pay upon an involuntary separation from service). (Any installments that qualify for the exception under Treasury Regulation Section 1.409A-1(b)(9)(iii) must be paid no later than the last day of Executive's second taxable year following the taxable year of Executive in which the separation from service occurs.) Any subsequent installments that would be payable more than six months following Executive's separation from service shall be paid in accordance with the dates and terms set forth herein.

(e)    Definitions. For purposes of this Paragraph 5, the following terms shall have the meanings ascribed to them below:

"*Consulting Agreement*" means the consulting agreement in the form attached hereto as Exhibit B.

"*Consulting Agreement Period*" means the period established under the Consulting Agreement during which Executive shall be required to provide consulting services to the Company.

"*Consulting Amount*" means a lump sum amount equal to the aggregate Base Salary which would have been earned by Executive during the Employment Period had Executive's employment under this Agreement continued after the Termination Date and through the earlier to occur of (i) the end of the Consulting Agreement Period or (ii) any earlier date that the Consulting Agreement terminates for any reason whatsoever.

"*Continuing Stock Options*" means any of Executive's stock options that were not vested and exercisable at the Termination Date, but that would have become vested and exercisable on or prior to the Latest Stock Option Vesting Date had Executive continued to be employed by the Company through the Scheduled Expiration Date.

"*Continuing Stock Units*" means any of Executive's restricted stock units outstanding at the Termination Date (whether or not subject to performance conditions) that, subject to the satisfaction of any applicable performance conditions, would have become vested on or prior to the

11

Ex. 15
Page 1740

Scheduled Expiration Date had Executive continued to be employed by the Company through the Scheduled Expiration Date.

*"Latest Stock Option Vesting Date"* means the date which is three months after the Scheduled Expiration Date.

*"Original Stock Option Award Documents"* means, with respect to any Remaining Stock Option, the terms and provisions of the award agreement and plan pursuant to which such Remaining Stock Option was granted, each as in effect on the Termination Date.

*"Original RSU Award Documents"* means, with respect to any tranche of Continuing Stock Units, the terms and provisions of the award agreement related to, and the plan governing, such tranche of Continuing Stock Units, each as in effect on the Termination Date.

*"Release"* means the General Release in the form set forth in Exhibit C attached hereto.

*"Remaining Stock Options"* means any of Executive's stock options which are (i) vested at the Termination Date or (ii) Continuing Stock Options.

*"Scheduled Expiration Date"* means April 7, 2026.

*"Severance Amount"* means an amount equal to the aggregate Base Salary which would have been earned by Executive under this Agreement for the period commencing on the day after termination of the Consulting Agreement Period and ending on the Scheduled Expiration Date; provided that if the Company terminates the Consulting Agreement due to Executive's uncured material breach of any term thereof, the Severance Amount shall be reduced to zero.

*"Stock Option Termination Date"* means, with respect to any Remaining Stock Option, the expiration date as stated in the applicable award, taking into account any expiration date extension provided in the applicable award based on Executive's age and/or years of service as of the Scheduled Expiration Date.

*"Termination for Cause"* means a termination based on Executive's (i) conviction of embezzlement, fraud, or other conduct which would constitute a felony; (ii) willful unauthorized disclosure of confidential information; (iii) failure, neglect of, or refusal to substantially perform the duties of the Executive's employment; or (iv) any other act or omission which is a significant breach of the Company's policies or which is

12

significantly injurious to the financial condition or business reputation of the Company or any Affiliate thereof, which termination may be effected (A) immediately upon notice from the Company if the Company shall reasonably and in good faith determine that the conduct or cause specified in such notice is not curable (it being understood that such notice shall describe in reasonable detail the conduct or cause giving rise to such notice and shall state the reason(s) why the Company has determined that such conduct or cause is not curable); or (B) upon twenty business days notice from the Company, if the Company shall and in good faith determine that the conduct or cause specified in such notice is curable (it being understood that such notice shall describe in reasonable detail the conduct or cause giving rise to such notice and shall state the reason(s) why the Company has determined that such conduct or cause is curable and what steps the Company believes should or could be taken to cure such conduct or cause, provided, however, that such opportunity to cure shall only be provided by the Company with respect to a termination of Executive's employment hereunder due to gross negligence); provided that the Company shall not be entitled to terminate Executive's employment for Cause, if Executive has, within five business days after notice in accordance with subclause (B) has been given personally to Executive or otherwise has been received by Executive, commenced in good faith to cure the conduct or cause specified in such notice and completes such cure within 20 business days following the date such notice was received.

"*Termination Date*" means the earlier to occur of (i) the date the Company specifies in writing to Executive in connection with the exercise of its Termination Right or (ii) the date Executive specifies in writing to the Company in connection with any notice to effect a Termination for Good Reason.

"*Termination due to Disability*" means a termination of Executive's employment by the Company because Executive has been incapable, after reasonable accommodation, of substantially fulfilling the positions, duties, responsibilities and obligations set forth in this Agreement because of physical, mental or emotional incapacity resulting from injury, sickness or disease for a period of (i) six (6) consecutive months or (ii) an aggregate of nine (9) months (whether or not consecutive) in any twelve (12) month period, provided that any notice of such termination of employment must be given when Executive is incapable of substantially fulfilling Executive's positions, duties, responsibilities, and obligations hereunder as referred to above and has not resumed such duties. Any question as to the existence, extent or potentiality of Executive's disability shall be

13

determined by a qualified physician selected by the Company with the consent of Executive, which consent shall not be unreasonably withheld.

"*Termination for Good Reason*" means a termination of Executive's employment under this Agreement by Executive within 30 days of the Company's failure to cure, in accordance with the procedures set forth below, any of the following events: (i) a reduction in Executive's compensation rights hereunder (that is, a reduction in Base Salary, target bonus opportunity specified in Paragraph 3(b) or target annual discretionary incentive award specified in Paragraph 3(c) other than as permitted in Paragraph 3(c), it being understood that the failure of Executive to receive an actual bonus for any fiscal year equal to or greater than the target bonus opportunity or to receive in respect of any equity award granted an amount that is equal to or greater than the target annual incentive value ascribed to such award is not a reduction in such compensation rights); (ii) the removal of Executive by the Company from the position of Senior Executive Vice President and Chief Human Resources Officer of the Company; (iii) a material reduction in Executive's duties and responsibilities as of the date of this Agreement; (iv) the assignment to Executive of duties that are materially inconsistent with Executive's position or duties or that materially impair Executive's ability to function as Senior Executive Vice President and Chief Human Resources Officer of the Company, and any other position in which Executive is then serving; (v) the relocation of Executive's principal office to a location that is more than 50 miles outside of the greater Los Angeles area; or (vi) a material breach of any provision of this Agreement by the Company. In addition, following the occurrence of a Change in Control (as defined in the 2011 Stock Incentive Plan of the Company (the "*2011 Stock Plan*"), the Amended and Restated 2005 Stock Incentive Plan (the "*2005 Stock Plan*") and the Amended and Restated 1995 Stock Incentive Plan (the "*1995 Stock Plan*")), any occurrence that would constitute a Triggering Event for purposes of Section 11 of the 2011 Stock Plan, the 2005 Stock Plan and the 1995 Stock Plan (together with the 2011 Stock Plan and 2005 Stock Plan, the "*Plans*"), as such Plans may be amended and/or superceded from time to time, shall also constitute an event upon which Executive may effect a Termination for Good Reason in accordance with this Agreement. Notwithstanding the foregoing, a termination shall not be treated as a Termination for Good Reason (A) if Executive shall have consented in writing to the occurrence of the specific event giving rise to the claim of Termination for Good Reason (and such consent may reasonably be understood to generally relate to the time period in which such event occurred), or (B) unless Executive shall have delivered a written notice to the Company within three months of having actual knowledge of the occurrence of one of such events stating that Executive

14

intends to terminate Executive's employment for Good Reason and specifying the factual basis for such termination, and such event, if capable of being cured, shall not have been cured within 30 days of the receipt of such notice.

"*Termination Right*" means the right of the Company, in its sole, absolute and unfettered discretion, to terminate Executive's employment under this Agreement for any reason or no reason whatsoever. For the avoidance of doubt, any Termination for Cause effected by the Company shall not constitute the exercise of its Termination Right.

(f)    Conflict With Plans. As permitted under the terms of the applicable Plans, the Company and Executive agree that the definitions of Termination for Cause or Termination for Good Reason set forth in this Paragraph 5 shall apply in place of any similar definition or comparable concept applicable under either of the Plans (or any similar definition in any successor plan), except that, in connection with a "Triggering Event" as defined in the Plans, as such Plans may be amended from time to time, the terms of the applicable plan (and not the definitions of Termination for Cause or Termination for Good Reason set forth in this Paragraph 5) shall apply to determine Executive's rights and entitlements in respect of the awards made under any such plan (and only in respect of such awards).

