UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, *et al.*,<br><br>               Plaintiffs,<br><br>        v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>               Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS** |
|---|---|

Upon the motion dated March 28, 2025 filed by The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel for judgment on the pleadings dismissing the Corrected Consolidated Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint"), the Court, having considered the papers submitted, the documents incorporated by reference in the Consolidated Complaint and/or subject to judicial notice, and the argument presented by counsel, rules as follows:

The Consolidated Complaint fails to satisfy the pleading requirements of Rules 9(b) and 12(c) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.  Count I is dismissed because Plaintiffs fail to plead with particularity the elements of actionable false or misleading statements or a scheme.  Counts II and III are dismissed because Plaintiffs fail to plead a primary violation of the securities laws.  Accordingly, Counts I, II and III are DISMISSED with prejudice and judgment is entered for Defendants.

IT IS SO ORDERED.

Dated:_____

_____
The Hon. Consuelo B. Marshall
United States District Judge

-1-
[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS