JONATHAN D. POLKES (admitted *pro hac vice*)
jonathan.polkes@whitecase.com
STACY NETTLETON (admitted *pro hac vice*)
stacy.nettleton@whitecase.com
ADAM B. BANKS (admitted *pro hac vice*)
adam.banks@whitecase.com
SUSAN L. GRACE (admitted *pro hac vice*)
susan.grace@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200

JOHN W. SPIEGEL (SB 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SB 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Attorneys for Defendants
The Walt Disney Company, Robert Iger,
Robert Chapek, Christine M. McCarthy
and Kareem Daniel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-03661-CBM(ASx) <br><br> **REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS** <br><br> Filed Concurrently: <br><br> - Notice of Motion and Motion for Judgment on the Pleadings <br> - Memorandum of Points and Authorities <br> - Declaration of John M. Gildersleeve <br> - [Proposed] Order <br><br> Date: April 29, 2025 <br> Time: 10:00 A.M. <br> Ctrm: 8D <br> Judge: Hon. Consuelo B. Marshall |

Under the PSLRA, courts "must consider the complaint in its entirety, as well as . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *see, e.g.*, *In re NVIDIA Corp. Sec. Litig.*, 768 F.3d 1046, 1051 (9th Cir. 2014) ("In reviewing the sufficiency of a complaint, we limit ourselves to the complaint itself and its attached exhibits, documents incorporated by reference, and matters properly subject to judicial notice.") (citing *Tellabs*, 551 U.S. at 322-23; *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001)); *Diaz v. N. Dynasty Minerals Ltd.*, 2019 WL 1873291, at *3 (C.D. Cal. Feb. 22, 2019) ("The Supreme Court has explicitly noted the importance of considering such materials in evaluating a securities complaint.").

In support of their Motion for Judgment on the Pleadings, Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel respectfully request that the Court take judicial notice of, and/or consider as incorporated by reference, the exhibits to the Declaration of John M. Gildersleeve:

| Ex. | Type of Document | Title | Dated | Cited in Consolidated Compl. at ¶ | Page in Decl. |
|---|---|---|---|---|---|
| 1 | SEC Filing | 2019 Form 10-K | Nov. 20, 2019 | — | 1 |
| 2 | SEC Filing | Q1 FY20 Form 10-Q | Feb. 4, 2020 | — | 152 |
| 3 | SEC Filing | Q2 FY20 Form 10-Q | May 5, 2020 | — | 225 |
| 4 | SEC Filing | Q3 FY20 Form 10-Q | Aug. 4, 2020 | — | 318 |
| 5 | SEC Filing | 2020 Form 10-K | Nov. 25, 2020 | — | 413 |
| 6 | SEC Filing | Q1 FY21 Form 10-Q | Feb. 11, 2021 | 268, 290 | 558 |
| 7 | SEC Filing | Q2 FY21 Form 10-Q | May 13, 2021 | 220, 269, 292 | 654 |

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS

| Ex. | Type of Document | Title | Dated | Cited in Consolidated Compl. at ¶ | Page in Decl. |
|---|---|---|---|---|---|
| 8 | SEC Filing | Q3 FY21 Form 10-Q | Aug. 12, 2021 | 270, 293, 295 | 735 |
| 9 | SEC Filing | 2021 Form 10-K | Nov. 24, 2021 | 271, 294, 295 | 859 |
| 10 | SEC Filing | Q1 FY22 Form 10-Q | Feb. 9, 2022 | 272 | 992 |
| 11 | SEC Filing | Q2 FY22 Form 10-Q | May 11, 2022 | 273 | 1178 |
| 12 | SEC Filing | Q3 FY22 Form 10-Q | Aug. 10, 2022 | 274 | 1256 |
| 13 | SEC Filing | 2022 Form 10-K | Nov. 29, 2022 | 275 | 1397 |
| 14 | SEC Filing | Q1 FY23 Form 10-Q | Feb. 8, 2023 | — | 1578 |
| 15 | SEC Filing | Q2 FY23 Form 10-Q | May 10, 2023 | — | 1658 |
| 16 | Investor Calls and Press Releases | Q1 FY20 Earnings Call Tr. | Feb. 4, 2020 | — | 1775 |
| 17 | Investor Calls and Press Releases | 2020 Investor Day Tr. | Dec. 10, 2020 | 150, 216, 221, 233, 258, 267, 277, 319, 349, 358 | 1805 |
| 18 | Investor Calls and Press Releases | Q2 FY21 Earnings Call Tr. | May 13, 2021 | 205, 269, 279, 291, 360 | 1905 |
| 19 | Investor Calls and Press Releases | JPM Global Tech, Media and Comms Conference Tr. | May 24, 2021 | 172 | 1939 |
| 20 | Investor Calls and Press Releases | Goldman Sachs Communacopia Conference Tr. | Sep. 21, 2021 | 282 | 1963 |
| 21 | Investor Calls and Press | Q4 FY21 Earnings Call Tr. | Nov. 10, 2021 | 207, 212, 321 | 1991 |

