UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REINSTATE DISCOVERY STAY UNDER 15 U.S.C. § 78u–4(b)(3)(B)** |

Upon the Notice of Motion dated April 11, 2025, filed by The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy and Kareem Daniel ("Defendants"), to reinstate the discovery stay under 15 U.S.C. § 78u-4(b)(3)(B), and the parties' Joint Stipulation Pursuant to Local Rule 37-2, the Court, having considered the papers submitted and the argument presented by counsel, rules as follows:

The automatic stay of discovery under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B), applies to Defendants' Motion for Judgment on the Pleadings filed March 28, 2025 (ECF No. 124) ("Defendants' Motion"). Accordingly, "all discovery and other proceedings" are stayed during the pendency of Defendants' Motion.

IT IS SO ORDERED.

Dated:_____

_____
The Hon. Alka Sagar
United States Magistrate Judge

-1-