UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-03661-CBM-AS | | Date | May 20, 2025 |
|---|---|---|---|---|

| Title | *Local 272 Labor-Management Pension Fund v. The Walt Disney Company et al* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:              Attorneys Present for Defendant:

NONE PRESENT                    NONE PRESENT

**Proceedings:**        **IN CHAMBERS- ORDER RE: DEFENDANTS' MOTION TO REINSTATE DISCOVERY STAY**

In light of the Court's denial of Defendants' Motion for Judgment on the Pleadings, Defendants' Motion to Reinstate the Discovery Stay under 15 U.S.C. § 78u–4(b)(3)(B) is **DENIED** as moot. The hearing on the motion is hereby **VACATED**.

**IT IS SO ORDERED.**

00    :

Initials of Deputy Clerk   VRV