ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>          vs.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>                                   Defendants. | Case No. 2:23-cv-03661-CBM (ASx)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER DATED MAY 20, 2025 DISMISSING COUNT III (§20(a) CONTROL PERSON LIABILITY) AGAINST DEFENDANT ROBERT IGER<br><br>DATE:          July 8, 2025<br>TIME:          10:00 a.m.<br>CTRM:        8D<br>JUDGE:       Hon. Consuelo B. Marshall |

4919-6902-5609.v1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Tuesday, July 8, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Consuelo B. Marshall at the United States Courthouse, 350 West First Street, Los Angeles, California 90012, 8th Floor, Courtroom 8D, Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund, and John Patrick Talbot (collectively, "Plaintiffs") will respectfully ask the Court to grant Plaintiffs' Motion for Reconsideration of Order Dated May 20, 2025 Dismissing Count III (§20(a) Control Person Liability) Against Defendant Robert Iger ("Motion").

This Motion is made pursuant to Local Rule 7-18(c).  It is based upon the Memorandum of Points and Authorities, the Declaration of Daniel S. Drosman, the pleadings, records, orders, transcripts, and memoranda on file and to be filed in this action, and such additional authority and argument as may be presented in reply or at the hearing on this Motion.

DATED:  June 3, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RYAN A. LLORENS
JESSICA T. SHINNEFIELD
JEFFREY J. STEIN
NICOLE Q. GILLILAND
JESSICA E. ROBERTSON

s/ Daniel S. Drosman
DANIEL S. DROSMAN

- 1 -

4919-6902-5609.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4919-6902-5609.v1