ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE WALT DISNEY COMPANY, et al., <br><br> Defendants. | Case No. 2:23-cv-03661-CBM (ASx) <br> CLASS ACTION <br> DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DATED MAY 20, 2025 DISMISSING COUNT III (§20(a) CONTROL PERSON LIABILITY) AGAINST DEFENDANT ROBERT IGER <br> DATE:       July 8, 2025 <br> TIME:       10:00 a.m. <br> CTRM:      8D <br> JUDGE:     Hon. Consuelo B. Marshall |

4909-3091-2586.v1

I, Daniel S. Drosman, declare as follows:

1.    I am an attorney duly licensed to practice before this Court and all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund, and John Patrick Talbot (collectively, "Plaintiffs").

2.    I make this declaration in support of Plaintiffs' Motion for Reconsideration of Order Dated May 20, 2025 Dismissing Count III (§20(a) Control Person Liability) Against Defendant Robert Iger (the "Motion").  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

3.    Pursuant to Local Rule 7-3, on May 30, 2025, my colleagues and I engaged in a telephonic meet and confer with counsel for defendants named in the Corrected Consolidated Complaint for Violations of the Federal Securities Laws (ECF 68): The Walt Disney Company, Robert Chapek, Christine M. McCarthy, Kareem Daniel, and Robert Iger (collectively, "Defendants").

4.    During this meet and confer conference, we advised Defendants' counsel of Plaintiffs' intent to file the Motion.  We further articulated the substantive grounds upon which Plaintiffs seek reconsideration.  We then inquired whether Defendants intend to oppose the Motion.

5.    Counsel for Defendants indicated that they would confer internally and inform us of Defendants' position.

6.    Having not received a response, I contacted counsel for Defendants by email on June 3, 2025, to follow up on whether Defendants would oppose the Motion.

- 1 -

4909-3091-2586.v1

7.     Later on June 3, 2025, Defendants' counsel responded by email, confirming that Defendants will oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of June, 2025, at San Diego, California.

s/ Daniel S. Drosman
DANIEL S. DROSMAN

- 2 -