UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-03661-CBM-AS | | Date | August 21, 2025 |
|---|---|---|---|---|

| Title | *Local 272 Labor-Management Pension Fund v. The Walt Disney Company et al* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**      **IN CHAMBERS- ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DATED MAY 20, 2025 DISMISSING COUNT III (§20A CONTROL PERSON LIABILITY) AGAINST DEFENDANT ROBERT IGER**

The matter before the Court is Plaintiff Local 272 Labor-Management Pension Fund's Motion for Reconsideration (Dkt. No. 154) of the Court's Order Dated May 20, 2025 Dismissing Count III (§20a Control Person Liability) Against Defendant Robert Iger (Dkt. No. 150). Plaintiffs move for reconsideration based on inconsistencies between the Court's February 19, 2025 Order regarding Defendants' motion to dismiss (Dkt. No. 111) and the Court's May 20, 2025 Order regarding Defendants' motion for judgment on the pleadings. (Dkt. No. 150.) The Court has reviewed both orders and finds inconsistencies.

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Reconsideration and issues an amended order on Defendant's Motion for Judgment on the Pleadings.

**IT IS SO ORDERED.**

00   :

Initials of Deputy Clerk   VRV