**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | CASE NUMBER: |
|---|---|---|
| Local 272 Labor-Management Pension Fund | | CV23-03661-CBM (ASx) |
| v. Plaintiff(s) | | |
| The Walt Disney Company et al | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | | |

The parties have requested an informal discovery conference with Magistrate Judge Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge  Alka Sagar

Date/Time  November 12, 2025 at 10:00 a.m. PST

Courtroom:  The Zoom information will be e-mailed to the parties.

Dated:  October 30, 2025

By:  Alma Felix
Deputy Clerk