ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE WALT DISNEY COMPANY, et al., <br><br> Defendants. | Case No. 2:23-cv-03661-CBM (ASx) <br><br> CLASS ACTION <br><br> DISCOVERY MATTER <br><br> PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL CUSTODIANS AND SEARCH TERMS <br><br> Date:   January 6, 2026 <br> Time: 10:00 a.m. <br> Ctrm.: 540, 5th Floor <br> Judge: Honorable Alka Sagar <br><br> Discovery Cutoff: August 21, 2026 <br> Pretrial Conference: July 14, 2027 <br> Trial: August 17, 2027 |

4936-0624-4732.v1

TO: THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 6, 2026, at 10:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Alka Sagar, United States Magistrate Judge for the Central District of California, located at the Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Courtroom 540, 5th Floor, Los Angeles, California 90012, Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot (collectively, "Plaintiffs") will and hereby do move the Court for an order compelling defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy, and Kareem Daniel (collectively, "Defendants") to: (i) add Plaintiffs' 16 proposed custodians; (ii) run Plaintiffs' proposed searches; and (iii) apply all searches (from both sides) across all designated custodians with reasonable, topic-appropriate timeframes.

This Motion is made pursuant to Local Civil Rule 37 of the United States District Court for the Central District of California.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation Regarding Plaintiffs' Motion to Compel Custodians and Search Terms, the Declarations of Jessica T. Shinnefield, Andrew Johnston, and Stacy Nettleton and the exhibits thereto, as well as the papers and pleadings filed in this action, the argument of counsel, and any other matters properly before the Court.

- 1 -

4936-0624-4732.v1

This Motion is made following: (i) meet-and-confer calls on July 17, 2025, October 3, 2025, and October 23, 2025; and (ii) correspondence from August 2025 through November 2025 regarding search parameters and custodians.

DATED:  December 1, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RYAN A. LLORENS
JESSICA T. SHINNEFIELD
JEFFREY J. STEIN
NICOLE Q. GILLILAND
JESSICA E. ROBERTSON


s/ Jessica T. Shinnefield
JESSICA T. SHINNEFIELD

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONATHAN ZWEIG (*pro hac vice*)
CRISTELLE R. RABBAN (*pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
jzweig@rgrdlaw.com
crabban@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4936-0624-4732.v1