ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE WALT DISNEY COMPANY, et al., <br><br> Defendants. | Case No. 2:23-cv-03661-CBM (ASx) <br><br> CLASS ACTION <br><br> DECLARATION OF JESSICA T. SHINNEFIELD IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL CUSTODIANS AND SEARCH TERMS **[REDACTED]** <br><br> Date: January 6, 2026 <br> Time: 10:00 a.m. <br> Ctrm.: 540, 5th Floor <br> Judge: Honorable Alka Sagar <br><br> Discovery Cutoff: August 21, 2026 <br> Pretrial Conference: July 14, 2027 <br> Trial: August 17, 2027 |

4903-2777-5867.v1

I, Jessica T. Shinnefield, declare as follows:

1.      I am an attorney duly licensed to practice before this Court and all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot (collectively, "Plaintiffs").

2.      I make this declaration in support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Custodians and Search Terms.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

3.      Plaintiffs served Plaintiffs' First Set of Requests for Production of Documents to All Defendants on June 4, 2025.

4.      Defendants[1] served Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents to All Defendants (the "Responses") on July 7, 2025.

5.      On July 17, 2025, the parties met and conferred regarding the Responses.

6.      On October 3, 2025, the parties met and conferred regarding the parties' respective search proposals.  During that conference, Defendants reiterated that they would not run any of Plaintiffs' proposed search terms.  Defendants agreed to add only two of Plaintiffs' proposed custodians.

7.      On October 23, 2025, the parties met and conferred regarding the parties' respective search proposals.  During the conference, Plaintiffs' counsel asked Defendants to provide the total number of searchable documents per custodian. Defendants refused.

---

[1]      "Defendants" are The Walt Disney Company ("Disney"), Robert Iger, Robert Chapek, Christine M. McCarthy, and Kareem Daniel.

- 1 -

8.     Attached are true and correct copies of the following exhibits:

**Exhibit A**:   May 23, 2025 Order regarding case schedule (ECF 152);

**Exhibit B**:   October 15, 2025 Order Granting Joint Stipulation for Continuance of Pre-Trial Deadlines (ECF 179);

**Exhibit C**:   Stipulated Electronic Discovery Agreement (ECF 174);

**Exhibit D**:   Plaintiffs' First Set of Requests for Production of Documents to All Defendants, dated June 4, 2025;

**Exhibit E**:   Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents to All Defendants, dated July 7, 2025;

**Exhibit F**:   Defendants' August 15, 2025 Search Protocol ("Defendants' August 15 Proposal") with Appendix A, which includes Defendants' proposed custodians;

**Exhibit G**:   September 3, 2025 letter from Daniel S. Drosman to Stacy Nettleton providing Plaintiffs' supplemental proposal to Defendants' August 15 Proposal ("Plaintiffs' September 3 Proposal") with Appendix A, which contains Plaintiffs' targeted search terms, Appendix B, which contains the search term roots that apply to Appendix A, and Appendix C, which contains Plaintiffs' proposed additional custodians;

**Exhibit H**:   September 12, 2025 letter from Stacy Nettleton to Daniel S. Drosman concerning Plaintiffs' September 3 Proposal;

**Exhibit I**:   September 19, 2025 letter from Daniel S. Drosman to Stacy Nettleton providing Plaintiffs' revised search proposal ("Plaintiffs' September 19 Proposal") with Appendix A, which contains Plaintiffs' modified search terms, Appendix B, which contains Plaintiffs' modified search term roots, Appendix C, which contains Plaintiffs' proposed additional custodians, and Appendix D, which explains, in detail, the importance of each of the additional custodians Plaintiffs proposed;

- 2 -

4903-2777-5867.v1

**Exhibit J**:    October 7, 2025 letter from Stacy Nettleton to Jessica T. Shinnefield declaring that the parties' negotiations "ha[d] gone on for far too long" and proposing submitting the dispute to the Court the following week;

**Exhibit K**:    October 10, 2025 letter from Jessica T. Shinnefield to Stacy Nettleton providing Plaintiffs' further-revised search proposal ("Plaintiffs' October 10 Proposal") that significantly reduced Plaintiffs' proposed additions with Appendix A, which contains Plaintiffs' further-modified search terms, and Appendix B, which details the specific deficiencies Plaintiffs identified in each of Defendants' proposed searches and offers concrete fixes;

**Exhibit L**:    October 16, 2025 letter from Stacy Nettleton to Jessica T. Shinnefield concerning Plaintiffs' October 10 Proposal with Appendix A (Tab "Plaintiffs' Terms"), which contains a hit report reflecting data from Plaintiffs' October 10 Proposal;

