# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **2:23-cv-03661-CBM-AS** | Date | May 23, 2025 |
|---|---|---|---|

| Title | Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al. |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| EVELYN CHUN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

The Court has reviewed the Joint Rule 26(f) Report.   The Scheduling Conference set for hearing on May 27, 2025 is VACATED and the following schedule is set.

| | |
|---|---|
| Fact discovery completion date: | January 5, 2026 |
| Initial expert disclosure date: | February 5, 2026 |
| Rebuttal expert disclosure date: | March 5, 2026 |
| Expert discovery completion date: | March 15, 2026 |
| Settlement conference: | April 15, 2026 |
| Motions to be set for hearing on or before: | June 17, 2026 |
| Pre-Trial Conference is set on: | August 11, 2026 at 10:00 a.m. |
| Jury Trial is set on: | September 14, 2026 at 10:00 a.m. (est. 5 days) |

00   :