# EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LOCAL 272 LABOR-
MANAGEMENT PENSION FUND,
*et al.*,

Plaintiffs,

v.

THE WALT DISNEY COMPANY,
*et al.*,

Defendants.

Case No. 2:23-cv-03661-CBM(ASx)

**ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL DEADLINES [177]**

NOTE: CHANGES MADE BY THE COURT

FOR GOOD CAUSE SHOWN, THE JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL DEADLINES IS GRANTED, AND THE SCHEDULING ORDER SHALL BE MODIFIED AS FOLLOWS:

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for the substantial completion of document productions in response to the Parties' first requests for the production of documents[1] | N/A | March 31, 2026 |
| Deadline for Plaintiffs' motion for class certification | N/A | March 19, 2026 |
| Deadline for Defendants' opposition to Plaintiffs' motion for class certification | N/A | April 30, 2026 |
| Deadline for Plaintiffs' reply in support of motion for class certification | N/A | June 11, 2026 |
| Fact discovery completion date | January 5, 2026 | August 21, 2026 |
| Deadline for the identification of affirmative experts and description of topics | N/A | August 24, 2026 |
| Initial expert disclosure date | February 5, 2026 | September 23, 2026 |
| Rebuttal expert disclosure date | March 5, 2026 | November 20, 2026 |
| Reply expert disclosure date | N/A | December 21, 2026 |
| Expert discovery completion date | March 15, 2026 | January 29, 2027 |

---

[1] Notwithstanding this substantial completion deadline, the Parties will continue to produce documents on a rolling basis.

| Settlement conference | April 15, 2026 | February 1, 2027 |
|---|---|---|
| Deadline for dispositive motions | N/A | February 26, 2027 |
| Deadline for oppositions to dispositive motion | N/A | April 26, 2027 |
| Deadline for replies to dispositive motions | N/A | May 26, 2027 |
| Motions to be set for hearing | June 17, 2026 | June 2, 2027 at 10:00 a.m. |
| Pre-Trial Conference | August 11, 2026 at 10:00 a.m. | July 14, 2027 at 2:30 pm |
| Jury trial | September 14, 2026 at 10 a.m. (est. 5 days) | August 17, 2027 at 10:00 a.m. |

IT IS SO ORDERED.


Dated: October 15, 2025




HON. CONSUELO B. MARSHALL
United States District Judge

-3-