# EXHIBIT F

*Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al.*, **No. 2:23-cv-03661-CBM (ASx) (C.D. Cal.)**

**Defendants' Proposed Search Protocol (August 15, 2025)**

In response to Plaintiffs' First and Second Sets of Requests for Production, dated June 4 and June 11, 2025, respectively (the "RFPs," and each request, a "RFP"), Defendants propose the following search protocol. This protocol is subject to Defendants' Responses and Objections to Plaintiffs' RFPs and the Parties' meet and confers. Defendants are continuing to collect documents from all relevant sources of information, including from all custodians and other centralized files. Defendants reserve all rights, including the right to modify this protocol based on further information and/or in the event the final hit counts reveal any searches to be overly burdensome. Defendants also reserve the right to propose a Technology-Assisted Review. D. I. 174 at 3-4.

1. Collections with No Search Terms

The following targeted responsive documents, D.I. 174 at 2, will be identified and collected from a known location without the use of search terms where possible:

- Documents providing the terms and conditions of Third-Party Partnership[1] Contracts/Agreements (RFP 12)

- Defendants' 10b5-1 trading plans during Relevant Time Period (RFPs 28/50)

---

[1] "Third-Party Partnership" is defined in Plaintiffs' First Set of Requests for Production, dated June 4, 2025, as "a partnership between Disney and another entity (such as Verizon, Amazon Music, and American Express), through which the other entity offered a Disney+ subscription as an incentive to use its products or services."

- Organizational Chart/Directory Data identifying Disney personnel (and their titles) who worked at Disney during the Relevant Time Period in departments relevant to the claims in this case (RFP 46)

- Applicable Insurance Policies (RFP 48)

- Robert Chapek, Kareem Daniel, and Christine McCarthy's Employment and Personnel Files (RFPs 25/27)

- Access Records for Internal Data (RFP 31)

- Employee Policy Manuals and Standards of Business Conduct, and any report confirming any actual violations of those policies by Defendants Chapek, Daniel, or McCarthy (RFP 42)

2. Collections with Search Terms

Subject to the limitations below, search terms will be run across two sets of information and in accordance with Defendants' response to RFP 54. The first is collected custodial data, which is comprised of emails, personal storage drives, personal computers/other devices, personal share drives (including, e.g., Box, OneDrive, and Netdocs), and digitized hard copy documents. Defendants' list of custodians is attached as Appendix A. The second is collected centralized sources of information, comprised of files and folders related to executive compensation, investor relations, Disney streaming/DTC, audit and financial materials, forensic investigations, board materials, controllership, and DMED. Defendants' process of identifying any and all potential sources of relevant discoverable information remains ongoing. Defendants will separately meet and confer with Plaintiffs regarding the appropriate methodology for identifying short message format communications for production. D.I. 174 at 1.

2

| Search No. | Search Term(s) | Date Range | Custodian and/or Document Limiters[2] | RFPs[3] |
|---|---|---|---|---|
| 1 | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | | 1 (2024 Disney+ Subscriber Target); 3 (Disney+ subscriber numbers or growth); 20 (communications with shareholders, analysts, or investors); 47 (documents identified in disclosures); 51 (concerns and complaints re: Disney+ growth and financials); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 2 | ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | | 2 (2024 Disney+ Profitability Target); 20 (communications with shareholders, analysts, or investors); 47 (documents identified in disclosures); 51 (concerns and complaints re: Disney+ growth and financials); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key |

---

[2] Unless otherwise stated, Defendants will run these searches across all custodial data and other centralized sources of information.

