# EXHIBIT I

**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Daniel S. Drosman
dand@rgrdlaw.com

September 19, 2025

Stacy Nettleton                                                                                    VIA EMAIL
White & Case LLP                                                    stacy.nettleton@whitecase.com
1221 Avenue of the Americas
New York, NY  10020-1095

Re:     *Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al.*,
No. 2:23-cv-03661-CMB (ASx) (C.D. Cal.)

Dear Stacy:

I write on behalf of Plaintiffs in the above-referenced matter in response to Defendants' September 12, 2025 letter ("September 12 Letter") concerning Plaintiffs' proposed additional search terms, custodians and non-custodial sources, and to follow up regarding several issues discussed during the parties' September 15, 2025 telephonic meet and confer.

### A.     Plaintiffs' Proposed Additional Search Terms

*First*, your contention that "Plaintiffs' search protocol does not reflect a good-faith attempt to build on Defendants' proposed search protocol" is completely unfounded.  The Stipulated Electronic Discovery Agreement ("ESI Agreement") provides that: "[a]fter receiving the proposed search terms, the receiving party ***shall provide any additional search terms*** that it believes are necessary to identify responsive documents."  ESI Agreement at 3 (emphasis added).  Plaintiffs did precisely that.  After Defendants provided Plaintiffs with their proposed search terms on August 15, 2025 ("Defendants' August 15 Search Protocol"), Plaintiffs reviewed them and proposed additional search terms on September 3, 2025 that Plaintiffs believe are necessary to identify responsive documents.

*Second*, Plaintiffs proposed additional searches in order to compensate for deficiencies in Defendants' search term proposal.  With respect to many of Plaintiffs' Requests for Production of Documents (individually, a "Request"), Defendants' proposed searches and timeframes were too narrow and would not capture large swaths of responsive documents.  For example, Request No. 5 seeks documents concerning the DMED reorganization, which was a massive and divisive corporate restructuring central to Plaintiffs' allegations.  To locate documents concerning DMED, Defendants proposed searching the files of only three custodians – Chapek, Daniel and McCarthy – for a two-month time period.[1]  Defendants' extremely narrow search proposal would fail to capture

---

[1]     Athough Defendants' August 15 Search Protocol for Search No. 6 (pertaining to Request Nos. 5 and 6) included Lindbom, Defendants failed to include him in their Appendix A Spreadsheet.

**Robbins Geller
Rudman & Dowd** LLP

Stacy Nettleton
September 19, 2025
Page 2

responsive communications outside this narrow timeframe or from other custodians within the Company, including Defendant Iger, who stated that the DMED reorganization was "a mistake" that "created a huge divide" and was "not healthy" for the Company.  CAC, ¶160.  Defendants' hit report reveals the inadequacy Defendants' proposed searches relating to the DMED reorganization, as one search returned only *four total hits* (Defendants' Search No. 7), and the other returned only 2,334 hits (Defendants' Search No. 6).  Collectively, these searches account for only 0.19% of the total hits on Defendants' hit report, despite the centrality of the DMED reorganization to Plaintiffs' allegations.

Similarly, many of Defendants' other proposed searches are unduly narrow and will not capture documents responsive to Plaintiffs' Requests, including:

- Defendants' Search Nos. 16-18: Proposing that the electronic files of only four custodians – Zazowski, Connolly, Daniel, and Warbrooke – be searched for documents concerning third-party partnerships.

- Defendants' Search No. 28: Proposing that only Chapek's electronic files be searched for documents concerning his contract renewal and for any dissent relating to it.

- Defendants' Search No. 32: Proposing to search only Iger's and McCarthy's electronic files for documents concerning the Company's decision to rehire Iger as CEO.

- Defendants' Search No. 37: Proposing to search just a five-week window, across two custodians, for documents that include the phrase "cost-cutting."

- Defendants' Search No. 40: Proposing to search only Chapek's, Daniel's, and McCarthy's electronic files for documents regarding Disney's stock price movements.

- Defendants' Search Nos. 46-47: Proposing to search only McCarthy's electronic files for documents concerning Disney's disclosure of delayed peak losses.

Another deficiency in Defendants' proposed search protocol is that it will not capture any responsive documents that do not include the terms "Disney+," "D+," or "DTC."  In fact, 39 of Defendants' 51 proposed searches require at least one of these terms, and those 39 searches account for over 95% of total hits.  But using everyday parlance, employees who focus on Disney+-related matters are unlikely to routinely reference "Disney+" in relevant emails or documents.  For example, they likely would not write: "Disney+ subscription churn," as Defendants' Search No. 8 requires, but would more likely simply refer to "churn."  Defendants also arbitrarily include the term "Disney+" when Disney+ has nothing to do with the Request.  For example, Defendants'

4925-2341-8474.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Stacy Nettleton
September 19, 2025
Page 3

Search Nos. 29-32 require hits for "Disney+" or "D+" in order to capture documents relating to executive compensation, executive securities transactions, executive departures, and Disney's decision to rehire Iger. Defendants' insistence on including the "Disney+" terms is unreasonable and will inevitably deprive Plaintiffs of countless responsive documents.

Several other of Defendants' proposed searches impose inappropriate "AND" connectors, which will necessarily exclude responsive materials. For example, Request No. 16 seeks documents concerning Defendants' decision to "remove *or* to delay removal" of content from Disney+. To capture documents responsive to this Request, Defendants propose Search No. 23, which would only hit upon documents that include *all three* of the words – "remove" AND "delay" AND "subscri*" – within close proximity to "content." This search is entirely too narrow and would not capture *any* documents concerning content removal alone. Unsurprisingly, this search returned just 41 hits, 0.00% of the documents searched. Similar examples of these overly-restrictive searches include:

- Defendants' Search No. 21: Requiring the terms "international w/25 market" AND "launch*" AND "subscri*" for documents concerning international launches (0.25% of documents searched).

- Defendants' Search No. 29: Requiring the terms "subscri*" AND "perform*" for all documents concerning executive compensation (0.31% of documents searched).

- Defendants' Search No. 35: Requiring the terms "Iger" AND "earn* w/5 call" AND "DMED" AND "subscri*" for documents concerning Iger's decisions to unwind DMED or cut costs (0.05% of documents searched).

- Defendants' Search No. 38: Requiring terms "Iger" AND "earn* w/5 call" AND "cost w/5 cut" AND "billion" AND "subscri*" for documents concerning Iger's decisions to unwind DMED or cut costs (0.10% of documents searched).

*Third*, even if Defendants are required to review hundreds of thousands, or even millions, of documents in connection with this litigation, that is hardly uncommon is document-intensive securities class actions such as this one, which allege an intricate and widespread scheme that spans a three-year Class Period. *See, e.g.*, *New York State Teachers' Ret. Sys. v. Gen. Motors Co.*, 315 F.R.D. 226, 231 (E.D. Mich. 2016), *aff'd sub nom. Marro v. New York State Teachers' Ret. Sys.*, 2017 WL 6398014 (6th Cir. Nov. 27, 2017) (defendants produced over 13 million documents"); *In re Citigroup Inc. Sec. Litig.*, 965 F. Supp. 2d 369, 376 (S.D.N.Y. 2013) ("Defendants produced approximately 35 million pages"); *In re Marsh & McLennan Cos., Inc. Sec. Litig.*, 2009 WL 5178546, at *5 (S.D.N.Y. Dec. 23, 2009) (defendants produced "over thirty-four million pages of documents"); *In re Flag Telecom Holdings, Ltd. Sec. Litig.*, 2010 WL 4537550, at *1 (S.D.N.Y. Nov. 8, 2010) (defendants produced "more than 2.4 million pages of documents"); *In re Am. Apparel, Inc. S'holder Litig.*, 2014 WL 10212865, at *3 (C.D. Cal. July 28, 2014) ("defendants

4925-2341-8474.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Stacy Nettleton
September 19, 2025
Page 4

produced more than 1.5 million pages of documents"); *Herrera v. Wells Fargo Bank, N.A.*, 2021 WL 9374975, at *5 (C.D. Cal. Nov. 16, 2021) (defendants produced "more than a million pages of documents"); *Freedman v. Weatherford Int'l Ltd.*, 2014 WL 4547039, at *3 (S.D.N.Y. Sep. 12, 2014) (defendants "reviewed 'millions of documents . . . and [produced] hundreds of thousands'"). Moreover, that Defendants may need to review millions of documents evidencing their fraud is entirely a problem of Defendants' own making, as it is they who chose to engage in securities fraud in the first place.

*Finally*, Plaintiffs continue to believe their proposed search terms and custodians are reasonable and proportional.  Nonetheless, Plaintiffs have undertaken additional efforts to reduce hits on nonresponsive documents.  Plaintiffs have done so by: (i) proposing narrower search strings, (ii) to be run, in many cases, across fewer than all custodians based on the subject matter of the Request, and (iii) for shorter time periods.  For example, Plaintiffs have narrowed their proposed search terms and custodians in response to Defendants' complaint that Disney is a large company, and thus some terms may hit on documents that are not tied specifically to the allegations in this case.  Plaintiffs have done so by adding streaming-related terms and removing other terms from numerous search strings.[2]  Further, as we have explained, many of Plaintiffs' proposed custodians held streaming-related roles so are unlikely to possess a large number of documents concerning, for example, Disney's parks business.  Plaintiffs' revised proposed searches are attached hereto as Appendix A.

Providing data regarding hit counts on the Friday night before a Monday morning call is unproductive.  Please provide Plaintiffs with the following information at least two business days before the parties' next meet and confer:

- For each search proposed by Plaintiffs in Appendix A, report global de-duplicated unique-document hit counts across all custodians and sources.  Provide the same counts without global deduplicaiton to show the impact of proper deduplication.

- The total number of unique documents captured by Plaintiffs' proposed searches in Appendix A that are not captured by any of Defendants' searches.

- For each of Plaintiffs' proposed searches in Appendix A, the number and percentage of unique documents not encompassed by any of Defendants' searches.

- For each of Plaintiffs' proposed searches in Appendix A, a breakdown of the number of unique hits by custodian (post-global deduplication).

---

[2]    Your assertion that a larger number of characters in a search string necessarily means that the string is overbroad is incorrect and ignores basic search-term mechanics.  A search string that contains one word (for example, "coffee") will hit on more documents than a string that contains additional limiting terms (for example "coffee AND drink AND ice").

4925-2341-8474.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Stacy Nettleton
September 19, 2025
Page 5

- A separate column mapping each of Defendants' searches to the corresponding Request.

### B.    Plaintiffs' Proposed Additional Search Custodian

*First*, Defendants' assertion in their September 12 Letter that "Defendants' identification of custodians is entitled to deference" is contrary to the ESI Agreement, which provides that "each party shall take reasonable steps to identify persons with documents and [ESI] relating to the subject matter of this litigation," and thereafter "shall meet and confer regarding which custodians' files will be searched." ESI Agreement at 2. Thus, the ESI Agreement prescribes a collaborative process between the parties and does not require Plaintiffs to accept Defendants' proposed custodians without proposing any of their own. Consistent with the ESI Agreement, Plaintiffs have proposed a modest number of additional custodians given the subject matter, scope, and duration of this case. Notably, Defendants have not challenged the relevance of any of Plaintiffs' additional custodians, who had significant responsibilities in areas directly relevant to core allegations in the Complaint. Defendants' main qualm appears to be that some of Plaintiffs' proposed additional custodians are "within the same reporting chain as Defendants' named custodians." September 12 Letter at 4. But two people in the same chain of command are highly unlikely to have completely duplicative documents. *See Affinity Credit Union v. Apple Inc.*, 2024 WL 3859802, at *4 (N.D. Cal. Aug. 16, 2024) (compelling defendants to search custodians with overlapping responsibilities, noting, "It is unclear to the Court why an overlap in responsibilities with other custodians would indicate a perfect overlap in responsive documents."). Moreover, analysis and commentary at lower levels can support falsity, scienter, loss causation, and scheme liability.

