# EXHIBIT K

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Jessica T. Shinnefield
jshinnefield@rgrdlaw.com

October 10, 2025

Stacy Nettleton                                                           VIA EMAIL
White & Case LLP                                        stacy.nettleton@whitecase.com
1221 Avenue of the Americas
New York, NY  10020-1095

> Re:  *Local 272 Labor Management Pension Fund v. The Walt Disney Company, et al.,*
> No. 2:23-cv-03661-CBM (ASx) (C.D. Cal.)

Dear Stacy:

I write on behalf of Plaintiffs in the above-referenced action in response to your October 7, 2025 letter ("October 7 Letter") regarding search terms, custodians, and other discovery-related matters.[1]  As detailed below, Defendants' categorical refusal to engage in a meaningful discussion of Plaintiffs' proposed search terms and custodians violates their discovery obligations under the Federal Rules of Civil Procedure and the parties' ESI Agreement.  This letter serves as a final attempt to meet and confer on these issues before Plaintiffs seek judicial intervention.

## I.    Search Terms

Plaintiffs appreciate the minor modifications Defendants made to their proposed search terms, as set forth in Appendix A to your October 7 Letter.  However, those limited changes do not adequately capture documents responsive to Plaintiffs' document requests.  As we have repeatedly discussed, Defendants' proposal is critically deficient and fails to target key issues, time periods, and individuals central to Plaintiffs' claims.

As we discussed on several occasions, the Stipulated Electronic Discovery Agreement ("ESI Agreement") in this case expressly provides: "After receiving the proposed search terms, the receiving party shall provide any additional search terms that it believes are necessary to identify responsive documents."  ESI Agreement at 3.  Plaintiffs complied with this provision by proposing additional search terms on September 3 that Plaintiffs believed were necessary to identify responsive documents.  Plaintiffs then further refined their proposed search terms on September 19, 2025, by: a) proposing narrower search strings, b) limiting them, in many cases, to fewer than all custodians, and c) for shorter time periods.  You stated during our October 3, 2025 meet and confer,

---

[1]    Plaintiffs will respond separately to your October 7, 2025 letter regarding certain of Defendants' discovery requests to Plaintiffs.

**Robbins Geller
Rudman & Dowd** LLP

Stacy Nettleton
October 10, 2025
Page 2

and confirmed in your October 7 Letter, that Defendants are unwilling to run a single search proposed by Plaintiffs. This blanket refusal is untenable and contrary to law.

In an effort to reach a compromise and avoid burdening Magistrate Judge Sagar with unnecessary motion practice, and as a testament to our commitment to the principle of proportionality under Federal Rule of Civil Procedure 26(b)(1), since the parties' October 3 meet and confer, Plaintiffs have again undertaken serious efforts to refine and scale back their proposed search terms. As reflected in Plaintiffs' Appendix A (attached), Plaintiffs have: (a) condensed all proposed searches to no more than 450 characters; (b) eliminated 1,356 search terms; and (c) decreased the total number of searches from 2,977 to just 67 (a reduction of approximately 98%). Plaintiffs believe that their 67 proposed additional searches are narrowly tailored and necessary to identify responsive documents, and, as detailed in Appendix B ("Deficiencies in Defendants' Search Terms," attached), are tailored to address critical deficiencies and gaps in Defendants' search proposal. These 67 searches are not only relevant to Plaintiffs' claims, but they are also highly proportional to the needs of this case, considering Defendants' exclusive possession of the evidence and the importance of this discovery to resolving the central issues in this litigation.

Plaintiffs request, for each of the proposed searches in Appendix A, that Defendants provide a search term hit list or hit report after global de-duplication across all custodians, including a) the number of documents that hit on each term, b) the number of unique documents that hit only that term (documents that hit on a particular term and no other term on the list), c) the total number of documents returned using Plaintiffs' proposed search term list, with and without families, and d) the total number of unique documents captured by Plaintiffs' proposed searches in Plaintiffs' Appendix A that are not captured by Defendants' proposed searches. Please let us know by October 13, 2025, whether Defendants are willing to run Plaintiffs' proposed searches or, in the alternative, provide the requested hit report data.

If Defendants decline to run Plaintiffs' proposed searches or provide the information requested, Plaintiffs will move to compel pursuant to Local Civil Rule 37-2.

## II.    Document Custodians

During the parties' October 3 meet and confer, Defendants agreed to add only two (Susan Arnold and Rebecca Campbell) of Plaintiffs' 19 proposed additional custodians. For the reasons detailed in our September 19 letter, Plaintiffs continue to believe that their proposed additional custodians are highly likely to possess unique, non-cumulative, and responsive documents essential to this case. Plaintiffs intend to file a motion to compel on this issue pursuant to Civil Local Rule 37-2, but in an attempt to narrow the dispute, are evaluating the assertions in your October 7 letter to determine whether any of the 17 additional custodians can be removed from Plaintiffs' proposal.

4911-4179-0577.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Stacy Nettleton
October 10, 2025
Page 3


### III.     Short-Form Communications

Plaintiffs are evaluating the search terms proposed by Defendants for short-form communications and will provide any proposed revisions next week.  To the extent there is a dispute regarding search terms for short-form communications, we intend to raise it simultaneously with Plaintiffs' other disputes pursuant to Local Rule 37-2.

### IV.     Plaintiffs' Second Set of Request for Production of Documents

With respect to Plaintiffs' Second Set of Requests for Production of Documents to All Defendants, Plaintiffs do not intend to move to compel with respect to those requests at this time and reserve all rights to do so later.

We remain available for a meet-and-confer conference in an effort to resolve (or at least narrow) these disputed issues.  Please let us know your availability for a call next week.

