# EXHIBIT L

**WHITE & CASE**

October 16, 2025

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

**whitecase.com**

**VIA EMAIL**

Jessica T. Shinnefield, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, California 92101
ddrosman@rgrdlaw.com

**Re**:     *Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No.
2:23-cv-03661-CBM (ASx) (C.D. Cal.)*

Dear Jessica:

I write on behalf of Defendants in the above-referenced action in response to Plaintiffs' October 10, 2025 letter regarding Plaintiffs' revised search terms, custodians, and short-form communications. This letter also responds to Plaintiffs' October 10, 2025 letter concerning Plaintiffs' refusal to identify the confidential witnesses ("CWs") cited in the Complaint and to produce documents pertaining to Plaintiffs' investments in Disney securities other than common stock. As we explain below, we believe the parties are at impasse on the issues in dispute and propose that the parties submit them to Judge Sagar on Tuesday, October 21, 2025.

## A.     Plaintiffs' Revised Search Terms

Plaintiffs' revised search term proposal remains facially overbroad and unduly burdensome, and it fails to cure the issues Defendants have repeatedly explained in their prior letters and meet and confers. Although Plaintiffs have now removed the unwieldy "search term roots" embedded within their searches, they still demand that Defendants run 67 additional searches on top of the 51 searches Defendants propose to run, for a total of 118 searches—a 113% increase. This is not "a redline to Defendants' proposed search terms," as Plaintiffs previously represented they would provide.  *See* Oct. 6, 2025 Letter from J. Shinnefield. It is, instead, an entirely separate and massively overbroad additional search protocol, not different in substance or magnitude from prior iterations of Plaintiffs' proposals.

Plaintiffs' strategy appears designed to impose an unreasonable burden on Defendants rather than to lead to meaningful discovery. Defendants' protocol will lead to the production of nearly one million documents. At this point, Plaintiffs have received only a fraction of the documents Defendants will ultimately produce. So Plaintiffs have no basis to suggest that Defendants' production will be deficient.

Stacy Nettleton
October 16, 2025

The unreasonable overbreadth of Plaintiffs' search terms is demonstrable. Attached as Appendix A is a hit report that shows the results of Plaintiffs' revised search terms, run on the set of custodians Defendants have offered.[1] Plaintiffs' terms hit on over 2.3 million documents, which would increase Defendants' review universe by 1.53 million documents—over 188%. This is even before accounting for the 17 additional custodians Plaintiffs propose, short form documents, and the terabytes of data that Defendants continue to process. These results are unsurprising given the breadth of Plaintiffs' proposed searches:

- RFP 20 seeks documents concerning conference calls, presentations, and meetings with Disney shareholders or other members of the public. Plaintiffs propose two additional searches for RFP 20, reasoning that Defendants' searches "ignore common language used to discuss conference calls." But Plaintiffs do not propose additional "common language" to Defendants' searches. Instead, Plaintiffs propose separate overbroad searches containing common, everyday words that encompass a range of material far beyond what is called for by the RFP. For example, one of Plaintiffs' new proposed searches spans all of Defendants' custodians—senior executives of a global conglomerate with many business lines unrelated to this case—and includes all documents that contain the generic words "earning," "investor," or "analyst" within 15 words of 34 other common words—including "news," "story," or any version of "report," "note," or "public." This search alone would increase Defendants' review population by 308,439 documents.[2]

- RFP 38 seeks documents "concerning the lower-than-expected Disney+ subscriber growth Disney reported on November 10, 2021[.]" Plaintiffs propose two new searches for RFP 38. One search includes all documents that contain "Disney+," D+, "Disney Plus," "sub OR subs OR subscriber*" within 20 words of 30 other generic words—including any version of "number," "walk," "trend" or "result." This search alone would increase Defendants' review population by 296,919 documents.

- RFP 19 broadly seeks "documents, including all drafts, and all communications concerning the preparation, content, review process, and submission of Disney's SEC filings, including, but not limited to, all drafts, internal communications, and preparatory materials." After objecting to the RFP as overbroad, Defendants confirmed in their August 1 letter that they would produce non-privileged documents related to (i) Disney+ subscriptions and/or performance or (ii) DTC operating losses and/or results. Plaintiffs claim that Defendants' search excludes relevant documents because "[t]his case includes misstatements that were made in Disney's SEC filings," and Defendants' search "would only capture SEC filings that mention Disney+, DMED, DTC, Iger's rehiring, or Chapek's firing." But "Disney+, DMED, DTC, Iger's rehiring [and] Chapek's firing." But these are the very subjects of this case.

