# EXHIBIT O

## Jessica Robertson

| | |
|---|---|
| **From:** | Smith, Wyatt <wyatt.smith@whitecase.com> |
| **Sent:** | Monday, November 3, 2025 12:27 PM |
| **To:** | Jessica Robertson; Williams, Zach; Nicole Gilliland; Jessica Shinnefield; Dan Drosman; Ryan Llorens; Jeffrey Stein; Jonathan Zweig; Cristelle Rabban; Kirsten McCormack; Terry Koelbl; Christine Milliron |
| **Cc:** | Polkes, Jonathan; Banks, Adam; Nettleton, Stacy; Weedman, Joshua; Grace, Susan; 'John Spiegel'; 'john.gildersleeve@mto.com'; Disney Securities Associates; Gemmell, Michelle |
| **Subject:** | RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians |
| **Attachments:** | 2025-11-3 Updated Appendix A.xlsx; Comparison of 2025-10-16 Appendix A Ltr to J. Shinnefield from S. Nettleton and 2025-11-3 Updated Appendix A.xlsx |

EXTERNAL SENDER

Counsel,

Attached please find (1) an updated hit report, and (2) a redline against the prior version. Defendants continue to process data. Accordingly, Defendants' population of "Searchable Documents" (column K) and "Total Hits" (column E) have increased for various searches. As discussed in our October 24 letter, Defendants have changed the name of Column J on the "Plaintiffs' Terms" tab to clarify that it provides the number of additional documents that each of Plaintiffs' searches would add to Defendants' review population, when viewed in isolation. In light of our most recent conversations regarding the hit report, we've also rereviewed the entire report for accuracy.

On the "Plaintiffs' Terms" tab, this report reflects corrections to the "Review Universe" (column D) and "Searchable Documents" (column K) for RFP 20 (row 31) which we discussed on our prior meet and confer. In our quality check process we also identified a correction to these metrics for RFP 51 (row 69). This report also corrects a clerical error on RFP 29 (rows 54 and 55). Defendants' prior hit report inadvertently switched the reported number of "Searchable Documents" (column K) attributable to these searches (*i.e.,* cell K54 should have been cell K55 and vice versa). On the "Defendants' Terms" tab, some of Defendants' "Search Terms" (column B) have been cleaned up for clarity. These clarifications do not impact the search results. In Search Nos. 23 (row 24), 35 (row 36), and 51 (row 52), this report reflects changes from "AND" connectors to "OR" connectors that Defendants adopted as discussed in our October 7 letter.

Best,

**Wyatt Smith** | Associate
**T** +1 212 819 8662    **M** +1 908 868 7181    **E** wyatt.smith@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Smith, Wyatt
**Sent:** Wednesday, October 29, 2025 8:42 PM
**To:** 'Jessica Robertson' <JRobertson@rgrdlaw.com>; Williams, Zach <zach.williams@whitecase.com>; 'Nicole Gilliland' <NGilliland@rgrdlaw.com>; 'Jessica Shinnefield' <jshinnefield@rgrdlaw.com>; 'Dan Drosman' <DanD@rgrdlaw.com>; 'Ryan Llorens' <RyanL@rgrdlaw.com>; 'Jeffrey Stein' <JStein@rgrdlaw.com>; 'Jonathan Zweig' <JZweig@rgrdlaw.com>; 'Cristelle Rabban' <CRabban@rgrdlaw.com>; 'Kirsten McCormack' <KMcCormack@rgrdlaw.com>; 'Terry Koelbl' <TKoelbl@rgrdlaw.com>; 'Christine Milliron' <CMilliron@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Dear Jessica,

The accusations in your email are unfounded.  Defendants are complying with all discovery obligations—including those imposed by the ESI Agreement. The isolated instances of inline images appearing as attachments are not a "systemic violation" of the ESI Agreement nor do they "artificially inflate" Defendants' hit count as you claim.

First, the ESI Agreement plainly states that "embedded files shall be produced as attachments to the document that contained the embedded file," and provides a limited, permissive exception for inline images—"logos and inline images need not be extracted as separate documents as long as they are displayed in the parent document." *See* Section V.D. In other words, the Agreement permits—but does not require—suppression of inline images such as logos. A party does not "violate" the Agreement if it produces logos and inline images as attachments.

Regardless, our vendor has confirmed that it does in fact suppress inline images, entirely consistent with the Agreement and industry-standard practices. Our vendor's tool reads the metadata assigned by the email application (i.e., Outlook, Gmail, mobile email apps, etc.) which indicates whether an image is "inline" (part of the body of the email) or an attachment (a separate file sent with the message). When the metadata indicates that an image is inline, our vendor suppresses the image from extraction. When the metadata classifies an image as an attachment, it is extracted as a separate file. Our vendor confirmed that it strictly adheres to this practice.

The few isolated images you cite (including BMP, PNG, or JPG image files) appear as attachments not because of any processing error, but because the metadata for the original email itself classified the images as attachments, and not as inline images. This sometimes occurs because different applications and devices vary in how they encode and transmit inline images in email metadata—a widely-recognized reality in ESI. For example, when an email is forwarded or sent from a mobile phone, the application may re-encode an inline image as an attachment rather than an inline element— even if it still appears to be embedded when viewed in the email application. In those cases, the metadata identifies the image as an attachment, so our vendor's processing tool treats the image as such, and properly extracts it as a separate file.  This is dictated by the email itself and is not an "intentional" manipulation as Plaintiffs suggest; it is commonplace in e-discovery.

Second, this is in no way a "systemic issue" that "inflates" Defendants' hit counts. Our vendor searched the entire current review population for any attachments with image file extensions (BMP, PNG, JPG, JPEG, GIF, TIF, TIFF, HEIC) that could conceivably be inline images. Even generously assuming that every such attachment is in fact an inline image, the total volume amounts to no more than 0.86% of all documents in the Relevant Period (January 01, 2020 through August 31, 2023) (51,331 of 5,935,323 documents total) and just 0.36% of those produced to date (473 of 131,943 documents total).  By comparison, Defendants' search proposal will result in the review of approximately 1 million documents (to date) and Plaintiffs' counterproposal would increase the review population to more than 2.3 million documents.  A de minimis number of logos and inline images do not materially alter these results.  Plaintiffs' purported concerns of "widespread" inline image extraction and "materially skew[ed]" hit counts are therefore entirely unfounded.

Our vendor is not aware of any available tool that can reliably distinguish inline images whose metadata identifies them as attachments from true attachments with perfect accuracy. Manual review of each document would be necessary and that is not required by the ESI Agreement.  Plaintiffs' suggestion that these documents can be automatically "corrected" reflects a fundamental misunderstanding of how email data is structured and processed. Consequently, we will not provide a hit report with "corrected metrics" with respect to inline images, as there is nothing to correct.

Defendants' productions are in full compliance with the ESI Agreement. The occasional production of inline images as separate attachments is a normal, unavoidable byproduct of how emails are encoded from time to time. Your attempts to mischaracterize this routine processing reality—which has no material impact on Defendants' hit counts—as a discovery violation appears to be manufactured in order to defend Plaintiffs' counter-search proposal which resulted in an exorbitant and unreasonable amount of hits having nothing to do with extracted inline images.  Defendants will, of course, continue to process and produce documents consistent with the ESI Agreement and industry-standard practices.

Separately, tomorrow we aim to provide an updated hit report (and redline) reflecting the updates previewed in our October 24th letter and discussed on our last meet and confer.

We reserve all rights.

Warm regards,

**Wyatt Smith** | Associate
**T** +1 212 819 8662    **M** +1 908 868 7181    **E** wyatt.smith@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Smith, Wyatt
**Sent:** Tuesday, October 28, 2025 4:53 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Williams, Zach <zach.williams@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>; Christine Milliron <CMilliron@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Jessica,

I write to confirm that we're working with our vendor to respond to your email and will do so tomorrow.

Thank you,

**Wyatt Smith** | Associate
**T** +1 212 819 8662    **M** +1 908 868 7181    **E** wyatt.smith@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Friday, October 24, 2025 4:01 PM
**To:** Williams, Zach <zach.williams@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>; Christine Milliron <CMilliron@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

This email follows our meet-and-confer discussion yesterday and formalizes Plaintiffs' position regarding significant deficiencies in Defendants' document production.  As we identified, Defendants have repeatedly violated Section V.D. of the ESI Agreement by extracting inline images and logos from their parent documents and producing them as separate documents. This improper practice artificially inflates Defendants' production count.

