# EXHIBIT Q

## Contact

www.linkedin.com/in/michaelchin24 (LinkedIn)

## Top Skills

Financial Analysis

Project Management

Leadership

# Michael Chin

DTC Tactical Opportunities and Office of the CFO at Disney
New York, New York, United States

## Experience

**The Walt Disney Company**
Director, Tactical Opportunities
November 2021 - Present (4 years 1 month)
New York, NY

Lead a team focused on Disney+ and Hulu strategic initiatives for profitability and subscriber growth

Dual role as Chief of Staff to the CFO of The Walt Disney Company, Hugh Johnston

**NBCUniversal Media, LLC**
Director, Finance
May 2018 - November 2021 (3 years 7 months)
New York, NY

Owned TV Stations & Regional Sports Networks

**Comcast**
3 years 11 months

Senior Consultant
August 2016 - May 2018 (1 year 10 months)
New York, NY

Corporate Advisory for Comcast and NBCUniversal

Associate
July 2014 - July 2016 (2 years 1 month)
New York, NY / Philadelphia, PA

•Strategy & Development - AI/ML/Chatbots and VR/AR

•FreeWheel Finance & Bus Ops

•NBCU Operations & Technology Finance

Through the CORE Finance Program, a two-year leadership program at Comcast/NBCUniversal

**NBCUniversal Media, LLC**

Ad Sales Pricing
2013 - 2013 (less than a year)
New York, NY

NBC News Group

Mediacom Communications
Finance & Business Operations
2012 - 2012 (less than a year)
Middletown, NY

5th largest cable provider in the U.S.

Preston Todd Advisors
M&A Analyst
2011 - 2012 (1 year)
Boston, MA

Boutique M&A advisory and strategy consulting

———

## Education

Bentley University
Bachelor of Science (B.S.), Economics & Finance

Lorenzo de' Medici Institute - Florence
Study Abroad