EXHIBIT T

## Contact

www.linkedin.com/in/davechod (LinkedIn)

## Top Skills

Data Science

Analytics

Leadership

## Languages

English

Spanish

## Publications

Guiding cell migration through directed extension and stabilization of pseudopodia

Regulation of integrin-mediated cellular responses through assembly of a CAS/Crk scaffold

Novel pathways of F-actin polymerization in the human neutrophil

R-Ras controls membrane protrusion and cell migration through the spatial regulation of Rac and Rho

Controlled pseudopod extension of human neutrophils stimulated with different chemoattractants

## Patents

Poker based puzzle and method of creation

# David Chodniewicz

SVP, Data Science
Austin, Texas, United States

## Summary

- Data science and digital leader providing data-driven decision support, strategy and product development.
- Specialize in standing up and operating enterprise data teams that deliver ROI-focused, mission-critical analytics capabilities and data insights.
- Collaborator with business and function heads to lead powerful data-driven enterprise change.
- Thought leader in the design of experiments, measurement agendas and predictive intelligence.
- Recognized subject matter expert in e-commerce, customer and subscriber analytics, attribution modeling and operational intelligence.
- Management and technology consultant to major corporations, not-for-profit organizations and the U.S. government.
- Partner in society, industry and government working groups to collectively advance digital agendas.
- Recruiter, mentor, trainer, and retainer of top data talent.

---

## Experience

Tubi
SVP, Data Science
September 2023 - Present (2 years 3 months)
Austin, Texas, United States

Instagram
Global Head of Data Science, Creators and Reels
January 2022 - August 2023 (1 year 8 months)
London, England, United Kingdom

Disney Streaming Services
VP, Data Science and Analytics | Disney+, Hulu, ESPN+, Star+
April 2019 - January 2022 (2 years 10 months)
New York, NY

Responsible for subscriber and engagement growth for Disney+, ESPN+, Hulu and Star+. Influenced operating plans and supported content decisioning through the definition, measurement and monitoring of key performance metrics. Generated deeper insights into conversion, retention and content libraries with unified and comprehensive views of customers. Helped the organization make smarter, faster and more informed decisions that influenced customer experiences via analysis, metric design, machine learning and experimentation. Inspired and managed a team with eyes toward diverse and forward-pushing skills that span data science methods, data engineering, tooling and analytics.

Shutterstock
SVP, Data Science and Analytics
January 2018 - April 2019 (1 year 4 months)
New York, NY

Led data science practices across e-commerce and enterprise platforms, contributor network and content ingestion pipelines. Partnered with marketing, sales, finance, business, technology, product and customer support to drive the application of advanced sciences that powered key business opportunities. Company expert on statistical modeling, predictive algorithms, machine learning, visitor tracking, attribution performance and voice-of-the-customer.

Fareportal
VP, Data Science
May 2016 - January 2018 (1 year 9 months)
New York, NY

Set strategic vision and tactical plans that injected actionable big data insights into a portfolio of travel brands, including flagship products CheapOair.com and OneTravel.com. Made travel more effortless and affordable by developing hi-touch and hi-tech data science travel concierge products. Created highly scalable data models that served 100M+ visitors with timely recommendations and predictions. Built machine learning models that armed over 2,500 trained travel agents with invaluable predictive and artificial intelligence. Provided thought leadership on cloud analytics, technologies and frameworks. Mentored, trained and retained top data talent.

Booz Allen Hamilton
Chief Data Scientist
May 2009 - May 2016 (7 years 1 month)

Provided data science and innovation capabilities that addressed the toughest challenges faced by his clients. Established as the firm subject matter expert in using advanced analytics to extract actionable insights from large datasets. Consulted for Fortune 1,000 companies both domestically and internationally in the areas of business intelligence, consumer choice, digital analytics, and revenue management. Engaged with executive leadership as a thought partner in developing and refining market growth strategies and identified new business models and opportunities that were relevant beyond account verticals.

## Corporate Executive Board
Practice Manager, Enterprise Architecture and Data Analytics
May 2005 - May 2008 (3 years 1 month)
Washington D.C. Metro Area

Guided a membership including 40% of the Fortune 2,000 with independent analytics-based research and insights to ensure their business success. Built lasting relationships with top CIOs, CSOs, and CMOs; identified their toughest challenges; and researched and provided proprietary insights, custom consulting, events and online communities, and peer-to-peer executive education to solve those problems. Directly responsible for approximately $6.5M P&L.

## The Scripps Research Institute
Postdoctoral Fellowship
August 2003 - March 2005 (1 year 8 months)
La Jolla, CA

Led a research team of lab technicians and graduate students to design and develop a novel in vivo drug evaluation systems. Developed strategies and new technologies for high-throughput compound screening, and collaborated with partnering pharmaceutical companies to optimize research protocols and assess efficacy of their vast compound and drug libraries.

────────

# Education

### Duke University
Ph.D., Mechanical Engineering · (1999 - 2003)

### Rutgers University
B.S., Mechanical Engineering · (1994 - 1998)