# EXHIBIT W

## Contact

www.linkedin.com/in/nicklewerke (LinkedIn)

## Top Skills

Financial Modeling

Valuation

Business Planning

## Honors-Awards

Disney Inventor Award - Patent Filed

## Patents

Enhancing Group Decisions Within Social Messaging Applications

# Nick Lewerke

SVP/Head of Content Planning & Analysis, Disney
Los Angeles, California, United States

## Summary

A business focused and socially conscious executive that has helped build and sustain some of the biggest brands in entertainment. Critical decision making is at the core of all successful businesses, and empowering decision makers has been key to Nick's success. For nearly 20 years Nick has worked to build teams that have developed tools to enhance how Disney films and series are distributed, produced and marketed - all in support of the Walt Disney Studios family of brands (Marvel, Star Wars, Pixar, Disney Animation, Disney Live Action, 20th Century, and Searchlight Pictures).

Nick is also an outspoken advocate for diversity, equity and inclusion initiatives both inside the entertainment world as well as outside. He is committed to spreading a message that inclusive, creative environments are the bedrock for creating successful global brands that appropriately represent the very consumers they strive to entertain.

Nick also serves as the Board Chair of the Cystic Fibrosis Foundation – LA Chapter and has been a participating member of the foundation's goal to be "adding tomorrows" for those living with Cystic Fibrosis for over 20 years.

Nick is originally from Los Angeles and received his undergraduate degree in Business at UC Santa Cruz. He began his career at PriceWaterhouseCoopers as a consultant for Venture Capital and Investment Management clients in Silicon Valley before moving back to Los Angeles where he received an MBA from USC Marshall in 2006.

## Experience

The Walt Disney Company

19 years 1 month

SVP/Head of Content Planning & Analysis, Disney Streaming
July 2021 - Present (4 years 5 months)
Burbank, California, United States

As the Senior Vice President, Content Planning and Analysis for Disney Entertainment (DE), Nick leads the team responsible for determining the optimal strategy for distributing the best-in-class storytelling created across The Walt Disney Company.

Grounded in data-driven decision making and with a concerted focus on audiences' evolving preferences, Nick's team collaborates with key partners across DE and The Walt Disney Company to identify windowing strategies that will maximize the success of the films and series released across the Company. From recommending a distribution platform – theatrical, linear networks, or streaming – to determining timing for the content release, to identifying target audiences, the team ensures that leadership has the information and analytics needed to make informed distribution decisions.

Nick previously served as Vice President, Studio Analytics, Consumer Data Science & Strategic Planning, leading a team of data analytics and data science professionals responsible for enabling more informed, data-driven decision making across the Walt Disney Studios family of brands, including Marvel, LucasFilm, Pixar, Disney Animation, Disney Live Action, 20th Century Studios, Searchlight Pictures and Blue Sky Animation.

Additionally, he has held roles in Sales Strategy & Analytics within Theatrical Distribution as well as Distribution Strategy - Business Planning where he was primarily responsible for analyzing critical new business development opportunities for the Studio as they relate to distribution business models.

VP, Segment Content Planning & Analysis, Disney Media & Entertainment Distribution
November 2020 - July 2021 (9 months)
Burbank, California, United States

Vice President, Studio Analytics, Consumer Data Science & Strategic Planning - Walt Disney Studios
November 2019 - November 2020 (1 year 1 month)
Greater Los Angeles Area

As the Vice President, Studio Analytics, Consumer Data Science & Strategic Planning Nick leads a team of data analytics and data science professionals

responsible for enabling more informed, data-driven decision making across the Walt Disney Studios family of brands, including Marvel, LucasFilm, Pixar, Disney Animation, Disney Live Action, 20th Century Studios, Searchlight Pictures and Blue Sky Animation.

His team collaborates with key business partners to define the critical business issue and plan the approach to get the right information to the decision makers in the most efficient manner leveraging data science and data analytics approaches. His team works closely with studio partners from Marketing, Theatrical Distribution, Post Theatrical Distribution, Sales, Publicity and Cinema Partnerships.

