# EXHIBITS X-AA
## [Filed Under Seal]