# EXHIBIT BB

## Contact

www.linkedin.com/in/matthew-kambic-861276a (LinkedIn)

## Top Skills

Go-to-Market Strategy

Business Transformation

Data-driven Storytelling

# Matthew Kambic

Marketing & Strategy Executive | Driving Growth, Profitability, & Transformation | VP, Marketing Finance at Disney | ex-BCG | Kellogg MBA | Former U.S. Air Force

Los Angeles, California, United States

## Summary

I'm a Marketing and Strategy executive with 15+ years of experience driving growth, profitability, and transformation for global brands. My career spans Fortune 50 enterprises, high-growth organizations, and top-tier consulting, including leadership roles at Disney, Viking Cruises, Experian, and BCG.  At Disney, I lead Marketing Finance for Disney Streaming & Linear Networks, overseeing multi-billion-dollar global budgets and partnering with senior leadership to shape investment strategy and deliver measurable growth and efficiency worldwide.

Throughout my career, I've been recognized for connecting the dots across Finance, Marketing, and Strategy — bringing together analytical rigor, commercial insight, and creative execution.  I'm passionate about turning complexity into clarity, crafting data-driven stories that influence senior leaders, and bridging business and technology to unlock enterprise-wide change.

MBA – Northwestern University's Kellogg School of Management | BSBA (Summa Cum Laude) – The Ohio State University | Former U.S. Air Force

─────

## Experience

**Disney Streaming**

Vice President, Marketing Finance - Disney Streaming & Linear Networks

May 2022 - Present (3 years 7 months)

Los Angeles, California, United States

Lead Marketing Finance for Disney Streaming and Linear Networks, overseeing multi-billion-dollar global budgets and partnering with senior leadership to shape investment strategy, drive growth, and improve marketing efficiency.  Direct a 22-person team that unites business, finance, marketing,

data, and technology stakeholders around shared growth and profitability objectives.

•Spearheaded marketing cost optimization initiative that enabled Disney Streaming to achieve profitability, while protecting its ongoing global expansion efforts
•Designed and deployed management reporting infrastructure that provides senior leadership with unprecedented visibility and insight into marketing spend and key performance indicators
•Direct long-range (5-year) marketing planning, aligning global investments with revenue and margin targets
•Partner closely with Performance Marketing and Data & Analytics to embed MMM, CLV, and ROI models into decision-making, sharpening focus on efficiency and effectiveness
•Apply financial and strategic rigor to guide marketing investment prioritization and improve global campaign performance

Viking Cruises
Senior Director (promoted from Director), Marketing Strategy & Planning
August 2019 - May 2022 (2 years 10 months)
Greater Los Angeles Area

Directed global marketing strategy and planning for Viking Cruises, defining strategic priorities, advancing marketing efficiency, and elevating decision-making through data and analytics.  Collaborated with senior leadership to modernize marketing operations — introducing new planning frameworks, organizational structures, and technology capabilities that positioned Viking for sustained growth.

•Led development of Viking's annual marketing strategic plan, setting objectives, priorities, and cross-channel collaboration frameworks to drive execution
•Developed marketing transformation blueprint spanning organizational redesign, technology modernization, and capability enhancements to prepare the business for future growth
•Directed broadcast media strategy, aligning creative, media, and performance analytics to improve ROI and strengthen brand storytelling
•Implemented Neustar's Marketing Mix Modeling (MMM) and Multi-touch Attribution (MTA) tools, enabling advanced marketing efficiency and attribution capabilities

Cloudvirga
Director of Strategic Initiatives
January 2019 - July 2019 (7 months)
Orange County, California Area

Served as a strategic partner to the C-suite, identifying business opportunities, developing value-creation initiatives, and influencing sequencing and capital deployment decisions

Experian
Director, Strategy & Business Development
November 2017 - January 2019 (1 year 3 months)
Orange County, California Area

Led strategy and go-to-market planning for Experian Consumer Services' B2B2C business, defining growth priorities, developing execution roadmaps, and guiding cross-functional alignment across marketing, sales, and product.  Partnered with senior leadership to identify and pursue new growth opportunities, including partnerships, ventures, and capability expansions.

•Created a Go-to-Market Center of Excellence to unify marketing, sales, and product teams around shared growth and revenue objectives
•Designed and implemented a GTM strategy that segmented TAM, prioritized high-value markets, and informed marketing and sales execution
•Directed the annual strategic planning process, establishing the unit's long-term ambition and multi-year roadmap
•Built and scaled a Business Development function, leading evaluation of M&A and partnership opportunities to expand reach and capabilities
•Developed a business intelligence framework to track market trends, capture consumer insights, and guide product innovation

The Boston Consulting Group
Project Leader
August 2013 - January 2017 (3 years 6 months)
Greater Los Angeles Area

Core member of BCG's Technology, Media & Telecommunications (TMT) practice, advising global clients on corporate strategy, growth, and transformation. Selected as BCG Ambassador to Southeast Asia (top 20% of consultants worldwide).

•Advised the Board of a global entertainment technology company on a comprehensive strategic review that defined the organization's growth agenda for the next fiscal year

•Delivered a value-creation assessment for an Enterprise IT leader that drove operational review and execution of key strategic recommendations

•Developed competitive strategy for a payments technology manufacturer, identifying market opportunities and responses to disruptive entrants

•Directed consumer research for a leading Southeast Asian bank, informing development of a new iPhone application that introduced disruptive digital features

•Designed a long-term China strategy for a global high-tech company, leading to a $100M+ joint venture investment with a local partner

## Cisco Systems
MBA Marketing Intern, Enterprise Segment Marketing
June 2012 - August 2012 (3 months)
San Jose, California

## Nationwide Insurance
Financial Business Advisor
June 2007 - August 2011 (4 years 3 months)
Columbus, Ohio Area

Held progressive roles within Corporate Finance, Strategy, and Accounting through Nationwide's selective Financial Leadership Rotation Program, culminating in a Financial Business Advisor position.  Partnered with senior leadership and McKinsey & Company on enterprise-wide technology transformation and investment strategy initiatives.

•Served as finance lead for Nationwide's largest technology project portfolio ($110M), overseeing planning, investment evaluation, and performance management

•Partnered with McKinsey to analyze industry trends and guide recommendations that resulted in the company's largest IT investment ($500M)

•Completed four six-month rotations across Corporate Finance, Strategy, Accounting, and Internal Audit, developing broad-based financial and strategic expertise

## Ohio Air National Guard
Computer Systems Operator
February 2004 - February 2010 (6 years 1 month)

Provided mission-critical communications and IT systems support for over 800 workstations at Mansfield Air Base.  Delivered technical continuity for base operations and maintained readiness of secure computing infrastructure.

Victoria's Secret
Financial Analyst Intern – Merchandise Analysis
June 2006 - September 2006 (4 months)

_____

## Education

Northwestern University - Kellogg School of Management

Master's of Business Administration, Marketing and Strategy · (2011 - 2013)

The Ohio State University Fisher College of Business

Bachelor of Science in Business Administration, Finance · (2005 - 2008)