# EXHIBIT EE

## Contact

www.linkedin.com/in/jonpang
(LinkedIn)

## Top Skills

Strategy
Financial Modeling
Business Development

# Jon Pang

VP, DTC Strategy @ Disney
Los Angeles Metropolitan Area

## Experience

**The Walt Disney Company**
6 years 9 months

Vice President, DTC Strategy - Disney Entertainment
May 2023 - Present (2 years 7 months)
Burbank, CA

Lead strategy projects for Disney+ and Hulu. Identify long-term strategies to broaden DTC's value proposition beyond traditional video, while evaluating key content, product, and partnership opportunities.

Director, May 2023 - Mar 2025

Director, Strategy - Disney Media & Entertainment Distribution
February 2022 - May 2023 (1 year 4 months)
Burbank, CA

Global strategic planning for Disney's media and entertainment segment, responsible for content distribution and monetization across streaming, linear television, and theatrical platforms.

Director / Head of Strategy - Disney Advertising
March 2019 - February 2022 (3 years)
Burbank, CA

Head of strategy team for Disney's ad sales business. Assessed growth opportunities to maximize ad revenue for linear networks and DTC streaming services.

**Fox Networks Group**
Director, Digital Revenue Strategy
April 2017 - March 2019 (2 years)
Los Angeles, CA

Revenue analysis and strategic planning for Fox's digital properties, including FOX Broadcast, FOX Sports, FX Networks, and National Geographic. Acquired by The Walt Disney Company.

Senior Manager, Apr 2017 - Jul 2018

true[X]
Associate Manager, Corporate Development
August 2015 - April 2017 (1 year 9 months)
Los Angeles, CA

Special projects team for an ad tech startup, focusing on strategy, financial analysis, and business operations. Acquired by 21st Century Fox.

Associate, Aug 2015 - Apr 2016

Internet Brands
Analyst, Corporate Development & Strategic Planning
November 2013 - July 2015 (1 year 9 months)
El Segundo, CA

Buy-side M&A transactions within the tech and media industries for a KKR-backed company.

Rexel USA
Distribution & Services Leadership Program
July 2011 - October 2013 (2 years 4 months)
Multiple US Locations

Two-year business rotational program: finance, marketing, operations, project management, sales, and strategy.

———

## Education

UCLA Anderson School of Management
Master of Business Administration - MBA  · (2016 - 2019)

University of Southern California
Bachelor of Science, Business Administration · (2007 - 2011)

The Australian National University
International Exchange Program  · (January 2010 - June 2010)