# EXHIBIT FF

## Contact

www.linkedin.com/in/jackreiman
(LinkedIn)

## Top Skills

A/B Testing

Measurement Strategy

Customer Experience

## Languages

English (Native or Bilingual)

Spanish (Full Professional)

## Certifications

Introduction to Probability and Data

Essential Cloud Infrastructure: Foundation

Game Theory

Google Cloud Big Data and Machine Learning Fundamentals

Professional Scrum Product Owner I

## Honors-Awards

Dean's Circle

Distinguished Business Leader

# Jack Reiman

MBA Candidate—NYU Stern School of Business
New York, New York, United States

## Experience

**HarperCollins Publishers**
Corporate Strategy MBA Intern
June 2024 - August 2024 (3 months)
New York, New York, United States

In my role as a Corporate Strategy MBA Intern at HarperCollins Publishers, I spearheaded initiatives to optimize eBook and audiobook pricing strategies, negotiate contracts, and review licensing agreements. Additionally, I implemented AI tools for business process improvement and cost savings. My efforts contributed to enhancing the digital operations efficiency and revenue streams at HarperCollins.

• Analyzed eBook and audiobook pricing strategies for revenue optimization and recommended price changes that would retain HarperCollins's best in class pricing reputation but net an additional $8m annually.
• Negotiated contracts and reviewed licensing agreements for digital products, weighing pros and cons across international markets, local language libraries, and competitor pricing to capture 50%+ higher revenue with no change in costs or demand.

**Disney Streaming Services**
Subscriber Analytics
February 2021 - July 2023 (2 years 6 months)
New York, New York, United States

Spearheaded subscriber analytics initiatives at Disney Streaming Services, driving growth and profitability by recommending action through data and business acumen, creating tens of millions in value for the business.

• Developed acquisition funnel measurement strategies to optimize subscriber growth.
• Created a framework to describe 3rd party partner cannibalization of retail (DTC) subscribers to enhance partnership effectiveness.
• Simulated subscriber retention metrics based on various product and engagement scenarios to estimate changes in Disney+ offerings.

• Modeled subscriber LTV with finer granularity to better value acquisition marketing tactics and retention/lifecycle marketing budgets
• Develop junior analysts to help them improve their business acumen, technical abilities, and storytelling with data
• Led a cross-functional team to improve daily executive reporting data quality, implementing data pipeline controls based on metric variance and improving problem resolution time through a simplified metric revision dashboard.

## Walmart Labs
### Product Analytics
October 2019 - January 2021 (1 year 4 months)
Carlsbad, CA

Experimentation Lead for Walmart Online Grocery fulfillment customer experience.

My principle responsibility was the planning, execution, and measurement of experiments for 2m+ grocery pickup and delivery orders, including subscription membership.

Collaborated heavily with product, design, and engineering to make sure we had the right feature tests, experiment plans, measurement strategy, and clickstream sensors to execute.

• Refined the online return process, resulting in $5m in annual savings
• Spearheaded the Walmart+ acquisition funnel measurement strategy and sensor design in preparation for the program's launch.
• Led measurement and monitoring for the roll out of contactless and express delivery during the pandemic to ensure a smooth customer experience at a time when out of stock inventory and high volume created pain points
• Analyzed weekly customer cohorts for the Chief Customer Officer to demonstrate how negative experiences for new customers persist into future shopping behavior

## Walmart
4 years 3 months

### Product, Associate Digital Experience
April 2017 - October 2019 (2 years 7 months)
Bentonville, AR

Led a Scrum team of four engineers, tasked with transforming them from a prototyping team into a consumer grade product team. As part of the Associate

Digital Experience team, our products helped associates do their jobs and manage their careers. I defined our product vision, prioritized features, managed 40+ stakeholders, conducted UX interviews and designed UIs, wrote launch comms and marketing, and led Scrum ceremonies. I split our time between new product development and, to mitigate risks for the team, the cloud migration or sunsetting of more than a dozen legacy prototypes that were in use as 'production' apps housed on a single server.

I also led the 4-member Associate Experience Survey team focused on operational execution of global surveys. I coached the team on Agile methods and better data practices to increase their output by 200% for Walmart's global Associate Engagement Survey, on target to reach quarterly execution in every market.

### Data Science, Global People Analytics
October 2015 - April 2017 (1 year 7 months)
Bentonville, AR

The people analytics space is wide ranging from headcount and churn to performance attribution to labor risk calculation, and often doesn't involve direct measurement of defined outcomes. I primarily focused on complex, ambiguous problem solving using advanced statistical methods and recommending actions to executive leadership. This included store management structures after store manager churn, labor risk scoring in international markets, and merchant performance and rewards, resulting in more than $200m in annual savings to the bottom line.

- Internal consultant recommending actions to executive leadership based on advanced analytics findings
- Automated complex store associate reporting for the COO of Walmart US
- Served on a cross-functional team that reorganized our data engineering, business intelligence, measurement definition, and advanced analytics strategies
- Sat on an executive steering committee with officer and director leadership across the Walmart US People division

### Analytics Rotational Program - Walmart Technology
August 2015 - July 2016 (1 year)
Bentonville, AR

The Analytics Rotational Program included 2 months of dedicated training and a 10 month capstone project and mentorship period

• Exposure to functions across Walmart Technology with teams presenting their work
• Leadership development training
• Technical training focused on Walmart Technology's data tools
• Store and DC work days to appreciate each step of Walmart's revenue generating processes
• One on one mentorship with a Walmart SVP
• Capstone project focused on omnichannel marketing segmentation across Walmart, Sam's Club, and eCommerce

**Oak Hall School**
Assistant Coach, Track and Field
January 2011 - May 2014 (3 years 5 months)
Gainesville, FL

———

## Education

**New York University**
Master of Business Administration - MBA, Corporate Finance, Management, Strategy · (August 2023 - May 2025)

**Cornell University**
Certificate, Innovation Strategy

**Southern Methodist University - Cox School of Business**
Master's Degree, Business Analytics

**University of Florida**
Bachelor's Degree, Spanish