# EXHIBIT SS

## Jessica Robertson

| | |
|---|---|
| **From:** | Smith, Wyatt <wyatt.smith@whitecase.com> |
| **Sent:** | Thursday, September 25, 2025 5:22 PM |
| **To:** | Williams, Zach; Jessica Robertson; Jessica Shinnefield; Dan Drosman; Ryan Llorens; Jeffrey Stein; Nicole Gilliland; Jonathan Zweig; Cristelle Rabban; Kirsten McCormack; Terry Koelbl |
| **Cc:** | Polkes, Jonathan; Banks, Adam; Nettleton, Stacy; Weedman, Joshua; Grace, Susan; 'John Spiegel'; 'john.gildersleeve@mto.com'; Disney Securities Associates; Gemmell, Michelle |
| **Subject:** | RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians |
| **Attachments:** | Local 272 Plaintiffs' Hit Report 20250925.xlsx |

EXTERNAL SENDER
Counsel,

As discussed in our previous correspondence, we were working with our vendor to provide a hit report for Plaintiffs' prior search protocol when we received Plaintiffs' revised proposal. Our vendor has been working on a hit report for the revised proposal. We write with an update on Defendants' efforts to query Defendants' collections with Plaintiffs' proposed searches and "term roots."

On our last meet and confer on this subject, we informed you that Relativity's search function has a 450-character limit. Relativity cannot run any single search with more than 450 characters. Therefore, as we informed you, our vendor had to deconstruct Plaintiffs' lengthier searches into multiple searches digestible by Relativity. Running each of Plaintiffs' search strings that exceed 450 characters involves time-consuming and laborious steps. Any search that exceeds 450 characters must be manually broken down into separate searches. That step includes ensuring that the original search's logic is preserved. If needed, the Plaintiffs' "term roots" must be broken down as well.

After we informed you of this process, Plaintiffs served an updated search protocol that exacerbated this problem. For example, the search term "WITHDRAWN" still has over 1,100 characters, and the root "COUNTRY" has over 900. Plaintiffs' edits have also embedded multiple terms inside a single search. For example, Plaintiffs' most recent edit to the term "SUBS" inserted the nested term "SERVICE," meaning the full term "SUBS" now has over 200 characters. Moreover, Plaintiffs' proposed Search 2 for RFP 14 uses the terms "COUNTRY," "SUBS," and "SERVICE." When broken down to include all characters encompassed within each of these term roots, the intended search spans more than 1,700 characters.

The addition of several term roots has therefore ballooned the character count of several searches. That, in turn, has exponentially increased the number of separate searches required to capture the entirety of Plaintiffs' queries. In total, our vendor manually ran 2,977 separate searches to capture Plaintiffs' proposed searches. RFP 14 is responsible for 2,580 of those searches. The remaining RFPs entail 397 searches, with RFP 3 requiring 181 searches, and RFP 16 requiring 68 searches.

This exponential increase in searches has stymied our vendor's ability to determine unique hit counts. The proposed searches are non-uniform in time period and custodians, which means they are run against different document populations. As a result, our vendor cannot use Relativity's automatic functions to determine unique hit counts for each of Plaintiffs' proposed searches. Instead, to determine the number of unique hits for each search, our vendor must manually enter that search *and* reenter the other 2,976 searches.

This exponential increase in searches means that providing unique hits on a search-by-search basis is not feasible. This undertaking would require an estimated 300-350 manual labor hours to complete. That assumes that none of those searches causes Relativity to time out during the search. This undertaking would also pose a high risk of clerical error, and any such error would lead to an inaccurate unique hit count. That is because any single error among thousands of the manual entry of any search would have the ripple effect of throwing off the number of unique hits for other searches.

1

Should Plaintiffs desire unique hit counts on a search-by-search basis, Plaintiffs must edit their searches to rectify the problems identified above.

Attached we have provided global deduplicated hit counts for Plaintiffs' updated proposal. In addition, we have identified the overlap between the Defendants' proposal and Plaintiffs' proposals and the number of additional unique documents that Plaintiffs' searches would add to Defendants' total review population. Plaintiffs' proposed search protocol would add an additional 1.68 million documents to Defendants' review set of 774,813 which is still growing with additional collections—an increase of 216.82%. Of course, that increase does not account for data that remains for collection or the additional custodians you have requested. This proposed increase is not reasonable.

