JONATHAN D. POLKES (admitted *pro hac vice*)
jonathan.polkes@whitecase.com
STACY NETTLETON (admitted *pro hac vice*)
stacy.nettleton@whitecase.com
ADAM B. BANKS (admitted *pro hac vice*)
adam.banks@whitecase.com
SUSAN L. GRACE (admitted *pro hac vice*)
susan.grace@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200

JOHN W. SPIEGEL (SB 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SB 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Attorneys for Defendants
The Walt Disney Company, Robert Iger,
Robert Chapek, Christine M. McCarthy
and Kareem Daniel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND – RETIREMENT INCOME PLAN 1987, CENTRAL PENNSYLVANIA TEAMSTERS HEALTH AND WELFARE FUND AND JOHN P. TALBOT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, ROBERT IGER, ROBERT CHAPEK, CHRISTINE M. MCCARTHY AND KAREEM DANIEL,<br><br>Defendants. | Case No. 2:23-cv-03661-CBM(ASx)<br><br>**DECLARATION OF STACY NETTLETON IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL CUSTODIANS AND SEARCH TERMS** |

I, Stacy Nettleton, hereby declare as follows:

1.      I am an attorney licensed to practice before this Court *pro hac vice*. I am a partner at the law firm of White & Case LLP, for Defendants The Walt Disney Company, Robert Iger, Robert Chapek, Christine M. McCarthy, and Kareem Daniel (collectively, "Defendants").

2.      I submit this declaration in support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Custodians and Search Terms. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto.

3.  Attached are true and correct copies of the following exhibits:

    a.  **Exhibit 1:** September 25, 2025 email from Wyatt Smith to Plaintiffs' counsel, attaching a search term hit report;

    b.  **Exhibit 2:** October 1, 2025 email from Wyatt Smith to Plaintiffs' counsel, attaching a revised search term hit report;

    c.  **Exhibit 3:** October 6, 2025 letter from Jessica Shinnefield to Stacy Nettleton; and

    d.  **Exhibit 4:** October 24, 2025 email from Dan Drosman to Defendants' counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2025.

                    */s/ Stacy Nettleton*
                    STACY NETTLETON

---

DECLARATION OF STACY NETTLETON