# EXHIBIT 1

## Search Term Hit Report - November 3, 2025 (Update)

| Search | Total Hits | % | Total Hits, Including Families | % | Number of Documents Searched | Addition to Review Population (Compared to Defendants' October 7 Search Protocol) |
|---|---|---|---|---|---|---|
| Defendants' October 7 Search Protocol | 508,148 | 9.24% | 835,084 | 15.19% | 5,499,100 | N/A |
| Plaintiffs' October 10, 2025 Search Protocol | 2,015,314 | 36.65% | 2,433,285 | 44.25% | 5,499,100 | 1,620,458 |
| Overlap Between Defendant/Plaintiffs | 483,133 | N/A | 812,410 | N/A | N/A | N/A |

1

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 22,514 | 0.41% | 76,298 | 1.39% | 45 | 5,499,100 |
| 2 | 2 | ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 27,507 | 0.50% | 74,751 | 1.36% | 1 | 5,499,100 |
| 3 | 3 | (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 166,697 | 3.03% | 346,083 | 6.29% | 236 | 5,499,100 |
| 4 | 4 | ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 101,782 | 1.85% | 245,265 | 4.46% | 76 | 5,499,100 |
| 5 | 5 | ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 83,676 | 1.52% | 184,066 | 3.35% | 1,372 | 5,499,100 |
| 6 | 6 | "Disney Media and Entertainment Distribution" OR "DMED" OR reorg* OR ("intersegment transfer" W/10 pric*) | September 1, 2020 to October 31, 2020 | Chapek, Daniel, McCarthy, Lindbom All non-custodial collections | 2,549 | 2.94% | 3,752 | 4.33% | 33 | 86,627 |
| 7 | 7 | (DMED AND ((Daniel) W/25 (appoint* OR hir* OR employ* OR term* OR condition*))) | September 1, 2020 to October 31, 2020 | Chapek, Daniel, Lindbom All non-custodial collections | 11 | 0.01% | 20 | 0.03% | - | 75,319 |
| 8 | 8 | ("Disney+" OR "D+") AND subscri* AND churn* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 81,113 | 1.48% | 198,445 | 3.61% | - | 5,499,100 |
| 9 | 9 | ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 189,356 | 3.44% | 400,932 | 7.29% | 1,558 | 5,499,100 |
| 10 | 10 | ("Disney+" OR "D+") AND window* AND (45 OR 90 OR (forty w/1 five) OR ninety) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 60,880 | 1.11% | 160,068 | 2.91% | 391 | 5,499,100 |
| 11 | 11 | ("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 4,009 | 0.14% | 13,710 | 0.47% | - | 2,910,250 |

2

Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 12 | ("Disney+" OR "D+") AND content AND (cost* OR budget) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer<br><br>*These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 55,790 | 2.37% | 77,301 | 3.28% | 787 | 2,356,485 |
| 13 | 13 | ("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer<br>All non-custodial collections | 15,287 | 0.53% | 48,552 | 1.67% | 4 | 2,910,250 |
| 14 | 14 | ("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer<br>All non-custodial collections | 15,646 | 0.54% | 34,206 | 1.18% | 10 | 2,910,250 |

3

Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 15 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND loss* AND "intersegment transfer pricing" | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 235 | 0.01% | 618 | 0.02% | - | 2,910,250 |
| 16 | 16 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND ((recognize* W/2 subscription W/2 revenue) OR (third W/2 party W/2 partner)) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell All non-custodial collections | 1,135 | 0.09% | 2,643 | 0.20% | - | 1,330,516 |
| 17 | 17 | ("Disney+" OR "D+") AND (Verizon OR Amazon OR "American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell All non-custodial collections | 49,620 | 3.73% | 96,129 | 7.22% | - | 1,330,516 |
| 18 | 18 | ("Disney+" OR "D+") AND subscrib* AND (third* OR partner*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell All non-custodial collections | 61,206 | 4.60% | 111,179 | 8.36% | 101 | 1,330,516 |
| 19 | 19 | ("Disney+" OR "D+") AND (Hulu* W/2 Live) AND subscri* | July 1, 2021, to December 31, 2022 | All custodians All non-custodial collections | 24,873 | 1.28% | 57,410 | 2.95% | 4 | 1,946,681 |
| 20 | 20 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri* | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 29,439 | 1.47% | 71,989 | 3.60% | 2 | 2,000,658 |

Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 21 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international w/25 market) AND launch* AND subscri* | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer All non-custodial collections | 6,028 | 0.30% | 18,909 | 0.95% | 1 | 2,000,658 |
| 22 | 22 | ("Disney+" OR "D+") AND content AND subscri* AND perform* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 119,673 | 2.18% | 291,291 | 5.30% | 90 | 5,499,100 |
| 23 | 23 | ("Disney+" OR "D+") AND (content W/25 (subscri* AND (delay* OR remov*))) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 5,671 | 0.10% | 23,248 | 0.42% | 1 | 5,499,100 |
| 24 | 24 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "DMED" OR ("Iger" w/10 ("CEO" or rehir*)) OR (Chapek w/10 fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8K" OR 8K) | January 1, 2020 to August 31, 2023 | Veda Kong, Nathan Harris  *These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 3,783 | 2.86% | 5,153 | 3.89% | - | 132,313 |
| 25 | 25 | earn* AND call AND quarter* | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer Investor Relations Shared Drives; IR Insights | 38,833 | 2.39% | 56,486 | 3.48% | 158 | 1,622,993 |
| 26 | 26 | (earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer Investor Relations Shared Drives; IR Insights | 17,978 | 1.11% | 28,414 | 1.75% | - | 1,622,993 |
| 27 | 27 | ("Disney+" OR "D+" OR "DTC") AND "board" AND meet* | January 1, 2020 to August 31, 2023 | Chapek, Iger, McCarthy, Daniel, Jolene Negre Boardvantage | 7,998 | 0.86% | 13,886 | 1.48% | - | 935,406 |
| 28 | 28 | contract AND renew* | January 1, 2022, to September 30, 2022 | Chapek, Negre, Arnold Boardvantage | 809 | 1.64% | 1,842 | 3.74% | 7 | 49,245 |

