# EXHIBIT 3

## Search Term Hit Report - Plaintiffs' Joint Stipulation Search Protocol

| Search | Total Hits | % | Total Hits, Including Families | % | Number of Documents Searched | Addition to Review Universe (Compared to Defendants' October 7 Search Protocol) | Addition to Review Population (Compared to Defendants' Current Search Protocol) |
|---|---|---|---|---|---|---|---|
| Defendants' October 7 Search Protocol | 508,148 | 9.24% | 835,084 | 15.19% | 5,499,100 | N/A | |
| Plaintiffs' Joint Stipulation Protocol: Defendants' Searches | 955,904 | 17.38% | 1,345,562 | 24.47% | 5,499,100 | 510,321 | 479,837 |
| Plaintiffs' Joint Stipulation Protocol: Plaintiffs' Searches | 3,207,724 | 58.33% | 3,569,222 | 64.91% | 5,499,100 | 2,734,128 | 2,670,962 |
| Overlap Between Defendants' Searches and Plaintiffs' Searches | 948,161 | N/A | 1,341,824 | N/A | N/A | N/A | |
| Plaintiffs' Joint Stipulation Search Protocol: Total | 3,215,467 | 58.47% | 3,572,960 | | 5,499,100 | 2,737,305 | 2,674,086 |

1

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ("Disney+ subscriber" OR "D+") AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 22,514 | 0.41% | 76,298 | 1.39% | 5,499,100 |
| 2 | 2 | ("Disney+" OR "D+") AND profit* AND (projection OR target OR forecast OR goal OR hit* OR number*) AND 2024 | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 27,507 | 0.50% | 74,751 | 1.36% | 5,499,100 |
| 3 | 3 | (("Disney+" or "D+") W/25 (subscri*)) AND (grow* OR metric* or goal* OR hit* OR number*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 166,697 | 3.03% | 346,083 | 6.29% | 5,499,100 |
| 4 | 4 | ("Disney+" OR "D+") AND subscri* AND (quality OR leak* OR "ARPU") | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 101,782 | 1.85% | 245,265 | 4.46% | 5,499,100 |
| 5 | 5 | ("Disney+" OR "D+") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 83,676 | 1.52% | 184,066 | 3.35% | 5,499,100 |
| 6 | 6 | "Disney Media and Entertainment Distribution" OR "DMED" OR reorg* OR ("intersegment transfer" W/10 pric*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 284,196 | 5.17% | 437,520 | 7.96% | 5,499,100 |
| 7 | 7 | (DMED AND ((Daniel) W/25 (appoint* OR hir* OR employ* OR term* OR condition*))) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 3,065 | 0.06% | 5,679 | 0.10% | 5,499,100 |
| 8 | 8 | ("Disney+" OR "D+") AND subscri* AND churn* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 81,113 | 1.48% | 198,445 | 3.61% | 5,499,100 |
| 9 | 9 | ("Disney+" OR "D+" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release*) AND content AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 189,356 | 3.44% | 400,932 | 7.29% | 5,499,100 |
| 10 | 10 | ("Disney+" OR "D+") AND window* AND (45 OR 90 OR (forty w/1 five) OR ninety) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 60,880 | 1.11% | 160,068 | 2.91% | 5,499,100 |
| 11 | 11 | ("Disney+" OR "D+") AND (content W/25 allocat* W/25 cost) AND distrib* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 5,936 | 0.11% | 21,373 | 0.39% | 5,499,100 |
| 12 | 12 | ("Disney+" OR "D+") AND content AND (cost* OR budget) | January 1, 2020 to August 31, 2023 | All custodians *These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 86,918 | 1.90% | 129,422 | 2.83% | 4,573,089 |
| 13 | 13 | ("Disney+" OR "D+") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 21,712 | 0.39% | 79,149 | 1.44% | 5,499,100 |
| 14 | 14 | ("Disney+" OR "D+" OR "DTC" or "direct-to-consumer") AND (operat* W/5 loss*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 26,113 | 0.47% | 58,108 | 1.06% | 5,499,100 |
| 15 | 15 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND loss* AND "intersegment transfer pricing" | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 506 | 0.01% | 1,368 | 0.02% | 5,499,100 |
| 16 | 16 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND ((recognize* W/2 subscription W/2 revenue) OR (third W/2 party W/2 partner)) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 7,792 | 0.14% | 18,820 | 0.34% | 5,499,100 |

