UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | Case No. 2:23-cv-03661-CBM (ASx) |
| Plaintiff, | CLASS ACTION |
| vs. | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL |
| THE WALT DISNEY COMPANY, et al., | |
| Defendants. | |

4909-7183-3723.v1

Upon consideration of Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot's (collectively, "Plaintiffs") Application for Leave to File Under Seal (the "Application") and Exhibits P, R, S, U, V, X, Y, Z, AA, CC, DD, GG, HH, II, JJ, KK, LL, MM, NN, OO, PP, and QQ (the "Exhibits") to the Declaration of Jessica T. Shinnefield in Support of Joint Stipulation Regarding Plaintiffs' Motion to Compel Custodians and Search Terms, the Court makes the following findings:

1.    The Application is GRANTED; and

2.    Pursuant to Local Civil Rule 79-5.2.2(c), Plaintiffs shall file under seal: (i) the Exhibits (listed in the table below); (ii) the Joint Stipulation Regarding Plaintiffs' Motion to Compel Custodians and Search Terms; and (iii) the Declaration of Jessica T. Shinnefield in Support of Joint Stipulation Regarding Plaintiffs' Motion to Compel Custodians and Search Terms.

| EXHIBIT | DOCUMENT DESCRIPTION | PORTION OF DOCUMENT UNDER SEAL |
|---------|---------------------|-------------------------------|
| P | Internal Disney document | All |
| R | Internal Disney email | All |
| S | Internal Disney email | All |
| U | Internal Disney email | All |
| V | Internal Disney email | All |
| X | Internal Disney email | All |
| Y | Internal Disney email | All |
| Z | Internal Disney email | All |
| AA | Internal Disney email | All |
| CC | Internal Disney email | All |
| DD | Internal Disney email | All |

- 1 -

| EXHIBIT | DOCUMENT DESCRIPTION | PORTION OF DOCUMENT UNDER SEAL |
|---------|---------------------|-------------------------------|
| GG | Minutes of a Special Meeting of the Compensation Committee of The Walt Disney Company Board of Directors | All |
| HH | Internal Disney email | All |
| II | Internal Disney email | All |
| JJ | Internal Disney email | All |
| KK | Internal Disney email | All |
| LL | Internal Disney email | All |
| MM | Internal Disney email | All |
| NN | Internal Disney email | All |
| OO | Internal Disney email | All |
| PP | Internal Disney email | All |
| QQ | Internal Disney email | All |

IT IS SO ORDERED.

DATED: __December 2, 2025__

/ s / Sagar
_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

- 2 -

4909-7183-3723.v1