# EXHIBIT C

**WHITE & CASE**

December 16, 2025

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

**whitecase.com**

**VIA EMAIL**

Jessica T. Shinnefield, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, California 92101
ddrosman@rgrdlaw.com

**Re**:     *Local 272 Labor-Management Pension Fund v. The Walt Disney Company, et al., No. 2:23-cv-03661-CBM (ASx) (C.D. Cal.)*

Dear Jessica:

I write on behalf of Defendants regarding Plaintiffs' new search proposal provided on December 8, 2025 ("Plaintiffs' December 8 Search Protocol").

Plaintiffs' December 8 Search Protocol is Plaintiffs' fourth overhaul of their search demands. It is a wholesale departure from any proposal Plaintiffs made during the parties' four months of negotiations, and it bears no meaningful resemblance to Plaintiffs' Joint Stipulation Search Protocol, which Plaintiffs requested the Court to order just seven days earlier. *See* ECF 188-189 at 43-44.

Plaintiffs' eleventh-hour proposal, made after the parties expended considerable time and resources briefing Plaintiffs' pending motion to compel, is highly prejudicial to Defendants and in violation of the ESI Agreement's mandate that the parties negotiate in "good faith." Indeed, for the first time, Plaintiffs' December 8 Search Protocol endeavors to modify Defendants' proposed searches, rather than offer entirely new searches—something Defendants requested Plaintiffs do (and something Plaintiffs said they would do) over a month ago and well before any motion practice. Plaintiffs nevertheless still propose over 35 additional searches with little explanation as to how these searches remedy perceived deficiencies in Defendants' searches.

The timing of Plaintiffs' most recent proposal, after Plaintiffs moved to compel and only three months before the substantial completion deadline for document discovery, leaves little room for good faith resolution and significantly confuses the issues before the Court.

Nonetheless, Defendants have run a hit report for Plaintiffs' December 8 Search Protocol attached as Appendix A, the results of which show many of Plaintiffs' searches remain overbroad, unnecessary, and disproportionate.

Jessica T. Shinnefield, Esq.
December 16, 2025

### A.    Plaintiffs' December 8 Search Protocol Remains Overbroad and Disproportionate.

After Defendants exposed for the Court that the demands in Plaintiffs' prior proposals and the Joint Stipulation Search Protocol were unreasonably burdensome, Plaintiffs have abandoned or tempered some of them. But they have not "significantly narrowed" their demands. Plaintiffs' new protocol adds over 942,000 documents to Defendants' review universe, a 104% increase from Defendants search protocol *before* accounting for the 16 additional custodians that Plaintiffs demand. In total, Plaintiffs ask that Defendants review 1.84 million documents—which also does not account for short form documents or Defendants' linear review of non-searched files.

### 1.    Plaintiffs' Rewrites of Defendants' Searches Radically Expand Their Scope.

Plaintiffs' revisions expand 47 of Defendants' 51 searches (over 92%). Many of Plaintiffs' rewrites unreasonably expand the scope of Defendants' searches by inserting overbroad, generic terms that will necessarily result in irrelevant documents and false hits. Examples include:

- Search 6, which would hit on any document from any custodian or non-custodian source from a six-month period that contains the terms "Disney Media Entertainment Distribution," "DMED," "reorg*," or "intersegment transfer,"

- Search 7, which would pull in any document, from any custodian or non-custodial source, in which anyone named "Daniel" is mentioned within 25 words of "experienced," "inexperienced," "qualified," or "unqualified," including any email to or from someone named Daniel that uses any of those words in the first 25 to discuss any topic,

- Search 9, which would hit on any document from any custodian or non-custodian source that contains the terms "DTC" or "direct-to-consumer" so long as it also contains "distribut*," "content," or "releas*," and several other generic terms regarding content distribution such as "linear," "cable," "network," "theater," or "window*,"

- Search 20, which would pull in any document from 26 custodians and any non-custodian source (such as Disney's investor relations files) that mentions Disney+, DTC, or "direct-to-consumer," so long as it also mentions one of several generic business terms such as "profit*," "cost*," "expens*" and any number of generic geographic terms including "market," "markets," "territ*," "global," and "local,"

- Search 30, which would hit on any document from the Individual Defendants or any non-custodial source (such as Disney's investor relations files) that mention securities, stock, or options, of *any* company and 1 of 12 generic terms including "trade," "purchase," "buy," and "sell,"

- Search 31, which would capture any document from numerous custodians in which any person named "Bob," "Christine," or "Daniel" is mentioned, along with the word "separate" anywhere in the email thread, and

- Search 40, which would hit on any document from 15 custodians or any non-custodial source (such as Disney's investor relations files) that mentions stock, shares, or share

Jessica T. Shinnefield, Esq.
December 16, 2025

price of *any* company and 1 of 24 generic terms such as "up," "down," "low," "high, "gain" or "loss."

Plaintiffs' alterations also remove limiters required to yield proportional discovery germane to Plaintiffs' allegations. In Defendants' Search No. 1, for example, Plaintiffs remove the limiter "2024," which was designed to target documents related to Plaintiffs' allegations about Disney's 2024 subscriber targets and profitability projections for Disney+. Without that limiter, Defendants' Search No. 1 hits on every document that mentions "sub" or "subscriber"—whether relating to Disney+ or something else—and a host of other generic terms, including "number," "hit," and "goal." Unsurprisingly, Plaintiffs' revisions to Defendants' Search No. 1 alone would add more than 323,000 documents to Defendants' review. This number likely reflects a high quantity of false hits, including documents related to other streaming services that are not relevant to Plaintiffs' allegations or projections for other time periods not pertinent to Plaintiffs' allegations concerning 2024 targets. Moreover, Defendants have other searches which already target Disney+ subscriber targets without any temporal limiters. For example, Defendants designed Search No. 3 to target *all* Disney+ subscriber goals, metrics, growth rates, and numbers—regardless of year. Defendants' Search No. 3 hits on hundreds of thousands of documents. Tellingly, Plaintiffs did not revise that search beyond adding "Disney Plus" as a synonym.

