ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>                 Defendants. | Case No. 2:23-cv-03661-CBM (ASx)<br><br>CLASS ACTION<br><br>DECLARATION OF JESSICA T. SHINNEFIELD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL CUSTODIANS AND SEARCH TERMS<br><br>Date:   January 6, 2026<br>Time:  10:00 a.m.<br>Ctrm.:  540, 5th Floor<br>Judge:  Honorable Alka Sagar<br><br>Discovery Cutoff:  August 21, 2026<br>Pretrial Conference: July 14, 2027<br>Trial: August 17, 2027 |

4910-5667-6484.v1

I, Jessica T. Shinnefield, declare as follows:

1.    I am an attorney duly licensed to practice before this Court and all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot (collectively, "Plaintiffs").

2.    I make this declaration in support of Plaintiffs' Supplemental Memorandum of Law in Response to Joint Stipulation Regarding Plaintiffs' Motion to Compel Custodians and Search Terms.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

3.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Declaration of Jerry Bui in Rebuttal to the Declaration of Andrew Johnston, dated December 19, 2025;

Exhibit 2:    December 8, 2025 letter from Jessica T. Shinnefield to Stacy Nettleton with Appendices A and B;

Exhibit 3:    December 22, 2025 letter from Jessica T. Shinnefield to Stacy Nettleton with Appendices A and B; and

Exhibit 4:    Appendix A to Defendants' December 16, 2025 Letter to Plaintiffs: "Defendant Terms."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2025, at San Diego, California.

s/ Jessica T. Shinnefield
JESSICA T. SHINNEFIELD

- 1 -

4910-5667-6484.v1