# EXHIBIT 4

Exhibit 4
Page 86

# Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ("Disney+ subscriber" OR "D+" OR "Disney+" OR "Disney Plus" OR (sub or subs or subscriber*)) AND (projection* OR projected OR projecting OR target* OR forecast* OR goal* OR hit* OR number* OR guid* OR objective*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 650,055 | 11.82% | 1,021,592 | 18.58% | 125,185 | 323,670 | 5,499,096 |
| 2 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct to consumer" OR "direct-to-consumer") AND (profit* OR unprofitab*) AND (projection OR projected OR projecting OR target* OR forecast* OR goal* OR hit* OR number* OR guid* OR objective*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 96,462 | 1.75% | 210,914 | 3.84% | 293 | 14,027 | 5,499,096 |
| 3 | (("Disney+" or "D+" OR "Disney Plus") W/25 (sub OR subs OR subscriber*)) AND (grow* OR metric* or goal* OR hit* OR number*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 191,311 | 3.48% | 376,212 | 6.84% | 489 | 1,717 | 5,499,096 |
| 4 | (("Disney+" OR "D+" OR "Disney Plus") AND (sub OR subs OR subscriber*) AND (quality OR leak* OR "ARPU")) OR ((leak* or hole*) w/5 bucket) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 112,816 | 2.05% | 258,586 | 4.70% | 1,285 | 1,382 | 5,499,096 |
| 5 | ("Disney+" OR "D+" or "Disney Plus") AND ("five-year plan" OR "five year plan" OR FYP OR 5YP OR "long range plan" OR "long-range plan" OR LRP OR "5 year plan" OR "5-year plan") | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 84,208 | 1.53% | 185,263 | 3.37% | 5,370 | 176 | 5,499,096 |
| 6 | Disney Media and Entertainment Distribution OR "DMED" OR reorg* OR "intersegment transfer" | September 1, 2020 to March 1, 2021 | All custodians All non-custodial collections | 45,816 | 4.90% | 62,667 | 6.70% | 16,552 | 25,158 | 935,304 |

Exhibit 4
Page 87

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | (Daniel or Kareem or KD) W/25 (appoint* OR hir* OR employ* OR term* OR condition* OR qualif* OR unqualif* or experience* OR inexperience* OR lead* OR head* OR chair*) | September 1, 2020 to December 31, 2020 | All custodians All non-custodial collections | 10,568 | 1.64% | 16,855 | 2.62% | 369 | 7,564 | 642,841 |
| 8 | ("Disney+" OR "D+" OR "Disney Plus") AND churn* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 95,027 | 1.73% | 216,342 | 3.93% | 2,220 | 3,715 | 5,499,096 |
| 9 | ("Disney+" OR "D+" OR "Disney Plus" OR "DTC" OR "direct-to-consumer") AND (distribut* OR release* OR content) AND ((linear OR cable OR network OR window*) OR theater OR (pay*per*view)) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 282,948 | 5.15% | 529,177 | 9.62% | 21,495 | 53,542 | 5,499,096 |
| 10 | ("Disney+" OR "D+" OR "Disney Plus") AND window* AND (45 OR 90 OR (forty w/1 five) OR ninety) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 61,636 | 1.12% | 161,472 | 2.94% | 335 | 464 | 5,499,096 |

Exhibit 4
Page 88

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ("Disney+" OR "D+" OR "Disney Plus") AND (content W/25 allocat* W/25 cost) AND distrib* | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick Garrison, Arthur | 4,674 | 0.12% | 15,489 | 0.41% | 0 | 12 | 3,817,867 |

Exhibit 4
Page 89

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ("Disney+" OR "D+" OR "Disney Plus") AND content AND (cost* OR budget OR expens*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Kareem Daniel, Robert Iger, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Jennifer Kettnich, Lewerke, Pang | 75,219 | 2.40% | 102,299 | 3.27% | 1,246 | 3,824 | 3,127,948 |

