UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

　　　　　　　　　　Plaintiff,

　　vs.

THE WALT DISNEY COMPANY, et al.,

　　　　　　　　　　Defendants.

Case No. 2:23-cv-03661-CBM (ASx)

CLASS ACTION

[~~PROPOSED~~] ORDER GRANTING PLANTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

4934-2768-5257.v1

Upon consideration of Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot's (collectively, "Plaintiffs") Application for Leave to File Under Seal (the "Application") and the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Reconsideration of Order Dated January 7, 2026 Granting in Part Plaintiffs' Motion to Compel Custodian and Search Terms (ECF 207) (the "Memorandum"), the Court makes the following findings:

1.    The Application is GRANTED; and

2.    Pursuant to Local Civil Rule 79-5.2.2(c), Plaintiffs shall file under seal the Memorandum.

IT IS SO ORDERED.

DATED:  January 28, 2026          _____/ s / Sagar_____
                                  THE HONORABLE ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE

- 1 -

4934-2768-5257.v1