ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
DARRYL J. ALVARADO (253213)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
dalvarado@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>                              Defendants. | Case No. 2:23-cv-03661-CBM (ASx)<br><br>CLASS ACTION<br><br>DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF THE REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DATED JANUARY 7, 2026 GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL CUSTODIAN AND SEARCH TERMS (ECF 207) **[REDACTED]**<br><br>Date:      February 19, 2026<br>Time:      10:00 a.m.<br>Ctrm:      540<br>Judge:     Hon. Alka Sagar |

4903-8129-0637.v1

I, Daniel S. Drosman, declare as follows:

1.      I am an attorney duly licensed to practice before this Court and all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot (collectively, "Plaintiffs").

2.      I make this declaration in support of the Reply in Further Support of Plaintiffs' Motion for Reconsideration of Order Dated January 7, 2026 Granting in Part Plaintiffs' Motion to Compel Custodian and Search Terms (ECF 207).  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

3.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Excerpts of ███████████████████████████ ███████████████████████████████████ (DISNEY272_000005119);

Exhibit 2:    ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ████████ (DISNEY272_000385513);

Exhibit 3:    ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████ (DISNEY272_000266447-DISNEY272_000266450);

- 1 -

4903-8129-0637.v1

- 2 -

Exhibit 4: ██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

(DISNEY272_000302807); and

Exhibit 5: ██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████ (DISNEY272_000322609-DISNEY272_000322610).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of February, 2026, at San Diego, California.

s/ Daniel S. Drosman
DANIEL S. DROSMAN

4903-8129-0637.v1