UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>              Defendants. | Case No. 2:23-cv-03661-CBM (ASx)<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL |

4914-0403-2141.v1

Upon consideration of Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot's (collectively, "Plaintiffs") Application for Leave to File Under Seal (the "Application") and Exhibits 1-5 (the "Exhibits") to the Declaration of Daniel S. Drosman in Support of the Reply in Further Support of Plaintiffs' Motion for Reconsideration of Order Dated January 7, 2026 Granting in Part Plaintiffs' Motion to Compel Custodian and Search Terms (ECF 207) (the "Drosman Declaration"), the Court makes the following findings:

1.    The Application is GRANTED; and

2.    Pursuant to Local Civil Rule 79-5.2.2(c), Plaintiffs shall file under seal: (1) the Exhibits (listed in the table below); (2) the Reply in Further Support of Plaintiffs' Motion for Reconsideration of Order Dated January 7, 2026 Granting in Part Plaintiffs' Motion to Compel Custodian and Search Terms (ECF 207); and (3) the Drosman Declaration.

| EXHIBIT | DOCUMENT DESCRIPTION | PORTION OF DOCUMENT UNDER SEAL |
|---|---|---|
| 1 | Internal Disney document | All |
| 2 | Internal Disney document | All |
| 3 | Internal Disney email | All |
| 4 | Internal Disney email | All |
| 5 | Internal Disney email | All |

IT IS SO ORDERED.

DATED: February 6, 2026

/ s / Sagar

THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

- 1 -

4914-0403-2141.v1