ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
DARRYL J. ALVARADO (253213)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
dalvarado@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE WALT DISNEY COMPANY, et al., <br><br> Defendants. | Case No. 2:23-cv-03661-CBM (ASx) <br><br> CLASS ACTION <br><br> DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION **[REDACTED]** |

4934-4354-4472.v1

I, DANIEL S. DROSMAN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund, and plaintiffs Local 272 Labor-Management Pension Fund and John Patrick Talbot (collectively, "Plaintiffs").

2.      I make this declaration in support of the Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

3.      Attached are true and correct copies of the following exhibits:

Exhibit 1:   Declaration of Joseph Samolewicz in Support of Plaintiffs' Motion for Class Certification;

Exhibit 2:   Declaration of Marc Goodman in Support of Plaintiffs' Motion for Class Certification;

Exhibit 3:   Expert Report of Matthew D. Cain, Ph.D.;

Exhibit 4:   Firm Resume of Robbins Geller Rudman & Dowd LLP;

Exhibit 5:   ███████████████████████████████████████ (DISNEY272_001092129-DISNEY272_001092130);

Exhibit 6:   ███████████████████████████ (DISNEY272_000578049-DISNEY272_000578059);

Exhibit 7:   ██████████████████████████████████████████████ (DISNEY272_001363884-DISNEY272_001363885);

---

[1] ███████████████████████████████████████████

Exhibit 8: ███████████████████████████████████
████████████████████████████████████████
████████████████████████ (DISNEY272_000768399-DISNEY272_000768400);

Exhibit 9: ███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████ (DISNEY272_000772295-DISNEY272_000772297);

Exhibit 10: ██████████████████████████████████
████████████████████████████████████████ (DISNEY272_000151740);

Exhibit 11: ██████████████████████████████████
████████████████████████████████████████
████████████████████████ (DISNEY272_000302497-DISNEY272_000302499);

Exhibit 12: ██████████████████████████████████
████████████████████████████████████████
██████ (DISNEY272_000789504-DISNEY272_000789506);

Exhibit 13: ██████████████████████████████████ (DISNEY272_000293901-DISNEY272_000293921);

Exhibit 14: ██████████████████████████████████
████████████████████████ (DISNEY272_000878294-DISNEY272_000878316);

Exhibit 15: ██████████████████████████████████
████████████████████████████████████████
████████████████ (DISNEY272_000415812);

Exhibit 16: ██████████████████████████████████
████████████████████████████████████████

- 2 -



(DISNEY272_000251789-DISNEY272_000251799);

Exhibit 17:

(DISNEY272_001092127-DISNEY272_ 001092128);

Exhibit 18:

(DISNEY272_001138377-DISNEY272_001138378); and

Exhibit 19:

(DISNEY272_000411672-DISNEY272_ 000411674).

I declare under penalty of perjury that the foregoing is true and correct. Executed on 19th day or March, 2026, at San Diego, California.

                                   s/ Daniel S. Drosman
                                   DANIEL S. DROSMAN

- 3 -

4934-4354-4472.v1