# EXHIBIT 1

Exhibit 1
Page 4

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
RYAN A. LLORENS (225196)
JESSICA T. SHINNEFIELD (234432)
DARRYL J. ALVARADO (253213)
JEFFREY J. STEIN (265268)
NICOLE Q. GILLILAND (335132)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
ryanl@rgrdlaw.com
jshinnefield@rgrdlaw.com
dalvarado@rgrdlaw.com
jstein@rgrdlaw.com
ngilliland@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOCAL 272 LABOR-MANAGEMENT PENSION FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE WALT DISNEY COMPANY, et al., <br><br> Defendants. | Case No. 2:23-cv-03661-CBM (ASx) <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF JOSEPH SAMOLEWICZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

4910-4138-8177.v1

Exhibit 1
Page 5

I, JOSEPH SAMOLEWICZ, declare as follows:

1.      I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Administrator of Lead Plaintiffs Central Pennsylvania Teamsters Pension Fund, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund (collectively, "Teamsters Funds"), and am authorized to make this declaration on behalf of the Teamsters Funds. I have also been responsible for overseeing this litigation on behalf of the Teamster Funds.

3.      The Teamsters Funds are multi-employer funds with over $2 billion in collective assets organized and operated for the benefit of over 35,000 participants and their beneficiaries located throughout Pennsylvania.

4.      The Teamsters Funds collectively purchased more than 79,000 shares of The Walt Disney Company common stock between December 10, 2020 and May 10, 2023 (the "Class Period"), and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. *See* Corrected Consolidated Complaint for Violations of Federal Securities Laws (ECF 68) ("Complaint") at 192-97.

5.      The Teamsters Funds were appointed Lead Plaintiffs in this action on August 8, 2023 (ECF 52) and now seek appointment as class representatives.

6.      As Lead Plaintiffs, the Teamsters Funds have reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and will continue to do so if appointed as class representative. For example, the Teamsters Funds have regularly communicated with Robbins Geller about various aspects of this litigation, including pleadings, motion practice, discovery, Court orders, and other case developments, and will continue to do so.

- 1 -

4910-4138-8177.v1

Exhibit 1
Page 6

7. The Teamsters Funds have also received and reviewed key documents in this case, including: (a) the Court's Order appointing the Teamsters Funds as Lead Plaintiffs; (b) draft and final versions of the Complaint; (c) draft and final versions of motion to dismiss briefing; (d) the Court's Order denying defendants' motion to dismiss; and (e) a draft of Plaintiffs' Motion for Class Certification.

8. The Teamsters Funds have diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures and responses to defendants' document requests and interrogatories, discussing defendants' document requests and interrogatories with Robbins Geller, and searching for and producing documents to defendants.

9. The Teamsters Funds understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. The Teamsters Funds are willing and able to serve as class representatives and, if appointed, will vigorously prosecute this litigation to maximize the recovery for the proposed class.

10. The Teamsters Funds understand that they owe a fiduciary duty to class members to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the best possible recovery for the proposed class, consistent with good faith, sound judgment, and meritorious advocacy.

11. The Teamsters Funds make the accompanying motion to have Robbins Geller certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, the Teamsters Funds believe that Robbins Geller possesses the necessary financial and human resources to effectively and successfully prosecute this case through trial and any post-trial appeals.

12. The Teamsters Funds will not accept any payment for serving as class representatives beyond their *pro rata* share of any recovery, except for reimbursement

- 2 -

4910-4138-8177.v1

Exhibit 1
Page 7

of such reasonable costs and expenses directly relating to the representation of the proposed class as ordered and approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of March, 2026 at Wyomissing, PA .

JOSEPH SAMOLEWICZ

- 3 -

4910-4138-8177.v1

Exhibit 1
Page 8