(g)    Section 409A. To the extent applicable, it is intended that this Agreement comply with the requirements of Section 409A, and this Agreement shall be interpreted in a manner consistent with this intent. Notwithstanding anything else contained herein to the contrary, any payment required to be made to Executive hereunder upon Executive's termination of employment (including any payment pursuant to this Paragraph 5) shall be made promptly after the six month anniversary of Executive's date of termination to the extent necessary to avoid imposition on Executive of any tax penalty imposed under Section 409A of the Code. Solely for purposes of determining the time and form of payments due Executive under this Agreement (including any payments due under Paragraph 3(a)) or otherwise in connection with Executive's termination of employment with the Company, Executive shall not be deemed to have incurred a termination of employment unless and until Executive shall incur a "separation from service" within the meaning of Section 409A of the Code. The parties agree, as permitted in accordance with the final regulations thereunder, a "separation from service" shall occur when Executive and the Company reasonably anticipate that Executive's level of bona fide services for the Company (whether as an employee or an independent contractor) will permanently decrease to no more than 40 percent of the average level of bona fide services performed by Executive for the Company over the immediately preceding 36 months. The determination of whether and when a separation from service has occurred shall be made in

15

accordance with this subparagraph and in a manner consistent with Treasury Regulation Section 1.409A-1(h). To the extent that the Company and Executive determine that any provision of this Agreement could reasonably be expected to result in Executive's being subject to the payment of interest or additional tax under Section 409A, the Company and Executive agree, to the extent reasonably possible as determined in good faith, to amend this Agreement, retroactively, if necessary, in order to avoid the imposition of any such interest or additional tax under Section 409A. All reimbursements and in-kind benefits provided under the Agreement shall be made or provided in accordance with the requirements of Section 409A to the extent that such reimbursements or in-kind benefits are subject to Section 409A, including, where applicable, the requirements that (i) any reimbursement is for expenses incurred during Executive's lifetime (or during a shorter period of time specified in this Agreement), (ii) the amount of expenses eligible for reimbursement during a calendar year may not affect the expenses eligible for reimbursement in any other calendar year, (iii) the reimbursement of an eligible expense will be made on or before the last day of the calendar year following the year in which the expense is incurred and (iv) the right to reimbursement is not subject to set off or liquidation or exchange for any other benefit. Each payment of compensation under the Agreement shall be treated as a separate payment of compensation for purposes of Section 409A. Executive's right to any deferred compensation, as defined under Section 409A, shall not be subject to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, attachment, garnishment by creditors, or borrowing to the extent necessary to avoid tax, penalties, and/or interest under Section 409A.

(h)    Amendment of Existing Agreements. The parties acknowledge and agree that to the extent that this Paragraph 5 affects any of the terms and conditions of Executive's Remaining Stock Options or Continuing Stock Units, this Agreement shall constitute an amendment of the Original Stock Option Award Documents and Original RSU Award Documents as they pertain to Executive.

6.    Exclusive Remedy. Executive shall be under no obligation to mitigate damages or seek other employment or other engagement of Executive's services after this Agreement is terminated pursuant to Paragraph 5 in order to obtain the benefits provided for under Paragraph 5(d) of this Agreement. Executive acknowledges and agrees that the payments and rights provided under Paragraph 5 are fair and reasonable, and are Executive's sole and exclusive remedy, in lieu of all other remedies at law or in equity, for termination of Executive's employment by the Company upon exercise of its Termination Right pursuant to this Agreement or upon a Termination for Good Reason. The failure of Executive to execute and timely deliver the Release and the Consulting Agreement for any reason (i) shall limit Executive's rights in connection with the exercise by the Company of its Termination Right solely to the right to receive the Unconditional Entitlements, (ii) shall not effect a modification of any of Executive's

16

commitments set forth in this Agreement (none of which are contingent upon execution of the Release by Executive) and (iii) shall not preserve or revive any rights waived by Executive hereunder. Subject to Executive's execution and delivery of the Release without revocation thereof and execution and delivery of the Consulting Agreement, (i) the Company agrees to enter into the Release and Consulting Agreement, and (ii) there shall be no offset available to the Company against any amounts due, paid or payable to Executive in respect of the Conditional Benefits and Unconditional Entitlements under Paragraph 5 with respect to any compensation, remuneration or payment attributable to any services that Executive may provide to any third party subsequent to termination of employment hereunder, whether as an employee or otherwise.

7.      Non-competition and Confidentiality.

(a)      Non-competition. During the Employment Period, Executive shall not engage in any business, or become associated with any entity, whether as a principal, partner, employee, consultant, shareholder or otherwise (other than as a holder of not in excess of 1% of the outstanding voting shares of any publicly traded company) that is actively engaged in any business, which is in competition, in any geographic area, with a business conducted by the Company or any subsidiary of the Company at the time of the alleged competition.

(b)      Confidentiality. Without limiting the generality of the foregoing, Executive acknowledges signing and delivering to Company The Walt Disney Company and Affiliated Companies Confidentiality Agreement and Executive agrees that all terms and conditions contained therein, and all of Executive's obligations and commitments provided for therein, shall be deemed, and hereby are, incorporated into this Agreement as if set forth in full herein. The provisions of this paragraph shall survive the expiration or earlier termination of this Agreement.

(c)      Company Property. Promptly following Executive's termination of employment, Executive shall return to the Company all property of the Company, and all copies thereof in Executive's possession or under Executive's control, except that Executive may retain notes, files, calendars, contact information and correspondence of a personal nature (whether in hard copy or electronic form), provided, in each case, that no confidential Company information or information intended primarily for internal Company use is contained therein.

(d)      Non-Solicitation of Employees. During the Employment Period and, subject to the provisions of applicable law, during the one-year period following any termination of Executive's employment, Executive shall not, except in the course of carrying out Executive's duties hereunder, directly or indirectly induce any employee of the Company or any of its affiliates, whom Executive knows by reason of Executive's employment with Company, to

17

terminate employment with such entity, and shall not directly or indirectly, either individually or as owner, agent, employee, consultant or otherwise,

    (i)   solicit, encourage or induce the employment or engagement of, or entice from the employment of the Company or any of its subsidiaries, or

    (ii)   direct, arrange, participate or assist in any such solicitation, encouragement, inducement or enticement of,

any person who is or was employed by the Company or any subsidiary of either (other than Executive's personal assistant) unless such person shall have ceased to be employed by such entity for a period of at least six (6) months.

    (e)   <u>Injunctive Relief with Respect to Covenants</u>. Executive acknowledges and agrees that the covenants and obligations of Executive with respect to noncompetition, nonsolicitation, confidentiality and the Company property relate to special, unique and extraordinary matters and that a violation of any of the terms of such covenants and obligations may cause the Company and/or its affiliates irreparable injury for which adequate remedies are not available at law. Executive further acknowledges and agrees that (1) the Company and/or its affiliates may seek an injunction, restraining order or such other equitable relief restraining Executive from committing any violation of the covenants and obligations contained in this Paragraph 7 in any court of competent jurisdiction and (2) Executive's acknowledgements in this Paragraph 7 may be relied on in seeking such remedies, which are cumulative and are in addition to any other rights and remedies the Company and/or its affiliates may have at law or in equity.

8.    <u>Miscellaneous</u>.

    (a)   <u>Survival</u>. Paragraphs 5 (relating to early termination of the Employment Period), 6 and 7 (relating to nondisclosure and nonsolicitation of employees) shall survive the termination hereof, whether such termination shall be by expiration of the Employment Period in accordance with Paragraph 1 or an early termination of the Employment Period pursuant to Paragraph 5 hereof.

    (b)   <u>Binding Effect</u>. This Agreement shall be binding on, and shall inure to the benefit of, the Company and any person or entity that succeeds to the interest of the Company (regardless of whether such succession does or does not occur by operation of law) by reason of a merger, consolidation or reorganization involving the Company or a sale of all or substantially all of the assets of the Company. The Company further agrees that, in the event of a sale of assets as described in the preceding sentence, it shall use its reasonable best efforts to cause such assignee or transferee to expressly assume the liabilities, obligations and

<div align="center">18</div>

duties of the Company hereunder in writing as a condition to any assignment thereof to such assignee or transferee. This Agreement shall also inure to the benefit of Executive's heirs, executors, administrators and legal representatives and beneficiaries as provided in Paragraph 8(d).

(c)    Assignment. Except as provided under Paragraph 8(b), and except for transfers and/or assignments of this Agreement from any Company entity to another Company entity, neither this Agreement nor any of the rights or obligations hereunder shall be assigned or delegated by any party hereto without the prior written consent of the other party.

(d)    Beneficiaries/References. Executive shall be entitled, to the extent permitted under any applicable law and the terms of any applicable plan, to select and change a beneficiary or beneficiaries to receive any compensation or benefit payable hereunder following Executive's death by giving the Company written notice thereof. In the event of Executive's death or a judicial determination of Executive's incompetence, reference in this Agreement to Executive shall be deemed, where appropriate, to refer to Executive's beneficiary, estate or other legal representative.

(e)    Entire Agreement. This Agreement shall constitute the entire agreement between the parties hereof, with respect to the matters referred to herein; provided that this Agreement shall not alter, amend, or supercede, except as specifically provided in Paragraph 5, any agreement that includes the terms of any equity grant made to Executive prior to the date hereof or the Indemnification Agreement referenced in Paragraph 4(d), which by their terms survive the termination thereof.

THERE ARE NO PROMISES, REPRESENTATIONS, INDUCEMENTS OR STATEMENTS BETWEEN THE PARTIES OTHER THAN THOSE THAT ARE EXPRESSLY CONTAINED HEREIN.