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS

| Ex. | Type of Document | Title | Dated | Cited in Consolidated Compl. at ¶ | Page in Decl. |
|---|---|---|---|---|---|
| | Releases | | | | |
| 22 | Investor Calls and Press Releases | Q1 FY22 Earnings Call Tr. | Feb. 9, 2022 | 165, 188, 272, 299, 360 | 2023 |
| 23 | Investor Calls and Press Releases | Morgan Stanley Tech, Media, and Telecom Conference Tr. | Mar. 7, 2022 | — | 2055 |
| 24 | Investor Calls and Press Releases | Q2 FY22 Earnings Call Tr. | May 11, 2022 | 201, 286 | 2078 |
| 25 | Investor Calls and Press Releases | Q3 FY22 Earnings Call Tr. | Aug. 11, 2022 | 201, 274, 301 | 2113 |
| 26 | Investor Calls and Press Releases | Q4 FY22 Earnings Call Tr. | Nov. 8, 2022 | 95, 96, 210, 248, 316, 317, 354, 364, 367, 393 | 2146 |
| 27 | Investor Calls and Press Releases | Q3 FY24 Earnings Report | Aug. 7, 2024 | — | 2179 |
| 28 | SEC Filing | Q1 FY21 Form 8-K | Feb. 1, 2021 | — | 2203 |
| 29 | SEC Filing | Q4 FY22 Form 8-K | Nov. 8, 2022 | — | 2213 |

## I.    Exhibits 1-29 Are Subject to Judicial Notice

As described below, each exhibit is subject to judicial notice under Federal Rule of Evidence 201(b) and Ninth Circuit law.  *See, e.g.*, *Young v. Ault*, 2019 WL 1718676, at *2-3 (C.D. Cal. Feb. 25, 2019) (judicial notice of "SEC filings and the undisputed facts contained therein, as well as all matters of public record") (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018)).

### A.      Exhibits 1-15, 28 and 29: SEC Filings

Exhibits 1-15, 28 and 29 are public filings with the Securities and Exchange Commission that appear on the SEC's website.  The Court should take judicial notice of the undisputed adjudicative fact that statements in these documents were conveyed to the market on the respective dates.  Courts in securities actions routinely take judicial notice of SEC filings.  *See, e.g.*, *Veal v. Lendingclub Corp.*, 2020 WL 3128909, at *5 (N.D. Cal. June 12, 2020) (judicial notice of 23 documents, including SEC filings); *In re YogaWorks, Inc. Sec. Litig.*, 2020 WL 2549290, at *1 n.1 (C.D. Cal. Apr. 23, 2020) (judicial notice of SEC filings); *Golub v. Gigamon Inc.*, 2019 WL 4168948, at *5-6 (N.D. Cal. Sept. 3, 2019) (judicial notice of 19 SEC filings); *Olagues v. Musk*, 2019 WL 3457831, at *3-4 (N.D. Cal. July 31, 2019) (judicial notice of five SEC filings); *In re Edward D. Jones & Co., L.P. Sec. Litig.*, 2019 WL 2994486, at *3 (E.D. Cal. July 9, 2019) (judicial notice of 14 "SEC filings and public comments and reports"); *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *7 (N.D. Cal. Mar. 29, 2019) ("SEC filings are routinely subject to judicial notice."); *Wochos v. Tesla, Inc.*, 2019 WL 1332395, at *2 (N.D. Cal. Mar. 25, 2019) (SEC filings are "appropriate subjects of judicial notice because [g]iven that Tesla publicly filed these documents, their accuracy cannot reasonably be questioned") (quotation marks omitted); *Young*, 2019 WL 1718676, at *3 (judicial notice of 24 "SEC filings … as well as all matters of public record"); *In re SunPower Corp. Sec. Litig.*, 2018 WL 4904904, at *3 n.2 (N.D. Cal. Oct. 9, 2018) (judicial notice of guidance figures in SEC filing and considering incorporated by reference "several SEC filings . . . placed at issue in the complaint."); *City of Royal Oak Ret. Sys. v. Juniper Networks, Inc.*, 880 F. Supp. 2d 1045, 1058-59 (N.D. Cal. 2012) ("SEC filings . . . [are] proper subjects of judicial notice.").