**Exhibit M**:    October 17, 2025 letter from Daniel S. Drosman to Stacy Nettleton in response to Stacy Nettleton's October 16, 2025 letter;

**Exhibit N**:    October 24, 2025 letter from Stacy Nettleton to Daniel S. Drosman in response to Daniel S. Drosman's October 17, 2025 letter;

**Exhibit O**:    November 3, 2025 email from Wyatt Smith to Plaintiffs' counsel attaching a hit report reflecting data from a slightly modified version of Defendants' August 15 Proposal and Plaintiffs' October 10 Proposal;

**Exhibit P**:    ██████████████████████████████████████ ██████████████████████████████████████ ████████████ (DISNEY272_000254720-22);

**Exhibit Q**:   Michael    Chin's    LinkedIn    profile,    accessible    at https://www.linkedin.com/in/michaelchin24/ (last visited Nov. 17, 2025);

**Exhibit R**:    ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████

- 3 -

4903-2777-5867.v1

████████████████████████████████████████████

████████████ (DISNEY272_000377153-54);

**Exhibit S**: ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████ (DISNEY272_000273389-97);

**Exhibit T**: David Chodniewicz's LinkedIn profile, accessible at https://www.linkedin.com/in/davechod/ (last visited Nov. 17, 2025);

**Exhibit U**: ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

(DISNEY272_000145192-97);

**Exhibit V**: ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

(DISNEY272_000148780-82);

**Exhibit W**: Nick Lewerke's LinkedIn profile, accessible at https://www.linkedin.com/in/nicklewerke/ (last visited Nov. 17, 2025);

**Exhibit X**: ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

- 4 -

4903-2777-5867.v1

██████████████████████████████████████████████████

(DISNEY272_000243584-85);

**Exhibit Y**: ███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

(DISNEY272_000205609);

**Exhibit Z**: ███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████ (DISNEY272_000159951);

**Exhibit AA**: ██████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

(DISNEY272_000288258-59);

**Exhibit BB**: Matthew Kambic's LinkedIn profile, accessible at https://www.linkedin.com/in/matthew-kambic-861276a/ (last visited Nov. 17, 2025);

**Exhibit CC**: ██████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

(DISNEY272_000382947-48);

**Exhibit DD**: ██████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

4903-2777-5867.v1

███████████████████████████████████

███████████████████ (DISNEY272_000377217-20);

**Exhibit EE**:      Jon      Pang's      LinkedIn      profile,      accessible      at https://www.linkedin.com/in/jonpang/ (last visited Nov. 17, 2025);

**Exhibit FF**:      Jack      Reiman's      LinkedIn      profile,      accessible      at https://www.linkedin.com/in/jackreiman/ (last visited Nov. 17, 2025);

**Exhibit GG**:      ███████████████████████████

███████████████████████████████████

████ (DISNEY272_000006201-07);

**Exhibit HH**:      ███████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

(DISNEY272_000141749-50);

**Exhibit II**:      ██████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████ (DISNEY272_000292906);

**Exhibit JJ**:      ██████████████████████████████

███████████████████████████████████

███████████████████████████████████

█████████████████████ (DISNEY272_000323061-62);

**Exhibit KK**:      ███████████████████████████

███████████████████████████████████

- 6 -

██████████████████████████████

██████████████████████████████

██████████     (DISNEY272_000341135-37);

**Exhibit LL**:    ████████████████████

██████████████████████████████

██████████████████████████████

(DISNEY272_000163675-76);

**Exhibit MM**:    ████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

(DISNEY272_000193629-31);

**Exhibit NN**:    ████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████     (DISNEY272_000224870-71);

**Exhibit OO**:    ████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

(DISNEY272_000200828-31);

**Exhibit PP**:    ████████████████████

██████████████████████████████

██████████████████████████████

(DISNEY272_000194901-02);

**Exhibit QQ**:    ████████████████████

██████████████████████████████

██████████████████████████████

- 7 -

4903-2777-5867.v1

███████████████████████████████████

(DISNEY272_000311732-33);

**Exhibit RR**:       The Walt Disney Company's Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated October 1, 2025; and

**Exhibit SS**: September 25, 2025 email from Wyatt Smith to Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of December, 2025, at San Diego, California.

                                        s/ Jessica T. Shinnefield
                                        JESSICA T. SHINNEFIELD

- 8 -

4903-2777-5867.v1