[3] This list is non-exhaustive and documents that hit on these searches may be responsive to other RFPs not listed.

| | | | | |
|---|---|---|---|---|
| | | | | topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 3 | (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) | January 1, 2020 to August 31, 2023 | | 1 (2024 Disney+ Subscriber Target); 3 (Disney+ subscriber numbers or growth); 20 (communications with shareholders, analysts, or investors); 38 (November 2021 subscriber growth announcement); 47 (documents identified in disclosures); 51 (concerns and complaints re: Disney+ growth and financials); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 4 | ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") | January 1, 2020 to August 31, 2023 | | 1 (2024 Disney+ Subscriber Target); 3 (Disney+ subscriber numbers or growth); 7 (subscriber churn); 20 (communications with shareholders, analysts, or investors); 38 (November 2021 subscriber growth announcement); 47 (documents identified in disclosures); 51 (concerns and complaints re: Disney+ growth and financials); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of |

4

| | | | | |
|---|---|---|---|---|
| | | | | concerns); 57 (specific dollar impact of costs and losses) |
| 5 | ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | January 1, 2020 to August 31, 2023 | | 1 (2024 Disney+ Subscriber Target); 2 (2024 Disney+ Profitability Target); 3 (Disney+ subscriber numbers or growth); 4 (Five Year Plan); 20 (communications with shareholders, analysts, or investors); 47 (documents identified in disclosures); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 6 | "Disney Media and Entertainment Distribution" OR "DMED" OR reorg* OR ("intersegment transfer" W/10 pric*) | September 1, 2020 to October 31, 2020 | Robert Chapek, Kareem Daniel, Christine McCarthy, David Lindbom | 5 (DMED Reorg); 6 (Daniel appointment to DMED) |
| 7 | DMED AND ((Daniel W/25 (appoint* OR hir* OR employ* OR term* OR condition*)) | September 1, 2020 to October 31, 2020 | Robert Chapek, Kareem Daniel | 5 (DMED Reorg); 6 (Daniel appointment to DMED) |
| 8 | ("Disney+" OR "D+") AND subscri* AND churn* | January 1, 2020 to August 31, 2023 | | 1 (2024 Disney+ Subscriber Target); 3 (Disney+ subscriber numbers or growth); 7 (subscriber churn); 20 (communications with shareholders, analysts, or investors); 47 (documents identified in disclosures); 51 (concerns and complaints re: Disney+ |

5

| | | | | |
|---|---|---|---|---|
| | | | | growth and financials); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 9 | ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | January 1, 2020 to August 31, 2023 | | 8 (distribution of content; debuting on Disney+ first); 20 (communications with shareholders, analysts, or investors); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 10 | ("Disney+" OR "D+") AND window* AND (45 OR 90 OR forty*five OR ninety) | January 1, 2020 to August 31, 2023 | | 8 (distribution of content; debuting on Disney+ first); 20 (communications with shareholders, analysts, or investors); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics) |
| 11 | ("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin | 8 (distribution of content; debuting on Disney+ first); 20 (communications with shareholders, analysts, or investors); 51 (concerns and complaints re: Disney+ growth and financials); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |

6

| | | | | |
|---|---|---|---|---|
| | | | Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer | |
| 12 | ("Disney+" OR "D+") AND content AND (cost* OR budget)[4] | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan,  Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer | 9 (content costs and content budgets); 10 (accounting for content costs); 20 (communications with shareholders, analysts, or investors); 51 (concerns and complaints re: Disney+ growth and financials); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 13 | ("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David | 9 (content costs and content budgets); 10 (accounting for content costs); 20 (communications with shareholders, analysts, or investors); 47 (documents identified in disclosures); 51 (concerns and |

[4] These search terms will be run only in the custodians' parent emails (i.e. not attachments).

| | | | Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer | complaints re: Disney+ growth and financials); 52 (comms by Executive Officers); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
|---|---|---|---|---|
| 14 | ("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer | 11 (operating losses); 20 (communications with shareholders, analysts, or investors); 47 (documents identified in disclosures); 51 (concerns and complaints re: Disney+ growth and financials); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |

| 15 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND loss* AND "intersegment transfer pricing" | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer | 11 (operating losses); 20 (communications with shareholders, analysts, or investors); 57 (specific dollar impact of costs and losses) |
| --- | --- | --- | --- | --- |
| 16 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND ((recognize* W/2 subscription W/2 revenue)) OR (third W/2 party W/2 partner))) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke | 12 (third-party partnerships); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external/public communications on key topics) |
| 17 | ("Disney+" OR "D+") AND (Verizon OR Amazon OR American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke | 12 (third-party partnerships); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external/public communications on key topics) |

| 18 | ("Disney+" OR "D+") AND subscrib* AND (third* OR partner*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke | 12 (third-party partnerships); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external/public communications on key topics) |
|---|---|---|---|---|
| 19 | ("Disney+" OR "D+") AND ("Hulu* W/2 Live) AND subscri* | July 1, 2021 to December 31, 2022 | | 13 (Hulu+ subscription pairing); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external/public communications on key topics) |
| 20 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*) | January 1, 2021 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer | 2 (2024 Disney+ Profitability Target); 14 (profitability of international markets); 15 (impact of international launches on subscribers); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |

| 21 | (("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | January 1, 2021 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer | 2 (2024 Disney+ Profitability Target); 14 (profitability of international markets); 15 (impact of international launches on subscribers); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| --- | --- | --- | --- | --- |
| 22 | ("Disney+" OR "D+") AND content AND subscri* AND perform* | January 1, 2020 to August 31, 2023 | | 16 (content performance); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 23 | ("Disney+" OR "D+") AND (content W/25 (subscri* AND delay* AND remov*) | January 1, 2020 to August 31, 2023 | | 16 (content performance); 20 (communications with shareholders, analysts, or investors); 55 (documents regarding external/public communications on key topics); 56 (Executive Officer |

11

| | | | | awareness of concerns); 57 (specific dollar impact of costs and losses) |
|---|---|---|---|---|
| 24 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "DMED" OR ("Iger" /s ("CEO" or rehir*)) OR ("Chapek /s fir*")) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K)[5] | January 1, 2020 to August 31, 2023 | Veda Kong, Nathan Harris | 19 (SEC filings); 47 (documents identified in disclosures); 50 (affirmative defenses) |
| 25 | earn* AND call AND quarter* | January 1, 2020 to August 31, 2023 | Robert Chapek, Kareem Daniel, Christine McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer;  Investor Relations – Shared Drives; IR Insights | 20 (communications with shareholders, analysts, or investors); 21 (quarterly earnings calls); 47 (documents identified in disclosures); 50 (affirmative defenses) |
| 26 | (earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | January 1, 2020 to August 31, 2023 | Robert Chapek, Kareem Daniel, Christine McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; | 20 (communications with shareholders, analysts, or investors); 21 (quarterly earnings calls); 47 (documents identified in disclosures); 50 (affirmative defenses) |

---

[5] These search terms will be run only in the custodians' parent emails (i.e. not attachments).

| | | | Investor Relations – Shared Drives; IR Insights | |
|---|---|---|---|---|
| 27 | ("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND "board" AND meet* | January 1, 2020 to August 31, 2023 | Robert Chapek, Robert Iger, Christine McCarthy, Kareem Daniel, Jolene Negre; <br><br> Boardvantage | 22 (board meetings) |
| 28 | contract AND renew* | January 1, 2022 to September 30, 2022 | Robert Chapek; <br><br> Boardvantage | 23 (Chapek's June 2022 contract renewal) |
| 29 | ("Disney+" OR "D+") AND subscri* AND perform* AND (bonus* OR equity OR salar* and compens*) | January 1, 2020 to August 31, 2023 | Robert Chapek, Kareem Daniel, Christine McCarthy <br><br> Boardvantage | 27 (compensation of Executive Officers) |
| 30 | ("Disney+" OR "D+") AND securit* AND (award OR exercise OR purchase OR sale) | January 1, 2020 to August 31, 2023 | Robert Chapek, Kareem Daniel, Christine McCarthy; | 28 (Executive Officer securities transactions) |
| 31 | ("Disney+" OR "D+") AND (depart* OR resign* OR terminat*) AND (Chapek OR McCarthy OR Daniel OR Bochner) | October 1, 2022 to August 31, 2023 | Robert Chapek, Kareem Daniel, Christine McCarthy, Robert Iger, Arthur Bochner; <br><br> Boardvantage | 29 (departures of Executive Officers) |

13

| 32 | ("Disney+" OR "D+") AND Iger AND ("CEO" OR "Chief Executive Officer") | October 1, 2022 to December 31, 2022 | Christine McCarthy, Robert Iger; Boardvantage | 30 (decision to rehire Iger) |
|---|---|---|---|---|
| 33 | ("fourth quarter" w/4 2022) OR "4Q22" OR ("Q4" w/2 2022)) AND financ* | October 1, 2022 to January 31, 2023 | | 32 (4Q22); 47 (documents identified in disclosures) |
| 34 | ("Disney+" OR "D+") AND DMED AND unwind AND Iger | November 1, 2022 to August 31, 2023 | | 33 (DMED unwind announced in Feb 2023 earnings call); 34 (cost-cutting initiative); 47 (documents identified in disclosures) |
| 35 | ("Disney+' OR "D+") AND DMED AND (earn* /5 call) AND Iger AND subscri* | November 1, 2022 to August 31, 2023 | | 33 (DMED unwind announced in Feb 2023 earnings call); 34 (cost-cutting initiative); 47 (documents identified in disclosures) |
| 36 | ("Disney+" OR "D+") AND DMED AND (mistake* OR divide) | November 1, 2022 to August 31, 2023 | | 33 (DMED unwind announced in Feb 2023 earnings call); 34 (cost-cutting initiative); 47 (documents identified in disclosures) |
| 37 | (cost* /5 cut*) | January 1, 2023 to February 8, 2023 | Robert Iger, Christine McCarthy | 34 (cost-cutting initiative); 47 (documents identified in disclosures) |
| 38 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost* /5 cut*) AND (earn* /5 call) AND Iger AND billion AND subscri* | November 1, 2022 to August 31, 2023 | | 33 (DMED unwind announced in Feb 2023 earnings call); 34 (cost-cutting initiative); 35 (share price); 47 (documents identified in disclosures) |

14

| 39 | ("Disney+" OR "D+"OR DTC OR "direct-to-consumer") AND (subscrip* OR (operat* / 3 loss*) OR result*) | November 1, 2022 to August 31, 2023 | | 33 (DMED unwind announced in Feb 2023 earnings call); 34 (cost-cutting initiative); 35 (share price); 47 (documents identified in disclosures) |
|---|---|---|---|---|
| 40 | (stock W/5 price) AND (move* OR declin* OR increase* OR chang*) | January 1, 2020 to August 31, 2023 | Robert Chapek, Kareem Daniel, Christine McCarthy | 35 (share price); 36 (reasons for change in stock price); 50 (affirmative defenses) |
| 41 | ("Disney+" OR "D+") AND stock AND subscri* | January 1, 2020 to August 31, 2023 | | 35 (share price); 36 (stock price); 37 (public disclosures and effect  reasons for change in on stock price); 38 (November 2021 subscriber growth announcement); 50 (affirmative defenses) |
| 42 | "disclosure" AND stock AND (effect* OR impact* OR cause*) | November 1, 2021 to November 30, 2021 | | 35 (share price); 36 (stock price); 37 (public disclosures and effect  reasons for change in on stock price); 38 (November 2021 subscriber growth announcement); 50 (affirmative defenses) |
| 43 | "disclosure" AND stock AND (effect* OR impact* OR cause*) | November 1, 2022 to November 30, 2022 | | 35 (share price); 36 (stock price); 37 (public disclosures and effect  reasons for change in on stock price); 38 (November 2021 subscriber growth announcement); 50 (affirmative defenses) |
| 44 | "disclosure" AND stock AND (effect* OR impact* OR cause*) | April 17, 2022 to May 17, 2022 | | 35 (share price); 36 (stock price); 37 (public disclosures and effect  reasons for change in on stock price); 38 (November 2021 subscriber growth announcement); 50 (affirmative defenses) |

15

| 45 | ("Disney+" OR "D+") AND subscri* AND grow* | October 1, 2021 to December 31, 2021 | | 38 (November 2021 subscriber growth announcement); 47 (documents identified in disclosures) |
|---|---|---|---|---|
| 46 | ("Disney+" OR "D+") AND (peak W/10 year W/10 loss*) | October 1, 2021 to December 31, 2021 | Christine McCarthy | 38 (November 2021 subscriber growth announcement); 39 (peak year of losses adjustment); 47 (documents identified in disclosures) |
| 47 | ("Disney+" OR "D+") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | October 1, 2021 to December 31, 2021 | Christine McCarthy | 38 (November 2021 subscriber growth announcement); 39 (peak year of losses adjustment); 47 (documents identified in disclosures) |
| 48 | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com)[6] AND "Disney+" | January 1, 2020 to August 31, 2023 | | 53 (Disney+ dashboards) |
| 49 | (DTC OR "direct-to-consumer") AND (operat* W/25 loss*) | October 1, 2022 to December 31, 2022 | | 40 (DTC operating losses in 2022); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |
| 50 | ("Disney+" OR "D+") AND impair* AND content | April 1, 2023 to August 31, 2023 | | 41 (impairment and removal of content in 2023); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |

---

[6] These email address search terms will be run on the custodians' email domains only.

| 51 | (("Disney+" OR "D+") AND (subscri* OR finan* cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decision-making")) | January 1, 2020 to August 31, 2023 | Forensic Investigations Team Rocket D3 Files, Management Audit Group Drive | 24 (Chapek and Daniel's management style or tone); 26 (Executive Officers' impressions of Chapek or Daniel); 51 (concerns and complaints re: Disney+ growth and financials); 56 (Executive Officer awareness of concerns); 57 (specific dollar impact of costs and losses) |

## Appendix A

*Local 272 Labor-Management Pension Fund*: Defendants' Custodians

| Custodian | Job Title(s) | Date Range |
|---|---|---|
| Rojeh Avanesian | Senior Vice President, Finance | Dec. 20, 2020 – Apr. 30, 2021 |
| Arthur Bochner | Vice President, Strategic Communications | Aug. 21, 2022 – Nov. 28, 2022 |
| | Chief of Staff, Office of the CEO | Feb. 21, 2021 – Aug. 20, 2022 |
| | Director, Office of the CEO | Mar. 15, 2020—Feb. 20, 2021 |
| | Director, Public Affairs & Executive Engagement | Apr. 30, 2017 – Mar. 14, 2020 |
| Alisa Bowen | President, Disney+ | Sept. 15, 2022 – Present |
| | Executive Vice President Business Operations, Disney Streaming | Jan. 31, 2022 – Sept. 14, 2022 |
| | Senior Vice President, Business Operations | Mar. 31, 2019 – Jan. 30, 2022 |
| Richard Brookbanks | Vice President/Controller-DTCI & TV Distribution COE | May 13, 2018 – Present |
| Bryan Castellani | Executive Vice President of Finance | Nov. 15, 2020 – Oct. 6, 2023 |
| | Executive Vice President & Chief Financial Officer | July 1, 2018 – Nov. 14, 2020 |
| Robert Chapek | Chief Executive Officer | Feb. 24, 2020 – Nov. 20, 2022 |
| | Chief Manager, Disney Parks, Experience & Products | Feb. 17, 2019 – Feb. 23, 2020 |
| Justin Connolly | President, Platform Distribution | Nov. 15, 2020 – Nov. 18, 2023 |
| | President, Media Distribution | July 16, 2019 – Nov. 14, 2020 |
| Kareem Daniel | Chairman of the Disney Media and Entertainment Distribution | Oct. 11, 2020 – Nov. 30, 2022 |
| | President of Consumer Products, Chief of Staff of the Office of the CEO | July 5, 2020 – Oct. 10, 2020 |
| | President of Consumer Products | May 17, 2020 – July 4, 2020 |
| | President – WDI Business Operations | Nov. 10, 2019 – May 16, 2020 |

| Laura Evans | Senior Vice President, Data | Mar. 3, 2019- Dec. 28, 2020 |
|---|---|---|
| Patrick Garrison | Vice President, Strategy, Finance and Business Strategy | Oct. 3, 2021 – Present |
| | Director of Strategy Planning | Dec. 22, 2019 – Oct. 2, 2021 |
| Jim Gray | Senior Controller, Disney Entertainment | June 11, 2023 – Present |
| | Senior Controller, Studio Entertainment WDT/DTC | Mar. 1, 2020 – June 4, 2022 |
| | Vice President Controller, Burbank/Glendale | Apr. 22, 2018 – Feb. 29, 2020 |
| Jeffrey Grenn | Senior Vice President, Chief Financial Officer, APAC (DIESI) | Jan. 26, 2025 – Present |
| | Senior Vice President, Segment Planner DMED | July 18, 2021 – June 4, 2022 |
| | Vice President, Segment Planner | Sept. 30, 2018 – July 17, 2021 |
| Nathaniel Harris*[1] | Senior Financial Reporting Analyst | April 2022 – Present |
| David Haskett | Senior Controller, Corporate Controllership, Finance | May 22, 2022 – Present |
| | Vice President Controller – WDT | Oct. 27, 2019 – May 21, 2022 |
| Robert Iger | Chief Executive Officer | Nov. 20, 2022 – Present |
| | Executive Chairman | Feb. 24, 2020 – Dec. 31, 2021 |
| | Chairman & Chief Executive Officer | Mar. 13, 2012 – Feb. 23, 2020 |
| | President, APAC | Mar. 1, 2021 – Jan. 6, 2024 |
| | Executive Vice President, TWDC Greater China, Japan & Korea | Sept. 24, 2017 – Feb. 28, 2021 |
| Jennifer Kettnich | Vice President, Investor Relations | Oct. 24, 2021 – Aug. 8, 2024 |
| | Director, Investor Relations | July 12, 2020 – Oct. 23, 2021 |
| | Senior Manager, Investor Relations | July 29, 2018 – July 11, 2020 |

---

[1] Defendants will confirm and/or update specific employment titles and dates for the custodians marked with an asterisk (*) upon receipt of official employment files.

| | | |
|---|---|---|
| Veda Kong* | Senior Manager, Corporate Controllership | |
| Vandna Mehta Krantz | Senior Vice President, Chief Financial Officer, Disney Streaming Services | Oct. 6, 2019 – Aug. 12, 2020 |
| David Lindbom | Senior Vice President, Organizational Development and Project Management, Human Resources | Mar. 13, 2022 – Jan. 4, 2025 |
| | Vice President, Organizational Development | June 24, 2018 – Mar. 12, 2022 |
| Christine M. McCarthy | Strategic Advisor | July 1, 2023 – June 30, 2024 |
| | Senior Executive Vice President and Chief Financial Officer | July 1, 2015 – June 30, 2023 |
| Denise Morgan | Vice President, Financial Planning and Analysis, Disney Streaming Services | Feb. 16, 2025 – Present |
| | Director, Financial Planning & Analysis | Sept. 5, 2021 – May 25, 2024 |
| | Director, Finance | Mar. 25, 2019 – Sept. 4, 2021 |
| Zenia Mucha | Senior Executive Vice President & Chief Communications Officer | Sept. 27, 2018 – Jan. 7, 2022 |
| Jolene Negre | Deputy General Counsel-Securities Regulation, Governance & Secretary | Nov. 17, 2024 – Present |
| | Associate General Counsel | Nov. 19, 2018 – Nov. 16, 2024 |
| Namrata Patel | Senior Vice President, Consumer Strategy & Business Development, Europe, Middle East and Africa (EMEA) | Sept. 28, 2022 – Present |
| | Senior Vice President, Business Development & Corporate Strategy | Oct. 1, 2020 – Sept. 27, 2022 |
| Michael Paull* | President, Direct to Consumer | Jan. 2022 – June 2023 |
| | President, Disney+ & ESPN+ | Sept. 2017 – Dec. 2021 |
| Justin Petronisi | Vice President, Financial Planning and Analysis | Oct. 1, 2018 – Nov. 28, 2022 |
| Alexia Quadrani | Executive Vice President, Investor Relations | Mar. 12, 2023 – Feb. 21, 2025 |

3

| | Senior Vice President, Investor Relations | Mar. 1, 2022 – Mar. 11, 2023 |
|---|---|---|
| Stefan Rasch | Senior Vice President, Finance-DTC, DE Finance | Sept. 22, 2024 – Present |
| | Vice President, Finance – Subscriber Management | Dec. 5, 2021 – Feb. 10, 2024 |
| | Director, Financial Planning & Analysis | Jan. 5, 2020 – Dec. 4, 2021 |
| Kristina Schake | Senior Executive Vice President and Chief Communications Officer | June 29, 2022 – Present |
| | Executive Vice President, Global Communications | Apr. 1, 2022 – June 28, 2022 |
| Lowell Singer | Senior Vice President, Investor Relations | May 8, 2007 – Oct. 4, 2021 |
| Cindy Wang | Senior Vice President, Strategy, Disney Streaming | Mar. 31, 2024 – Present |
| | Senior Vice President, DMED Strategy | July 18, 2021 – Mar. 30, 2024 |
| | Vice President, CP&A and Strategy | Dec. 22, 2019 – July 17, 2021 |
| Justin Warbrooke | Executive Vice President, Head of Corporate Development, TWDC Finance | Apr. 28, 2024 – Present |
| | Executive Vice President, Head of DTC Strategy | Sept. 24, 2023 – Apr. 27, 2024 |
| | Executive Vice President, DTC/International Operations | Nov. 15, 2020 – July 1, 2023 |
| | Executive Vice President & Chief Financial Officer | Apr. 24, 2018 – Nov. 14, 2020 |
| Lukas Wickart | Senior Vice President, Finance – DTC | Aug. 22, 2021 – Sept. 6, 2024 |
| | Vice President, Subscription & Advertising Finance | Dec. 20, 2020 – Aug. 21, 2021 |
| Daniel Wiegand | Senior Vice President, Subscription Planning DTC | Oct. 20, 2024 – Present |
| | Vice President, Subscription Finance | Aug. 22, 2021 – Oct. 19, 2024 |
| | Director, Subscription Financial Planning & Analysis | Dec. 20, 2020 – Aug. 21, 2021 |

4

| Brent Woodford | Executive Vice President, Controllership, Financial Planning, and Tax, TWDC Finance | Nov. 1, 2015 – Present |
|---|---|---|
| James Zasowski | Interim Co-Head, Platform Distribution | May 18, 2025 – Present |
| | Executive Vice President, Platform Distribution Strategy, Disney Content Sales | Feb. 11, 2025 – May 17, 2025 |
| | Senior Vice President, Platform Distribution Strategy | Feb. 1, 2020 – Oct. 19, 2024 |
| | Vice President, Business Strategy | Apr. 3, 2016 – Jan. 31, 2020 |