*Second*, it should be noted that when Plaintiffs proposed additional custodians on September 3, 2025, they did so without the benefit of Disney's organizational charts, directories or employee lists, which, pursuant to the ESI Agreement, Defendants were required to produce on an "expedite[d]" basis, and which Plaintiffs had repeatedly requested to no avail. Plaintiffs have now had an opportunity to review the materials Disney produced on September 12, 2025, and provide an updated proposed custodian list, attached hereto as Appendix C. In the updated custodian chart, Plaintiffs have reduced the number of proposed additional custodians, including by eliminating seven Board of Directors members. In addition, Plaintiffs have limited the time period and/or the number of search strings run across several proposed custodians. As you requested, Plaintiffs have also provided explanations for why each proposed custodian is likely to possess responsive information.[3] *See* Appendix D.

---

[3]    As stated in the ESI Agreement, Plaintiffs "retain the right, upon review of the initial production of documents, and conducting other investigation and discovery, to request that files from additional custodians be searched." ESI Agreement at 2.

4925-2341-8474.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Stacy Nettleton
September 19, 2025
Page 6

Please let us know whether Defendants are willing to add the custodians proposed in Appendix C. If Defendants are unwilling to add particular custodians, please be prepared to explain on our next meet and confer why you believe those custodians do not possess responsive information, and to propose replacement custodians who likely do possess documents addressing the issues identified in Plaintiffs' custodian-by-custodian explanations (Appendix D).

*Finally*, Defendants' Tenth Affirmative Defense asserts they "acted in good faith and in reasonable reliance upon the work, opinions, information, representations and advice of others upon whom Defendants were entitled to rely." ECF 113 at 81. Please confirm that Defendants have included as custodians all "others upon whom Defendants were entitled to rely." *Id.*

###    C.    Plaintiffs' Proposed Non-Custodial Sources

In your September 12 Letter, Defendants agreed to produce the following categories of documents for Defendants Chapek, McCarthy, and Daniel: (i) materials reflecting any actual conduct violations, (ii) employment agreements, and (iii) Rule 10b5-1 trading plans. However, Defendants inexplicably refuse to produce these same categories of documents for Defendant Iger. As we expressed during the parties' September 15 meet and confer, your refusal to produce these materials for Iger – who is a Defendant in this case – is unacceptable.

As the Court held in its August 21, 2025, Amended Order Re: Defendants' Motion for Judgment on the Pleadings (ECF 176), Plaintiffs sufficiently pled a Section 20(a) control person violation against Iger. As we explained during the September 15, 2025 meet and confer, during the Class Period, Iger held the highest executive and policymaking authority at Disney – he was Disney's CEO, Executive Chairman, and Chairman of the Board. CAC, ¶¶22, 114. And as the Complaint alleges, even after formally stepping down as CEO in February 2020, Iger retained substantial influence over Disney's strategic direction and operations, and Defendant Chapek – Disney's new CEO – reported directly to him. CAC, ¶¶114, 254. More specifically, the Complaint alleges that throughout 2020 and 2021, Iger remained deeply embedded in the Company's day-to-day operations, retaining the same CEO office space at Disney headquarters and convening strategy meetings with Chapek's subordinates without inviting Chapek. CAC, ¶¶255-258. In connection with the control person claim against Iger, the Complaint also pleads that Iger had access to material, non-public information through internal documents, direct reports, Board meetings, and senior leadership channels. CAC, ¶¶26, 28.

Documents concerning Iger's employment agreement, his compliance/non-compliance with Disney's code of conduct, and his stock sales are all relevant to showing his control over Disney and his fellow Defendants. Further, these documents are relevant to Iger's good-faith affirmative defense. *See* ECF 113 at 80. Moreover, these are highly targeted document requests, which are not unduly burdensome to locate and produce. In short, Defendants' refusal to produce these relevant materials for Iger is unjustified, and Plaintiffs will seek judicial intervention if you persist in your refusal to collect and produce them.

4925-2341-8474.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Stacy Nettleton
September 19, 2025
Page 7

In addition, as previously requested, please confirm that Defendants will produce documents from non-custodial sources relating to earnings calls, such as hard-copy earnings binders and other preparation materials.

### D.    Defendants' Proposed Search Protocol for Short-Form Communications

On September 12, 2025, Defendants provided their Proposed Search Protocol for Short-Form Communications ("*e.g.*, text messages, WhatsApp, Slack, iMessage, Teams, G-Chat, Bloomberg, etc"), which set forth two search methods: (1) a review of all short-form messages data hitting on search terms proposed by Defendants for the custodians listed in Exhibit A of Defendants' Proposed Search Protocol, dated August 15, 2025 ("Review With Search Terms"); and (2) a review of all messages between or among Defendants Chapek, Daniel, McCarthy and Iger, during specified time periods, without the application of any search terms ("Review Without Search Terms").

With respect to Defendants' proposed Review With Search Terms, please explain why Defendants propose using different search terms for short-form communications than they have proposed for searching other ESI materials.

With respect to Defendants' proposed Review Without Search Terms, Plaintiffs request that Defendants add the following individuals: Dana Walden, Susan Arnold, Mary Barra, Mark Parker, Alan Bergman, Arthur Bochner, Patrick Garrison, Claire Lee, Nancy Lee, and Paul Richardson. In addition, Defendants' Review Without Search Terms should cover the entirety of the Relevant Time Period.

With respect to Defendants' proposed Review Without Search Terms, you stated: "These searches are responsive to any requests that Defendants have agreed to produce documents for, including RFP Nos. 1-16, 19-24, 26-30, 32-41, 47, 50-58." Please confirm that Defendants intend to produce documents responsive to **all** of Plaintiffs' Request, and not just the specific Requests listed above.

Very truly yours,

DANIEL S. DROSMAN

DSD:cac

4925-2341-8474.v1

**PLAINTIFFS' APPENDIX A – September 19, 2025**

| RFP | Pls' Add'l Search Terms | Pls' Date Range | Pls' Custodial & Non-Custodial Sources |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 1: All documents and communications concerning the 2024 Disney+ Subscriber Target, including, but not limited to: (a) All documents and communications concerning persons, methods, and considerations involved in setting the 2024 Disney+ Subscriber Target, including, but not limited to, all underlying data, financial models, assumptions, and sensitivity analyses used or considered; (b) All documents and communications concerning internal assessments, analyses, forecasts, or discussions regarding Disney's projected ability, or lack thereof, to achieve the 2024 Disney+ Subscriber Target, including any risk assessments or expressions of concern; (c) All documents and communications concerning plans or methods for achieving the 2024 Disney+ Subscriber Target; (d) All documents and communications concerning Disney's forecasts or projections concerning the 2024 Disney+ Subscriber Target; (e) All documents and communications concerning Disney's progress toward the 2024 Disney+ Subscriber Target; and (f) All documents and communications concerning Disney's February 8, 2023 | SEARCH 1: **For all custodians, Boardvantage, and Forensic Files:** SUBS[1] w/5 (target* OR goal* OR guid* OR objective* OR plan* OR milestone* OR forecast* OR project* OR number* OR grow* OR chas* OR low* OR decreas* OR modif* OR chang* OR alter* OR withdr*)<br><br>SEARCH 2: **For all custodians, Boardvantage, and Forensic Files:** SUBS w/5 PLANNING<br><br>SEARCH 3: **For all custodians, Boardvantage, and Forensic Files:** "230M" OR "260M" OR "230MM" OR "260MM" OR "230-260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245"<br><br>SEARCH 4: **For all custodians, Boardvantage, and Forensic Files:** | Jan. 1, 2020 - Aug. 31, 2023 | All custodians[2]<br><br>Boardvantage<br><br>Forensic Investigations Team Rocket D3 Files, Management Audit Group Drive ("Forensic Files") |

[1]  *See* Plaintiffs' Appendix B for all defined search terms.

[2]  Plaintiffs propose Gutierrez as a custodian for the limited time period of September 1, 2022 through November 30, 2022.

| | | | |
|---|---|---|---|
| announcement to no longer provide 2024 Disney+ Subscriber Target guidance, including documents and communications related to that decision. | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR streaming OR "OTT" OR "over the top" OR "over*the*top") w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected OR decreas* OR modif* OR alter* OR withdr*)<br><br>**SEARCH 5:**<br>**For all custodians, Boardvantage, and Forensic Files:**<br>("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR streaming OR "OTT" OR "over the top" OR "over-the-top") w/15 number* | | |
| <u>REQUEST FOR PRODUCTION NO. 2:</u><br>All documents and communications concerning the 2024 Disney+ Profitability Target, including, but not limited to:<br>(a) All documents and communications concerning persons, methods, and considerations involved in setting the 2024 Disney+ Profitability Target;<br>(b) All documents and communications concerning Disney's ability or inability to achieve the 2024 Disney+ Profitability Target;<br>(c) All documents and communications concerning plans or methods for achieving the 2024 Disney+ Profitability Target;<br>(d) All documents and communications concerning Disney's forecasts or projections | **SEARCH 1:**<br>**For all custodians, Boardvantage, and Forensic Files:**<br>SERVICE w/25 FIN<br><br>**SEARCH 2:**<br>**For all custodians, Boardvantage, and Forensic Files:**<br>SERVICE w/15 PLANNING<br><br>**SEARCH 3:**<br>**For all custodians, Boardvantage, and Forensic Files:**<br> peak* w/5 loss* | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | | | |
|---|---|---|---|
| concerning the 2024 Disney+ Profitability Target; <br> (e) All documents and communications concerning Disney's progress toward the 2024 Disney+ Profitability Target; and <br> (f) All documents and communications concerning Disney's decisions to reaffirm the 2024 Disney+ Profitability Target on its quarterly earnings calls. | | | |
| REQUEST FOR PRODUCTION NO. 3: <br> All documents and communications concerning Disney+ subscriber numbers or growth, including, but not limited to: <br> (a) All documents and communications concerning the reasons for or drivers of Disney+ subscriber numbers or growth; <br> (b) All documents and communications concerning the monitoring, tracking, estimating, or forecasting of Disney+ subscriber numbers or growth; <br> (c) All documents and communications concerning investors' or financial analysts' expectations regarding or reactions to Disney+ subscriber numbers or growth; <br> (d) All documents and communications concerning Disney's internal short-term (e.g., monthly or quarterly) or long-term (e.g., annual or multi-year) Disney+ subscriber goals, targets, and projections, including, but not limited to, internal dashboards, tracking reports, or scorecards provided to or reviewed by any Executive Officer and any such goals, targets, or projections that differed from those publicly disclosed; <br> (e) All documents and communications concerning plans for achieving external expectations or Disney's internal short-term (e.g., monthly or quarterly) or long-term (e.g., | SEARCH 1: <br> **For all custodians, Boardvantage, and Forensic Files:** <br> SERVICE w/15 (monitor* OR track* OR KPI* OR metric* OR dashboard* OR "score-card" OR scorecard*) <br><br> SEARCH 2: <br> **For all custodians, Boardvantage, and Forensic Files:** <br> (SERVICE OR SUBS) AND PLANNING w/10 (LRP OR "long-range" OR longrange OR "long range" OR FYP OR "five year" OR "five-year" OR "5 yr" OR "5 year" OR "5YP" OR "5-year" OR "5-yr") | Jan. 1, 2020 - Aug. 31, 2023 | All custodians <br><br> Boardvantage <br><br> Forensic Files |

| | | | |
|---|---|---|---|
| annual or multi-year) goals, targets, or projections regarding Disney+ subscriber numbers or growth; and<br>(f) All documents and communications concerning the sustainability or quality of Disney+ subscriber numbers or growth. | | | |
| REQUEST FOR PRODUCTION NO. 4:<br>All documents and communications concerning any iteration of the Five-Year Plan. | SEARCH 1:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>SERVICE w/20 (guid* OR milestone* OR LRP OR "long-range" OR longrange OR "long range" OR FYP OR "five year" OR "five-year" OR "5 yr" OR "5 year" OR "5YP")<br><br>SEARCH 2:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>SERVICE w/20 goal*<br><br>SEARCH 3:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>SERVICE w/20 target* | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 5:<br>All documents and communications concerning the DMED Reorganization, including, but not limited to:<br>(a) All documents and communications concerning the decision to implement the DMED Reorganization;<br>(b) All documents and communications concerning the organizational and reporting structure changes associated with the DMED Reorganization; | **Only search parent documents for**: "DMED" | June 1, 2020 – Aug. 31, 2021 | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | | | |
|---|---|---|---|
| (c) All documents and communications concerning the decision to change the financial reporting structure, including eliminating intersegment transfer pricing, as part of the DMED Reorganization; (d) All documents analyzing or quantifying the impact of the change of the financial reporting structure on reported segment profitability, comparability with prior period financial results, and on Disney+ specific financial metrics; (e) All documents and communications concerning Disney executives' and employees' reactions to and opinions of the DMED Reorganization; and (f) All documents and communications concerning the purpose(s) and effect(s) of the DMED Reorganization. | | | |
| REQUEST FOR PRODUCTION NO. 6: All documents and communications concerning the appointment of Daniel as Chairman of DMED, including, but not limited to: (a) All documents and communications concerning the reasons for the appointment; (b) All documents and communications concerning any disagreement, dissention, resistance, argument, dispute, or opposition from Disney personnel about the appointment, either before it happened or afterward; (c) All documents and communications concerning the terms and conditions of the appointment; and (d) All documents and communications concerning the decisionmaking process for the appointment. | (Daniel* OR Kareem* OR Karim*) w/25 (appoint* OR hire* OR hiring OR employ* OR lead* OR head* OR DMED OR reorg* OR chair* OR pick* OR select* OR role* OR restructur* OR qualif* OR unqualif* OR run* OR ran OR experience* OR control* OR distribut* OR studio* OR content OR stream* OR deci* OR creativ* OR monetiz* OR power* OR lack* OR poor* OR insufficient* OR sufficient* OR inadequate* OR flaw* OR weak* OR promot* OR popular OR unpopular) | Sept. 1, 2020 - Oct. 31, 2020 | All custodians  Boardvantage  Forensic Files |

| | | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 7: All documents and communications concerning Disney+ subscriber churn, including, but not limited to: (a) All documents and communications concerning the causes of or reasons for changes in Disney+ subscriber churn rates; (b) All documents and communications concerning analyses of churn rates broken down by subscriber cohort, including, but not limited to, subscribers acquired via promotional offers, specific Third-Party Partnerships, various international markets, and specific content-driven sign-ups; (c) All documents and communications concerning the causes of or reasons for Disney+ subscriber churn; (d) All documents and communications concerning plans or attempts to reduce Disney+ subscriber churn rates; (e) All documents and communications concerning internal dashboards, regular reports, and presentations concerning churn that were provided to, reviewed by, or discussed by any Executive Officer, including any documents referring to Disney+ churn as a "leaky bucket" or similar terminology indicating concern; (f) All documents and communications monitoring, tracking, estimating, or forecasting Disney+ subscriber churn rates; and (g) All documents and communications concerning the impact of Third-Party Partnerships on Disney+ subscriber churn rates. | SEARCH 1: **For all custodians, Boardvantage, and Forensic Files:** Churn* <br><br>SEARCH 2: **For all custodians, Boardvantage, and Forensic Files:** (leak* or hole*) w/5 bucket <br><br>SEARCH 3: **For all custodians, Boardvantage, and Forensic Files:** Funnel*AND (SERVICE OR SUBS) <br><br>SEARCH 4: **For all custodians, Boardvantage, and Forensic Files:** (SERVICE OR SUBS) AND CHURN | Jan. 1, 2020 - Aug. 31, 2023 | All custodians <br><br>Boardvantage <br><br>Forensic Files |

| | | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 8:<br>All documents and communications concerning the distribution of Disney+ content on other distribution platforms, including linear cable networks, movie theaters, and pay-per-view platforms, including, but not limited to:<br>(a) All documents and communications concerning the decision to release feature films on Disney+ before or in lieu of other distribution platforms (such as theaters or pay-per-view platforms);<br>(b) All documents and communications concerning the financial effect(s) and impacts on subscriber counts of releasing feature films on Disney+ before or in lieu of other distribution platforms (such as theaters or pay-per-view platforms);<br>(c) All documents and communications concerning the decision to debut Disney+ content on other distribution platforms (such as linear cable networks) immediately prior to releasing the content on Disney+. These documents include, but are not limited to, internal policies, guidelines, or communications discussing this specific cost allocation strategy, and any documents reflecting McCarthy's alleged concerns or criticisms of this practice; and<br>(d) All documents and communications concerning the financial impacts of debuting Disney+ content on other distribution platforms (such as linear cable networks) immediately prior to releasing the content on Disney+, including the impact on the allocation of content and marketing costs across the various distribution platforms. These documents include, but are not limited to, internal policies, guidelines, or | SEARCH 1:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>DISTRIBUTION w/25 SERVICE<br><br>SEARCH 2:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>(cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR reassign* OR move* OR moving) | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | | | |
|---|---|---|---|
| communications discussing this specific cost allocation strategy, and any documents reflecting McCarthy's concerns or criticisms of this practice. | | | |
| REQUEST FOR PRODUCTION NO. 9: All documents and communications concerning Disney+ content costs or content budgets, including, but not limited to: (a) All documents and communications concerning persons, methods, and considerations involved in setting, approving, or adjusting budgets for Disney+ content costs; and (b) All documents and communications concerning monitoring, tracking, accounting for, estimating, or forecasting Disney+ content costs or spending related to DTC or Disney+. | SERVICE w/15 (content w/10 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l")) | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 10: All documents and communications concerning Disney's policies, practices,and procedures related to accounting for Disney+ content costs, including, but not limited to: (a) All documents and communications concerning the amortization of Disney+ content costs; and (b) All documents and communications concerning the allocation of costs across different distribution platforms and lines of business. | Same as RFP No. 9 | | |
| REQUEST FOR PRODUCTION NO. 11: All documents and communications concerning Disney+ and DTC operating losses, including, but not limited to: | SERVICE AND FIN | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage |

| | | | Forensic Files |
|---|---|---|---|
| (a) All documents and communications concerning monitoring, tracking, accounting for, estimating, or forecasting Disney+ and DTC operating losses; (b) All documents and communications concerning underlying data, financial models, assumptions, and sensitivity analyses provided to or reviewed by any Executive Officer quantifying, estimating, or forecasting Disney+ and DTC operating losses; (c) All documents and communications concerning efforts to reduce or minimize Disney+ and DTC operating losses; (d) All documents and communications concerning the causes or drivers of Disney+ and DTC operating losses; and (e) All documents and communications concerning the effect of eliminating Intersegment Transfer Pricing on Disney+ and DTC operating losses. | | | |
| REQUEST FOR PRODUCTION NO. 12: All documents and communications concerning Third-Party Partnerships, including, but not limited to: (a) All documents and communications concerning the decision to categorize all Entitled Subscribers as Paid Subscribers. These documents include, but are not limited to, policy documents, accounting memos, or internal communicationsthat formalized or approved this definition and counting methodology; (b) All contracts or agreements with companies with which Disney entered into Third-Party Partnerships; (c) All documents and communications concerning the impact of Third-Party Partnerships on Disney+ subscriber numbers; | **SEARCH 1:** **For all custodians, Boardvantage, and Forensic Files:** SERVICE AND PARTNERS **SEARCH 2:** **For all custodians, Boardvantage, and Forensic Files:** (SUBS OR SERVICE) w/25 COUNTING | Jan. 1, 2020 - Aug. 31, 2023 | All custodians Boardvantage Forensic Files |

| | | | |
|---|---|---|---|
| (d) All documents and communications concerning the effects of Third-Party Partnerships on Disney+ or DTC profitability or financial results; and<br>(e) All documents and communications concerning the number or rate of Disney+ subscribers that subscribed to Disney+ after their subscription or eligibility obtained through any Third-Party Partnership ended. | | | |
| REQUEST FOR PRODUCTION NO. 13:<br>All documents and communications concerning the decision to provide each Hulu+ Live TV subscriber with a free Disney+ subscription, including, but not limited to:<br>(a) All documents and communications concerning the impact of the decision on Disney+ subscriber numbers;<br>(b) All documents and communications concerning the internal rationale, financial modeling, and accounting treatment for this initiative;<br>(c) All documents and communications concerning the impact of the decision on Disney+ or DTC profitability or financial results; and<br>(d) All documents and communications concerning the decision to categorize each individual that received a free subscription as a Paid Subscriber. | ("Disney+" OR "D+" OR "Disney Plus") AND Hulu* AND (COUNTING OR FIN OR SUBS OR CHURN) | Jul. 1, 2021 - Dec. 31, 2022 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 14:<br>All documents and communications concerning the profitability (or lack thereof) of each international market in which Disney+ launched, including, but not limited to: | SEARCH 1:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>SERVICE AND COUNTRY AND FIN | Jan. 1, 2021 - Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | | | |
|---|---|---|---|
| (a) All documents and communications concerning analyses, assessments, calculations, projections, or estimates of the profitability (or lack thereof) of each international market;<br>(b) All documents and communications concerning the average revenue per user for each international market;<br>(c) All documents and communications concerning the costs (including, but not limited to, costs associated with local content production, acquisition, and marketing) to launch and operate in each international market; and<br>(d) All documents and communications concerning the effect of international market launches on Disney+ or DTC profitability or financial results. | SEARCH 2:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>(COUNTRY OR (launch* OR SUBS OR SERVICE) w/25 (international OR foreign OR world OR global* OR local* OR region*)) w/25 (SUBS OR expand* OR "too fast" OR doubl* OR launch* OR withdr* OR enter* OR entry* OR entrance OR "roll* out" OR rollout OR underperform* OR perform*)<br><br>SEARCH 3:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>(COUNTRY OR (launch* OR SUBS OR SERVICE) w/25 (international OR foreign OR world OR global* OR local* OR region*)) w/25 (profit* OR unprofit*) | | |
| REQUEST FOR PRODUCTION NO. 15:<br>All documents and communications concerning the decisions to launch Disney+ in various international markets, including, but not limited to, analyses, assessments, calculations, projections, or estimates of the impact on Disney+ subscriber counts associated with launching in each international market. | Same as RFP No. 14 | | |
| REQUEST FOR PRODUCTION NO. 16:<br>All documents and communications concerning monitoring or tracking of Disney+ content performance, including, but not limited to:<br>(a) All documents and communications concerning data related to Disney+ content | SEARCH 1:<br>**For Streaming Custodians only**:<br>CONTENT AND CHURN<br><br>SEARCH 2: | SEARCH 1 **time period**: Jan. 1, 2020 - Aug. 31, 2023<br><br>SEARCH 2 **time period**: Jan. 1, | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | | | |
|---|---|---|---|
| performance (including as discussed in Complaint, ¶32);<br>(b) All documents and communications tracking, monitoring, or estimating content performance;<br>(c) All documents and communications concerning decisions to remove content from Disney+, including underperforming content; and<br>(d) All documents and communications concerning decisions not to remove or to delay the removal of underperforming content during the Class Period, or any internal analyses that suggested that such underperforming content was not driving subscriber acquisition or retention. | **For Chapek, McCarthy, Daniel, Iger, Mucha, Schake**: SERVICE AND CONTENT AND CHURN<br><br>SEARCH 3:<br>**For all custodians**:<br>WITHDRAWN w/25 (withdr* OR remov* OR delay* OR cancel* OR perform* OR underperform* OR perform* OR cut* OR track* OR monitor* or impair* OR quality* OR SUBS)<br><br>SEARCH 4:<br>**For all custodians, Boardvantage, and Forensic Files**:<br>SERVICE w/25 (withdr* OR remov* OR delay* OR cancel* OR perform* OR underperform* OR cut*) | 2020 - Aug. 31, 2023<br><br>SEARCH 3 **time period**: Jan. 1, 2023 - Aug. 31, 2023<br><br>SEARCH 4 **time period**: Jan. 1, 2020 - Aug. 31, 2023 | |
| REQUEST FOR PRODUCTION NO. 17:<br>All documents and communications concerning any report, brief, summary or compilation related to the 2024 Disney+ Subscriber Target, the 2024 Disney+Profitability Target, Disney+ subscribers, Disney+ profitability, Disney+ churn, Disney+ or DTC content costs or spending, DTC operating losses, Third-PartyPartnerships, Disney+ international markets, or Disney+ content performance. | Per Stacy Nettleton's August 1, 2025 letter, "[t]he Parties are in agreement that Defendants will not conduct a separate search for documents responsive to [RFP No. 17]."  August 1, 2025 Letter at 13. | | |
| REQUEST FOR PRODUCTION NO. 18:<br>All documents and communications concerning any formal or informal meeting attended by any Executive Officer concerning the 2024 Disney+ Subscriber Target, the 2024 Disney+ Profitability Target, Disney+ | Per Stacy Nettleton's August 1, 2025 letter, "[t]he Parties are in agreement that Defendants will not conduct a separate search for documents responsive to [RFP No. 18]."  August 1, 2025 Letter at 13. | | |

| subscribers, Disney+ profitability, Disney+ churn, Disney+ or DTC content costs or spending, DTC operating losses, Third-Party Partnerships, Disney+ international markets, or Disney+ content performance. | | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 19: All documents, including all drafts, and all communications concerning the preparation, content, review process, and submission of Disney's SEC filings, including, but not limited to, all drafts, internal communications, and preparatory materials. | SEARCH 1: **For Chapek, Daniel, McCarthy, and Iger only (search includes attachments)**: ("SEC" OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX OR Sarbanes)<br><br>SEARCH 2: **For all custodians, Boardvantage, and Forensic Files:** cert OR certs OR certif*<br><br>SEARCH 3: **For all custodians, Boardvantage, and Forensic Files (search only parent emails)**: (cert OR certs OR certif*OR SOX) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR filing*) | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 20: All documents and communications concerning any communications, conference calls, presentations, or meetings with any Disney shareholders, financial analysts, institutional investors, financial publications, news reporters, journalists, or investment bankers, including, but not limited to, any scripts, drafts, transcripts, notes, edits, | SEARCH 1: **For all custodians, Investor Relations – Shared Drives, Boardvantage, and IR Insights**: IR<br><br>SEARCH 2: | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Investor Relations – Shared Drives<br><br>IR Insights<br><br>Boardvantage |

| | | | |
|---|---|---|---|
| comments, preparatory materials, talking points, and anticipated questions and answers. | **For IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights**: SERVICE | | |
| REQUEST FOR PRODUCTION NO. 21: All documents and communications concerning Disney's quarterly earnings conference calls, including, but not limited to, any scripts, transcripts, notes, comments, preparatory materials, talking points, anticipated questions and answers, and communications with analysts before or after the conference call. | Same as RFP No. 20 | | |
| REQUEST FOR PRODUCTION NO. 22: All documents and communications concerning any meeting of Disney's Board of Directors (whether informal or formal and including meetings of any committee or subcommittee thereof) during which the subject matter of any allegation in the Complaint was discussed, including board packages, financial closing packages, meeting minutes, exhibits, agendas, memoranda, resolutions (whether adopted or discussed), notes, reports, and presentations, as well as all documents and communications concerning any action of Disney's Board of Directors by written consent. This request includes, but is not limited to, all deliberations and information provided to Disney's Board of Directors concerning Disney+ strategy, subscriber targets, financial performance, content spending, churn, international expansion risks, and executive oversight of these areas. This request also includes, but is not limited to, all materials, reports, and | SEARCH 1: **For all custodians and Boardvantage**: (SERVICE OR DMED OR "Disney Media & Entertainment") AND (board* OR BOD OR (committ* w/5 (audit* OR comp* OR govern* OR nomin*))<br><br>SEARCH 2: **For Streaming Custodians only**: BOARD | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage |

| presentations provided to Disney's Board of Directors or any of its committees by, or at the direction of, any Executive Officer concerning any of the topics listed in Request for Production No. 17 of these requests. | | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 23:<br>All documents and communications concerning Chapek's June 2022 contract renewal, including, but not limited to:<br>(a) All documents and communications concerning assessments,evaluations, reviews, analyses, or considerations related to the decision to renew Chapek's contract;<br>(b) All Board of Directors materials, minutes, and communications(including, but not limited to, any informal discussions among directors) related to the evaluation process and the decision to renew Chapek's contract;<br>(c) All documents and communications concerning any meeting (formal or informal) concerning Chapek's employment performance or the decision to renew his contract;<br>(d) All documents and communications concerning the terms of Chapek's renewed contract; and<br>(e) All documents and communications regarding any disagreement, dissention, resistance, argument, dispute, or opposition related to Chapek's contract renewal. | SEARCH 1:<br>**For Boardvantage and all listed custodians**: (Chapek OR Bob) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot* OR term*)<br><br>SEARCH 2:<br>**For Boardvantage and all listed custodians**:<br>(Chapek OR Bob) w/20 (fire* OR firing)<br><br>SEARCH 3:<br>**For Boardvantage and all listed custodians**:<br>(Chapek OR Bob) w/20 disagree*<br><br>SEARCH 4:<br>**For Boardvantage and all listed custodians**:<br>(Chapek OR Bob) w/20 CEO<br><br>SEARCH 5:<br>**For Chapek**:<br>contract AND (renew* OR negotiat* OR exten* OR modif* OR chang* | SEARCH 1 **time period**: Jan. 1, 2022 – Dec. 1., 2022<br><br>SEARCH 2 **time period**: Dec. 1, 2020 – Dec. 1, 2022 | Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom<br><br>Boardvantage |

| | OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*)<br><br>SEARCH 6:<br>**For Chapek**:<br>Contract* AND term* | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 24:<br>All documents and communications concerning Chapek's or Daniel's management or leadership style or tone, including, but not limited to, any formal or informal complaints related to Chapek's or Daniel's management or leadership style or tone. | SEARCH 1:<br>**For all custodians, Boardvantage, and Forensic Files**:<br>(Kareem OR Karim OR Daniel* OR Chapek OR Bob) AND ("mean girl*" OR "Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR qualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless*)<br><br>SEARCH 2:<br>**For all custodians, Boarvantage, and Forensic Files**:<br>Kareem OR Karim OR Daniel* OR Chapek OR Bob) AND pressure* | Jan. 1, 2020 - Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 25:<br>All documents and communications concerning any assessments, evaluations, reviews, or analyses of Chapek's, McCarthy's, or Daniel's employment performance. | Targeted search only | | |

| | | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 26:<br>All documents and communications concerning any Executive Officer's impressions of or opinions about Chapek's or Daniel's performance, management style, or decision-making. | Same as RFP No. 24 | | |
| REQUEST FOR PRODUCTION NO. 27:<br>All documents and communications concerning all compensation that each Executive Officer received or was eligible to receive from Disney, including, but not limited to:<br>(a) All documents and communications concerning all components of the Executive Officers' compensation, including salaries, bonuses, and equity-based incentive compensation;<br>(b) All documents and communications detailing how performance metrics, including Disney+ subscriber growth, were tied to annual bonuses and equity awards for the Executive Officers;<br>(c) All documents and communications concerning any changes in compensation;<br>(d) All documents and communications concerning compensation policies, terms, and agreements;<br>(e) All documents and communications concerning reviews, analyses, and considerations involved in determining variable compensation payout levels for each Executive Officer;<br>(f) All documents and communications concerning benchmarking compensation against peer groups;<br>(g) All documents and communications concerning attempts to reduce or claw back any of the Executive Officers' compensation; and | SEARCH 1:<br>**For Boardvantage, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom**:<br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (compensat* OR pay* OR salar* OR severance OR *base* OR cash* OR eligib* OR equit* OR inequit* OR perform* OR "RSU*" OR "PBU*" OR KPI* OR variab* OR fix* OR claw* OR price OR earning* OR grant* OR target* OR goal* OR vest* OR key OR defer* OR pension OR benefit* OR parachute* OR perk* OR proceed*)<br><br>SEARCH 2:<br>**For Boardvantage, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:**<br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND stock*<br><br>SEARCH 3:<br>**For Boardvantage, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:** | Jan. 1, 2020 - Aug. 31, 2023 | Chapek, Daniel, McCarthy, Iger, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom<br><br>Boardvantage |

| | | | |
|---|---|---|---|
| (h) All documents and communications concerning any of the Executive Officers' severance packages, termination agreements, parachute payments, or any other negotiation or agreement regarding post-termination or post-resignation compensation. | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND share*<br><br>SEARCH 4:<br>**For Boardvantage, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:**<br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND bonus*<br><br>SEARCH 5:<br>**For Boardvantage, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:**<br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND award*<br><br>SEARCH 6:<br>**For Boardvantage, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:**<br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND incentiv*<br><br>SEARCH 7: | | |

| | | | |
|---|---|---|---|
| | **For Boardvantage, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:** (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (option OR options)<br><br>SEARCH 8:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI* OR claw* OR grant* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR proceeds<br><br>SEARCH 9:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>Bonus*<br><br>SEARCH 10:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>Incentiv*<br><br>SEARCH 11:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>equit* OR inequit*<br><br>SEARCH 12: | | |

| | **For Chapek, Daniel, McCarthy, and Iger:** Variab* | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 28: All documents and communications concerning transactions in Disney securities by any Executive Officer, including, but not limited to: (a) All documents and communications concerning any awards, exercises, purchases, or sales of Disney securities by any Executive Officer; (b) All documents and communications concerning the adoption, modification, or termination of Rule 10b5-1 trading plans by the Executive Officers, along with all documents and communications concerning the establishment or execution of sales under such plans; and (c) All documents and communications concerning any of the Executive Officers' Rule 10b5-1 trading plans, including any modification, adoption, or cancellation of any plan. | SEARCH 1: **For Chapek, Daniel, McCarthy, and Iger:** "10b5*1" SEARCH 2: **For Chapek, Daniel, McCarthy, and Iger:** "trading plan*" SEARCH 3: **For Chapek, Daniel, McCarthy, and Iger:** (Award* OR trade* OR trading OR vest* OR transact* OR purchas* OR bought OR buy* OR sell* OR sold OR hold* OR held OR execut*) w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR insider* OR adopt* OR broker*) SEARCH 4: **For Chapek, Daniel, McCarthy, and Iger:** (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 start* SEARCH 5: **For Chapek, Daniel, McCarthy, and Iger:** (Plan* OR exercis* OR award* OR sale* OR sell* OR trade* OR | Jan. 1, 2020 - Aug. 31, 2023 | Chapek, Daniel, McCarthy; Iger |

trading OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 creat*

SEARCH 6:
**For Chapek, Daniel, McCarthy, and Iger:**
(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 establish*

SEARCH 7:
**For Chapek, Daniel, McCarthy, and Iger:**
(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 (option OR options OR optioned)

SEARCH 8:
**For Chapek, Daniel, McCarthy, and Iger:**
Plan* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*)

SEARCH 9:
**For Chapek, Daniel, McCarthy, and Iger:**

| | | | |
|---|---|---|---|
| | Exercis* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*)<br><br>SEARCH 10:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>Sale* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*)<br><br>SEARCH 11:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>Sell* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*)<br><br>SEARCH 12:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>Buy* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* | | |

| | | | |
|---|---|---|---|
| | OR creat* OR establish* OR start* OR broker*)<br><br>SEARCH 13:<br>**For Chapek, Daniel, McCarthy, and Iger:**<br>Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*)) | | |
| REQUEST FOR PRODUCTION NO. 29:<br>All documents and communications concerning the departure, resignation, or termination, of Chapek, McCarthy, Daniel, or Arthur Bochner, including, but not limited to, documents or communications detailing the reasons for these departures, including any separation agreements or internal announcements. | SEARCH 1:<br>**For Boardvantage, Forensic Files, and all custodians**:<br>(Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing OR terminat* OR leav* OR canned OR dismiss* OR resign* OR sacked OR sack OR retir* OR (step* down) OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*)<br><br>SEARCH 2:<br>**For Boardvantage, Forensic Files, and all custodians**: (Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing)<br><br>SEARCH 3:<br>**For Boardvantage, Forensic Files, and all custodians**:<br>(Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* | Oct. 1, 2022 - May 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 leav*<br><br>SEARCH 4:<br>**For Chapek, Daniel, McCarthy, Iger, and Bochner**:<br>"separation agreement" OR retir* OR resign* OR severance OR terminat* OR "step* down" OR "for cause" OR "without cause"<br><br>SEARCH 5:<br>**For Chapek, Daniel, McCarthy, Iger, and Bochner**:<br>Fir*<br><br>SEARCH 6:<br>**For Chapek, Daniel, McCarthy, Iger, and Bochner**:<br>Leav* | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 30:<br>All documents and communications concerning the decision to rehire Iger as Disney CEO in November 2022. | SEARCH 1:<br>**For all listed custodians**: (Iger* OR Bob*) w/25 (*hir* OR return* OR CEO OR "Chief Executive Officer" OR replac* OR "come back" OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR walk* OR meet* OR met OR talk* OR discuss* OR reinstat* OR call* OR Board* OR plan*)<br><br>SEARCH 2:<br>**For Iger**:<br>Manually search Iger's personal and Disney email accounts and texts without search terms | Sept. 1, 2022 - Nov. 22, 2022 | McCarthy, Iger, Walden, Bergman, Gutierrez, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom<br><br>Boardvantage |

| | | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 31:<br>All documents and communications concerning the accessibility of internal data regarding Disney+ or DTC, including, but not limited to:<br>(a) All documents and communications concerning limited or restricted access to internal data;<br>(b) All documents and communications demonstrating who had or did not have access to internal data;<br>(c) All documents and communications concerning any requests for access to Disney+ or DTC operational or financial data by Disney employees or executives that were denied, restricted, or delayed, including the reasons provided for such denial, restriction, or delay; and<br>(d) All documents and communications concerning policies, practices, and procedures regarding access to internal data. | (SERVICE w/15 (dashboard* OR data OR churn* OR SUBS OR Snowflake OR Databricks OR Tableau OR "Looker Studio")) w/15 (access* OR restrict* OR grant* OR lock* OR bar OR barred OR barring OR bars OR R internal* OR live* OR real-time OR "real time" OR polic* OR procedur* OR "cut* off" OR "cut off" OR reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com) | Jan. 1, 2020 – Aug. 31, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 32:<br>All documents and communications concerning meetings (formal or informal) with the Executive Officers regarding Disney's fourth quarter of 2022 ("4Q22") financial results, including, but not limited to:<br>(a) The September 2022 meeting during which Chapek and McCarthy discussed Disney's 4Q22 financial results with Disney's Board of Directors (see Complaint, ¶364);<br>(b) The meeting in Orlando, Florida during which Kristina Schake and Alexia Quadrani discussed Disney's 4Q22 financial results with Chapek (see Complaint, ¶365); and<br>(c) The November 2022 meeting at Disney's New York offices during which Disney executives discussed Disney's 4Q22 results with Chapek (see Complaint, ¶365). | SEARCH 1:<br>**For all custodians and Forensic Files:**<br>("fourth quarter*" OR "4th" OR "Q4*" OR "4Q*" OR "FY*" OR "fiscal year*") w/20 (call* OR result* OR releas* OR loss* OR present* OR meet* OR met OR earn* OR financ* OR miss* OR consensus OR short OR below OR market OR markets OR Street* OR investor* OR shareholder* OR "executive session*")<br><br>SEARCH 2:<br>**For all custodians and Forensic Files:** | Sept. 1, 2022 - Dec. 31, 2022 | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | (Board* OR "BOD" OR Florida OR "New York" OR "NYC" OR Manhattan OR Orlando OR retreat* OR strateg*) w/20 (meet* OR met OR present* OR preliminar* OR executiv* OR deck* OR financ* OR earn* OR miss* OR short OR consensus OR below OR market* OR Street* OR investor* OR shareholder* OR blam* OR surpris*) | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 33: All documents and communications concerning the decision to unwind DMED that Iger announced during Disney's February 8, 2023 earnings call, including, but not limited to: (a) All documents and communications concerning all information considered when deciding to unwind DMED; (b) All documents and communications concerning any criticism of DMED or the need to unwind DMED; and (c) All documents and communications concerning the purpose, reason(s), or effect of unwinding DMED. These documents include, but are not limited to, explicit or implicit admissions about the flaws, inefficiencies, or detrimental effects of the original DMED reorganization and any documents reflecting Iger's statements that the DMED reorganization "was a mistake" or "created a huge divide." | **Search parent emails only for**: DMED* OR "Media and Entertainment" OR "Media & Entertainment" OR restructur* OR reorg* | Nov. 20, 2022 - Feb. 28, 2023 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 34: All documents and communications concerning the $5.5 billion cost-cutting | (SERVICE OR initiativ* OR plan*) w/15 (cut* OR decreas* OR lower* OR reduc* OR minimiz* OR | Nov. 20, 2022 - Aug. 31, 2023 | All custodians<br><br>Boardvantage |

| | | | |
|---|---|---|---|
| initiative that Iger announced during Disney's February 8, 2023 earnings call, including, but not limited to:<br>(a) All documents and communications concerning all information considered when deciding to implement the $5.5 billion cost-cutting initiative;<br>(b) All documents and communications concerning any criticism or concern about Disney's costs; and<br>(c) All documents and communications concerning the purpose(s) and effect(s) of the $5.5 billion cost-cutting initiative. | eliminat* OR "writ* off" OR write*off OR rationaliz* OR reset* OR releas*) w/15 (cost* OR expens* OR spen* OR FIN OR job*) | | Forensic Files |
| REQUEST FOR PRODUCTION NO. 35:<br>All documents and communications concerning Disney's share price, market capitalization, number of shareholders, volume of shares traded, and stock price movements. | SEARCH 1:<br>**For all listed custodians, Boardvantage, and Forensic Files:**<br>(stock* OR share* OR DIS OR market* OR securit*) w/10 (mov* OR declin* OR increas* OR chang* OR up OR down* OR fall* OR plummet* OR shoot* OR price* OR cap* OR volume OR fell OR decreas* OR drop* OR reduc* OR weak* OR soft* OR impact* OR low* OR target* OR goal* OR consensus OR rais* OR ris* OR drive* OR loss* OR lose* OR caus* OR upgrad* OR downgrad* OR shot)<br><br>SEARCH 2:<br>**For all listed custodians, Boardvantage, and Forensic Files:**<br>(market* OR analyst* OR Street* OR investor* OR shareholder*) w/10 (react* OR disappoint* OR messag* OR surpris* OR concern* OR worr* OR shock* OR downgrad* OR lower* OR rating* | Jan. 1, 2020 – Aug. 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson<br><br>Boardvantage<br><br>Forensic Files |

| | OR reduc* OR fail* OR critic* OR miss*) | | |
|---|---|---|---|
| <u>REQUEST FOR PRODUCTION NO. 36:</u> All documents and communications concerning the possible or actual factors or reasons that led to any change in the price of Disney common stock. | Same as RFP No. 35 | | |
| <u>REQUEST FOR PRODUCTION NO. 37:</u> All documents and communications concerning Disney's public disclosures on November 10, 2021, November 8, 2022, and May 10, 2023, including, but not limited to, the impact of these disclosures on Disney's stock price. | Same as RFP No. 35 | | |
| <u>REQUEST FOR PRODUCTION NO. 38:</u> All documents and communications concerning the lower-than-expected Disney+ subscriber growth Disney reported on November 10, 2021, including, but not limited to, the reasons for or drivers of the lower-than-expected Disney+ subscriber growth and all documents concerning internal discussions and analyses prior to this public disclosure that indicated a potential shortfall or a slowdown in subscriber growth. | SEARCH 1: **For all custodians, Boardvantage, and Forensic Files:** (SERVICE OR SUBS) w/20 ("fourth quarter*" OR "4th" OR "Q4*" OR "4Q*" OR "FY*" OR quarter* OR trend* OR "fiscal year*" OR result* OR loss* OR miss* OR consensus OR short* OR below OR target* OR slow* OR track* OR pace OR pacing OR walk* OR flash OR driv* OR gain* OR drove OR low* OR below OR disclos* OR goal* OR number* OR weak* OR "on track")<br><br>SEARCH 2: **For all custodians, Boardvantage, and Forensic Files:** (SERVICE OR SUBS) w/20 hit* | July 1, 2021 – November 30, 2021 | All custodians<br><br>Boardvantage<br><br>Forensic Files |

| | SEARCH 3:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>(SERVICE OR SUBS) w/20 grow*<br><br>SEARCH 4:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>(SERVICE OR SUBS) w/20 expect* | | |
|---|---|---|---|
| REQUEST FOR PRODUCTION NO. 39:<br>All documents and communications concerning McCarthy's November 10, 2021 statement that "we now expect that Disney+ will reach its peak year of losses in fiscal 2022 instead of fiscal 2021" including the reasons that the expected peak year of losses for Disney+ moved from fiscal 2021 to fiscal 2022, including, but not limited to, all documents underlying and supporting this specific revised forecast. This includes, but is not limited to, the analyses, data, and internal communications that led to this change in expectation. | SERVICE w/20 (peak* OR loss* OR fiscal OR expect* OR forecast* OR max* OR high* OR losing OR lose) | July 1, 2021 – November 30, 2021 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 40:<br>All documents and communications regarding the $1.47 billion in DTC operating losses reported on November 8, 2022, including all documents and communications concerning the reasons for or drivers of the DTC operating losses and all documents tracking, estimating, or demonstrating the impact of different business results or variables on DTC operating losses. | SERVICE w/25 loss* | July. 1, 2022 - Nov. 30, 2022 | All custodians<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 41:<br>All documents and communications concerning the $1.5 billion impairment and removal of content from Disney+ announced | SEARCH 1:<br>**For all custodians, Boardvantage, and Forensic Files:** | Nov. 21, 2022 - Aug. 31, 2023 | All custodians<br><br>Boardvantage |

| | | | |
|---|---|---|---|
| in May 2023 and June 2023, including, but not limited to:<br>(a) All documents and communications concerning all information considered when deciding to remove content from Disney+, including for each program listed in Appendix A to the Complaint; and<br>(b) All documents and communications concerning the purpose(s) and effect(s) of the $1.5 billion impairment and content removal. | (content OR show* OR program* OR series OR movie* OR film* OR platform* OR SERVICE OR releas* OR title*) AND (impair* OR "writ* off" OR writ*off OR remov* OR "tak* off" OR "took off" OR "tak* down" OR "took down")<br><br>SEARCH 2:<br>**For all custodians, Boardvantage, and Forensic Files:**<br>Impair* w/5 charg* | | Forensic Files |
| REQUEST FOR PRODUCTION NO. 42:<br>All documents and communications concerning any media, insider trading, code of conduct, or corporate disclosure policies or procedures, including all documents and communications concerning actual or potential violations of any of these policies or procedures. | (polic* OR guideline* OR code* OR procedure* OR rule* OR regulat* OR requir* OR reg) w/15 (disclos* OR conduct* OR trading OR trade* OR media OR invest* OR insider*) | Jan. 1, 2020 – Aug. 31, 2023 | Chapek, Daniel, McCarthy, Iger, IR Personnel, Gutierrez, Lindbom, Parker, Arnold, Barra, Lagomasino, Richardson.<br><br>Boardvantage<br><br>Forensic Files |
| REQUEST FOR PRODUCTION NO. 43:<br>Calendars, date books, telephone logs, telephone bills (local, long distance, and cellular), timesheets, expense reports, visitor logs, and/or appointment books reflecting Disney-related activities, maintained by each of the Executive Officers and each current or former Disney employee identified in Disney's forthcoming disclosures made pursuant to Federal Rule of Civil Procedure 26(a)(1). | Plaintiffs request calendars for Chapek, Daniel, McCarthy, and Iger (including their Executive Assistants), and all IR Personnel | | |
| REQUEST FOR PRODUCTION NO. 44:<br>Documents sufficient to identify all personal and business phone numbers, email addresses, secretaries, and/or personal assistants for the | Plaintiffs request this information to assist in the formulation of searches. | | |

| | | | |
|---|---|---|---|
| Executive Officers and each current or former Disney employee identified in Disney's forthcoming disclosures made pursuant to Federal Rule of Civil Procedure 26(a)(1). | | | |
| REQUEST FOR PRODUCTION NO. 45:<br>All documents and communications concerning each Executive Officer's employment agreement(s) with Disney. | Targeted search only | | |
| REQUEST FOR PRODUCTION NO. 46:<br>Directories, organizational charts, or other documents sufficient to identify Disney's organizational structure, officers, and employees. | Targeted search only | | |
| REQUEST FOR PRODUCTION NO. 47:<br>All documents identified in your forthcoming Federal Rule of Civil Procedure 26(a)(1) disclosures. | Documents responsive to RFP No. 47 should not require search terms. | | |
| REQUEST FOR PRODUCTION NO. 48:<br>All documents and communications concerning all insurance policies, indemnification agreements, hold harmless agreements, and/or by-laws that may provide coverage for you for all or part of any potential liability arising from the claims alleged in the Complaint. | Targeted search only | | |
| REQUEST FOR PRODUCTION NO. 49:<br>All documents and communications concerning Disney's document retention policies and the preservation, search for, collection, maintenance, destruction, or alteration of documents or ESI. | The Parties agreed to hold this Request in abeyance for now, reserving all rights. | | |
| REQUEST FOR PRODUCTION NO. 50: | Plaintiffs will not weigh in on Defendants' collection of documents | | |

| | | | |
|---|---|---|---|
| All documents and communications concerning any of the affirmative and other defenses set forth in the Answer. | responsive to RFP No. 50 as they concern Defendants' affirmative and other defenses. | | |
| REQUEST FOR PRODUCTION NO. 51: All documents and communications reflecting any internal complaints, concerns, or objections raised by Disney employees or contractors regarding Disney+ subscriber metrics, subscriber growth sustainability, the accuracy of Disney+ financial reporting, or the allocation of costs to Disney+. This request includes, but is not limited to, any reports of such concerns made to Disney's management, Disney's Board of Directors, internal audit, compliance hotlines, or regulators. | SERVICE OR sub or subs or subscriber* OR Chapek* OR Kareem* OR Karim* OR McCarthy* OR Iger* | Jan. 1, 2020 - Aug. 31, 2023 | Forensic Files |
| REQUEST FOR PRODUCTION NO. 52: All communications (including emails, text messages, or memos) sent or received by any of the Executive Officers that express concern, disagreement, or skepticism regarding: (a) Disney+ subscriber growth rates or projections; (b) the ability of Disney+ to meet its 2024 subscriber or profitability targets; or (c) the practice of debuting content on other platforms to shift costs away from Disney+. | Same as RFP Nos. 1-4; 7-11; 13-16; 22; 26; 31-34; 38-41; 51 | | |
| REQUEST FOR PRODUCTION NO. 53: All documents sufficient to show the metrics and data displayed by Disney's internal dashboards or analytics systems used to monitor Disney+ performance during the Class Period. This includes, without limitation, reports, data exports, slide decks, or screenshots from any business intelligence tools or platforms (e.g., Tableau reports, | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com) | Jan. 1, 2020 - Aug. 31, 2023 | All custodians  Boardvantage  Forensic Files |

| | | | |
|---|---|---|---|
| Workday dashboards, or similar internal databases) that tracked:<br>(a) Disney+ subscriber counts (total and by region, including Disney+ Hotstar);<br>(b) subscriber growth or churn rates;<br>(c) average revenue per user;<br>(d) content costs or expenses allocated to Disney+; and/or<br>(e) Disney+ segment profitability or forecasts. | | | |
| REQUEST FOR PRODUCTION NO. 54:<br>For the Executive Officers and each person who, during the Class Period, served as a Disney officer or director with responsibilities relating to Disney+, all documents and communications about Disney+'s subscribers, financial performance,or strategic decisions that are stored on or were transmitted via any personal device, personal email account, or non-Disney messaging application. This includes relevantcommunications made via text message/SMS, iMessage, Signal, WhatsApp, Telegram, personal Gmail or other email, or similar platforms, to the extent suchcommunications exist. | This is not a separate search. | | |
| REQUEST FOR PRODUCTION NO. 55:<br>All documents and communications, from January 1, 2020 to May 10, 2023, concerning strategies, plans, or internal discussions regarding public communications or messaging to investors, analysts, or the media relating to Disney+ subscriber numbers, Disney+ subscriber growth, Disney+ subscriber targets, the Disney+ content slate or content spending, Disney+ international expansion, or Disney+ financial performance (including profitability and operating losses), including, but not limited to, internal talking | Same as RFP Nos. 1-16; 19-24; 27; 29-41; 51-53 | | |

| | | | |
|---|---|---|---|
| points, Q&A preparation documents not specifically tied to earnings calls, media engagement strategies, crisis communication plans (if any related to these topics), and internal deliberations or guidance on how to frame or present such information. | | | |
| REQUEST FOR PRODUCTION NO. 56: All documents and communications reflecting any Executive Officer's awareness of, or response to, internal concerns, criticisms, or warnings raised by any Disney employee, executive, or consultant regarding: (a) the achievability or sustainability of the 2024 Disney+ Subscriber Target or the 2024 Disney+ Profitability Target; (b) the accuracy or methodology of Disney+ subscriber counting, including the treatment of Entitled Subscribers; (c) the actual or projected rates of Disney+ subscriber churn; (d) the financial viability or profitability of Disney+ international market expansions; (e) the effectiveness or return on investment of Disney+ content spending in driving quality subscriber growth; or (f) the operational or financial impacts of the DMED Reorganization. | Same as RFP Nos. 1-5; 7-16; 22; 30-34; 38-41; 51-53; 55 | | |
| REQUEST FOR PRODUCTION NO. 57: All documents and communications that analyze, model, calculate, quantify, or report the specific dollar impact on: (a) Disney+ segment content costs; (b) Disney+ segment operating income or loss; and (c) DTC segment operating income or loss, resulting from the elimination of Intersegment Transfer Pricing for content sales to Disney+ | Same as RFP Nos. 5-6; 8-11; 22; 33-34; 56 | | |

| | | | |
|---|---|---|---|
| following the DMED Reorganization, for each fiscal quarter from the first quarter of 2021 through the fourth quarter of 2021. This request includes any analyses comparing these reported figures to what they would have been under the prior accounting methodology using Intersegment Transfer Pricing. | | | |
| REQUEST FOR PRODUCTION NO. 58: All documents and communications, from February 25, 2020 to December 31, 2021, that were provided to, created by, sent by, or reflect the participation of Iger in his capacity as Executive Chairman of Disney, concerning: (a) Disney+ subscriber targets, projections, or actual performance; (b) the financial viability or profitability ofthe Disney+ subscriber growth strategy; (c) the DMED Reorganization and its operational or financial impacts; (d) Disney+ content spending levels or strategy; (e) Disney+ subscriber churn rates or analyses; or (f) the profitability of Disney+ international market operations.<br><br>This request includes, but is not limited to, reports, memoranda, presentations, emails, and notes of meetings. | Same as RFP Nos. 1-16; 19-22; 24; 26-28; 31; 35-39; 42; 51-53; 55-57 | | |

**PLAINTIFFS' APPENDIX B – September 19, 2025**

BOARD = ((board OR BOD OR "audit committee*") W/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*))

BUNDLE = (Hulu OR ESPN* OR "Disney Bundle")

CHURN = (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engage* OR "active user*" OR "watch time*" OR "session duration*" OR "completion rate*" OR "low quality" OR inorganic OR organic)

CONTENT = (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR view* OR traffic OR KPI OR series OR feature* OR luca OR "turning red" OR soul)

COUNTING = (entitl* OR activat* OR guarant* OR wholesale OR bundl* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR ((paid or free) w/3 (sub OR subs OR subscriber*))

COUNTRY = ("new market*" OR "new territor*" or "new countr*" OR  OR "South Africa" OR Algeria OR Bahrain OR Egypt OR Iraq OR Jordan OR Kuwait OR Lebanon OR Libya OR Morocco OR Oman OR "Palestine Territories" OR Qatar OR "Saudi Arabia" OR Tunisia OR "United Arab Emirates" OR Yemen OR Albania OR Andorra OR Bosnia and Herzegovina OR Bulgaria OR Croatia OR "Czech Republic" OR Estonia OR Greece OR Hungary OR Kosovo OR Latvia OR Liechtenstein OR Lithuania OR Malta OR Montenegro OR "North Macedonia" OR Poland OR Romania OR "San Marino" OR Serbia OR Slovakia OR Slovenia OR Turkey OR "Vatican City" OR "Faroe Islands" OR "French Polynesia" OR "French Southern Territories" OR "St. Pierre and Miquelon" OR "Åland Islands" OR "Aland Islands" OR "Sint Maarten" OR "Svalbard & Jan Mayen" OR "Svalbard and Jan Mayen" OR "British Indian Ocean Territory" OR Gibraltar OR "Pitcairn Islands" OR "St Helena" OR "St. Helena" OR "Saint Helena" OR Israel)

DISTRIBUTION = (linear* OR broadcast* OR network OR cable OR theat* OR allocat* OR shift* OR reclassif* OR reassign* OR move OR capitaliz* OR intersegment OR markup* OR OR channel* OR division* OR debut* OR distribut* OR allot* OR greenlight* OR greenlit* OR "green*light")

FIN  = (profit* OR loss* OR "operating margin*" OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU)

IR = ((earning* OR investor* OR analyst* OR shareholder*) W/15 ("talking point*" OR script* OR "Q&A*" OR bullets OR prep* OR brief* OR deck* OR note* OR rehearsal* OR mock OR call* OR question* OR slide* OR present* OR prepar* OR pitch* OR meet* OR discuss* OR confer* OR practice* OR "hot topic*" OR concern* OR story OR stories OR narrative* OR

publi* OR news OR journal* OR report* OR edit* OR comment* OR script* OR draft* OR answer* OR expect* OR forecast* OR project* OR target* OR guid* OR estimat*))

PARTNERS = (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party OR "third party") w/5 (partner*OR promotion*))

PLANNING = (trajector* OR "on track" OR "off track" OR behind OR ahead OR slip* OR delay* OR gap* OR reforecast* OR variance* OR bridg* OR driver* OR driving OR sensitivit* OR scenario* OR plan* OR milestone* OR target* OR goal* OR guidance OR objective* OR forecast* OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term" OR longterm)

SERVICE = ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*)

SUBS = (sub OR subs OR subscriber* OR (SERVICE AND (member* OR account* OR user*)) OR MAU OR DAU)

WITHDRAWN = ("The Big Shot" OR "Turner & Hooch" OR "The Mysterious Benedict Society" OR "Willow" OR "Willow: Behind the Magic" OR "Diary of a Future President" OR "Just Beyond" OR "The World According to Jeff Goldblum" OR "Marvel's Hero Project" OR "The Right Stuff" OR "The Real Right Stuff" OR "Cheaper by the Dozen" OR "The One and Only Ivan" OR "Stargirl" OR "Hollywood Stargirl" OR "Flora and Ulysses" OR "Encore!" OR "Black Beauty" OR "Clouds" OR "America the Beautiful" OR "Better Nate Than Never" OR "Weird But True" OR "Timmy Failure" OR "Be Our Chef" OR "Earth to Ned" OR "Foodtastic" OR "Stuntman" OR "Disney Fairytale Weddings" OR "Wolfgang" OR "It's a Dog's Life with Bill Farmer" OR "The Big Fib" OR "Rogue Trip" OR "More Than Robots" OR "Shop Class" OR "Pick of the Litter" OR "Own the Room" OR "Among the Stars" OR "Family Reboot" OR "Pentatonix: Around the World for the Holidays" OR "Beyond Infinity: Buzz and the Journey to Lightyear" OR "Chasing Waves" OR "The Chorus: Success, Here I Go!" OR "The Hip Hop Nutcracker!" OR "It's All Right!" OR "Low Tone Club" OR "Magic Camp" OR "Marvel 616" OR "On Pointe" OR "Prop Culture" OR "Super/Natural" OR "Crater" OR "Best in Snow" OR "The Quest")

**Appendix C – 9.19.2025**

*Local 272 Labor-Management Pension Fund*: Plaintiffs' Custodians

==Yellow highlight== denotes Plaintiffs' additional proposed custodians

| Custodian | Job Title(s) | Date Range |
|---|---|---|
| Susan Arnold | Disney Board of Directors | 2007 – January 11, 2023 |
| Rojeh Avanesian | Senior Vice President, Finance | Dec. 20, 2020 – Apr. 30, 2021 |
| Mary T. Barra | Disney Board of Directors | 2017 – Present |
| Eduardo Bezerra*[1] | Director, Subscriber & Engagement Finance | Nov. 2019 – Present |
| Alan Bergman | Co-Chairman, Disney Entertainment | February 8, 2023 – Present |
| Arthur Bochner | Vice President, Strategic Communications | Aug. 21, 2022 – Nov. 28, 2022 |
| | Chief of Staff, Office of the CEO | Feb. 21, 2021 – Aug. 20, 2022 |
| | Director, Office of the CEO | Mar. 15, 2020—Feb. 20, 2021 |
| | Director, Public Affairs & Executive Engagement | Apr. 30, 2017 – Mar. 14, 2020 |
| Alisa Bowen* | President, Disney+ | Sept. 15, 2022 – Present |
| | Executive Vice President Business Operations, Disney Streaming | Jan. 31, 2022 – Sept. 14, 2022 |
| | Senior Vice President, Business Operations | Mar. 31, 2019 – Jan. 30, 2022 |
| Richard Brookbanks | Vice President/Controller-DTCI & TV Distribution COE | May 13, 2018 – Present |
| Rebecca Campbell* | Chairman, International Content & Operations | Jan. 2022 – July 2023 |

---

[1]    Custodians marked with one asterisk (*) represent "Streaming Custodians" as used in Plaintiffs' Appendix A.

| Custodian | Job Title(s) | Date Range |
|---|---|---|
|  | Chairman, International Operations & Direct to Consumer | May 2020- – Jan. 2022 |
| Bryan Castellani | Executive Vice President of Finance | Nov. 15, 2020 – Oct. 6, 2023 |
|  | Executive Vice President & Chief Financial Officer | July 1, 2018 – Nov. 14, 2020 |
| Robert Chapek | Chief Executive Officer | Feb. 24, 2020 – Nov. 20, 2022 |
|  | Chief Manager, Disney Parks, Experience & Products | Feb. 17, 2019 – Feb. 23, 2020 |
| David Chodniewicz* | VP, Data Science and Analytics for Disney Streaming Services | 2020-2022 |
| Michael Chin* | Director, Tactical Opportunities | November 2021-Present |
| Justin Connolly* | President, Platform Distribution | Nov. 15, 2020 – Nov. 18, 2023 |
|  | President, Media Distribution | July 16, 2019 – Nov. 14, 2020 |
| Kareem Daniel | Chairman of the Disney Media and Entertainment Distribution | Oct. 11, 2020 – Nov. 30, 2022 |
|  | President of Consumer Products, Chief of Staff of the Office of the CEO | July 5, 2020 – Oct. 10, 2020 |
|  | President of Consumer Products | May 17, 2020 – July 4, 2020 |
|  | President – WDI Business Operations | Nov. 10, 2019 – May 16, 2020 |
| Laura Evans[2] | Senior Vice President, Data | Mar. 3, 2019- Dec. 28, 2020 |
| Patrick Garrison | Vice President, Strategy, Finance and Business Strategy | Oct. 3, 2021 – Present |
|  | Director of Strategy Planning | Dec. 22, 2019 – Oct. 2, 2021 |
| Horacio Gutierrez[3] | Senior Executive Vice President, Chief Legal and Compliance Officer | Feb. 2022 – Present |
| Jim Gray | Senior Controller, Disney Entertainment | June 11, 2023 – Present |

---

[2]    Plaintiffs also request Laura Evans' successor as a custodian.
[3]    Plaintiffs propose Gutierrez as a custodian for the limited time period of September 1, 2022 through November 30, 2022.

2

| Custodian | Job Title(s) | Date Range |
|---|---|---|
| | Senior Controller, Studio Entertainment WDT/DTC | Mar. 1, 2020 – June 4, 2022 |
| | Vice President Controller, Burbank/Glendale | Apr. 22, 2018 – Feb. 29, 2020 |
| Jeffrey Grenn | Senior Vice President, Chief Financial Officer, APAC (DIESI) | Jan. 26, 2025 – Present |
| | Senior Vice President, Segment Planner DMED | July 18, 2021 – June 4, 2022 |
| | Vice President, Segment Planner | Sept. 30, 2018 – July 17, 2021 |
| Nathaniel Harris | Senior Financial Reporting Analyst | April 2022 – Present |
| David Haskett | Senior Controller, Corporate Controllership, Finance | May 22, 2022 – Present |
| | Vice President Controller – WDT | Oct. 27, 2019 – May 21, 2022 |
| Robert Iger | Chief Executive Officer | Nov. 20, 2022 – Present |
| | Executive Chairman | Feb. 24, 2020 – Dec. 31, 2021 |
| | Chairman & Chief Executive Officer | Mar. 13, 2012 – Feb. 23, 2020 |
| | President, APAC | Mar. 1, 2021 – Jan. 6, 2024 |
| | Executive Vice President, TWDC Greater China, Japan & Korea | Sept. 24, 2017 – Feb. 28, 2021 |
| Matthew Kambic*[4] | Vice President, Marketing Finance - Disney Streaming | May 2022 – Present |
| Jennifer Kettnich**[5] | Vice President, Investor Relations | Oct. 24, 2021 – Aug. 8, 2024 |
| | Director, Investor Relations | July 12, 2020 – Oct. 23, 2021 |
| | Senior Manager, Investor Relations | July 29, 2018 – July 11, 2020 |
| Veda Kong | Senior Manager, Corporate Controllership | |
| Vandna Mehta Krantz* | Senior Vice President, Chief Financial Officer, Disney Streaming Services | Oct. 6, 2019 – Aug. 12, 2020 |
| Maria Elena Lagomasino | Disney Board of Directors | 2015 – Present |
| Claire Lee | Chief of Staff to Robert Chapek | |

---

[4]   Plaintiffs also request Matthew Kambic's predecessor as a custodian.
[5]   Custodians marked with two asterisks (**) represent "IR Personnel" as used in Plaintiffs' Appendix A.

3

| Custodian | Job Title(s) | Date Range |
|---|---|---|
| Nancy Lee | Chief of Staff to Robert Iger | 2022 – Present |
| Nick Lewerke* | Senior Vice President/Head of Content Planning & Analysis, Disney Streaming | July 2021 – Present |
|  | Vice President, Segment Content Planning & Analysis, Disney Media & Entertainment Distribution | Nov. 2020 – July 2021 |
| David Lindbom | Senior Vice President, Organizational Development and Project Management, Human Resources | Mar. 13, 2022 – Jan. 4, 2025 |
|  | Vice President, Organizational Development | June 24, 2018 – Mar. 12, 2022 |
| Christine M. McCarthy | Strategic Advisor | July 1, 2023 – June 30, 2024 |
|  | Senior Executive Vice President and Chief Financial Officer | July 1, 2015 – June 30, 2023 |
| Denise Morgan* | Vice President, Financial Planning and Analysis, Disney Streaming Services | Feb. 16, 2025 – Present |
|  | Director, Financial Planning & Analysis | Sept. 5, 2021 – May 25, 2024 |
|  | Director, Finance | Mar. 25, 2019 – Sept. 4, 2021 |
| Zenia Mucha** | Senior Executive Vice President & Chief Communications Officer | Sept. 27, 2018 – Jan. 7, 2022 |
| Jolene Negre** | Deputy General Counsel-Securities Regulation, Governance & Secretary | Nov. 17, 2024 – Present |
|  | Associate General Counsel | Nov. 19, 2018 – Nov. 16, 2024 |
| John Pang* | Vice President, DTC Strategy – Disney Entertainment | May 2023 – Present |
|  | Director, Strategy - Disney Media & Entertainment Distribution | Feb. 2022 – May 2023 |
| Mark Parker | Disney Board of Directors | 2016 – 2025 |
| Namrata Patel | Senior Vice President, Consumer Strategy & Business Development, Europe, Middle East and Africa (EMEA) | Sept. 28, 2022 – Present |
|  | Senior Vice President, Business Development & Corporate Strategy | Oct. 1, 2020 – Sept. 27, 2022 |
| Michael Paull* | President, Direct to Consumer | Jan. 2022 – June 2023 |

4

| Custodian | Job Title(s) | Date Range |
|---|---|---|
| | President, Disney+ & ESPN+ | Sept. 2017 – Dec. 2021 |
| Justin Petronisi | Vice President, Financial Planning and Analysis | Oct. 1, 2018 – Nov. 28, 2022 |
| Alexia Quadrani** | Executive Vice President, Investor Relations | Mar. 12, 2023 – Feb. 21, 2025 |
| | Senior Vice President, Investor Relations | Mar. 1, 2022 – Mar. 11, 2023 |
| Stefan Rasch | Senior Vice President, Finance-DTC, DE Finance | Sept. 22, 2024 – Present |
| | Vice President, Finance – Subscriber Management | Dec. 5, 2021 – Feb. 10, 2024 |
| | Director, Financial Planning & Analysis | Jan. 5, 2020 – Dec. 4, 2021 |
| Jack Reiman* | Senior Data Analyst | 2021-2023 |
| Paul Richardson | Chief Human Resources Officer | April 29, 2021 – March 8, 2023 |
| Kristina Schake** | Senior Executive Vice President and Chief Communications Officer | June 29, 2022 – Present |
| | Executive Vice President, Global Communications | Apr. 1, 2022 – June 28, 2022 |
| Lowell Singer** | Senior Vice President, Investor Relations | May 8, 2007 – Oct. 4, 2021 |
| Dana Walden | Co-Chairman, Disney Entertainment | February 8, 2023 – Present |
| Cindy Wang* | Senior Vice President, Strategy, Disney Streaming | Mar. 31, 2024 – Present |
| | Senior Vice President, DMED Strategy | July 18, 2021 – Mar. 30, 2024 |
| | Vice President, CP&A and Strategy | Dec. 22, 2019 – July 17, 2021 |
| Justin Warbrooke | Executive Vice President, Head of Corporate Development, TWDC Finance | Apr. 28, 2024 – Present |
| | Executive Vice President, Head of DTC Strategy | Sept. 24, 2023 – Apr. 27, 2024 |
| | Executive Vice President, DTC/International Operations | Nov. 15, 2020 – July 1, 2023 |
| | Executive Vice President & Chief Financial Officer | Apr. 24, 2018 – Nov. 14, 2020 |
| Lukas Wickart | Senior Vice President, Finance – DTC | Aug. 22, 2021 – Sept. 6, 2024 |
| | Vice President, Subscription & Advertising Finance | Dec. 20, 2020 – Aug. 21, 2021 |

5

| Custodian | Job Title(s) | Date Range |
|---|---|---|
| Daniel Wiegand* | Senior Vice President, Subscription Planning DTC | Oct. 20, 2024 – Present |
| | Vice President, Subscription Finance | Aug. 22, 2021 – Oct. 19, 2024 |
| | Director, Subscription Financial Planning & Analysis | Dec. 20, 2020 – Aug. 21, 2021 |
| Brent Woodford | Executive Vice President, Controllership, Financial Planning, and Tax, TWDC Finance | Nov. 1, 2015 – Present |
| James Zasowski* | Interim Co-Head, Platform Distribution | May 18, 2025 – Present |
| | Executive Vice President, Platform Distribution Strategy, Disney Content Sales | Feb. 11, 2025 – May 17, 2025 |
| | Senior Vice President, Platform Distribution Strategy | Feb. 1, 2020 – Oct. 19, 2024 |
| | Vice President, Business Strategy | Apr. 3, 2016 – Jan. 31, 2020 |

6

**PLAINTIFFS' APPENDIX D – PLAINTIFFS' PROPOSED ADDITIONAL CUSTODIANS – September 19, 2025**

| Custodian(s) | Relevance |
|---|---|
| Susan Arnold, Mary Barra, Mark Parker, Maria Elena Lagomasino | • Susan Arnold sat on Disney's Board of Directors throughout the Relevant Period, and served as its Chairman throughout 2022.<br>• Barra, Parker, and Lagomasino sat on Disney's Board of Directors throughout the Relevant Period, and were members of its Compensation Committee, which was responsible for "evaluating the performance of the Chief Executive Officer."<br>• In or around November 2022, several executives told Arnold and/or Parker "they no longer supported Chapek as CEO." CAC, ¶¶96, 251, 315(a).<br>• Arnold, Barra, Lagomasino, and Parker attended the September 2022 Disney Board of Directors meeting at which Chapek and McCarthy previewed the Company's forthcoming 4Q 2022 financial results. CAC, ¶¶246-247; 364; Defendants' response to Plaintiffs' Interrogatory No. 10.<br>• Barra, Parker, Arnold and Lagomasino each likely possess information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding: the evaluation of Chapek's performance as CEO, the events that occurred in late-2022 concerning Chapek's contract renewal and termination, Daniel's termination, Disney's re-hiring of Iger as CEO, and McCarthy's departure in 2023. CAC, ¶¶96; 245-252; 315; 344; 351-357. |
| Dana Walden | • From June 2022-February 2023, Walden served as Chairman of General Entertainment Content. In this role, Walden was in charge of content for Disney's streaming platforms (including Disney+) and reported directly to Chapek. Since February 2023, Walden has served as Co-Chairman, Disney Entertainment, where she oversees Disney's streaming business. According to media reports, "soon after Iger returned as Disney CEO at the end of 2022, he spoke about giving Walden additional responsibilities over streaming."<br>• According to the *New York Times*, after Disney's November 8, 2022 earnings call, Walden discussed with Iger Disney's deteriorating condition under Chapek, and she played a key role in Iger's return as CEO.<br>• In or around November 2022, Walden was among several executives who informed Disney's Board of Directors that they "no longer supported Chapek as CEO." CAC, ¶¶96, 251.<br>• Walden likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding: Disney+ content spend and distribution (CAC, ¶¶164-168; 191- 203; 296); oversight of Disney's streaming business in late 2002 and early 2023; the events that occurred in late 2022 concerning Chapek's contract renewal and termination, and Disney's re-hiring of Iger as CEO. CAC, ¶¶96; 245-252; 315; 344. |
| Alan Bergman | • Bergman served as Chairman of Disney Studios until February 2023. He was then appointed Co-Chairman, Disney Entertainment, where he oversees Disney's streaming business.<br>• According to numerous media reports, Bergman was highly critical of the DMED reorganization. In fact, media reports state that when Chapek initially approached Bergman about leading DMED in 2020, he declined the position and advised Chapek against implementing the DMED reorganization.<br>• According to media reports, Bergman frequently clashed with Daniel and Chapek over content distribution decisions during the Relevant Period.<br>• In or around November 2022, Bergman was among several executives who informed Disney's Board of Directors that they no longer supported Chapek as CEO. CAC, ¶¶96, 251. Bergman also reportedly voiced frustrations with Chapek's leadership to Iger in late 2022.<br>• Bergman likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding: content distribution and windowing (CAC, ¶¶ 128-130; 164-168; 262), oversight of Disney's streaming business in late-2022 and early-2023; the |

| Custodian(s) | Relevance |
|---|---|
| | • events in late-2022 surrounding Chapek's contract renewal and termination, and Disney's re-hiring of Iger as CEO (CAC, ¶¶96; 245-251; 315; 344), and the DMED reorganization.CAC, ¶¶155-163.<br>• Defendants have proposed no custodians from the Disney Studios division.  Employees in this division, like Bergman, likely have responsive and relevant information pertaining to Plaintiffs' content distribution and windowing allegations.  CAC, ¶¶ 128-130; 164-168; 262. |
| Eduardo Bezerra | • During the Relevant Period, Bezerra served as Director, Subscriber & Engagement Finance.  According to numerous Disney job postings, the Subscriber & Engagement Finance team served as in-house advisers to Disney Streaming Services' executive leadership and owned subscriber and engagement growth planning and reporting.<br>• Bezerra likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding: Disney+ subscriber and engagement growth, metrics, reporting (¶204-213) and churn. ¶224-228.<br>• Defendants have proposed no custodians from the Subscriber & Engagement Finance division.  Employees in this division, like Bezerra, likely have responsive  information regarding Disney+ subscriber engagement, growth, and churn. |
| Rebecca Campbell | • During the Relevant Period, Campbell served as Chairman, International Content & Operations and Chairman, International Operations & Direct-to-Consumer. CAC, ¶196.  In these roles, Campbell oversaw all aspects of Disney+ in international markets, including directing the launch of Disney+ in over 100+ markets outside the U.S. and leading the expansion of Disney's international content creation pipeline.<br>• The CAC specifically states that Campbell was "'responsible for expanding the international content creation pipeline, amplifying the Company's localized content strategy.'" CAC, ¶196.  Campbell also reported directly to Chapek. *Id.*<br>• Campbell likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding Disney+ international expansion and content spend in international markets.  CAC, ¶¶169-180; 296-30.<br>• Michael Paull, who Defendants identified as a relevant custodian, reported to Campbell. |
| Horacio Gutierrez (Plaintiffs propose Gutierrez as a custodian for the limited time period of September 1, 2022 through November 30, 2022) | • During the Relevant Period, Gutierrez served as Senior Executive Vice President, Chief Legal and Compliance Officer.<br>• Gutierrez is likely to have non-privileged, responsive information given that, in addition to being Disney's Chief Legal and Compliance Officer, Gutierrez performed certain non-legal, business functions in his role as "a strategic advisor to executive leadership and the Board of Directors." For example, *The New York Times* reported that, after the November 8, 2022 earnings call, Arnold asked Gutierrez to convene a meeting of Disney's Board of Directors.  At that meeting, Arnold asked Gutierrez for his assessment of Chapek, and Gutierrez responded that Chapek had become dysfunctional and lost the support of Disney's senior leadership team.  *The New York Times* reported that, after the November 8, 2022 earnings call, Gutierrez told Arnold that Chapek did not have the credibility or leadership skills to continue as CEO, and he suggested that Iger should return as CEO.<br>• Gutierrez attended the September 2022 Disney Board of Directors meeting at which Chapek and McCarthy previewed the Company's forthcoming 4Q 2022 financial results. CAC, ¶¶246-247; 364; Defendants' response to Plaintiffs' Interrogatory No. 10.<br>•   Gutierrez is no different and should be a custodianIn or around November 2022, Gutierrez was among several executives who told  Disney's Board of Directors  that they no longer supported Chapek as CEO.  CAC, ¶¶96, 251.<br>• Gutierrez was actively involved in preparing  McCarthy and Chapek for the November 2022 earnings call, an event in which Chapek made false and misleading statements.  CAC, ¶¶96; 248. |

| Custodian(s) | Relevance |
|---|---|
| | • Gutierrez likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding the events that occurred in late-2022 surrounding the November 8, 2022 earnings call, Chapek's contract renewal and termination, Daniel's termination, Disney's re-hiring of Iger as CEO, and McCarthy's departure in 2023. CAC, ¶¶96; 245-252; 315; 344.<br>• Another custodians proposed by Defendants, Jolene Negre, also works in Disney's General Counsel office, and Defendants designated her as a custodian because she performed certain non-legal, business functions. |
| Matthew Kambic | • Since May 2022, Kambic has served as Vice President, Marketing Finance - Disney Streaming. In this role, Kambic is responsible for managing the global marketing budgets across Disney Streaming and providing strategic financial leadership to global marketing teams.<br>• According to numerous Disney job postings, the Marketing Finance division is responsible for comprehensive financial management of the global Disney Streaming Marketing budget, including analysis of Disney Streaming promotional offers.<br>• Kambic likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding Disney+ promotional content releases and third-party partnerships. CAC, ¶¶164-168,181-190.<br>• Defendants have proposed no custodians from Disney Streaming Marketing Finance. Employees in this division, like Kambic, likely have responsive information regarding Disney+ promotional content releases and third-party partnerships. |
| Nick Lewerke | • During the Relevant Period, Lewerke served as Chairman Senior Vice President/Head of Content Planning & Analysis, Disney Streaming and VP, Segment Content Planning & Analysis, DMED. In these roles, Lewerke led the team responsible for determining the optimal strategy for distributing Disney content, including identifying windowing strategies that would maximize the success of Disney's films and television series.<br>• Lewerke likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding Disney+ content, distribution and windowing strategies. CAC,¶¶164-168; 191- 203; 296.<br>• Defendants have proposed no custodians from Content Planning & Analysis, Disney Streaming. Employees in this division, like Lewerke, likely have responsive information regarding Disney+ content, distribution and windowing. |
| John Pang | • From February 2022 through May 2023, Pang served as the Director, Strategy – DMED. In this role, he was responsible for content distribution and monetization across Disney streaming, linear television, and theatrical platforms.<br>• Pang likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding Disney+ content distribution and monetization. CAC, ¶¶164-168, 191- 203, 296. |
| Paul Richardson | • During the Relevant Period, Richardson served as Senior Executive Vice President and Chief Human Resources Officer and reported directly to Chapek. Media reports described Richardson as a member of Chapek's "inner circle."<br>• Richardson attended the September 2022 Disney Board of Directors meeting at which Chapek and McCarthy previewed the Company's forthcoming 4Q 2022 financial results. CAC, ¶¶246-247, 364; Defendants' response to Plaintiffs' Interrogatory No. 10.<br>• Richardson likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding: the evaluation of Chapek's performance as CEO, the events that occurred in late 2022 surrounding Chapek's contract renewal and termination, Disney's "toxic corporate" culture, Daniel's termination, the hiring of Iger as CEO, and McCarthy's departure in 2023. CAC, ¶¶96, 245-252, 315, 344. |

| Custodian(s) | Relevance |
|---|---|
| Jack Reiman | • During the Relevant Period, Reiman worked in Subscriber Analytics for Disney Streaming Services.  In this role, Reiman "spearheaded subscriber analytics initiatives at Disney Streaming Services" to "drive growth and profitability."  His work involved "acquisition funnel measurement strategies to optimize subscriber growth," creating a "framework to describe third-party partner cannibalization of retail (DTC) subscribers to enhance partnership effectiveness," and improving "daily executive reporting data quality."<br>• Reiman likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding: Disney+ subscriber analytics (including user engagement, acquisition funneling, and churn metrics and reporting) (¶¶204-213; 224-228), and third-party promotions and partnerships. ¶¶164-168;181-190.<br>• Defendants have proposed no custodians who worked predominantly in a Subscriber Analytics role for Disney Streaming.  Employees in this division, like Reiman, likely have responsive and relevant information regarding subscriber analytics and Disney+ third-party promotions. |
| David Chodniewicz | • Chodniewicz served as VP, Data Science and Analytics for Disney Streaming Services until January 2022.  In this role, Chodniewicz was "responsible for subscriber and engagement growth for Disney+," and also "influenced operating plans and supported content decisions through the definition, measurement and monitoring of key performance metrics."<br>• Defendants have acknowledged Data Science and Analytics as relevant functions.  However, they have only proposed one custodian who worked in Data Science and Analytics, and this custodian left the Company in December 2020 – less than one month into the Class Period and years before the end of the Relevant Period. |
| VP/SVP Data Science and Analytics | • Plaintiffs request as a custodian the individual who succeeded Laura Evans in her role as SVP Data Science and Analytics for Disney Streaming.  To the extent David Chodniewicz succeeded Evans, Plaintiffs request the individual who succeeded Chodniewicz as VP, Data Science and Analytics for Disney Streaming.<br>• Defendants have acknowledged Data Science and Analytics as relevant functions.  However, they have proposed only one custodian who worked in Data Science and Analytics, and this custodian left Disney in December 2020 – less than one month into the Class Period and years before the end of the Relevant Period. |
| Michael Chin | • Since November 2021, Chin has served as Director, Tactical Opportunities.  In this role, he has led a team "focused on Disney+ and Hulu strategic initiatives for profitability and subscriber growth."<br>• According to multiple Disney job postings, the Disney+ Tactical Opportunities team supports the growth of Disney+ and Hulu by developing strategies, analyzing growth and profitability, and creating executive presentations for senior leadership.  The Disney+ Tactical Opportunities team identifies opportunities to grow subscriber bases and improve profitability through close collaboration with Product, Data & Analytics, Subscriber Planning, and Business Operations.<br>• Chin likely possesses information responsive to Plaintiffs' RFPs and relevant to the allegations in the CAC, including information regarding Disney+ profitability and subscriber growth.<br>• Disney has proposed no custodians who worked in Disney's Tactical Opportunities department. |

| Custodian(s) | Relevance |
|---|---|
| Claire Lee | <ul><li>During the Relevant Period, Lee served as Chapek's Chief of Staff.</li><li>Media reports described Lee as a member of Chapek's "inner circle."</li><li>Defendants have acknowledged that other Chiefs of Staff for individual Defendants are relevant custodians.</li></ul> |
| Nancy Lee | <ul><li>During the Relevant Period, Lee served as Iger's Chief of Staff.  In this role, she leads operations and protocols of the CEO's office to help direct the company's most critical business priorities.</li><li>Defendants have acknowledged that other Chiefs of Staff for individual Defendants are relevant custodians.</li></ul> |