Sincerely,

JESSICA T. SHINNEFIELD

JTS:tdv
Attachments

4911-4179-0577.v1

**PLAINTIFFS' APPENDIX A (October 10, 2025)**

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| **REQUEST FOR PRODUCTION NO. 1:** All documents and communications concerning the 2024 Disney+ Subscriber Target, including, but not limited to: (a) All documents and communications concerning persons, methods, and considerations involved in setting the 2024 Disney+ Subscriber Target, including, but not limited to, all underlying data, financial models, assumptions, and sensitivity analyses used or considered; (b) All documents and communications concerning internal assessments, analyses, forecasts, or discussions regarding Disney's projected ability, or lack thereof, to achieve the 2024 Disney+ Subscriber Target, including any risk assessments or expressions of concern; (c) All documents and communications concerning plans or methods for achieving the 2024 Disney+ Subscriber Target; (d) All documents and communications concerning Disney's forecasts or projections concerning the 2024 Disney+ Subscriber Target; (e) All documents and communications concerning Disney's progress toward the 2024 Disney+ Subscriber Target; and (f) All documents and communications concerning Disney's February 8, 2023 announcement to no longer provide 2024 Disney+ Subscriber Target guidance, including documents and communications related to that decision. | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>(("Disney+" OR "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*)<br><br>("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")<br><br>("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP)<br><br>("Disney+" OR "D+") AND subscri* AND churn* | | |
| | | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU) w/5 (target* OR goal* OR guid* OR objective* OR plan* OR milestone* OR forecast* OR project* OR number* OR grow* OR chas* OR low* OR decreas* OR modif* OR chang* OR alter* OR withdr*) | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (target* OR goal* OR guid* OR objective* OR plan* OR forecast* OR project* OR number* OR grow* OR low* OR decreas*) |
| | | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU) w/5 (trajector* OR "on track" OR "off track" OR behind OR ahead OR slip* OR delay* OR gap* OR reforecast* OR variance* OR bridg* OR driver* OR driving OR sensitivit* OR scenario* OR plan* OR milestone* OR target* OR goal* OR guidance OR objective* OR forecast* OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term" OR longterm) | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (trajector* OR "on track" OR behind OR gap* OR variance* OR bridg* OR driver* OR driving OR expect* OR grow* OR "long term" OR "long-term") |
| | | "230M" OR "260M" OR "230MM" OR "260MM" OR "230-260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245" | "230M" OR "260M" OR "230MM" OR "260MM" OR "230-260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245" |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR streaming OR "OTT" OR "over the top" OR "over*the*top") w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected OR decreas* OR modif* OR alter* OR withdr*) | ("Disney+" OR D+ OR "Disney Plus" ) w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected) |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR streaming OR "OTT" OR "over the top" OR "over-the-top") w/15 number* | |
| **REQUEST FOR PRODUCTION NO. 2:** All documents and communications concerning the 2024 Disney+ Profitability Target, including, but not limited to: (a) All documents and communications concerning persons, methods, and | ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| considerations involved in setting the 2024 Disney+ Profitability Target; <br> (b) All documents and communications concerning Disney's ability or inability to achieve the 2024 Disney+ Profitability Target; <br> (c) All documents and communications concerning plans or methods for achieving the 2024 Disney+ Profitability Target; <br> (d) All documents and communications concerning Disney's forecasts or projections concerning the 2024 Disney+ Profitability Target; <br> (e) All documents and communications concerning Disney's progress toward the 2024 Disney+ Profitability Target; and <br> (f) All documents and communications concerning Disney's decisions to reaffirm the 2024 Disney+ Profitability Target on its quarterly earnings calls. | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections] <br><br> ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*) <br><br> [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections] <br><br> (("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | | |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR "operating margin*" OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (trajector* OR "on track" OR "off track" OR behind OR ahead OR slip* OR delay* OR gap* OR reforecast* OR variance* OR bridg* OR driver* OR driving OR sensitivit* OR scenario* OR plan* OR milestone* OR target* OR goal* OR guidance OR objective* OR forecast* OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term" OR longterm) | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (trajector* OR "on track" OR gap* OR variance* OR bridg* OR driver* OR driving OR OR guidance OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term") |
| | | peak* w/5 loss* | peak* w/5 loss* |
| **REQUEST FOR PRODUCTION NO. 3:** <br> All documents and communications concerning Disney+ subscriber numbers or growth, including, but not limited to: <br> (a) All documents and communications concerning the reasons for or drivers of Disney+ subscriber numbers or growth; <br> (b) All documents and communications concerning the monitoring, tracking, estimating, or forecasting of Disney+ | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 <br><br> (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) <br><br> ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") <br><br> ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) <br><br> ("Disney+" OR "D+") AND subscri* AND churn* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| subscriber numbers or growth;<br>(c) All documents and communications concerning investors' or financial analysts' expectations regarding or reactions to Disney+ subscriber numbers or growth; | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (monitor* OR track* OR KPI* OR metric* OR dashboard* OR "score-card" OR scorecard*) | ("Disney+" OR D+ OR "Disney Plus") w/15 (KPI* OR metric* OR dashboard* OR scorecard*) |
| (d) All documents and communications concerning Disney's internal short-term (e.g., monthly or quarterly) or long-term (e.g., annual or multi-year) Disney+ subscriber goals, targets, and projections, including, but not limited to, internal dashboards, tracking reports, or scorecards provided to or reviewed by any Executive Officer and any such goals, targets, or projections that differed from those publicly disclosed;<br>(e) All documents and communications concerning plans for achieving external expectations or Disney's internal short-term (e.g., monthly or quarterly) or long-term (e.g., annual or multi-year) goals, targets, or projections regarding Disney+ subscriber numbers or growth; and<br>(f) All documents and communications concerning the sustainability or quality of Disney+ subscriber numbers or growth. | | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU) AND (trajector* OR "on track" OR "off track" OR behind OR ahead OR slip* OR delay* OR gap* OR reforecast* OR variance* OR bridg* OR driver* OR driving OR sensitivit* OR scenario* OR plan* OR milestone* OR target* OR goal* OR guidance OR objective* OR forecast* OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term" OR longterm) w/10 (LRP OR "long-range" OR longrange OR "long range" OR FYP OR "five year" OR "five-year" OR "5 yr" OR "5 year" OR "5YP" OR "5-year" OR "5-yr") | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber* OR member* OR account* OR user*) w/10 (LRP OR "long-range" OR "long range" OR "five year" OR "five-year" OR "5 yr" OR "5 year" OR "five-year") |
| **REQUEST FOR PRODUCTION NO. 4:**<br>All documents and communications concerning any iteration of the Five-Year Plan. | ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | | |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 (guid* OR milestone* OR LRP OR "long-range" OR longrange OR "long range" OR FYP OR "five year" OR "five-year" OR "5 yr" OR "5 year" OR "5YP") | NO SEPARATE SEARCH |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 goal* | |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 target* | |
| **REQUEST FOR PRODUCTION NO. 5:**<br>All documents and communications concerning the DMED Reorganization, including, but not limited to:<br>(a) All documents and communications concerning the decision to implement the | [Chapek, Daniel, McCarthy, Lindbom; all non-custodial collections]<br><br>"Disney Media and Entertainment Distribution" OR "DMED" OR reorg* OR ("intersegment transfer" W/10 pric*) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| DMED Reorganization;<br>(b) All documents and communications concerning the organizational and reporting structure changes associated with the DMED Reorganization;<br>(c) All documents and communications concerning the decision to change the financial reporting structure, including eliminating intersegment transfer pricing, as part of the DMED Reorganization;<br>(d) All documents analyzing or quantifying the impact of the change of the financial reporting structure on reported segment profitability, comparability with prior period financial results, and on Disney+ specific financial metrics;<br>(e) All documents and communications concerning Disney executives' and employees' reactions to and opinions of the DMED Reorganization; and<br>(f) All documents and communications concerning the purpose(s) and effect(s) of the DMED Reorganization. | [Chapek, Daniel, Lindbom; all non-custodial collections]<br><br>DMED AND ((Daniel W/25 (appoint* OR hir* OR employ* OR term* OR condition*)) | [parent emails only]<br><br>"DMED" | [parent emails only]<br><br>"DMED" |
| **REQUEST FOR PRODUCTION NO. 6:**<br>All documents and communications concerning the appointment of Daniel as Chairman of DMED, including, but not limited to:<br>(a) All documents and communications concerning the reasons for the appointment;<br>(b) All documents and communications concerning any disagreement, dissention, resistance, argument, dispute, or opposition from Disney personnel about the appointment, either before it happened or afterward;<br>(c) All documents and communications concerning the terms and conditions of the appointment; and<br>(d) All documents and communications concerning the decision-making process for the appointment. | [Chapek, Daniel, McCarthy, Lindbom; all non-custodial collections]<br><br>"Disney Media and Entertainment Distribution" OR "DMED" OR reorg* OR ("intersegment transfer" W/10 pric*)<br>[Chapek, Daniel, Lindbom; all non-custodial collections]<br><br>DMED AND ((Daniel W/25 (appoint* OR hir* OR employ* OR term* OR condition*)) | (Daniel* OR Kareem* OR Karim*) w/25 (appoint* OR hire* OR hiring OR employ* OR lead* OR head* OR DMED OR reorg* OR chair* OR pick* OR select* OR role* OR restructur* OR qualif* OR unqualif* OR run* OR ran OR experience* OR control* OR distribut* OR studio* OR content OR stream* OR deci* OR creativ* OR monetiz* OR power* OR lack* OR poor* OR insufficient* OR sufficient* OR inadequate* OR flaw* OR weak* OR promot* OR popular OR unpopular) | (Daniel* OR Kareem* OR Karim*) w/25 (appoint* OR hire* OR hiring OR lead* OR head* OR chair* OR role* OR restructur* OR qualif* OR unqualif* OR experience* OR poor* OR insufficient* OR inadequate* OR popular OR unpopular) |
| **REQUEST FOR PRODUCTION NO. 7:**<br>All documents and communications concerning Disney+ subscriber churn, including, but not limited to:<br>(a) All documents and communications concerning the causes of or reasons for changes in Disney+ subscriber churn rates;<br>(b) All documents and communications concerning analyses of churn rates broken | ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")<br><br>("Disney+" OR "D+") AND subscri* AND churn* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| down by subscriber cohort, including, but not limited to, subscribers acquired via promotional offers, specific Third-Party Partnerships, various international markets, and specific content-driven sign-ups; (c) All documents and communications concerning the causes of or reasons for Disney+ subscriber churn; (d) All documents and communications concerning plans or attempts to reduce Disney+ subscriber churn rates; (e) All documents and communications concerning internal dashboards, regular reports, and presentations concerning churn that were provided to, reviewed by, or discussed by any Executive Officer, including any documents referring to Disney+ churn as a "leaky bucket" or similar terminology indicating concern; (f) All documents and communications monitoring, tracking, estimating, or forecasting Disney+ subscriber churn rates; and (g) All documents and communications concerning the impact of Third-Party Partnerships on Disney+ subscriber churn rates. | | Churn*<br><br>(leak* or hole*) w/5 bucket<br><br>Funnel*AND (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU)<br><br>(("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU) AND (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engage* OR "active user*" OR "watch time*" OR "session duration*" OR "completion rate*" OR "low quality" OR inorganic OR organic) | Churn*<br><br>(leak* or hole*) w/5 bucket<br><br><br><br>("Disney+" OR D+ OR "Disney Plus") w/30 (sub OR subs OR subscriber*) w/30 (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engag* OR "active user*" OR "low quality" OR inorganic OR organic OR funnel) |
| **REQUEST FOR PRODUCTION NO. 8:** All documents and communications concerning the distribution of Disney+ content on other distribution platforms, including linear cable networks, movie theaters, and pay-per-view platforms, including, but not limited to: (a) All documents and communications concerning the decision to release feature films on Disney+ before or in lieu of other distribution platforms (such as theaters or pay-per-view platforms); (b) All documents and communications concerning the financial effect(s) and impacts on subscriber counts of releasing feature films on Disney+ before or in lieu of | ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer")AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view))<br><br>("Disney+" OR "D+") AND window* AND (45 OR 90 OR forty*five OR ninety) [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| other distribution platforms (such as theaters or pay-per-view platforms);<br>(c) All documents and communications concerning the decision to debut Disney+ content on other distribution platforms (such as linear cable networks) immediately prior to releasing the content on Disney+. These documents include, but are not limited to, internal policies, guidelines, or communications discussing this specific cost allocation strategy, and any documents reflecting McCarthy's alleged concerns or criticisms of this practice; and<br>(d) All documents and communications concerning the financial impacts of debuting Disney+ content on other distribution platforms (such as linear cable networks) immediately prior to releasing the content on Disney+, including the impact on the allocation of content and marketing costs across the various distribution platforms. These documents include, but are not limited to, internal policies, guidelines, or communications discussing this specific cost allocation strategy, and any documents reflecting McCarthy's concerns or criticisms of this practice. | | (linear* OR broadcast* OR network OR cable OR theat* OR allocat* OR shift* OR reclassif* OR reassign* OR move OR capitaliz* OR intersegment OR markup* OR channel* OR division* OR debut* OR distribut* OR allot* OR greenlight* OR greenlit* OR "green*light") w/25 ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) | (linear* OR network OR cable OR theat* OR capitaliz* OR intersegment OR markup* OR channel*) w/25 ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) |
| | | (cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR reassign* OR move* OR moving) | (cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR move* OR moving) |
| **REQUEST FOR PRODUCTION NO. 9:**<br>All documents and communications concerning Disney+ content costs or content budgets, including, but not limited to:<br>(a) All documents and communications concerning persons, methods, and considerations involved in setting, approving, or adjusting budgets for Disney+ content costs; and<br>(b) All documents and communications concerning monitoring, tracking, accounting for, estimating, or forecasting Disney+ content costs or spending related to DTC or Disney+. | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer]<br><br>("Disney+" OR "D+") AND content AND (cost* OR budget)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).]<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (content w/10 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l")) | ("Disney+" OR D+ OR "Disney Plus" OR stream*) w/15 content w/15 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l") |
| **REQUEST FOR PRODUCTION NO. 10:** All documents and communications concerning Disney's policies, practices,and procedures related to accounting for Disney+ content costs, including, but notlimited to: (a) All documents and communications concerning the amortization of Disney+ content costs; and (b) All documents and communications concerning the allocation of costs across different distribution platforms and lines of business. | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer]<br><br>("Disney+" OR "D+") AND content AND (cost* OR budget)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).]<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |
| | | Same as RFP No. 9 | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 11:** All documents and communications concerning Disney+ and DTC operating losses, including, but not limited to: (a) All documents and communications concerning monitoring, tracking, accounting for, estimating, or forecasting Disney+ and DTC operating losses; (b) All documents and communications concerning underlying data, financial models, assumptions, and sensitivity analyses provided to or reviewed by any Executive Officer quantifying, estimating, or forecasting Disney+ and DTC operating losses; (c) All documents and communications concerning efforts to reduce or minimize Disney+ and DTC operating losses; (d) All documents and communications | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*)<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND loss* AND "intersegment transfer pricing" | | |

7

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| concerning the causes or drivers of Disney+ and DTC operating losses; and (e) All documents and communications concerning the effect of eliminating Intersegment Transfer Pricing on Disney+ and DTC operating losses. | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (profit* OR loss* OR "operating margin*" OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) |
| **REQUEST FOR PRODUCTION NO. 12:** All documents and communications concerning Third-Party Partnerships,including, but not limited to: (a) All documents and communications concerning the decision tocategorize all Entitled Subscribers as Paid Subscribers. These documents include, butare not limited to, policy documents, accounting memos, or internal communicationsthat formalized or approved this definition and counting methodology; (b) All contracts or agreements with companies with which Disney entered into Third-Party Partnerships; (c) All documents and communications concerning the impact ofThird-Party Partnerships on Disney+ subscriber numbers; (d) All documents and communications concerning the effects ofThird-Party Partnerships on Disney+ or DTC profitability or financial results; and (e) All documents and communications concerning the number or rateof Disney+ subscribers that subscribed to Disney+ after their subscription or eligibilityobtained through any Third-Party Partnership ended. | [James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer")AND ((recognize* W/2 subscription W/2 revenue)) OR (third W/2 party W/2 partner)))<br><br>[James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (Verizon OR Amazon OR American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*)<br><br>[James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+") AND subscrib* AND (third* OR partner*) | | |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party OR "third party") w/5 (partner*OR promotion*)) | ("Disney+" OR D+ OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party OR "third party") w/5 (partner*OR promotion*)) OR (Hulu w/5 bundl*)) |
| | | ((sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* AND (member* OR account* OR user*)) OR MAU OR DAU) OR ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*)) w/25 (entitl* OR activat* OR guarant* OR wholesale OR bundl* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR ((paid or free) w/3 (sub OR subs OR subscriber*)) | (sub OR subs OR subscriber* OR "Disney+" OR D+ OR "Disney Plus") w/25 (entitl* OR activat* OR bundl* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR free OR discount*) |
| **REQUEST FOR PRODUCTION NO. 13:** All documents and communications | ("Disney+" OR "D+") AND ("Hulu* W/2 Live) AND subscri* | | |

8

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| concerning the decision to provide each Hulu+ Live TV subscriber with a free Disney+ subscription, including, but not limited to: (a) All documents and communications concerning the impact of the decision on Disney+ subscriber numbers; (b) All documents and communications concerning the internal rationale, financial modeling, and accounting treatment for this initiative; (c) All documents and communications concerning the impact of the decision on Disney+ or DTC profitability or financial results; and (d) All documents and communications concerning the decision to categorize each individual that received a free subscription as a Paid Subscriber. | | ("Disney+" OR "D+" OR "Disney Plus") AND Hulu* AND (COUNTING OR FIN OR SUBS OR CHURN) | ("Disney+" OR "D+" OR "Disney Plus") w/10 (Hulu* w/2 Live) |
| **REQUEST FOR PRODUCTION NO. 14:** All documents and communications concerning the profitability (or lack thereof) of each international market in which Disney+ launched, including, but not limited to: (a) All documents and communications concerning analyses, assessments, calculations, projections, or estimates of the profitability (or lack thereof) of each international market; (b) All documents and communications concerning the average revenue per user for each international market; (c) All documents and communications concerning the costs (including, but not limited to, costs associated with local content production, acquisition, and marketing) to launch and operate in each international market; and (d) All documents and communications concerning the effect of international market | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*)<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>(("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | | |

9

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| launches on Disney+ or DTC profitability or financial results. | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND ("new market*" OR "new territory*" or "new countr*" OR  OR "South Africa" OR Algeria OR Bahrain OR Egypt OR Iraq OR Jordan OR Kuwait OR Lebanon OR Libya OR Morocco OR Oman OR "Palestine Territories" OR Qatar OR "Saudi Arabia" OR Tunisia OR "United Arab Emirates" OR Yemen OR Albania OR Andorra OR Bosnia and Herzegovina OR Bulgaria OR Croatia OR "Czech Republic" OR Estonia OR Greece OR Hungary OR Kosovo OR Latvia OR Liechtenstein OR Lithuania OR Malta OR Montenegro OR "North Macedonia" OR Poland OR Romania OR "San Marino" OR Serbia OR Slovakia OR Slovenia OR Turkey OR "Vatican City" OR "Faroe Islands" OR "French Polynesia" OR "French Southern Territories" OR "St. Pierre and Miquelon" OR "Åland Islands" OR "Aland Islands" OR "Sint Maarten" OR "Svalbard & Jan Mayen" OR "Svalbard and Jan Mayen" OR "British Indian Ocean Territory" OR Gibraltar OR "Pitcairn Islands" OR "St Helena" OR "St. Helena" OR "Saint Helena" OR Israel) AND (profit* OR loss* OR "operating margin*" OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | ("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR launch* OR expand* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific) AND (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) |
| | | ("new market*" OR "new territory*" or "new countr*" OR  OR "South Africa" OR Algeria OR Bahrain OR Egypt OR Iraq OR Jordan OR Kuwait OR Lebanon OR Libya OR Morocco OR Oman OR "Palestine Territories" OR Qatar OR "Saudi Arabia" OR Tunisia OR "United Arab Emirates" OR Yemen OR Albania OR Andorra OR Bosnia and Herzegovina OR Bulgaria OR Croatia OR "Czech Republic" OR Estonia OR Greece OR Hungary OR Kosovo OR Latvia OR Liechtenstein OR Lithuania OR Malta OR Montenegro OR "North Macedonia" OR Poland OR Romania OR "San Marino" OR Serbia OR Slovakia OR Slovenia OR Turkey OR "Vatican City" OR "Faroe Islands" OR "French Polynesia" OR "French Southern Territories" OR "St. Pierre and Miquelon" OR "Åland Islands" OR "Aland Islands" OR "Sint Maarten" OR "Svalbard & Jan Mayen" OR "Svalbard and Jan Mayen" OR "British Indian Ocean Territory" OR Gibraltar OR "Pitcairn Islands" OR "St Helena" OR "St. Helena" OR "Saint Helena" OR Israel) OR (launch* OR ((sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU) OR("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*)) w/25 ((sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU) OR expand* OR "too fast" OR doubl* OR launch* OR withdr* OR enter* OR entry* OR entrance OR "roll* out" OR rollout OR underperform* OR perform*) | (("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific)) w/25 (sub*  OR launch* OR expand* OR "too fast" OR withdr* OR enter* OR entry* OR exit OR entrance OR "roll* out" OR rollout OR underperform*) |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | ("new market*" OR "new territor*" or "new countr*" OR  OR "South Africa" OR Algeria OR Bahrain OR Egypt OR Iraq OR Jordan OR Kuwait OR Lebanon OR Libya OR Morocco OR Oman OR "Palestine Territories" OR Qatar OR "Saudi Arabia" OR Tunisia OR "United Arab Emirates" OR Yemen OR Albania OR Andorra OR Bosnia and Herzegovina OR Bulgaria OR Croatia OR "Czech Republic" OR Estonia OR Greece OR Hungary OR Kosovo OR Latvia OR Liechtenstein OR Lithuania OR Malta OR Montenegro OR "North Macedonia" OR Poland OR Romania OR "San Marino" OR Serbia OR Slovakia OR Slovenia OR Turkey OR "Vatican City" OR "Faroe Islands" OR "French Polynesia" OR "French Southern Territories" OR "St. Pierre and Miquelon" OR "Åland Islands" OR "Aland Islands" OR "Sint Maarten" OR "Svalbard & Jan Mayen" OR "Svalbard and Jan Mayen" OR "British Indian Ocean Territory" OR Gibraltar OR "Pitcairn Islands" OR "St Helena" OR "St. Helena" OR "Saint Helena" OR Israel) OR (launch* OR ((sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* AND (member* OR account* OR user*)) OR MAU OR DAU) OR ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*))) w/25 (international OR foreign OR world OR global* OR local* OR region*)) w/25 (profit* OR unprofit*) | |
| **REQUEST FOR PRODUCTION NO. 15:** All documents and communications concerning the decisions to launch Disney+ in various international markets, including, but not limited to, analyses, assessments, calculations, projections, or estimates of the impact on Disney+ subscriber counts associated with launching in each international market. | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>((("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | | |
| | | Same as RFP No. 14 | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 16:** All documents and communications | ("Disney+" OR "D+") AND content AND subscri* AND perform* | | |

11

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| concerning monitoring or tracking of Disney+ content performance, including, but not limited to:<br>(a) All documents and communications concerning data related to Disney+ content performance (including as discussed in Complaint, ¶32);<br>(b) All documents and communications tracking, monitoring, or estimating content performance;<br>(c) All documents and communications concerning decisions to remove content from Disney+, including underperforming content; and<br>(d) All documents and communications concerning decisions not to remove or to delay the removal of underperforming content during the Class Period, or any internal analyses that suggested that such underperforming content was not driving subscriber acquisition or retention. | ("Disney+" OR "D+") AND (content W/25 (subscri* AND delay* AND remov*) | [Streaming Custodians only]<br><br>(show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR view* OR traffic OR KPI OR series OR feature* OR luca OR "turning red" OR soul) AND (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engage* OR "active user*" OR "watch time*" OR "session duration*" OR "completion rate*" OR "low quality" OR inorganic OR organic)<br><br>[Chapek, McCarthy, Daniel, Iger, Mucha, Schake]<br><br>("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR view* OR traffic OR KPI OR series OR feature* OR luca OR "turning red" OR soul) AND (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engage* OR "active user*" OR "watch time*" OR "session duration*" OR "completion rate*" OR "low quality" OR inorganic OR organic) | [Streaming Custodians only][1]<br><br>(show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR underperform* OR perform* OR view* OR cohort* OR engage* OR "active user*" OR "active user*" OR drove or download* OR signup* OR sign-up*)<br><br>[Chapek, McCarthy, Daniel, Iger, Mucha, Schake]<br><br>("Disney+" OR D+ OR "Disney Plus") AND (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR *perform* OR view* OR cohort* OR engage* OR "active user*" OR drove or download* OR signup* OR sign-up*) |

[1]    Unless otherwise stated, all search terms shall be run across all custodians for the agreed-upon time period (January 1, 2020 through August 31, 2023).

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | ("The Big Shot" OR "Turner & Hooch" OR "The Mysterious Benedict Society" OR "Willow" OR "Willow: Behind the Magic" OR "Diary of a Future President" OR "Just Beyond" OR "The World According to Jeff Goldblum" OR "Marvel's Hero Project" OR "The Right Stuff" OR "The Real Right Stuff" OR "Cheaper by the Dozen" OR "The One and Only Ivan" OR "Stargirl" OR "Hollywood Stargirl" OR "Flora and Ulysses" OR "Encore!" OR "Black Beauty" OR "Clouds" OR "America the Beautiful" OR "Better Nate Than Never" OR "Weird But True" OR "Timmy Failure" OR "Be Our Chef" OR "Earth to Ned" OR "Foodtastic" OR "Stuntman" OR "Disney Fairytale Weddings" OR "Wolfgang" OR "It's a Dog's Life with Bill Farmer" OR "The Big Fib" OR "Rogue Trip" OR "More Than Robots" OR "Shop Class" OR "Pick of the Litter" OR "Own the Room" OR "Among the Stars" OR "Family Reboot" OR "Pentatonix: Around the World for the Holidays" OR "Beyond Infinity: Buzz and the Journey to Lightyear" OR "Chasing Waves" OR "The Chorus: Success, Here I Go!" OR "The Hip Hop Nutcracker!" OR "It's All Right!" OR "Low Tone Club" OR "Magic Camp" OR "Marvel 616" OR "On Pointe" OR "Prop Culture" OR "Super/Natural" OR "Crater" OR "Best in Snow" OR "The Quest") w/25 (withdr* OR remov* OR delay* OR cancel* OR perform* OR underperform* OR perform* OR cut* OR track* OR monitor* or impair* OR quality* OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU)) | (show* OR movie* OR program* OR title* OR content OR series OR feature) w/25 (remov* OR cancel* OR replac* OR cut* OR track* OR monitor* or impair* OR quality* OR "write-off" OR "one-time" charge OR (save w/5 (cost* OR expense)) |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (withdr* OR remov* OR delay* OR cancel* OR perform* OR underperform* OR cut*) | |
| **REQUEST FOR PRODUCTION NO. 19:** All documents, including all drafts, and all communications concerning the preparation, content, review process, and submission of Disney's SEC filings, including, but not limited to, all drafts, internal communications, and preparatory materials. | [Veda Kong, Nathan Harris]<br><br>("Disney+" OR "D+" OR DTC OR "direct-toconsumer" OR "DMED" OR ("Iger" /s ("CEO" or rehir*)) OR ("Chapek /s fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).] | | |
| | | [Chapek, Daniel, McCarthy, and Iger only]<br><br>("SEC" OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX OR Sarbanes) | "SEC" OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX OR Sarbanes |
| | | cert OR certs OR certif* | (cert OR certs OR certif*) w/10 (sub OR 302 OR revenue) |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | [Parent emails only]<br><br>(cert OR certs OR certif*OR SOX) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR filing*) | |
| **REQUEST FOR PRODUCTION NO. 20:** All documents and communications concerning any communications, conference calls, presentations, or meetings with any Disney shareholders, financial analysts, institutional investors, financial publications, news reporters, journalists, or investment bankers, including, but not limited to, any scripts, drafts, transcripts, notes, edits, comments, preparatory materials, talking points, and anticipated questions and answers. | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 <br><br>("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 <br><br>(("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) <br><br>("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") <br><br>("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) <br><br>("Disney+" OR "D+") AND subscri* AND churn* <br><br>("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) <br><br>("Disney+" OR "D+") AND window* AND (45 OR 90 OR forty*five OR ninety) <br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections] <br><br>("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* <br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer] <br><br>("Disney+" OR "D+") AND content AND (cost* OR budget) <br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).] | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer")AND loss* AND "intersegment transfer pricing" | | |
| | [James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND ((recognize* W/2 subscription W/2 revenue)) OR (third W/2 party W/2 partner))) | | |
| | [James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (Verizon OR Amazon OR American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*) | | |
| | [James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+") AND subscrib* AND (third* OR partner*) | | |
| | ("Disney+" OR "D+") AND ("Hulu* W/2 Live) AND subscri* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>(("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | | |
| | ("Disney+" OR "D+") AND content AND subscri* AND perform* | | |
| | ("Disney+" OR "D+") AND (content W/25 (subscri* AND delay* AND remov*) | | |
| | [Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>earn* AND call AND quarter* | | |
| | [Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>(earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | | |
| | | [all custodians, Investor Relations – Shared Drives, Boardvantage, and IR Insights]<br><br>((earning* OR investor* OR analyst* OR shareholder*) W/15 ("talking point*" OR script* OR "Q&A*" OR bullets OR prep* OR brief* OR deck* OR note* OR rehearsal* OR mock OR call* OR question* OR slide* OR present* OR prepar* OR pitch* OR meet* OR discuss* OR confer* OR practice* OR "hot topic*" OR concern* OR story OR stories OR narrative* OR publi* OR news OR journal* OR report* OR edit* OR comment* OR script* OR draft* OR answer* OR expect* OR forecast* OR project* OR target* OR guid* OR estimat*)) | (earning* OR investor* OR analyst* ) w/15 ("talking point*" OR script* OR "Q&A*" OR bullets OR prep* OR brief* OR deck* OR note* OR rehearsal* OR mock OR call* OR question* OR slide* OR present* OR prepar* OR meet* OR discuss* OR "hot topic*" OR concern* OR story OR narrative* OR publi* OR news OR report* OR edit* OR comment* OR draft* OR answer* OR expect* OR forecast* OR project* OR target* OR guid* OR estimat*)) |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | [IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights]<br><br>("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) | [IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights]<br><br>("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR subs OR subscriber*) |
| **REQUEST FOR PRODUCTION NO. 21:** All documents and communications concerning Disney's quarterly earnings conference calls, including, but not limited to, any scripts, transcripts, notes, comments, preparatory materials, talking points, anticipated questions and answers, and communications with analysts before or after the conference call. | [Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>earn* AND call AND quarter*<br><br>[Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>(earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | | |
| | | | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 22:** All documents and communications concerning any meeting of Disney's Board of Directors (whether informal or formal and including meetings of any committee or subcommittee thereof) during which the subject matter of any allegation in the Complaint was discussed, including board packages, financial closing packages, meeting minutes, exhibits, agendas, memoranda, resolutions (whether adopted or discussed), notes, reports, and presentations, as well as all documents and communications concerning any action of Disney's Board of Directors by written consent. This request includes, but is not limited to, all deliberations and information provided to Disney's Board of Directors concerning Disney+ strategy, subscriber targets, financial performance, content spending, churn, international expansion risks, and executive oversight of these areas. This request also includes, but is not limited to, all materials, reports, and presentations provided to Disney's Board of Directors or any of its committees by, or at the direction of, any Executive Officer concerning any of the topics listed in Request for Production No. 17 of these requests. | [Chapek, Iger, McCarthy, Daniel, Jolene Negre; Boardvantage]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND "board" AND meet* | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR DMED OR "Disney Media & Entertainment") AND (board* OR BOD OR (committ* w/5 (audit* OR comp* OR govern* OR nomin*))<br><br>[Streaming Custodians only]<br><br>((board OR BOD OR "audit committee*") W/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*)) | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR DMED OR "Disney Media & Entertainment") AND (board* OR BOD OR (committ* w/5 (audit* OR comp* OR govern* OR nomin*)))<br><br>[Streaming Custodians only]<br><br>((board OR BOD OR "audit committee*") w/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*)) |
| **REQUEST FOR PRODUCTION NO. 23:** All documents and communications concerning Chapek's June 2022 | [Chapek, Negre, Arnold; Boardvantage]<br><br>contract AND renew* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| contractrenewal, including, but not limited to:<br>(a) All documents and communications concerning assessments,evaluations, reviews, analyses, or considerations related to the decision to renewChapek's contract;<br>(b) All Board of Directors materials, minutes, and communications(including, but not limited to, any informal discussions among directors) related to theevaluation process and the decision to renew Chapek's contract;<br>(c) All documents and communications concerning any meeting(formal or informal) concerning Chapek's employment performance or the decision to renew his contract;<br>(d) All documents and communications concerning the terms of Chapek's renewed contract; and<br>(e) All documents and communications regarding any disagreement, dissention, resistance, argument, dispute, or opposition related to Chapek's contractrenewal. | | [Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom]<br>[time period: Jan. 1, 2022 – Dec. 1., 2022]<br><br>(Chapek OR Bob) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot* OR term*) | [Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom]<br>[time period: Jan. 1, 2022 – Dec. 1., 2022]<br><br>(Chapek OR Bob) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot*) |
| | | [Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom]<br>[time period: Dec. 1, 2020 – Dec. 1, 2022]<br><br>(Chapek OR Bob) w/20 (fire* OR firing) | [Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom]<br>[time period: Dec. 1, 2020 – Dec. 1, 2022]<br><br>(Chapek OR Bob) w/20 (fire* OR firing) |
| | | [Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom]<br><br>(Chapek OR Bob) w/20 CEO | |
| | | [Chapek only]<br><br>contract AND (renew* OR negotiat* OR exten* OR modif* OR chang* OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*) | [Chapek only]<br><br>contract AND (renew* OR renegotiat* OR negotiat* OR exten* OR modif* OR chang* OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*) |
| | | [Chapek only]<br><br>Contract* AND term* | [Chapek only]<br><br>Contract* AND term* |
| **REQUEST FOR PRODUCTION NO. 24:**<br>All documents and communications concerning Chapek's or Daniel's management or leadership style or tone, including, but not limited to, any formal or informal complaints related to Chapek's or Daniel's management or leadership style or tone. | [Forensic; Investigations Team; Rocket D3 Files; Management Audit; Group Drive]<br><br>(("Disney+" OR "D+") AND (subscri* OR finan* cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decisionmaking")) | | |
| | | (Kareem OR Karim OR Daniel* OR Chapek OR Bob) AND ("mean girl*" OR "Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR qualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless*) | (Kareem OR Karim OR Daniel* OR Chapek OR Bob) w/20 ("mean girl*" OR "Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless* OR pressur*) |

18

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | Kareem OR Karim OR Daniel* OR Chapek OR Bob) AND pressure* | |
| **REQUEST FOR PRODUCTION NO. 25:** All documents and communications concerning any assessments, evaluations, reviews, or analyses of Chapek's, McCarthy's, or Daniel's employment performance. | | Targeted search only | Targeted search only |
| **REQUEST FOR PRODUCTION NO. 26:** All documents and communications concerning any Executive Officer's impressions of or opinions about Chapek's or Daniel's performance, management style, or decision-making. | [Forensic; Investigations Team; Rocket D3 Files; Management Audit; Group Drive]<br><br>(("Disney+" OR "D+") AND (subscri* OR finan* cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decisionmaking")) | | |
| | | Same as RFP No. 24 | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 27:** All documents and communications concerning all compensation that each Executive Officer received or was eligible to receive from Disney, including, but notlimited to: | [Chapek, Daniel, McCarthy, Iger; Boardvantage]<br><br>("Disney+" OR "D+") AND subscri* AND perform* AND (bonus* OR equity OR salar*) AND compens* | | |
| (a) All documents and communications concerning all components of the Executive Officers' compensation, including salaries, bonuses, and equity-based incentive compensation;<br>(b) All documents and communications detailing how performance metrics, including Disney+ subscriber growth, were tied to annual bonuses and equity awards for the Executive Officers;<br>© All documents and communications concerning any changes in compensation; | | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (compensat* OR pay* OR salar* OR severance OR *base* OR cash* OR eligib* OR equit* OR inequit* OR perform* OR "RSU*" OR "PBU*" OR KPI* OR variab* OR fix* OR claw* OR price OR earning* OR grant* OR target* OR goal* OR vest* OR key OR defer* OR pension OR benefit* OR parachute* OR perk* OR proceed*) | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom]:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (compensat* OR pay* OR salar* OR severance OR base* OR cash* OR eligib* OR equit* OR inequit* OR perform* OR "RSU*" OR "PBU*" OR KPI* OR variab* OR fix* OR claw* OR price OR earning* OR grant* OR target* OR goal* OR vest* OR key OR defer* OR pension OR benefit* OR parachute* OR perk* OR proceed*) |
| (d) All documents and communications concerning compensation policies, terms, and agreements;<br>© All documents and communications concerning reviews, analyses, and considerations involved in determining variable compensation payout levels for each Executive Officer; | | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND stock* | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (stock* OR share* OR bonus* OR award* OR incentiv* OR option OR options) |
| (f) All documents and communications concerning benchmarking compensation against peer groups;<br>(g) All documents and communications concerning attempts to reduce or claw back any of the Executive Officers' compensation; and | | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND share* | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| (h) All documents and communications concerning any of the Executive Officers' severance packages, termination agreements, parachute payments, or any other negotiation or agreement regarding post-termination or post-resignation compensation. | | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>((Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND bonus* | |
| | | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND award* | |
| | | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND incentiv* | |
| | | [Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom:<br><br>(Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (option OR options) | |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI* OR claw* OR grant* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR proceeds | [Chapek, Daniel, McCarthy, and Iger]<br><br>Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI* OR claw* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR bonus* OR incentiv* OR equit* OR inequit* OR variab* |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Bonus* | |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Incentiv* | |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>equit* OR inequit* | |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Variab* | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| **REQUEST FOR PRODUCTION NO. 28:** All documents and communications concerning transactions in Disney securities by any Executive Officer, including, but not limited to: (a) All documents and communications concerning any awards, exercises, purchases, or sales of Disney securities by any Executive Officer; (b) All documents and communications concerning the adoption, modification, or termination of Rule 10b5-1 trading plans by the Executive Officers, along with all documents and communications concerning the establishment or execution of sales under such plans; and (c) All documents and communications concerning any of the Executive Officers' Rule 10b5-1 trading plans, including any modification, adoption, or cancellation of any plan. | [Chapek, Daniel, McCarthy; all non-custodial collections]<br><br>securit* AND (award OR exercise OR purchase OR sale) | | |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>"10b5*1" | [Chapek, Daniel, McCarthy, and Iger]<br><br>"10b5*1" OR "trading plan*" |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>"trading plan*" | |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Award* OR trade* OR trading OR vest* OR transact* OR purchas* OR bought OR buy* OR sell* OR sold OR hold* OR held OR execut*) w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR insider* OR adopt* OR broker*) | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Award* OR trade* OR trading OR vest* OR transact* OR purchas* OR bought OR buy* OR sell* OR sold OR hold* OR held OR execut*) w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR insider* OR adopt* OR broker*) |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 start* | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 start* |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Plan* OR exercis* OR award* OR sale* OR sell* OR trade* OR trading OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 creat* | [Chapek, Daniel, McCarthy, and Iger]<br><br>Plan* OR exercis* OR award* OR sale* OR sell* OR trade* OR trading OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 creat* |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 establish* | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 establish* |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 (option OR options OR optioned) | [Chapek, Daniel, McCarthy, and Iger]<br><br>(Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 (option OR options OR optioned) |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Plan* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | [Chapek, Daniel, McCarthy, and Iger]<br><br>Plan* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Exercis* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | [Chapek, Daniel, McCarthy, and Iger]<br><br>Exercis* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Sale* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | [Chapek, Daniel, McCarthy, and Iger]<br><br>Sale* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Sell* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | [Chapek, Daniel, McCarthy, and Iger]<br><br>Sell* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Buy* w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | [Chapek, Daniel, McCarthy, and Iger]<br><br>Buy* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) |
| | | [Chapek, Daniel, McCarthy, and Iger]<br><br>Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*)) | [Chapek, Daniel, McCarthy, and Iger]<br><br>Plan* w/10 (chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trade* OR trading* OR option*)) |
| **REQUEST FOR PRODUCTION NO. 29:** All documents and communications concerning the departure, resignation, or termination, of Chapek, McCarthy, Daniel, or Arthur Bochner, including, but not limited to, documents or communications detailing the reasons for these departures, including any separation agreements or internal announcements. | [Chapek, Daniel, McCarthy, Iger, Bochner; Boardvantage]<br><br>("Disney+" OR "D+") AND (depart* OR resign* OR terminat*) AND (Chapek OR McCarthy OR Daniel OR Bochner) | | |
| | | [Oct. 1, 2022 – May 31, 2023]<br><br>(Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing OR terminat* OR leav* OR canned OR dismiss* OR resign* OR sacked OR sack OR retir* OR (step* down) OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | [Oct. 1, 2022 – May 31, 2023]<br><br>(Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing OR terminat* OR leav* OR canned OR dismiss* OR resign* OR sacked OR sack OR retir* OR "step* down" OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | [Oct. 1, 2022 – May 31, 2023]<br><br>(Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing) | |
| | | [Oct. 1, 2022 – May 31, 2023]<br><br>(Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 leav* | |
| | | [Chapek, Daniel, McCarthy, Iger, and Bochner]<br>[Oct. 1, 2022 – May 31, 2023]<br><br>"separation agreement" OR retir* OR resign* OR severance OR terminat* OR "step* down" OR "for cause" OR "without cause" | [Chapek, Daniel, McCarthy, Iger, and Bochner]<br>[Oct. 1, 2022 – May 31, 2023]<br><br>"separation agreement" OR retir* OR resign* OR severance OR terminat* OR "step* down" OR "for cause" OR "without cause" |
| | | [Chapek, Daniel, McCarthy, Iger, and Bochner]<br>[Oct. 1, 2022 – May 31, 2023]<br><br>Fir* | |
| | | [Chapek, Daniel, McCarthy, Iger, and Bochner]<br>[Oct. 1, 2022 – May 31, 2023]<br><br>Leav* | |
| **REQUEST FOR PRODUCTION NO. 30:** All documents and communications concerning the decision to rehire Iger as Disney CEO in November 2022. | [McCarthy, Iger, Arnold; Boardvantage]<br><br>(Iger* OR Bob*) w/25 ("CEO" OR "Chief Executive Officer" OR "hire" OR "rehire" OR replac* OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* reinstat*) | | |
| | | [McCarthy, Iger, Walden, Bergman, Gutierrez, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom Boardvantage]<br>[Sept. 1, 2022 – Nov. 22, 2022]<br><br>(Iger* OR Bob*) w/25 (*hir* OR return* OR CEO OR "Chief Executive Officer" OR replac* OR "come back" OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR walk* OR meet* OR met OR talk* OR discuss* OR reinstat* OR call* OR Board* OR plan*) | [McCarthy, Iger, Walden, Bergman, Gutierrez, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom Boardvantage]<br>[Sept. 1, 2022 – Nov. 22, 2022]<br><br>(Iger* OR Bob*) w/25 (*hir* OR return* OR CEO OR "Chief Executive Officer" OR replac* OR "come back" OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR walk* OR meet* OR met OR talk* OR discuss* OR reinstat* OR call* OR Board* OR plan*) |
| | | [Iger]<br>[Sept. 1, 2022 – Nov. 22, 2022]<br><br>[Manually search Iger's personal and Disney email accounts and texts without search terms] | [Iger]<br>[Sept. 1, 2022 – Nov. 22, 2022]<br><br>[Manually search Iger's personal and Disney email accounts and texts without search terms] |

23

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| **REQUEST FOR PRODUCTION NO. 31:** All documents and communications concerning the accessibility of internal data regarding Disney+ or DTC, including, but not limited to: (a) All documents and communications concerning limited or restricted access to internal data; (b) All documents and communications demonstrating who had or did not have access to internal data; © All documents and communications concerning any requests for access to Disney+ or DTC operational or financial data by Disney employees or executives that were denied, restricted, or delayed, including the reasons provided for such denial, restriction, or delay; and (d) All documents and communications concerning policies, practices, and procedures regarding access to internal data. | | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (dashboard* OR data OR churn* OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*)AND (member* OR account* OR user*)) OR MAU OR DAU) OR Snowflake OR Databricks OR Tableau OR "Looker Studio")) w/15 (access* OR restrict* OR grant* OR lock* OR bar OR barred OR barring OR bars OR R internal* OR live* OR real-time OR "real time" OR polic* OR procedur* OR "cut* off" OR "cut off" OR reports@analytics.disneystreaming.com OR DEET.Tableau-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com) | (("Disney+" OR D+ OR "Disney Plus" OR DTC stream* OR sub OR subs OR subscriber*) w/15 (dashboard* OR data OR Snowflake OR Databricks OR Tableau OR "Looker Studio") w/15 (access* OR restrict* OR grant* OR lock* OR R internal* OR live* OR real-time OR "real time" OR polic* OR procedur* OR "cut* off" OR "cut off" OR reports@analytics.disneystreaming.com OR DEET.Tableau-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com) |
| **REQUEST FOR PRODUCTION NO. 32:** All documents and communications concerning meetings (formal or informal) with the Executive Officers regarding Disney's fourth quarter of 2022 ("4Q22") financial results, including, but not limited to: (a) The September 2022 meeting during which Chapek and McCarthy discussed Disney's 4Q22 financial results with Disney's Board of Directors (see Complaint, ¶364); (b) The meeting in Orlando, Florida during which Kristina Schake and Alexia Quadrani discussed Disney's 4Q22 financial results with Chapek (see Complaint, ¶365); and (c) The November 2022 meeting at Disney's New York offices during which Disney executives discussed Disney's 4Q22 results with Chapek (see Complaint, ¶365). | ("fourth quarter" w/4 2022) OR "4Q22" OR ("Q4" w/2 2022)) AND financ* | [Sept. 1, 2022 – Dec. 31, 2022]<br><br>("fourth quarter*" OR "4th" OR "Q4*" OR "4Q*" OR "FY*" OR "fiscal year*") w/20 (call* OR result* OR releas* OR loss* OR present* OR meet* OR met OR earn* OR financ* OR miss* OR consensus OR short OR below OR market OR markets OR Street* OR investor* OR shareholder* OR "executive session*")<br><br>[Sept. 1, 2022 – Dec. 31, 2022]<br><br>(Board* OR "BOD" OR Florida OR "New York" OR "NYC" OR Manhattan OR Orlando OR retreat* OR strateg*) w/20 (meet* OR met OR present* OR preliminar* OR executiv* OR deck* OR financ* OR earn* OR miss* OR short OR consensus OR below OR market* OR Street* OR investor* OR shareholder* OR blam* OR surpris*) | [Sept. 1, 2022 – Dec. 31, 2022]<br><br>("fourth quarter*" OR OR "Q4*" OR "4Q*" OR "FY*" OR "fiscal year*") w/20 (call* OR result* OR releas* OR loss* OR present* OR meet* OR met OR earn* OR financ* OR miss* OR consensus OR short OR below OR market OR Street* OR investor* OR shareholder* OR "executive session*")<br><br>[Sept. 1, 2022 – Dec. 31, 2022]<br><br>(Board* OR "BOD" OR Florida OR "New York" OR "NYC" OR Manhattan OR Orlando OR retreat* OR strateg*) w/20 (meet* OR met OR present* OR preliminar* OR executiv* OR deck* OR financ* OR earn* OR miss* OR short OR consensus OR below OR market* OR Street* OR investor* OR shareholder* OR blam* OR surpris*) |
| **REQUEST FOR PRODUCTION NO. 33:** All documents and communications concerning the decision to unwind DMED that Iger announced during Disney's | DMED AND unwind AND Iger<br>("Disney+' OR "D+") OR DMED AND (earn* /5 call) AND Iger AND subscri*<br>DMED AND (mistake* OR divide) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| February 8, 2023 earnings call, including, but not limited to:<br>(a) All documents and communications concerning all information considered when deciding to unwind DMED; | ("Disney+" OR "D+" OR DTC OR "direct-toconsumer") AND (cost* /5 cut*) AND (earn* /5 call) AND Iger AND billion AND subscri*<br><br>("Disney+" OR "D+"OR DTC OR "direct-toconsumer") AND (subscrip* OR (operat* / 3 loss*) OR result*) | | |
| (b) All documents and communications concerning any criticism of DMED or the need to unwind DMED; and<br>(c) All documents and communications concerning the purpose, reason(s), or effect of unwinding DMED. These documents include, but are not limited to, explicit or implicit admissions about the flaws, inefficiencies, or detrimental effects of the original DMED reorganization and any documents reflecting Iger's statements that the DMED reorganization "was a mistake" or "created a huge divide." | | [parent emails only]<br><br>DMED* OR "Media and Entertainment" OR "Media & Entertainment" OR restructur* OR reorg* | [parent emails only]<br><br>DMED* OR "Media and Entertainment" OR "Media & Entertainment" OR restructur* OR reorg* |
| **REQUEST FOR PRODUCTION NO. 34:**<br>All documents and communications concerning the $5.5 billion cost-cutting initiative that Iger announced during Disney's February 8, 2023 earnings call, including, but not limited to:<br>(a) All documents and communications concerning all information considered when deciding to implement the $5.5 billion cost-cutting initiative;<br>(b) All documents and communications concerning any criticism or concern about Disney's costs; and<br>(c) All documents and communications concerning the purpose(s) and effect(s) of the $5.5 billion cost-cutting initiative. | DMED AND unwind AND Iger<br>("Disney+' OR "D+") AND DMED AND (earn* /5 call) AND Iger AND subscri*<br>("Disney+" OR "D+") AND DMED AND (mistake* OR divide)<br><br>[Iger, McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>(cost* /5 cut*)<br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost* /5 cut*) AND (earn* /5 call) AND Iger AND billion AND subscri*<br>("Disney+" OR "D+"OR DTC OR "direct-to-consumer") AND (subscrip* OR (operat* / 3 loss*) OR result*) | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR initiativ* OR plan*)) w/15 (cut* OR decreas* OR lower* OR reduc* OR minimiz* OR eliminat* OR "writ* off" OR write*off OR rationaliz* OR reset* OR releas*) w/15 (cost* OR expens* OR spen* OR (profit* OR loss* OR "operating margin*" OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) OR job*) | ("Disney+" OR D+ OR "Disney Plus" DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR initiativ* OR plan*) w/15 (cut* OR decreas* OR lower* OR reduc* OR minimiz* OR eliminat* OR "writ* off" OR write*off OR rationaliz* OR reset* OR releas*) w/15 (cost* OR expens* OR profit* OR loss* OR margin*" OR unprofitab* OR income OR "break-even" OR "break* even" OR job*) |
| **REQUEST FOR PRODUCTION NO. 35:**<br>All documents and communications concerning Disney's share price, market capitalization, number of shareholders, volume of shares traded, and stock price movements. | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost* /5 cut*) AND (earn* /5 call) AND Iger AND billion AND subscri*<br>("Disney+" OR "D+"OR DTC OR "direct-to-consumer") AND (subscrip* OR (operat* / 3 loss*) OR result*)<br><br>[Chapek, Daniel, McCarthy; all non-custodial collections]<br><br>(stock W/5 price) AND (move* OR declin* OR increase* OR chang*)<br>("Disney+" OR "D+") AND stock AND subscri* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | "disclosure" AND stock AND (effect* OR impact* OR cause*) | | |
| | "disclosure" AND stock AND (effect* OR impact* OR cause*) | | |
| | "disclosure" AND stock AND (effect* OR impact* OR cause*) | | |
| | | [Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage]<br><br>(stock* OR share* OR DIS OR market* OR securit*) w/10 (mov* OR declin* OR increas* OR chang* OR up OR down* OR fall* OR plummet* OR shoot* OR price* OR cap* OR volume OR fell OR decreas* OR drop* OR reduc* OR weak* OR soft* OR impact* OR low* OR target* OR goal* OR consensus OR rais* OR ris* OR drive* OR loss* OR lose* OR caus* OR upgrad* OR downgrad* OR shot) | [Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage]<br><br>(stock* OR shares OR "share price" OR DIS OR securit*) w/10 (mov* OR declin* OR increas* OR chang* OR up OR down* OR fall* OR plummet* OR shoot* OR price* OR cap OR capital OR volume OR fell OR fall* OR decreas* OR drop* OR reduc* OR weak* OR soft* OR impact* OR low* OR target* OR goal* OR consensus OR rais* OR ris* OR drive* OR loss* OR lose* OR caus* OR upgrad* OR downgrad* OR shot) |
| | | [Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage]<br><br>(market* OR analyst* OR Street* OR investor* OR shareholder*) w/10 (react* OR disappoint* OR messag* OR surpris* OR concern* OR worr* OR shock* OR downgrad* OR lower* OR rating* OR reduc* OR fail* OR critic* OR miss*) | [Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage]<br><br>(market* OR analyst* OR Street* OR investor* OR shareholder*) w/10 (react* OR disappoint* OR messag* OR surpris* OR concern* OR worr* OR shock* OR downgrad* OR lower* OR rating* OR reduc* OR fail* OR critic* OR miss*) |
| **REQUEST FOR PRODUCTION NO. 36:** All documents and communications concerning the possible or actual factors or reasons that led to any change in the price of Disney common stock. | [Chapek, Daniel, McCarthy; all non-custodial collections]<br><br>(stock W/5 price) AND (move* OR declin* OR increase* OR chang*)<br>("Disney+" OR "D+") AND stock AND subscri*<br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br>"disclosure" AND stock AND (effect* OR impact* OR cause*) | | |
| | | N/A | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 37:** All documents and communications concerning Disney's public disclosures on November 10, 2021, November 8, 2022, and May 10, 2023, including, but not limited to, the impact of these disclosures on Disney's stock price. | ("Disney+" OR "D+") AND stock AND subscri*<br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br>"disclosure" AND stock AND (effect* OR impact* OR cause*) | | NO SEPARATE SEARCH |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| **REQUEST FOR PRODUCTION NO. 38:** All documents and communications concerning the lower-than-expected Disney+ subscriber growth Disney reported on November 10, 2021, including, but not limited to, the reasons for or drivers of the lower-than-expected Disney+ subscriber growth and all documents concerning internal discussions and analyses prior to this public disclosure that indicated a potential shortfall or a slowdown in subscriber growth. | (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*)<br><br>("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")<br><br>("Disney+" OR "D+") AND stock AND subscri*<br><br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br><br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br><br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br><br>("Disney+" OR "D+") AND subscri* AND grow*<br><br>[McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (peak W/10 year W/10 loss*)<br><br>[McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>("Disney+" OR "D+") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | | |
| | | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU)) w/20 ("fourth quarter*" OR "4th" OR "Q4*" OR "4Q*" OR "FY*" OR quarter* OR trend* OR "fiscal year*" OR result* OR loss* OR miss* OR consensus OR short* OR below OR target* OR slow* OR track* OR pace OR pacing OR walk* OR flash OR driv* OR gain* OR drove OR low* OR below OR disclos* OR goal* OR number* OR weak* OR "on track") | ("Disney+" OR D+ OR "Disney Plus"  OR sub OR subs OR subscriber*) w/20 ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR quarter* OR trend* OR "fiscal year*" OR result* OR loss* OR miss* OR consensus OR short* OR below OR target* OR slow* OR track* OR pace OR pacing OR walk* OR flash OR driv* OR gain* OR drove OR low* OR below OR disclos* OR goal* OR number* OR weak* OR "on track") |
| | | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU)) w/20 hit* | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/20 (hit* OR grow* OR expect*) |
| | | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU)) w/20 grow* | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) AND (member* OR account* OR user*)) OR MAU OR DAU)) w/20 expect* | |
| **REQUEST FOR PRODUCTION NO. 39:** All documents and communications concerning McCarthy's November 10, 2021 statement that "we now expect that Disney+ will reach its peak year of losses in fiscal 2022 instead of fiscal 2021" including the reasons that the expected peak year of losses for Disney+ moved from fiscal 2021 to fiscal 2022, including, but not limited to, all documents underlying and supporting this specific revised forecast. This includes, but is not limited to, the analyses, data, and internal communications that led to this change in expectation. | [McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (peak W/10 year W/10 loss*)<br><br>[McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>("Disney+" OR "D+") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | | |
| | | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 (peak* OR loss* OR fiscal OR expect* OR forecast* OR max* OR high* OR losing OR lose) | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 (peak* OR loss* OR fiscal OR expect* OR forecast* OR losing OR lose OR loss*) |
| **REQUEST FOR PRODUCTION NO. 40:** All documents and communications regarding the $1.47 billion in DTC operating losses reported on November 8, 2022, including all documents and communications concerning the reasons for or drivers of the DTC operating losses and all documents tracking, estimating, or demonstrating the impact of different business results or variables on DTC operating losses. | (DTC OR "direct-to-consumer") AND (operat* W/25 loss*) | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 loss* | |
| **REQUEST FOR PRODUCTION NO. 41:** All documents and communications concerning the $1.5 billion impairment and removal of content from Disney+ announced in May 2023 and June 2023, including, but not limited to: | ("Disney+" OR "D+") AND impair* AND content | (content OR show* OR program* OR series OR movie* OR film* OR platform* OR SERVICE OR releas* OR title*) AND (impair* OR "writ* off" OR writ*off OR remov* OR "tak* off" OR "took off" OR "tak* down" OR "took down") | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| (a) All documents and communications concerning all information considered when deciding to remove content from Disney+, including for each program listed in Appendix A to the Complaint; and<br>(b) All documents and communications concerning the purpose(s) and effect(s) of the $1.5 billion impairment and content removal. | | Impair* w/5 charg* | Impair* w/5 charg* |
| **REQUEST FOR PRODUCTION NO. 42:** | | | |
| All documents and communications concerning any media, insider trading, code of conduct, or corporate disclosure policies or procedures, including all documents and communications concerning actual or potential violations of any of these policies or procedures. | | [Chapek, Daniel, McCarthy, Iger, IR Personnel, Gutierrez, Lindbom, Parker, Arnold, Barra, Lagomasino, Richardson. Boardvantage]<br><br>(polic* OR guideline* OR code* OR procedure* OR rule* OR regulat* OR requir* OR reg) w/15 (disclos* OR conduct* OR trading OR trade* OR media OR invest* OR insider*) | [Chapek, Daniel, McCarthy, Iger, IR Personnel, Gutierrez, Lindbom, Parker, Arnold, Barra, Lagomasino, Richardson. Boardvantage]<br><br>(polic* OR guideline* OR code* OR procedure* OR rule* OR regulat* OR requir* OR reg) w/15 (disclos* OR conduct* OR trading OR trade* OR media OR invest* OR insider*) |
| **REQUEST FOR PRODUCTION NO. 47:**<br>All documents identified in your forthcoming Federal Rule of Civil Procedure 26(a)(1) disclosures. | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>(("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*)<br><br>("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")<br><br>("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP)<br><br>("Disney+" OR "D+") AND subscri* AND churn*<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*)<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | [Veda Kong, Nathan Harris]<br><br>("Disney+" OR "D+" OR DTC OR "direct-toconsumer" OR "DMED" OR ("Iger" /s ("CEO" or rehir\*)) OR ("Chapek /s fir\*")) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).] | | |
| |     [Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>earn\* AND call AND quarter\* | | |
| |     [Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>(earn\* W/25 call) AND ((script\* OR note\* OR comment\* OR prep\*) OR (question\* W/10 answer\*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter\* | | |
| | ("fourth quarter" w/4 2022) OR "4Q22" OR ("Q4" w/2 2022)) AND financ\* | | |
| | ("Disney+" OR "D+") AND DMED AND unwind AND Iger | | |
| | ("Disney+' OR "D+") AND DMED AND (earn\* /5 call) AND Iger AND subscri\* | | |
| | ("Disney+" OR "D+") AND DMED AND (mistake\* OR divide) | | |
| |     [Iger, McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>(cost\* /5 cut\*) | | |
| | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost\* /5 cut\*) AND (earn\* /5 call) AND Iger AND billion AND subscri\* | | |
| | ("Disney+" OR "D+"OR DTC OR "direct-to-consumer") AND (subscrip\* OR (operat\* / 3 loss\*) OR result\*) | | |
| | ("Disney+" OR "D+") AND subscri\* AND grow\* | | |
| |     [McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (peak W/10 year W/10 loss\*) | | |
| |     [McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart; all non-custodial collections]<br><br>("Disney+" OR "D+") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | | |
| | | N/A | NO SEPARATE SEARCH |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| **REQUEST FOR PRODUCTION NO. 50:** All documents and communications concerning any of the affirmative and other defenses set forth in the Answer. | [Veda Kong, Nathan Harris]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "DMED" OR ("Iger" /s ("CEO" or rehir*)) OR ("Chapek /s fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).]<br><br>[Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>earn* AND call AND quarter*<br><br>[Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Investor Relations Shared Drives; IR Insights]<br><br>(earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter*<br><br>[Chapek, Daniel, McCarthy; all non-custodial collections]<br><br>(stock W/5 price) AND (move* OR declin* OR increase* OR chang*)<br><br>("Disney+" OR "D+") AND stock AND subscri*<br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br>"disclosure" AND stock AND (effect* OR impact* OR cause*)<br>"disclosure" AND stock AND (effect* OR impact* OR cause*) | | |
| | | | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 51:** All documents and communications reflecting any internal complaints, concerns, or objections raised by Disney employees or contractors regarding Disney+ subscriber metrics, subscriber growth sustainability, the accuracy of Disney+ financial reporting, or the allocation of costs to Disney+. This request includes, but is not limited to, any reports of such concerns made to Disney's | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br>("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br>(("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*)<br>("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")<br>("Disney+" OR "D+") AND subscri* AND churn* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| management, Disney's Board of Directors, internal audit, compliance hotlines, or regulators. | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer]<br><br>("Disney+" OR "D+") AND content AND (cost* OR budget)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).] | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections ]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | | |
| | [Forensic; Investigations Team; Rocket D3 Files; Management Audit; Group Drive]<br><br>(("Disney+" OR "D+") AND (subscri* OR finan* OR cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decisionmaking")) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | | [Forensic Files]<br><br>("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) OR sub OR subs OR subscriber* OR Chapek* OR Kareem* OR Karim* OR McCarthy* OR Iger* | [Forensic Files]<br><br>"Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR sub OR subs OR subscriber* OR Chapek* OR Kareem* OR Karim* OR McCarthy* OR Iger* |
| **REQUEST FOR PRODUCTION NO. 52:**<br>All communications (including emails, text messages, or memos) sent or received by any of the Executive Officers that express concern, disagreement, or skepticism regarding:<br>(a) Disney+ subscriber growth rates or projections;<br>(b) the ability of Disney+ to meet its 2024 subscriber or profitability targets; or<br>(c) the practice of debuting content on other platforms to shift costs away from Disney+. | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>(("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*)<br><br>("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")<br><br>("Disney+" OR "D+") AND subscri* AND churn*<br><br>("Disney+" OR "D+") AND window* AND (45 OR 90 OR forty*five OR ninety)<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib*<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer]<br><br>("Disney+" OR "D+") AND content AND (cost* OR budget)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).]<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |
| | | | NO SEPARATE SEARCH |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| **REQUEST FOR PRODUCTION NO. 53:** All documents sufficient to show the metrics and data displayed by Disney's internal dashboards or analytics systems used to monitor Disney+ performance during the Class Period. This includes, without limitation, reports, data exports, slide decks, or screenshots from any business intelligence tools or platforms (e.g., Tableau reports, Workday dashboards, or similar internal databases) that tracked: (a) Disney+ subscriber counts (total and by region, including Disney+ Hotstar); (b) subscriber growth or churn rates; (c) average revenue per user; (d) content costs or expenses allocated to Disney+; and/or (e) Disney+ segment profitability or forecasts. | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com)6 AND "Disney+"<br><br>[These email address search terms will be run on the custodians' email domains only.] | | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 55:** All documents and communications, from January 1, 2020 to May 10, 2023, concerning strategies, plans, or internal discussions regarding public communications or messaging to investors, analysts, or the media relating to Disney+ subscriber numbers, Disney+ subscriber growth, Disney+ subscriber targets, the Disney+ content slate or content spending, Disney+ international expansion, or Disney+ financial performance (including profitability and operating losses), including, but not limited to, internal talking points, Q&A preparation documents not specifically tied to earnings calls, media engagement strategies, crisis communication plans (if any related to these topics), and internal deliberations or guidance on how to frame or present such information. | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024<br><br>(("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*)<br><br>("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")<br><br>("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP)<br><br>("Disney+" OR "D+") AND subscri* AND churn*<br><br>("Disney+" OR "D+") AND window* AND (45 OR 90 OR forty*five OR ninety)<br><br>[Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | | |

34

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer]<br><br>("Disney+" OR "D+") AND content AND (cost* OR budget)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).] | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | | |
| | [James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND ((recognize* W/2 subscription W/2 revenue)) OR (third W/2 party W/2 partner))) | | |
| | [James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (Verizon OR Amazon OR American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*) | | |
| | [James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell; all non-custodial collections]<br><br>("Disney+" OR "D+") AND subscrib* AND (third* OR partner*) | | |
| | ("Disney+" OR "D+") AND ("Hulu* W/2 Live) AND subscri* | | |

35

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>(("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | | |
| | ("Disney+" OR "D+") AND content AND subscri* AND perform* | | |
| | ("Disney+" OR "D+") AND (content W/25 (subscri* AND (delay* OR remov*))) | | |
| | | | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 56:** All documents and communications reflecting any Executive Officer's awareness of, or response to, internal concerns, criticisms, or warnings raised by any Disney employee, executive, or consultant regarding: (a) the achievability or sustainability of the 2024 Disney+ Subscriber Target or the 2024 Disney+ Profitability Target; (b) the accuracy or methodology of Disney+ subscriber counting, including the treatment of Entitled Subscribers; (c) the actual or projected rates of Disney+ subscriber churn; (d) the financial viability or profitability of Disney+ international market expansions; | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | | |
| | ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | | |
| | (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) | | |
| | ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") | | |
| | ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | | |
| | ("Disney+" OR "D+") AND subscri* AND churn* | | |
| | ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | | |
| | ("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| (e) the effectiveness or return on investment of Disney+ content spending in driving quality subscriber growth; or<br>(f) the operational or financial impacts of the DMED Reorganization. | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND content AND (cost* OR budget)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).] | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>((("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | | |
| | ("Disney+" OR "D+") AND content AND subscri* AND perform* | | |
| | ("Disney+" OR "D+") AND (content W/25 (subscri* AND delay* AND remov*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>(DTC OR "direct-to-consumer") AND (operat* W/25 loss*) | | |
| | ("Disney+" OR "D+") AND impair* AND content | | |
| | [Forensic; Investigations Team; Rocket D3 Files; Management Audit; Group Drive]<br><br>((("Disney+" OR "D+") AND (subscri* OR finan* cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decisionmaking")) | | |
| | | | NO SEPARATE SEARCH |
| **REQUEST FOR PRODUCTION NO. 57:** All documents and communications that analyze, model, calculate, quantify, or report the specific dollar impact on:<br>(a) Disney+ segment content costs;<br>(b) Disney+ segment operating income or loss; and<br>(c) DTC segment operating income or loss, resulting from the elimination of Intersegment Transfer Pricing for content sales to Disney+ following the DMED Reorganization, for each fiscal quarter from the first quarter of 2021 through the fourth quarter of 2021. This request includes any analyses comparing these reported figures to what they would have been under the prior | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | | |
| | ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | | |
| | (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) | | |
| | ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") | | |
| | ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | | |
| | ("Disney+" OR "D+") AND subscri* AND churn* | | |
| | ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| accounting methodology using Intersegment Transfer Pricing. | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer]<br><br>("Disney+" OR "D+") AND content AND (cost* OR budget)<br><br>[These search terms will be run only in the custodians' parent emails (i.e. not attachments).] | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer")AND loss* AND "intersegment transfer pricing" | | |

| RFP | Defendants' Proposed Search Terms (10/7/2025) | Plaintiffs' Proposed Search Terms (9/19/25) | Plaintiffs' Revised Proposal (October 10, 2025) |
|---|---|---|---|
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*) | | |
| | [Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer; all non-custodial collections]<br><br>(("Disney+" OR "D+") OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international W/25 market) AND launch* AND subscri*) | | |
| | ("Disney+" OR "D+") AND content AND subscri* AND perform* | | |
| | ("Disney+" OR "D+") AND (content W/25 (subscri* AND delay* AND remov*) | | |
| | (DTC OR "direct-to-consumer") AND (operat* W/25 loss*) | | |
| | ("Disney+" OR "D+") AND impair* AND content | | |
| | [Forensic; Investigations Team; Rocket D3 Files; Management Audit; Group Drive]<br><br>(("Disney+" OR "D+") AND (subscri* OR finan* cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decisionmaking")) | | |
| | | | NO SEPARATE SEARCH |

**Plaintiffs' Appendix B: Deficiencies in Defendants' Search Terms**

- **Defendants' Search 1**: Disney+ Subscriber Target
  - ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024
  - This string ignores that, in everyday conversation, employees likely would not use the full, formal phrase "Disney+ subscriber" when discussing the subscriber target. For example, a Disney+ employee would much more likely say: "We are behind on our sub target" or "Disney+ subs are lower than expected."
  - The term "Disney+ subscriber" excludes any mention of "Disney+ subscriber*s*"
  - There is one relevant public subscriber target: the 2024 target. It is not realistic to assume employees would include the term "2024" every time they discuss the target. Any internal monthly and quarterly subscriber goals are also relevant and would be missed if "2024" were required to appear in the document.
  - Failing to include wildcards on any of the terms will exclude any mention of the plural or other versions of the term (e.g. projections and targets).
  - Plaintiffs' proposed searches for RFP Nos. 1 and 3 are designed to address these deficiencies.

- **Defendants' Search 2**: Disney+ Profitability Target
  - ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024
  - There is one relevant public Disney+ profitability target: the 2024 target. It is not realistic to assume employees would include the term "2024" every time they discuss the target. Any internal monthly and quarterly profitability goals are also relevant and would be missed if "2024" were required to appear in the document.
  - Failing to include wildcards on any of the terms will exclude any mention of the plural or other versions of the term (e.g. projections and targets)
  - Plaintiffs' proposed searches for RFP No. 2 are designed to address these deficiencies.

- **Defendants' Search 3**: Disney+ Subscriber Target
  - (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*)
  - It is illogical to assume that the custodians – many of whom worked exclusively within streaming or Disney+  –  would mention Disney+ every time they discussed the subscriber target.
  - Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
  - Our case concerns Disney missing/being behind on the subscriber target. This string completely misses that concept. For example, it includes only hit* and not miss* or "off track" or other synonyms.
  - Plaintiffs' proposed searches for RFP Nos. 1 and 3 are designed to address these deficiencies.

- **Defendants' Search 4**: Disney+ Subscriber Target

- o ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU")
- o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
- o Plaintiffs' proposed searches for RFP 1 are designed to address these deficiencies.
- o It is illogical to assume that the custodians – many of whom worked exclusively within streaming or Disney+  – would mention Disney+ every time they discussed the subscriber target.
- o Plaintiffs' proposed searches for RFP Nos. 1 and 3 are designed to address these deficiencies.

- **Defendants' Search 5**: Disney+ Profitability Target; Five-Year Plan
  - o ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP)
  - o Misses variations that would likely be used: "5 year plan" or "5-year plan"
  - o Plaintiffs' proposed searches for RFP No. 3 are designed to address these deficiencies.

- **Defendants' Search 6**: DMED Reorganization
  - o "Disney Media and Entertainment Distribution" OR "DMED" OR reorg* OR ("intersegment transfer" W/10 pric*)
  - o Iger – a defendant that Plaintiffs allege criticized the DMED reorganization and called it a "mistake" – is excluded as a custodian. Plaintiffs also allege that other Disney executives complained frantically to Iger about the reorganization.
  - o The time period is September 1, 2020 to October 31, 2020. The reorganization was announced in October 2020, so communications about its effectiveness (or lack thereof) and employee reactions would likely have occurred after Defendants' cutoff date.
  - o Plaintiffs' proposed searches for RFP No. 5 are designed to address these deficiencies.

- **Defendants' Search 7**: Appointment of Daniel as DMED Chair
  - o DMED AND ((Daniel W/25 (appoint* OR hir* OR employ* OR term* OR condition*))
  - o The time period is September 1, 2020 to October 31, 2020. The reorganization was announced in October 2020, so internal Disney reactions to Daniel's appointment likely would have occurred after October 2021.
  - o Not surprisingly, this string hits on only 11 documents.
  - o Defendants McCarthy and Iger are excluded as custodians.
  - o Plaintiffs' proposed searches for RFP No. 6 are designed to address these deficiencies.

- **Defendants' Search 8**: Churn
  - o ("Disney+" OR "D+") AND subscri* AND churn*
  - o Churn is a term specific to streaming and subscribers; there is no need to limit it to Disney+ or subscribers.

2

- o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
- o Given the specificity of the term and its importance to the case, "churn*" should be run on its own.
- o A Disney executive reported churn was so bad employees referred to Disney+ as a "leaky bucket" – this concept is absent from this string.
- o Plaintiffs' proposed searches for RFP No. 8 are designed to address these deficiencies.

- **Defendants' Search 9**: Distributing content on other platforms to shift costs
  - o ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view))
  - o Excludes relevant terms that would likely be used in this context, such as "streaming" which was synonymous with DTC. Also excludes types of content, such as movies, shows, series. Also excludes relevant synonyms for distribut* and release* such as air and premiere.
  - o This string, along with the others that discuss distributing content on other platforms to shift costs, doesn't have any terms related to shifting of costs.
  - o Plaintiffs' proposed searches for RFP No. 8 are designed to address these deficiencies.

- **Defendants' Search 10**: Distributing content on other platforms to shift costs
  - o ("Disney+" OR "D+") AND window* AND (45 OR 90 OR (forty w/1 five) OR ninety)
  - o This string, along with the others that discuss distributing content on other platforms to shift costs, doesn't have any terms related to shifting of costs.
  - o Plaintiffs' proposed searches for RFP No. 8 are designed to address these deficiencies.

- **Defendants' Search 11**: Distributing content on other platforms to shift costs
  - o ("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib*
  - o This string, along with the others that discuss distributing content on other platforms to shift costs, doesn't have any terms related to shifting of costs.
  - o This string excludes relevant synonyms that would likely be used in this context. For example, air and premier and release should be included with distrib*. And movies, shows, and series should be included with content.
  - o Excludes Defendants Daniel, Chapek, and Iger as custodians
  - o Plaintiffs' proposed searches for RFP No. 8 are designed to address these deficiencies.

- **Defendants' Search 12**: Disney+ content costs, budgets, accounting
  - o ("Disney+" OR "D+") AND content AND (cost* OR budget)
  - o This string excludes terms related to costs and budgets that would likely be discussed in this context (e.g. capitalize, expense, overspend)
  - o Excludes Defendants Daniel, Chapek, and Iger as custodians

3

- o Plaintiffs' proposed searches for RFP No. 9 are designed to address these deficiencies.

- **Defendants' Search 13**: Disney+ content costs, budgets, accounting
  - o ("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*)
  - o This string excludes terms related to costs and budgets that would likely be discussed in this context (e.g. capitalize, expense, overspend)
  - o Excludes Defendants Daniel, Chapek, and Iger as custodians
  - o Plaintiffs' proposed searches for RFP No. 9 are designed to address these deficiencies.

- **Defendants' Search 14 and 49**: DTC Operating Losses
  - o Search 14: ("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*)
  - o Search 49: (DTC OR "direct-to-consumer") AND (operat* W/25 loss*)
  - o This string excludes "streaming", which is synonymous with "DTC" and would likely be used in this context.
  - o Relevant documents would not necessarily use the phrase "operat" with loss*. For example: "We will report a $1.47 billion streaming loss this quarter"
  - o Excludes Defendants Daniel, Chapek, and Iger as custodians
  - o Plaintiffs' proposed searches for RFP Nos. 11 and 40 are designed to address these deficiencies.

- **Defendants' Search 15**: DTC Operating Losses
  - o ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND loss* AND "intersegment transfer pricing"
  - o Documents discussing the elimination of intersegment pricing markups are relevant to our allegations regardless of whether they also discuss losses.
  - o Using only the term "intersegment transfer pricing" will miss other terms used to discuss the same concept, such as "intersegment pricing markups." It will also miss variations on these terms, such as "inter-segment markups" and "we are eliminating the markups associated with inter-segment content sales"
  - o Excludes Defendants Daniel, Chapek, and Iger as custodians
  - o Plaintiffs' proposed searches for RFP Nos. 11 and 40 are designed to address these deficiencies.

- **Defendants' Search 16:** Third-Party Partnerships
  - o ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND ((recognize* W/2 subscription W/2 revenue)) OR (third W/2 party W/2 partner)))
  - o Excludes relevant terms that would likely be used in this context, such as "streaming" which was synonymous with DTC.
  - o References to third-party promotions are relevant regardless of whether they also mention revenue, let alone revenue within two words of recognize within two words of subscription. Requiring documents to mention recognized subscription

4

revenue in the context of third-party promotions is clearly designed to exclude relevant documents.
- o Disney also referred to third-party partnerships as third-party promotions, but this string excludes any reference to promotions.
- o Excludes Defendants Chapek, McCarthy, and Iger as custodians
- o Plaintiffs' proposed searches for RFP No. 12 are designed to address these deficiencies.

- **Defendants' Search 17:** Third-Party Partnerships
  - o ("Disney+" OR "D+") AND (Verizon OR Amazon OR American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*)
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
  - o This string excludes concepts relevant to this category of documents, such as whether subscribers "activated" their accounts and the decision to include subscribers that did not activate their accounts as "paid" subscribers.
  - o Excludes Defendants Chapek, McCarthy, and Iger as custodians
  - o Plaintiffs' proposed searches for RFP No. 12 are designed to address these deficiencies.

- **Defendants' Search 18:** Third-Party Partnerships
  - o ("Disney+" OR "D+") AND subscrib* AND (third* OR partner*)
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
  - o Excludes Defendants Chapek, McCarthy, and Iger as custodians
  - o Plaintiffs' proposed searches for RFP No. 12 are designed to address these deficiencies.

- **Defendants' Search 19:** Hulu+ Live TV Bundle
  - o ("Disney+" OR "D+") AND ("Hulu* W/2 Live) AND subscri*
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
  - o This string excludes concepts relevant to this category of allegations, including how giving away free subscriptions impacted profitability and the decision to include subscribers that did not activate their accounts as "paid" subscribers.
  - o Plaintiffs' proposed searches for RFP No. 13 are designed to address these deficiencies.

- **Defendants' Search 20:** International Market Launches
  - o ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri*)
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
  - o This string is highly likely to miss relevant documents given the number of limiters. For example, discussion of the profitability of international launches is relevant regardless of whether the term "market" is used. And discussion of

5

international Disney+ subscribers is relevant regardless of whether the term "cost" is used. Similarly, references to the costs of international launches is relevant regardless of whether "subscribers" are mentioned.

- o This string also excludes terms that are relevant to the profitability of international markets, such as "ARPU" and "RPU"
- o Excludes Defendants Chapek, Daniel, and Iger as custodians.
- o Also excludes Rebecca Campbell as a custodian.
- o Plaintiffs' proposed searches for RFP No. 14 are designed to address these deficiencies.

- **Defendants' Search 21:** International Market Launches
  - o ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international w/25 market) AND launch* AND subscri*
  - o This string is highly likely to miss relevant documents given the number of limiters. For example, discussion of international subscribers is relevant regardless of whether the term "launch" is used. And discussion of international launches is relevant regardless of whether the term "market" is used.
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs.
  - o Excludes Defendants Chapek, Daniel, and Iger as custodians.
  - o Also excludes Rebecca Campbell as a custodian.
  - o Plaintiffs' proposed searches for RFP No. 14 are designed to address these deficiencies.

- **Defendants' Search 22:** Disney+ Content Performance
  - o ("Disney+" OR "D+") AND content AND subscri* AND perform*
  - o This string is highly likely to miss relevant documents given the number of limiters. For example, discussion of Disney+ content performance is relevant regardless of whether subscribers are also mentioned.
  - o This string also excludes terms relevant to content performance, such as quality.
  - o This string also excludes terms related to content that would likely be used in this context, such as movie, show, and series.
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs.
  - o Plaintiffs' proposed searches for RFP No. 16 are designed to address these deficiencies.

- **Defendants' Search 23:** Disney+ Content Performance
  - o ("Disney+" OR "D+") AND (content W/25 (subscri* AND (delay* OR remov*)))
  - o The limiters in this string are illogical and appear designed to exclude relevant documents. Discussion of removing content from Disney+ would not likely include mention of the word "subscriber" within 25 words of content.
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs.
  - o This string excludes terms related to content that would likely be used in this context, such as movie*, show*, and series.

6

- o This string excludes terms related to removing content that would likely be used in this context, such as "take down" or "impair."
- o Plaintiffs' proposed searches for RFP No. 16 are designed to address these deficiencies.

- **Defendants' Search 24:** Preparation, Review, and Submission of SEC filings
  - o ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "DMED" OR ("Iger" /s ("CEO" or rehir*)) OR ("Chapek /s fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K)
  - o The limiters in this string will exclude relevant documents. This case includes misstatements that were made in Disney's SEC filings. But this term would only capture SEC filings that mention Disney+, DMED, DTC, Iger's rehiring, or Chapek's firing.
  - o These limiters exclude relevant categories such as subscriber numbers, profitability, international market launches, and more.
  - o Documents concerning the review and submission of SEC filings are relevant regardless of whether they mention the specific phrases above.
  - o Defendants have proposed only two custodians and excluded as custodians each of the four individual defendants.
  - o Plaintiffs' proposed searches for RFP No. 19 are designed to address these deficiencies.

- **Defendants' Search 25:** Conference Calls
  - o earn* AND call AND quarter*
  - o This string ignores common language used to discuss conference calls, such as "conference call," "earnings call," and "analyst call." Mentions of these calls are relevant regardless of whether they also mention "quarter*"
  - o Excludes Defendant Iger as a custodian, but he made many relevant statements on earnings calls, including regarding unwinding the scheme.
  - o Plaintiffs' proposed searches for RFP No. 20 are designed to address these deficiencies.

- **Defendants' Search 26:** Conference Calls
  - o (earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter*
  - o This string ignores common language used to discuss conference calls, such as "conference call" and "analyst call"
  - o Excludes Defendant Iger as a custodian, but he made many relevant statements on earnings calls, especially regarding unwinding the scheme.
  - o Plaintiffs' proposed searches for RFP No. 20 are designed to address these deficiencies.

- **Defendants' Search 27:** Board Meetings
  - o ("Disney+" OR "D+" OR "DTC") AND "board" AND meet*

7

- o Limiting documents concerning board meetings to those that also discuss Disney+ and DTC will exclude relevant board documents about other relevant categories of information, such as streaming, DMED, Chapek's contract, Iger's re-hiring, and more.
  - o Including only the term "board" and no terms regarding committees will exclude documents regarding meetings of the board's committees.
  - o Excludes Defendant Iger as a custodian
  - o Plaintiffs' proposed searches for RFP No. 22 are designed to address these deficiencies.

- **Defendants' Search 28:** Chapek's Contract Renewal
  - o contract AND renew*
  - o Using only the term "renew*" with "contract" will exclude highly relevant documents, such as Chapek discussing the terms of his new contract or worry over whether he would receive a new contract.
  - o Includes only three custodians
  - o Plaintiffs' proposed searches for RFP No. 23 are designed to address these deficiencies.

- **Defendants' Search 29:** Executive Officer Compensation
  - o ("Disney+" OR "D+") AND subscri* AND perform* AND (bonus* OR equity OR salar*) AND compens*
  - o The limiters in this term are clearly designed to exclude highly relevant documents. Discussion of the individual defendants' compensation is relevant regardless of whether it mentions subscribers – let alone subscribers AND Disney+ AND performance.
  - o Documents concerning the individual defendants' compensation that mention Disney+ or subscribers are highly relevant. This string will exclude those documents unless Disney+ and subscriber and performance all appear within the same document.
  - o This string will exclude relevant documents regarding compensation because it will require the word "compensation" to appear with the words "bonus" or "equity" or "salary." This also means that mentions of a bonus will not appear unless "compensation" also appears in the document.
  - o This term excludes terms highly relevant to compensation, such as stock, options, awards, PRSU, etc.
  - o Plaintiffs' proposed searches for RFP Nos. 27 and 28 are designed to address these deficiencies.

- **Defendants' Search 30:** Executive Officer Compensation and Insider Trading
  - o securit* AND (award OR exercise OR purchase OR sale)
  - o This term excludes terms that are highly likely to be used in this context. For example, it excludes "stock" and "option" as synonyms for securities. And it excludes "trade" and "sell" as a synonyms for sale, etc.

8

- o This term ignores that Plaintiffs also requested documents concerning Defendants' Rule 10b51 insider trading plans and lacks any terms to target those trading plans.
- o The lack of wildcards on award, etc., will exclude variations in these terms.
- o Plaintiffs' proposed searches for RFP Nos. 27 and 28 are designed to address these deficiencies.

- **Defendants' Search 31:** Executive Departures
  - o ("Disney+" OR "D+") AND (depart* OR resign* OR terminat*) AND (Chapek OR McCarthy OR Daniel OR Bochner)
  - o It is illogical to assume that relevant documents discussing these departures would also mention Disney+ or D+. Requiring these terms to occur will necessarily exclude highly relevant documents.
  - o This string excludes terms that are highly likely to be used in this context, such as "fire," "fired," "firing' "step down," and "retire."
  - o The custodians here are too limited. Disney employee commentary regarding these departures is relevant.
  - o Plaintiffs' proposed searches for RFP No. 29 are designed to address these deficiencies.

- **Defendants' Search 32:** Iger Re-Hiring
  - o (Iger* OR Bob*) w/25 ("CEO" OR "Chief Executive Officer" OR "hire" OR "rehire" OR replac* OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* reinstat*)
  - o This string excludes terms that are likely to be used in this context, including "hiring" and "return*"
  - o The custodians here are too limited. Disney employee commentary regarding Iger's return is relevant.
  - o Plaintiffs' proposed searches for RFP No. 30 are designed to address these deficiencies.

- **Defendants' Search 33:** 4Q22 Results and Meetings to Prepare for 4Q22 Call
  - o ("fourth quarter" w/4 2022) OR "4Q22" OR ("Q4" w/2 2022)) AND financ*
  - o Using only the term "financ*" will exclude discussion of the 4Q22 results, such as "we missed analyst expectations for 4Q22" or "our 4Q22 results were lower than expected"
  - o This string also ignores that Plaintiffs' request includes documents concerning several meetings to prepare for the 4Q22 call and does not include terms that would capture relevant meetings to prepare for the call.
  - o Plaintiffs' proposed searches for RFP Nos. 32 and 38 are designed to address these deficiencies.

- **Defendants' Search 34:** Unwinding DMED
  - o DMED AND unwind AND Iger
  - o This string excludes relevant synonyms, including variations on the full DMED name, and variations on "reorganization" related to unwinding DMED

9

- o It is also illogical to assume that relevant discussion discussions related to unwinding DMED would necessarily include mentions of "Iger."
- o Not surprisingly, this term hits on only 73 documents.
- o Plaintiffs' proposed searches for RFP No. 33 are designed to address these deficiencies.

- **Defendants' Search 35:** Unwinding DMED
  - o (("Disney+' OR "D+") OR DMED) AND (earn* w/5 call) AND Iger AND subscri*
  - o It is illogical to assume that relevant statements on conference calls regarding unwinding DMED would also include the term subscri* -- let alone both the terms subscri* and Iger.
  - o This string excludes common synonyms for the term earnings call, such as "conference call" and "analyst call."
  - o Plaintiffs' proposed searches for RFP No. 33 are designed to address these deficiencies.

- **Defendants' Search 38:** Cost-cutting Initiative
  - o ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost* w/5 cut*) AND (earn* w/5 call) AND Iger AND billion AND subscri*
  - o The number and types of limiters in this string are illogical and will necessarily exclude relevant documents.
  - o Discussions of cost-cutting on an earnings call are relevant regardless of whether subscribers are mentioned – let alone subscribers and Iger and billion.
  - o Similarly, discussions of Disney+ cost-cutting are relevant regardless of whether they mention Iger.
  - o This string would exclude documents that discuss Disney+ cost-cutting if those documents do not also contain the word "billion."
  - o Plaintiffs' proposed searches for RFP No. 34 are designed to address these deficiencies.

- **Defendants' Search 39:** Cost-cutting Initiative
  - o ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (subscrip* OR (operat* w/ 3 loss*) OR result*)
  - o The term "subscrip*" will not hit on "subscriber" or "subscribers"
  - o Plaintiffs' proposed searches for RFP No. 34 are designed to address these deficiencies.

- **Defendants' Search 40:** Stock Price Movements
  - o (stock W/5 price) AND (move* OR declin* OR increase* OR chang*)
  - o This string excludes highly relevant terms that are likely to be discussed in this context, such as "shares" "securities" and "DIS" as synonyms for "stock"
  - o This string also excludes synonyms for move*, etc. that are highly likely to be discussed in this context, such as "drop" "down" "impact" "fall" and more.
  - o Requiring discussions of stock price movements to occur with the word "price" is illogical and will exclude highly relevant documents. For example, this string

10

would miss statements like "our stock is down today" and "the news about Disney+ impacted our stock yesterday."
- o This string excludes Defendant Iger and all investor relations and communications custodians.
- o Plaintiffs' proposed searches for RFP Nos. 35 and 36 are designed to address these deficiencies.

- **Defendants' Search 41:** Stock Price Movements
  - o ("Disney+" OR "D+") AND stock AND subscri*
  - o Discussions of stock and subscribers are highly relevant regardless of whether "Disney+" is explicitly mentioned, but this string would exclude those discussions if Disney+ or D+ are not mentioned.
  - o Similarly, discussions of stock and Disney+ are highly relevant regardless of whether subscribers are mentioned, but this string would exclude those discussions if subscribers are not mentioned.
  - o Subscri* excludes common abbreviations that were likely used very frequently: sub and subs
  - o Plaintiffs' proposed searches for RFP Nos. 35 and 36 are designed to address these deficiencies.

- **Defendants' Search 42-44:** Stock Price Movements
  - o  "disclosure" AND stock AND (effect* OR impact* OR cause*) limited to the following date ranges: November 1, 2021 to November 30, 2021; November 1, 2022 to November 30, 2022; April 17, 2022 to May 17, 2022
  - o Documents discussing "impact" and "stock" are highly relevant regardless of whether the term "disclosure" is used, but those documents will be excluded unless they also mention "disclosure."
  - o Requiring the word "disclosure" to appear will exclude relevant documents that mention, for example, the impact of news or results or subscriber numbers or a press release or media on Disney's stock.
  - o Requiring the word "disclosure" to appear will also exclude variations on the word "disclosure" such as disclose, disclosing, and disclosed.
  - o Discussion of news that impacted Disney's stock price is relevant regardless of when it occurred, and limiting the time period will exclude relevant documents.
  - o Plaintiffs' proposed searches for RFP Nos. 35 and 36 are designed to address these deficiencies.

- **Defendants' Search 46**: Peak Losses
  - o ("Disney+" OR "D+") AND (peak W/10 year W/10 loss*)
  - o Discussion of Disney+ peak losses is relevant regardless of whether the word "year" appears in the document.
  - o It would not be natural in everyday conversation for someone to say "We are moving Disney+ peak losses to the year 2022."
  - o Instead, it would be more natural for people to state, for example, "We are moving Disney+ peak losses to 2022" or "We are moving Disney+ peak losses

11

back" or "Disney+ losses are going to peak later than expected." Defendants' string would exclude this type of highly relevant discussion.
- o Not surprisingly, this term hits on only 241 documents.
- o Excludes Defendant Daniel as a custodian
- o Plaintiffs' proposed searches for RFP No. 39 are designed to address these deficiencies.

- **Defendants' Search 50:** $1.5 billion Impairment and Removal of Content
  - o ("Disney+" OR "D+") AND impair* AND content
  - o This string excludes synonyms for impair* that would likely be used in this context, such as variations on the term "write off"
  - o Discussions of Disney+ and impair* are relevant regardless of whether they also mention "content," but this string would exclude those discussions unless they also mention "content"
  - o Plaintiffs' proposed searches for RFP No. 41 are designed to address these deficiencies.

- **Defendants' Search 51:** Chapek's and Daniel's management style
  - o (("Disney+" OR "D+") AND (subscri* OR  finan* OR cost*)) OR ("Chapek" OR (Kareem AND  ("Daniel" OR "Dan")) AND (lead* OR "tone"  OR "style" OR perform* OR "decision-making"))
  - o Defendants have not proposed running these terms across any custodians.
  - o This string excludes terms used to describe poor management style and that Disney employees used when describing Chapek and Daniel's management style, such as "toxic," "pressure," "their way or the highway," "iron fist," "aggressive," and "unreasonable"
  - o Not all relevant documents about Chapek's and Daniel's management style will also mention Disney+ -- let alone Disney+ AND subscribers or cost or finance. Requiring these terms to appear will exclude highly relevant documents.
  - o Plaintiffs' proposed searches for RFP No. 24 are designed to address these deficiencies.