---

[1] Defendants continue to process data from their 36 original proposed custodians. Moreover, Defendants' updated hit report does not include any data for the 2 individuals that Defendants recently agreed to add as custodians, nor does it include any data from Plaintiffs' 17 additional custodians, short form data, or documents independently identified and reviewed without search terms.

[2] Search term hit numbers are inclusive of family members.

WHITE & CASE

Stacy Nettleton
October 16, 2025

Plaintiffs propose two new searches for RFP 19. One of those searches captures every document—across all custodian and non-custodian collections—that includes any of the words "SEC," or "Securities w/3 Exchange," or 10K, or "10-K," or 10Q, or "10-Q," or "8-K," or 8K, or SOX or Sarbanes. As we have repeatedly explained, searches for SEC filings across senior leadership of a global, diversified company will capture numerous documents unrelated to Plaintiffs' allegations. This search alone would increase Defendants' review population by 257,460 documents.

- RFP 16 seeks materials "concerning monitoring or tracking of Disney+ content performance[.]" Plaintiffs propose two new searches for RFP 16, and both are overbroad. One combination of terms captures each document that includes versions of the word "show" and versions of any of the words "view," "engage" or "perform." This search alone would increase Defendants' review population by 253,052 documents. The second search would capture any document that refers to "quality" within 25 words of "show," "movie," "title," "series," or "feature." This search alone would increase Defendants' review population by 187,331 documents.

- RFP 5 seeks "all documents and communications concerning the DMED Reorganization." After objecting to the RFP as overbroad, Defendants confirmed in their August 1 letter that they would produce non-privileged documents related to (i) the decision to change the financial reporting structure, including eliminating intersegment transfer pricing, as part of the DMED Reorganization, and (ii) the impact of the change of the financial reporting structure on reported segment profitability, comparability with prior period financial results, and Disney+ financial metrics. Nevertheless, Plaintiffs propose a search of parent emails/standalone documents—from all custodians for the entirety of the Relevant Period—for any reference to "DMED," which is facially overbroad. This search alone would increase Defendants' review population by 131,798 documents.

- RFP 33 similarly seeks "all documents and communications concerning the decision to unwind DMED that Iger announced during Disney's' February 8, 2023 earnings call." After objecting to the RFP as overbroad, Defendants confirmed in their August 1 letter that they would produce non-privileged documents related to (i) criticism of DMED and the need to unwind DMED, and (ii) the purpose, reason(s), or effect of unwinding DMED. Yet Plaintiffs propose a search of parent emails/standalone documents—again from all custodians for the entirety of the Relevant Period—using an even broader set of search terms. Plaintiffs seek all documents that include the broad terms "Media and Entertainment," "Media & Entertainment," or versions of DMED, restructure*, or reorg*. This search alone would increase Defendants' review population by 177,235 documents.

Defendants have repeatedly represented that they will make reasonable modifications to their search terms in response to bona fide, targeted concerns about deficiencies in Defendants' production. Defendants continue to evaluate their searches to determine whether sensible modifications should be made. After Plaintiffs receive and review the substantial production Defendants will make, Defendants will remain open to discussion of meaningful, non-generic arguments as to why additional documents should be produced.

3

Stacy Nettleton
October 16, 2025

However, Plaintiffs' new proposal has not changed Defendants' overall view that the parties are at an impasse. Defendants cannot agree to a wholesale rewrite of the search protocol containing overbroad searches likely to generate false hits that more than doubles Defendants' review population. Defendants served their Responses and Objections to Plaintiffs' First Set of Requests for Production on July 7, and their proposed search protocol on August 15. Plaintiffs have dragged out this meet and confer process far too long, with now three different entirely new search proposals that generate unreasonable results. Plaintiffs' new proposal pulls the parties further into unproductive exchanges while time continues to run on the discovery schedule. The time has come to seek resolution from Judge Sagar.

### B.    Document Custodians

We appreciate Plaintiffs' stated intention to remove individuals from their list of custodian additions. However, Defendants have already gone beyond what Rule 26 requires by designating 38 custodians, including two additional custodians that Plaintiffs requested. Even a reduced number of additional custodians would geometrically expand the issues with Plaintiffs' search terms described above once Plaintiffs' overbroad terms are applied to new custodians. Nor would a reduced number of custodians cure the duplication inherent in Plaintiffs' selections. In their October 7, Defendants explained with specificity why every custodian Plaintiffs proposed was cumulative and/or irrelevant. Those defects will remain for any sub-set of the Plaintiffs' list. Therefore, Defendants will not add additional custodians.

As part of Defendants' continuing effort to engage in meaningful discussion, we are available to meet and confer on October 20, 2025. Should Plaintiffs persist in seeking additional custodians, please provide a final list of requested custodians. If the parties remain at an impasse, the appropriate method for raising all discovery disputes with the Court is through Judge Sagar's Informal Discovery Dispute Resolution procedure, not through a motion to compel pursuant to Local Rule 37-2.

### C.    Short-Form Communications

We agree with Plaintiffs' proposal to raise any dispute regarding Defendants' search protocol for short-form communications simultaneously with the disputes concerning Plaintiffs' proposed additional searches and custodians. Please provide Plaintiffs' position by October 17, 2025.

### D.    Plaintiffs' Investments in Disney Securities Other Than Common Stock

The parties' dispute concerning Plaintiffs' investment in non-stock Disney securities is not, as Plaintiffs claim, "newly-raised," but results from Plaintiffs' change in representations. It has always been Defendants' position that Plaintiffs' Disney investments other than common stock are relevant to issues such as reliance, loss causation, typicality, and adequacy, as they are in any securities fraud action. During the July 31 meet and confer and in Plaintiffs' August 8 letter, however, Plaintiffs represented that "the *only* Disney securities that Plaintiffs acquired during the period December 20, 2020 through May 10, 2023 (the 'Class Period') were common stock and options." We now know, from communication with counsel for Segall Bryant, that contrary to Plaintiffs' prior representations, the Teamsters Funds did in fact invest in other Disney securities,

Stacy Nettleton
October 16, 2025

namely Disney bonds. It now also appears that Plaintiffs are withholding documents concerning those investments.

In the October 7 letter, Defendants articulated several reasons why documents concerning investments in Disney bonds are relevant and provided significant case authority requiring the production of documents regarding plaintiffs' trading histories in other securities. Plaintiffs' October 10 letter does not respond to this. Plaintiffs have offered to meet and confer again on this issue. To the extent Plaintiffs continue to intend to withhold relevant documents concerning Plaintiffs' investment in all Disney securities, we are available to meet and confer on October 20 to meet Judge Sagar's requirements before submitting this issue for the Court's resolution.

### E.    Plaintiffs' Refusal to Identify Confidential Witnesses Absent "Limitations" That Curtail Defendants' Right to Question Those Witnesses About their Purported Claims

Plaintiffs demand eight "limitations" on Defense counsel's conduct before Plaintiffs will identify the CWs they relied upon in their Complaint. None of the requested conditions are necessary in light of the rules and ethics governing attorney conduct, the overwhelming relevance of the CWs to the Complaint, Defendants' right to test the Complaint's allegations, and the protective order governing the treatment of confidential information. Indeed, Plaintiffs' letter concedes that the supposed bases for these restrictions are entirely unfounded and speculative concerns about supposed "intimidation" or improper "pressure" that do not justify intruding on Defendants' ability to test the allegations in the Complaint.

Plaintiffs' letter also grossly misstates Defendants' positions with respect to several of the requested restrictions. With respect to restrictions 1-3, which relate to any informal interviews with the CWs, Defendants of course have never suggested that they may "communicate directly with CWs who have informed [them] that they have retained counsel," in violation of any ethical rules. Oct. 10 Letter from D. Drosman at 3. Our position is that there is no need for a redundant court order to enshrine that restriction. Others of the supposed restrictions are likewise red herrings. For example, Defendants have never stated that they intend to "speak with CWs who have informed [them] that they are not willing to be interviewed." *Id.* None of these restrictions are necessary here where there is an absence of any factual basis to believe that intimation or undue pressure is an issue.

Restriction 4, which purports to limit Defendants' questioning of the CWs, including at depositions, unduly cabins Defendants' legitimate investigation into, and defense of, the allegations in the Complaint, many of which are sourced to the CWs. We appreciate Plaintiffs' acknowledgement that Defendants "remain free," as they must, "to ask the CWs about the underlying facts of the alleged fraud at issue, *including underlying facts communicated to Plaintiffs'* counsel." Oct. 10 Letter from D. Drosman at 4 (emphasis added). Still, the language of the proposed restriction is far too broad (including swallowing the concededly appropriate questioning about the substance of facts communicated to Plaintiffs' counsel) and prohibits legitimate inquiry into the veracity of the allegations in the Complaint. To be clear, Defendants

WHITE & CASE

Stacy Nettleton
October 16, 2025

have no intention of invading any bona fide assertion of work-product protection, if any, but the proposed prior restraint on questioning unfairly hampers Defendants right to defend this litigation.

Likewise, restriction 5, prohibiting document requests or subpoenas to the CWs, is premature and unnecessary. Again, Defendants have no intention of intruding on any bona fide work product protections, but a blanket prohibition on document requests or subpoenas is unwarranted—particularly before the CWs have even been identified or interviewed—and could result in the withholding of non-privileged, relevant documents. The parties can address any assertions of work product protection if and when and document requests or subpoenas are issued.

Restrictions 6 and 7 distort Defendants' positions and address non-issues. Restriction 6 relates to advising the CWs "in a nonthreatening manner" of the possibility they may be deposed in this action. Oct. 10 Letter from D. Drosman at 4. As an initial matter, *Plaintiffs* decided to include the CWs' statements in the Complaint, thus putting their allegations at issue here. We therefore assume that if such an advisement is required, Plaintiffs have already delivered it. Nor is there any basis to assert, as you state in your letter, that Defendants would advise the CWs of this possibility in a "threatening" manner. And Restriction 7 deals with redacting the names of CWs from public filings. The protective order in this case covers the treatment and filing of confidential information and, contrary to Plaintiffs' assertions, Defendants have no intention of publicly identifying the CWs for purposes of intimidation or pressure. Finally, given that Plaintiffs have not shown any factual basis for the court-ordered restrictions, there is no need for restriction 8, a declaration of compliance with any such order.

To the extent Plaintiffs continue to condition identifying the CWs on the undue restrictions in your letter, the parties are at an impasse, and we will raise the issue with Judge Sagar.

\* \* \* \* \*

We appreciate Plaintiffs' decision to abandon their Second Set of Requests for Production. However, the parties are at impasse on the issues discussed above. We reiterate our proposal from our October 7 letter for the submission of these disputes for resolution by the magistrate judge. Judge Sagar's Informal Discovery Dispute Resolution procedure requires the submission of a form with a brief, neutral statement of the dispute, the specific relief requested, and each party's respective positions. Defendants propose a simultaneous exchange of the parties' position papers and submission on Tuesday, October 21, 2025. Please confirm that this schedule is agreeable to you.

Sincerely,

*/s/ Stacy Nettleton*

**Stacy Nettleton**

**T** +1 212 819 8334
**E** stacy.nettleton@whitecase.com

6

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (target* OR goal* OR guid* OR objective* OR plan* OR forecast* OR project* OR number* OR grow* OR low* OR decreas*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 241,021 | 4.65% | 456,816 | 8.81% | 2,049 | 95,693 | 5,185,920 |
| 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (trajector* OR "on track" OR behind OR gap* OR variance* OR bridg* OR driver* OR driving OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 148,878 | 2.87% | 300,614 | 5.80% | 180 | 48,213 | 5,185,920 |
| 1 | ("Disney+" OR D+ OR "Disney Plus" ) w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 119,840 | 2.31% | 258,460 | 4.98% | 395 | 30,269 | 5,185,920 |
| 1 | "230M" OR "260M" OR "230MM" OR "260MM" OR "230- 260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245" | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 29,091 | 0.56% | 77,158 | 1.49% | 1,846 | 11,007 | 5,185,920 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (trajector* OR "on track" OR gap* OR variance* OR bridg* OR driver* OR driving OR guidance OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 269,592 | 5.20% | 487,890 | 9.41% | 5,871 | 96,602 | 5,185,920 |
| 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 194,238 | 3.75% | 372,660 | 7.19% | 168 | 64,992 | 5,185,920 |
| 2 | peak* w/5 loss* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 7,818 | 0.15% | 26,485 | 0.51% | 37 | 643 | 5,185,920 |
| 3 | ("Disney+" OR D+ OR "Disney Plus") w/15 (KPI* OR metric* OR dashboard* OR scorecard*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 33,608 | 0.65% | 98,056 | 1.89% | 1,188 | 15,800 | 5,185,920 |
| 3 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber* OR member* OR account* OR user*) w/10 (LRP OR "long-range" OR "long range" OR "five year" OR "five- year" OR "5 yr" OR "5 year" OR "five-year") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 45,926 | 0.89% | 112,661 | 2.17% | 1,003 | 11,926 | 5,185,920 |
| 5 | "DMED" | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY<br><br>All custodians | 159,628 | 3.67% | 228,286 | 5.25% | 0 | 131,798 | 4,350,663 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | (Daniel* OR Kareem* OR Karim*) w/25 (appoint* OR hire* OR hiring OR lead* OR head* OR chair* OR role* OR restructur* OR qualif* OR unqualif* OR experience* OR poor* OR insufficient* OR inadequate* OR popular OR unpopular) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 83,875 | 1.62% | 126,617 | 2.44% | 23,466 | 74,485 | 5,185,920 |
| 7 | Churn* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 131,201 | 2.53% | 255,987 | 4.94% | 8,338 | 46,528 | 5,185,920 |
| 7 | ("Disney+" OR D+ OR "Disney Plus") w/30 (sub OR subs OR subscriber*) w/30 (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engag* OR "active user*" OR "low quality" OR inorganic OR organic OR funnel) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 74,433 | 1.44% | 192,055 | 3.70% | 182 | 7,266 | 5,185,920 |
| 7 | (leak* or hole*) w/5 bucket | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 183 | 0.00% | 292 | 0.01% | 15 | 128 | 5,185,920 |
| 8 | (linear* OR network OR cable OR theat* OR capitaliz* OR intersegment OR markup* OR channel*) w/25 ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 313,058 | 6.04% | 551,567 | 10.64% | 24,968 | 138,203 | 5,185,920 |
| 8 | (cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR move* OR moving) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 118,329 | 2.28% | 256,003 | 4.94% | 18,203 | 77,332 | 5,185,920 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ("Disney+" OR D+ OR "Disney Plus" OR stream*) w/15 content w/15 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 56,168 | 1.08% | 157,496 | 3.04% | 500 | 9,893 | 5,185,920 |
| 11 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 202,093 | 3.90% | 384,792 | 7.42% | 0 | 68,145 | 5,185,920 |
| 12 | (sub OR subs OR subscriber* OR "Disney+" OR D+ OR "Disney Plus") w/25 (entitl* OR activat* OR bundl* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR free OR discount*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 305,865 | 5.90% | 540,778 | 10.43% | 13,754 | 131,813 | 5,185,920 |
| 12 | ("Disney+" OR D+ OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party" OR "third party") w/5 (partner* OR promotion*)) OR (Hulu w/5 bundl*)) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 175,640 | 3.39% | 362,556 | 6.99% | 3,436 | 43,038 | 5,185,920 |
| 13 | ("Disney+" OR "D+" OR "Disney Plus") w/10 (Hulu* w/2 Live) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 17,078 | 0.33% | 49,995 | 0.96% | 74 | 1,763 | 5,185,920 |

## October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | (("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific)) w/25 (sub* OR launch* OR expand* OR "too fast" OR withdr* OR enter* OR entry* OR exit OR entrance OR "roll* out" OR rollout OR underperform*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 232,436 | 4.48% | 429,166 | 8.28% | 9,486 | 64,597 | 5,185,920 |
| 14 | ("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR launch* OR expand* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific) AND (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break- even" OR "break* even" OR | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 238,338 | 4.60% | 465,978 | 8.99% | 2,208 | 51,803 | 5,185,920 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content  OR series OR feature*) AND (churn* OR underperform* OR perform* OR view* OR cohort* OR engage* OR "active user*" OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Streaming custodians only | 272,483 | 27.37% | 414,178 | 41.60% | 68,023 | 253,052 | 995,668 |
| 16 | (show* OR movie* OR program* OR title* OR content OR series OR feature) w/25 (remov* OR cancel* OR replac* OR cut* OR track* OR monitor* or impair* OR quality* OR "write- off" OR "one-time" charge OR (save w/5 (cost* OR expense))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 334,474 | 6.45% | 612,641 | 11.81% | 77,013 | 187,331 | 5,185,920 |
| 16 | ("Disney+" OR D+ OR "Disney Plus") AND (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR *perform* OR view* OR cohort* OR engage* OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Mucha, Schake | 47,125 | 4.34% | 64,582 | 5.94% | 1,825 | 15,137 | 1,086,907 |
| 19 | "SEC" OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX OR Sarbanes | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 287,591 | 5.55% | 472,046 | 9.10% | 65,721 | 257,460 | 5,185,920 |
| 19 | (cert OR certs OR certif*) w/10 (sub OR 302 OR revenue) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 3,305 | 0.06% | 12,937 | 0.25% | 355 | 3,731 | 5,185,920 |

## October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | (earning* OR investor* OR analyst* ) w/15 ("talking point*" OR script* OR "Q&A" OR bullets OR prep* OR brief* OR deck* OR note* OR rehearsal* OR mock OR call* OR question* OR slide* OR present* OR prepar* OR meet* OR discuss* OR "hot topic*" OR concern* OR story OR narrative* OR publi* OR news OR report* OR edit* OR comment* OR draft* OR answer* OR expect* OR forecast* OR project* OR target* OR guid* OR estimat*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 397,168 | 7.66% | 550,411 | 10.61% | 111,188 | 308,439 | 5,185,920 |
| 20 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR subs OR subscriber*) | January 1, 2020 - August 31, 2023 | IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights | 13,492 | 62.18% | 14,522 | 66.92% | 0 | 2,848 | 21,699 |
| 22 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR DMED OR "Disney Media & Entertainment") AND (board* OR BOD OR (committ* w/5 (audit* OR comp* OR govern* OR nomin*))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 138,697 | 2.67% | 261,398 | 5.04% | 9,228 | 80,675 | 5,185,920 |

## October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ((board OR BOD OR "audit committee*") w/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*)) | January 1, 2020 - August 31, 2023 | Streaming custodians only | 14,617 | 1.47% | 25,935 | 2.60% | 2,992 | 11,015 | 995,668 |
| 23 | (Chapek OR Bob) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot*) | January 1, 2022 - December 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom | 7,584 | 2.07% | 9,899 | 2.70% | 1,920 | 5,863 | 366,064 |
| 23 | contract AND (renew* OR renegotiat* OR negotiat* OR exten* OR modif* OR chang* OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*) | January 1, 2020 - August 31, 2023 | Chapek only | 4,184 | 2.60% | 7,336 | 4.55% | 544 | 3,481 | 161,200 |
| 23 | Contract* AND term* | January 1, 2020 - August 31, 2023 | Chapek only | 3,577 | 2.22% | 6,937 | 4.30% | 169 | 2,442 | 161,200 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | (Chapek OR Bob) w/20 (fire* OR firing) | Dec. 1, 2020 – Dec. 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom | 1,328 | 0.16% | 1,735 | 0.21% | 413 | 1,210 | 811,166 |
| 24 | (Kareem OR Karim OR Daniel* OR Chapek OR Bob) w/20 ("mean girl*" OR Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless* OR pressur*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 38,021 | 0.73% | 61,927 | 1.19% | 6,848 | 28,313 | 5,185,920 |
| 27 | Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI* OR claw* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR bonus* OR incentiv* OR equit* OR inequit* OR variab* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 137,497 | 15.44% | 168,038 | 18.87% | 26,682 | 130,198 | 890,587 |

**October 16, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (compensat* OR pay* OR salar* OR severance OR base* OR cash* OR eligib* OR equit* OR inequit* OR perform* OR "RSU*" OR "PBU*" OR KPI* OR variab* OR fix* OR claw* OR price OR earning* OR grant* OR target* OR goal* OR vest* OR key OR defer* OR pension OR benefit* OR parachute* OR perk* OR proceed*) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 17,734 | 2.94% | 23,471 | 3.90% | 3,920 | 19,104 | 602,542 |
| 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (stock* OR share* OR bonus* OR award* OR incentiv* OR option OR options) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 13,751 | 2.28% | 18,516 | 3.07% | 1,935 | 14,492 | 602,542 |
| 28 | (Award* OR trade* OR trading OR vest* OR transact* OR purchas* OR bought OR buy* OR sell* OR sold OR hold* OR held OR execut*) w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR insider* OR adopt* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 34,489 | 3.87% | 48,532 | 5.45% | 4,631 | 24,929 | 890,587 |

**October 16, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trade* OR trading OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 creat* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 28,496 | 3.20% | 39,283 | 4.41% | 1,672 | 23,988 | 890,587 |
| 28 | Plan* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 25,484 | 2.86% | 38,888 | 4.37% | 2,481 | 19,514 | 890,587 |
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 start* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 13,701 | 1.54% | 20,632 | 2.32% | 1,450 | 11,420 | 890,587 |
| 28 | Sale* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 10,578 | 1.19% | 17,711 | 1.99% | 687 | 6,095 | 890,587 |
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 (option OR options OR optioned) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 8,422 | 0.95% | 14,419 | 1.62% | 671 | 5,229 | 890,587 |

**October 16, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | (Plan* w/10 (chang* OR terminat* OR cancel* OR outside)) AND (stock* OR share* OR sell* OR sale* OR trade* OR trading* OR option*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 6,550 | 0.74% | 11,593 | 1.30% | 473 | 4,245 | 890,587 |
| 28 | Buy* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 7,994 | 0.90% | 12,373 | 1.39% | 0 | 4,086 | 890,587 |
| 28 | Sell* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 7,901 | 0.89% | 12,723 | 1.43% | 0 | 3,481 | 890,587 |
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 establish* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 2,576 | 0.29% | 5,359 | 0.60% | 91 | 1,911 | 890,587 |
| 28 | Exercis* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 2,209 | 0.25% | 5,495 | 0.62% | 50 | 881 | 890,587 |
| 28 | "10b5*1" OR "trading plan*" | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 178 | 0.02% | 270 | 0.03% | 9 | 89 | 890,587 |

**October 16, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | (Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing OR terminat* OR leav* OR canned OR dismiss* OR resign* OR sacked OR sack OR retir* OR "step* down" OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | Oct. 1, 2022 – May 31, 2023 | All custodians; All non-custodial collections | 16,367 | 9.68% | 24,172 | 14.30% | 3,848 | 13,759 | 169,090 |
| 29 | "separation agreement" OR retir* OR resign* OR severance OR terminat* OR "step* down" OR "for cause" OR "without cause" | Oct. 1, 2022 – May 31, 2023 | Chapek, Daniel, McCarthy, Iger, and Bochner | 8,431 | 1.17% | 10,471 | 1.45% | 1,307 | 6,823 | 722,836 |
| 30 | (Iger* OR Bob*) w/25 (*hir* OR return* OR CEO OR "Chief Executive Officer" OR replac* OR "come back" OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR walk* OR meet* OR met OR talk* OR discuss* OR reinstat* OR call* OR Board* OR plan*) | Sept. 1, 2022 – Nov. 22, 2022 | McCarthy, Iger, Walden, Bergman, Gutierrez, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom Boardvantage | 1,451 | 3.65% | 1,833 | 4.61% | 145 | 999 | 39,801 |

## October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | (("Disney+" OR D+ OR "Disney Plus" OR DTC stream* OR sub OR subs OR subscriber*) w/15 (dashboard* OR data OR Snowflake OR Databricks OR Tableau OR "Looker Studio")) w/15 (access* OR restrict* OR grant* OR lock* OR "R internal*" OR live* OR "real-time" OR "real time" OR polic* OR procedur* OR "cut* off" OR "cut off" OR "reports@analytics.disneystreaming.com" OR "DEET.Tableau.-.Do.Not.Reply@disney.com" OR "Tableau-donotreply@disneystreaming.com") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 16,943 | 0.33% | 39,576 | 0.76% | 580 | 7,700 | 5,185,920 |
| 32 | (Board* OR "BOD" OR Florida OR "New York" OR "NYC" OR Manhattan OR Orlando OR retreat* OR strateg*) w/20 (meet* OR met OR present* OR preliminar* OR executiv* OR deck* OR financ* OR earn* OR miss* OR short OR consensus OR below OR market* OR Street* OR investor* OR shareholder* OR blam* OR surpris*) | Sept. 1, 2022 – Dec. 31, 2022 | All custodians; All non-custodial collections | 46,652 | 12.74% | 67,845 | 18.53% | 13,421 | 38,997 | 366,082 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR "fiscal year*") w/20 (call* OR result* OR releas* OR loss* OR present* OR meet* OR met OR earn* OR financ* OR miss* OR consensus OR short OR below OR market OR markets OR Street* OR investor* OR shareholder* OR "executive session*") | Sept. 1, 2022 – Dec. 31, 2022 | All custodians; All non-custodial collections | 38,425 | 10.50% | 60,153 | 16.43% | 5,568 | 25,012 | 366,082 |
| 33 | DMED* OR "Media and Entertainment" OR "Media & Entertainment" OR restructur* OR reorg* | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY<br><br>All custodians | 223,533 | 5.14% | 306,053 | 7.03% | 15,698 | 177,235 | 4,350,663 |
| 34 | (("Disney+" OR D+ OR "Disney Plus" DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR initiativ* OR plan*) w/15 (cut* OR decreas* OR lower* OR reduc* OR minimiz* OR eliminat* OR "writ* off" OR write*off OR rationaliz* OR reset* OR releas*)) w/15 (cost* OR expens* OR profit* OR loss* OR margin* OR unprofitab* OR income OR "break-even" OR "break* even" OR job*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 58,151 | 1.12% | 144,351 | 2.78% | 2,475 | 22,320 | 5,185,920 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | (stock* OR shares OR "share price" OR DIS OR securit*) w/10 (mov* OR declin* OR increas* OR chang* OR up OR down* OR fall* OR plummet* OR shoot* OR price* OR cap OR capital OR volume OR fell OR fall* OR decreas* OR drop* OR reduc* OR weak* OR soft* OR impact* OR low* OR target* OR goal* OR consensus OR rais* OR ris* OR drive* OR loss* OR lose* OR caus* OR upgrad* OR downgrad* OR shot) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage | 147,293 | 5.75% | 188,578 | 7.36% | 26,860 | 114,412 | 2,562,020 |
| 35 | (market* OR analyst* OR Street* OR investor* OR shareholder*) w/10 (react* OR disappoint* OR messag* OR surpris* OR concern* OR worr* OR shock* OR downgrad* OR lower* OR rating* OR reduc* OR fail* OR critic* OR miss*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage | 121,016 | 4.72% | 176,950 | 6.91% | 16,302 | 83,995 | 2,562,020 |

# October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/20 ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR quarter* OR trend* OR "fiscal year*" OR result* OR loss* OR miss* OR consensus OR short* OR below OR target* OR slow* OR track* OR pace OR pacing OR walk* OR flash OR driv* OR gain* OR drove OR low* OR below OR disclos* OR goal* OR number* OR weak* OR "on track") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 582,055 | 11.22% | 896,513 | 17.29% | 39,685 | 296,919 | 5,185,920 |
| 38 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/20 (hit* OR grow* OR expect*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 240,675 | 4.64% | 437,414 | 8.43% | 1,697 | 87,866 | 5,185,920 |
| 39 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 (peak* OR loss* OR fiscal OR expect* OR forecast* OR losing OR lose OR loss*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 221,355 | 4.27% | 417,051 | 8.04% | 3,626 | 75,411 | 5,185,920 |
| 41 | Impair* w/5 charg* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 15,592 | 0.30% | 35,654 | 0.69% | 291 | 5,331 | 5,185,920 |

## October 16, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Fam Complete Addition to Review | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | (polic* OR guideline* OR code* OR procedure* OR rule* OR regulat* OR requir* OR reg) w/15 (disclos* OR conduct* OR trading OR trade* OR media OR invest* OR insider*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, Iger, IR Personnel, Gutierrez, Lindbom, Parker, Arnold, Barra, Lagomasino, Richardson. Boardvantage | 115,126 | 4.90% | 146,395 | 6.23% | 25,025 | 102,881 | 2,350,712 |
| 51 | "Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR sub OR subs OR subscriber* OR Chapek* OR Kareem* OR Karim* OR McCarthy* OR Iger* | January 1, 2020 - August 31, 2023 | Forensic Files | 39,057 | 33.81% | 84,962 | 73.55% | 7,133 | 29,483 | 115,522 |