The following list is merely a representative sample to illustrate this systemic issue; it is by no means an exhaustive list of every such violation:

3

1. DISNEY272_000238690 (14 inline images attached)
2. DISNEY272_000140151 (child doc DISNEY272_000140152 is an inline banner image)
3. DISNEY272_000140781 (child doc DISNEY272_000140782 is an inline banner image)
4. DISNEY272_000166743 (child doc DISNEY272_000166746 is an inline image of a spreadsheet)
5. DISNEY272_000169593 (2 child docs - One is an msg with an inline image DISNEY272_000169598)
6. DISNEY272_000170683 (child doc DISNEY272_000170686 is an inline image of a spreadsheet)
7. DISNEY272_000181315 (child doc DISNEY272_000181317 is an inline image of an event schedule)
8. DISNEY272_000182371 (4 child docs: 2 logos + 2 inline images)
9. DISNEY272_000194313 (2 child docs, both inline images)
10. DISNEY272_000195419 (child doc DISNEY272_000195422 is an inline image of a spreadsheet)
11. DISNEY272_000203281 (4 child docs, all inline images of ppt slides)
12. DISNEY272_000241368 (child doc DISNEY272_000241373 is an inline image of a spreadsheet)
13. DISNEY272_000241381 (child doc DISNEY272_000241382 is an inline image of a pie chart)
14. DISNEY272_000349737 (child doc DISNEY272_000349740 is an inline image of a spreadsheet)
15. DISNEY272_000355438 (child doc DISNEY272_000355446 is an inline image of a spreadsheet)
16. DISNEY272_000391514 (child doc DISNEY272_000391534 is an inline image of an org chart)
17. DISNEY272_000399415 (child doc DISNEY272_000399420 is an inline image of a spreadsheet)
18. DISNEY272_000402821 (2 child docs, both inline images)
19. DISNEY272_000165340 (DISNEY272_000165346 is a logo)
20. DISNEY272_000167635 (DISNEY272_000167638 is a logo)
21. DISNEY272_000167945 (DISNEY272_000167948 is a logo)
22. DISNEY272_000170759 (DISNEY272_000170766 is a logo)
23. DISNEY272_000170862 (DISNEY272_000170872 is a logo)
24. DISNEY272_000182328 (DISNEY272_000182335 is a logo)
25. DISNEY272_000182336 (DISNEY272_000182350 is a logo)
26. DISNEY272_000204781 (2 logos)
27. DISNEY272_000208576 (DISNEY272_000208579 is a logo)
28. DISNEY272_000223202 (DISNEY272_000223203 is a logo)
29. DISNEY272_000330096 (DISNEY272_000330098 is a logo)

This systemic error calls into question the fundamental reliability of the metrics Defendants provided in Appendix A to Ms. Nettleton's October 16 Letter ("Oct. 16 Appendix A"). Defendants have repeatedly cited these hit counts as a basis to argue that Plaintiffs' proposed search terms are unduly burdensome. However, this improper counting method, where a single parent document is counted multiple times (as many as 14 times, in the case of DISNEY272_000238690), materially skews those hit counts. Consequently, the metrics in your Oct. 16 Appendix A do not accurately reflect Defendants' actual burden, and Plaintiffs cannot rely on them to evaluate any claims of burden.

Accordingly, please provide a written response by Tuesday, October 28, to the following:

1. An explanation for why inline images and logos were extracted and produced as separate documents, in clear violation of the ESI Agreement.
2. Corrected metrics for the hit counts in the Oct. 16 Appendix A.
3. Confirmation that Defendants will immediately cease this practice, rectify this error in all productions to date, and ensure all future productions and document-level reporting comply with the ESI Agreement.

Best,
Jessica

**Jessica Robertson**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

f in y img img img

---

**From:** Jessica Robertson
**Sent:** Wednesday, October 22, 2025 9:54 AM
**To:** 'Williams, Zach' <zach.williams@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>; Christine Milliron <CMilliron@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Zach,

We are available tomorrow at 4 pm ET/1 pm PT. We can use the same dial-in I previously circulated.

Best,
Jessica

**Jessica Robertson**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

f in y img img img

---

**From:** Williams, Zach <zach.williams@whitecase.com>
**Sent:** Wednesday, October 22, 2025 6:58 AM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>; Christine Milliron <CMilliron@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle

<michelle.gemmell@whitecase.com>

**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER

Jessica,

We are in receipt of counsel's questions about Defendants' hit report and will address on our meet and confer. We need to reschedule today's call and we are available at 3pm or 4pm ET Thursday in the window you proposed. Please let us know which time you prefer.

**Zach Williams** | Counsel
**T** +1 2027 29 2968    **M** +1 281 250 6105    **E** zach.williams@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Tuesday, October 21, 2025 6:54 PM
**To:** Williams, Zach <zach.williams@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>; Christine Milliron <CMilliron@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

After a thorough review, we have determined that the statistics provided in Appendix A contain significant ambiguities that prevent us from substantively evaluating Defendants' claims of burden. To facilitate a more productive discussion regarding the search terms, please be prepared to provide responses to the following questions during our call tomorrow.

**I. Definitions of Key Metrics in Appendix A**
The column headers and data in Appendix A are unclear. Please provide precise definitions for the following:
1. **"Family"**: Please define what constitutes a document "family" as that term is used in Appendix A.
2. **"Unique Hits" (Column I)**: Please explain what constitutes a "unique hit" as that term is used in Appendix A
3. **"Fam Complete Addition to Review" (Column J)**: Please define what the figures in this column represent and explain the methodology used to calculate them.

**II. Discrepancies and Inconsistencies in Data**
The data presented raises immediate questions about its accuracy as a measure of burden.
4. Please explain why a search term with zero "Unique Hits" (Column I) would result in a substantial number of additional families for review (Column J). For instance, Plaintiffs' proposed search for "DMED" (Row 29) shows 0 "Unique Hits" but adds **131,798** "Fam Complete Addition[s] to Review."

**III. Document Processing and Adherence to ESI Protocol**
We are concerned that Defendants' processing methods may be artificially inflating the hit counts in violation of the parties' ESI Agreement.

5. Please confirm whether the figures in Columns E-K include embedded files, logos, and inline images that were extracted from their parent documents.

6. If they do, please note that this practice is contrary to the ESI Agreement, which states: "The parties agree logos and other inline images need not be extracted as separate documents as long as they are displayed in the parent document." (ESI Agreement, § V.D.).

7. If the extracted files noted above are included in the hit counts, are those child files being OCR'd and searched separately from the parent document? This could cause a single responsive document to be counted multiple times. For example, if a term appears in an embedded image, is that counted as one hit on the parent and a second hit on the extracted child file?

8. Please provide a revised Appendix A that excludes all embedded files, inline images and logos from the hit count statistics so that we may properly assess the burden.

**IV. Scope of Searched Universe**

To understand the context of the search results, we require additional information about the underlying document collection.

9. Please provide a report detailing the total number of searchable documents for each custodian (excluding embedded files, logos and inline images).

10. The data provided for the "IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights" collection (Row 31) indicates a searchable universe of only **21,699** documents. This figure seems exceptionally low, representing less than 1% of the total 5.1 million searchable documents. Please provide a detailed explanation for this low document count. Specifically, please confirm which data sources (*e.g.*, emails, short-form messaging platforms) were searched for the Investor Relations personnel.

We believe that receiving clear answers to these questions is a necessary prerequisite to resolving the current impasse.

Thank you,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Jessica Robertson
**Sent:** Monday, October 20, 2025 4:00 PM
**To:** 'Williams, Zach' <zach.williams@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>

**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Zach,

This Wednesday at 5 pm ET/2 pm PT works for us. We can use the below dial-in:

Dial-in Number: (267) 930-4000

Participant Access: 109-675-040

I will circulate our questions regarding Defendants' Appendix A in advance of the call.

Best,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Williams, Zach <zach.williams@whitecase.com>
**Sent:** Monday, October 20, 2025 3:17 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Jessica,

We are available at Wednesday at 5pm EST. To ensure efficiency, can you please provide the questions in advance of the discussion.

We received your letter on October 17 and plan to respond. Rather than agree to the parties submitting only the dispute over Plaintiffs' Confidential Witnesses in isolation on Wednesday, Defendants will propose a date for raising the issues ripe for resolution together under Judge Sagar's Informal Dispute Resolution procedure.  We can discuss on the meet and confer.

**Zach Williams** | Counsel
**T** +1 2027 29 2968    **M** +1 281 250 6105    **E** zach.williams@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Monday, October 20, 2025 5:18 PM
**To:** Williams, Zach <zach.williams@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

We have several technical questions regarding Appendix A attached to Stacy Nettleton's October 16 letter. We are available to discuss tomorrow (October 21) between 11 am and 3 pm PT, Wednesday (October 22) between 1 pm and 3 pm PT, and Thursday (October 23) between noon and 3 pm PT. Please ensure your ESI specialist, or someone knowledgeable regarding the metrics included in Appendix A, is also available for the call.

Thank you,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    

---

**From:** Williams, Zach <zach.williams@whitecase.com>
**Sent:** Thursday, October 16, 2025 5:05 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>

**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Counsel,

Please find attached correspondence in response to Plaintiffs' October 10 letters.

**Zach Williams** | Counsel
**T** +1 2027 29 2968    **M** +1 281 250 6105    **E** zach.williams@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Friday, October 10, 2025 8:43 PM
**To:** Williams, Zach <zach.williams@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Please see the attached correspondence and related appendices.

Best,
Jessica

**Jessica Robertson**
Associate


Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

f in 🐦 ▶ 📷

---

**From:** Williams, Zach <zach.williams@whitecase.com>
**Sent:** Tuesday, October 7, 2025 3:27 PM
**To:** Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy

<stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>

**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Counsel,

Please find attached correspondence regarding Defendants' search protocol and Plaintiffs Second Set of Requests for Production.

**Zach Williams** | Counsel
**T** +1 2027 29 2968   **M** +1 281 250 6105   **E** zach.williams@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Nicole Gilliland <NGilliland@rgrdlaw.com>
**Sent:** Monday, October 6, 2025 4:09 PM
**To:** Williams, Zach <zach.williams@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Please see the attached correspondence.

Thanks,
Nicole

---

**From:** Nicole Gilliland
**Sent:** Thursday, October 2, 2025 2:33 PM
**To:** 'Williams, Zach' <zach.williams@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.cOM>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

11

Thanks, Zach. We can use the below dial-in:

Dial-in: (267) 930-4000
Access code: 810 978 984

---

**From:** Williams, Zach <zach.williams@whitecase.com>
**Sent:** Thursday, October 2, 2025 2:19 PM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Jessica,

4pm EST tomorrow works for us.

**Zach Williams** | Counsel
**T** +1 2027 29 2968    **M** +1 281 250 6105    **E** zach.williams@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>
**Sent:** Thursday, October 2, 2025 2:38 PM
**To:** Smith, Wyatt <wyatt.smith@whitecase.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Williams, Zach <zach.williams@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Wyatt,

Thank you for providing these hit counts.  Plaintiffs are available to meet and confer tomorrow at 1 p.m. Pacific/4 p.m. Eastern regarding Plaintiffs' proposed searches, as well as the outstanding issues raised in Plaintiffs' September 19 letter, including Defendants' positions on the following topics:

1.  Whether Defendants will collect documents for the additional custodians proposed by Plaintiffs.

2.  Whether Defendants will produce documents for Iger relating to:  actual conduct violations; employment agreements and/or his Rule 10b-5-1 Trading Plans.

3.  Whether Defendants will produce documents from non-custodial sources pertaining to earnings calls, such as hard-copy earnings binders and other preparation materials.

4.  With respect to short-form communications (text, WhatsApp, etc):

      (a)    For Defendants' proposed Review With Search Terms, why have Defendants proposed different searches from the searches they proposed for ESI?

      (b)    For Defendants' proposed Review Without Search Terms, will Defendants agree to: (i)  search for the additional custodians Plaintiffs proposed, (ii) for the entirety of the Relevant Period?

5.  In Defendants' short-form communications protocol, you state:  These searches are responsive to any requests that Defendants have agreed to produce documents for, including RFP Nos. 1-16, 19-24, 26-30, 32-41, 47 and 50-58.  Are Defendants not producing documents responsive to the Requests that are not specifically enumerated?

Please let us know whether that time works for you.

Thanks,
Jessica

---

**From:** Smith, Wyatt <wyatt.smith@whitecase.com>
**Sent:** Wednesday, October 1, 2025 5:45 PM
**To:** Nicole Gilliland <NGilliland@rgrdlaw.com>; Williams, Zach <zach.williams@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Counsel,

Attached please find a revised hit report for Plaintiffs' proposed searches that contains unique hits for each of Plaintiffs' searches. Although as previously noted, Plaintiffs' new searches (which ignored our prior communications about the issues with Plaintiffs' searches) presented significant issues to generating unique hit counts, our vendor was able to generate unique hits for each of Plaintiffs' proposed searches by engineering a custom script. The process remains time consuming because it involves exporting data out of Relativity and into a custom SQL database for analysis, after which our vendor must confirm its results through manual QC. Nevertheless, it has allowed our vendor to provide unique hit counts for each of Plaintiffs' 2,977 individual searches below the 450-character limit. RFP 14 remains split into multiple tabs, which together account for the 2,580 individual searches required to capture the various permutations of each search that Plaintiffs' proposed for RFP 14. The "Summary" tab confirms that Plaintiffs' search terms hit on 2.45 million

documents (with families), which would add an additional 1.68 million documents to Defendants' proposed review universe. These figures do not account for any of Plaintiffs' 19 additional proposed custodians, nor the documents that Defendants continue to load and process.

We remain available for a meet and confer on this issue and the other issues raised in Plaintiffs' September 19, 2025 letter tomorrow afternoon or Friday.

Best,

**Wyatt Smith**  |  Associate
**T**  +1 212 819 8662    **M**  +1 908 868 7181    **E**  wyatt.smith@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Smith, Wyatt
**Sent:** Monday, September 29, 2025 5:03 PM
**To:** Nicole Gilliland <NGilliland@rgrdlaw.com>; Williams, Zach <zach.williams@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

We disagree with your contentions, including your characterizations of Defendants' efforts on this matter. We have explained the technical limitations that have prohibited Defendants from providing unique hit counts for Plaintiffs' revised searches. Nevertheless, in an effort to provide additional data points and advance the Parties' discussions, we are working with our vendor to provide unique hit counts with as few adjustments to Plaintiffs' search protocol as technologically possible. Defendants appreciate Plaintiffs' suggestion to remove RFP 14, which will lessen the human and machine labor involved in providing a unique hit count report. As previously noted, Defendants will respond separately regarding Plaintiffs' other issues in its September 19 letter so that the Parties may address them in their next meet and confer. We are confirming timing on the report, but can meet and confer later this week.

Best,

**Wyatt Smith**  |  Associate
**T**  +1 212 819 8662    **M**  +1 908 868 7181    **E**  wyatt.smith@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Nicole Gilliland <NGilliland@rgrdlaw.com>
**Sent:** Monday, September 29, 2025 4:14 PM
**To:** Smith, Wyatt <wyatt.smith@whitecase.com>; Williams, Zach <zach.williams@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>

**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Following up on the below. Are you available to meet and confer tomorrow between 11 am and 1 pm PT?

Thanks,
Nicole

---

**From:** Nicole Gilliland
**Sent:** Friday, September 26, 2025 4:59 PM
**To:** 'Smith, Wyatt' <wyatt.smith@whitecase.com>; Williams, Zach <zach.williams@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Thank you for providing an update on Defendants' efforts to run the revised search terms Plaintiffs proposed on September 19, 2025.  As explained below, we disagree with several contentions in your September 26 email.

Your complaints about character numbers ignore that Plaintiffs have significantly narrowed their search strings in order to decrease hit counts and reduce Defendants' review burden. Your complaints also overstate the issues. For example, you state that the root COUNTRY has over 900 characters. But Plaintiffs' September 19 proposal reduced the number of characters in COUNTRY, which did not, as you state, "exacerbate[]" your issue with character numbers. You also state that "Plaintiffs' most recent edit to the term 'SUBS' inserted the nested term 'SERVICE,' meaning the full term 'SUBS' now has over 200 characters."  Again, you ignore that the purpose of the edit was to narrow Plaintiffs' proposed search terms and decrease hits on irrelevant documents. Plaintiffs did this by tethering broader terms within the SUBS root (such as "account" and "member") to the SERVICE terms. It is reasonable for a search root to have 200 characters, especially when it is narrowly tailored to capture relevant documents. You also complain that Plaintiffs' edits "exponentially increased the number of separate searches" because your vendor had to manually run 2,977 searches. But your vendor has already run these searches, and it took less than one week.

Plaintiffs are also unconvinced that providing unique hit counts is infeasible. First, you note that Plaintiffs did not broadly apply all custodians and the full time period to all search strings. Again, you ignore that this limitation reduces hit counts and Defendants' review burden, and you do not explain why it would "stymie" your vendor's ability to provide unique hit counts. Second, your statement that the character numbers make it "not feasible" to provide unique hit counts contradicts your statement that your vendor could provide unique hit counts by manually running the searches. Third, you do not explain why it would take

15

300-350 hours for your vendor to provide unique hit counts when it has already manually separated the search strings and run an initial hit report. Finally, you acknowledge that RFP 14 is responsible for 2,580 (86%) of the 2,977 searches. Defendants' burden in providing unique hit counts can be dramatically reduced by excluding RFP 14 from the search term hit report, which we are happy to discuss in an effort to resolve your concerns. Please also explain why you have a tab for "RFP 14.2" and "RFP 14.2 – MODIFIED TERMS."

Your refusal to provide unique hit counts unless Plaintiffs revise their search strings is unreasonable. You failed to inform us of the 450-character limit until after Plaintiffs spent significant time and effort crafting their September 3 proposal. You also failed to inform us that higher character numbers would preclude unique hit counts until after we provided Plaintiffs' September 19 proposal (which we spent significant, additional time editing to address your overbreadth concerns). This is unproductive and belies your statement that you are acting in the interest of time.

Finally, we disagree that an additional 1.68 million documents is unduly burdensome in a case this size against a company with significant resources. Nonetheless, we are reviewing your hit report and will be prepared to discuss any concerns Defendants have with hit counts.

Please let us know when you are available on Monday (9/29) 10-12 PT or Tuesday (9/30) 11-1 PT to discuss these issues, as well as the other issues raised in Plaintiffs' September 19 letter.

Thanks,
Nicole

---

**From:** Smith, Wyatt <wyatt.smith@whitecase.com>
**Sent:** Thursday, September 25, 2025 5:22 PM
**To:** Williams, Zach <zach.williams@whitecase.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Counsel,

As discussed in our previous correspondence, we were working with our vendor to provide a hit report for Plaintiffs' prior search protocol when we received Plaintiffs' revised proposal. Our vendor has been working on a hit report for the revised proposal. We write with an update on Defendants' efforts to query Defendants' collections with Plaintiffs' proposed searches and "term roots."

On our last meet and confer on this subject, we informed you that Relativity's search function has a 450-character limit. Relativity cannot run any single search with more than 450 characters. Therefore, as we informed you, our vendor had to deconstruct Plaintiffs' lengthier searches into multiple searches digestible by Relativity. Running each of Plaintiffs' search strings that exceed 450 characters involves time-consuming and laborious steps. Any search that exceeds 450 characters

must be manually broken down into separate searches. That step includes ensuring that the original search's logic is preserved. If needed, the Plaintiffs' "term roots" must be broken down as well.

After we informed you of this process, Plaintiffs served an updated search protocol that exacerbated this problem. For example, the search term "WITHDRAWN" still has over 1,100 characters, and the root "COUNTRY" has over 900. Plaintiffs' edits have also embedded multiple terms inside a single search. For example, Plaintiffs' most recent edit to the term "SUBS" inserted the nested term "SERVICE," meaning the full term "SUBS" now has over 200 characters. Moreover, Plaintiffs' proposed Search 2 for RFP 14 uses the terms "COUNTRY," "SUBS," and "SERVICE." When broken down to include all characters encompassed within each of these term roots, the intended search spans more than 1,700 characters.

The addition of several term roots has therefore ballooned the character count of several searches. That, in turn, has exponentially increased the number of separate searches required to capture the entirety of Plaintiffs' queries. In total, our vendor manually ran 2,977 separate searches to capture Plaintiffs' proposed searches. RFP 14 is responsible for 2,580 of those searches. The remaining RFPs entail 397 searches, with RFP 3 requiring 181 searches, and RFP 16 requiring 68 searches.

This exponential increase in searches has stymied our vendor's ability to determine unique hit counts. The proposed searches are non-uniform in time period and custodians, which means they are run against different document populations. As a result, our vendor cannot use Relativity's automatic functions to determine unique hit counts for each of Plaintiffs' proposed searches. Instead, to determine the number of unique hits for each search, our vendor must manually enter that search *and* reenter the other 2,976 searches.

This exponential increase in searches means that providing unique hits on a search-by-search basis is not feasible. This undertaking would require an estimated 300-350 manual labor hours to complete. That assumes that none of those searches causes Relativity to time out during the search. This undertaking would also pose a high risk of clerical error, and any such error would lead to an inaccurate unique hit count. That is because any single error among thousands of the manual entry of any search would have the ripple effect of throwing off the number of unique hits for other searches. Should Plaintiffs desire unique hit counts on a search-by-search basis, Plaintiffs must edit their searches to rectify the problems identified above.

Attached we have provided global deduplicated hit counts for Plaintiffs' updated proposal. In addition, we have identified the overlap between the Defendants' proposal and Plaintiffs' proposals and the number of additional unique documents that Plaintiffs' searches would add to Defendants' total review population. Plaintiffs' proposed search protocol would add an additional 1.68 million documents to Defendants' review set of 774,813 which is still growing with additional collections—an increase of 216.82%. Of course, that increase does not account for data that remains for collection or the additional custodians you have requested. This proposed increase is not reasonable.

We wanted to provide this information as quickly as possible in the interest and time and productivity. Defendants will respond separately regarding the other issues raised in your September 19, 2025 letter.

We are available to discuss.

Best,

**Wyatt Smith** | Associate
**T** +1 212 819 8662    **M** +1 908 868 7181    **E** wyatt.smith@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Williams, Zach <zach.williams@whitecase.com>
**Sent:** Friday, September 19, 2025 7:44 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>

**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

As discussed earlier this week, we are working with our vendor to provide a hit report for Plaintiffs' proposed search protocol, which will include unique hits and be separated out by RFP as you requested. The revised hit report will apply your protocol across all data and custodians from whom we have collected, excluding your previous Search 35.

Producing a hit report involves several manual steps and complications due to the volume of searches (over 90) and the structure of Plaintiffs' proposed search strings, including that searches depend on varying time periods, custodians, and other limiters (i.e., whether the search is run across parent emails only or all documents). This is a manual, time-consuming process. Our vendor must run searches for unique hits one term at a time. Also, as we explained with respect to our previous hit report, many proposed searches must be broken into multiple searches, which creates additional searches to run. Applying Plaintiffs' root connectors also creates an additional step for each search.

We expect to provide you a new hit report early next week.

**Zach Williams** | Counsel
**T** +1 2027 29 2968   **M** +1 281 250 6105   **E** zach.williams@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807

---

**From:** Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Sent:** Friday, September 12, 2025 7:18 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Williams, Zach <zach.williams@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Please see the attached correspondence and related appendix. Also attached is Defendants' proposed search protocol for short-form communications. Have a nice weekend.

Best,
Michelle

**Michelle Gemmell** | Associate
**T** +1 212 819 2558   **M** +1 857 259 7261   **E** michelle.gemmell@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Sent:** Wednesday, September 10, 2025 9:25 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Thanks, Jessica. That works for us.

**Michelle Gemmell** | Associate
**T** +1 212 819 2558   **M** +1 857 259 7261   **E** michelle.gemmell@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Wednesday, September 10, 2025 6:39 PM
**To:** Gemmell, Michelle <michelle.gemmell@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Michelle,

We are available on Monday, September 15, at 10 am PT. We can use the following dial-in:

Dial-in Number: (267) 930-4000

Participant Access: 109-675-040

Best,
Jessica

**Jessica Robertson**
Associate

**Robbins Geller Rudman & Dowd** LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



---

**From:** Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Sent:** Wednesday, September 10, 2025 3:12 PM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Counsel,

Thanks for your email. We are unavailable on Friday, September 12, but please let us know if you have availability on Monday, September 15 instead. In advance, we will send a response to your search counter proposal, including the hit reports.

We also expect to make a production of documents by the end of this week and will provide our proposed short-form messaging protocol shortly thereafter. Thank you.

Best,
Michelle

**Michelle Gemmell** | Associate
**T** +1 212 819 2558   **M** +1 857 259 7261   **E** michelle.gemmell@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>
**Sent:** Tuesday, September 9, 2025 5:07 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** [EXT] Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Please let us know your availability to meet and confer on Friday, September 12, between 12-2 pm (Pacific) regarding the additional search terms and custodians Plaintiffs provided by email on September 3, 2025.

In advance of our call, and as required by the Stipulated Electronic Discovery Agreement, please "provide a search term hit list or hit report after global de-duplication (including the number of documents that hit on each term, the number of unique documents that hit on each term (documents that hit on a particular term and no other term on the list), and the total number of documents that would be returned by using the proposed search term list, with and without families)." ECF 173 at 3.

Also, per the Stipulated Electronic Discovery Agreement, and prior to our call, please produce "organizational charts to facilitate the identification of appropriate custodians." ECF 173 at 2. Alternatively, if no organizational charts exist, please provide any Company directories and/or any job description lists maintained by Disney's HR Department for the relevant period.

Finally, please let us know when Disney will begin producing responsive documents collected: (i) without the use of search terms; and (ii) using Disney's proposed search terms and custodians.

Regards,

**Jessica T. Shinnefield**
Partner

**Robbins Geller Rudman & Dowd LLP**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Wednesday, September 3, 2025 6:32 PM
**To:** 'Smith, Wyatt' <wyatt.smith@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Counsel,

Please see the attached correspondence and appendices related thereto.

21

Best,
Jessica

**Jessica Robertson**
Associate

**Robbins Geller
Rudman & Dowd LLP**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Smith, Wyatt <wyatt.smith@whitecase.com>
**Sent:** Friday, August 15, 2025 4:26 PM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

EXTERNAL SENDER
Hi Jessica,

Please find Defendants' proposed search protocol attached.

I hope everyone has a great weekend.

Best,

**Wyatt Smith** | Associate
**T** +1 212 819 8662    **M** +1 908 868 7181    **E** wyatt.smith@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Smith, Wyatt
**Sent:** Thursday, August 14, 2025 8:57 PM
**To:** 'Jessica Shinnefield' <jshinnefield@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Hi Jessica,

Please see the attached correspondence regarding Plaintiffs' letter dated August 8, 2025. We'll revert regarding proposed search terms and custodians.

Best,

**Wyatt Smith** | Associate
**T** +1 212 819 8662    **M** +1 908 868 7181    **E** wyatt.smith@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>
**Sent:** Thursday, August 14, 2025 8:15 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.comthe' <john.gildersleeve@mto.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Stacy,

        Please let us know when Defendants will provide their proposed search terms and custodians for locating documents responsive to Plaintiffs' Requests for Production of Documents, as well as when Defendants will provide their positions on the outstanding issues addressed in our letter dated August 8, 2025.

Thanks,

**Jessica T. Shinnefield**
Partner

**Robbins Geller
Rudman & Dowd LLP**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Friday, August 8, 2025 4:14 PM
**To:** 'Smith, Wyatt' <wyatt.smith@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** 'Polkes, Jonathan' <jonathan.polkes@whitecase.com>; 'Nettleton, Stacy' <stacy.nettleton@whitecase.com>; 'Banks, Adam' <adam.banks@whitecase.com>; 'Weedman, Joshua' <jweedman@whitecase.com>; 'Grace, Susan'

<susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>

**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Counsel,

Please see the attached correspondence regarding the parties' July 31 meet and confer.

Best,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Jessica Robertson
**Sent:** Thursday, July 24, 2025 9:47 AM
**To:** 'Smith, Wyatt' <wyatt.smith@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; John Spiegel <John.Spiegel@mto.com>; john.gildersleeve@mto.com
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Wyatt,

We are available next Thursday, 7/31, at 11 am PT. We can use the following dial-in:

Dial-in Number: (267) 930-4000

Participant Access: 109-675-040

Best,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



**From:** Smith, Wyatt <wyatt.smith@whitecase.com>
**Sent:** Thursday, July 24, 2025 8:56 AM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; John Spiegel <John.Spiegel@mto.com>; john.gildersleeve@mto.com
**Subject:** Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

EXTERNAL SENDER
Counsel,

Please let us know when you are available to meet and confer next Thursday July 31 between 9AM Pacific/12PM Eastern and 2PM Pacific/5PM Eastern regarding Plaintiffs' Responses and Objections to Defendants' First Set of Requests for the Production of Documents.

Thank you,

**Wyatt Smith**  |  Associate
**T**  +1 212 819 8662    **M**  +1 908 868 7181    **E**  wyatt.smith@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

==================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==================================================================================

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

==================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the

email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the

email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

======================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

======================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

======================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

===============================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

===============================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===============================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 27,762 | 0.50% | 81,735 | 1.48% | 48 | 5,513,913 |
| 2 | ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 28,287 | 0.51% | 75,523 | 1.37% | 1 | 5,513,913 |
| 3 | (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 172,584 | 3.13% | 352,284 | 6.39% | 236 | 5,513,913 |
| 4 | ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 107,333 | 1.95% | 251,056 | 4.55% | 76 | 5,513,913 |
| 5 | ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 89,984 | 1.63% | 190,727 | 3.46% | 1,389 | 5,513,913 |
| 6 | "Disney Media and Entertainment Distribution" OR "DMED" OR reorg* OR ("intersegment transfer" W/10 pric*) | September 1, 2020 to October 31, 2020 | Chapek, Daniel, McCarthy, Lindbom All non-custodial collections | 2,561 | 2.96% | 3,776 | 4.36% | 33 | 86,571 |
| 7 | (DMED AND ((Daniel) W/25 (appoint* OR hir* OR employ* OR term* OR condition*))) | September 1, 2020 to October 31, 2020 | Chapek, Daniel, Lindbom All non-custodial collections | 11 | 0.01% | 20 | 0.03% | 0 | 75,263 |
| 8 | ("Disney+" OR "D+") AND subscri* AND churn* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 87,122 | 1.58% | 204,648 | 3.71% | 0 | 5,513,913 |
| 9 | ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 193,416 | 3.51% | 405,200 | 7.35% | 1,560 | 5,513,913 |

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 10 | ("Disney+" OR "D+") AND window* AND (45 OR 90 OR (forty w/1 five) OR ninety) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 63,178 | 1.15% | 162,500 | 2.95% | 391 | 5,513,913 |
| 11 | ("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 4,626 | 0.16% | 14,385 | 0.49% | 0 | 2,928,046 |

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 12 | ("Disney+" OR "D+") AND content AND (cost* OR budget) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer<br><br>*These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 55,864 | 2.37% | 77,434 | 3.29% | 788 | 2,356,727 |
| 13 | ("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer<br>All non-custodial collections | 16,974 | 0.58% | 50,376 | 1.72% | 4 | 2,928,046 |

## November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 14 | ("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 16,006 | 0.55% | 34,611 | 1.18% | 10 | 2,928,046 |
| 15 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND loss* AND "intersegment transfer pricing" | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 235 | 0.01% | 618 | 0.02% | 0 | 2,928,046 |

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 16 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND ((recognize* W/2 subscription W/2 revenue) OR (third W/2 party W/2 partner)) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell All non-custodial collections | 1,141 | 0.08% | 2,599 | 0.19% | 0 | 1,343,211 |
| 17 | ("Disney+" OR "D+") AND (Verizon OR Amazon OR "American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell All non-custodial collections | 54,407 | 4.05% | 100,817 | 7.51% | 0 | 1,343,211 |
| 18 | ("Disney+" OR "D+") AND subscrib* AND (third* OR partner*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell All non-custodial collections | 66,635 | 4.96% | 116,736 | 8.69% | 101 | 1,343,211 |
| 19 | ("Disney+" OR "D+") AND (Hulu* W/2 Live) AND subscri* | July 1, 2021, to December 31, 2022 | All custodians All non-custodial collections | 24,978 | 1.28% | 57,454 | 2.95% | 4 | 1,946,357 |
| 20 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri* | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 31,304 | 1.55% | 74,011 | 3.67% | 2 | 2,017,997 |

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 21 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international w/25 market) AND launch* AND subscri* | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 6,443 | 0.32% | 19,363 | 0.96% | 1 | 2,017,997 |
| 22 | ("Disney+" OR "D+") AND content AND subscri* AND perform* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 124,795 | 2.26% | 296,650 | 5.38% | 90 | 5,513,913 |
| 23 | ("Disney+" OR "D+") AND (content W/25 (subscri* AND (delay* OR remov*))) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 5,758 | 0.10% | 23,365 | 0.42% | 1 | 5,513,913 |
| 24 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "DMED" OR ("Iger" w/10 ("CEO" or rehir*)) OR (Chapek w/10 fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K) | January 1, 2020 to August 31, 2023 | Veda Kong, Nathan Harris<br><br>*These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 3,783 | 2.86% | 3,783 | 2.86% | 0 | 132,311 |

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 25 | earn* AND call AND quarter* | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer Investor Relations Shared Drives; IR Insights | 38,936 | 2.40% | 56,594 | 3.48% | 158 | 1,623,944 |
| 26 | (earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer Investor Relations Shared Drives; IR Insights | 18,025 | 1.11% | 28,466 | 1.75% | 0 | 1,623,944 |
| 27 | ("Disney+" OR "D+" OR "DTC") AND "board" AND meet* | January 1, 2020 to August 31, 2023 | Chapek, Iger, McCarthy, Daniel, Jolene Negre Boardvantage | 7,998 | 0.86% | 13,886 | 1.48% | 0 | 935,402 |
| 28 | contract AND renew* | January 1, 2022, to September 30, 2022 | Chapek, Negre, Arnold Boardvantage | 809 | 1.64% | 1,842 | 3.74% | 7 | 49,243 |
| 29 | ("Disney+" OR "D+") AND subscri* AND perform* AND (bonus* OR equity OR salar*) AND compens* | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Iger Boardvantage | 2,901 | 0.33% | 5,453 | 0.61% | 0 | 891,423 |
| 30 | securit* AND (award OR exercise OR purchase OR sale) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy All non-custodial collections | 23,665 | 2.31% | 63,253 | 6.17% | 1,700 | 1,025,329 |
| 31 | ("Disney+" OR "D+") AND (depart* OR resign* OR terminat*) AND (Chapek OR McCarthy OR Daniel OR Bochner) | October 1, 2022, to August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Bochner Boardvantage | 1,059 | 0.26% | 1,725 | 0.42% | 0 | 407,939 |

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 32 | (Iger* OR Bob*) w/25 ("CEO" OR "Chief Executive Officer" OR "hire" OR "rehire" OR replac* OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* reinstat*) | September 1, 2022 to Nov. 22, 2022 | McCarthy, Iger, Arnold Boardvantage | 604 | 2.01% | 688 | 2.29% | 0 | 29,984 |
| 33 | (("fourth quarter" w/4 2022) OR "4Q22" OR ("Q4" w/2 2022)) AND financ* | October 1, 2022, to January 31, 2023 | All custodians All non-custodial collections | 2,373 | 0.60% | 5,202 | 1.32% | 35 | 392,681 |
| 34 | DMED AND unwind AND Iger | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 87 | 0.01% | 173 | 0.01% | 0 | 1,172,831 |
| 35 | (("Disney+" OR "D+") OR DMED) AND (earn* w/5 call) AND Iger AND subscri* | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 2,294 | 0.20% | 3,578 | 0.31% | 0 | 1,172,831 |
| 36 | DMED AND (mistake* OR divide) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,071 | 0.09% | 2,943 | 0.25% | 4 | 1,172,831 |
| 37 | (cost* w/5 cut*) | November 20, 2022 to February 8, 2023 | Iger, McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart All non-custodial collections | 1,299 | 1.17% | 1,952 | 1.76% | 45 | 110,990 |
| 38 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost* w/5 cut*) AND (earn* w/5 call) AND Iger AND billion AND subscri* | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,112 | 0.09% | 1,758 | 0.15% | 0 | 1,172,831 |
| 39 | ("Disney+" OR "D+"OR DTC OR "direct-to-consumer") AND (subscrip* OR (operat* w/ 3 loss*) OR result*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 76,411 | 6.52% | 133,208 | 11.36% | 4,587 | 1,172,831 |
| 40 | (stock W/5 price) AND (move* OR declin* OR increase* OR chang*) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy All non-custodial collections | 7,464 | 0.73% | 13,238 | 1.29% | 10 | 1,025,329 |

## November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 41 | ("Disney+" OR "D+") AND stock AND subscri* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 41,951 | 0.76% | 76,095 | 1.38% | 20 | 5,513,913 |
| 42 | disclosure AND stock AND (effect* OR impact* OR cause*) | November 1, 2021 to November 30, 2021 | All custodians All non-custodial collections | 1,058 | 0.92% | 2,197 | 1.92% | 2 | 114,638 |
| 43 | disclosure AND stock AND (effect* OR impact* OR cause*) | November 1, 2022 to November 30, 2022 | All custodians All non-custodial collections | 919 | 0.79% | 1,830 | 1.57% | 5 | 116,552 |
| 44 | disclosure AND stock AND (effect* OR impact* OR cause*) | April 17, 2022 to May 17, 2022 | All custodians All non-custodial collections | 824 | 0.64% | 1,750 | 1.37% | 16 | 128,015 |
| 45 | ("Disney+" OR "D+") AND subscri* AND grow* | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 10,888 | 3.25% | 22,299 | 6.66% | 2 | 334,772 |
| 46 | ("Disney+" OR "D+") AND (peak W/10 year W/10 loss*) | October 1, 2021 to December 31, 2021 | McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart All non-custodial collections | 241 | 0.21% | 575 | 0.50% | 0 | 115,052 |
| 47 | ("Disney+" OR "D+") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | October 1, 2021 to December 31, 2021 | McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart All non-custodial collections | 1,005 | 0.87% | 2,135 | 1.86% | 0 | 115,052 |

# November 3, 2025 Hit Report: "Defendants' Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 48 | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com OR Tableaudontreply@disneystreaming.com OR tabsub_all_mmi@disneystreaming.com) AND "Disney+" | January 1, 2020 to August 31, 2023 | All custodians  *These email address search terms will be run on the custodians' email domains only. | 35,548 | 4.15% | 37,382 | 4.36% | 12,426 | 856,794 |
| 49 | (DTC OR "direct-to-consumer") AND (operat* W/25 loss*) | October 1, 2022 to December 31, 2022 | All custodians All non-custodial collections | 2,156 | 0.72% | 4,838 | 1.62% | 2 | 298,459 |
| 50 | ("Disney+" OR "D+") AND impair* AND content | April 1, 2023 to August 31, 2023 | All custodians All non-custodial collections | 8,112 | 1.18% | 15,509 | 2.26% | 2 | 685,427 |
| 51 | ((("Disney+" OR "D+") AND (subscri* OR finan* OR cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decision-making")) | January 1, 2020 to August 31, 2023 | Forensic Investigations Team Rocket D3 Files, Management Audit Group Drive | 3,649 | 3.92% | 17,955 | 19.31% | 0 | 92,977 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (target* OR goal* OR guid* OR objective* OR plan* OR forecast* OR project* OR number* OR grow* OR low* OR decreas*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 257,215 | 4.66% | 482,205 | 8.75% | 2,120 | 99,213 | 5,513,913 |
| 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (trajector* OR "on track" OR behind OR gap* OR variance* OR bridg* OR driver* OR driving OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 160,391 | 2.91% | 319,272 | 5.79% | 185 | 49,848 | 5,513,913 |
| 1 | ("Disney+" OR D+ OR "Disney Plus" ) w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 132,285 | 2.40% | 279,556 | 5.07% | 382 | 31,765 | 5,513,913 |
| 1 | 230M OR "260M" OR "230MM" OR "260MM" OR "230- 260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245" | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 34,090 | 0.62% | 83,554 | 1.52% | 1,937 | 11,790 | 5,513,913 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (trajector* OR "on track" OR gap* OR variance* OR bridg* OR driver* OR driving OR guidance OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 291,002 | 5.28% | 521,696 | 9.46% | 5,175 | 101,821 | 5,513,913 |
| 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR ARPU OR unprofitab* OR income OR "break- even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 208,216 | 3.78% | 396,043 | 7.18% | 0 | 68,697 | 5,513,913 |
| 2 | peak* w/5 loss* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 7,977 | 0.14% | 27,148 | 0.49% | 37 | 578 | 5,513,913 |
| 3 | ("Disney+" OR D+ OR "Disney Plus") w/15 (KPI* OR metric* OR dashboard* OR scorecard*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 36,265 | 0.66% | 103,531 | 1.88% | 1,220 | 15,877 | 5,513,913 |
| 3 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber* OR member* OR account* OR user*) w/10 (LRP OR "long-range" OR "long range" OR "five year" OR "five- year" OR "5 yr" OR "5 year" OR "five-year") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 50,413 | 0.91% | 118,683 | 2.15% | 1,017 | 11,993 | 5,513,913 |
| 5 | "DMED" | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY<br>All custodians | 172,711 | 3.73% | 244,525 | 5.28% | 0 | 138069 | 4,635,396 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | (Daniel* OR Kareem* OR Karim*) w/25 (appoint* OR hire* OR hiring OR lead* OR head* OR chair* OR role* OR restructur* OR qualif* OR unqualif* OR experience* OR poor* OR insufficient* OR inadequate* OR popular OR unpopular) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 90,682 | 1.64% | 138,434 | 2.51% | 24,836 | 79,940 | 5,513,913 |
| 7 | Churn* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 143,364 | 2.60% | 273,826 | 4.97% | 8,688 | 48,839 | 5,513,913 |
| 7 | ("Disney+" OR D+ OR "Disney Plus") w/30 (sub OR subs OR subscriber*) w/30 (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engag* OR "active user*" OR "low quality" OR inorganic OR organic OR funnel) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 81,746 | 1.48% | 205,325 | 3.72% | 184 | 7,114 | 5,513,913 |
| 7 | (leak* or hole*) w/5 bucket | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 186 | 0.00% | 298 | 0.01% | 17 | 132 | 5,513,913 |
| 8 | (linear* OR network OR cable OR theat* OR capitaliz* OR intersegment OR markup* OR channel*) w/25 ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 330,736 | 6.00% | 582,075 | 10.56% | 20,993 | 144,144 | 5,513,913 |
| 8 | (cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR move* OR moving) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 124,443 | 2.26% | 265,629 | 4.82% | 18,669 | 79,483 | 5,513,913 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ("Disney+" OR D+ OR "Disney Plus" OR stream*) w/15 content w/15 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 60,339 | 1.09% | 164,567 | 2.98% | 502 | 9,917 | 5,513,913 |
| 11 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 216,300 | 3.92% | 408,564 | 7.41% | 144 | 71,891 | 5,513,913 |
| 12 | (sub OR subs OR subscriber* OR "Disney+" OR D+ OR "Disney Plus") w/25 (entitl* OR activat* OR bundl* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR free OR discount*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 330,499 | 5.99% | 575,992 | 10.45% | 14,397 | 137,996 | 5,513,913 |
| 12 | ("Disney+" OR D+ OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party" OR "third party") w/5 (partner* OR promotion*)) OR (Hulu w/5 bundl*)) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 190,145 | 3.45% | 385,659 | 6.99% | 3,103 | 43,274 | 5,513,913 |
| 13 | ("Disney+" OR "D+" OR "Disney Plus") w/10 (Hulu* w/2 Live) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 19,450 | 0.35% | 53,560 | 0.97% | 78 | 1,626 | 5,513,913 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | (("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific)) w/25 (sub* OR launch* OR expand* OR "too fast" OR withdr* OR enter* OR entry* OR exit OR entrance OR "roll* out" OR rollout OR underperform*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 254,583 | 4.62% | 464,024 | 8.42% | 9,888 | 69,209 | 5,513,913 |
| 14 | ("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR launch* OR expand* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific) AND (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break- even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 257,048 | 4.66% | 497,117 | 9.02% | 1,998 | 54,807 | 5,513,913 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR underperform* OR perform* OR view* OR cohort* OR engage* OR "active user*" OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Streaming custodians only | 272,377 | 27.36% | 414,013 | 41.59% | 68,007 | 186,947 | 995,414 |
| 16 | (show* OR movie* OR program* OR title* OR content OR series OR feature) w/25 (remov* OR cancel* OR replac* OR cut* OR track* OR monitor* or impair* OR quality* OR "write- off" OR "one-time" charge OR (save w/5 (cost* OR expense))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 361,189 | 6.55% | 654,848 | 11.88% | 83,286 | 271,736 | 5,513,913 |
| 16 | ("Disney+" OR D+ OR "Disney Plus") AND (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR *perform* OR view* OR cohort* OR engage* OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Mucha, Schake | 47,126 | 4.34% | 64,584 | 5.94% | 1,035 | 15,102 | 1,086,914 |
| 19 | SEC OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX OR Sarbanes | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 301,088 | 5.46% | 493,477 | 8.95% | 67,834 | 267,717 | 5,513,913 |
| 19 | (cert OR certs OR certif*) w/10 (sub OR 302 OR revenue) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 3,393 | 0.06% | 13,084 | 0.24% | 376 | 3,791 | 5,513,913 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | (earning* OR investor* OR analyst* ) w/15 ("talking point*" OR script* OR "Q&A" OR bullets OR prep* OR brief* OR deck* OR note* OR rehearsal* OR mock OR call* OR question* OR slide* OR present* OR prepar* OR meet* OR discuss* OR "hot topic*" OR concern* OR story OR narrative* OR publi* OR news OR report* OR edit* OR comment* OR draft* OR answer* OR expect* OR forecast* OR project* OR target* OR guid* OR estimat*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 409,109 | 7.42% | 569,964 | 10.34% | 109,793 | 316,886 | 5,513,913 |
| 20 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR subs OR subscriber*) | January 1, 2020 - August 31, 2023 | IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights | 211,087 | 22.55% | 241,885 | 25.84% | 24,710 | 140,091 | 935,952 |
| 22 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR DMED OR "Disney Media & Entertainment") AND (board* OR BOD OR (committ* w/5 (audit* OR comp* OR govern* OR nomin*))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 150,127 | 2.72% | 281,781 | 5.11% | 9,274 | 88,025 | 5,513,913 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ((board OR BOD OR "audit committee*") w/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*)) | January 1, 2020 - August 31, 2023 | Streaming custodians only | 14,613 | 1.47% | 25,928 | 2.60% | 2,992 | 11,001 | 995,414 |
| 23 | (Chapek OR Bob) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot*) | January 1, 2022 - December 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom | 7,706 | 2.10% | 10,042 | 2.73% | 1,925 | 5,915 | 367,328 |
| 23 | contract AND (renew* OR renegotiat* OR negotiat* OR exten* OR modif* OR chang* OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*) | January 1, 2020 - August 31, 2023 | Chapek only | 4,184 | 2.60% | 7,336 | 4.55% | 540 | 3,481 | 161,200 |
| 23 | Contract* AND term* | January 1, 2020 - August 31, 2023 | Chapek only | 3,577 | 2.22% | 6,937 | 4.30% | 167 | 1,224 | 161,200 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | (Chapek OR Bob) w/20 (fire* OR firing) | Dec. 1, 2020 – Dec. 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom | 1,367 | 0.17% | 1,788 | 0.22% | 417 | 2,442 | 812,431 |
| 24 | (Kareem OR Karim OR Daniel* OR Chapek OR Bob) w/20 ("mean girl*" OR Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless* OR pressur*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 40,967 | 0.74% | 66,672 | 1.21% | 7,490 | 30,630 | 5,513,913 |
| 27 | Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI* OR claw* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR bonus* OR incentiv* OR equit* OR inequit* OR variab* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 137,502 | 15.44% | 168,045 | 18.87% | 26,579 | 130,192 | 890,594 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (compensat* OR pay* OR salar* OR severance OR base* OR cash* OR eligib* OR equit* OR inequit* OR perform* OR "RSU*" OR "PBU*" OR KPI* OR variab* OR fix* OR claw* OR price OR earning* OR grant* OR target* OR goal* OR vest* OR key OR defer* OR pension OR benefit* OR parachute* OR perk* OR proceed*) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 18,431 | 3.05% | 24,317 | 4.02% | 3,962 | 19,494 | 604,539 |
| 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (stock* OR share* OR bonus* OR award* OR incentiv* OR option OR options) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 14,332 | 2.37% | 19,241 | 3.18% | 1,976 | 14,781 | 604,539 |
| 28 | (Award* OR trade* OR trading OR vest* OR transact* OR purchas* OR bought OR buy* OR sell* OR sold OR hold* OR held OR execut*) w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR insider* OR adopt* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 34,490 | 3.87% | 48,534 | 5.45% | 4,611 | 24,923 | 890,594 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trade* OR trading OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 creat* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 28,498 | 3.20% | 39,286 | 4.41% | 1,552 | 23,983 | 890,594 |
| 28 | Plan* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 25,486 | 2.86% | 38,891 | 4.37% | 2,470 | 19,513 | 890,594 |
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 start* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 13,701 | 1.54% | 20,632 | 2.32% | 1,444 | 11,415 | 890,594 |
| 28 | Sale* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 10,578 | 1.19% | 17,711 | 1.99% | 684 | 6,095 | 890,594 |
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 (option OR options OR optioned) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 8,422 | 0.95% | 14,419 | 1.62% | 669 | 5,227 | 890,594 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | (Plan* w/10 (chang* OR terminat* OR cancel* OR outside)) AND (stock* OR share* OR sell* OR sale* OR trade* OR trading* OR option*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 6,550 | 0.74% | 11,593 | 1.30% | 472 | 4,245 | 890,594 |
| 28 | Buy* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 7,994 | 0.90% | 12,373 | 1.39% | 0 | 4,080 | 890,594 |
| 28 | Sell* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 7,901 | 0.89% | 12,723 | 1.43% | 0 | 3,480 | 890,594 |
| 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 establish* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 2,576 | 0.29% | 5,359 | 0.60% | 89 | 1,911 | 890,594 |
| 28 | Exercis* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 2,209 | 0.25% | 5,495 | 0.62% | 50 | 811 | 890,594 |
| 28 | "10b5*1" OR "trading plan*" | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 178 | 0.02% | 270 | 0.03% | 9 | 89 | 890,594 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | (Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing OR terminat* OR leav* OR canned OR dismiss* OR resign* OR sacked OR sack OR retir* OR "step* down" OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | Oct. 1, 2022 – May 31, 2023 | All custodians; All non-custodial collections | 17,381 | 2.15% | 25,732 | 3.19% | 3,912 | 14,675 | 807,505 |
| 29 | separation agreement OR retir* OR resign* OR severance OR terminat* OR "step* down" OR "for cause" OR "without cause" | Oct. 1, 2022 – May 31, 2023 | Chapek, Daniel, McCarthy, Iger, and Bochner | 8,431 | 4.99% | 10,471 | 6.19% | 1,285 | 6,820 | 169,095 |
| 30 | (Iger* OR Bob*) w/25 (*hir* OR return* OR CEO OR "Chief Executive Officer" OR replac* OR "come back" OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR walk* OR meet* OR met OR talk* OR discuss* OR reinstat* OR call* OR Board* OR plan*) | Sept. 1, 2022 – Nov. 22, 2022 | McCarthy, Iger, Walden, Bergman, Gutierrez, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom Boardvantage | 1,583 | 3.93% | 1,986 | 4.93% | 157 | 1,069 | 40,287 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | (("Disney+" OR D+ OR "Disney Plus" OR DTC stream* OR sub OR subs OR subscriber*) w/15 (dashboard* OR data OR Snowflake OR Databricks OR Tableau OR "Looker Studio")) w/15 (access* OR restrict* OR grant* OR lock* OR "R internal*" OR live* OR "real-time" OR "real time" OR polic* OR procedur* OR "cut* off" OR "cut off" OR "reports@analytics.disneystreaming.com" OR "DEET.Tableau.-.Do.Not.Reply@disney.com" OR "Tableau-donotreply@disneystreaming.com") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 17,815 | 0.32% | 41,211 | 0.75% | 561 | 7,986 | 5,513,913 |
| 32 | (Board* OR "BOD" OR Florida OR "New York" OR "NYC" OR Manhattan OR Orlando OR retreat* OR strateg*) w/20 (meet* OR met OR present* OR preliminar* OR executiv* OR deck* OR financ* OR earn* OR miss* OR short OR consensus OR below OR market* OR Street* OR investor* OR shareholder* OR blam* OR surpris*) | Sept. 1, 2022 – Dec. 31, 2022 | All custodians; All non-custodial collections | 50,752 | 12.86% | 74,396 | 18.85% | 15,440 | 43,077 | 394,618 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR "fiscal year*") w/20 (call* OR result* OR releas* OR loss* OR present* OR meet* OR met OR earn* OR financ* OR miss* OR consensus OR short OR below OR market OR markets OR Street* OR investor* OR shareholder* OR "executive session*") | Sept. 1, 2022 – Dec. 31, 2022 | All custodians; All non-custodial collections | 39,830 | 10.09% | 63,299 | 16.04% | 5,902 | 26,090 | 394,618 |
| 33 | DMED* OR "Media and Entertainment" OR "Media & Entertainment" OR restructur* OR reorg* | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY<br><br>All custodians | 241,248 | 5.20% | 327,774 | 7.07% | 16,117 | 186,771 | 4,635,396 |
| 34 | (("Disney+" OR D+ OR "Disney Plus" DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR initiativ* OR plan*) w/15 (cut* OR decreas* OR lower* OR reduc* OR minimiz* OR eliminat* OR "writ* off" OR write*off OR rationaliz* OR reset* OR releas*)) w/15 (cost* OR expens* OR profit* OR loss* OR margin* OR unprofitab* OR income OR "break-even" OR "break* even" OR job*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 61,658 | 1.12% | 150,679 | 2.73% | 2,552 | 23,521 | 5,513,913 |

# November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | (stock* OR shares OR "share price" OR DIS OR securit*) w/10 (mov* OR declin* OR increas* OR chang* OR up OR down* OR fall* OR plummet* OR shoot* OR price* OR cap OR capital OR volume OR fell OR fall* OR decreas* OR drop* OR reduc* OR weak* OR soft* OR impact* OR low* OR target* OR goal* OR consensus OR rais* OR ris* OR drive* OR loss* OR lose* OR caus* OR upgrad* OR downgrad* OR shot) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage | 156,309 | 6.05% | 198,987 | 7.70% | 29,476 | 123,375 | 2,582,589 |
| 35 | (market* OR analyst* OR Street* OR investor* OR shareholder*) w/10 (react* OR disappoint* OR messag* OR surpris* OR concern* OR worr* OR shock* OR downgrad* OR lower* OR rating* OR reduc* OR fail* OR critic* OR miss*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage | 122,329 | 4.74% | 178,481 | 6.91% | 15,750 | 84,930 | 2,582,589 |

**November 3, 2025 Appendix A: "Plaintiffs' Terms"**

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/20 ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR quarter* OR trend* OR "fiscal year*" OR result* OR loss* OR miss* OR consensus OR short* OR below OR target* OR slow* OR track* OR pace OR pacing OR walk* OR flash OR driv* OR gain* OR drove OR low* OR below OR disclos* OR goal* OR number* OR weak* OR "on track") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 620,840 | 11.26% | 949,262 | 17.22% | 38,251 | 310,662 | 5,513,913 |
| 38 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/20 (hit* OR grow* OR expect*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 258,558 | 4.69% | 466,689 | 8.46% | 1,472 | 92,516 | 5,513,913 |
| 39 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 (peak* OR loss* OR fiscal OR expect* OR forecast* OR losing OR lose OR loss*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 238,961 | 4.33% | 444,651 | 8.06% | 3,751 | 78,793 | 5,513,913 |
| 41 | Impair* w/5 charg* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 15,981 | 0.29% | 36,154 | 0.66% | 290 | 5,469 | 5,513,913 |
| 42 | (polic* OR guideline* OR code* OR procedure* OR rule* OR regulat* OR requir* OR reg) w/15 (disclos* OR conduct* OR trading OR trade* OR media OR invest* OR insider*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, Iger, IR Personnel, Gutierrez, Lindbom, Parker, Arnold, Barra, Lagomasino, Richardson. Boardvantage | 120,236 | 5.07% | 152,837 | 6.45% | 24,684 | 107,873 | 2,371,288 |

## November 3, 2025 Appendix A: "Plaintiffs' Terms"

| RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | "Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR sub OR subs OR subscriber* OR Chapek* OR Kareem* OR Karim* OR McCarthy* OR Iger* | January 1, 2020 - August 31, 2023 | Forensic Files | 23,668 | 25.46% | 68,395 | 73.56% | 6,553 | 24,567 | 92,977 |