He also leads and develops strategic business planning capabilities across cross-functional teams to develop business strategies to future-proof the studio. His team plans and executes strategic planning and analytics that provide insights into business performance, consumer behaviors, industry trends, evolution of social tastes and emerging technologies, as well as develops analytic tools that enable more effective and efficient targeting of the diverse Disney consumer base.

Vice President, Strategic Planning, Data Analytics & Research Operations - Walt Disney Studios
October 2018 - November 2019 (1 year 2 months)
Burbank, CA

Led a team of analytics and research professionals responsible for enabling more informed, data-driven decision making across the enterprise.  He also led and developed a strategic business planning capability and leads cross-functional efforts to develop business strategies and tactics to future-proof the studio and achieve long-range goals. His team planned and executed strategic planning, research and analytics that provide insights into business performance, consumer behaviors, industry trends, evolution of social tastes and emerging technologies, as well as created and executed analytic tools and models that enable more effective and efficient targeting of the diverse Disney consumer base.  The team collaborates with key business partners to define the critical business issue, determine the research questions and plan the appropriate approach to get the right information to the right decision makers in the best, most efficient manner.  He has a keen understanding of strategy, critical insights and information needs across the studio including Marketing, Theatrical Distribution, Post Theatrical Distribution, Sales, Publicity, Theatrical Partnerships as well as Disney content partners, Disney Animation, PIXAR, Disney Live Action, Lucasfilm, Marvel Studios, and Disney Nature.

Vice President, Sales Strategy and Analytics - Walt Disney Studios
December 2017 - October 2018 (11 months)
Burbank, CA

Led the team that is primarily responsible for maximizing box office results for Walt Disney Studios films, across all brands including Star Wars, Marvel, Pixar, Disney Animation and Disney Live Action.  With a slate that has surpassed $2B+ in U.S./Canada box office every year since 2015 we utilize business decision analysis that relies on data analytics and strategic partnerships to drive key decision making.  Key business drivers include release date analyses, deal analytics and long-term strategic planning. Strategic sales elements also include granular analyses on pushing our films to be on the best screens at the best theaters in the best formats at the best showtimes.

Vice President, Theatrical Sales Planning and Analytics - Walt Disney Studios
February 2016 - December 2017 (1 year 11 months)
Burbank, CA

Director, Global Theatrical Sales Planning - Walt Disney Studios
December 2011 - February 2016 (4 years 3 months)

Responsible for driving monetization of global theatrical film releases by managing key strategic initiatives and optimizing standard distribution deals. These include maximizing relationships with all theaters across the globe and with other partners such as IMAX.

Senior Manager, Business Planning - Distribution Strategy - Walt Disney Studios
January 2011 - December 2011 (1 year)

Primarily responsible for analyzing critical new business development opportunities for the Studio as they relate to distribution business models. I worked closely and collaborated across all business units to engage key stakeholders and help establish Studio-wide support for strategic projects and new windowing initiatives.

Manager, Business Planning - Distribution Strategy - Walt Disney Studios
February 2010 - January 2011 (1 year)

Finance Manager, Deal Analysis - Walt Disney Studios
April 2008 - February 2010 (1 year 11 months)

Senior Business Planner, Deal Analysis - Walt Disney Studios

November 2006 - April 2008 (1 year 6 months)

## Cystic Fibrosis Foundation
Advisory Board Chair - LA Chapter
June 2018 - Present (7 years 6 months)
Los Angeles, California, United States

My commitment to CF was forged over 20 years ago.  Since then I have participated and co-chaired numerous LA Chapter fundraising events and officially became a member of the executive board in 2018. In 2022 I stepped into the role of Advisory Board Chair.

## Sports Business Ventures
Analyst
March 2006 - November 2006 (9 months)

Analyzed potential portfolio investments ranging from $1.5M - 7M
Constructed financial models calculating IRR and NPV of investments
Negotiated term sheets with entreprenuers and founders of portfolio companies

## PricewaterhouseCoopers, LLP
Manager
January 2000 - January 2006 (6 years 1 month)

Managed tax compliance projects for large investment management clients with the underlying goal of minimizing tax liabilities

———

# Education

University of Southern California - Marshall School of Business
MBA, Entreprenuership / Finance · (2004 - 2006)

University of California, Santa Cruz
BA, Business Management Economics · (1997 - 2000)