We wanted to provide this information as quickly as possible in the interest and time and productivity. Defendants will respond separately regarding the other issues raised in your September 19, 2025 letter.

We are available to discuss.

Best,

**Wyatt Smith** | Associate
**T** +1 212 819 8662    **M** +1 908 868 7181    **E** wyatt.smith@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Williams, Zach <zach.williams@whitecase.com>
**Sent:** Friday, September 19, 2025 7:44 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

As discussed earlier this week, we are working with our vendor to provide a hit report for Plaintiffs' proposed search protocol, which will include unique hits and be separated out by RFP as you requested. The revised hit report will apply your protocol across all data and custodians from whom we have collected, excluding your previous Search 35.

Producing a hit report involves several manual steps and complications due to the volume of searches (over 90) and the structure of Plaintiffs' proposed search strings, including that searches depend on varying time periods, custodians, and other limiters (i.e., whether the search is run across parent emails only or all documents). This is a manual, time-consuming process. Our vendor must run searches for unique hits one term at a time. Also, as we explained with respect to our previous hit report, many proposed searches must be broken into multiple searches, which creates additional searches to run. Applying Plaintiffs' root connectors also creates an additional step for each search.

We expect to provide you a new hit report early next week.

**Zach Williams** | Counsel
**T** +1 2027 29 2968    **M** +1 281 250 6105    **E** zach.williams@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW | Washington, DC 20005-3807

**From:** Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Sent:** Friday, September 12, 2025 7:18 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>; Williams, Zach <zach.williams@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Please see the attached correspondence and related appendix. Also attached is Defendants' proposed search protocol for short-form communications. Have a nice weekend.

Best,
Michelle

**Michelle Gemmell** | Associate
**T** +1 212 819 2558   **M** +1 857 259 7261   **E** michelle.gemmell@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Sent:** Wednesday, September 10, 2025 9:25 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Thanks, Jessica. That works for us.

**Michelle Gemmell** | Associate
**T** +1 212 819 2558   **M** +1 857 259 7261   **E** michelle.gemmell@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Wednesday, September 10, 2025 6:39 PM
**To:** Gemmell, Michelle <michelle.gemmell@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>

**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Michelle,

We are available on Monday, September 15, at 10 am PT. We can use the following dial-in:

Dial-in Number: (267) 930-4000

Participant Access: 109-675-040

Best,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Gemmell, Michelle <michelle.gemmell@whitecase.com>
**Sent:** Wednesday, September 10, 2025 3:12 PM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

EXTERNAL SENDER
Counsel,

Thanks for your email. We are unavailable on Friday, September 12, but please let us know if you have availability on Monday, September 15 instead. In advance, we will send a response to your search counter proposal, including the hit reports.

We also expect to make a production of documents by the end of this week and will provide our proposed short-form messaging protocol shortly thereafter. Thank you.

Best,
Michelle

**Michelle Gemmell**  | Associate
**T**  +1 212 819 2558    **M**  +1 857 259 7261   **E**  michelle.gemmell@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>
**Sent:** Tuesday, September 9, 2025 5:07 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>; Terry Koelbl <TKoelbl@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** [EXT] Local 272 Labor-Management Pension Fund v. The Walt Disney Company -- Request to Meet and Confer re Search Terms/Custodians

Counsel,

Please let us know your availability to meet and confer on Friday, September 12, between 12-2 pm (Pacific) regarding the additional search terms and custodians Plaintiffs provided by email on September 3, 2025.

In advance of our call, and as required by the Stipulated Electronic Discovery Agreement, please "provide a search term hit list or hit report after global de-duplication (including the number of documents that hit on each term, the number of unique documents that hit on each term (documents that hit on a particular term and no other term on the list), and the total number of documents that would be returned by using the proposed search term list, with and without families)."  ECF 173 at 3.

Also, per the Stipulated Electronic Discovery Agreement, and prior to our call, please produce "organizational charts to facilitate the identification of appropriate custodians."  ECF 173 at 2.  Alternatively, if no organizational charts exist, please provide any Company directories and/or any job description lists maintained by Disney's HR Department for the relevant period.

Finally, please let us know when Disney will begin producing responsive documents collected: (i) without the use of search terms; and (ii)  using Disney's proposed search terms and custodians.

Regards,

**Jessica T. Shinnefield**
Partner

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Wednesday, September 3, 2025 6:32 PM
**To:** 'Smith, Wyatt' <wyatt.smith@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Counsel,

Please see the attached correspondence and appendices related thereto.

Best,
Jessica

**Jessica Robertson**
Associate

**Robbins Geller
Rudman & Dowd** LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



---

**From:** Smith, Wyatt <wyatt.smith@whitecase.com>
**Sent:** Friday, August 15, 2025 4:26 PM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

EXTERNAL SENDER

Hi Jessica,

Please find Defendants' proposed search protocol attached.

I hope everyone has a great weekend.

Best,

**Wyatt Smith** | Associate
**T** +1 212 819 8662     **M** +1 908 868 7181     **E** wyatt.smith@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Smith, Wyatt
**Sent:** Thursday, August 14, 2025 8:57 PM
**To:** 'Jessica Shinnefield' <jshinnefield@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>; Disney Securities Associates <DisneyAssociates@whitecase.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Hi Jessica,

Please see the attached correspondence regarding Plaintiffs' letter dated August 8, 2025. We'll revert regarding proposed search terms and custodians.

Best,

**Wyatt Smith** | Associate
**T** +1 212 819 8662     **M** +1 908 868 7181     **E** wyatt.smith@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>
**Sent:** Thursday, August 14, 2025 8:15 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>; Smith, Wyatt <wyatt.smith@whitecase.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.comthe' <john.gildersleeve@mto.com>
**Subject:** [EXT] RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Stacy,

Please let us know when Defendants will provide their proposed search terms and custodians for locating documents responsive to Plaintiffs' Requests for Production of Documents, as well as when Defendants will provide their positions on the outstanding issues addressed in our letter dated August 8, 2025.

Thanks,

**Jessica T. Shinnefield**
Partner



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Friday, August 8, 2025 4:14 PM
**To:** 'Smith, Wyatt' <wyatt.smith@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>; Kirsten McCormack <KMcCormack@rgrdlaw.com>
**Cc:** 'Polkes, Jonathan' <jonathan.polkes@whitecase.com>; 'Nettleton, Stacy' <stacy.nettleton@whitecase.com>; 'Banks, Adam' <adam.banks@whitecase.com>; 'Weedman, Joshua' <jweedman@whitecase.com>; 'Grace, Susan' <susan.grace@whitecase.com>; 'John Spiegel' <John.Spiegel@mto.com>; 'john.gildersleeve@mto.com' <john.gildersleeve@mto.com>
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Counsel,

Please see the attached correspondence regarding the parties' July 31 meet and confer.

Best,
Jessica

**Jessica Robertson**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

f in 🐦 ▶ 📷

---

**From:** Jessica Robertson
**Sent:** Thursday, July 24, 2025 9:47 AM
**To:** 'Smith, Wyatt' <wyatt.smith@whitecase.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland

<NGilliland@rgrdlaw.com>; Jonathan Zweig <JZweig@rgrdlaw.com>; Cristelle Rabban <CRabban@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; John Spiegel <John.Spiegel@mto.com>; john.gildersleeve@mto.com
**Subject:** RE: Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

Wyatt,

We are available next Thursday, 7/31, at 11 am PT. We can use the following dial-in:

Dial-in Number: (267) 930-4000

Participant Access: 109-675-040

Best,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Smith, Wyatt <wyatt.smith@whitecase.com>
**Sent:** Thursday, July 24, 2025 8:56 AM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Ryan Llorens <RyanL@rgrdlaw.com>; Jeffrey Stein <JStein@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>
**Cc:** Polkes, Jonathan <jonathan.polkes@whitecase.com>; Nettleton, Stacy <stacy.nettleton@whitecase.com>; Banks, Adam <adam.banks@whitecase.com>; Weedman, Joshua <jweedman@whitecase.com>; Grace, Susan <susan.grace@whitecase.com>; John Spiegel <John.Spiegel@mto.com>; john.gildersleeve@mto.com
**Subject:** Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CMB (Asx) (C.D. Cal.) - Defendants' First Set of Document Requests

EXTERNAL SENDER
Counsel,

Please let us know when you are available to meet and confer next Thursday July 31 between 9AM Pacific/12PM Eastern and 2PM Pacific/5PM Eastern regarding Plaintiffs' Responses and Objections to Defendants' First Set of Requests for the Production of Documents.

Thank you,

**Wyatt Smith**  |  Associate
**T**  +1 212 819 8662    **M**  +1 908 868 7181    **E**  wyatt.smith@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas | New York, NY 10020-1095
**WHITE & CASE**

======================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

======================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

======================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================================

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================