5

Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 29 | ("Disney+" OR "D+") AND subscri* AND perform* AND (bonus* OR equity OR salar*) AND compens* | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Iger Boardvantage | 2,901 | 0.33% | 5,453 | 0.61% | - | 891,423 |
| 30 | 30 | securit* AND (award OR exercise OR purchase OR sale) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy All non-custodial collections | 22,304 | 2.21% | 61,885 | 6.13% | 1,692 | 1,009,694 |
| 31 | 31 | ("Disney+" OR "D+") AND (depart* OR resign* OR terminat*) AND (Chapek OR McCarthy OR Daniel OR Bochner) | October 1, 2022, to August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Bochner Boardvantage | 1,059 | 0.26% | 1,725 | 0.42% | - | 407,939 |
| 32 | 32 | (Iger* OR Bob*) w/25 ("CEO" OR "Chief Executive Officer" OR "hire" OR "rehire" OR replac* OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* reinstat*) | September 1, 2022 to Nov. 22, 2022 | McCarthy, Iger, Arnold Boardvantage | 604 | 2.01% | 688 | 2.29% | - | 29,984 |
| 33 | 33 | (("fourth quarter" w/4 2022) OR "4Q22" OR ("Q4" w/2 2022)) AND financ* | October 1, 2022, to January 31, 2023 | All custodians All non-custodial collections | 2,372 | 0.60% | 5,261 | 1.34% | 35 | 392,838 |
| 34 | 34 | DMED AND unwind AND Iger | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 87 | 0.01% | 173 | 0.01% | - | 1,157,830 |
| 35 | 35 | (("Disney+" OR "D+") OR DMED) AND (earn* w/5 call) AND Iger AND subscri* | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 2,299 | 0.20% | 3,589 | 0.31% | - | 1,157,830 |
| 36 | 36 | DMED AND (mistake* OR divide) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,053 | 0.09% | 2,921 | 0.25% | 4 | 1,157,830 |
| 37 | 37 | (cost* w/5 cut*) | November 20, 2022 to February 8, 2023 | Iger, McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart All non-custodial collections | 1,296 | 1.17% | 1,979 | 1.78% | 45 | 110,923 |
| 38 | 38 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost* w/5 cut*) AND (earn* w/5 call) AND Iger AND billion AND subscri* | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,112 | 0.10% | 1,758 | 0.15% | - | 1,157,830 |
| 39 | 39 | ("Disney+" OR "D+"OR DTC OR "direct-to-consumer") AND (subscrip* OR (operat* w/ 3 loss*) OR result*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 67,189 | 5.80% | 123,615 | 10.68% | 4,422 | 1,157,830 |
| 40 | 40 | (stock W/5 price) AND (move* OR declin* OR increase* OR chang*) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy All non-custodial collections | 7,393 | 0.73% | 13,156 | 1.30% | 10 | 1,009,694 |
| 41 | 41 | ("Disney+" OR "D+") AND stock AND subscri* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 40,931 | 0.74% | 75,096 | 1.37% | 20 | 5,499,100 |
| 42 | 42 | disclosure AND stock AND (effect* OR impact* OR cause*) | November 1, 2021 to November 30, 2021 | All custodians All non-custodial collections | 1,055 | 0.92% | 2,191 | 1.91% | 2 | 114,595 |
| 43 | 43 | disclosure AND stock AND (effect* OR impact* OR cause*) | November 1, 2022 to November 30, 2022 | All custodians All non-custodial collections | 916 | 0.79% | 1,827 | 1.57% | 2 | 116,576 |
| 44 | 44 | disclosure AND stock AND (effect* OR impact* OR cause*) | April 17, 2022 to May 17, 2022 | All custodians All non-custodial collections | 821 | 0.67% | 1,739 | 1.43% | 2 | 121,694 |

Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 45 | ("Disney+" OR "D+") AND subscri* AND grow* | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 10,849 | 3.24% | 22,251 | 6.65% | 2 | 334,699 |
| 46 | 46 | ("Disney+" OR "D+") AND (peak W/10 year W/10 loss*) | October 1, 2021 to December 31, 2021 | McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart All non-custodial collections | 241 | 0.21% | 575 | 0.50% | - | 114,905 |
| 47 | 47 | ("Disney+" OR "D+") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | October 1, 2021 to December 31, 2021 | McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart All non-custodial collections | 988 | 0.86% | 2,111 | 1.84% | - | 114,905 |
| 48 | 48 | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com OR Tableaudontreply@disneystreaming.com OR tabsub_all_mmi@disneystreaming.com) AND "Disney+" | January 1, 2020 to August 31, 2023 | All custodians  *These email address search terms will be run on the custodians' email domains only. | 36,963 | 4.07% | 38,807 | 4.27% | 12,428 | 908,994 |
| 49 | 49 | (DTC OR "direct-to-consumer") AND (operat* W/25 loss*) | October 1, 2022 to December 31, 2022 | All custodians All non-custodial collections | 2,154 | 0.72% | 4,896 | 1.64% | 2 | 298,548 |
| 50 | 50 | ("Disney+" OR "D+") AND impair* AND content | April 1, 2023 to August 31, 2023 | All custodians All non-custodial collections | 6,353 | 0.95% | 13,630 | 2.03% | 2 | 670,346 |
| 51 | 51 | ((("Disney+" OR "D+") AND (subscri* OR finan* OR cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decision-making")) | January 1, 2020 to August 31, 2023 | Forensic Investigations Team Rocket D3 Files, Management Audit Group Drive | 3,585 | 3.86% | 17,881 | 19.26% | - | 92,861 |

7

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (target* OR goal* OR guid* OR objective* OR plan* OR forecast* OR project* OR number* OR grow* OR low* OR decreas*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 250,905 | 4.56% | 475,592 | 8.65% | 2,115 | 98,576 | 5,499,100 |
| 2 | 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (trajector* OR "on track" OR behind OR gap* OR variance* OR bridg* OR driver* OR driving OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 155,128 | 2.82% | 313,503 | 5.70% | 185 | 49,360 | 5,499,100 |
| 3 | 1 | ("Disney+" OR D+ OR "Disney Plus" ) w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 125,970 | 2.29% | 272,864 | 4.96% | 382 | 31,613 | 5,499,100 |
| 4 | 1 | 230M OR "260M" OR "230MM" OR "260MM" OR "230- 260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245" | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 29,785 | 0.54% | 79,112 | 1.44% | 1,924 | 11,038 | 5,499,100 |
| 5 | 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (trajector* OR "on track" OR gap* OR variance* OR bridg* OR driver* OR driving OR guidance OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 282,592 | 5.14% | 512,687 | 9.32% | 5,144 | 100,775 | 5,499,100 |
| 6 | 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR ARPU OR unprofitab* OR income OR "break- even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 200,854 | 3.65% | 388,254 | 7.06% | - | 67,814 | 5,499,100 |
| 7 | 2 | peak* w/5 loss* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 7,920 | 0.14% | 27,071 | 0.49% | 37 | 578 | 5,499,100 |
| 8 | 3 | ("Disney+" OR D+ OR "Disney Plus") w/15 (KPI* OR metric* OR dashboard* OR scorecard*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 34,735 | 0.63% | 101,951 | 1.85% | 1,220 | 15,851 | 5,499,100 |
| 9 | 3 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber* OR member* OR account* OR user*) w/10 (LRP OR "long-range" OR "long range" OR "five year" OR "five-year" OR "5 yr" OR "5 year" OR "five-year") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 46,421 | 0.84% | 114,455 | 2.08% | 1,012 | 11,880 | 5,499,100 |
| 10 | 5 | "DMED" | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY All custodians | 167,194 | 3.62% | 238,800 | 5.17% | - | 137634 | 4,622,044 |
| 11 | 6 | (Daniel* OR Kareem* OR Karim*) w/25 (appoint* OR hire* OR hiring OR lead* OR head* OR chair* OR role* OR restructur* OR qualif* OR unqualif* OR experience* OR poor* OR insufficient* OR inadequate* OR popular OR unpopular) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 90,223 | 1.64% | 137,949 | 2.51% | 24,841 | 79,653 | 5,499,100 |
| 12 | 7 | Churn* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 135,719 | 2.47% | 265,870 | 4.83% | 8,574 | 47,388 | 5,499,100 |

8

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 7 | ("Disney+" OR D+ OR "Disney Plus") w/30 (sub OR subs OR subscriber*) w/30 (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engag* OR "active user*" OR "low quality" OR inorganic OR organic OR funnel) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 77,766 | 1.41% | 201,165 | 3.66% | 184 | 7,078 | 5,499,100 |
| 14 | 7 | (leak* or hole*) w/5 bucket | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 186 | 0.00% | 298 | 0.01% | 17 | 132 | 5,499,100 |
| 15 | 8 | (linear* OR network OR cable OR theat* OR capitaliz* OR intersegment OR markup* OR channel*) w/25 ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 327,220 | 5.95% | 578,116 | 10.51% | 20,969 | 143,894 | 5,499,100 |
| 16 | 8 | (cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR move* OR moving) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 120,660 | 2.19% | 261,589 | 4.76% | 18,610 | 79,228 | 5,499,100 |
| 17 | 9 | ("Disney+" OR D+ OR "Disney Plus" OR stream*) w/15 content w/15 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 57,165 | 1.04% | 161,190 | 2.93% | 500 | 9,846 | 5,499,100 |
| 18 | 11 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 208,877 | 3.80% | 400,747 | 7.29% | 144 | 71,001 | 5,499,100 |
| 19 | 12 | (sub OR subs OR subscriber* OR "Disney+" OR D+ OR "Disney Plus") w/25 (entitl* OR activat* OR bundl* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR free OR discount*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 319,940 | 5.82% | 564,953 | 10.27% | 14,296 | 136,475 | 5,499,100 |
| 20 | 12 | ("Disney+" OR D+ OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party" OR "third party") w/5 (partner* OR promotion*)) OR (Hulu w/5 bundl*)) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 183,052 | 3.33% | 378,305 | 6.88% | 3,103 | 43,042 | 5,499,100 |
| 21 | 13 | ("Disney+" OR "D+" OR "Disney Plus") w/10 (Hulu* w/2 Live) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 17,489 | 0.32% | 51,443 | 0.94% | 75 | 1,601 | 5,499,100 |
| 22 | 14 | (("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific)) w/25 (sub* OR launch* OR expand* OR "too fast" OR withdr* OR enter* OR entry* OR exit OR entrance OR "roll* out" OR rollout OR underperform*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 247,230 | 4.50% | 456,177 | 8.30% | 9,884 | 69,004 | 5,499,100 |

9

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 14 | ("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR launch* OR expand* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific) AND (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 248,442 | 4.52% | 488,107 | 8.88% | 1,996 | 54,649 | 5,499,100 |
| 24 | 16 | (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR underperform* OR perform* OR view* OR cohort* OR engage* OR "active user*" OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Streaming custodians only | 272,263 | 27.36% | 413,826 | 41.59% | 68,006 | 186,935 | 995,060 |
| 25 | 16 | (show* OR movie* OR program* OR title* OR content OR series OR feature) w/25 (remov* OR cancel* OR replac* OR cut* OR track* OR monitor* or impair* OR quality* OR "write- off" OR "one-time" charge OR (save w/5 (cost* OR expense))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 356,139 | 6.48% | 649,443 | 11.81% | 83,273 | 270,889 | 5,499,100 |
| 26 | 16 | ("Disney+" OR D+ OR "Disney Plus") AND (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR *perform* OR view* OR cohort* OR engage* OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Mucha, Schake | 47,126 | 4.34% | 64,584 | 5.94% | 1,035 | 15,102 | 1,086,914 |
| 27 | 19 | SEC OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX OR Sarbanes | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 298,019 | 5.42% | 490,287 | 8.92% | 67,817 | 266,586 | 5,499,100 |
| 28 | 19 | (cert OR certs OR certif*) w/10 (sub OR 302 OR revenue) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 3,400 | 0.06% | 13,135 | 0.24% | 376 | 3,791 | 5,499,100 |
| 29 | 20 | (earning* OR investor* OR analyst* ) w/15 ("talking point*" OR script* OR "Q&A" OR bullets OR prep* OR brief* OR deck* OR note* OR rehearsal* OR mock OR call* OR question* OR slide* OR present* OR prepar* OR meet* OR discuss* OR "hot topic*" OR concern* OR story OR narrative* OR publi* OR news OR report* OR edit* OR comment* OR draft* OR answer* OR expect* OR forecast* OR project* OR target* OR guid* OR estimat*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 408,337 | 7.43% | 569,071 | 10.35% | 109,788 | 316,814 | 5,499,100 |
| 30 | 20 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR subs OR subscriber*) | January 1, 2020 - August 31, 2023 | IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights | 210,205 | 22.48% | 240,963 | 25.77% | 24,698 | 140,103 | 935,005 |
| 31 | 22 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR DMED OR "Disney Media & Entertainment") AND (board* OR BOD OR (committ* w/5 (audit* OR comp* OR govern* OR nomin*))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 149,173 | 2.71% | 280,821 | 5.11% | 9,274 | 87,575 | 5,499,100 |

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 22 | ((board OR BOD OR "audit committee*") w/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*)) | January 1, 2020 - August 31, 2023 | Streaming custodians only | 14,611 | 1.47% | 25,925 | 2.61% | 2,992 | 11,001 | 995,060 |
| 33 | 23 | (Chapek OR Bob) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot*) | January 1, 2022 - December 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom | 7,706 | 2.10% | 10,042 | 2.73% | 1,925 | 5,915 | 367,328 |
| 34 | 23 | contract AND (renew* OR renegotiat* OR negotiat* OR exten* OR modif* OR chang* OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*) | January 1, 2020 - August 31, 2023 | Chapek only | 4,184 | 2.60% | 7,336 | 4.55% | 540 | 3,481 | 161,200 |
| 35 | 23 | Contract* AND term* | January 1, 2020 - August 31, 2023 | Chapek only | 3,577 | 2.22% | 6,937 | 4.30% | 167 | 2,371 | 161,200 |
| 36 | 23 | (Chapek OR Bob) w/20 (fire* OR firing) | Dec. 1, 2020 – Dec. 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom | 1,367 | 0.17% | 1,788 | 0.22% | 417 | 2,442 | 812,431 |
| 37 | 24 | (Kareem OR Karim OR Daniel* OR Chapek OR Bob) w/20 ("mean girl*" OR Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless* OR pressur*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 40,839 | 0.74% | 66,543 | 1.21% | 7,490 | 30,626 | 5,499,100 |
| 38 | 27 | Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI* OR claw* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR bonus* OR incentiv* OR equit* OR inequit* OR variab* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 137,502 | 15.44% | 168,045 | 18.87% | 26,579 | 130,192 | 890,594 |
| 39 | 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (compensat* OR pay* OR salar* OR severance OR base* OR cash* OR eligib* OR equit* OR inequit* OR perform* OR "RSU*" OR "PBU*" OR KPI* OR variab* OR fix* OR claw* OR price OR earning* OR grant* OR target* OR goal* OR vest* OR key OR defer* OR pension OR benefit* OR parachute* OR perk* OR proceed*) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 18,431 | 3.05% | 24,317 | 4.02% | 3,962 | 19,494 | 604,539 |

11

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Karim* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) AND (stock* OR share* OR bonus* OR award* OR incentiv* OR option OR options) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 14,332 | 2.37% | 19,241 | 3.18% | 1,976 | 14,781 | 604,539 |
| 41 | 28 | (Award* OR trade* OR trading OR vest* OR transact* OR purchas* OR bought OR buy* OR sell* OR sold OR hold* OR held OR execut*) w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR insider* OR adopt* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 34,491 | 3.87% | 48,538 | 5.45% | 4,611 | 24,927 | 890,594 |
| 42 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trade* OR trading OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 creat* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 28,498 | 3.20% | 39,286 | 4.41% | 1,552 | 23,983 | 890,594 |
| 43 | 28 | Plan* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 25,486 | 2.86% | 38,891 | 4.37% | 2,470 | 19,513 | 890,594 |
| 44 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 start* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 13,701 | 1.54% | 20,632 | 2.32% | 1,444 | 11,415 | 890,594 |
| 45 | 28 | Sale* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 10,578 | 1.19% | 17,711 | 1.99% | 684 | 6,095 | 890,594 |
| 46 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 (option OR options OR optioned) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 8,422 | 0.95% | 14,419 | 1.62% | 669 | 5,227 | 890,594 |
| 47 | 28 | (Plan* w/10 (chang* OR terminat* OR cancel* OR outside)) AND (stock* OR share* OR sell* OR sale* OR trade* OR trading* OR option*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 6,550 | 0.74% | 11,593 | 1.30% | 472 | 4,245 | 890,594 |
| 48 | 28 | Buy* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 7,994 | 0.90% | 12,373 | 1.39% | - | 4,080 | 890,594 |
| 49 | 28 | Sell* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 7,901 | 0.89% | 12,723 | 1.43% | - | 3,480 | 890,594 |
| 50 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 establish* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 2,576 | 0.29% | 5,359 | 0.60% | 89 | 1,911 | 890,594 |
| 51 | 28 | Exercis* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 2,209 | 0.25% | 5,495 | 0.62% | 50 | 881 | 890,594 |

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 28 | "10b5*1" OR "trading plan*" | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 178 | 0.02% | 270 | 0.03% | 9 | 89 | 890,594 |
| 53 | 29 | (Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing OR terminat* OR leav* OR canned OR dismiss* OR resign* OR sacked OR sack OR retir* OR "step* down" OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | Oct. 1, 2022 – May 31, 2023 | All custodians; All non-custodial collections | 17,037 | 2.12% | 25,388 | 3.17% | 3,914 | 14,571 | 802,116 |
| 54 | 29 | separation agreement OR retir* OR resign* OR severance OR terminat* OR "step* down" OR "for cause" OR "without cause" | Oct. 1, 2022 – May 31, 2023 | Chapek, Daniel, McCarthy, Iger, and Bochner | 8,431 | 4.99% | 10,471 | 6.19% | 1,285 | 6,820 | 169,095 |
| 55 | 30 | (Iger* OR Bob*) w/25 (*hir* OR return* OR CEO OR "Chief Executive Officer" OR replac* OR "come back" OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR walk* OR meet* OR met OR talk* OR discuss* OR reinstat* OR call* OR Board* OR plan*) | Sept. 1, 2022 – Nov. 22, 2022 | McCarthy, Iger, Walden, Bergman, Gutierrez, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom Boardvantage | 1,583 | 3.93% | 1,986 | 4.93% | 157 | 1,069 | 40,287 |
| 56 | 31 | (("Disney+" OR D+ OR "Disney Plus" OR DTC stream* OR sub OR subs OR subscriber*) w/15 (dashboard* OR data OR Snowflake OR Databricks OR Tableau OR "Looker Studio")) w/15 (access* OR restrict* OR grant* OR lock* OR "R internal*" OR live* OR "real-time" OR "real time" OR polic* OR procedur* OR "cut* off" OR "cut off" OR "reports@analytics.disneystreaming.com" OR "DEET.Tableau.-.Do.Not.Reply@disney.com" OR "Tableau-donotreply@disneystreaming.com") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 17,550 | 0.32% | 40,936 | 0.74% | 561 | 7,984 | 5,499,100 |
| 57 | 32 | (Board* OR "BOD" OR Florida OR "New York" OR "NYC" OR Manhattan OR Orlando OR retreat* OR strateg*) w/20 (meet* OR met OR present* OR preliminar* OR executiv* OR deck* OR financ* OR earn* OR miss* OR short OR consensus OR below OR market* OR Street* OR investor* OR shareholder* OR blam* OR surpris*) | Sept. 1, 2022 – Dec. 31, 2022 | All custodians; All non-custodial collections | 50,743 | 12.85% | 74,387 | 18.83% | 15,443 | 43,066 | 394,982 |
| 58 | 32 | ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR "fiscal year*") w/20 (call* OR result* OR releas* OR loss* OR present* OR meet* OR met OR earn* OR financ* OR miss* OR consensus OR short OR below OR market OR markets OR Street* OR investor* OR shareholder* OR "executive session*") | Sept. 1, 2022 – Dec. 31, 2022 | All custodians; All non-custodial collections | 39,817 | 10.08% | 63,345 | 16.04% | 5,901 | 26,074 | 394,982 |
| 59 | 33 | DMED* OR "Media and Entertainment" OR "Media & Entertainment" OR restructur* OR reorg* | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY All custodians | 235,315 | 5.09% | 321,521 | 6.96% | 16,113 | 186,327 | 4,622,044 |

13

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 34 | ((("Disney+" OR D+ OR "Disney Plus" DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR initiativ* OR plan*) w/15 (cut* OR decreas* OR lower* OR reduc* OR minimiz* OR eliminat* OR "writ* off" OR write*off OR rationaliz* OR reset* OR releas*)) w/15 (cost* OR expens* OR profit* OR loss* OR margin* OR unprofitab* OR income OR "break-even" OR "break* even" OR job*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 60,221 | 1.10% | 149,160 | 2.71% | 2,551 | 23,387 | 5,499,100 |
| 61 | 35 | (stock* OR shares OR "share price" OR DIS OR securit*) w/10 (mov* OR declin* OR increas* OR chang* OR up OR down* OR fall* OR plummet* OR shoot* OR price* OR cap OR capital OR volume OR fell OR fall* OR decreas* OR drop* OR reduc* OR weak* OR soft* OR impact* OR low* OR target* OR goal* OR consensus OR rais* OR ris* OR drive* OR loss* OR lose* OR caus* OR upgrad* OR downgrad* OR shot) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage | 156,334 | 6.05% | 199,002 | 7.71% | 29,486 | 123,382 | 2,582,591 |
| 62 | 35 | (market* OR analyst* OR Street* OR investor* OR shareholder*) w/10 (react* OR disappoint* OR messag* OR surpris* OR concern* OR worr* OR shock* OR downgrad* OR lower* OR rating* OR reduc* OR fail* OR critic* OR miss*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage | 122,333 | 4.74% | 178,491 | 6.91% | 15,750 | 84,930 | 2,582,591 |
| 63 | 38 | ("Disney+" OR D+ OR "Disney Plus"  OR sub OR subs OR subscriber*) w/20 ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR quarter* OR trend* OR "fiscal year*" OR result* OR loss* OR miss* OR consensus OR short* OR below OR target* OR slow* OR track* OR pace OR pacing OR walk* OR flash OR driv* OR gain* OR drove OR low* OR below OR disclos* OR goal* OR number* OR weak* OR "on track") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 607,747 | 11.05% | 935,531 | 17.01% | 38,036 | 308,844 | 5,499,100 |
| 64 | 38 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/20 (hit* OR grow* OR expect*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 253,427 | 4.61% | 461,161 | 8.39% | 1,470 | 91,671 | 5,499,100 |
| 65 | 39 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 (peak* OR loss* OR fiscal OR expect* OR forecast* OR losing OR lose OR loss*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 229,663 | 4.18% | 434,619 | 7.90% | 3,689 | 77,657 | 5,499,100 |
| 66 | 41 | Impair* w/5 charg* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 15,921 | 0.29% | 36,088 | 0.66% | 290 | 5,469 | 5,499,100 |

14

Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Searches | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 42 | (polic* OR guideline* OR code* OR procedure* OR rule* OR regulat* OR requir* OR reg) w/15 (disclos* OR conduct* OR trading OR trade* OR media OR invest* OR insider*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, Iger, IR Personnel, Gutierrez, Lindbom, Parker, Arnold, Barra, Lagomasino, Richardson. Boardvantage | 120,248 | 5.07% | 152,851 | 6.45% | 24,684 | 107,879 | 2,371,290 |
| 68 | 51 | "Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR sub OR subs OR subscriber* OR Chapek* OR Kareem* OR Karim* OR McCarthy* OR Iger* | January 1, 2020 - August 31, 2023 | Forensic Files | 23,558 | 25.37% | 68,280 | 73.53% | 6,552 | 24,567 | 92,861 |

15