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 17 | ("Disney+" OR "D+") AND (Verizon OR Amazon OR "American Express" OR AMEX) AND (subscri* OR entitl* OR third* OR partner*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 125,782 | 2.29% | 288,533 | 5.25% | 5,499,100 |
| 18 | 18 | ("Disney+" OR "D+") AND subscrib* AND (third* OR partner*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 163,324 | 2.97% | 344,348 | 6.26% | 5,499,100 |
| 19 | 19 | ("Disney+" OR "D+") AND (Hulu* W/2 Live) AND subscri* | July 1, 2021, to December 31, 2022 | All custodians All non-custodial collections | 24,873 | 1.28% | 57,410 | 2.95% | 1,946,681 |
| 20 | 20 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (profit* OR cost) AND (international OR local) AND market AND subscri* | January 1, 2021, to August 31, 2023 | All custodians All non-custodial collections | 50,116 | 1.34% | 141,845 | 3.79% | 3,745,272 |
| 21 | 21 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "Hotstar") AND (international w/25 market) AND launch* AND subscri* | January 1, 2021, to August 31, 2023 | All custodians All non-custodial collections | 10,290 | 0.27% | 39,448 | 1.05% | 3,745,272 |
| 22 | 22 | ("Disney+" OR "D+") AND content AND subscri* AND perform* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 119,673 | 2.18% | 291,291 | 5.30% | 5,499,100 |
| 23 | 23 | ("Disney+" OR "D+") AND (content W/25 (subscri* AND (delay* OR remov*))) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 5,671 | 0.10% | 23,248 | 0.42% | 5,499,100 |
| 24 | 24 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer" OR "DMED" OR ("Iger" w/10 ("CEO" or rehir*)) OR (Chapek w/10 fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K) | January 1, 2020 to August 31, 2023 | All custodians  *These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 37,113 | 0.81% | 51,042 | 1.12% | 4,573,089 |
| 25 | 25 | earn* AND call AND quarter* | January 1, 2020 to August 31, 2023 | All Custodians; Investor Relations Shared Drives; IR Insights | 66,897 | 1.39% | 111,987 | 2.33% | 4,810,133 |
| 26 | 26 | (earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | January 1, 2020 to August 31, 2023 | All Custodians; Investor Relations Shared Drives; IR Insights | 27,612 | 0.57% | 46,313 | 0.96% | 4,810,133 |
| 27 | 27 | ("Disney+" OR "D+" OR "DTC") AND "board" AND meet* | January 1, 2020 to August 31, 2023 | All custodians Boardvantage | 47,250 | 0.88% | 97,215 | 1.81% | 5,385,860 |
| 28 | 28 | contract AND renew* | January 1, 2022, to September 30, 2022 | All custodians Boardvantage | 8,927 | 0.97% | 23,351 | 2.55% | 915,758 |
| 29 | 29 | ("Disney+" OR "D+") AND subscri* AND perform* AND (bonus* OR equity OR salar*) AND compens* | January 1, 2020 to August 31, 2023 | All custodians Boardvantage | 20,888 | 0.39% | 50,495 | 0.94% | 5,385,860 |
| 30 | 30 | securit* AND (award OR exercise OR purchase OR sale) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 106,325 | 1.93% | 217,726 | 3.96% | 5,499,100 |
| 31 | 31 | ("Disney+" OR "D+") AND (depart* OR resign* OR terminat*) AND (Chapek OR McCarthy OR Daniel OR Bochner) | October 1, 2022, to August 31, 2023 | All custodians Boardvantage | 4,298 | 0.35% | 8,699 | 0.70% | 1,240,826 |

Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 32 | (Iger* OR Bob*) w/25 ("CEO" OR "Chief Executive Officer" OR "hire" OR "rehire" OR replac* OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* reinstat*) | September 1, 2022 to Nov. 22, 2022 | All custodians Boardvantage | 9,709 | 3.31% | 14,060 | 4.79% | 293,344 |
| 33 | 33 | (("fourth quarter" w/4 2022) OR "4Q22" OR ("Q4" w/2 2022)) AND financ* | September 1, 2022, to January 31, 2023 | All custodians All non-custodial collections | 2,372 | 0.60% | 5,261 | 1.34% | 392,838 |
| 34 | 34 | DMED AND unwind AND Iger | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 87 | 0.01% | 173 | 0.01% | 1,157,830 |
| 35 | 35 | (("Disney+" OR "D+") OR DMED) AND (earn* w/5 call) AND Iger AND subscri* | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 2,299 | 0.20% | 3,589 | 0.31% | 1,157,830 |
| 36 | 36 | DMED AND (mistake* OR divide) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,053 | 0.09% | 2,921 | 0.25% | 1,157,830 |
| 37 | 37 | (cost* w/5 cut*) | November 20, 2022 to July 31, 2023 | All custodians All non-custodial collections | 9,174 | 0.92% | 16,215 | 1.62% | 998,878 |
| 38 | 38 | ("Disney+" OR "D+" OR DTC OR "direct-to-consumer") AND (cost* w/5 cut*) AND (earn* w/5 call) AND Iger AND billion AND subscri* | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,112 | 0.10% | 1,758 | 0.15% | 1,157,830 |
| 39 | 39 | ("Disney+" OR "D+"OR DTC OR "direct-to-consumer") AND (subscrip* OR (operat* w/ 3 loss*) OR result*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 67,189 | 5.80% | 123,615 | 10.68% | 1,157,830 |
| 40 | 40 | (stock W/5 price) AND (move* OR declin* OR increase* OR chang*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 30,171 | 0.55% | 52,943 | 0.96% | 5,499,100 |
| 41 | 41 | ("Disney+" OR "D+") AND stock AND subscri* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 40,931 | 0.74% | 75,096 | 1.37% | 5,499,100 |
| 42 | 42 | disclosure AND stock AND (effect* OR impact* OR cause*) | November 1, 2021 to November 30, 2021 | All custodians All non-custodial collections | 1,055 | 0.92% | 2,191 | 1.91% | 114,595 |
| 43 | 43 | disclosure AND stock AND (effect* OR impact* OR cause*) | November 1, 2022 to November 30, 2022 | All custodians All non-custodial collections | 916 | 0.79% | 1,827 | 1.57% | 116,576 |
| 44 | 44 | disclosure AND stock AND (effect* OR impact* OR cause*) | April 17, 2022 to May 17, 2022 | All custodians All non-custodial collections | 821 | 0.67% | 1,739 | 1.43% | 121,694 |
| 45 | 45 | ("Disney+" OR "D+") AND subscri* AND grow* | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 10,849 | 3.24% | 22,251 | 6.65% | 334,699 |
| 46 | 46 | ("Disney+" OR "D+") AND (peak W/10 year W/10 loss*) | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 293 | 0.09% | 727 | 0.22% | 334,699 |
| 47 | 47 | ("Disney+" OR "D+") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 1,330 | 0.40% | 2,937 | 0.88% | 334,699 |
| 48 | 48 | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com OR Tableaudontreply@disneystreaming.com OR tabsub_all_mmi@disneystreaming.com) AND "Disney+" | January 1, 2020 to August 31, 2023 | All custodians  *These email address search terms will be run on the custodians' email domains only. | 36,963 | 4.07% | 38,807 | 4.27% | 908,994 |
| 49 | 49 | (DTC OR "direct-to-consumer") AND (operat* W/25 loss*) | October 1, 2022 to December 31, 2022 | All custodians All non-custodial collections | 2,154 | 0.72% | 4,896 | 1.64% | 298,548 |

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 50 | ("Disney+" OR "D+") AND impair* AND content | April 1, 2023 to August 31, 2023 | All custodians<br>All non-custodial collections | 6,353 | 0.95% | 13,630 | 2.03% | 670,346 |
| 51 | 51 | (("Disney+" OR "D+") AND (subscri* OR finan* OR cost*)) OR ("Chapek" OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decision-making")) | January 1, 2020 to August 31, 2023 | Forensic Investigations Team Rocket D3 Files, Management Audit Group Drive, All Custodians | 601,246 | 10.98% | 912,540 | 16.66% | 5,477,933 |

5

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (target* OR goal* OR guid* OR objective* OR plan* OR forecast* OR project* OR number* OR grow* OR low* OR decreas*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 250,905 | 4.56% | 475,592 | 8.65% | 5,499,100 |
| 2 | 1 | (sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (trajector* OR "on track" OR behind OR gap* OR variance* OR bridg* OR driver* OR driving OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 155,128 | 2.82% | 313,503 | 5.70% | 5,499,100 |
| 3 | 1 | ("Disney+" OR D+ OR "Disney Plus" ) w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 125,970 | 2.29% | 272,864 | 4.96% | 5,499,100 |
| 4 | 1 | 230M OR "260M" OR "230MM" OR "260MM" OR "230- 260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245" | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 29,785 | 0.54% | 79,112 | 1.44% | 5,499,100 |
| 5 | 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/15 (trajector* OR "on track" OR gap* OR variance* OR bridg* OR driver* OR driving OR guidance OR projecting OR projection* OR projected OR expect* OR grow* OR "long term" OR "long-term") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 282,592 | 5.14% | 512,687 | 9.32% | 5,499,100 |
| 6 | 2 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR ARPU OR unprofitab* OR income OR "break- even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 200,854 | 3.65% | 388,254 | 7.06% | 5,499,100 |
| 7 | 2 | peak* w/5 loss* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 7,920 | 0.14% | 27,071 | 0.49% | 5,499,100 |
| 8 | 3 | ("Disney+" OR D+ OR "Disney Plus") w/15 (KPI* OR metric* OR dashboard* OR scorecard*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 34,735 | 0.63% | 101,951 | 1.85% | 5,499,100 |
| 9 | 3 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber* OR member* OR account* OR user*) w/10 (LRP OR "long-range" OR "long range" OR "five year" OR "five- year" OR "5 yr" OR "5 year" OR "five-year") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 46,421 | 0.84% | 114,455 | 2.08% | 5,499,100 |
| 10 | 5 | "DMED" | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY<br><br>All custodians | 167,194 | 71.05% | 238,800 | 101.48% | 235,315 |
| 11 | 6 | (Daniel* OR Kareem* OR Karim*) w/25 (appoint* OR hire* OR hiring OR lead* OR head* OR chair* OR role* OR restructur* OR qualif* OR unqualif* OR experience* OR poor* OR insufficient* OR inadequate* OR popular OR unpopular) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 90,223 | 1.64% | 137,949 | 2.51% | 5,499,100 |
| 12 | 7 | Churn* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 135,719 | 2.47% | 265,870 | 4.83% | 5,499,100 |

6

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 7 | ("Disney+" OR D+ OR "Disney Plus") w/30 (sub OR subs OR subscriber*) w/30 (churn* OR attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engag* OR "active user*" OR "low quality" OR inorganic OR organic OR funnel) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 77,766 | 1.41% | 201,165 | 3.66% | 5,499,100 |
| 14 | 7 | (leak* or hole*) w/5 bucket | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 186 | 0.00% | 298 | 0.01% | 5,499,100 |
| 15 | 8 | (linear* OR network OR cable OR theat* OR capitaliz* OR intersegment OR markup* OR channel*) w/25 ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 327,220 | 5.95% | 578,116 | 10.51% | 5,499,100 |
| 16 | 8 | (cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR move* OR moving) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 120,660 | 2.19% | 261,589 | 4.76% | 5,499,100 |
| 17 | 9 | ("Disney+" OR D+ OR "Disney Plus" OR stream*) w/15 content w/15 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 57,165 | 1.04% | 161,190 | 2.93% | 5,499,100 |
| 18 | 11 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 208,877 | 3.80% | 400,747 | 7.29% | 5,499,100 |
| 19 | 12 | (sub OR subs OR subscriber* OR "Disney+" OR D+ OR "Disney Plus") w/25 (entitl* OR activat* OR bundl* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR free OR discount*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 319,940 | 5.82% | 564,953 | 10.27% | 5,499,100 |
| 20 | 12 | ("Disney+" OR D+ OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party" OR "third party") w/5 (partner* OR promotion*)) OR (Hulu w/5 bundl*)) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 183,052 | 3.33% | 378,305 | 6.88% | 5,499,100 |
| 21 | 13 | ("Disney+" OR "D+" OR "Disney Plus") w/10 (Hulu* w/2 Live) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 17,489 | 0.32% | 51,443 | 0.94% | 5,499,100 |
| 22 | 14 | ((("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific)) w/25 (sub* OR launch* OR expand* OR "too fast" OR withdr* OR enter* OR entry* OR exit OR entrance OR "roll* out" OR rollout OR underperform*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 247,230 | 4.50% | 456,177 | 8.30% | 5,499,100 |

7

Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 14 | ("Disney+" OR D+ OR "Disney Plus") AND (market* OR territor* or countr* OR region* OR launch* OR expand* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific) AND (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break-even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 248,442 | 4.52% | 488,107 | 8.88% | 5,499,100 |
| 24 | 16 | (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR underperform* OR perform* OR view* OR cohort* OR engage* OR "active user*" OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Streaming custodians + All Custodians | 1,196,420 | 22.21% | 1,597,875 | 29.67% | 5,385,858 |
| 25 | 16 | (show* OR movie* OR program* OR title* OR content OR series OR feature) w/25 (remov* OR cancel* OR replac* OR cut* OR track* OR monitor* or impair* OR quality* OR "write- off" OR "one-time" charge OR (save w/5 (cost* OR expense))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 356,139 | 6.48% | 649,443 | 11.81% | 5,499,100 |
| 26 | 16 | ("Disney+" OR D+ OR "Disney Plus") AND (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR *perform* OR view* OR cohort* OR engage* OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | All custodians | 375,674 | 6.98% | 645,094 | 11.98% | 5,385,858 |
| 27 | 19 | SEC OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX or Sarbanes | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 298,019 | 5.42% | 490,287 | 8.92% | 5,499,100 |
| 28 | 19 | (cert OR certs OR certif*) w/10 (sub OR 302 OR revenue) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 3,400 | 0.06% | 13,135 | 0.24% | 5,499,100 |
| 29 | 20 | (earning* OR investor* OR analyst* ) w/15 ("talking point*" OR script* OR "Q&A" OR bullets OR prep* OR brief* OR deck* OR note* OR rehearsal* OR mock OR call* OR question* OR slide* OR present* OR prepar* OR meet* OR discuss* OR "hot topic*" OR concern* OR story OR narrative* OR publi* OR news OR report* OR edit* OR comment* OR draft* OR answer* OR expect* OR forecast* OR project* OR target* OR guid* OR estimat*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 408,337 | 7.43% | 569,071 | 10.35% | 5,499,100 |
| 30 | 20 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR subs OR subscriber*) | January 1, 2020 - August 31, 2023 | IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights + All custodians | 1,368,776 | 25.32% | 1,682,528 | 31.12% | 5,405,894 |

8

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|
| 31 | 22 | ("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream* OR DMED OR "Disney Media & Entertainment") AND (board* OR BOD OR (committ* w/5 (audit* OR comp* OR govern* OR nomin*))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 149,173 | 2.71% | 280,821 | 5.11% | 5,499,100 |
| 32 | 22 | ((board OR BOD OR "audit committee*") w/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*)) | January 1, 2020 - August 31, 2023 | Streaming custodians + All Custodians | 112,102 | 2.08% | 167,852 | 3.12% | 5,385,858 |
| 33 | 23 | (Chapek OR Bob) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot*) | January 1, 2022 - December 1, 2022 | Boardvantage and Bergman, Walden, Claire Lee, Barra, Parker, Lagomasino, Richardson, All Custodians | 21,164 | 1.86% | 32,967 | 2.90% | 1,138,296 |
| 34 | 23 | contract AND (renew* OR renegotiat* OR negotiat* OR exten* OR modif* OR chang* OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*) | January 1, 2020 - August 31, 2023 | All custodians | 172,395 | 3.20% | 304,976 | 5.66% | 5,385,858 |
| 35 | 23 | Contract* AND term* | January 1, 2020 - August 31, 2023 | All custodians | 176,023 | 3.27% | 328,804 | 6.10% | 5,385,858 |
| 36 | 23 | (Chapek OR Bob) w/20 (fire* OR firing) | Dec. 1, 2020 – Dec. 1, 2022 | Boardvantage and Bergman, Walden, Claire Lee, Barra, Parker, Lagomasino, Richardson, All Custodians | 3,779 | 0.14% | 5,878 | 0.21% | 2,796,351 |
| 37 | 24 | (Kareem OR Karim OR Daniel* OR Chapek OR Bob) w/20 ("mean girl*" OR Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless* OR pressur*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 40,839 | 0.74% | 66,543 | 1.21% | 5,499,100 |
| 38 | 27 | Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI OR claw* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR bonus* OR incentiv* OR equit* OR inequit* OR variab* | January 1, 2020 - August 31, 2023 | All custodians | 803,313 | 14.92% | 1,137,180 | 21.11% | 5,385,858 |

9