### 2. Plaintiffs' Revised Searches Remain Unnecessary and Overbroad.

Plaintiffs' independent set of searches in their December 8 Search Protocol continues to suffer from a fundamental flaw: it remains unclear what defects in Defendants' searches Plaintiffs' searches are intended to address. Indeed, Defendants' searches obviate the need for many of Plaintiffs' independent searches. For example, Defendants offered to search for "churn*" across all custodian and non-custodian collections for the entirety of the relevant time period, so long as the document also mentioned Disney Plus and "sub," "subs," or "subscribers." Plaintiffs revised that search by deleting Defendants' use of the terms "sub," "subs," or "subscriber" as limiting terms and adding "Disney Plus" as a synonym for D+. *See* Pls.' Dec. 8 Ltr. at Appendix A, row 8. This expansive search would already capture all documents that mention churn within the context of Disney+. But Plaintiffs *also* demand that Defendants run a standalone search for "churn*"— not limited to Disney+—across the files of the Individual Defendants. *Id.* at Appendix B, row 12. This iterative search targets only disproportionate and irrelevant documents untethered to the allegations in the Complaint.

Moreover, many of Plaintiffs' proposed searches remain facially overbroad. These include:

- RFP 6 (Row 11), which would hit on, among other irrelevant documents, any reference to Daniel within twenty-five words of generic terms such as "experience" or "role." This would capture, for example, any email to or from Mr. Daniel that includes those words (or several others) anywhere within the first 25 words of the email,

- RFP 20 (Row 29), which, as revised, targets an indiscriminate swath of materials relating to earnings, investors, or analysts within the non-custodial Investor Relations files and the files of all investor relations custodians,

- RFP 27 (Row 38), which would hit on any document from any of the Individual Defendants that mention any number of vague terms such as "stock*," "incentive*,"

**WHITE & CASE**

Jessica T. Shinnefield, Esq.
December 16, 2025

> "bonus*," and "variab*," many of which having nothing inherently to do with compensation,

- RFP 20 (Row 30), which, as revised, hits on any document within the files of investor relations custodians or the centralized Investor Relations and Boardvantage files that mention Disney+ alone, and

- RFP 38 (Row 64), which hits on any document mentioning "sub," "subs," or "subscriber" within ten words of "hit*," "grow*," or "expect*," regardless of whether they concern Disney+.

Plaintiffs' December 8 Search Protocol also seeks to *increase* the scope of many of the searches they previously represented were sufficient to "fix" gaps in Defendants' searches. This is true regarding Plaintiffs' custodian selections, which Plaintiffs have not "agreed to limit." Pls.' Dec. 8 Ltr. at 2. While Plaintiffs' new proposal designates fewer than all custodians for some searches, many of Plaintiffs' new searches are broader than anything they proposed to Defendants during the meet and confer process. For example, Plaintiffs seek to add 20 custodians to their overbroad search for all documents concerning *any* employee's departure from Disney. *See* Pls.' Dec. 8 Ltr., Appendix B, row 54.

And of course, none of Plaintiffs' modifications—to both Plaintiffs' proposed searches and Defendants'—addresses Plaintiffs' unreasonable request for 16 additional custodians. Including the files of those custodians in the searches will materially and unnecessarily increase the burden of the overbroad searches.

### B.    Potential Resolution.

Notwithstanding the prejudicial timing of your new search protocol and the undue burden demonstrated above, if Plaintiffs will stand down on their proposed searches and their request for 16 additional custodians, Defendants would be willing to do the following: (i) add "Disney Plus" as a synonym for "D+" and "Disney+" for any search including the latter terms; (ii) accept Plaintiffs' revisions to 43 of Defendants' searches: Searches 2-5, 7-8, 10-19, 22-29, 32-39, 41-51; and (iii) run Defendants' searches over the additional custodians Plaintiffs request who are among Defendants' 38 designated custodians. These changes are a significant modification of Defendants' protocol. However, again, Defendants would make these changes only if Plaintiffs drop their request with respect to the remaining proposed searches and for 16 additional custodians.

Please confirm Plaintiffs will accept Defendants' proposed resolution and that Plaintiffs will withdraw their Motion to Compel.

Jessica T. Shinnefield, Esq.
December 16, 2025

Sincerely,

   /s/ *Stacy Nettleton*

**Stacy Nettleton**

**T** +1 212 819 8334
**E** stacy.nettleton@whitecase.com

## Summary of 12.16.2025 Search Terms

| Search | Total Hits | % | Total Hits, Including Families | % | Number of Documents Searched | Addition to Review Universe (Compared to Defendants' Current Search Protocol) |
|---|---|---|---|---|---|---|
| Proposed Defendant Search Terms | 1,084,905 | 19.73% | 1,486,991 | 27.04% | 5,499,096 | 576,670 |
| Proposed Plaintiff Search Terms | 997,479 | 18.14% | 1,389,013 | 25.26% | 5,499,096 | 654,846 |
| Overlap Between Defendant/Plaintiffs | 640,919 | N/A | 1,020,829 | N/A | N/A | 942,421 |
| | | | | | | |
| Current Defendant Search Terms | 563,898 | 10.25% | 898,894 | 16.35% | 5,499,100 | N/A |

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ("Disney+ subscriber" OR "D+" OR "Disney+" OR "Disney Plus" OR (sub or subs or subscriber*)) AND (projection* OR projected OR projecting OR target* OR forecast* OR goal* OR hit* OR number* OR guid* OR objective*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 650,055 | 11.82% | 1,021,592 | 18.58% | 125,185 | 323,670 | 5,499,096 |
| 2 | 2 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer") AND (profit* OR unprofitab*) AND (projection OR projected OR projecting OR target* OR forecast* OR goal* OR hit* OR number* OR guid* OR objective*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 96,462 | 1.75% | 210,914 | 3.84% | 293 | 14,027 | 5,499,096 |
| 3 | 3 | (("Disney+" or "D+" OR "Disney Plus" W/25 (sub OR subs OR subscriber*)) AND (grow* OR metric* or goal* OR hit* OR number*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 191,311 | 3.48% | 376,212 | 6.84% | 489 | 1,717 | 5,499,096 |
| 4 | 4 | (("Disney+" OR "D+" OR "Disney Plus") AND (sub OR subs OR subscriber*) AND (quality OR leak* OR "ARPU")) OR ((leak* or hole*) w/5 bucket) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 112,816 | 2.05% | 258,586 | 4.70% | 1,285 | 1,382 | 5,499,096 |
| 5 | 5 | ("Disney+" OR "D+" or "Disney Plus") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP OR "5 year plan" OR "5-year plan") | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 84,208 | 1.53% | 185,263 | 3.37% | 5,370 | 176 | 5,499,096 |
| 6 | 6 | Disney Media and Entertainment Distribution OR "DMED" OR reorg* OR "intersegment transfer" | September 1, 2020 to March 1, 2021 | All custodians All non-custodial collections | 45,816 | 4.90% | 62,667 | 6.70% | 16,552 | 25,158 | 935,304 |
| 7 | 7 | (Daniel or Kareem or KD) W/25 (appoint* OR hir* OR employ* OR term* OR condition* OR qualif* OR unqualif* or experience* OR inexperience* OR lead* OR head* OR chair*) | September 1, 2020 to December 31, 2020 | All custodians All non-custodial collections | 10,568 | 1.64% | 16,855 | 2.62% | 369 | 7,564 | 642,841 |
| 8 | 8 | ("Disney+" OR "D+" OR "Disney Plus") AND churn* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 95,027 | 1.73% | 216,342 | 3.93% | 2,220 | 3,715 | 5,499,096 |
| 9 | 9 | ("Disney+" OR "D+" OR "Disney Plus" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release* OR content) AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 282,948 | 5.15% | 529,177 | 9.62% | 21,495 | 53,542 | 5,499,096 |
| 10 | 10 | ("Disney+" OR "D+" OR "Disney Plus") AND window* AND (45 OR 90 OR (forty w/1 five) OR ninety) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 61,636 | 1.12% | 161,472 | 2.94% | 335 | 464 | 5,499,096 |
| 11 | 11 | ("Disney+" OR "D+" OR "Disney Plus") AND (content W/25 allocat* W/25 cost) AND distrib* | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Jennifer Kettnich, Lewerke, Pang, Kareem Daniel, Robert Iger All non-custodial collections | 4,674 | 0.12% | 15,489 | 0.41% | 0 | 12 | 3,817,867 |

2

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 12 | ("Disney+" OR "D+" OR "Disney Plus") AND content AND (cost* OR budget OR expens*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Kareem Daniel, Robert Iger, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Jennifer Kettnich, Lewerke, Pang\n\n*These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 75,219 | 2.40% | 102,299 | 3.27% | 1,246 | 3,824 | 3,127,948 |
| 13 | 13 | ("Disney+" OR "D+" OR "Disney Plus") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Kareem Daniel, Robert Iger, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Jennifer Kettnich, Lewerke, Pang\nAll non-custodial collections | 17,270 | 0.45% | 54,742 | 1.43% | 4 | 84 | 3,817,867 |
| 14 | 14 | ("Disney+" OR "D+" OR "Disney Plus" OR "DTC" or "direct-to-consumer" OR "direct to consumer") AND (operat* W/5 (loss* OR income)) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer, Jennifer Kettnich, Robert Chapek, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Kareem Daniel, Robert Iger\nAll non-custodial collections | 55,517 | 1.45% | 122,787 | 3.22% | 430 | 6,393 | 3,817,867 |
| 15 | 15 | "intersegment transfer pricing" | January 1, 2020 to August 31, 2023 | All custodians\nAll non-custodial collections | 566 | 0.01% | 1,488 | 0.03% | 6 | 18 | 5,499,096 |
| 16 | 16 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND ((recognize* W/5 subscription W/5 revenue) OR (third W/5 party W/5 partner)) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell, Robert Chapek, Christine McCarthy, Robert Iger, Kambic, Reiman, Chin, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner\nAll non-custodial collections | 2,422 | 0.11% | 8,363 | 0.37% | 5 | 67 | 2,276,598 |

3

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 17 | ("Disney+" OR "D+" OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR "T-Mobile") AND ((sub OR subs OR subscriber*) OR entitl* OR third* OR partner* OR promotion*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell, Robert Chapek, Christine McCarthy, Robert Iger, Kambic, Reiman, Chin, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner  All non-custodial collections | 62,264 | 2.73% | 124,045 | 5.45% | 1597 | 2,319 | 2,276,598 |
| 18 | 18 | ("Disney+" OR "D+" OR "Disney Plus") AND (sub OR subs OR subscriber*) AND (third* OR partner* OR promotion*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell, Robert Chapek, Christine McCarthy, Robert Iger, Kambic, Reiman, Chin, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner  All non-custodial collections | 93,518 | 4.11% | 172,744 | 7.59% | 544 | 2,441 | 2,276,598 |
| 19 | 19 | ("Disney+" OR "D+" OR "Disney Plus") AND ("Hulu*" W/3 Live) AND (sub OR subs OR subscriber*) | July 1, 2021, to December 31, 2022 | All custodians  All non-custodial collections | 27,072 | 1.39% | 60,586 | 3.11% | 215 | 95 | 1,946,677 |
| 20 | 20 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND (profit* OR cost* OR expens* OR unprofitab* OR underperform* OR loss* or ARPU) AND (international OR market OR markets OR territory* OR countr* OR region* OR global OR local) | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Kareem Daniel, Robert Iger, Rebecca Campbell, Patel, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner  All non-custodial collections | 218,042 | 5.89% | 405,308 | 10.95% | 8481 | 51,367 | 3,700,530 |
| 21 | 21 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer" OR "Hotstar") AND ((international OR market OR markets OR territory* or countr* OR region* OR foreign OR world OR global OR local) w/25 (launch* OR expan* "roll* out" OR rollout)) | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer. Robert Chapek, Kareem Daniel, Robert Iger, Rebecca Campbell, Patel, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner  All non-custodial collections | 110,126 | 2.98% | 229,879 | 6.21% | 4701 | 23,358 | 3,700,530 |
| 22 | 22 | ("Disney+" OR "D+" OR "Disney Plus") AND content AND (sub OR subs OR subscriber*) AND perform* | January 1, 2020 to August 31, 2023 | All custodians  All non-custodial collections | 126,260 | 2.30% | 302,858 | 5.51% | 339 | 500 | 5,499,096 |
| 23 | 23 | ("Disney+" OR "D+" OR "Disney Plus") AND (content AND (sub OR subs OR subscriber*) AND (delay* OR remov*)) | January 1, 2020 to August 31, 2023 | All custodians  All non-custodial collections | 88,837 | 1.62% | 223,240 | 4.06% | 221 | 2,553 | 5,499,096 |

4

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer" OR "DMED" OR ("Iger" w/10 ("CEO" or rehir*)) OR (Chapek w/10 fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K) | January 1, 2020 to August 31, 2023 | Veda Kong, Nathan Harris, Kareem Daniel, Robert Iger, Robert Chapek, Christine McCarthy<br><br>*These search terms will be run only in the custodians' parent emails (i.e. not attachments). | 7,271 | 0.77% | 9,300 | 0.98% | 1392 | 25 | 947,166 |
| 25 | 25 | earn* AND call AND quarter* | January 1, 2020 to August 31, 2023 | Robert Chapek, Robert Iger, Kareem Daniel, Christine McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer, Zenia Mucha, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner<br>Investor Relations Shared Drives; IR Insights | 43,743 | 2.15% | 64,747 | 3.19% | 777 | 1,522 | 2,029,975 |
| 26 | 26 | (earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | January 1, 2020 to August 31, 2023 | Robert Chapek, Robert Iger, Kareem Daniel, Christine McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer, Zenia Mucha, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner<br>Investor Relations Shared Drives; IR Insights | 20,347 | 1.00% | 32,258 | 1.59% | 0 | 655 | 2,029,975 |
| 27 | 27 | ("Disney+" OR "D+" OR "Disney Plus" OR "DTC") AND ("board" OR BOD) AND meet* | January 1, 2020 to August 31, 2023 | Chapek, Iger, McCarthy, Daniel, Jolene Negre, Susan Arnold, Mary Barra, Mark Parker, Maria Lagomasino, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez<br>Boardvantage | 15,753 | 1.29% | 30,027 | 2.45% | 849 | 2,469 | 1,225,709 |
| 28 | 28 | contract AND renew* | January 1, 2022, to September 30, 2022 | Chapek, Negre, Arnold, McCarthy, Iger, Daniel, Mary Barra, Mark Parker, Maria Lagomasino, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, Alan Bergman, Dana Walden<br>Boardvantage | 2,477 | 0.89% | 6,057 | 2.18% | 225 | 259 | 277,773 |
| 29 | 29 | (sub OR subs OR subscriber*) AND perform* AND (bonus* OR equity OR salar* OR compens*) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Arnold, Mary Barra, Mark Parker, Maria Lagomasino<br>Boardvantage | 6,864 | 0.77% | 12,798 | 1.43% | 6 | 462 | 893,195 |
| 30 | 30 | (securit* OR stock* OR option* OR RSU* OR PBU*) AND (award* OR exercis* OR purchas* OR sale* OR sell OR buy OR bought OR vest* OR execut* OR trade* or trading or plan*) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Iger<br>All non-custodial collections | 111,981 | 11.09% | 179,896 | 17.82% | 28,390 | 81,498 | 1,009,748 |
| 31 | 31 | (depart* OR resign* OR terminat* OR fire* OR firing OR sacked OR sack OR retir* OR "step* down" OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot) AND (Chapek OR McCarthy OR Daniel OR Bochner OR Bob OR Kareem OR Christine OR Arthur OR BC OR KD OR CMM) | October 1, 2022, to August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Bochner, Arnold, , Mary Barra, Mark Parker, Maria Lagomasino, Zenia Mucha, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, Alan Bergman, Dana Walden, David Lindbom, Paul Richardson, Paull, Bowen, Schake, Connolly, Campbell<br>Boardvantage | 37,784 | 5.17% | 49,663 | 6.79% | 10731 | 21,165 | 731,283 |

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 32 | (Iger* OR Bob*) w/25 ("CEO" OR "Chief Executive Officer" OR "hire" OR "rehire" OR hiring OR rehiring OR "come back" OR replac* OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR reinstat*) | September 1, 2022 to Nov. 22, 2022 | McCarthy, Iger, Arnold, Daniel, Chapek, Mary Barra, Mark Parker, Maria Lagomasino, Zenia Mucha, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, Alan Bergman, Dana Walden, David Lindbom, Paul Richardson, Paull, Bowen, Schake, Connolly, Campbell Boardvantage | 8,195 | 4.80% | 11,534 | 6.76% | 2749 | 3,710 | 170,703 |
| 33 | 33 | (("fourth quarter") OR 4Q* OR (Q4*)) AND financ* | September 1, 2022, to January 31, 2023 | All custodians All non-custodial collections | 15,352 | 3.14% | 31,509 | 6.44% | 1,280 | 6,143 | 489,267 |
| 34 | 34 | DMED AND unwind* AND Iger | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 132 | 0.01% | 220 | 0.02% | 0 | 12 | 1,157,828 |
| 35 | 35 | (("Disney+" OR "D+" OR "Disney Plus") OR DMED) AND (earn* w/5 call) AND Iger AND (sub OR subs OR subscriber*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 2,326 | 0.20% | 3,636 | 0.31% | 0 | 8 | 1,157,828 |
| 36 | 36 | DMED AND (mistake* OR divid*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 5,063 | 0.44% | 13,189 | 1.14% | 181 | 300 | 1,157,828 |
| 37 | 37 | (cost* w/5 cut*) | November 20, 2022 to July 31, 2023 | Iger, McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart, Daniel, Kristine Schake, Alexia Quadrani, Lowell Singer, Claire Lee, Nancy Lee, Arthur Bochner, Alan Bergman, Dana Walden, Connolly, Zasowski, Paull, Bowen All non-custodial collections | 7,615 | 1.04% | 12,778 | 1.75% | 1,131 | 1,455 | 728,842 |
| 38 | 38 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND (cost* w/5 cut*) AND (earn* w/5 call) AND Iger AND billion AND (sub OR subs OR subscriber*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,085 | 0.09% | 1,723 | 0.15% | 0 | 0 | 1,157,828 |
| 39 | 39 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND (sub OR subs OR subscriber* OR (operat* w/ 3 loss*) OR result*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 95,734 | 8.27% | 158,752 | 13.71% | 4,273 | 395 | 1,157,828 |
| 40 | 40 | (stock* OR shares OR "share price") AND (mov* OR declin* OR increas* OR chang* OR up OR down OR fall* OR plummet* OR fell OR decreas* OR drop OR reduc* OR weak* OR soft* OR impact* OR low* OR high OR downgrad* OR upgrad* OR gain* OR loss* OR lose OR target* OR consensus) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Kettnich, Mucha, Negre, Quadrani, Schake, Singer, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner All non-custodial collections | 172,063 | 7.94% | 245,898 | 11.34% | 42,255 | 116,286 | 2,167,694 |
| 41 | 41 | ("Disney+" OR "D+" OR "Disney Plus") AND (stock OR shares OR "share price") AND (sub OR subs OR subscriber*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 57,499 | 1.05% | 111,335 | 2.02% | 128 | 1,746 | 5,499,096 |
| 42 | 42 | disclos* AND (stock OR shares OR "share price") AND (effect* OR impact* OR cause*) | November 1, 2021 to November 30, 2021 | All custodians All non-custodial collections | 1,492 | 1.30% | 2,976 | 2.60% | 128 | 196 | 114,595 |
| 43 | 43 | disclos* AND (stock OR shares OR "share price") AND (effect* OR impact* OR cause*) | November 1, 2022 to November 30, 2022 | All custodians All non-custodial collections | 1,365 | 1.17% | 2,636 | 2.26% | 61 | 280 | 116,574 |

## Defendants' Terms

| Row No. | Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 44 | disclos* AND (stock OR shares OR "share price") AND (effect* OR impact* OR cause*) | April 17, 2022 to May 17, 2022 | All custodians All non-custodial collections | 1,267 | 1.04% | 2,569 | 2.11% | 120 | 135 | 121,694 |
| 45 | 45 | ("Disney+" OR "D+" OR "Disney Plus") AND (sub OR subs OR subscriber*) AND (grow* OR increas*) | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 14,746 | 4.41% | 28,086 | 8.39% | 45 | 474 | 334,699 |
| 46 | 46 | ("Disney+" OR "D+" OR "Disney Plus") AND (peak W/10 loss*) | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 647 | 0.19% | 1,497 | 0.45% | 0 | 27 | 334,699 |
| 47 | 47 | ("Disney+" OR "D+" OR "Disney Plus") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | October 1, 2021 to December 31, 2021 | McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart, Daniel, Iger, Singer, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner All non-custodial collections | 1,078 | 0.74% | 2,315 | 1.59% | 1 | 0 | 145,589 |
| 48 | 48 | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com OR Tableaudontreply@disneystreaming.com OR tabsub_all_mmi@disneystreaming.com) AND ("Disney+" OR D+ OR "Disney Plus") | January 1, 2020 to August 31, 2023 | All custodians *These email address search terms will be run on the custodians' email domains only. | 41,015 | 3.95% | 43,260 | 4.16% | 23,899 | 1,739 | 1,039,309 |
| 49 | 49 | (DTC OR "direct-to-consumer" OR "direct to consumer") AND (operat* W/25 loss*) | October 1, 2022 to December 31, 2022 | All custodians All non-custodial collections | 2,154 | 0.72% | 4,896 | 1.64% | 0 | 0 | 298,546 |
| 50 | 50 | ("Disney+" OR "D+" OR "Disney Plus") AND (impair* OR "write off" OR "write-off" OR "wrote off") | September 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 13,466 | 0.99% | 29,314 | 2.16% | 264 | 1,068 | 1,359,499 |
| 51 | 51 | ((("Disney+" OR "D+" OR "Disney Plus") AND ((sub OR subs OR subscriber*) OR finan* OR cost*)) OR ("Chapek" OR BC OR KD OR (Kareem AND ("Daniel" OR "Dan")) AND (lead* OR "tone" OR "style" OR perform* OR "decision-making")) | January 1, 2020 to August 31, 2023 | Forensic Investigations Team Rocket D3 Files, Management Audit Group Drive | 4,868 | 5.24% | 26,682 | 28.73% | 0 | 919 | 92,861 |

7

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ~~1~~ | ~~(sub OR subs OR subscriber* OR (("Disney+" OR D+ OR "Disney Plus") AND (member* OR account* OR user*))) w/5 (target* OR goal* OR guid* OR objective* OR plan* OR forecast* OR project* OR number* OR grow* OR low* OR decreas*)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 2 | 1 | (sub OR subs OR subscriber*) w/5 (trajector* OR "on track" OR "off track" OR behind OR gap* OR variance* OR trend*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 39,894 | 0.73% | 105,977 | 1.93% | 1,700 | 14,825 | 5,499,096 |
| 3 | ~~1~~ | ~~("Disney+" OR D+ OR "Disney Plus" ) w/15 (target* OR goal* OR guid* OR objective* OR milestone* OR forecast* OR projection OR projecting OR projected)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 4 | 1 | 230M OR "260M" OR "230MM" OR "260MM" OR "230- 260" OR "230 to 260" OR ((230 OR 260) w/3 mil*) OR "215M" OR 245M OR "215 MM" OR "245MM" OR "215-245" OR "215-245" OR "215 to 245" | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 29,785 | 0.54% | 79,112 | 1.44% | 3,253 | 9,703 | 5,499,096 |
| 5 | 2 | ("Disney+" OR D+ OR "Disney Plus" ) w/5 (trajector* OR "on track" OR "off track" OR behind OR gap* OR variance* OR trend*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 25,417 | 0.46% | 78,551 | 1.43% | 1,226 | 5,631 | 5,499,096 |
| 6 | ~~2~~ | ~~("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/25 (profit* OR loss* OR ARPU OR unprofitab* OR income OR "break- even" OR "break* even" OR RPU)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 7 | 2 | peak* w/5 loss* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 7,920 | 0.14% | 27,071 | 0.49% | 55 | 478 | 5,499,096 |
| 8 | ~~3~~ | ~~("Disney+" OR D+ OR "Disney Plus") w/15 (KPI* OR metric* OR dashboard* OR scorecard*)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 9 | ~~3~~ | ~~("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber* OR member* OR account* OR user*) w/10 (LRP OR "long-range" OR "long range" OR "five year" OR "five- year" OR "5 yr" OR "5 year" OR "five-year")~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 10 | ~~5~~ | ~~"DMED"~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~PARENT EMAILS ONLY~~<br>~~All custodians~~ | NA | NA | NA | NA | NA | NA | NA |
| 11 | 6 | (Daniel* OR Kareem* OR KD) w/25 (appoint* OR hire* OR hiring OR lead* OR head* OR chair* OR role* OR restructur* OR qualif* OR unqualif* OR experience* OR poor* OR insufficient* OR inadequate* OR popular OR unpopular) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 92,543 | 1.68% | 140,920 | 2.56% | 33,886 | 78,088 | 5,499,096 |

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 7 | Churn* | January 1, 2020 - August 31, 2023 | Chapek, Iger, Daniel, McCarthy | 8,527 | 0.96% | 14,603 | 1.64% | 795 | 2,027 | 890,594 |
| 13 | 7 | ("Disney+" OR D+ OR "Disney Plus") w/30 (sub OR subs OR subscriber*) w/30 (attrit* OR cancel* OR retention OR retain* OR cohort* OR acqui* OR engag* OR "active user*" OR "low quality" OR inorganic OR organic OR funnel) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 63,940 | 1.16% | 175,743 | 3.20% | 724 | 2,976 | 5,499,096 |
| 14 | 7 | (leak* or hole*) w/5 bucket | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 186 | 0.00% | 298 | 0.01% | 0 | 0 | 5,499,096 |
| 15 | 8 | (intersegment OR markup*) w/25 ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 6,977 | 0.13% | 17,287 | 0.31% | 266 | 966 | 5,499,096 |
| 16 | 8 | ((cost* OR expens* OR budget*) w/10 (allocat* OR shift* OR reclass* OR move* OR moving)) AND ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 76,753 | 1.40% | 182,372 | 3.32% | 2,734 | 17,301 | 5,499,096 |
| 17 | 9 | ("Disney+" OR D+ OR "Disney Plus") w/15 content w/15 (cost* OR amortiz* OR capitaliz* OR expens* OR spend* OR spent OR overspend* OR overspent* OR budget* OR impair* OR "writ* off*" OR "write-off*" OR "p&l") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 41,534 | 0.76% | 125,491 | 2.28% | 576 | 4,389 | 5,499,096 |
| 18 | 11 | ("Disney+" OR D+ OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer") w/25 (profit* OR loss* OR unprofitab* OR "operating income" OR "break-even" OR "break* even") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 126,821 | 2.31% | 265,476 | 4.83% | 5,139 | 27,265 | 5,499,096 |
| 19 | 12 | (sub OR subs OR subscriber* OR "Disney+" OR D+ OR "Disney Plus") w/20 (entitl* OR activat* OR promo* OR trial* OR conversion* OR convert* OR downgrad* OR upgrad* OR free OR discount*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 226,620 | 4.12% | 441,201 | 8.02% | 19,632 | 78,694 | 5,499,096 |
| ~~20~~ | ~~12~~ | ~~("Disney+" OR D+ OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR T-Mobile OR (("third-party" OR "third party") w/5 (partner* OR promotion*)) OR (Hulu w/5 bundl*))~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| ~~21~~ | ~~13~~ | ~~("Disney+" OR "D+" OR "Disney Plus") w/10 (Hulu* w/2 Live)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |

9

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 14 | (("Disney+" OR D+ OR "Disney Plus") AND (market* OR territory* or countr* OR region* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific)) w/25 (sub* OR launch* OR expand* OR "too fast" OR withdr* OR enter* OR entry* OR exit OR entrance OR "roll* out" OR rollout OR underperform*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | NA | NA | NA | NA | NA | NA | NA |
| 23 | 14 | ("Disney+" OR D+ OR "Disney Plus") AND (market* OR territory* or countr* OR region* OR launch* OR expand* OR international OR foreign OR world OR global* OR local OR Europe OR "Middle East" OR Africa OR "South America" OR "Latin America" OR "Central America" OR Asia* OR China OR Japan OR Caribbean OR Pacific) AND (profit* OR loss* OR margin* OR ARPU OR unprofitab* OR income OR "break- even" OR "break* even" OR RPU) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | NA | NA | NA | NA | NA | NA | NA |
| 24 | 16 | (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR underperform* OR perform* OR view* OR cohort* OR engage* OR "active user*" OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Streaming custodians only | NA | NA | NA | NA | NA | NA | NA |
| 25 | 16 | (show* OR movie* OR program* OR title* OR content OR series OR feature) w/25 (remov* OR cancel* OR replac* OR cut* OR track* OR monitor* or impair* OR quality* OR "write- off" OR "one-time" charge OR (save w/5 (cost* OR expense))) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | NA | NA | NA | NA | NA | NA | NA |
| 26 | 16 | ("Disney+" OR D+ OR "Disney Plus") AND (show* OR releas* OR movie* OR program* OR title* OR debut* OR premier* OR launch* OR content OR series OR feature*) AND (churn* OR *perform* OR view* OR cohort* OR engage* OR "active user*" OR drove or download* OR signup* OR sign-up*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Mucha, Schake | NA | NA | NA | NA | NA | NA | NA |
| 27 | 19 | SEC OR (Securities w/3 Exchange) OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K OR SOX OR Sarbanes | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | NA | NA | NA | NA | NA | NA | NA |

10

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 19 | (cert OR certs OR certif*) w/10 (sub OR 302 OR revenue) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Investor Relations Shared Drives; IR Insights | 332 | 0.02% | 833 | 0.04% | 72 | 169 | 1,907,554 |
| 29 | 20 | (earning* OR investor* OR analyst* ) w/15 ("talking point*" OR script* OR "Q&A" OR bullets OR "bullet points" OR prep* OR deck* OR rehears* OR mock OR call* OR question* OR slide* OR present* OR meet* OR discuss* OR "hot topic*" OR concern* OR narrative* OR comment OR draft* OR answer*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer; Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Investor Relations Shared Drives; IR Insights | 193,552 | 10.15% | 236,695 | 12.41% | 72,474 | 130,953 | 1,907,554 |
| 30 | 20 | ("Disney+" OR D+ OR "Disney Plus") | January 1, 2020 - August 31, 2023 | IR Personnel, Investor Relations – Shared Drives, Boardvantage, and IR Insights | 109,172 | 11.68% | 131,790 | 14.09% | 15,391 | 46,150 | 935,070 |
| 31 | 22 | ("Disney+" OR D+ OR "Disney Plus") w/25 (board* OR BOD) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 14,531 | 0.26% | 34,479 | 0.63% | 1,242 | 4,495 | 5,499,096 |
| 32 | ~~22~~ | ~~((board OR BOD OR "audit committee*") w/10 (present* OR powerpoint* OR ppt OR "power point*" OR analysis OR slid* OR book* OR deck* OR agenda* OR minutes OR "pre-read" OR material* OR meet* OR packag*))~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~Streaming custodians only~~ | NA | NA | NA | NA | NA | NA | NA |
| 33 | 23 | (Chapek OR Bob OR BC) w/20 (contract OR renew* OR support* OR confiden* OR terminat* OR underperform* OR perform* OR fail* OR disappoint* OR agreement* OR employ* OR exten* OR unanim* OR consensus OR compens* OR replac* OR oppos* OR dissen* OR (step* w/3 down) OR vot*) | January 1, 2022 - December 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom, Zenia Mucha, Patrick Garrison, Horacio Gutierrez, Paull, Schake, Negre, Connolly, Bowen, Campbell | 14,087 | 2.33% | 19,887 | 3.30% | 4,209 | 10,093 | 603,476 |
| 34 | 23 | contract AND (renew* OR renegotiat* OR negotiat* OR exten* OR modif* OR chang* OR worr* OR stress* OR (check* w/3 in) OR updat* OR status OR nervous OR concern* OR Arnold OR Susan OR Board* OR BOD OR comp OR comps OR compensat*) | January 1, 2020 - August 31, 2023 | Chapek only | 4,184 | 2.60% | 7,336 | 4.55% | 672 | 3,366 | 161,200 |
| 35 | 23 | Contract* AND term* | January 1, 2020 - August 31, 2023 | Chapek only | 3,577 | 2.22% | 6,937 | 4.30% | 196 | 2,322 | 161,200 |

11

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 23 | (Chapek OR Bob OR BC) w/20 (fire* OR firing) | Dec. 1, 2020 – Dec. 1, 2022 | Boardvantage and Iger, McCarthy, Bergman, Daniel, Walden, Bochner, Claire Lee, Arnold, Barra, Parker, Lagomasino, Richardson, Lindbom, Zenia Mucha, Patrick Garrison, Horacio Gutierrez, Paull, Schake, Negre, Connolly, Bowen, Campbell | 2,471 | 0.18% | 3,680 | 0.27% | 708 | 2,227 | 1,346,371 |
| 37 | 24 | (Kareem OR KD OR Daniel* OR Chapek OR Bob OR BC) w/20 ("mean girl*" OR Eeyore* OR toxic* OR dictator* OR unreasonabl* OR aggressiv* OR "iron fist*" OR axe OR unqualif* OR highway OR tone OR disregard* OR ignor* OR brutal* OR quit* OR incompeten* OR tyrant OR experience* OR inexperience* OR autocrat* OR oblivious* OR blind* OR reckless* OR careless* OR pressur*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 41,979 | 0.76% | 68,764 | 1.25% | 9,322 | 30,267 | 5,499,096 |
| 38 | 27 | Compens* OR comp OR salar* OR severance OR "perform* based" OR "performance based" OR stock* OR "RSU*" OR "PBU*" OR KPI* OR claw* OR vest* OR "key performance" OR defer* OR pension OR "key strategic goal*" OR parachute* OR perk* OR bonus* OR incentiv* OR equit* OR inequit* OR variab* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 137,502 | 15.44% | 168,045 | 18.87% | 68,337 | 124,473 | 890,594 |
| 39 | 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR BC OR KD OR CMM OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO) w/25 (compensat* OR pay* OR salar* OR severance OR perform* OR "RSU*" OR "PBU*" OR KPI*) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 2,370 | 0.39% | 3,514 | 0.58% | 789 | 2,422 | 604,539 |
| 40 | 27 | (Chapek* OR Bob* OR Christine* OR McCarthy* OR Kareem* OR Daniel* OR Iger* OR Robert* OR CEO OR CFO OR BC OR KD OR CMM) w/25 (stock* OR share* OR bonus* OR award* OR incentiv* OR option OR options) | January 1, 2020 - August 31, 2023 | Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom | 5,475 | 0.91% | 7,744 | 1.28% | 2,757 | 5,217 | 604,539 |
| 41 | 28 | (Award* OR trade* OR trading OR vest* OR transact* OR purchas* OR bought OR buy* OR sell* OR sold OR hold* OR held OR execut*) w/10 (polic* OR stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR insider* OR adopt* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 42 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trade* OR trading OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 creat* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |

12

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 28 | Plan* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 44 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 start* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 45 | 28 | Sale* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 46 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 (option OR options OR optioned) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 47 | 28 | (Plan* w/10 (chang* OR terminat* OR cancel* OR outside)) AND (stock* OR share* OR sell* OR sale* OR trade* OR trading* OR option*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 48 | 28 | Buy* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 49 | 28 | Sell* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 50 | 28 | (Plan* OR exercis* OR award* OR sale* OR sell* OR trad* OR vest* OR transact* OR purchas* OR buy* OR bought OR sold OR hold* OR held OR execut*) w/10 establish* | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 51 | 28 | Exercis* w/10 (stock* OR share* OR renew* OR modif* OR cancel* OR updat* OR "RSU*" OR "PBU*" OR option OR options OR optioned OR insider* OR adopt* OR creat* OR establish* OR start* OR broker*) | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | NA | NA | NA | NA | NA | NA | NA |
| 52 | 28 | "10b5*1" OR "trading plan*" | January 1, 2020 - August 31, 2023 | Chapek, Daniel, McCarthy, and Iger | 178 | 0.02% | 270 | 0.03% | 64 | 83 | 890,594 |

13

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | ~~29~~ | ~~(Chapek* OR Bob* OR Robert* OR Daniel* OR Kareem* OR Karim* OR Christine* OR McCarthy* OR Arthur* OR Bochner*) w/20 (fire* OR firing OR terminat* OR leav* OR canned OR dismiss* OR resign* OR sacked OR sack OR retir* OR "step* down" OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*)~~ | ~~Oct. 1, 2022 – May 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 54 | 29 | "separation agreement" OR retir* OR resign* OR severance OR terminat* OR "step* down" OR "for cause" OR "without cause" | Oct. 1, 2022 – May 31, 2023 | Chapek, Daniel, McCarthy, Iger, and Bochner, Susan Arnold, Mary Barra, Mark Parker, Maria Lagomasino, Zenia Mucha, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, Alan Bergman, Dana Walden, David Lindbom, Paul Richardson, Paull, Schake, Negre, Connoly, Bowen, Campbell | 23,102 | 5.36% | 29,975 | 6.95% | 7,392 | 17,023 | 431,264 |
| 55 | ~~30~~ | ~~(Iger* OR Bob*) w/25 (*hir* OR return* OR CEO OR "Chief Executive Officer" OR replac* OR "come back" OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR walk* OR meet* OR met OR talk* OR discuss* OR reinstat* OR call* OR Board* OR plan*)~~ | ~~Sept. 1, 2022 – Nov. 22, 2022~~ | ~~McCarthy, Iger, Walden, Bergman, Gutierrez, Arnold, Parker, Barra, Lagomasino, Richardson, Lindbom Boardvantage~~ | NA | NA | NA | NA | NA | NA | NA |
| 56 | 31 | (("Disney+" OR D+ OR "Disney Plus" OR DTC OR sub OR subs OR subscriber*) w/15 (dashboard* OR data OR Snowflake OR Databricks OR Tableau OR "Looker Studio")) w/15 (access* OR restrict* OR grant* OR lock* OR "R internal*" OR live* OR "real-time" OR "real time" OR polic* OR procedur* OR "cut* off" OR "cut off" OR "reports@analytics.disneystreaming.com" OR "DEET.Tableau.-.Do.Not.Reply@disney.com" OR "Tableau- donotreply@disneystreaming.com") | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 29,406 | 0.53% | 54,537 | 0.99% | 2,355 | 7,910 | 5,499,096 |
| 57 | 32 | (Board* OR "BOD" OR Florida OR "New York" OR "NYC" OR Manhattan OR Orlando OR retreat* OR strateg*) w/20 (meet* OR met OR present* OR preliminar* OR executiv* OR deck* OR earn* OR miss* OR consensus OR market* OR Street* OR investor* OR shareholder* OR blam* OR surpris*) | Sept. 1, 2022 – Dec. 31, 2022 | Chapek, Iger, McCarthy, Daniel; Arnold; Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer, ;Zenia Mucha, Claire Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, Alan Bergman, Dana Walden, Paul Richardson; All non-custodial collections | 22,042 | 13.22% | 28,979 | 17.38% | 6,352 | 15,258 | 166,725 |

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 32 | ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR "fiscal year*") w/20 (call* OR result* OR releas* OR loss* OR present* OR meet* OR met OR earn* OR financ* OR miss* OR consensus OR short OR below OR market OR markets OR Street* OR investor* OR shareholder* OR "executive session*") | Sept. 1, 2022 – Dec. 31, 2022 | All custodians; All non-custodial collections | 39,816 | 10.08% | 63,344 | 16.04% | 10,839 | 23,894 | 394,979 |
| 59 | 33 | (DMED* OR "Disney Media and Entertainment Distribution" OR "Disney Media & Entertainment Distribution") w/10 (restructur* OR reorg*) | January 1, 2020 - August 31, 2023 | PARENT EMAILS ONLY<br><br>All custodians | 2,127 | 0.05% | 2,127 | 0.05% | 480 | 1,358 | 4,622,041 |
| 60 | 34 | (("Disney+" OR D+ OR "Disney Plus" DTC OR "direct to consumer" OR "direct-to-consumer") w/15 (cut* OR decreas* OR lower* OR reduc* OR minimiz* OR eliminat* OR "writ* off" OR write*off OR rationaliz* OR reset* OR releas*)) w/15 (cost* OR expens*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 20,968 | 0.38% | 63,557 | 1.16% | 131 | 1,879 | 5,499,096 |
| 61 | ~~35~~ | ~~(stock* OR shares OR "share price" OR DIS OR securit*) w/10 (mov* OR declin* OR increas* OR chang* OR up OR down* OR fall* OR plummet* OR shoot* OR price* OR cap OR capital OR volume OR fell OR fall* OR decreas* OR drop* OR reduc* OR weak* OR soft* OR impact* OR low* OR target* OR goal* OR consensus OR rais* OR ris* OR drive* OR loss* OR lose* OR caus* OR upgrad* OR downgrad* OR shot)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage~~ | NA | NA | NA | NA | NA | NA | NA |
| 62 | 35 | (market* OR analyst* OR Street* OR investor* OR shareholder*) w/10 (react* OR disappoint* OR messag* OR surpris* OR concern* OR worr* OR shock* OR downgrad* OR lower* OR rating* OR reduc* OR fail* OR critic* OR miss*) | January 1, 2020 - August 31, 2023 | Chapek, McCarthy, Daniel, Iger, Walden, Bergman, Arnold, Parker, Barra, Lagomasino, IR Personnel, Bochner, Claire Lee, Castellani, Garrison, Connolly, Woodford, Gutierrez, Richardson. Boardvantage | 122,333 | 4.74% | 178,491 | 6.91% | 27,939 | 78,538 | 2,582,656 |
| 63 | ~~38~~ | ~~("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/20 ("fourth quarter*" OR "Q4*" OR "4Q*" OR "FY*" OR quarter* OR trend* OR "fiscal year*" OR result* OR loss* OR miss* OR consensus OR short* OR below OR target* OR slow* OR track* OR pace OR pacing OR walk* OR flash OR driv* OR gain* OR drove OR low* OR below OR disclos* OR goal* OR number* OR weak* OR "on track")~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 64 | 38 | ("Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber*) w/10 (hit* OR grow* OR expect*) | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 205,343 | 3.73% | 390,952 | 7.11% | 7,297 | 55,886 | 5,499,096 |

## Plaintiffs' Terms

| Row No. | RFP No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | ~~39~~ | ~~("Disney+" OR D+ OR "Disney Plus" OR DIS+ OR Disneyplus OR DTC OR "direct to consumer" OR "direct-to-consumer" OR stream*) w/20 (peak* OR loss* OR fiscal OR expect* OR forecast* OR losing OR lose OR loss*)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~All custodians; All non-custodial collections~~ | NA | NA | NA | NA | NA | NA | NA |
| 66 | 41 | Impair* w/3 charg* | January 1, 2020 - August 31, 2023 | All custodians; All non-custodial collections | 15,707 | 0.29% | 35,709 | 0.65% | 1,876 | 4,712 | 5,499,096 |
| 67 | ~~42~~ | ~~(polic* OR guideline* OR code* OR procedure* OR rule* OR regulat* OR requir* OR reg) w/15 (disclos* OR conduct* OR trading OR trade* OR media OR invest* OR insider*)~~ | ~~January 1, 2020 - August 31, 2023~~ | ~~Chapek, Daniel, McCarthy, Iger, IR Personnel, Gutierrez, Lindbom, Parker, Arnold, Barra, Lagomasino, Richardson. Boardvantage~~ | NA | NA | NA | NA | NA | NA | NA |
| 68 | 51 | "Disney+" OR D+ OR "Disney Plus" OR sub OR subs OR subscriber* OR Chapek* OR Kareem* OR McCarthy* OR Iger* OR KD OR BC OR CMM | January 1, 2020 - August 31, 2023 | Forensic Files | 20,801 | 22.40% | 65,872 | 70.94% | 3,917 | 21,524 | 92,861 |