Exhibit 4
Page 90

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ("Disney+" OR "D+" OR "Disney Plus") AND (content W/5 cost) AND (account* OR amortiz* OR allocat*) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Kareem Daniel, Robert Iger, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick Garrison, | 17,270 | 0.45% | 54,742 | 1.43% | 4 | 84 | 3,817,867 |

Exhibit 4
Page 91

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ("Disney+" OR "D+" OR "Disney Plus" OR "DTC" or "direct-to-consumer" OR "direct to consumer") AND (operat* W/5 (loss* OR income)) | January 1, 2020 to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristin e Schake, Alexia Quadrani, Lowell Singer, Jennifer Kettnich, Robert Chapek, Justin Connolly, James Zasowski, Claire Lee, Nancy Lee, Patrick | 55,517 | 1.45% | 122,787 | 3.22% | 430 | 6,393 | 3,817,867 |
| 15 | "intersegment transfer pricing" | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 566 | 0.01% | 1,488 | 0.03% | 6 | 18 | 5,499,096 |

Exhibit 4
Page 92

# Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND ((recognize* W/5 subscription W/5 revenue) OR (third W/5 party W/5 partner)) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell, Robert Chapek, Christine McCarthy, Robert Iger, Kambic, Reiman, Chin, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner | 2,422 | 0.11% | 8,363 | 0.37% | 5 | 67 | 2,276,598 |
| 17 | ("Disney+" OR "D+" OR "Disney Plus") AND (Verizon OR Amazon OR "American Express" OR AMEX OR "T-Mobile") AND ((sub OR subs OR subscriber*) OR entitl* OR third* OR partner* OR promotion*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell, Robert Chapek, Christine McCarthy, Robert Iger, Kambic, Reiman, Chin, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner | 62,264 | 2.73% | 124,045 | 5.45% | 1597 | 2,319 | 2,276,598 |

Exhibit 4
Page 93

Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | ("Disney+" OR "D+" OR "Disney Plus") AND (sub OR subs OR subscriber*) AND (third* OR partner* OR promotion*) | January 1, 2020 to August 31, 2023 | James Zazowski, Justin Connolly, Kareem Daniel, Justin Warbrooke, Rebecca Campbell, Robert Chapek, Christine McCarthy, Robert Iger, Kambic, Reiman, Chin, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner | 93,518 | 4.11% | 172,744 | 7.59% | 544 | 2,441 | 2,276,598 |
| 19 | ("Disney+" OR "D+" OR "Disney Plus") AND ("Hulu*" W/3 Live) AND (sub OR subs OR subscriber*) | July 1, 2021, to December 31, 2022 | All custodians All non-custodial collections | 27,072 | 1.39% | 60,586 | 3.11% | 215 | 95 | 1,946,677 |

Exhibit 4
Page 94

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND (profit* OR cost* OR expens* OR unprofitab* OR underperform* OR loss* or ARPU) AND (international OR market OR markets OR territor* OR countr* OR region* OR global OR local) | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer, Robert Chapek, Kareem Daniel, Robert Iger, Rebecca Campbell, | 218,042 | 5.89% | 405,308 | 10.95% | 8481 | 51,367 | 3,700,530 |

Exhibit 4
Page 95

Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer" OR "Hotstar") AND ((international OR market OR markets OR territor* or countr* OR region* OR foreign OR world OR global OR local) w/25 (launch* OR expan* "roll* out" OR rollout)) | January 1, 2021, to August 31, 2023 | Rojeh Avanesian, Richard Brookbanks, Bryan Castellani, Patrick Garrison, Jeffrey Grenn, David Haskett, Vadna Krantz, Christine McCarthy, Denise Morgan, Justin Petrosini, Stefan Rasch, Justin Warbrooke, Daniel Wiegand, Brent Woodford, Kristine Schake, Alexia Quadrani, Lowell Singer. Robert Chapek, Kareem Daniel, Robert Iger, Rebecca Campbell, | 110,126 | 2.98% | 229,879 | 6.21% | 4701 | 23,358 | 3,700,530 |
| 22 | ("Disney+" OR "D+" OR "Disney Plus") AND content AND (sub OR subs OR subscriber*) AND perform* | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 126,260 | 2.30% | 302,858 | 5.51% | 339 | 500 | 5,499,096 |
| 23 | ("Disney+" OR "D+" OR "Disney Plus") AND (content AND (sub OR subs OR subscriber*) AND (delay* OR remov*)) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 88,837 | 1.62% | 223,240 | 4.06% | 221 | 2,553 | 5,499,096 |

Exhibit 4
Page 96

# Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer" OR "DMED" OR ("Iger" w/10 ("CEO" or rehir*)) OR (Chapek w/10 fir*)) AND ("SEC" OR "Securities and Exchange" OR 10K OR "10-K" OR 10Q OR "10-Q" OR "8-K" OR 8K) | January 1, 2020 to August 31, 2023 | Veda Kong, Nathan Harris, Kareem Daniel, Robert Iger, Robert Chapek, Christine McCarthy  *These search terms will be run only in the custodians' parent | 7,271 | 0.77% | 9,300 | 0.98% | 1392 | 25 | 947,166 |
| 25 | earn* AND call AND quarter* | January 1, 2020 to August 31, 2023 | Robert Chapek, Robert Iger, Kareem Daniel, Christine McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer, Zenia Mucha, | 43,743 | 2.15% | 64,747 | 3.19% | 777 | 1,522 | 2,029,975 |
| 26 | (earn* W/25 call) AND ((script* OR note* OR comment* OR prep*) OR (question* W/10 answer*) OR ("Q&A" OR "talking points" OR "talking point")) AND quarter* | January 1, 2020 to August 31, 2023 | Robert Chapek, Robert Iger, Kareem Daniel, Christine McCarthy, Kristine Schake, Jennifer Kettnich, Alexia Quadrani, Lowell Singer, Zenia Mucha, | 20,347 | 1.00% | 32,258 | 1.59% | 0 | 655 | 2,029,975 |

Exhibit 4
Page 97

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ("Disney+" OR "D+" OR "Disney Plus" OR "DTC") AND ("board" OR BOD) AND meet* | January 1, 2020 to August 31, 2023 | Chapek, Iger, McCarthy, Daniel, Jolene Negre, Susan Arnold, Mary Barra, Mark Parker, Maria Lagomasino, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, | 15,753 | 1.29% | 30,027 | 2.45% | 849 | 2,469 | 1,225,709 |
| 28 | contract AND renew* | January 1, 2022, to September 30, 2022 | Chapek, Negre, Arnold, McCarthy, Iger, Daniel, Mary Barra, Mark Parker, Maria Lagomasino, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, | 2,477 | 0.89% | 6,057 | 2.18% | 225 | 259 | 277,773 |
| 29 | (sub OR subs OR subscriber*) AND perform* AND (bonus* OR equity OR salar* OR compens*) | January 1, 2020 to August 31, 2023 | McCarthy, Iger, Arnold, Mary Barra, Mark Parker, Maria Lagomasino | 6,864 | 0.77% | 12,798 | 1.43% | 6 | 462 | 893,195 |
| 30 | (securit* OR stock* OR option* OR RSU* OR PBU*) AND (award* OR exercis* OR purchas* OR sale* OR sell OR buy OR bought OR vest* OR execut* OR trade* or trading or plan*) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Iger All non-custodial collections | 111,981 | 11.09% | 179,896 | 17.82% | 28,390 | 81,498 | 1,009,748 |

Exhibit 4
Page 98

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | (depart* OR resign* OR terminat* OR fire* OR firing OR sacked OR sack OR retir* OR "step* down" OR oust* OR "let* go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot) AND (Chapek OR McCarthy OR Daniel OR Bochner OR Bob OR Kareem OR Christine OR Arthur OR BC OR KD OR CMM) | October 1, 2022, to August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Bochner, Arnold, , Mary Barra, Mark Parker, Maria Lagomasino, Zenia Mucha, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, Alan Bergman, Dana Walden, David Lindbom, Paul | 37,784 | 5.17% | 49,663 | 6.79% | 10731 | 21,165 | 731,283 |
| 32 | (Iger* OR Bob*) w/25 ("CEO" OR "Chief Executive Officer" OR "hire" OR "rehire" OR hiring OR rehiring OR "come back" OR replac* OR "coming back" OR "came back" OR join* OR rejoin* OR appoint* OR reinstat*) | September 1, 2022 to Nov. 22, 2022 | McCarthy, Iger, Arnold, Daniel, Chapek, Mary Barra, Mark Parker, Maria Lagomasino, Zenia Mucha, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner, Horacio Gutierrez, Alan Bergman, Dana Walden, David Lindbom, Paul Richardson, Paull, | 8,195 | 4.80% | 11,534 | 6.76% | 2749 | 3,710 | 170,703 |

Exhibit 4
Page 99

Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | (("fourth quarter") OR 4Q* OR (Q4*)) AND financ* | September 1, 2022, to January 31, 2023 | All custodians All non-custodial collections | 15,352 | 3.14% | 31,509 | 6.44% | 1,280 | 6,143 | 489,267 |
| 34 | DMED AND unwind* AND Iger | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 132 | 0.01% | 220 | 0.02% | 0 | 12 | 1,157,828 |
| 35 | (("Disney+" OR "D+" OR "Disney Plus") OR DMED) AND (earn* w/5 call) AND Iger AND (sub OR subs OR subscriber*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 2,326 | 0.20% | 3,636 | 0.31% | 0 | 8 | 1,157,828 |
| 36 | DMED AND (mistake* OR divid*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 5,063 | 0.44% | 13,189 | 1.14% | 181 | 300 | 1,157,828 |
| 37 | (cost* w/5 cut*) | November 20, 2022 to July 31, 2023 | Iger, McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart, Daniel, Kristine Schake, Alexia Quadrani, Lowell Singer, Claire Lee, Nancy Lee, Arthur Bochner, Alan Bergman, Dana Walden, Connolly, | 7,615 | 1.04% | 12,778 | 1.75% | 1,131 | 1,455 | 728,842 |

Exhibit 4
Page 100

## Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND (cost* w/5 cut*) AND (earn* w/5 call) AND Iger AND billion AND (sub OR subs OR subscriber*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 1,085 | 0.09% | 1,723 | 0.15% | 0 | 0 | 1,157,828 |
| 39 | ("Disney+" OR "D+" OR "Disney Plus" OR DTC OR "direct-to-consumer" OR "direct to consumer") AND (sub OR subs OR subscriber* OR (operat* w/ 3 loss*) OR result*) | November 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 95,734 | 8.27% | 158,752 | 13.71% | 4,273 | 395 | 1,157,828 |
| 40 | (stock* OR shares OR "share price") AND (mov* OR declin* OR increas* OR chang* OR up OR down OR fall* OR plummet* OR fell OR decreas* OR drop OR reduc* OR weak* OR soft* OR impact* OR low* OR high OR downgrad* OR upgrad* OR gain* OR loss* OR lose OR target* OR consensus) | January 1, 2020 to August 31, 2023 | Chapek, Daniel, McCarthy, Iger, Kettnich, Mucha, Negre, Quadrani, Schake, Singer, Claire Lee, Nancy Lee, Patrick Garrison, Arthur Bochner | 172,063 | 7.94% | 245,898 | 11.34% | 42,255 | 116,286 | 2,167,694 |
| 41 | ("Disney+" OR "D+" OR "Disney Plus") AND (stock OR shares OR "share price") AND (sub OR subs OR subscriber*) | January 1, 2020 to August 31, 2023 | All custodians All non-custodial collections | 57,499 | 1.05% | 111,335 | 2.02% | 128 | 1,746 | 5,499,096 |
| 42 | disclos* AND (stock OR shares OR "share price") AND (effect* OR impact* OR cause*) | November 1, 2021 to November 30, 2021 | All custodians All non-custodial collections | 1,492 | 1.30% | 2,976 | 2.60% | 128 | 196 | 114,595 |
| 43 | disclos* AND (stock OR shares OR "share price") AND (effect* OR impact* OR cause*) | November 1, 2022 to November 30, 2022 | All custodians All non-custodial collections | 1,365 | 1.17% | 2,636 | 2.26% | 61 | 280 | 116,574 |

Exhibit 4
Page 101

# Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | disclos* AND (stock OR shares OR "share price") AND (effect* OR impact* OR cause*) | April 17, 2022 to May 17, 2022 | All custodians All non-custodial collections | 1,267 | 1.04% | 2,569 | 2.11% | 120 | 135 | 121,694 |
| 45 | ("Disney+" OR "D+" OR "Disney Plus") AND (sub OR subs OR subscriber*) AND (grow* OR increas*) | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 14,746 | 4.41% | 28,086 | 8.39% | 45 | 474 | 334,699 |
| 46 | ("Disney+" OR "D+" OR "Disney Plus") AND (peak W/10 loss*) | October 1, 2021 to December 31, 2021 | All custodians All non-custodial collections | 647 | 0.19% | 1,497 | 0.45% | 0 | 27 | 334,699 |
| 47 | ("Disney+" OR "D+" OR "Disney Plus") AND ((FY OR fiscal) W/25 2021) AND ((FY OR fiscal) W/25 2022) | October 1, 2021 to December 31, 2021 | McCarthy, Warbrooke, Garrison, Petronsi, Castellani, Chapek, Harris, Kettnich, Kong, Morgan, Rasch, Wickart, Daniel, Iger, Singer, Claire Lee, Nancy Lee, Patrick Garrison, Arthur | 1,078 | 0.74% | 2,315 | 1.59% | 1 | 0 | 145,589 |
| 48 | (reports@analytics.disneystreaming.com OR DEET.Tableau.-.Do.Not.Reply@disney.com OR Tableau-donotreply@disneystreaming.com OR Tableaudontreply@disneystreaming.com OR tabsub_all_mmi@disneystreaming.com) AND ("Disney+" OR D+ OR "Disney Plus") | January 1, 2020 to August 31, 2023 | All custodians *These email address search terms will be run on the custodians' email domains only. | 41,015 | 3.95% | 43,260 | 4.16% | 23,899 | 1,739 | 1,039,309 |

Exhibit 4
Page 102

Appendix A to Defendants' Dec. 16, 2025 Letter to Plaintiffs: "Defendant Terms"

| Search Term No. | Search Term | Date Range | Review Universe | Total Hits | Hits as % of searchable documents | Total Hits, Including Families | Family Inclusive Hits as % of searchable documents | Unique Hits | Unique Hits Per Search Against Defendants' Current Search Proposal | Searchable Documents |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | (DTC OR "direct-to-consumer" OR "direct to consumer") AND (operat* W/25 loss*) | October 1, 2022 to December 31, 2022 | All custodians All non-custodial collections | 2,154 | 0.72% | 4,896 | 1.64% | 0 | 0 | 298,546 |
| 50 | ("Disney+" OR "D+" OR "Disney Plus") AND (impair* OR "write off" OR "write-off" OR "wrote off") | September 1, 2022 to August 31, 2023 | All custodians All non-custodial collections | 13,466 | 0.99% | 29,314 | 2.16% | 264 | 1,068 | 1,359,499 |
| 51 | (("Disney+" OR "D+" OR "Disney Plus") AND ((sub OR subs OR subscriber*) OR finan* OR cost*)) OR ("Chapek" OR BC OR KD OR (Kareem AND ("Daniel" OR "Dan"))) AND (lead* OR "tone" OR "style" OR perform* OR "decision-making")) | January 1, 2020 to August 31, 2023 | Forensic Investigations Team Rocket D3 Files, Management Audit Group Drive | 4,868 | 5.24% | 26,682 | 28.73% | 0 | 919 | 92,861 |

Exhibit 4
Page 103