Notwithstanding the foregoing, nothing in this Agreement shall be construed to limit, modify or supersede The Walt Disney Company and Affiliated Companies Confidentiality Agreement executed by Executive, which shall survive regardless of the termination of this Agreement.

(f)    Representations. Executive represents that Executive's employment hereunder and compliance by Executive with the terms and conditions of this Agreement will not conflict with or result in the breach of any agreement to which Executive is a party or by which Executive may be bound. The Company represents that (i) it is a corporation duly organized, validly existing and in good standing under the laws of the State of Delaware, (ii) it has the full corporate power and authority to execute and deliver this Agreement, and

19

Ex. 15
Page 1748

(iii) the execution, delivery and performance of this Agreement has been duly and validly authorized.

(g)     Authority of The Walt Disney Company Board. For the avoidance of doubt, nothing in this Agreement shall preclude the Board of Directors of the Company or the Compensation Committee from its ability to exercise any power or authority to take such actions as it is required or permitted to take as a matter of law or pursuant to the terms of the Company's governing documents. Nothing in this Paragraph 8(g) shall be construed to modify, amend, limit or otherwise impair the rights and entitlements of Executive set forth in the other Paragraphs of this Agreement (including, without limitation, the rights and entitlements specified in Paragraph 5).

(h)     Severability; Reformation. In the event that one or more of the provisions of this Agreement shall become invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein shall not be affected thereby or relieve the Company or Executive of liability for any breach by Company or Executive of any such remaining provisions. In the event any of subparagraphs (a), (b) or (d) of Paragraph 7 hereof is not enforceable in accordance with its terms, Executive and the Company agree that such subparagraph of such Paragraph 7 shall be reformed to make such subparagraph enforceable in a manner which provides the Company the maximum rights permitted at law.

(i)     Waiver. Waiver by any party hereto of any breach or default by the other party of any of the terms of this Agreement shall not operate as a waiver of any other breach or default, whether similar to or different from the breach or default waived. No waiver of any provision of this Agreement shall be implied from any course of dealing between the parties hereto or from any failure by either party hereto to assert its or Executive's rights hereunder on any occasion or series of occasions.

(j)     Notices. Any notice required or desired to be delivered under this Agreement shall be in writing and shall be delivered personally, by courier service, or by registered mail, return receipt requested, and shall be effective upon actual receipt when delivered personally or by courier and when sent by registered mail, three business days following date of mailing, and shall be addressed as follows (or to such other address as the party entitled to notice shall hereafter designate in accordance with the terms hereof):

20

**Ex. 15**
**Page 1749**

If to the Company:

The Walt Disney Company
500 South Buena Vista Street
Burbank, California 91521

Attention:    Chief Executive Officer
Facsimile: (818) 560-5960

and

Senior Executive Vice President
and General Counsel
Facsimile: (818) 569-5146

If to Executive:

To the address listed as Executive's principal residence in the Company's human resources records and to Executive's principal place of employment with the Company.

(k)    Amendments. No amendment to this Agreement shall be binding between the parties unless it is in writing and signed by the party against whom enforcement is sought.

(l)    Headings. Headings to paragraphs in this Agreement are for the convenience of the parties only and are not intended to be part of or to affect the meaning or interpretation hereof.

(m)    Counterparts. This Agreement may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and a facsimile signature shall have the same force and effect as one penned in ink.

(n)    Withholding. Any payments provided for herein shall be reduced by any amounts required to be withheld by the Company from time to time under applicable federal, state or local income or employment tax laws or similar statutes or other provisions of law then in effect.

(o)    Governing Law. This Agreement shall be governed by the laws of the State of California, without reference to principles of conflicts or choice of law under which the law of any other jurisdiction would apply.

(p)    No Obligation To Continued Employment. This Agreement does not constitute a commitment of Company with regard to Executive's employment,

21

express or implied, other than to the extent expressly provided for herein. Upon termination of this Agreement, neither Company nor Executive shall have any obligation to the other with respect to continued employment. In the event that Executive's employment continues for any period of time following the stated expiration date of this Agreement, unless and until agreed to in a new subscribed written document, such employment or any continuation thereof is "at will," and may be terminated without obligation at any time by either party's giving notice to the other, unless otherwise prescribed by applicable law.

IN WITNESS WHEREOF, the Company has caused this Agreement to be executed by its duly authorized officer and Executive has hereunto set Executive's hand as of the day and year first above written.

THE WALT DISNEY COMPANY

Dated:    March 10, 2023                    By:    /s/ Horacio Gutierrez

Dated:    March 10, 2023                    /s/ Sonia L. Coleman
                                            Sonia L. Coleman

22

*EXHIBIT A*

## INDEMNIFICATION AGREEMENT

AGREEMENT, dated as of April 8, 2023, between The Walt Disney Company, a Delaware corporation (the "Company") and Sonia L. Coleman (the "Indemnitee").

WHEREAS, it is essential to the Company to retain and attract as directors and officers for itself and its subsidiaries the most capable persons available;

WHEREAS, Indemnitee is Senior Executive Vice President and Chief Human Resources Officer, of the Company;

WHEREAS, in recognition of Indemnitee's need for substantial protection against personal liability in order to enhance Indemnitee's continued service in the position(s) referred to above, the Company wishes to provide in this Agreement for the indemnification of and the advancing of expenses to Indemnitee to the full extent (whether partial or complete) permitted by law and as set forth in this Agreement, and, to the extent insurance is maintained, for the continued coverage of Indemnitee under the Company's directors' and officers' liability insurance policies;

NOW, THEREFORE, in consideration of the premises and of Indemnitee's continuing to serve, at the Company's request, in the position(s) referred to above, and intending to be legally bound hereby, the parties hereto agree as follows:

1.      *Certain Definitions.*

(a)      A "Change in Control" shall be deemed to have occurred if (i) any "person" (as such term is used in Section 13(d) and 14(d) of the Securities Exchange Act of 1934, as amended), other than a trustee or other fiduciary holding securities under an employee benefit plan of the Company or a corporation owned directly or indirectly by the stockholders of the Company in substantially the same proportions as their ownership of stock of the Company, is or becomes the "beneficial owner" (as defined in Rule 13d-3 under said Act), directly or indirectly, of securities of the Company representing 25% or more of the total voting power represented by the Company's then outstanding Voting Securities, or (ii) during any period of two consecutive years, individuals who at the beginning of such period constitute the Board of Directors of the Company and any new director whose election by the Board of Directors of the Company or nomination for election by the Company's stockholders was approved by a vote of at least two-thirds (2/3) of the directors then still in office who either were directors at the beginning of the period or whose election or nomination for election was previously so approved, cease for any reason to constitute a majority thereof, or (iii) the stockholders of the Company approve a merger or consolidation of the Company with any other corporation, other than a merger or consolidation which would result in the Voting Securities of the Company outstanding immediately prior thereto continuing to represent (either by remaining outstanding or being converted into Voting Securities of the surviving entity) at least 75% of the total voting power of such surviving entity outstanding immediately after such merger or consolidation, or the stockholders of the Company approve a plan of complete liquidation of the Company or an agreement for the sale or disposition by the Company (in one

transaction or a series of transactions) of all or substantially all the Company's assets.

(b)    "Claim" shall mean any threatened, pending or completed action, suit, proceeding or alternate dispute resolution mechanism, or any inquiry, hearing or investigation, whether conducted by the Company or any other party, that Indemnitee in good faith believes might lead to the institution of any such action, suit, proceeding or alternate dispute resolution mechanism, whether civil, criminal, administrative, investigative or other.

(c)    "Expenses" shall include attorneys' fees and all other costs, travel expenses, fees of experts, transcript costs, filing fees, witness fees, telephone charges, postage, delivery service fees, expenses and obligations of any nature whatsoever paid or incurred in connection with investigating, defending, being a witness in or participating in (including on appeal), or preparing to defend, be a witness in or participate in any Claim relating to any Indemnifiable Event.

(d)    "Indemnifiable Event" shall mean any event or occurrence related to the fact that Indemnitee is or was a director, officer, employee, agent or fiduciary of the Company or one of its subsidiaries, or is or was serving at the request of the Company or one of its subsidiaries as a director, officer, employee, trustee, agent or fiduciary of another corporation, partnership, joint venture, employee benefit plan, trust or other enterprise, or by reason of anything done or not done by Indemnitee in any such capacity.

(g)    "Independent Legal Counsel" shall mean an attorney, selected in accordance with the provisions of Section 3 hereof, who shall not have otherwise performed services for the Company or Indemnitee within the last five years (other than in connection with seeking indemnification under this Agreement). Notwithstanding the foregoing, the term "Independent Legal Counsel" shall not include any person who, under the applicable standards of professional conduct then prevailing, would have a conflict of interest in representing either the Company or Indemnitee in an action to determine such Indemnitee's right to indemnification under this Agreement, nor shall Independent Legal Counsel be any person who has been sanctioned or censured for ethical violations of applicable standards of professional conduct.

(e)    A "Potential Change in Control" shall be deemed to have occurred if (i) the Company enters into an agreement or arrangement, the consummation of which would result in the occurrence of a Change in Control; (ii) any person (including the Company) publicly announces an intention to take or to consider taking actions which if consummated would constitute a Change in Control; or (iii) the Board adopts a resolution to the effect that, for purposes of this Agreement, a Potential Change in Control has occurred.

(f)    "Reviewing Party" shall mean any appropriate person or body consisting of a member or members of the Board of Directors of the Company or any other person or body appointed by the Board who is not a party to the particular Claim for which Indemnitee is seeking indemnification, or Independent Legal Counsel.

2

Ex. 15
Page 1753

(g)    "Voting Securities" shall mean any securities of an entity which vote generally in the election of directors.

2.    *Basic Indemnification Arrangement.*

(a)    In the event Indemnitee was, is or becomes a party to or witness or other participant in, or is threatened to be made a party to or witness or other participant in, a Claim by reason of (or arising in part out of) an Indemnifiable Event, the Company shall indemnify Indemnitee to the fullest extent permitted by law as soon as practicable but in any event no later than thirty days after written demand is presented to the Company, against any and all Expenses, judgments, fines, penalties and amounts paid in settlement (including all interest, assessments and other charges paid or payable in connection with or in respect of such Expenses, judgments, fines, penalties or amounts paid in settlement) of such Claim and any federal, state, local or foreign taxes imposed on the Indemnitee as a result of the actual or deemed receipt of any payments under this Agreement (including the creation of the trust referred to in Section 4 hereof). If so requested by Indemnitee, the Company shall advance (within two business days of such request) any and all expenses to Indemnitee (an "Expense Advance"). Notwithstanding anything in this Agreement to the contrary and except as provided in Section 5 and the proviso in the first sentence of Section 2(b) hereof, prior to a Change in Control Indemnitee shall not be entitled to indemnification pursuant to this Agreement in connection with any Claim initiated by Indemnitee against the Company or any director or officer of the Company unless the Company has joined in or consented to the initiation of such Claim.

(b)    Notwithstanding the foregoing, (i) the obligations of the Company under Section 2(a) hereof shall be subject to the condition that the Reviewing Party shall not have determined (in a written opinion, in any case in which the Independent Legal Counsel referred to in Section 3 hereof is involved) that Indemnitee would not be permitted to be indemnified under applicable law, and (ii) the obligation of the Company to make an Expense Advance pursuant to Section 2(a) hereof shall be subject to the condition that, if, when and to the extent that the Reviewing Party determines that Indemnitee would not be permitted to be so indemnified under applicable law, the Company shall be entitled to be reimbursed by Indemnitee (who hereby agrees to reimburse the Company) for all such amounts theretofore paid; provided, however, that if Indemnitee has commenced legal proceedings in a court of competent jurisdiction to secure a determination that Indemnitee should be indemnified under applicable law, any determination made by the Reviewing Party that Indemnitee would not be permitted to be indemnified under applicable law shall not be binding and Indemnitee shall not be required to reimburse the Company for an Expense Advance until a final judicial determination is made with respect thereto (as to which all rights of appeal therefrom have been exhausted or lapsed). Indemnitee's obligation to reimburse the Company for Expense Advances shall be unsecured and no interest shall be charged thereon. If there has not been a Change in Control, the Reviewing Party shall be selected by the Board of Directors of the Company, and if there has been such a Change in Control,

3

(other than a Change in Control which has been approved by a majority of the Board of Directors of the Company who were directors immediately prior to such Change in Control) the Reviewing Party shall be the Independent Legal Counsel referred to in Section 3 hereof. If there has been no determination by the Reviewing Party or if the Reviewing Party determines that Indemnitee substantively would not be permitted to be indemnified in whole or in part under applicable law, Indemnitee shall have the right to commence litigation in any court in the States of California or Delaware having subject matter jurisdiction thereof and in which venue is proper seeking an initial determination by the court or challenging any such determination by the Reviewing Party or any aspect thereof, or the legal or factual bases therefor and the Company hereby consents to service of process and to appear in any such proceeding. Any determination by the Reviewing Party otherwise shall be conclusive and binding on the Company and Indemnitee.

3.    *Change in Control.* The Company agrees that if there is a Change in Control of the Company (other than a Change in Control which has been approved by a majority of the Board of Directors of the Company who were directors immediately prior to such Change in Control) then Independent Legal Counsel shall be selected by Indemnitee and approved by the Company (which approval shall not be unreasonably withheld) and such Independent Legal Counsel shall determine whether the officer or director is entitled to indemnity payments and Expense Advances under this Agreement or any other agreement or Certificate of Incorporation or Bylaws of the Company now or hereafter in effect relating to Claims for Indemnifiable Events. Such Independent Legal Counsel, among other things, shall render its written opinion to the Company and Indemnitee as to whether and to what extent the Indemnitee will be permitted to be indemnified. The Company agrees to pay the reasonable fees of the Independent Legal Counsel and to indemnify fully such Independent Legal Counsel against any and all expenses (including attorneys' fees), claims, liabilities and damages arising out of or relating to this Agreement or the engagement of Independent Legal Counsel pursuant hereto.

4.    *Establishment of Trust.* In the event of a Potential Change in Control, the Company shall, upon written request by Indemnitee, create a trust for the benefit of Indemnitee and from time to time upon written request of Indemnitee shall fund such trust in an amount sufficient to satisfy any and all Expenses reasonably anticipated at the time of each such request to be incurred in connection with investigating, preparing for and defending any Claim relating to an Indemnifiable Event, and any and all judgments, fines, penalties and settlement amounts of any and all Claims relating to an Indemnifiable Event from time to time actually paid or claimed, reasonably anticipated or proposed to be paid. The amount or amounts to be deposited in the trust pursuant to the foregoing funding obligation shall be determined by the Reviewing Party, in any case in which the Independent Legal Counsel referred to above is involved. The terms of the trust shall provide that upon a Change in Control (i) the trust shall not be revoked or the principal thereof invaded, without the written consent of Indemnitee, (ii) the trustee shall advance, within two business days of a request by Indemnitee, any and all Expenses to Indemnitee (and Indemnitee hereby agrees to reimburse the trust under the circumstances under which Indemnitee would be required to reimburse the Company under Section 2(b) hereof), (iii) the trust shall continue to be funded by the Company in accordance with the funding

4

obligation set forth above, (iv) the trustee shall promptly pay to Indemnitee all amounts for which Indemnitee shall be entitled to indemnification pursuant to this Agreement or otherwise, and (v) all unexpended funds in such trust shall revert to the Company upon a final determination by the Reviewing Party or a court of competent jurisdiction, as the case may be, that Indemnitee has been fully indemnified under the terms of this Agreement. The trustee shall be chosen by Indemnitee. Nothing in this Section 4 shall relieve the Company of any of its obligations under this Agreement. All income earned on the assets held in the trust shall be reported as income by the Company for federal, state, local and foreign tax purposes.

5.      *Indemnification for Additional Expenses.* The Company shall indemnify Indemnitee against any and all expenses (including attorneys' fees) and, if requested by Indemnitee, shall (within two business days of such request) advance such expenses to Indemnitee, which are incurred by Indemnitee in connection with any claim asserted against or in connection with any action brought by Indemnitee for (i) indemnification or advance payment of Expenses by the Company under this Agreement or any other agreement or certificate of incorporation or by-laws of the Company now or hereafter in effect relating to Claims for Indemnifiable Events and/or (ii) recovery under any directors' and officers' liability insurance policies maintained by the Company, regardless of whether Indemnitee ultimately is determined to be entitled to such indemnification, advance expense payment or insurance recovery, as the case may be.

6.      *Partial Indemnity, Etc.* If Indemnitee is entitled under any provision of this Agreement to indemnification by the Company for some or a portion of the Expenses, judgments, fines, penalties and amounts paid in settlement of a Claim but not, however, for all of the total amount thereof, the Company shall nevertheless indemnify Indemnitee for the portion thereof to which Indemnitee is entitled. Moreover, notwithstanding any other provision of this Agreement, to the extent that Indemnitee has been successful on the merits or otherwise in defense of any or all Claims relating in whole or in part to an Indemnifiable Event or in defense of any issue or matter therein, including dismissal without prejudice, Indemnitee shall be indemnified against all Expenses incurred in connection therewith. In connection with any determination by the Reviewing Party or otherwise as to whether Indemnitee is entitled to be indemnified hereunder the burden of proof shall be on the Company to establish that Indemnitee is not so entitled.

7.      *No Presumption.* For purposes of this Agreement, the termination of any claim, action, suit or proceeding, by judgment, order, settlement (whether with or without court approval) or conviction, or upon a plea of *nolo contendere*, or its equivalent, shall not create a presumption that Indemnitee did not meet any particular standard of conduct or have any particular belief or that a court has determined that indemnification is not permitted by applicable law.

8.      *Non-exclusivity, Etc.* The rights of Indemnitee hereunder shall be in addition to any other rights Indemnitee may have under the certificate of incorporation or by-laws of the Company or one of its subsidiaries or the Delaware General Corporation Law or otherwise. To the extent that a change in the Delaware General Corporation Law (whether by statute or judicial decision) permits greater indemnification by agreement than would be afforded currently under the certificate of incorporation and by-laws of the

5

**Ex. 15**
**Page 1756**

Company and this Agreement, it is the intent of the parties hereto that Indemnitee shall enjoy by this Agreement the greater benefits so afforded by such change.

9. *No Construction as Employment Agreement.* Nothing contained in this Indemnity Agreement shall be construed as giving Indemnitee any right to be retained in the employ of the Company or any of its subsidiaries, it being understood, for the avoidance of doubt that the foregoing does not limit or otherwise affect the validity of any employment agreement or the enforceability thereof in accordance with its terms.

10. *Liability Insurance.* To the extent the Company maintains an insurance policy or policies providing directors' and officers' liability insurance, Indemnitee shall be covered by such policy or policies, in accordance with its or their terms, to the maximum extent of the coverage available for any director or officer of the Company.

11. *Period of Limitations.* No legal action shall be brought and no cause of action shall be asserted by or in the right of the Company or any affiliate of the Company against Indemnitee, Indemnitee's spouse, heirs, executors, administrators or personal or legal representatives after the expiration of two years from the date of accrual of such cause of action, and any claim or cause of action of the Company or its affiliate shall be extinguished and deemed released unless asserted by the timely filing of a legal action within such two-year period; provided, however, that if any shorter period of limitations is otherwise applicable to any such cause of action such shorter period shall govern.

12. *Amendments, Etc.* No supplement, modification or amendment of this Agreement shall be binding unless executed in writing by both of the parties hereto. No waiver of any of the provisions of this Agreement shall be deemed or shall constitute a waiver of any other provision hereof (whether or not similar) nor shall such waiver constitute a continuing waiver.

13. *Subrogation.* In the event of payment under this Agreement, the Company shall be subrogated to the extent of such payment to all of the rights of recovery of Indemnitee, who shall execute all papers required and shall do everything that may be necessary to secure such rights, including the execution of such documents necessary to enable the Company effectively to bring suit to enforce such rights.

14. *No Duplication of Payments.* The Company shall not be liable under this Agreement to make any payment in connection with any claim made against Indemnitee to the extent Indemnitee has otherwise actually received payment (under any insurance policy, certificate of incorporation or by-laws of the Company or otherwise) of the amounts otherwise indemnifiable hereunder.

15. *Binding Effect, Etc.* This Agreement shall be binding upon and inure to the benefit of and be enforceable by the parties hereto and their respective successors, assigns, including any direct or indirect successor by purchase, merger, consolidation or otherwise to all or substantially all of the business and/or assets of the Company, spouses, heirs, and personal and legal representatives. The Company shall require and cause any successor (whether direct or indirect by purchase, merger, consolidation or otherwise to all, substantially all, or a substantial part, of the business and/or assets of the Company, by written agreement in form and substance satisfactory to Indemnitee, expressly to assume

Ex. 15
Page 1757

and agree to perform this Agreement in the same manner and to the same extent that the Company would be required to perform if no such succession had taken place. This Agreement shall continue in effect regardless of whether Indemnitee continues to serve as an officer and/or director of any affiliate of Company or of any other enterprise at the Company's request.

16.    *Severability*. The provisions of this Agreement shall be severable in the event that any of the provisions hereof (including any provision within a single section, paragraph or sentence) are held by a court of competent jurisdiction to be invalid, void or otherwise unenforceable, and the remaining provisions shall remain enforceable to the fullest extent permitted by law. Furthermore, to the fullest extent possible, the provisions of this Agreement (including, without limitation, each portion of this Agreement containing any provision held to be invalid, void or otherwise unenforceable, that is not itself invalid, void or unenforceable) shall be construed so as to give effect to the intent manifested by the provision held invalid, illegal or unenforceable.

17.    *Governing Law*. This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Delaware applicable to contracts made and to be performed in such state without giving effect to the principles of conflicts of laws.

IN WITNESS WHEREOF, the parties hereto have duly executed and delivered this Agreement as of April 8, 2023.

THE WALT DISNEY COMPANY

By:    _____

--EXHIBIT; NOT FOR EXECUTION--

_____
Sonia L. Coleman

7

*EXHIBIT B*

## CONSULTING AGREEMENT

**THIS CONSULTING AGREEMENT** (hereinafter referred to as "**Agreement**") is made and entered into by and between Sonia L. Coleman (hereinafter referred to as "**Consultant**") and The Walt Disney Company (hereinafter referred to as "**Company**") on and as of _____, 20__ pursuant to that certain Employment Agreement by and between Executive and Company dated as of April 8, 2023 (the "**Employment Agreement**"). All capitalized terms not defined herein shall have the meaning ascribed to them in the Employment Agreement.=

1.    (a) Unless this Agreement is earlier terminated as hereinafter provided, for a period following the termination of Consultant's employment under the Employment Agreement equal to the lesser of (i) 6 months or (ii) the remaining period of the originally scheduled term of the Employment Agreement (the "**Consulting Agreement Period**"), Consultant shall personally and diligently provide to the Company such consulting services as the Company may reasonably request from time to time, provided that such services shall relate to matters appropriate for an executive employed in the position referred to in paragraph 2 of the Employment Agreement and shall be a type and nature and duration typical for a post-employment consulting agreement with an executive formerly employed in such position, it being understood for the avoidance of doubt that to the extent any such consulting services involve creative services and/or input, such services and/or input shall be limited to existing matters and projects that Company and/or Consultant was working on or involved in (or has specific plans to work on) at the time of termination or any time prior thereto during the Employment Period and shall be in scope and nature generally limited to types of services not inconsistent with Consultant's former position. Consultant shall not be required to report to the Company's offices and shall be permitted, subject to the terms hereof, to provide consulting services to third parties during the term hereof, provided (i) in no event shall consulting services or other services or advice of any nature be provided by Consultant, directly or indirectly (whether as an employee, consultant, independent contractor, agent, partner, principal, owner or otherwise) to any person or entity which directly or indirectly owns, operates, manages, develops, controls or provides services to, any business involved in any of the following activities (a "**Designated Business**"): (A) the conception, creation, development, production, purchase, sale, distribution, broadcast, transmission or other disposition (including, without limitation, the licensing and/or merchandising of related consumer products) of audio and/or visual and/or interactive products or works of any nature in any media, including, without limiting the generality of the foregoing, any activity relating to (i) any aspect of the film, network, cable, broadcasting, mobile communications, television (including pay-per-view, closed circuit or any inter-active form of distribution of film, television or other audio/visual product) or internet businesses or any other businesses based on or using interactive technology (including, without limiting the generality of the foregoing, electronic and/or interactive games, environments, information centers or communities, in each case, of any nature), or (ii) the development, production, marketing, distribution or exploitation by any means or vehicle whatsoever of any film, television or software product or any similar content or product in any media, whether or not now existing, it being understood, however, that, for the avoidance of doubt and notwithstanding any other term or provision hereof, the internal use by any business of any of the interactive, internet-based or other technology or media referred to above in the creation, development and/or production of their products and/or services shall not in and of itself result in such business being a Designated Business to which Consultant is prohibited from directly or indirectly providing services hereunder, (B) the operation, management, development,

**Ex. 15
Page 1759**

licensing and promotion of themed resorts, hotels and restaurants or amusement or themed entertainment parks; or (C) the design, development, publishing, promotion or sale of products based on cartoon or other animated characters, films, television and theatrical productions and other intellectual property derived therefrom, in each case, only to the extent (i) that such person or entity is actively engaged in any geographic area in any business which is in competition with a business conducted by The Walt Disney Company or any subsidiary thereof at the time of the performance of such services (the "**Specified Activities**"), and (ii) that any services reasonably required by Company shall at all times be provided with precedence being given to Company and on a "first priority" basis to Company, although Company shall endeavor to provide, when possible, reasonable advance written notice to Consultant of all services required hereunder and to give due consideration, to the extent practicable, to any prior commitments Consultant may have at such time. In no event shall Consultant be required to devote more than 13.5 hours per week to services to Company hereunder (including travel time, but not time to or from the office) and the parties agree and understand that Consultant's expected commitment to such services shall regularly be less than the stated maximum weekly hours.

(b)    In the event of a material uncured breach by Consultant of any term or provision of this paragraph 1 hereof, all of which terms and conditions Consultant acknowledges and agrees are material and of the essence of this Agreement, or any other material term or provision hereof, Company shall have the right, in addition to any other right or remedy available to it at law or in equity, to terminate this Agreement. In such event Company shall have no further obligation to make payments or perform or honor any commitments under the Release or to pay or honor any commitments which relate to or constitute any of the Conditional Benefits; provided, however, that notwithstanding the foregoing, except as otherwise specifically provided in the immediately preceding sentence, no breach of this Agreement by Consultant, no termination of this Agreement by Company, and no other action or inaction by either of them (other than the execution by the parties of a written agreement amending or superseding the Release or any part thereof) shall in any event or under any circumstances have any effect whatsoever on the validity, enforceability, binding nature, effect or interpretation of the releases set forth in paragraph 5 and paragraph 7 of the Release, and the releases set forth therein shall remain in full force and effect.

(c)    In the event that Consultant shall receive a written notice of breach of this Agreement from the Company, Consultant shall have ten (10) business days to cure such breach unless the Company shall have determined in its good faith business judgment that such breach is not curable. Any such notice of termination pursuant to this paragraph 1 shall set forth in reasonable detail the basis for such breach and shall contain a statement as to whether or not such breach has been determined to be curable by the Company. In the event that Consultant receives a written notice of breach of the Agreement from the Company, Consultant may challenge such finding of a breach, by written notice to the Company, and shall be afforded an opportunity to present Consultant's objection to the Company, in person or in writing, as determined by the Company, prior to Company having any right to terminate this Agreement and the Conditional Benefits provided under the Employment Agreement.

2.    Consultant shall receive gross consulting fees for Consultant's services hereunder which, for any period during the Consulting Agreement Period, shall equal the Consulting Amount.

<div align="center">2</div>

The consulting fee payments shall be made at the date set forth in Paragraph 5(d)(i) of the Employment Agreement.

3.        Company shall reimburse Consultant, in accordance with the procedures of Company then in effect for its senior executives, for reasonable business expenses incurred by Consultant in the course of performing the services hereunder.

4.        Company, its successors, privies and assigns shall be entitled to, and shall, own as their exclusive property all of the results and proceeds of the services performed hereunder (which results and proceeds are hereinafter collectively referred to as the "**Work Product**") in whatever stage of completion, all of which shall be considered a work-for-hire, including, without limitation, all written work, research, plot outlines, computer programs, plans, drawings, paintings, sculptures, fanciful creations, specifications, ideas, scripts, sketches, designs, concepts, software, systems, reports, documentation, and other tangible or intangible work product produced by Consultant as part of Consultant's services performed hereunder. Company shall own all rights in the Work Product in perpetuity throughout the universe including, without limitation, the rights to produce, manufacture, record, reproduce, distribute, transfer or prepare derivative works from the Work Product by any art, medium or method and all copyrights, trademarks and/or patents in the Work Product. Company shall be deemed the sole author of the Work Product and is entitled to the copyright therein (and all renewals and extensions thereof), and the full ownership to the original and all copies of the Work Product. Company shall have the right to dispose of the Work Product and/or make any or all uses thereof as it, at any time and in the exercise of its sole discretion, may desire. Upon Company's request, Consultant shall deliver all originals and copies of the Work Product (whether completed or in process) and all research, plans, designs, specifications and any other work product or information which pertains to the Work Product to Company upon completion of the performed services hereunder or upon earlier termination of this Agreement. Consultant shall not retain, use or disclose any of the Work Product without Company's prior written consent. The termination, completion or breach of this Agreement on whatever grounds and by whomsoever affected shall not affect Company's exclusive ownership of the Work Product. Consultant hereby assigns to Company all now known or hereafter existing rights of every kind throughout the universe, in perpetuity and in all languages, pertaining to the Work Product, including, without limitation, all exclusive exploitation rights, of every kind and nature, including, but not limited to, all trademarks, copyrights and neighboring rights, to the full extent such assignment is allowed by law, and any renewals and extensions therefor throughout the universe, in perpetuity, or for the duration of the rights in each country, and in all languages. Consultant acknowledges that new rights to the Work Product may come into being or be recognized in the future, under the law or in equity (the "**New Exploitation Rights**"), and Consultant intends to and does hereby grant and convey to Company any and all such New Exploitation Rights to the Work Product. Consultant is also aware and acknowledges that new or changed technology, uses, media, format, modes of transmission and methods of distribution, dissemination, exhibition or performance (the "**New Exploitation Methods**") are being and will inevitably continue to be developed in the future, which would offer new opportunities for exploiting the Work Product. Consultant intends to and does hereby grant and convey to Company any and all rights to such New Exploitation Methods with respect to the Work Product. Consultant agrees to execute, at any time upon Company's request, such further documents consistent herewith and do such other acts at the Company's expense as may be required by the Company in its reasonable business judgment to

3

evidence or confirm Company's exclusive ownership of and exploitation rights to the Work Product and to effectuate Consultant's purpose to convey such rights to Company including, but not limited to, the New Exploitation Rights and any and all of the New Exploitation Methods. Consultant shall have the right to have any such documents reviewed by counsel with Company giving good faith consideration to changes requested by counsel unless such review and/or consideration is not in Company's reasonable business judgment feasible or prudent in view of material time constraints; provided, however, that notwithstanding the foregoing, if Consultant fails to execute such further documents within 20 business days after receipt of Company's written request to do so, then Company shall have the power of attorney, which Consultant acknowledges is irrevocable and coupled with an interest, to execute such documents on Consultant's behalf. Consultant agrees that Consultant will not seek to (i) challenge, through the courts, administrative governmental bodies, private organizations or in any other manner, the rights of Company to exploit the Work Product by any means whatsoever or (ii) thwart, hinder or subvert the intent of the preceding grants and conveyances to Company, or the collection by Company of any proceeds relating to the rights conveyed under this Agreement. The provisions of this paragraph shall survive the expiration or sooner termination of this Agreement.

5.     This Agreement is for the personal services of Consultant and may not be subcontracted or assigned by Consultant in any fashion, whether by operation of law, or by conveyance of any type, without the prior written consent of Company, which consent Company may withhold in its sole discretion. Company may not assign all or any portion of this Agreement at any time to any of its subsidiaries or to any other person.

6.     (a) Consultant, by virtue of this Agreement, shall acquire no right to use, and shall not use, the name "The Walt Disney Company" or "The Walt Disney Studios" or "Disney" or Disney+" or "ABC" or "ABC, Inc." or "American Broadcasting Companies" or "ESPN" or "Marvel" or "Pixar" or "Lucasfilm, Ltd." or any other word, mark, or name used for, or in connection with, the business activities of Company (either alone or in conjunction with or as a part of any other word, mark, or name) or any marks, fanciful characters or designs of the Company or any of their related, affiliated, or subsidiary companies in any advertising, publicity, or promotion; to express or imply any endorsement by the Company or any of its related, affiliated or subsidiary companies of Consultant's services; or in any other manner whatsoever (whether or not similar to the uses hereinabove specifically prohibited). Consistent with Consultant's obligations under Paragraph 7, this Paragraph 6(a) shall not prevent Consultant from using such names to describe Consultant's activities with respect to Company and its subsidiaries under and prior to the Employment Agreement and under this Agreement.

(b)     Consultant hereby represents and warrants to Company that as of the date of this Agreement, Consultant does not provide any services (including, without limitation, as an employee) to any person or entity that (i) is engaged in, or whose affiliated entities are engaged in, one or more of the Specified Activities or (ii) advises or provides consulting services to any person or entity that is engaged in, or whose affiliated entities are engaged in, any business or activity relating to or constituting one or more of the Specified Activities. Consultant further represents and warrants to Company that Consultant shall make written disclosure to Company prior to providing any services, during the term of this Agreement, to any of the above mentioned persons or entities.

4

7.     Consultant may, during the course of Consultant's engagement hereunder, have access to, and acquire knowledge of or from, materials, data, strategies, systems or other information relating to the services hereunder or Company, or its related, affiliated or subsidiary companies, which may not be accessible or known to the general public (including, but not limited to, the existence of this Agreement and the terms hereof and any Work Product not readily available to the general public) ("**Confidential Information**"). Any such knowledge acquired by Consultant shall be kept confidential and shall not be used, published, or divulged by Consultant to any other person, firm, or corporation, or in any advertising or promotion regarding Consultant or Consultant's services, or in any other manner or connection whatsoever without first having obtained the prior written permission of Company, which permission Company may withhold in its sole discretion; provided that Consultant shall have no greater duty or obligation in respect of such Confidential Information than applies to Executive under Paragraph 7(b) of the Employment Agreement and any agreements referred to therein. Upon Company's request, Consultant shall immediately return to Company or destroy, all documents, magnetic copies, or other physical evidence of all Confidential Information in Consultant's possession or in the possession of any of Consultant's directors, officers, employees, agents or representatives (including, without limitation, all copies, transcriptions, notes, extracts, analyses, compilations, studies, or other documents, records, or data prepared by Consultant) which contain or otherwise reflect or are generated from the Confidential Information without retaining any copy thereof, all of the foregoing being Confidential Information and the sole property of Company. Consultant shall certify to Company that all of the foregoing has been returned or destroyed as provided in this paragraph. Consultant agrees that Company would be irreparably harmed by any violation or threatened violation of this paragraph and that, therefore, Company shall be entitled to an injunction prohibiting Consultant from any violation or threatened violation of this paragraph. The provisions of this paragraph shall survive the expiration or sooner termination of this Agreement.

8.     This Agreement shall be construed and interpreted in accordance with the laws of the State of California without regard to conflicts of laws principles.

9.     The terms and provisions of this Agreement, the Release and Paragraphs 5 and 6 of the Employment Agreement constitute the entire agreement between the parties hereto with respect to the subject matter of this Agreement and supersede all previous communications, representations, or agreements, either oral or written, between the parties relating to such subject matter hereof. No change, alteration or modification of this Agreement shall be effective unless made in writing and signed by both parties hereto.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be duly executed as of the day and year first above written.

**COMPANY**                                             Consultant

--EXHIBIT; NOT FOR EXECUTION--

By: _____     By: _____
Title:

5

*EXHIBIT C*

## GENERAL RELEASE

WHEREAS, Sonia L. Coleman (hereinafter referred to as "Executive") and The Walt Disney Company (hereinafter referred to as the "Company") are parties to an Employment Agreement, dated as of April 8, 2023 (the "Employment Agreement"), which provided for Executive's employment with the Company on the terms and conditions specified therein; and

WHEREAS, pursuant to paragraph 6 of the Employment Agreement, Executive and the Company have agreed to execute mutual releases of the type and nature set forth in this Agreement;

NOW, THEREFORE, in consideration of the premises and mutual promises herein contained and for other good and valuable consideration received in accordance with the terms of the Employment Agreement, it is agreed as follows:

1.      (a) Upon the later of (i) the execution hereof by the Company and Executive, (ii) the passage of seven days following execution hereof by Executive without Executive's having exercised the revocation rights referred to in paragraph 10 hereof and (iii) the time specified in the Employment Agreement for payment of a particular item of compensation, the Company shall (x) provide Executive the amounts and benefits described in Paragraph 5 of the Employment Agreement and (y) make full payment for vacation and floating holidays accrued but unused as of the date hereof (to the extent, if any, not already paid in accordance with applicable law), less amounts required to be withheld by law or authorized by Executive to be withheld (it being understood that from and after the date hereof no further rights to vacation or floating holidays or compensation therefor shall accrue or be payable to Executive). Such payment shall be made by check payable to Executive.

(b)      The covenants and commitments of the Company referred to herein (including, specifically, but without limitation, any and all benefits conferred upon Executive pursuant to Paragraph 5 of the Employment Agreement) shall be in lieu of and in full and final discharge of any and all obligations to Executive for compensation, severance payments, or any other expectations of payment, remuneration, continued coverage of any nature or benefit on the part of Executive arising out of or in connection with Executive's employment with the Company, or under any agreement, arrangement, commitment, plan, program, practice or policy of the Company, or otherwise, other than as expressly provided in the Employment Agreement.

(c)      Notwithstanding the foregoing or any other term or provision hereof, Executive shall be entitled to such rights as are vested in Executive as of the Termination Date, under and subject to the terms of (i) the Employment Agreement and/or the Consulting Agreement, (ii) any applicable retirement plan(s) to which Executive may be subject, (iii) any applicable stock option plan or other incentive compensation plan of the Company to which Executive may be subject, (iv) any right which Executive now has or may hereafter have to claim a defense and/or indemnity for liabilities to third parties in connection with Executive's activities as an employee of the Company or any of its subsidiaries pursuant to the terms of any applicable statute, under any insurance policy, pursuant to the certificate of incorporation or bylaws or established policies of the Company or any subsidiary thereof or pursuant to written agreement (including, without limitation, the Indemnification Agreement) expressly providing for such indemnity between Executive and the Company or any subsidiary thereof, and (v) any other applicable employee

1

welfare benefit plans to which Executive may be subject. Further, Executive shall be entitled to (A) reimbursement of all reasonable business expenses incurred by Executive in accordance with Company's practices and policies regarding reimbursement of business expenses, and (B) such continuation of health care coverage as is required under, and subject to, applicable law, of which Executive shall be notified in writing after the Termination Date, provided Executive timely exercises Executive's rights in accordance therewith. Executive understands and acknowledges that all payments for any such continued health care coverage Executive may elect will be paid by Executive, except to the extent the Employment Agreement provides that such payments shall be made by the Company.

2.      Executive confirms that, on or prior to seven (7) days from the date hereof, Executive shall turn over to the Company all files, memoranda, records, credit cards and other documents and physical or personal property that Executive received from the Company or that Executive generated in connection with Executive's employment by the Company or that are the property of the Company provided that Executive may retain notes, files, calendars, contact information and correspondence of a personal nature (whether in hard copy or electronic form), provided, in each case, that no confidential Company information or information intended primarily for internal Company use is contained therein).

3.      It is the desire and intent of the parties hereto that the provisions of this Agreement be enforced to the fullest extent permissible under law. Should there be any conflict between any provision hereof and any present or future law, such law will prevail, but the provisions affected thereby will be curtailed and limited only to the extent necessary to bring them within the requirements of law, and the remaining provisions of this Agreement will remain in full force and effect and be fully valid and enforceable.

4.      Executive represents and agrees (a) that Executive has to the extent Executive desires discussed all aspects of this Agreement with Executive's attorney, (b) that Executive has carefully read and fully understands all of the provisions of this Agreement, and (c) that Executive is voluntarily entering into this Agreement.

5.      Excluding enforcement of the covenants, promises and/or rights reserved herein and/or in the Employment Agreement, Indemnification Agreement and/or the Consulting Agreement, Executive hereby irrevocably and unconditionally releases, acquits and forever discharges the Company and each of the Company's direct or indirect owners, parent companies, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, divisions, subsidiaries, affiliates (including, for the avoidance of doubt, The Walt Disney Company and agents, directors, officers, employees, representatives and attorneys of such companies, divisions, subsidiaries and affiliates) and all persons acting by, through, under or in concert with any of them (collectively "Releasees"), or any of them, from any and all charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts and expenses (including attorneys' fees and costs actually incurred) of any nature whatsoever, known or unknown, suspected or unsuspected, including, but not limited to, rights arising out of alleged violations of any contracts, express or implied, any covenant of good faith and fair dealing, express or implied, or any tort or any legal restrictions on the Company's right to terminate employees, or any Federal, state or other governmental statute, regulation or ordinance, including, without limitation, Title VII of the Civil Rights Act of 1964, as amended, the Federal

2

Age Discrimination In Employment Act of 1967, as amended, and the California Fair Employment and Housing Act, all as amended, that Executive now has, or has ever had, or ever will have, against each or any of the Releasees, by reason of any and all acts, omissions, events, circumstances or facts existing or occurring up through the date of Executive's execution hereof that directly or indirectly arise out of, relate to, or are connected in any manner whatsoever with, Executive's services to, or employment by the Company or any of its subsidiaries (any of the foregoing being an "Executive Claim" or, collectively, the "Executive Claims"). This release does not constitute a release of any Executive Claims that cannot be released as a matter of law.

6.      Except as expressly reserved herein, Executive expressly waives and relinquishes all rights and benefits afforded by California Civil Code Section 1542 and does so understanding and acknowledging the significance of such specific waiver of Section 1542. Section 1542 states as follows:

> "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY."

Thus, notwithstanding the provisions of Section 1542, and for the purpose of implementing a full and complete release and discharge of the Releasees, Executive expressly acknowledges that this Agreement is intended to include in its effect, without limitation, all Executive Claims that Executive does not know or suspect to exist in Executive's favor at the time of execution hereof, and that this Agreement contemplates the extinguishment of any such Executive Claim or Executive Claims.

7.      Excluding enforcement of the covenants, promises and/or rights reserved herein or in the Employment Agreement, Indemnification Agreement and/or the Consulting Agreement, and except as otherwise provided in the proviso at the end of this sentence, the Company hereby irrevocably and unconditionally releases, acquits and forever discharges Executive, and Executive's heirs, assigns and successors in interest ("Executive Releasees"), or any of them, from any and all charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts and expenses (including attorney's fees and costs actually incurred), of any nature whatsoever, known or unknown, suspected or unsuspected, including, but not limited to, rights arising out of alleged violations of any contracts, express or implied, any covenant of good faith and fair dealing, express or implied, or any tort, or any federal, state or other governmental statute, regulation or ordinance, that the Company now has, or has ever had, or ever will have, against Executive and/or the Executive Releasees, by reason of any and all acts, omissions, events, circumstances or facts existing or occurring up through the date of the Company's execution hereof, that directly or indirectly arise out of, relate to, or are connected in any manner whatsoever with, Executive's services to, or employment by the Company (hereinafter referred to as a "Claim" or collectively, the "Claims"); provided, however, that, notwithstanding any other term or provision hereof, any Claim or Claims rising out of, or resulting from, in part or whole, (i) any illegal or fraudulent act(s) or illegal or fraudulent omission(s) to act of Executive,

3

**Ex. 15**
**Page 1766**

(ii) any action(s) or omission(s) to act which would constitute self-dealing or a breach of Executive's confidentiality obligations to the Company or any affiliate thereof, or a breach of The Walt Disney Company and Affiliated Companies Confidentiality Agreement executed by Executive, or (iii) the policy of the Board of Directors of the Company, as the same may be in effect from time to time, regarding the ability of the Company to recoup bonus or incentive payments as a result of Company's being required to restate its financial results due to material noncompliance with financial reporting requirements under the securities laws, are hereby expressly excluded in their entirety from the foregoing release, acquittal and discharge and are unaffected thereby (any Claim or Claims not so excluded pursuant to this proviso being hereinafter referred to as a the "Company Claim" or, collectively, as the "Company Claims"). This release does not constitute a release of any Company Claims that cannot be released as a matter of law.

8.      Except as expressly reserved herein, the Company expressly waives and relinquishes all rights and benefits afforded by California Civil Code Section 1542 and does so understanding and acknowledging the significance of such specific waiver of Section 1542. Section 1542 states as follows:

> "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY."

Thus, notwithstanding the provisions of Section 1542, and for the purpose of implementing a full and complete release, acquittal and discharge of the Executive Releasees with respect to the Company Claims only, the Company expressly acknowledges that this Agreement is intended to include in its effect, without limitation, all the Company Claims that the Company does not know or suspect to exist in the Company's favor at the time of execution hereof, and that this Agreement contemplates the extinguishment of any such Company Claims. Notwithstanding anything in this Release to the contrary, if at any time (whether during or after the Employment Period) the Company is required to restate its financial results due to material noncompliance with financial reporting requirements under the securities laws, nothing in this Release shall be construed to limit the rights of the Company and the Board of Directors of the Company to seek or obtain recovery from Executive of any incentive compensation (including profits realized from the sale of Company securities) previously paid, or the cancellation of any outstanding awards, in accordance with the terms of Company's policy, as in effect from time to time, regarding the ability of the Company to recoup any bonus or incentive payments under such circumstances.

9.      Executive is advised to consult with an attorney before signing this Agreement. Executive understands that Executive has been given a period of 21 days to review and consider this Agreement before signing it pursuant to the Age Discrimination In Employment Act of 1967, as amended. Executive further understands that Executive may use as much of this 21-day period as Executive wishes prior to signing.

4

10.     Executive acknowledges and represents that Executive understands that Executive may revoke the waiver of Executive's rights under the Age Discrimination In Employment Act of 1967, as amended, effectuated in this Agreement within 7 days of signing this Agreement. Revocation can be made by delivering a written notice of revocation to the Senior Executive Vice President and General Counsel, The Walt Disney Company, 500 South Buena Vista Street, Burbank, California 91521. For this revocation to be effective, written notice must be received by the General Counsel, no later than the close of business on the seventh day after Executive signs this Agreement. If Executive revokes the waiver of Executive's rights under the Age Discrimination In Employment Act of 1967, as amended, the Company shall have no obligations to Executive under this Agreement or the Employment Agreement.

11.     Executive and the Company respectively represent and acknowledge that in executing this Agreement neither of them is relying upon, and has not relied upon, any representation or statement not set forth herein made by any of the agents, representatives or attorneys of the Releasees or of the Executive Releasees with regard to the subject matter, basis or effect of this Agreement or otherwise.

12.     This Agreement shall not in any way be construed as an admission by any of the Releasees or Executive Releasees, respectively, that any of the Releasees or Executive Releasees has acted wrongfully or that the Company or Executive has any rights whatsoever against any of the Releasees or Executive Releasees except as specifically set forth herein, and each of the Releasees and Executive Releasees specifically disclaims any liability to any party for any wrongful acts.

13.     This Agreement shall be governed by, and construed in accordance with, the laws of the State of California. This Agreement is binding on the successors and assigns of, and sets forth the entire agreement between, the parties hereto; fully supersedes any and all prior agreements or understandings between the parties hereto pertaining to the subject matter hereof; and may not be changed except by explicit written agreement to that effect subscribed by the parties hereto.

PLEASE READ CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.

--EXHIBIT; NOT FOR EXECUTION--

_____

Sonia L. Coleman

Date: _____

THE WALT DISNEY COMPANY

By: _____

Title: _____

Date: _____

5

<div align="right">**Exhibit 10.2**</div>

<div align="center">

**DISNEY CORPORATE SERVICES CO., LLC**
**500 South Buena Vista Street**
**Burbank, California 91521**

As of March 27, 2023

</div>

Mr. Horacio E. Gutierrez
Senior Executive Vice President,
General Counsel and Chief Compliance Officer
The Walt Disney Company
500 South Buena Vista Street
Burbank, California 91521

> RE: **Amendment to that certain Employment Agreement, dated as of December 21, 2021, by and between Disney Corporate Services Co., LLC and Horacio E. Gutierrez, as amended (the "Employment Agreement"); and to that certain Indemnification Agreement, dated as of December 21, 2021, by and between The Walt Disney Company and Horacio E. Gutierrez, as amended (the "Indemnification Agreement").**

Dear Mr. Gutierrez:

This letter agreement will confirm that the Employment Agreement and Indemnification Agreement are hereby amended as follows, effective as of March 27, 2023:

1. The first sentence of Paragraph 2 of the Employment Agreement is hereby deleted in its entirety and replaced with the following:

> During the Employment Period, Executive shall serve as Senior Executive Vice President, General Counsel and Chief Compliance Officer, The Walt Disney Company, and in such other positions with the Company and its subsidiaries consistent with Executive's position as Senior Executive Vice President, General Counsel and Chief Compliance Officer, The Walt Disney Company, as the Company reasonably may assign.

2. References to "Senior Executive Vice President and General Counsel, The Walt Disney Company" in the definition of "Termination for Good Reason" in Paragraph 5(e) of the Employment Agreement are hereby deleted and replaced with "Senior Executive Vice President, General Counsel and Chief Compliance Officer, The Walt Disney Company."

3. The reference to "Senior Executive Vice President and General Counsel, The Walt Disney Company" in the third paragraph of the Indemnification Agreement is hereby deleted and replaced with "Senior Executive Vice President, General Counsel and Chief Compliance Officer, The Walt Disney Company."

As amended hereby, the Employment Agreement and the Indemnification Agreement shall continue in full force and effect in accordance with their terms. If the foregoing accurately reflects your understanding of our mutual agreement, please so indicate in the space provided below and return an executed copy hereof to us at your earliest convenience.

<div style="margin-left: 35%">

Very truly yours,
DISNEY CORPORATE SERVICES CO.,
LLC

By: /s/ Jim Kapenstein
     President
Date: April 21, 2023

</div>

ACCEPTED AND AGREED TO:
/s/ Horacio E. Gutierrez
Horacio E. Gutierrez
Date:     April 21, 2023

<div align="right">

**Ex. 15**
**Page 1769**

</div>

**Exhibit 22**

### List of Guarantor Subsidiaries

TWDC Enterprises 18 Corp ("Legacy Disney") is a subsidiary of The Walt Disney Company ("TWDC") and, as of April 1, 2023, a guarantor of TWDC's registered debt securities. Legacy Disney is also an issuer of registered debt securities, which are guaranteed by TWDC. At April 1, 2023, the registered debt securities were as follows:

**CUSIPs for TWDC Registered Debt Securities Guaranteed by Legacy Disney**

254687FK7 / 254687FL5 / 254687FM3 / 254687FN1 / 254687FP6 / 254687FQ4 / 254687FR2 / 254687FS0 / 254687CP9 / 254687CR5 / 254687CT1 / 254687CV6 / 254687CX2 / 254687CZ7 / 254687DB9 / 254687DD5 / 254687DF0 / 254687DH6 / 254687DK9 / 254687DM5 / 254687DP8 / 254687DR4 / 254687DT0 / 254687DV5 / 254687DX1 / 254687DZ6 / 254687EB8 / 254687ED4 / 254687EF9 / 254687EH5 / 254687EK8 / 254687EM4 / 254687EP7 / 254687ER3 / 254687ET9 / 254687EV4 / 254687EX0 / 254687EZ5 / 254687FB7 / 254687FD3 / 254687FF8 / 254687FU5 / 254687FV3 / 254687FW1 / 254687FX9 / 254687FY7 / 254687FZ4 / 254687GA8

**CUSIPs for Legacy Disney Registered Debt Securities Guaranteed by TWDC**

254687CD6 / 25468PDF0 / 25468PDK9 / 25468PDM5 / 25468PDV5 / 25468PBW5 / 25468PCP9 / 25468PCR5 / 25468PCX2 / 25468PDB9 / 25468PDN3 /

**Ex. 15**
**Page 1770**

**Exhibit 31(a)**

## RULE 13a-14(a) CERTIFICATION IN
## ACCORDANCE WITH SECTION 302
## OF THE SARBANES-OXLEY ACT OF 2002

I, Robert A. Iger, Chief Executive Officer of The Walt Disney Company (the "Company"), certify that:

1.   I have reviewed this quarterly report on Form 10-Q of the Company;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.   The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a)   designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)   designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c)   evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d)   disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.   The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a)   all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b)   any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:   May 10, 2023          By:        /s/ ROBERT A. IGER
                                          Robert A. Iger
                                          Chief Executive Officer

**Ex. 15**
**Page 1771**

**Exhibit 31(b)**

**RULE 13a-14(a) CERTIFICATION IN
ACCORDANCE WITH SECTION 302
OF THE SARBANES-OXLEY ACT OF 2002**

I, Christine M. McCarthy, Senior Executive Vice President and Chief Financial Officer of The Walt Disney Company (the "Company"), certify that:

1.    I have reviewed this quarterly report on Form 10-Q of the Company;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)    evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)    disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:    May 10, 2023                    By:        /s/ CHRISTINE M. MCCARTHY
                                                    Christine M. McCarthy
                                                    Senior Executive Vice President
                                                    and Chief Financial Officer

**Ex. 15
Page 1772**

**Exhibit 32(a)**

## CERTIFICATION PURSUANT TO
## SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Quarterly Report of The Walt Disney Company (the "Company") on Form 10-Q for the fiscal quarter ended April 1, 2023 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Robert A. Iger, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that:

1.    The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

2.    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:      /s/ ROBERT A. IGER

Robert A. Iger
Chief Executive Officer
May 10, 2023

**Ex. 15**
**Page 1773**

**Exhibit 32(b)**

**CERTIFICATION PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of The Walt Disney Company (the "Company") on Form 10-Q for the fiscal quarter ended April 1, 2023 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Christine M. McCarthy, Senior Executive Vice President and Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes-Oxley Act of 2002, that:

1.   The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

2.   The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:   /s/ CHRISTINE M. MCCARTHY

Christine M. McCarthy
Senior Executive Vice President
and Chief Financial Officer
May 10, 2023

**Ex. 15**
**Page 1774**