### B.      Exhibits 16-27: Investor Calls and Press Releases

Exhibits 16-27 are transcripts of The Walt Disney Company's investor calls and press releases, nearly all of which are quoted by Plaintiffs in the Consolidated

Complaint.  The Court should take judicial notice of the undisputed, adjudicative fact that statements in these documents were conveyed to the market on the respective dates, including statements that Plaintiffs explicitly reference in the Complaint (*See* Section II, below).  Courts in securities actions routinely take judicial notice of the transcripts of investor calls or presentations.  *See, e.g.*, *Waterford Twp. Police v. Mattel, Inc.*, 321 F. Supp. 3d 1133 (C.D. Cal. 2018), *aff'd sub nom. Castro v. Mattel, Inc.*, 794 F. App'x 669 (9th Cir. 2020) (judicial notice of "publicly available transcripts from [defendant's] earnings calls and excerpts from its SEC filings."); *Ardolino v. Mannkind Corp.*, 2016 WL 4505172, at *4 (C.D. Cal. Aug. 23, 2016) ("Federal courts routinely take judicial notice of press releases, news articles, SEC filings, and conference call transcripts cited in securities complaints."); *Juniper Networks*, 880 F. Supp. 2d at 1058 ("[T]ranscripts of [defendant's] earnings call [are] proper subjects of judicial notice").

## II.    Exhibits 6-13, 17-22, and 24-26 Are Incorporated by Reference

The Court should consider 17 exhibits, Exhibits 6-13, 17-22, and 24-26 for the independent reason that the Complaint incorporates them by reference.  *See Knievel v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005) (court may "take into account documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading'" (citing *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999))).  Courts routinely consider documents incorporated by reference in securities complaints as "part of the pleading" to show the context of statements on which a plaintiff's complaint relies.  *See Ardolino*, 2016 WL 4505172, at *4; *see, e.g.*, *In re Eventbrite Sec. Litig.*, 2020 WL 2042078, at *7 ("alleged false statements 'must be analyzed in context'"); *Lopes v. Fitbit, Inc.*, 2020 WL 1465932, at *2 (N.D. Cal. Mar. 23, 2020) ("If a plaintiff fails to attach to the complaint the documents on which it is based, defendant may attach to a Rule 12(b)(6) motion the documents referred to in the complaint to show that they do not

REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS

support plaintiff's claim.") (citation omitted); *Edward D. Jones*, 2019 WL 2994486, at *3 (26 documents incorporated by reference); *Intel*, 2019 WL 1427660, at *11 (considering incorporated documents in holding that "relevant context undermines plaintiff's allegations of falsity"); *see also, e.g.*, *In re Arrowhead Res. Corp. Sec. Litig.*, 2016 WL 6562066, at *1 (C.D. Cal. Mar. 29, 2016) (similar); *Schechter v. Smith*, 2011 WL 13174954, at *5 (C.D. Cal. Dec. 6, 2011) (similar).

Dated:  March 28, 2025

Respectfully submitted,

WHITE & CASE LLP
MUNGER, TOLLES & OLSON LLP

By: _____*/s/ John W. Spiegel*_____
JOHN W. SPIEGEL

Attorneys for Defendants
The Walt Disney Company, Robert Iger,
Robert Chapek, Christine M. McCarthy
and Kareem Daniel

-6-
REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS